# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    19-cv-06473

SECURITIES AND EXCHANGE COMMISSION , Plaintiff,

v.

SBB RESEARCH GROUP, LLC, MATTHEW AVEN and SAMUEL BARNETT.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SBB RESEARCH GROUP, LLC, MATTHEW AVEN and SAMUEL BARNETT

| | |
|---|---|
| NAME (Type or print) <br> Howard J. Rosenburg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Howard J. Rosenburg | |
| FIRM      KOPECKY SCHUMACHE ROSENBURG LLC | |
| STREET ADDRESS      120 N. LaSalle, Street, Suite 2000 | |
| CITY/STATE/ZIP      Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6256596 | TELEPHONE NUMBER <br> (312) 380-6631 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") | Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") | N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") | Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") | Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>    RETAINED COUNSEL                   APPOINTED COUNSEL | |