UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,<br><br>    Defendants. | Civil Action No. 1:19-cv-06473 (SJC) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME AND PAGE LIMITS**

  Defendants SBB Research Group, LLC, Samuel Barnett, and Matthew Aven (collectively, "Defendants"), submit this unopposed motion to extend time to respond to the Complaint and to extend the page limits for any motion to dismiss memoranda, stating as follows:

  1.  On September 30, 2019, the Securities and Exchange Commission ("Plaintiff") filed a Complaint against SBB, Barnett, and Aven.

  2.  The Complaint is thirty seven pages and includes eleven causes of action asserting violations of various federal securities laws. Each cause of action is asserted against one, two or all three Defendants.

  3.  The eleven causes of action have differing elements that must be satisfied.

  4.  Defendants contemplate filing one consolidated motion to dismiss on behalf of all Defendants that will address some or all of the eleven causes of action.

5. Currently, the response to the Complaint is due on November 29, 2019, and the page limit on any motion to dismiss briefing is limited to fifteen pages.

6. Because of the number of claims and the complexity of the claims, Defendants move to extend the response due date from November 29, 2019 to December 9, 2019, and to increase the page limit from 15 pages to 30 pages for the memorandum in support of the motion, the memorandum in opposition to the motion and the reply in support of the motion.

7. Defendants have discussed the relief sought in this motion with Plaintiff and Plaintiff does not oppose the motion.

8. This motion is in the interest of justice and is not interposed for any improper purpose.

WHEREFORE, Defendants respectfully request that this Court issue an order:

    a. Extending the deadline for a response to Plaintiff's Complaint from November 29, 2019 to December 9, 2019; and

    b. Increasing the page limit to thirty pages for the memorandum in support of the motion to dismiss, the response memorandum in opposition to the motion to dismiss and the reply memorandum in support of the motion to dismiss.

Dated: November 13, 2019

Respectfully submitted,

SBB Research Group, LLC, Samuel Barnett and Matthew Aven

_____
One of their attorneys

Howard J. Rosenburg
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle St., Ste. 2000
Chicago, IL 60602
Phone: (312) 380-6631
Fax: (312) 268-6493
www.ksrlaw.com

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that he caused true and correct copies of the foregoing document to be served upon all counsel of record via the ECF filing system before 5:00 p.m. on November 13, 2019.

                                                                                                                                       _____