# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Securities and Exchange Commission
                              Plaintiff,

v.                                                  Case No.: 1:19–cv–06473
                                                 Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 15, 2019:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court grants defendants' unopposed motion for an extension of time and page limit [14]. Defendants must file their responsive pleading by 12/9/2019. The memorandum in support of the motion may be up to 25 pages. Plaintiff is also allowed 25 pages for its brief in opposition, although the Court encourages both parties to express their arguments as succinctly as possible. Defendants' motion [12] is stricken as moot. No appearance is necessary on 11/19/2019. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.