**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,<br><br>Defendants. | Case No. 1:19-cv-06473<br>Hon. Sharon Johnson Coleman<br><br>**DEFENDANTS' MOTION TO DISMISS THE COMPLAINT** |

Defendants SBB Research Group, LLC, Samuel B. Barnett, and Matthew Lawrence Aven (collectively, "Defendants") move to dismiss with prejudice the complaint filed by the Securities and Exchange Commission (the "Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, Defendants submit their Memorandum of Law in Support of their Motion to Dismiss the Complaint, and Declaration of Alexandra S. Droz and accompanying exhibits, copies of which have been filed contemporaneously herewith.

WHEREOF, Defendants request that this Court: (1) grant their Motion, (2) dismiss the Complaint with prejudice, and (3) grant any additional relief the Court deems just.

-2-

Dated: December 9, 2019 Respectfully submitted,

By: /s/ *Howard J. Rosenburg*
Howard J. Rosenburg (6256596)
KOPECKY SCHUMACHER ROSENBURG
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
Tel. 312-380-6631
hrosenburg@ksrlaw.com

*Counsel for Defendants*

By: /s/ *H. Gregory Baker*
H. Gregory Baker (*pro hac vice*)
Rachel Maimin (*pro hac vice*)
Alexandra Droz (*pro hac vice*)
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas
New York, NY 10020
Tel. 212-262-6700
hbaker@lowenstein.com
rmaimin@lowenstein.com
adroz@lowenstein.com

*Counsel for Defendants*

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 9, 2019, he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which will send electronic notification of the filing to those parties who have appeared and are registered as CM/ECF participants in this matter. Parties may access this filing through the Court's CM/ECF system.

                                                           /s/ *H. Gregory Baker*
                                                             H. Gregory Baker