# EXHIBIT 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | :    Case No. 19-cv-6473 <br> : |
| **SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,** | : <br> : <br> : |
| Defendants. | : <br> : |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
TO DEFENDANT SAMUEL B. BARNETT**

Plaintiff Securities and Exchange Commission (the "SEC"), pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby requests that Defendant Samuel B. Barnett ("Barnett"), answer each of the following questions under oath, within thirty (30) days of service.

**Definitions and Instructions**

The SEC hereby incorporates the Definitions and Instructions from its First Set of Document Requests as if fully set forth herein.

1. "Observable Inputs" mean inputs that are developed using market data, such as publicly available information about actual events or transactions, and that reflect the assumptions that market participants would use when pricing the asset or liability.

2. "Unobservable Inputs" mean inputs for which market data are not available and that are developed using the best information available about the assumptions that market participants would use when pricing the asset or liability.

3. "*Mu*" is the drift term input SBB used in the SBB Model. *See* Ex. A.

4. "*Beta*" is the "multiplicative factor" SBB applied to the historical volatility inputs used in the SBB Model. *See* Ex. A.

5. "Linearization" is the "time-weighting of the Monte Carlo estimate" that SBB used as a "bulwark against the effect of the increased volatility from implementing the beta multiplicative factor." *See* Ex. A.

**Interrogatories**

1. Explain your involvement in the creation of, and modifications to, the SBB Model.

2. In developing the SBB Model, explain the process SBB used to identify the assumptions and inputs that market participants used when pricing structured notes.

3. Explain the basis and rationale for all changes and modifications to the SBB Model inputs and methodology.

4. Explain how SBB's intention to hold its structured notes to maturity was taken into account in the development of the SBB Model.

5. Identify the Observable and Unobservable inputs used in the SBB Model.

6. Explain how SBB developed *Mu*, including all theoretical and academic justification upon which SBB relied for using *Mu* as an input to value structured notes.

7. Identify all market participants that SBB identified at the time it developed the SBB Model that used *Mu* as an input to value structured notes and/or options.

8. Explain how the following article cited by SBB supports SBB's use of *Mu* in the SBB Model to value structured notes: Robert C. Merton, *On estimating the expected return on the market: An exploratory investigation*, 8 Journal of Financial Economics, 323 (1980). *See* Ex. A.

9. Explain how SBB developed *Beta*, including all theoretical and academic justification upon which SBB relied for using *Beta* as an input to value structured notes.

10. Identify all market participants that SBB identified at the time it developed the SBB Model that used *Beta* as an input to value structured notes and/or options.

11. Explain how the following article cited by SBB supports SBB's use of *Beta* in the SBB Model to value structured notes: John Y. Campbell & Ludger Hentschel, *No news is good news: An asymmetric model of changing volatility in stock returns*, 31 Journal of Financial Economics, 281 (1992). *See* Ex. A.

12. Explain how SBB developed Linearization, including all theoretical and academic justification upon which SBB relied for using Linearization as an input to value structured notes.

13. Identify all market participants that SBB identified at the time it developed the SBB Model that used Linearization to value structured notes and/or options.

14. Explain why the SBB Model used *Mu* as its drift term and used the risk-free rate of interest as the discount rate, including all theoretical and academic justification upon which SBB relied.

Dated: December 17, 2021

By: */s/Kevin A. Wisniewski*
Timothy S. Leiman (Leimant@sec.gov)
Robert M. Moye (MoyeR@sec.gov)
Kevin A. Wisniewski (Wisniewskik@sec.gov)
Devlin Su (Sude@sec.gov)
Chicago Regional Office
175 West Jackson Blvd., Suite 1450
Chicago, IL 60604
Telephone: (312) 353-7390

*Attorneys for Plaintiff U.S. Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 17, 2021, I caused copies of Plaintiff's First Set of Interrogatories to Defendant Samuel B. Barnett to be served on the following by email:

      Howard J. Rosenburg (hrosenburg@ksrlaw.com)
      Kopecky Shumacher Rosenburg PC
      120 N. LaSalle St., Suite 200
      Chicago, IL 60602

      Gregory H. Baker (HBaker@pbwt.com)
      Patterson Belknap Webb and Tyler LLP
      1133 Avenue of the Americas
      New York, NY 10036

      John Sikora (john.sikora@lw.com)
      Heather Waller (heather.waller@lw.com)
      Latham & Watkins LLP
      330 North Wabash Avenue, Suite 2800
      Chicago, IL 60611

      /s/ Kevin A. Wisniewski
      Kevin A. Wisniewski