UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, ) ) ) ) Plaintiff, ) ) v. ) ) SBB RESEARCH GROUP, LLC, ) SAMUEL B. BARNETT, and ) MATTHEW LAWRENCE AVEN, ) ) Defendants. ) ) | Case No.: 1:19-cv-06473 Hon. Sharon Johnson Coleman Magistrate Judge Shelia Finnegan |

**JOINT STATUS REPORT**

As instructed by the Court (Dkt. 136), Plaintiff, United States Securities and Exchange Commission ("the SEC"), and Defendants SBB Research Group, LLC ("SBB"), Samuel Barnett and Matthew Aven (collectively "Defendants"), submit a joint status report and state as follows:

1. <u>Motion Practice Regarding Discovery Issues</u>

On February 11, 2022, Magistrate Judge Finnegan issued rulings (Dkt. 118) on number of discovery disputes raised in Defendants' Motion to Compel (Dkt. 69) and Plaintiff's Motion for Protective Order (Dkt. 71). On February 25, 2022, Defendants filed a Motion (Dkt. 122) requesting that Magistrate Judge Finnegan clarify, or in the alternative reconsider, the February 11, 2022 ruling with respect to two PowerPoint presentations relating to the SEC's discussions with SBB's auditor, RSM.

On July 28, 2022, following an *in camera* review of documents, Magistrate Judge Finnegan issued a Memorandum Opinion and Order (Dkt. 134) ordering the SEC to produce a small number of documents that it had withheld from production based on the deliberative

process privilege, the attorney-client privilege, and the work product doctrine. The Order found that the SEC had properly withheld other documents. The SEC has produced the documents ordered by the Court to Defendants.

On July 29, 2022, following an *in camera* review of the documents, Magistrate Judge Finnegan issued an order (Dkt. 135) (1) clarifying that two SEC-RSM PowerPoint presentations qualified as settlement communications and (2) denying Defendants' request for reconsideration of the February 11, 2022 Order relating to the SEC-RSM PowerPoint presentations.

On August 4, 2022, in order to allow the parties additional time to incorporate these rulings into their discovery, Magistrate Judge Finnegan issued a Minute Entry extending the fact discovery deadline to January 30, 2023 (Dkt. 136).

On August 22, 2022, Defendants, pursuant to Federal Rule of Civil Procedure 72(a), filed an Objection to Magistrate Judge Finnegan's February 11, 2022 and July 29, 2022 Orders relating to the parties' discovery motions (Dkt. 140). In the Objection, Defendants requested an order compelling the SEC to produce the two SEC-RSM PowerPoint presentations. Briefing on Defendants' Motion was completed on September 23, 2022.

2. Progress of Fact Discovery

Prior to February 2022, the parties had engaged in extensive written discovery and the SEC had taken the deposition of one SBB employee. Since February 2022, in addition to briefing the motions described above, the parties have continued to engage in fact discovery.

- In March 2022, Defendant Barnett responded to interrogatories served by the SEC, and the SEC served supplemental responses to certain of the Defendants' interrogatories.

- In April 2022, Barnett issued interrogatories to the SEC, and the SEC responded to those interrogatories in May 2022.

- Defendants issued a subpoena for documents to a third-party, and that entity responded in May 2022 by asserting objections, and produced responsive documents.

- In June 2022, the SEC requested dates for the deposition of Defendant Barnett and a SBB employee. The parties are conferring to schedule dates for these depositions. The parties also have conferred regarding scheduling dates for the deposition of Mr. Aven and four SEC witnesses. The parties expect to exchange dates shortly for the above-described depositions.

- The SEC took the depositions of two third-party witnesses on July 13 and on August 3, 2022.

- On August 17, 2022, Defendants produced to the SEC documents they received from a third-party subpoena.

- Defendants have continued to meet and confer with third-party RSM regarding its document subpoena responses.

- The parties also have been coordinating regarding additional third party depositions that the parties expect to take.

October 3, 2022                                         Respectfully submitted,


                                                                                    /s/Robert M. Moye
Timothy S. Leiman (leimant@sec.gov)
Robert Moye (moyer@sec.gov)
Kevin A. Wisniewski (wisniewskik@sec.gov)
Devlin Su (sude@sec.gov)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
(312) 353-7390

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

3

Howard J. Rosenburg
(hrosenburg@ksrlaw.com)
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 380-6631


H. Gregory Baker (*pro hac vice*)
(HBaker@pbwt.com)
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2871

/s/Heather A. Waller
John J. Sikora (john.sikora@lw.com)
Heather A. Waller (heather.waller@lw.com)
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700


*Attorney for Defendants
SBB Research Group, LLC, Samuel Barnett
and Matthew Aven*