## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 1:19-cv-06473 |
| | The Honorable Sharon Johnson Coleman, United States District Judge |
| v. | The Honorable Keri L. Holleb Hotaling, United States Magistrate Judge |
| SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN, | |
| Defendants. | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
## AND NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Defendant SBB Research Group, LLC states as follows:

SBB Research Group, LLC is a non-governmental corporate entity with no parent company. SBB Research Group, LLC further states that no publicly held corporation owns 10% or more of its stock. SBB Research Group, LLC further states that Samuel B. Barnett owns 5% or more of SBB Research Group, LLC. SBB Research Group, LLC has no other Local Rule 3.2 affiliates.

Dated: January 4, 2024

Respectfully submitted,

By  /s/ *John J. Sikora, Jr.*
John J. Sikora, Jr. (6217330)
Heather A. Waller (6302537)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel. (312) 876-7700

john.sikora@lw.com
heather.waller@lw.com

Howard J. Rosenburg (6256596)
KOPECKY SCHUMACHER
ROSENBURG LLC
120 N. LaSalle, Street, Suite 2000
Chicago, IL 60602
Tel. (312) 380-6631
hrosenburg@ksrlaw.com

H. Gregory Baker (*pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2871
hbaker@pbwt.com

*Counsel for Defendants*