# EXHIBIT 2

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF ILLINOIS

3               EASTERN DIVISION

4

5  SECURITIES AND EXCHANGE    ) Case No.
    COMMISSION,              ) 1:19-cv-06473

6                     )

           Plaintiff,      )

7                     )

       vs.              )

8                     )

    SBB RESEARCH GROUP, LLC,   )

9  SAMUEL B. BARNETT, and     )
    MATTHEW LAWRENCE AVEN,     )

10                   )

          Defendants.     )

11  _____)

12

13

14        VIDEOTAPED DEPOSITION OF ARUN SEN

15         Thursday, January 25, 2024

16           New York, New York

17

18

19

20

21

22

23  Reported By:

24  Tiffanie Jones

25  Job No. 240125LHR

1

```
 1   APPEARANCES:

 2

 3   For the PLAINTIFF:

 4

 5     UNITED STATES SECURITIES AND EXCHANGE COMMISSION
       CHICAGO REGIONAL OFFICE
 6       175 West Jackson Boulevard, Suite 1450
         Chicago, Illinois 60604
 7       wisniewski@sec.gov

 8       BY:   KEVIN WISNIEWSKI, ESQUIRE

 9

10

11

12   For the DEFENDANTS AND THE WITNESS:

13

       PATTERSON BELKNAP WEBB & TYLER, LLP
14         1133 Avenue of the Americas
           New York, New York 10036
15         hbaker@pbwt.com
           cdeskus@pbwt.com
16
         BY:   H. GREGORY BAKER, ESQUIRE
17               CASSANDRA DESKUS, ESQUIRE
                 HOWARD ROSENBERG, ESQUIRE
18

19

20

21   Also Present:

22       Dmitry Zvonkov, THE VIDEOGRAPHER
         Dr. Mike Yan, SLCG
23       Dr. Chuan Qin, SLCG

24

25
                                                          2
```

1                    I N D E X

2

WITNESS:                              EXAMINATION

3

Arun Sen, Ph.D.

4

5

BY MR. WISNIEWSKI                           7

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    E X H I B I T S

 2                       MARKED

 3

 4

 5   EXHIBIT NO.          DESCRIPTION           PAGE

 6

 7   Exhibit 1 - Arun Sen's Expert Report

 8               7/17/2023; 170 Pages          10

 9   Exhibit 2 - Sen Report Errata Sheet; one page   10

10   Exhibit 3 - Dr. Craig McCann's Report

11               4/17/2023; 178 Pages          11

12   Exhibit 4 - Rebuttal Report of Dr. McCann

13               10/31/2023; 36 Pages          11

14   Exhibit 5 - "SBB Research Structure Products

15               Valuation", 5 Pages           38

16   Exhibit 6 - Compilation of Invoices Issued by

17               Ankura In Connection with SBB

18               Research Group, April to July 2023  45

19   Exhibit 7 - "2024 Ankura Values and Error

20               Bands Underlying Data"        179

21   Exhibit 8 - "WP Waterfall Graph Underlying

22               Data", 2 Pages               268

23

24

25
```

4

E X H I B I T S

(CONTINUED)

EXHIBIT NO.            DESCRIPTION                PAGE

Exhibit 9  - Excel File, "Waterfall_2014"

               16 Pages                            272

Exhibit 10 - "3002-A, Note Input Testing

               2014-All Funds (Except Medline)

               Bates RSM-SBB-2687", 33 Pages    276

5

1    New York, New York; Thursday, January 25, 2024

2              9:04 a.m. - 4:43 p.m.

3         THE VIDEOGRAPHER:  We are on the record.

4    Today's date is January 25, 2024.  The time on the

09:06   5    video is 9:04 a.m.  This is Video 1 in the deposition

6    of Arun -- Arun Sen, in the matter of the Securities

7    and Exchange Commission versus SBB Research Group,

8    L.L.C., et al., in the U.S. District Court for the

9    Northern District of Illinois, Eastern Division; Case

09:06  10    Number 19-cv-6473.

11         This deposition is taking place at 100

12    Pearl Street, New York, New York.  The videographer

13    is Dmitry Zvonkov, the court reporter is Tiffanie

14    Jones; both with Gradillas.

09:06  15         Will counsel please identify themselves

16    for the record.

17         MR. WISNIEWSKI:  Good morning.  This is

18    Kevin Wisniewski, on behalf of the United States

19    Securities and Exchange Commission.  And joining me

09:06  20    by phone are Dr. Mike Yan, Y-a-n.  And Dr. Chuan Qin,

21    Q-i-n, from the entity SLCG.

22         MR. BAKER:  Greg Baker of Patterson

23    Belknap on behalf of the witness.  I'm joined by my

24    colleague, Cassie Deskus, as well as co-counsel,

09:07  25    Howard Rosenberg.

6

1          THE VIDEOGRAPHER:  Would the reporter
2     please swear in the witness.
3          THE REPORTER:  Sir, please raise your
4     right hand.
5          Do you solemnly swear or affirm that the
6     testimony you're about to give shall be the truth,
7     the whole truth, and nothing but the truth?
8          THE WITNESS:  I do.
9
10                    ARUN SEN, PH.D.,
11    having been first duly sworn, was examined and testified
12    as follows:
13
14          THE REPORTER:  Thank you.  You can lower
15    your hand.
16
17                    DIRECT EXAMINATION
18    BY MR. WISNIEWSKI:
19    Q.    Good morning, Dr. Sen.  How are you?
09:07 20    A.    Good morning.
21    Q.    Good.  My name is Kevin Wisniewski.  As I
22    said, I represent the SEC in this case.  And on the
23    phone with me are some colleagues from SLCG, which
24    is the entity for Mr. McCann, who issued the initial
09:07 25    report in this matter.  This deposition is being

7

1    taken pursuant to the Federal Rules of Civil

2    Procedure, pursuant to notice, and pursuant to

3    stipulation of the parties.

4            Did you understand the oath that you were

09:07  5    given today, Dr. Sen?

6        A.    Yes.

7        Q.    Okay.  Anything that would prevent you

8    from giving full, complete, and truthful answers to

9    my questions?

09:08 10        A.    No.

11        Q.    Any medications that you're on today that

12    would prevent you from doing so?

13        A.    No.

14        Q.    Okay.  If you don't understand a

09:08 15    question, will you let me know that?

16        A.    Sure.

17        Q.    If you don't know the answer to a

18    question, will you let me know that?

19        A.    Of course.

09:08 20        Q.    Okay.  If you don't have knowledge about

21    a question or a subject matter, will you let me know

22    that?

23        A.    Yes.

24        Q.    Okay.  Tiffanie is taking everything that

09:08 25    we say down.  So to make her job a little bit

8

1    easier, I'll ask that you wait to provide your

2    answer until I'm done asking my question.  There may

3    be times that your counsel following my question

4    makes an objection, and so I ask that you wait until

09:08  5    he does that to provide your answer.  You can answer

6    even if he submits an objection, unless he instructs

7    you not to answer the question.  Fair enough?

8         A.    Yes.

9         Q.    Okay.  We're doing a good job of verbal

09:08 10    yes's or no's, but no uh-huh's, head nods or

11    anything like that.  Verbal responses, please.

12         A.    I understand.

13         Q.    Okay.  And we can take a break at any

14    time that you want.  The only caveat to that being

09:09 15    is if there's a question pending, I'll ask that you

16    answer the question before we take a break.

17              Fair enough?

18         A.    Sure.

19         Q.    Okay.  I'm going to -- just gonna throw a

09:09 20    bunch of documents at you right off the start, and

21    then kind of define them so we can use terms going

22    forward.

23         A.    Sure.

24         Q.    And we can kind of refer to these

09:09 25    documents throughout -- throughout the deposition,

9

1    okay?

2        A.      Sure.

3        Q.      All right.  So the first document I'm

4    going to hand you is your expert report, dated July

09:09  5    17, 2023.  I'm going to mark that as Exhibit -- Sen

6    Exhibit 1.  Okay?

7        A.      Okay.

8               (Sen Exhibit 1 was marked for

9               identification.)

09:09 10    BY MR. WISNIEWSKI:

11        Q.      Last night, your counsel sent us a Sen

12    Report errata sheet, which is a one-page document.

13    I'm going to mark that as Sen Exhibit 2.

14        A.      Okay.

09:10 15               (Sen Exhibit 2 was marked for

16               identification.)

17    BY MR. WISNIEWSKI:

18        Q.      Okay.  And if you turn to Exhibit 1.  If

19    you could turn to Paragraph 6, and let me know when

09:10 20    you're there.

21        A.      Yes.

22        Q.      Okay.  And does Paragraph 6 -- 6 state

23    the scope of your assignment in this case?

24        A.      I will just take one quick look.  I mean,

09:10 25    that -- that is -- yes, that's fair.

10

```
 1       Q.    Okay.  And one of the reports that you're

 2  responding to in your report is the report of Craig

 3  -- Dr. Craig McCann, dated April 17, 2023; correct?

 4       A.    Yes.

09:11 5       Q.    All right.  I'm going to mark Dr.

 6  McCann's report as Exhibit 3.

 7       A.    Okay.

 8             (Sen Exhibit 3 was marked for

 9             identification.)

09:11 10 BY MR. WISNIEWSKI:

11       Q.    And finally, I'm going to mark as Exhibit

12  4 -- Sen Exhibit 4 the rebuttal report of Dr.

13  McCann, dated October 31, 2023.

14       A.    Okay.

09:11 15             (Sen Exhibit 4 was marked for

16             identification.)

17  BY MR. WISNIEWSKI:

18       Q.    In Paragraph 6 of your report, you also

19  reference a report issued by Peter Hickey on April

09:12 20 17, 2023; correct?

21       A.    Yes.

22       Q.    Going forward today, if I refer to that

23  as the Hickey report, are you -- is that okay?

24       A.    Sure.  Fair enough, yeah.

09:12 25      Q.    Okay.  The other thing I want to define
```

                                                                11

```
 1   before I go today is structured note.  This case is
 2   about structured notes; right?
 3        A.    Yes.
 4        Q.    Are you familiar with the term
 5   "structured note"?
 6        A.    Yes.
 7        Q.    Okay.  And will you agree with me that
 8   SBB structured notes were comprised of a zero coup
 9   -- zero coupon bond, and a package of options?
10        A.    That is one way that, I think, could be
11   -- it could be reasonably described or assessed,
12   analyzed, yes.
13        Q.    Okay.  And the structured notes purchased
14   by SBB from 2011 through 2016 consisted primarily of
15   two underlyings; correct?
16        A.    Primarily in the sense that, yes, I think
17   most of the notes -- I'm just trying to think.  Yes.
18   I mean, I think there may be a -- I'm thinking out
19   loud.  Maybe 116 notes in total, of which I believe
20   90 something were sort of -- could be described in
21   that sense, yes.
22        Q.    Okay.  And those two underlyings were the
23   S&P 500 and the Russell 2000?
24        A.    Yes.
25        Q.    All right.  And each of the notes and --
```

09:12  5
09:12 10
09:12 15
09:13 20
09:13 25

12

1    and you reviewed the term sheets for each of those

2    structured notes?

3        A.    If you're asking did I personally review

4    every line of every term sheet, I don't know that I

09:13 5    necessarily did.  Someone on the support team

6    certainly did.  I certainly looked at some

7    representative ones.  I mean, that's how it -- it

8    occurred.

9        Q.    Okay.  And each of SBB's structured notes

09:13 10    had a -- had a defined payoff profile; is that

11    correct?

12        A.    Yes.  I'm trying to think if there were

13    any exceptions.  I don't believe so.

14        Q.    Okay.  And each of the SBB structured

09:13 15    notes, had a single, defined maturity date?

16        A.    As far as I know, yes.

17        Q.    Okay.  Can you explain what you did to

18    prepare for today's deposition.

19        A.    Yes.  I reviewed my report.  I -- to some

09:14 20    extent -- reviewed the other expert's reports, in

21    particular, Dr. McCann's two reports, and also Dr.

22    Hickey's report.  And had some discussions with --

23    and I -- and I -- so I reviewed my report, send the

24    supporting documents, Dr. McCann's and Dr. Hickey's

09:14 25    reports, and had some discussions with counsel.

13

1    Q.    Okay.  Did you meet with counsel prior to

2  today in preparation for your deposition?

3    A.    Yes, I did.

4    Q.    How many times did you meet?

09:14  5    A.    I'm trying to think.  And you -- by

6  meeting, you mean in person or in any fashion?

7    Q.    Let's start with meeting in person.  How

8  about that?

9    A.    I want to say we have met, I believe,

09:15 10  fours times in person.

11    Q.    Okay.

12    A.    I could be off by one, but I -- I believe

13  four times.

14    Q.    And when was the most recent time that

09:15 15  you met in person?

16    A.    Last week on -- would have been a week

17  ago today.  So I think that would have been the

18  18th.  Today is the 25th, right, so the 18th.

19    Q.    And in that meeting on the 18th, did

09:15 20  anyone else attend besides any counsel sitting here

21  today?

22    A.    Yes, Stefan Boettrich from Ankura.

23    Q.    Anyone else?

24    A.    No, sitting -- I'm just trying to think

09:15 25  if there were any other counsel -- no.

14

1      Q.      Okay.

2      A.      Oh, no.  I'm sorry, there was one -- they

3  had one other colleague, the Patterson folks.

4      Q.      Okay.  Did you -- and then, in addition

09:15  5  to in-person meetings, did you have phone --

6  telephonic meetings?

7      A.      There is one sort of electronic or it's a

8  remote meeting, as you -- as you might put it.

9      Q.      Okay.  Aside from meetings with counsel,

09:16 10  did you meet from anyone at Ankura in preparation

11  for your testimony today?

12      A.      In the course of reviewing my report, and

13  supporting documents and so forth, I had some

14  discussions with the support team who worked on the

09:16 15  case.

16      Q.      Who is that?

17      A.      So Stefan Boettrich is one, and then --

18  I'm trying to think.  There were two others.  Hannah

19  Siegel, I think it's spelled S-i-e-g-e-l.  And Sneha

09:16 20  Chermerla, C -- C-h-e-m-e-r-l-a.

21      Q.      Okay.

22      A.      Sneha spelled S-n-e-h-a.

23      Q.      That helps Tiffanie.

24      A.      That's why I was taking the time there.

09:16 25

15

```
 1    BY MR. WISNIEWSKI:
 2         Q.     And did you meet in person with Stefan in
 3    preparation for your meet -- the deposition today?
 4         A.     I have met with Stefan in -- I'm trying
09:17  5    to think.  Actually, I don't think -- I met with him
 6    in person, in the sense that he attended some of
 7    these meetings with counsel, as I've already
 8    described to you.  So in that sense, I met him in
 9    person.  I'm trying to think.  I don't know if I had
09:17 10    any other meetings with him in person.
11         Q.     Okay.
12         A.     I don't believe so.
13         Q.     And did you have telephone calls with him
14    in preparation for your deposition today?
09:17 15         A.     Yes.
16         Q.     Okay.
17         A.     Telephone or, you know, electronic
18    equipment.
19         Q.     Zoom --
09:17 20         A.     Yes.
21         Q.     -- or whatever --
22         A.     Yes.
23         Q.     -- we use?
24         A.     Yes.
09:17 25         Q.     Okay.  And was counsel on those Zoom
```

16

1    calls?

2        A.      No.

3        Q.      Okay.  What did you two discuss?

4        A.      We just went over just my report and the

09:17 5  analysis, and essentially was helping me just to

6    refresh my memory about the analysis that we did and

7    -- and so forth.  And in conjunction with the two --

8    with the various opposing expert reports and, you

9    know.

09:17 10     Q.      Aside from Exhibits 1 through 4 that are

11   in front of you, did you guys review any documents

12   in your meetings?

13       A.      We would have discussed some of the

14   supporting documents, such as articles that's cited

09:18 15 and that sort of thing.

16       Q.      Okay.  Anything else?

17       A.      I don't believe anything beyond the scope

18   of what's essentially already sort of contained in

19   my report, or referenced therein.

09:18 20     Q.      Do you pair -- prepare any talking points

21   for your deposition today?

22       A.      Did I prepare any talking point -- I

23   mean, I obviously prepared with counsel, then we had

24   some discussions; but in terms of sort of a written

09:18 25 -- written list of talking points that I prepared,

17

1  no.

2      Q.    Okay.  Did counsel prepare written

3  talking points for you?

4      A.    No.  Certainly not for me.  I can't speak

09:18 5  to what they did amongst themselves, but --

6      Q.    Sure.

7      A.    -- no.

8      Q.    Okay.  All right.  Dr. Sen, your report,

9  Exhibit Number 1, provides no opinions regarding

09:18 10  whether the valuation model used by SBB to value its

11  structured notes from 2011 to 2016 was consistent

12  with industry practice; correct?

13      A.    That's correct.  I'll simply add that I

14  believe we've described that time frame.  There may

09:19 15  be essentially more than one SBB model over that

16  period; but taken collectively, that -- that is

17  correct.

18      Q.    Okay.  And your opinion -- or your report

19  contains no opinion whether -- and I don't -- can't

09:19 20  I just call that the SBB model?  Is that okay?  Fair

21  enough?

22      A.    That's fine.

23      Q.    And what I'm referring to is the model

24  SBB used from 2011 through May 2016.

09:19 25      A.    Well, let me just stop you there.  I

18

1    think that the -- I think the model actually did

2    change in various ways, especially I want to say in

3    '11 and '12.  So I'd quibble it just a little bit

4    with that description.  I believe from sort of '13

09:19  5    onwards -- '13, until some point in '16, it was kind

6    of, like, one final model.

7        Q.    So '13 to '16?

8        A.    I would say, or maybe late '12.  I -- I

9    don't have the -- know off the top of my head

09:19 10    exactly when they finalized it, but I believe that's

11    --

12        Q.    Okay.

13        A.    -- more or less the time frame.

14        Q.    Just so we don't have to say that every

09:20 15    time that we talk today, let's say from late 2012

16    through May thousand -- May 2016, we'll call --

17    refer to that as the SBB model.

18        A.    That's fair.

19        Q.    Fair?

09:20 20        A.    That's fair.

21        Q.    Okay.  All right.  And your report

22    contains no opinion whether the SBB model was

23    consistent with published scientific research;

24    correct?

09:20 25        A.    That is correct.

19

1   Q.    All right.  No opinion regarding whether

2   the inputs or methodology SBB used in the SBB model

3   were consistent with industry practice?

4   A.    That is correct.

09:20   5   Q.    Okay.  And no opinion regarding whether

6   the valuation methodology used by SBB from 2012 to

7   2016 was consistent with published scientific

8   research?

9   A.    I'm trying -- I'm just trying to think.

09:20   10   Didn't you ask, more or less, the same question a

11   minute ago?  Sorry, could you just repeat the

12   question.

13             MR. WISNIEWSKI:  Can you read it back.

14             THE REPORTER:  Sure.

09:21   15             (The reporter complies with the request.)

16             THE WITNESS:  Okay.  I'm just trying to be

17   clear.  You're distinguishing -- I think in the

18   earlier question, you -- you referenced their model

19   and now you're talking about the methodology.  Is

09:21   20   that -- either way, that -- that is correct.

21   BY MR. WISNIEWSKI:

22   Q.    Okay.  And were you asked to -- were you

23   ever asked in -- as part of your engagement in this

24   matter to validate the SBB model?

09:21   25   A.    No, I was not.

20

1    Q.    Okay.  Were you ever asked as part of

2    your assignment in this case to opine on whether

3    SBB's model inputs complied with industry practice?

4    A.    No, I was not.

09:21  5    Q.    Okay.  With published scientific

6    research?

7    A.    You're referring to inputs.  No, I was

8    not.

9    Q.    Okay.  Your report contains no opinion

09:21 10    regarding whether the valuation model SBB used from

11    the period May 2016 through November 2016 was

12    consistent with industry practice; correct?

13    A.    The only thing I would point out, I don't

14    know if it's literally May or sometime that summer.

09:22 15    I'm not quite clear on that date when that -- they

16    would have shifted to another model.  But anyway,

17    what -- that model in that next phase, that's

18    correct.  I have no opinion about that.

19    Q.    Okay.  And your report contains no

09:22 20    opinion regarding -- you're familiar with the -- the

21    drift term SBB used in the SBB model; correct?

22    A.    Their treatment of the drift term, yes.

23    Q.    Okay.  And they refer to that as Mu?

24    A.    I believe that is how it has been

09:22 25    described by various people in this case, yes.

21

1    Q.    Okay.  And your report contains no

2  opinion, as to whether SBB's use of Mu was

3  consistent with industry practice?

4    A.    That is correct.

09:22   5    Q.    No opinion, as to whether Mu was

6  consistent with published scientific research?

7    A.    That is correct.

8    Q.    No opinion, as to whether SBB's use of Mu

9  was reasonable; correct?

09:23  10    A.    That is correct.

11    Q.    No opinion, as to whether SBB's use of Mu

12  inflated SBB's structured note valuations?

13    A.    The only thing I would point out is I do

14  have one analysis in my report, where I look at sort

09:23  15  of the relative direction of -- of the effect of

16  certain features on their models.  In that sense,

17  one could say that I, at least, looked at the

18  direction of the effect of, for instance, Mu, as

19  well as other components of the model; but other

09:23  20  than -- beyond that, no.

21    Q.    Okay.  No opinion, as to whether Mu

22  inflated call options underlying SBB structured

23  notes?

24    A.    No.

09:23  25    Q.    No opinion, as to whether Mu deflated put

22

```
         1   options underlying SBB structured notes?

         2       A.      No.

         3       Q.      Okay.  No opinion, as to whether Mu

         4   complied with ASCA 20?

09:24    5       A.      No.

         6       Q.      Do you know what ASCA 20 is?

         7       A.      I would confess that -- I mean, I would

         8   say that I'm -- I have some idea what it is.  I

         9   wouldn't call myself well-versed in the -- in that

09:24   10   matter.

        11       Q.      Your report contains no opinion in

        12   rebuttal to Mr. McCann's criticism of Mu; correct?

        13       A.      That is correct.

        14       Q.      What was the drift term that you used to

09:24   15   value SBB structured notes?

        16       A.      So there are a couple of pieces to it.

        17   There's essentially a component, which is

        18   colloquially what one would -- might call the

        19   risk-free rate.  Technically, I think now it's

09:24   20   standard use what -- in the -- I think the -- in the

        21   financial field, as known as a swap trade, which is

        22   essentially like a -- it's a fancy term for sort of

        23   a proxy for the risk-free rate.

        24           So that's one component, and then there's

09:25   25   also a dividend component, which I don't know that
```

23

1  that's in dispute in this case, but the dividends is

2  also essentially a part of the drift.

3       Q.    Okay.

4       A.    So the dividend yield on the index.

09:25  5     Q.    In Exhibit 1 of your report, if you can

6  turn to Appendix 2, Paragraph 18.

7       A.    Yes.

8       Q.    Page 66.

9       A.    Uh-huh.

09:25 10     Q.    I'll use the page numbers.  That probably

11  is helpful with the --

12       A.    Yeah.

13       Q.    Does that -- does Paragraph 18 accurately

14  reflect your drift?

09:25 15     A.    Yes.  Again, as I said, by risk-free

16  rate, one means -- there are different definitions

17  of risk-free rates.  I'm just pointing out there's

18  technically some kind of swap rate, but, yes, that

19  effectively describes it.

09:25 20     Q.    Okay.  So the risk-free rate minus the

21  dividend yield?

22       A.    Yes.

23       Q.    Okay.

24            THE REPORTER:  I'm sorry, can I ask you to

25  slow down a little bit.

                                                        24

1          THE WITNESS:  Oh, sure.

2          THE REPORTER:  Because, like, I get -- I'm

3    sorry, I can't pick up the different definitions.  Go

4    ahead.

5          MR. WISNIEWSKI:  I go fast, too.

6          THE REPORTER:  Yeah, you go fast.

7          MR. WISNIEWSKI:  I'll try to be even

8    better.

9    BY MR. WISNIEWSKI:

09:26 10     Q.     Okay.  You didn't use SBB's Mu in your

11   valuation model; correct?

12     A.     By that -- by -- if -- if -- by that, you

13   mean I didn't calculate or model the drift term in

14   the manner that they did, and that is correct.  I

09:26 15  assume you mean that Mu is the strain -- this is a

16   label.  So they -- if by -- it's not so much that --

17   that -- what I'm calling the letter.  It's the

18   substance of what the drift actually is, yes.

19     Q.     Okay.  And that's -- and that's a fair

09:26 20  point.  Maybe we should define what Mu was, the

21   drift was, which is the average daily returns of the

22   underlying asset; correct?

23     A.     It's -- yes, it's some measure of the

24   historical -- actual real-world, historical return

09:27 25  of the asset, yes.

25

1    Q.    Okay.  That's Mu?

2    A.    Yes.

3    Q.    And you didn't use Mu in your valuation?

4    A.    No.

09:27 5    Q.    Why not?

6    A.    It's a standard practice.  Certainly in

7 -- so the -- on the -- in the academic literature,

8 which is what I'm -- I would say is where I come

9 from to use what's known as risking through pricing,

09:27 10 which means essentially, you know, pricing a

11 derivative, the asset will be assumed to grow at

12 some kind of version of the risk-free rate.

13         THE REPORTER:  What rate, I'm sorry?

14         THE WITNESS:  Risk-free rate.

09:27 15         THE REPORTER:  Okay.

16 BY MR. WISNIEWSKI:

17    Q.    Okay.  And you had mentioned risk-mutual

18 pricing.  What is that?

19    A.    It's a technique to -- that's commonly

09:27 20 used to price derivatives, which given certain

21 assumptions, allows you to price a derivative

22 assuming that the underlying asset of the derivative

23 is going to grow at the risk-free rate.

24    Q.    Okay.  And are you aware or familiar with

09:28 25 the volatility input SBB used in the SBB model?

26

1    A.    I have a general understanding what they

2    did.  I don't know if I recall the exact details of

3    the complication and all its nuances, but generally,

4    I have a fair understanding of what they do.

09:28  5    Q.    All right.  SBB used 45-day historical

6    volatility multiplied by something called the beta;

7    is that correct?

8    A.    I believe so.  I think there were times

9    when they may have used different weightings.  I'm

09:28  10    trying to remember.  I think that's fair.  There may

11    have been iterations of their model -- I forget --

12    where they had different weightings of different

13    windows; but, yes, I think generally, it's fair to

14    say they used some measure of the historical

09:28  15    volatility of a particular past window times this

16    beta in particular.

17    Q.    Okay.  And did you review SBB's beta

18    calculation?

19    A.    Not in detail beyond -- I would say that

09:29  20    beyond what it took for me and -- and the support

21    team to essentially calculate the beta, so that we

22    could do one of these exhibits that's in my report.

23    So in a sense, the team figured out how to, more or

24    less, calculate it.  I would confess sitting here

09:29  25    right now, I probably don't remember all the

27

1  details.  So we did sit down and calculate it.  I

2  don't know if that answers the question.

3      Q.    Did you review SBB's valuation policy?

4      A.    I'm trying to think.  I don't recall a

09:29  5  specific document.  I wouldn't call that -- I've

6  seen a few documents, but I don't recall one which

7  would have been...

8      Q.    Something called a structured product

9  valuation policy?

09:29  10      A.    Sorry, I can't recall at this point.

11      Q.    Okay.  Are you aware of any academic

12  support, or literature that SBB cited to create its

13  beta formula?

14      A.    I'm just trying to think.  No.  Not

09:30  15  offhand, no.

16      Q.    Okay.  And -- and your report contains no

17  opinion, as to whether SBB's volatility input was

18  consistent with industry practice; correct?

19      A.    That is correct.

09:30  20      Q.    No opinion, as to whether SBB's

21  volatility input was consistent with academic

22  research; correct?

23      A.    That is correct.

24      Q.    No opinion, as to whether the volatility

09:30  25  input SBB used was consistent with what market

28

1   participants were using in 2012 through 2016;

2   correct?

3        A.    That is correct.

4        Q.    No opinion, as to whether SBB's

09:30  5   volatility input was reasonable; correct?

6        A.    That is correct.

7        Q.    Your report contains no opinion, as to

8   whether SBB's volatility input was consistent with

9   industry standards; correct?

09:31  10       A.    That is correct.

11       Q.    You don't express any opinions in your

12  report about ASCA 20; correct?

13       A.    That is correct.

14       Q.    Whether a certain input complied with

09:31  15  ASCA 20?

16       A.    Do I express any opinions about that?

17  No.

18       Q.    Whether a methodology, a valuation

19  methodology complied with ASCA 20?

09:31  20       A.    That is correct.

21       Q.    Okay.  And your report contains no

22  opinion in rebuttal to Dr. McCann's criticism of

23  SBB's volatility input; correct?

24       A.    That is correct.

09:31  25       Q.    Okay.  In the model that you used to

29

1  value SBB's structured note, in connection with your

2  report, what was your volatility input?

3      A.    I mean, it's a little complicated to

4  describe because -- I mean, if I use implied vol --

09:32  5  if I input -- I basically used implied volatility

6  data on options on the two indices, S&P 500 and

7  Russell, to feed into a model, essentially a

8  calibrated model to that data.  So that -- that's

9  the underlying source of the data for how I modeled

09:32  10  the volatility.

11      Q.    Okay.  And you didn't use SBB's

12  volatility input for your structured valuations;

13  correct?

14      A.    That is correct.

09:32  15      Q.    Why not?

16      A.    Well, I would say two things -- well,

17  mainly, I was doing a valuation myself.  I was not

18  trying -- the question of using SBB's inputs as such

19  didn't even arrive because I was modeling it myself.

09:32  20  And if your question is why didn't I model it the

21  same way that SBB did, again, I -- I have no opinion

22  whatsoever about how SBB did it.  I did it in a way

23  that I considered to be appropriate based on, you

24  know, supported literature and research.

09:33  25      Q.    And just to be clear, my question is:

30

1    Why didn't you use 45-day volatility multiplied by

2    beta in your valuation model?

3        A.    The question of doing that didn't even

4    arise.  I used a standard approach based on that

09:33  5    volatility data.

6        Q.    Okay.  And you're aware that SBB's model

7    implemented something called linearization?  Are you

8    familiar with that?

9        A.    I'm familiar with it, insofar as that

09:33 10    term is used in this case to describe that

11    particular feature of their model, yes.

12        Q.    Can -- can you explain what linearization

13    did as part of the valuation model?

14        A.    I can explain it in rough -- roughly.  I

09:33 15    don't have the formula in front of me, and I believe

16    it's a somewhat complex formula; but I think the

17    idea is to -- that they would value the note at some

18    kind of time-weighted average of the result of their

19    Monte Carlo model, and what's known as the intrinsic

09:34 20    value of the option because essentially the payoff

21    you would get if you would -- if, hypothetically,

22    you could exercise an option immediately.

23        Q.    Okay.  And are you aware of any academic

24    support or literature that SBB relied on in creating

09:34 25    linearization?

31

1    A.    I am not.  Actually, I -- nor have I
2  tried to look.  It was not something I was even
3  attempting to analyze.
4    Q.    Okay.  And so your opinion contains --
09:34  5  I'm sorry, your report contains no opinion, as to
6  whether SBB's linearization input was consistent
7  with industry practice; correct?
8    A.    That is correct.
9    Q.    No opinion, as to whether SBB's
09:34 10  linearization input was consistent with the
11  practices of market participants; is that correct?
12    A.    That is correct.
13    Q.    No opinion, as to whether linearization
14  input was consistent with published scientific
09:35 15  research; is that correct?
16    A.    That's correct.
17    Q.    And your report contains no opinion in
18  rebuttal to Dr. McCann's criticism of SBB's
19  linearization input; correct?
09:35 20    A.    That's correct.
21    Q.    Did your model use or implement
22  linearization?
23    A.    By "linearization", do you mean what SBB
24  did?  That component of their model, no, I did not.
09:35 25    Q.    Why not?

32

1    A.    Again, I followed a standard,

2    well-supported methodology.  The question -- quote

3    on a linearization, again, it didn't arise.  It's

4    not part of the process.

09:35  5    Q.    Okay.  Have you ever used linearization

6    to value structured notes?

7    A.    Again, taking SBB's, or the definition of

8    linearization that's being used in this context --

9    and I keep saying that because in other contexts,

09:36 10    that term might have a different -- a very different

11    meaning.

12    Q.    Fair.

13    A.    In this context, no, I do not.

14    Q.    Have you ever used linearization to value

09:36 15    options?

16    A.    Again, that same caveat.  The definition,

17    no, I have not.

18    Q.    Okay.  And SBB's model, you're aware that

19    SBB used a drift term Mu, but subsequently used the

09:36 20    risk-free rate to discount back resulting future

21    payoffs; correct?

22    A.    I understand that is what they did, yes.

23    Q.    Okay.  Just so I cannot say that again,

24    I'm going to go -- define that as the Mu drift,

09:36 25    risk-free rate discount approach.

33

1    A.    Fair enough.

2    Q.    Okay.  Just so I don't have to explain

3  that every time.

4    A.    That's fair.

09:36 5    Q.    Are you aware of any academic support, or

6  literature that SBB relied on in support of that

7  methodology?

8    A.    No, I am not.

9    Q.    Okay.

09:36 10    A.    I mean, I believe some of their people

11  have talked about certain papers they have looked at

12  and so forth, but I'm not aware of any specific

13  support of such, no.

14    Q.    Okay.  And your report contains no

09:37 15  opinion, as to whether SBB's Mu drift, risk-free

16  rate discount approach was consistent with industry

17  practice; correct?

18    A.    That's correct.

19    Q.    No opinion, as to whether that approach

09:37 20  was used by market participants; correct?

21    A.    That is correct.

22    Q.    No opinion, as to whether the Mu drift,

23  risk-free rate discount approach was consistent with

24  industry standards; correct?

09:37 25    A.    That is correct.

34

1      Q.      No opinion, as to whether that approach

2  applied with academic literature?

3      A.      That is correct.

4      Q.      Okay.  And your report contains no

09:37  5  opinion in rebuttal of Dr. McCann's criticism of

6  SBB's Mu drift, risk-free rate discount approach;

7  correct?

8      A.      That is correct.

9      Q.      In the model that you used to value SBB

09:38 10  structured notes in connection with your report, did

11  you use a Mu drift, risk-free rate discount

12  approach?

13      A.      No, I did not.

14      Q.      Okay.  And why not?

09:38 15      A.      Again, I used a standard, well-supported

16  methodology.  And using -- I'm not going to try to

17  repeat your description of the -- but that feature,

18  the question of using it just did not arise.

19      Q.      Okay.  And what was the discount rate

09:38 20  that you used?

21      A.      Again, essentially the same proxy for the

22  risk-free rate that appears in my drift term --

23      Q.      Okay.

24      A.      -- that I've already described.

09:38 25      Q.      Okay.  Did you use a CDS spread?

35

1    A.    I'm sorry, I should have said plus an

2  adjustment for creditors of the counterparty, yes.

3    Q.    Okay.  So the discount rate you used was

4  the risk-free rate plus the CDS spread?

09:39  5    A.    That's fair to say, yes.

6    Q.    Okay.  The SBB model did not adjust its

7  discount rate to account for counterparty prices;

8  correct?

9    A.    I believe that is correct, yes.

09:39 10    Q.    Okay.  Your model did?

11    A.    Yes.

12    Q.    Okay.  And why?

13    A.    It's commonly done.  I don't know if it's

14  always done, but it is common in such cases to

09:39 15  account for the potential credit risk to be sure.

16  It's a well-established practice, I think.

17    Q.    Okay.

18    A.    But I should say, also, to some extent, I

19  am mimicking what Dr. McCann also does.  It's -- it

09:39 20  was just not an issue as such to -- the question not

21  doing it didn't even arise.  It's commonly done.

22    Q.    Okay.  So in your experience, do market

23  participants adjust their discount rate to account

24  for counterparty risk?

09:40 25    A.    I'll preface this by saying that I'm not

36

1  putting myself out as a -- quote, unquote --

2  industry or market practice expert.  Speaking from

3  the -- sort of the side of academic research, I

4  think it is often done; that I would say that there

09:40  5  are plenty of academic papers where it might not be

6  included in the model, because it might just not be

7  a feature that a given academic paper's focused on.

8  So if the paper has a different focus, it just might

9  be a term that they sort of exclude just for sake of

09:40 10  sort of computational ease, if you will.

11       Q.     Okay.  And your report contains no

12  opinion on whether SBB's failure to adjust its

13  discount rate for counterparty risk complied with

14  industry standards; correct?

09:40 15       A.     That is correct.

16       Q.     No opinion, as to whether it complied

17  with academic literature?

18       A.     That is correct.

19       Q.     Okay.  Your report contains no opinion as

09:41 20  to whether SBB's failure to adjust the discount rate

21  for counterparty risk complied with the practice of

22  market participants?

23       A.     That is correct.

24       Q.     In connection with issuing your report,

09:41 25  I'm going to mark as Exhibit 5 a document titled,

37

1    "SBB Research Structure Products Valuation".

2                  (Sen Exhibit 5 was marked for

3                  identification.)

4    BY MR. WISNIEWSKI:

09:42   5        Q.     Dr. Sen, are you familiar with Exhibit 5?

6        A.     Let me just take a look.  I would say

7    "familiar" is probably too strong a term.  I have

8    seen it, and now I follow as a -- if this is the

9    document you're referring to earlier, then, yes, I

09:42  10    have seen it at least at some point.

11        Q.     Okay.  So you have reviewed this document

12    prior to today?

13        A.     Yes, at some point.  Probably not in a

14    while; but at some point, yes.

09:42  15        Q.     I gotcha, okay.  And as part of your

16    engagement in this matter, you were not asked to

17    issue an opinion as to the reasonableness of this

18    valuation document; correct?

19        A.     That is correct.

09:42  20        Q.     You weren't asked to opine, as to whether

21    the cites contained in this document actually

22    support the statements in the valuation policy;

23    correct?

24        A.     That is correct.

09:43  25        Q.     That wasn't part of your assignment or

                                                              38

1   engagement?

2       A.    No.  No, it wasn't.

3       Q.    You'd mentioned before that part of your

4   report included what's called a waterfall analysis;

09:43  5   is that correct?

6       A.    I think I referenced that exhibit.  I

7   probably didn't use the term yet today, but, yes,

8   that is correct.

9       Q.    Oh, I'm sorry.

09:43 10      A.    I -- I -- I mean, I described that

11   analysis.  I don't know if I used the word

12   "waterfall" myself; but you are correct, that, I

13   think, is what it is called.

14       Q.    Okay.  And that's Section 14 to your

09:43 15   report, correct, starting on Page 41?

16       A.    Let me just check and make sure you're

17   correct.  I'll just verify.  Section 14, Page 41,

18   yes.  That's correct.

19       Q.    And did -- in -- in doing your waterfall

09:43 20   analysis, did you review Exhibit 5?

21       A.    Sorry, Exhibit 5 is this one?

22       Q.    Yes.

23       A.    I'm trying to -- it's kind of hard to

24   keep track.  So as part of doing this exercise, we

09:44 25   -- I -- or at least the support team at my direction

39

1    had to replicate the underlying calculations.  I

2    cannot specifically say whether -- let me just see

3    our materials provided on the list, that's what it's

4    there for.  Let me just give you a complete answer.

09:44 5    Where is it?

6         Q.    Are you looking at Exhibit 2?

7         A.    Exhibit 2?

8         Q.    Yes.  It's not listed on Exhibit 2.  I'm

9    just asking a general question, as to whether you

09:44 10    used the valuation policy in connection with your

11    waterfall correction.

12         A.    So it's not listed there, and I think

13    that means we did not explicitly rely on it to do

14    our replication.  I cannot specifically say whether

09:45 15    someone on the team might not have glanced at this

16    at some point in the course of doing that work --

17         Q.    Okay.

18         A.    -- but I don't think it was explicitly

19    reviewed as such, no.

09:45 20         Q.    Okay.  In connection with your engagement

21    in this matter, were you aware that the SEC issued a

22    letter to SBB in March 2016 that identified numerous

23    deficiencies with the SBB model?

24         A.    Insofar as at some point when working on

09:45 25    this case, I reviewed the complaint, and I believe

40

1    that sort of event was mentioned in the complaint.

2    To that extent, I'm aware of it.  I'll trust you, as

3    to the exact dates and so forth that -- as you just

4    described, but that sounds roughly familiar.

09:45  5        Q.    Do you review the SEC's deficiency letter

6    in connection with your report?

7        A.    Not in the sense of relying on it in any

8    way.  I don't remember if I ever would have even

9    seen it.

09:46 10        Q.    Okay.  And then, in -- in May of 2016,

11    SBB responded to the deficiencies identified in the

12    SEC's letter.  Okay.  Did you review SBB's May 2016

13    response?

14        A.    I don't specifically recall if I may have

09:46 15    seen that document at some point.  I certainly

16    didn't use it in any way specifically for the

17    report.  Whether I'd seen it at some point, this is

18    -- I -- as I confessed, I didn't quite remember

19    about this one.  I don't think so -- well, actually,

09:46 20    I take that back.  I may have seen it at some -- I

21    -- I just can't recall.

22        Q.    Okay.  And I think you just answered

23    this, but if -- did you rely on SBB's May 2016

24    response letter in any way in preparing your report?

09:46 25        A.    No.

                                                        41

1    Q.    Okay.  Did you rely on the SEC's March

2    2016 deficiency letter in any way to prepare your

3    report?

4    A.    No.

09:47  5    Q.    Okay.  All right.  Paragraph 6 of your

6    report states that you were retained by Kopecky,

7    Schumacher and Rosenburg in April of 2023; correct?

8    A.    Well, there -- I was retained to respond

9    to reports, which were issued on April 17, 2023.  I

09:47 10    think that would have happened -- the engagement

11    would have started maybe a month prior to that.  I

12    think my first call with problems sort of described

13    there, in connection with potential retention of an

14    expert would have occurred in March of '23.  I don't

09:48 15    know what -- the exact date, but I'm going to say

16    kind of late March of '23.  And then, I think I

17    probably did -- I and the support team did probably

18    a month's worth of work in anticipation of the -- of

19    these reports coming out in -- on April 17th.

09:48 20    Q.    Okay.  So you -- your recall that your

21    first conversation with counsel about your

22    engagement in this matter happened in or around

23    March 2023?

24    A.    That's fair to say, yes.

09:48 25    Q.    Okay.  And when did you start reviewing

42

1  documents as part of your engagement?

2      A.      It would have been very soon thereafter.

3  I would say it was late March 2023.

4      Q.      Okay.  And have you had any prior

09:48  5  engagements with the law firm Kopecky, Schumacher

6  and Rosenburg?

7      A.      Not directly.  The only thing I would --

8  can point out is that a few years prior, before I

9  had been retained as an expert on the case, some

09:49  10  other colleagues at Ankura, who had been engaged on

11  this matter, had asked me to pull some academic

12  research and so forth.  So in an indirect sense, if

13  they were engaged by counsel, then that's why I'm --

14  for full completeness, I am pointing that out.

09:49  15      Q.      Yeah.  And who were your colleagues that

16  were engaged by Kopecky, Schumacher and Rosenburg on

17  this engagement?

18      A.      I don't even know they were formerly

19  engaged at that point, but the colleagues involved

09:49  20  would have been Mr. Gene Deitz, and there is a --

21  this colleague is no longer with the firm, Mr.

22  Vikram Kapoor.  Kapoor is spelled K-a-p-o-o-r.

23      Q.      And when were you pulling documents for

24  Mr. Deitz and Kapoor -- Mr. Kapoor, sorry?

09:50  25      A.      And by "documents", just to be clear, I

                                                              43

```
 1  mean, essentially, it's academic research articles;
 2  that sort of thing.  It had been for a very brief
 3  period in early 2020 -- you know, February or March
 4  of 2020.  If I remember -- as far as I remember, it
09:50  5  was just during the pandemic.  It -- so, yes,
 6  February or March, around that time.
 7       Q.    2021?
 8       A.    No, 2020.
 9       Q.    2020, okay.  I'm sorry.
09:50 10            And from February or March 2020 on -- 2020
11  on, did you perform any other work for Mr. Deitz or
12  Mr. Kapoor?
13       A.    I had no other subsequent involvement in
14  this case, until essentially in March of '23.
09:50 15       Q.    Is Mr. Kapoor still with Ankura?
16       A.    No, as -- I think I mentioned he -- he is
17  no longer with us.
18       Q.    When did he leave?
19       A.    I want to say August of 2022.
09:51 20       Q.    Okay.  Where did he go?
21       A.    First, I believe he was going to Ernst &
22  Young.  EY, I think, now it's called.
23       Q.    He didn't, like, retire or anything?
24       A.    No.
09:51 25       Q.    He went to -- okay.  Did you have any
```

44

1  prior engagement with the law firm Latham & Watkins?

2      A.     Again, aside from possibly by the same

3  experience I just described.  Aside from that, no.

4      Q.     Okay.  And -- yeah, so fair enough.

09:51  5  Aside from this engagement?

6      A.     No.

7      Q.     Okay.  How about Patterson Belknap?

8      A.     No.

9             (Sen Exhibit 6 was marked for

09:51 10            identification.)

11  BY MR. WISNIEWSKI:

12      Q.     Okay.  I'm going to hand you a document

13  I'll mark as Exhibit 6.  Exhibit 6 is a compilation

14  exhibit of invoices issued by Ankura, in connection

09:52 15  with the SBB Research Group for the months April

16  2023, May 2023, June 2023, and July 2023.

17      A.     So April through July '23, okay.

18      Q.     That's probably a better way of saying it

19  than what I just said.

09:52 20            Okay.  And, Mr. Sen, are you familiar with

21  these invoices?

22      A.     No.  I mean, obviously, I'd be familiar

23  with my -- any entries that pertain to me.  And I

24  may at some point have discussed with -- there are

09:52 25  colleagues who would have been putting this

                                                          45

1  together.  And so there may have been some point

2  where I had a discussion with a colleague about some

3  hours that are not being entered on time by someone

4  on my support team, that sort of thing.  But other

09:53  5  than that, no, I have no specific familiarity with

6  these invoices.

7      Q.    Okay.  And my understanding is that these

8  invoices were issued pursuant to a subpoena that the

9  SEC issued to Ankura or to you; is that correct?

09:53  10      A.    I know there was a subpoena.  I don't --

11  I confess, I don't know quite what became of that.

12  And as far as the invoices are concerned, not --

13  I'll take your word for it that that's what

14  happened.

09:53  15      Q.    Okay.  And you referenced earlier your --

16  in your testimony that it was your understanding

17  that Mr. Deitz and Mr. Kapoor were doing work, in

18  connection with this SBB matter as early as February

19  or March 2020; correct?

09:53  20      A.    I -- they were doing something.  I don't

21  know if they had been formally retained, or what the

22  nature of the engagement was at that point.  They

23  were doing some work.

24      Q.    Okay.  And did they bill for that work?

09:54  25  Did they bill SBB for that work or --

46

1    A.    I --

2    Q.    -- Kopecky, Rosenburg and Schumacher?

3    A.    -- wouldn't know.  I confess I wouldn't

4  know.

09:54  5    Q.    Okay.  Is that something that you could

6  find out easily?

7    A.    I -- I don't know.  That's not really

8  something -- that's not in my area of

9  responsibility.

09:54  10    Q.    You couldn't ask someone at Ankura to go

11  back to February or March 2020 to see if there's any

12  billables related to this matter?

13    A.    I mean, this I -- I think I would defer

14  to counsel.  It's sort of beyond the scope of my

09:54  15  usual duties.

16    Q.    Okay.  So you couldn't -- I'm just asking

17  you as a -- you're an employee of Ankura; right?

18    A.    Yes.

19    Q.    Okay.  So you as an employee -- are you a

09:54  20  partner of Ankura, or no?

21    A.    I have a title of managing director.

22    Q.    Okay.  As a managing director at Ankura,

23  could you ask someone at Ankura to go back to

24  February or March 2020, and see if there's billable

09:55  25  invoices as part of the SBB engagement?

47

1    A.    The only reason I hesitate is I am not

2    the project manager of this case.  So in a sense,

3    that would be sort of outside the realm of my

4    duties.  I could mention it -- hypothetically, I

09:55 5    could mention it to someone, but I don't really have

6    the author -- ability to authorize that as such.

7    It's sort of -- there's a process and there's a

8    project manager.  I don't quite know who that would

9    be in this case, but --

09:55 10    Q.    Okay.

11    A.    -- I'm not.

12    Q.    So if someone issued a subpoena

13    requesting invoices for the work done on the SBB

14    engagement, could Ankura do that?

09:55 15    A.    I imagine in principle.  That is, to some

16    extent, beyond my --

17        MR. BAKER:  If I could interject, Kevin.

18    We'll look into it.

19        MR. WISNIEWSKI:  Okay.

09:55 20  BY MR. WISNIEWSKI:

21    Q.    Did you do any work after July 2023, in

22    connection with this engagement?

23    A.    Basically, in connection with what I've

24    already described to you, in terms of preparation

09:56 25  for the deposition.  And also to some extent, in

                                                          48

1    connection with that, reviewing Dr. McCann's

2    rebuttal report when that came out, yeah.

3    Essentially, those are at the same time, late

4    October, early November, so...

09:56    5    Q.    Did -- do you bill for that time?

6    A.    Yes.

7    Q.    Okay.  Did you invoice SBB for that

8    billable time?

9    A.    Again, I don't manage the invoices for

09:56    10    the projects.  So I entered my time, and then there

11    are other people at Ankura who actually handled the

12    invoices.  So I can't speak to when or how that was

13    invoiced.

14    Q.    Okay.

09:56    15    A.    I know that I entered my time as per our

16    usual practice.

17    Q.    And after July 2023, do you know how much

18    -- how many hours you billed on the SBB engagement

19    -- I should say after 2020 -- July 2023, 'til today?

09:56    20    A.    Not off the top of my head because for

21    one thing, this month hasn't been done yet.  So I

22    haven't been -- trying that to January, I really

23    couldn't say.  And November and December, I -- I'm

24    hesitant to speak from memory.  I mean, the time was

09:57    25    entered.  I don't remember right now offhand.

49

1    Q.    Okay.  And Exhibit 6, the Ankura invoices

2    issued to SBB from April of 2023 through July 2023,

3    reflect that for the work that you did, and your

4    team did on your report that a total of

09:57  5    approximately one point -- $1.5 million was billed.

6    Does that seem correct?

7    A.    I would -- I would have to take your word

8    for it because I have actually not -- as I said a

9    little while ago, I think I have not -- we've seen

09:57 10    these invoices.  I -- I don't handle them.  They

11    were not shown to me and -- but --

12    Q.    Let me ask you different.  Any rate to --

13    any reason to believe that the hours or amounts

14    reflected in the -- in these invoices are incorrect?

09:58 15    A.    No.

16    Q.    Okay.  If you can turn to the June

17    invoice, which is just the second month.

18    A.    Oh.

19    Q.    Let me be a little bit more specific.

09:58 20    That's the May 2023 invoice dated June 27th.

21    A.    Yes, okay.

22    Q.    You got it?  Okay.  I just want to make

23    sure for the people that are under -- so there's a

24    task on the next page that says, "Send expert

09:58 25    report".  Do you see that?

50

          1      A.      Yes.

          2      Q.      And then, there's various names on it

          3 there?

          4      A.      Yes.

09:58     5      Q.      Is that -- is that your team?

          6      A.      So, for instance, you notice that Stefan

          7 at that stage, whose name has been mentioned today,

          8 was not yet involved in the case.  You'll probably

          9 find his name in later months.

09:59    10      Q.      Okay.

         11      A.      He became involved later.  And on the

         12 other hand, some people who were involved in this

         13 stage were not as involved later.  So kind of -- I

         14 think that's fairly clear, but, yes, I think at the

09:59    15 time, this probably a fair -- should be a fair

         16 reflection of who worked on it at that point.

         17      Q.      So the individuals that are identified in

         18 your report are generally the -- the people that

         19 helped you prepare your report; is that fair?

09:59    20      A.      That should be fair to say, yes.

         21      Q.      Okay.  What year did you graduate

         22 undergrad?

         23      A.      1999.

         24      Q.      Okay.  And how about your graduate work?

09:59    25      A.      Ph.D., I finished in 2005.

                                                                    51

```
         1      Q.      Okay.  Any other degrees?

         2      A.      No.

         3      Q.      Okay.  And how long have you worked at

         4   Ankura?

09:59    5      A.      At Ankura -- I've been with Ankura in

         6   some form since 2018.

         7      Q.      And when you say something various forms,

         8   is that a merger and acquisitions?

         9      A.      Well, I'm just trying to think -- yeah.

10:00   10   I mean, essentially, I think it's an open -- not

        11   much of a secret.  Ankura acquired another firm

        12   called Navigant Consulting, so a lot of us

        13   essentially came over as one group from Navigant.

        14   So I've been with that group of people for longer,

10:00   15   but Ankura essentially acquired us in -- or they

        16   haven't stated, as to the actual acquisition, but I

        17   think it went through and became official around the

        18   sense -- around about summer of 2018.

        19      Q.      Okay.  Let me ask you a different way.

10:00   20   You got your Ph.D. in 2005?

        21      A.      That's right.

        22      Q.      Where did -- where did you go to work

        23   after that?

        24      A.      I first went to a place called NERA

10:00   25   Economic Consulting.
```

52

```
 1      Q.      NERA?

 2      A.      NERA.

 3      Q.      N-E-R-A.

 4              THE REPORTER:  Can you guys slow down,

 5    please.  Sir, especially you.

 6              THE WITNESS:  Yes.

 7              THE REPORTER:  Thank you.

 8              THE WITNESS:  NERA Economic Consulting.

 9    BY MR. WISNIEWSKI:

10:00 10    Q.      Okay.  And when did you join NERA?

11      A.      2005.

12      Q.      Okay.  And then, where did you go next?

13      A.      I went to another shop called AFE

14    Consulting in 2011.

10:01 15    Q.      AFE?

16      A.      AFE.

17      Q.      Okay.  2000?

18      A.      '11.

19      Q.      Okay.

10:01 20    A.      2011.

21      Q.      Okay.  After that?

22      A.      And then, AFE got acquired by Navigant

23    Consulting in -- I want to say maybe late 2012,

24    early -- late 2012, I think.

10:01 25    Q.      Okay.  And then, Navigant got acquired
```

53

1    by?

2         A.    Ankura.

3         Q.    Ankura.

4         A.    In 2018.  And for the sake of

10:01  5   completeness, I'll point out that starting in 2015,

6    I technically became a sort of part-time employee

7    with Navigant.  It has no practical effect, aside

8    from essentially our internal arrangement, but I

9    still had -- I still had my title, everything.

10:02 10   Technically, I was -- quote, unquote -- part-time

11   from that point onwards.

12        Q.    Okay.  So you worked at consulting firms

13   your entire professional career since obtaining your

14   Ph.D. in 2005?

10:02 15        A.    Specific to -- it's just specifically the

16   ones we have just talked about, yes.

17        Q.    Okay.  Any other professional engagements

18   or places of employment after 2005?

19        A.    No.

10:02 20        Q.    Okay.  Have you ever worked at a hedge

21   fund?

22        A.    No, I have not.

23        Q.    Have you ever worked at a registered

24   investment advisor?

10:02 25        A.    No, I'm not.  The only reason I'm

54

```
      1  hesitating is parts of Navigant and Ankura -- I'm
      2  not in that part of the firm, but they are actually
      3  kind of a registered broker-dealer that's sort of a
      4  subsidiary of the firm.  I'm just pointing that out,
10:02 5  but I'm not involved with that.
      6       Q.    But you don't work at that --
      7       A.    No.
      8       Q.    -- subsidiary?
      9       A.    No.
10:02 10      Q.    Okay.  So you've never been employed by a
     11  broker-dealer?
     12       A.    Never.
     13       Q.    Never been employed by a registered
     14  investment advisor?
10:02 15      A.    No.
     16       Q.    Ever been avoid -- sorry.
     17             Ever been employed by an investment
     18  company.
     19       A.    No.
10:03 20      Q.    Okay.  Have you ever been employed by an
     21  entity that is regulated by the SEC?
     22             MR. BAKER:  Objection to form.  You can
     23  answer.
     24             THE WITNESS:  I wouldn't even know what
10:03 25  that means.  Unless the firms I'm describing have
```

                                                            55

1   been regulated by the SEC, then the answer would be

2   no.

3   BY MR. WISNIEWSKI:

4       Q.      Okay.  Any firm -- have you ever worked

10:03  5   for a firm that is regulated by the CFTC?

6               MR. BAKER:  Objection to form.

7               THE WITNESS:  Again, same answer.

8   BY MR. WISNIEWSKI:

9       Q.      Okay.  Your CV that's attached to your

10:03  10  report identifies six prior engagements; is that

11  correct?

12      A.      Six prior --

13      Q.      Under the expert witness line.

14      A.      So there is one more, which at the time,

10:04  15  I was not really at liberty to disclose because,

16  essentially, nothing had happened yet and this was

17  filed in July.  I had -- basically, around the same

18  time this report went out, actually, I submitted an

19  expert report in another matter.  And have since

10:04  20  been deposed on that.

21      Q.      And what is that matter?

22      A.      It's called -- and don't hold me to the

23  full name, but this should give one enough to be

24  able to look it up.  It's called Langer --

10:04  25  L-a-n-g-e-r -- et al.  I mean, there are other named

56

1  plaintiffs, but I think Langer, et al., should find

2  it for you.  Langer, et al., versus CME Group,

3  Chicago Board of Trade, and there might be some

4  other defendants, whose names escape me now.  But if

10:04  5  you look that up, I believe it's fairly easy to

6  find.

7      Q.     And that's a lawsuit?

8      A.     It's a lawsuit.

9      Q.     Is it in federal court, or state court?

10:04 10      A.     I believe it's in Illinois State Court.

11      Q.     Illinois State Court?

12      A.     That's right.

13      Q.     Do you know which court?

14      A.     I believe -- I remember seeing Cooke

10:05 15  County Chancery Court.  Again, I don't know if that

16  quite answers your question, but...

17      Q.     And you issued an expert report in that

18  matter?

19      A.     Yes, I did.

10:05 20      Q.     What was the date of that report?

21      A.     Two days before this one.  Like, the 14th

22  or 15th of July.

23      Q.     Two days before your report?

24      A.     Right, so basically -- and essentially,

10:05 25  simultaneous with this one.  Yes, I worked on two

57

1   reports at the same time.

2        Q.    Okay.  And you said you were deposed in

3   that matter?

4        A.    Yes.

10:05  5        Q.    When was that?

6        A.    It was early September, I believe.  If I

7   had a calendar in front of me, I could probably

8   check exactly; but I want to say September 7th of

9   '23.

10:05 10        Q.    So you were deposed September 7, 2023?

11        A.    That right.

12             MR. WISNIEWSKI:  Okay.  Counsel, do you --

13   can you produce -- or is there a reason there wasn't

14   -- we can talk off the record, but do you have a copy

10:06 15   of that expert report?

16             MR. BAKER:  I think we should discuss off

17   the record.  I don't know the confidentiality status

18   of that matter.  Let's discuss off the record.

19             MR. WISNIEWSKI:  Okay.  I'm just wondering

10:06 20   why it wasn't produced in -- in connection with this

21   litigation.

22   BY MR. WISNIEWSKI:

23        Q.    Any other expert reports?

24        A.    Beyond -- beyond what's described here,

10:06 25   no.

                                                        58

1    Q.    Okay.  The CME Group, what is the subject

2  matter of that lawsuit?

3    A.    It involves a dispute between two classes

4  of shareholders of the CME Group over, essentially,

10:06  5  the trading -- special trading rights or privileges

6  that one group of shareholders' so-called members

7  used to have, which they allege were then stripped

8  of them without adequate compensation.

9    Q.    Does it involve valuation of assets?

10:07 10    A.    No.  Certainly my work did not.

11    Q.    Okay.  So you're -- the work -- the

12  expert work that you did, did not involve the

13  valuation of any assets?

14    A.    No.

10:07 15    Q.    Okay.  All right.  The other expert work

16  that's identified in your CV, it seems that three of

17  the matters are all kind of connected; is that -- is

18  that fair?

19    A.    Yes, and I know they're just repeated

10:07 20  like that for completeness.  They are essentially

21  like the same case.  I think sort of parallel suits

22  were filed at the time.  I think it's -- should be,

23  more or less clear, from the -- yeah, right.  I

24  guess there are different plaintiffs filing --

10:07 25  filings.  It's been essentially the same case.

59

1    Q.    Okay.  And they involved the valuation of

2    convertible bonds?

3    A.    Well, the case involved a dispute over

4    the valuation of convertible bonds.  My affidavit

10:08 5    was simply -- it was -- essentially involved sort of

6    a compilation of data -- and review of some data.

7    So I, myself, was not valuing any -- any bonds.

8    Q.    What was the subject matter -- what was

9    the subject matter of your affidavit?

10:08 10    A.    Again, I -- it's been a while.  As I

11    recall, it's essentially just summarizing and

12    reviewing some trading data, I want to say, or

13    something of that sort.  It really has been a while,

14    but it's essentially like summarizing and reviewing

10:08 15    data.  There was certainly no valuation of it.

16    Q.    Did you -- did you issue an expert report

17    in those matters?

18    A.    No, I did not.

19    Q.    Okay.  Just the affidavit?

10:08 20    A.    That's right.

21    Q.    All right.  The fourth bullet says you

22    co-authored an expert report submitted to the SEC on

23    behalf of a hedge fund client.  Do you see that?

24    A.    Yes.

10:08 25    Q.    So is that litigation?

60

           1       A.      I don't know if it moved to litigation.
           2   At that stage, it was essentially -- dare I say it
           3   -- some form of SEC investigation.  Hence,
           4   essentially a report was submitted on our client's
10:09      5   behalf to the SEC.
           6       Q.      It was an Enforcement investigation?
           7       A.      It was an investigation.  I'm not sure
           8   what other kind of investigation.  You probably no
           9   know better than I.  I'm not sure what other kind of
10:09     10   investigation you would have.
          11       Q.      Okay.
          12       A.      I believe so.
          13       Q.      All right.  And -- and you didn't sign
          14   the report that was submitted to the SEC; correct?
10:09     15       A.      It was authored by myself and several
          16   colleagues.  One colleague signed the report, but
          17   all of our names were on it, all of our bios and so
          18   forth.
          19       Q.      Okay.  But Vikram Kapoor -- K-a-p-o-o-r
10:09     20   -- signed it?
          21       A.      He signed the report, that's correct.
          22       Q.      You didn't sign it?
          23       A.      No.
          24       Q.      All right.  So when you say you
10:09     25   co-authored it, what do you mean?

                                                                    61

1      A.      As in we put it together as a team.  And

2  this is the case where really everyone's whose name

3  was mentioned in the report contributed something

4  substantial to the writing of that report.

10:10  5      Q.      Okay.  Is it similar to the individuals

6  that you identified on your team in the billables?

7      A.      No, this is -- there's a reason why the

8  names are all on the report.  We all really co-wrote

9  the report together.

10:10  10      Q.      Okay.  Is there a reason why only Mr.

11  Kapoor signed it?

12      A.      I don't recall at this point.

13      Q.      Okay.  The bullet point under that on

14  your CV says:  "Presented to the SEC regarding loss

10:10  15  causation of price drop in stock."

16              Do you see that?

17      A.      Yes.

18      Q.      Did you issue a report?

19      A.      No, that was essentially a live

10:10  20  presentation.  I want to say via Zoom.  So there was

21  no formal report submitted.

22      Q.      Okay.  And then, the last bullet mentions

23  or references a case, U.S. v. Meek?

24      A.      Yes.

10:10  25      Q.      Do you see that?

62

1      A.      Yes.

2      Q.      In the Southern District of Indiana?

3      A.      That's right.

4      Q.      And you issued an expert report in that

10:11 5   matter?

6      A.      Expert report in the -- so technically,

7   because this is a criminal case, what -- the way I

8   gather it's done is essentially my report, or

9   essentially my opinions were embedded within a

10:11 10  letter that the lawyers signed and submitted to the

11  Court.  So that's what I mean by -- it's essentially

12  an expert report, but, technically, it took the form

13  of a letter signed by the lawyers, submitted on my

14  behalf to the Court of my opinions.

10:11 15     Q.      Okay.  So it wasn't similar in substance

16  or form, as the report that you issued in this case?

17  It wasn't an actual expert report; is that fair?

18     A.       In that sense, it's fair, but I would say

19  it is, in a sense, similar in spirit in that it's

10:11 20  putting the Court on notice about my opinions, that

21  if this had gone to trial, that I would have

22  testified to.

23     Q.      I got it, okay.  And did the report

24  issued in that case involve the valuation of assets?

10:11 25     A.      No, it did not.

63

1    Q.    Okay.  So aside from this engagement --

2    the SBB engagement, have you ever issued an expert

3    report on the valuation of -- of assets?

4    A.    No, I have not.

10:12  5    Q.    Okay.  How many depositions have you done

6    in your career?

7    A.    I have been deposed once.

8    Q.    Is that the CME Group matter?

9    A.    That's correct.

10:12  10    Q.    Okay.  So this is your second?

11    A.    Yes.

12    Q.    How many times have you testified at

13    trial?

14    A.    Zero.

10:12  15    Q.    Okay.  In connection with your expert

16    work, has a Court ever issued a finding that your

17    technical or specialized knowledge would help a

18    trier of fact?

19    A.    I'm sorry, say that again?

10:12  20    Q.    Yeah.  In connection with your expert

21    work, has a Court ever issued a finding that your

22    technical or specialized knowledge would help a

23    trier of fact?

24         MR. BAKER:  Objection to form.

10:12  25         THE WITNESS:  If you're asking has the

64

1    Court ever issued some kind of finding about my

2    expert work as listed here, no, I don't believe so.

3    BY MR. WISNIEWSKI:

4        Q.    Okay.  Has the Court ever issued or made

10:13 5  a finding that a report you submitted was a product

6    of reliable principles and methods?

7        A.    No, because as I just answered that, I

8    didn't ever receive a finding one way or the other.

9        Q.    Okay.  And has the Court ever issued a

10:13 10 ruling finding that you reliably applied the

11   principles and methods to a particular fact in the

12   case?

13       A.    Again, essentially the same answer.

14       Q.    Okay.  Have you ever bought or sold a

10:13 15 structured note?

16       A.    No, I have not.

17       Q.    Okay.  Have you ever bought or sold

18   options?

19       A.    I -- meaning myself personally, that --

10:13 20 if that is covered by your question, then, yes, I

21   have.

22       Q.    Okay.  Have you ever been engaged by a

23   third party to value options?

24       A.    If you mean professionally speaking, no.

10:13 25      Q.    Okay.  Prior to your engagement in this

65

1  matter, have you ever valued a structured note?

2      A.    I have valued structured products in

3  prior engagements.  So aside from cases where I was

4  being retained expert at -- with another

10:14  5  engagements, where I have valued structure products.

6      Q.    A structured note, though?

7      A.    Specifically sending out or being called

8  a structured note, not necessarily.  I'm trying to

9  think.  There is a -- there was a case where

10:14  10  structured notes were part of the case, but what we

11  dealt with, and what was really the focus of the

12  case was so-called collateralized debt obligations,

13  as in -- colloquially known as CDO's, which are, I

14  would say, very similar in some ways to a structured

10:14  15  note, but they're probably not usually called a

16  note.  So in that sense, the notes in that case,

17  which are actually simpler in structure, we did not

18  value.

19      Q.    Okay.  Have you ever valued a worst of

10:14  20  structured note, like the ones at issue in this

21  case?

22      A.    No, I don't believe so.

23      Q.    Okay.  Have you ever valued a digital

24  worst of structured note?

10:15  25      A.    I don't believe so.

66

1    Q.    Okay.  Have you ever valued a buffered

2  plus worst of structured note?

3    A.    No, I don't believe so.

4    Q.    Okay.  Have you ever valued a structured

10:15  5  product?

6    A.    Broadly defined, yes.

7    Q.    Okay.  And that's the CDO's that you

8  referenced?

9    A.    For instance, there's some other

10:15 10  engagements, some of which may be listed on the CV.

11  I've been involved in some other cases involving

12  structured products.  There's one involving

13  valuating a credit-rating agency's model for rating

14  structured products of -- that would have been --

10:15 15  that could have involved that, too.  There was a

16  case, which may not be on here because there's only

17  selective engagements; but there's one involving

18  sort of a structured equity derivative, where

19  there's a dispute between a wealthy-individual

10:16 20  investor and a bank, which had issued him the

21  derivatives of -- that involved a valuation, as

22  well.  So there's been a few engagements.

23    Q.    Okay.  Have you issued an expert report

24  in any of those engagements?

10:16 25  A.    No.

67

1    Q.    Okay.  Have you ever been retained by an

2  entity to buy or sell a structured note?

3    A.    No, I have not.

4    Q.    An option?

10:16  5    A.    No.

6    Q.    Have you ever been retained by a bank to

7  value a structured note?

8    A.    No, I have not.

9    Q.    Or an option?

10:16 10    A.    No.

11    Q.    Have you ever been retained by a hedge

12  fund to value a structured note?

13    A.    No, I have not.

14    Q.    Or an option?

10:16 15    A.    No.

16    Q.    Okay.  Have you ever taught a class on

17  asset valuation?

18    A.    No, I have not.

19    Q.    Option valuation?

10:16 20    A.    Have I ever taught a class -- I'm just

21  trying to think.  In graduate school, I did

22  substitute for a professor for some individual

23  lectures.  I can't recall at this point whether

24  options would have been on the topic on those days

10:17 25  -- would have been on the agenda on those days.

68

1    Q.    Have you published any articles or

2  peer-reviewed journals regarding options valuations?

3    A.    So I have some publications -- I have a

4  Ph.D. thesis, which does touch upon the issue of

10:17  5  options.  And some papers -- subsequent papers,

6  there's some peer-reviewed published papers who's --

7  which touch upon the issue of options, in the sense

8  that they devise quantitative methods, which have

9  application to specific problems in option pricing.

10:17  10  And it's noted in those papers.  In that sense, yes,

11  those papers, I think an academic would say do

12  involve option pricing, at least in part.

13        Plus, I had a working paper that came out

14  of my thesis, which is specifically about implied

10:18  15  volatility, which while I have never published it, it

16  has been cited by a peer-reviewed paper that was

17  published recently on the topic.

18    Q.    Okay.  And in your CV, can you identify

19  for me the peer-review journal that relates to

10:18  20  options pricing?

21    A.    You mean, the peer-reviewed journal that

22  has the paper that relates to option pricing?

23        THE REPORTER:  I'm sorry, what did you

24  say?

10:18  25

69

```
         1   BY MR. WISNIEWSKI:
         2       Q.      I'm sorry, I --
         3       A.      The journal -- I'm sorry, the journal may
         4   -- won't tell you about option pricing, but the --
10:18    5       Q.      The substance of the paper?
         6       A.      Yes.
         7       Q.      Can you identify for me which article in
         8   your CV is the peer-reviewed journal article that
         9   you authored, that you're referencing relates to
10:18   10   options pricing?
        11       A.      Yes, let me just look.  Let me tell you.
        12   They are a couple.  So one is, "Optimization and
        13   Dynamical System Algorithms for Finding Equilibria
        14   of Stochastic to Games".  So that's one.
        15              THE REPORTER:  Can you slow down a little
        16   bit.
        17              THE WITNESS:  That's okay.  Yes, I can
        18   repeat that.  I can repeat that.
        19              THE REPORTER:  Thank you.
10:19   20   BY MR. WISNIEWSKI:
        21       Q.      Which bullet point are you referring to?
        22       A.      So in my publications list --
        23       Q.      Yes.
        24       A.      -- Page 49, second bullet from the
10:19   25   bottom.
```

                                                          70

1    Q.    Okay.

2    A.    "Optimization and Dynamical System

3  Algorithms Refining Equilibria of Stochastic Games",

4  so that's one.  And then, the first bullet of the

10:19  5  next page, "Interior-Point Algorithms, Penalty

6  Methods and Equilibrium Problems".

7    Q.    Any peer-reviewed journals regarding

8  structured note valuations?

9    A.    No.

10:19 10  Q.    Any peer-reviewed journals regarding

11  structured product valuations?

12    A.    No.

13    Q.    If you could turn to Exhibit 2 of your

14  report, which starts on Page 51.

10:20 15  A.    Yeah.  Yes.

16    Q.    Okay.  And Exhibit 2 identifies the

17  materials upon which you relied to give your

18  opinions reflected in your report; correct?

19    A.    That's right.

10:20 20  Q.    Any additional facts or data that you

21  considered in forming your opinions?

22    A.    Not to my knowledge.

23    Q.    Okay.  Aside from the documents

24  identified in Exhibit 2, did counsel provide you any

10:20 25  facts or data that you considered in forming your

71

1    opinions?

2         A.    I'm just trying to think.  No, I don't

3    think -- there weren't any sort of, say, assumptions

4    or something like that they told me -- told me to

10:20  5    make or instructions of that sort.  No, I don't

6    believe so.

7         Q.    Okay.  My question was facts or data.

8    Did counsel provide you any facts or data that you

9    used to formulate your opinions?

10:21 10         A.    The only fact at the moment that comes to

11   mind is I believe -- and I think there's a footnote

12   to this effect somewhere in the report, that there

13   was a particular note, which I'm excluding because

14   it was held by a fund, which is not at issue in the

10:21 15   case.  And I think that was based on instruction

16   from counsel.

17        Q.    Okay.  If you could turn to Page 41 of

18   your report.

19        A.    Uh-huh.

10:21 20        Q.    And look at Footnote 91.

21        A.    Yes.

22        Q.    The first sentence of Footnote 91 says:

23   "I also ran a version of the regression using

24   versions of the SBB and counterparty data that I

10:21 25   received from counsel."

72

1          Do you see that?

2     A.     Yes.

3     Q.     What is that data?

4     A.     That should be on this list.  Honestly,

10:22 5  it's towards the end.

6     Q.     Okay.  So that's data that you disclosed

7  in Exhibit 2?

8     A.     It should be, yes.

9     Q.     Okay.

10:22 10   A.     I want to say it's towards the -- I think

11  that is specifically, I believe, Bank Prices

12  Table.xlsx on Page 59, if I'm not mistaken.

13    Q.     Okay.  I'm sorry, the file named Bank

14  Prices Table?

10:22 15   A.     That's right.

16    Q.     Oh, that's what that is.  Okay.

17    A.     Yep.

18    Q.     Okay.  Did counsel tell you to assume any

19  facts or data in forming your opinions?

10:22 20   A.     As I said, there was one fact about a

21  particular note owned by an entity that I was

22  informed is not part of the case.  So that would be

23  a fact, I think.

24    Q.     Okay.  Any other facts or assumptions

10:22 25  that counsel told you to use?

73

1    A.    Not that I can recall at this point, no.

2    Q.    Did you speak with Sam Barnett in

3  connection with your engagement?

4    A.    I have been on a couple of conference

10:23  5  calls as part of a wider group of people, where Sam

6  Barnett was also on the call.

7    Q.    Okay.  And was counsel on that call?

8    A.    Yes.

9    Q.    Okay.  Have you ever met or spoke with

10:23 10  Matt Aven?

11    A.    I don't believe so, no.

12    Q.    How about Sandeep Navalgund,

13  N-a-v-a-l-g-u-n-d?

14    A.    Again, he would have been, I think, on a

10:23 15  couple of those same calls with Sam Barnett.

16    Q.    Okay.  And did Mr. Barnett or Mr.

17  Navalgund provide you any facts, or data that you

18  considered in forming your opinions?

19    A.    No.

10:23 20    Q.    Okay.  Exhibit 1 reflects your final

21  report; correct?

22    A.    Subject to this errata sheet that was

23  submitted, yes.

24    Q.    Okay.  Prior -- do you have prior drafts

10:23 25  of the report?

74

1      A.      There was a drafting process, but I think

2   that's standard.

3      Q.      Okay.  And did you send those drafts to

4   counsel?

10:24  5      A.      Some of them would have been reviewed by

6   counsel.

7      Q.      And did counsel send you comments back?

8      A.      Yes, they would have.

9      Q.      Did you incorporate those comments into

10:24  10   subsequent drafts?

11      A.      I would have considered them.  They were

12   generally of a stylistic nature, as there was -- the

13   substance of the report is mine, yeah.

14      Q.      Okay.  Anything in your report that you

10:24  15   issued that you don't agree with, or subsequently

16   come to say is incorrect?

17      A.      No, no.

18      Q.      Subject to the errata sheet, of course?

19      A.      Yep.

10:24  20            MR. WISNIEWSKI:  Gotcha.  All right.

21   We'll get to that.  Why don't we go off the record.

22            THE VIDEOGRAPHER:  This ends Unit 1.

23   We're off the record at 10:23.

24            (Break was taken off the record.)

10:43  25            THE VIDEOGRAPHER:  This begins Unit 2 on

75

1    the record at 10:42.

2    BY MR. WISNIEWSKI:

3        Q.    All right.  Dr. Sen, earlier today, you

4    testified that you used the risk-neutral pricing to

10:44  5    value the structured notes in this case; is that

6    correct?

7        A.    Yes.

8        Q.    Okay.  And in Mr. McCann's report, he

9    opined that the only acceptable approach to valuing

10:44 10   structured notes is using the risk mutual framework.

11   Do you agree with that?

12       A.    I think that's a little strong.  I would

13   say this mutual pricing is certainly a standard

14   approach, and there could be circumstances where

10:45 15   there could be exceptions to that.

16       Q.    Okay.  But risk-mutual pricing is an

17   industry standard approach?

18       A.    I believe it's an industry standard, and

19   certainly also an academic standard, yes.

10:45 20       Q.    Okay.  And you used that approach in your

21   pricing?

22       A.    Yes.

23       Q.    Okay.  And Dr. McCann used that approach

24   in his pricing?

10:45 25       A.    Yes.

76

1    Q.    Did SBB use that approach in its pricing?

2    A.    Again, I've not been asked to opine or --

3    on their model or to -- or us to characterize it.

4    So beyond what I -- what I've essentially have

10:45  5    already discussed, which it's fair to say that they

6    did not use, say, the risk-free rate for the drift

7    term and that sort of thing.  So from that, it

8    follows -- I didn't use risk-mutual pricing; but

9    beyond that, I haven't analyzed their model as such.

10:46  10    Q.    Okay.  And is it a problem if they do not

11    use the risk-mutual framework as part of their

12    pricing?  Do you think that's a problem?

13                MR. BAKER:  Objection to form.

14                THE WITNESS:  It isn't necessarily a

10:46  15    problem.  It depends on the full scope of what

16    they're doing in their model.  So there could be

17    reasons why not using risk-mutual pricing would be

18    justified potentially.  I'm not saying that's true

19    for their model, but there could be reasons.

10:46  20    BY MR. WISNIEWSKI:

21    Q.    Yeah, but I'm saying specific to their

22    model.

23    A.    I haven't analyzed their model as such to

24    reach a -- done the necessary analysis to reach an

10:46  25    opinion on that as such, and I'm not testifying as

77

1   such about that.

2       Q.      Okay.  And in your opinion, should SBB

3   have used the risk-mutual framework?

4       A.      Again, I am not opining on what SBB

10:46  5   should or should not have done.  It's clear enough

6   what I have done, and what Dr. McCann has done; but

7   I'm not, today, opining on what -- quote-unquote --

8   SBB should or should not have done.

9       Q.      Okay.  So you're not opining at all on

10:47 10   SBB's valuation model?

11      A.      Beyond making essentially what I would

12   say are arithmetic observations in my so-called

13   waterfall analysis, beyond that, I'm not opining on

14   the model.

10:47 15      Q.      Okay.  So no opinion as to whether SBB's

16   model complied with the mutual -- risk-mutual

17   framework?

18      A.      Again, it's evident that they did not --

19   the drift term, as we have already discussed, was

10:47 20   not the risk-free rate.  So in that sense, that -- I

21   would say that part is evident.  But if the question

22   is, is there a problem with that, I'm saying that I

23   have not done the necessary analysis to it.

24      Q.      Okay.  So you're not opining whether by

10:47 25   not using the risk-mutual framework, SBB's model was

78

1  reasonable or not?  You're not opining on that?

2      A.      That is correct.

3      Q.      Okay.  In -- in his report, Dr. McCann

4  stated that SBB's model was inconsistent with basic

10:48  5  valuation principles, industry standard, and

6  published scientific research.  Do you agree with

7  that statement?

8      A.      Again, I am not opining on or analyzing

9  the SBB model.  What I would point out, I think it's

10:48 10  essentially on the record that -- even as people

11  from SBB have testified that their model is not

12  industry standard.  So I think that, in a sense, it

13  is not in dispute.

14      Q.      Okay.  So that -- it's not in dispute

10:48 15  that SBB's model was not consistent with industry

16  practice?

17      A.      As far as I can tell, yes; but again,

18  I've not specifically tried to analyze it --

19      Q.      Okay.

10:48 20      A.      -- to answer such a question.

21      Q.      But you were retained to respond to

22  Dr. McCann's report; correct?

23      A.      Yes.

24      Q.      And that's one of the opinions he

10:49 25  expressed in his report?

79

1    A.    Yes, but I'm not -- or I have no opinion

2    on that particular point as such.

3    Q.    Okay.  All right.  Let's turn to your

4    report, which is Exhibit 1, just to kind of give you

10:49 5    some context how we're going to go through it.  I'm

6    going to -- we're going to kind of confirm some

7    major points or kind of the highlights of -- of your

8    opinions, and then we'll drill down into each of

9    those opinions a little bit greater.  Fair enough?

10:49 10    A.    However you want to do it is fine.

11    Q.    Okay.  All right.  So one of the opinions

12    in your report is that the valuation used by

13    Dr. McCann to value SBB structured notes was not

14    supported by option pricing theory or research;

10:49 15    correct?

16    A.    I think I make clear in the report that I

17    think the research indicates there are potentially

18    issues or problems with it.  That's how I would

19    characterize it.

10:49 20    Q.    Okay.  But you specifically opine that

21    his -- the model he used was not supported by option

22    pricing theory or research?

23    A.    It's not supported by the research that I

24    have reviewed.  I would put it that way, yes.

10:50 25    Q.    Is it supported by the research he cited

80

1    in his report?

2        A.      I don't believe there's any research he

3    has cited in his -- in his report that would

4    contradict the research that I have cited.  Let's

10:50 5    put it that way.

6        Q.      Did you review the research that he cited

7    in his report?

8        A.      If you're asking specifically did I look

9    at all the citations in his report, I don't recall

10:50 10    if I necessarily did so, but I don't believe they

11    would contradict what -- the research I am citing.

12       Q.      So you don't know, one way or the other,

13    whether the research Dr. McCann cited supports his

14    approach to valuing structured notes?

10:50 15       A.      I don't recall specifically what -- the

16    papers he has cited at this point would have said,

17    but I don't believe there's any -- going to be any

18    contradiction between those papers and the one's

19    I've cited.  I don't believe there's any

10:51 20    contradiction that -- that's the main point I would

21    make.

22       Q.      Okay.  But -- so Dr. McCann opines that

23    his model, right, the methodology that he used to

24    value structured notes was supported by pricing

10:51 25    theory and academic research; correct?

                                                        81

1       A.      I believe he says words to that effect,

2   yes.

3       Q.      And you say it's not?

4       A.      That is right.

10:51  5    Q.      So my question is:  Did you review the

6   sources he cited supporting his approach?

7       A.      I don't recall if I specifically reviewed

8   those sources sitting here right now.

9       Q.      So you don't know one way or the other

10:51 10  whether those sources supply -- support his

11  approach?

12      A.      I don't specifically recall what those

13  sources say, that is true, but I don't believe there

14  would be any -- there's any possibility of a

10:52 15  contradiction between those sources and the ones

16  I've cited.  It's all standard academic research.

17      Q.      Okay.  I still don't understand because

18  he's saying what he did is supported by academic

19  research and industry standard, and you're saying

10:52 20  it's not?

21      A.      That's right.

22      Q.      Okay.  But you didn't review the sources

23  he used or supporting his opinion?

24      A.      I or the team would have reviewed them at

10:52 25  some point, and I think we certainly -- we reached

                                                        82

1    the conclusion that he is incorrect; but I don't

2    specifically, sitting here right now, recall what is

3    in those sources.

4        Q.    Okay.  But does the sources that

10:52  5    Dr. McCann cites for his approach support his

6    approach?

7            MR. BAKER:  Objection to form.

8            THE WITNESS:  I mean, if you pointed me to

9    a particular source, then, I might be able to answer

10:53 10    that question.  Sitting here right now, it would

11    really be difficult for me to do so.

12    BY MR. WISNIEWSKI:

13        Q.    Okay.  If you take out Dr. McCann's

14    report, which is Exhibit 3.  And turn to Paragraph

10:53 15    41 on 17.

16        A.    So Exhibit 41 on Page 17?

17        Q.    Paragraph 41, Page 17.

18        A.    Okay.

19        Q.    Okay.  The last sentence of Paragraph 41,

10:54 20    Dr. McCann states:  In addition to the literature on

21    valuing structured notes in general, which can be

22    easily adapted to worst of structures, there was

23    existing literature in the 2000's for dealing with

24    exactly the notes SBB was purchasing."

10:54 25            And you see Footnote 8?

83

1     A.     Yes, I see that.

2     Q.     In Footnote 8, Dr. McCann cites two

3  sources that he states support the valuation

4  approach he used to value dual underlying structured

10:54  5  notes?

6     A.     Yes, I see that.

7     Q.     Okay.  Those two sources are Wallmeier,

8  which was a paper published in 2009, and a Stultz

9  paper published in 1982.  Did you review those

10:55 10  articles?

11     A.     I do not recall at this point.

12     Q.     Okay.  Do you know whether those articles

13  address valuing structured products of the two

14  underlying assets?

10:55 15     A.     I don't know offhand, except from the

16  title of the two papers.  It appears that they do.

17     Q.     Okay.  But one of the major criticisms

18  you have of Dr. McCann's approach is he can't -- is

19  that you can't -- is that he shouldn't have used his

10:55 20  model or his methodology to value options with dual

21  underlyings; correct?

22     A.     I'm criticizing a very specific aspect of

23  Dr. McCann's methodology, which is namely how he

24  calibrates and models volatility.  So it is possible

10:56 25  to kind of -- the overall skeleton of his framework

84

1   to be roughly in line with various papers out there,

2   and that might very well be so.  And I'm making a

3   very specific criticism of how specifically he is

4   essentially modeling, and almost more specifically

10:56  5   calibrating his volatility part of his model.

6       Q.     So aside from his volatility input, is

7   there anything wrong with Dr. Sen's (sic)

8   methodology or model that he used to value

9   structured notes in this case?

10:56  10          MR. BAKER:  Objection to form.

11          THE WITNESS:  Sorry, did you say Dr. Sen?

12   I think you meant Dr. McCann.

13   BY MR. WISNIEWSKI:

14       Q.     Dr. McCann, sorry.

10:56  15       A.     Not necessarily.  In fact, I would point

16   out that the primary difference between his model

17   and mine is the treatment of volatility.  The

18   overall framework is very similar, I think, as I

19   even state in my own report.

10:57  20       Q.     Okay.  So the framework that Dr. McCann

21   used to value SBB's notes in this case was

22   reasonable?

23       A.     I'm saying in a sense, aside from the

24   volatility part, which is not a minor thing, the

10:57  25   overall sort of skeleton, as in you have -- we can

85

1  be a little more specific.  You have some kind of

2  stochastic model for the S&P 500, you have some kind

3  of stochastic model for the Russell, and you've seen

4  some kind of correlation between the two.  And then,

10:57  5  you -- and you assume -- you know, you assume the

6  usual risk mutual, you know, framework as we've

7  talked about.  And then, you stimulate that system.

8  In that sense, his framework is not necessarily

9  unreasonable.  Indeed, I essentially mimic it.

10:57 10       Q.     You mimic it?

11       A.     Yeah, I think I make that pretty clear in

12  my report; that essentially, I'm following, more or

13  less, his steps, except for the treatment of the

14  volatility.

10:58 15       Q.     Okay.  So the volatility input or

16  component is the -- the -- the main criticism you

17  have of his report?

18       A.     Yes, I think that's what I said.

19       Q.     Okay.  And again, getting back to

10:58 20  Dr. McCann's report, Paragraph 41, Note A.  Do you

21  have any reason to believe that the authority that

22  he cites, or the journals that he cites in Footnote

23  8 do not support his framework or approach to

24  valuing structured notes with dual underlyings?

10:58 25       A.     I have no reason to think that they

86

1   contradict, again, what I'm calling this overall

2   skeleton or framework.  That is prob -- again, I

3   don't recall specifically what would be in these

4   paper, but I have no reason -- you know, so I don't

10:58  5   recall, but it could very well be the case that they

6   do support that overall approach, which I've also...

7       Q.    Okay.  So the criticism you have -- just

8   so I'm clear -- with Dr. McCann's model and approach

9   is the volatility component?

10:58 10       A.    It's the treatment and modeling of the

11   volatility and various consequences that I believe

12   flow from that, yes.

13       Q.    Okay.  Anything else with respect to his

14   methodology or inputs that he used?

10:59 15       A.    I mean, there are some other points that

16   I, you know, make note of in the reports, such as

17   his treatment of CDS spreads, which again, I

18   largely, in fact, mimic; but I point out that

19   there's a small technical issue with that.  So there

10:59 20   may be some other issues here and there, but

21   certainly the volatility treatment is sort of the --

22   I would consider to be the major one.

23       Q.    Okay.  So in your report, when you opine

24   that the valuation model Dr. McCann used in this

10:59 25   case is, quote, not supported by option pricing

87

1    theory or research, what did you mean by that?

2       A.    First of all, if there is a specific

3    paragraph you're referring to in my report, it would

4    helpful to see it.

10:59  5       Q.    Yeah, Paragraph 65.

6       A.    Yes.  I think as the first sentence of

7    that paragraph makes clear, this is what I'm talking

8    about.  It's about -- specifically about the

9    Black-Scholes assumptions about volatility, and what

11:00 10   I consider to be the lack of their applicability to

11   these kinds of exotic options.  So that's -- that'

12   what I'm talking about.

13      Q.    Okay.  And just so we're not talking past

14   each other.  My question relates to supported by.

11:00 15   You say that his approach is not supported by

16   pricing theory and research?

17      A.    That's what I'm saying, as in -- I'm

18   saying there's -- I cite to various papers, which I

19   would argue explicitly contradict what he has done

11:00 20   on that -- on that point.

21      Q.    Well, didn't we just look at his report,

22   in which he cited authority that supported his

23   methodology and approach?

24      A.    Again, I don't recall specifically what

11:01 25   those papers say, but as I pointed out, it's

88

1    possible for its overall framework, so that skeleton

2    of the model to be okay.  It doesn't mean that its

3    volatility treatment is in line with what literature

4    out there shows.

11:01  5         Q.    Okay.  But again -- not to belabor this

6    point, but you don't know one way or the other,

7    sitting here today whether the academic journals

8    Dr. McCann cited for his approach support his

9    approach?

11:01 10         A.    Specifically, no.  I don't recall, no.

11         Q.    Okay.  Do you think it's important when

12    you say or opine that Dr. McCann's approach is not

13    supported by pricing theory or research to read that

14    research that he cited?

11:01 15         A.    I think I'm making a very specific

16    criticism for which I have very specific, directly

17    applicable research, which directly speaks to this

18    issue.  So in that sense, I have -- I think -- the

19    authorities here that I've cited that make the point

11:02 20    very clear.  So, you know, and -- when one makes a

21    statement like this, one is not claiming to have

22    read every paper out there.  What one is relying on

23    is well-established, peer-reviewed, published

24    papers, which are making a very specific point.  And

11:02 25    that point is contradicting what someone has done,

                                                              89

1    then, I think that justifies what I'm saying there.

2        Q.    Okay.  And Dr. McCann cited two academic

3    journals for his approach; correct?

4        A.    Yes, he has cited a couple of papers in

11:02  5    there.

6        Q.    Okay.  And did you review those journals?

7        A.    Again, I don't recall sitting here now.

8    I think I probably did at some point.  I just don't

9    recall right now.

11:03 10       Q.    And do they support Dr. McCann's

11    approach?

12       A.    Again, I'm saying I don't recall what's

13   in them sitting here now.

14       Q.    Okay.  But when you issued your report

11:03 15   stating that there is no support for Dr. McCann's

16   approach, do you think it was important to

17   understand whether the cites and support he actually

18   cites supported his approach?

19           MR. BAKER:  Objection to form.

11:03 20           THE WITNESS:  Again, I simply don't recall

21   what is in those papers.  My point is I'm making

22   essentially an affirmative statement here about the

23   papers that I am citing.  And my knowledge generally

24   of the literature, including the papers I'm citing

11:03 25   here, are consistent with the statement I'm making

                                                          90

```
        1    there.  So I'm not claiming to have reviewed -- I

        2    don't -- I'm not claiming to have reviewed all papers

        3    out there, including particular papers that he may or

        4    may not have cited.  I just don't recall.

11:04   5    BY MR. WISNIEWSKI:

        6        Q.      And you cite one article, right, the

        7    Hall, Suo -- S-u-o -- article from 2002?

        8        A.      I'm citing -- actually, I would say

        9    three.  There's Hall and Suo.  There is another one,

11:04  10    which essentially makes clear that this kind of

       11    approach with Black-Scholes is only applicable when

       12    you're trying -- interpolating between vanilla

       13    options.  It's also in there somewhere.  It's

       14    Berkowitz, 2009.  And then, there's also Hall's own

11:04  15    textbook from 2022, which is quoted right there.

       16        Q.      But none of these articles actually

       17    address the model that Dr. McCann used; correct?

       18        A.      If by a model, you mean valuing a

       19    structured note, no, they're not about structured

11:04  20    notes; but they do address -- is the underlying --

       21    is essentially how to value exotic options, which

       22    are the embedded options contained within these

       23    structured notes.  And that's really what we're

       24    talking about when we're talking about the model.

11:05  25    Beyond them, options.  The rest of the note is
```

91

1    essentially the specific details of the payoffs and

2    how they're put together.  But if you decompose --

3    and if you essentially decompose it and drill down

4    to the underlying options, that's really what we're

11:05  5    talking about modeling here.  And these certainly do

6    speak to -- to that issue.

7        Q.    Okay.  But the articles -- the three

8    articles that you cited in your report don't address

9    the methodology Dr. McCann used to value structured

11:05 10    notes in this case?

11        A.    They're not specifically about structured

12    notes.  That is fair to say.  But again, what I'm

13    really talking about here is the underlying embedded

14    options.  That's -- that's really -- that's really

11:05 15    where the modeling challenge or work lies in this, I

16    would say.

17        Q.    Okay.  And I think you said this before,

18    but the approach that you used -- let me just

19    clarify.  You used the Heston model; correct?

11:06 20        A.    Yes.

21        Q.    Okay.  And so the process that you used

22    to value structured notes using the Heston modern --

23    model is similar to the process that Black-Scholes

24    uses; correct?

11:06 25        A.    The Heston model is essentially at one

                                                      92

1   level, almost like a -- one might say a trivial --

2   seemingly trivial extension of Black-Scholes, as

3   then you can -- to a layperson, it might look very

4   similar, in that you have almost the same equation

11:06  5   describing how the stock price evolves over time.

6   And essentially, it's making a seemingly -- as I

7   said, to a layperson, it might seem a subtle

8   extension that essentially allowed -- instead of

9   having a constant parameter for the so-called

11:06 10   volatility, you let that be a variable in its own

11   right with its own process.

12          So it's a direct extension, if you will,

13   of Black-Scholes.  Of course, it's -- actually, the

14   consequences of that are highly non-trivial.

11:07 15      Q.     Okay.

16      A.     But it is an extension, in some sense, of

17   Black-Scholes.

18      Q.     In fact, the volatility input is

19   different --

11:07 20      A.     Yes.

21      Q.     -- between these two?

22          Okay.  Anything else besides the

23   volatility?

24      A.     I mean, that is the period in

11:07 25   mathematical change.  And you can even see the

93

1  equations in my report.  Essentially, Black-Scholes

2  is one equation for the stock price.  And Heston

3  essentially turns the volatility parameter into

4  another variable, and then that has its own second

11:07  5  equation; but literally, that is mathematically the

6  difference.

7      Q.    Okay.  And is it fair to say in your

8  report that you're opining that Dr. McCann should

9  have used Heston instead of the methodology he used?

11:07 10      A.    No, I'm not claiming that Heston is

11  necessarily -- nowhere do I claim that Heston is the

12  only possible model to use.  I think the -- I don't

13  make any such claim.  What I am saying is the

14  specific issues, as I see it, with using this --

11:08 15  what -- for one of a better term I called ad hoc

16  Black-Scholes.  I didn't make up that term.  Some

17  papers call it that.  That I'm making clear, I

18  believe Heston is more appropriate than ad hoc

19  Black-Scholes.  I'm not saying that Heston is

11:08 20  necessarily the only way to do it.  All right.  It's

21  a well-supported, widely-used approach, but I'm not

22  claiming that one has to use Heston.

23      Q.    Okay.  So you identify in your report

24  three types of models.  The Black-Scholes model --

11:08 25  correct -- and ad hoc Black-Scholes model, and then

94

1  a Heston model?

2      A.    Those are the three specific models that

3  I discussed, that is correct; but I'm not claiming,

4  or nowhere do I say that Heston is the only one.  In

11:08  5  fact, I think when I quote Hall and Suo, I quote

6  them as saying essentially that a sort of one --

7  that one of the models -- I forgot the exact quote.

8  Essentially, yes, so Heston -- I do have a quote,

9  where they talk about more elaborate models than

11:09 10  those based on the Black-Scholes assumptions have

11  been developed.  And I point out that one of those

12  -- quote, unquote -- elaborate models that they were

13  talking about is specifically Heston; but it's clear

14  from that phrase that, of course, there could be

11:09 15  others.  And indeed, that paper mentions other

16  models.

17      Q.    Okay.  And does -- let me ask this

18  correctly.  Is it like a Heston volatility?  Is that

19  the way of framing it?  The Heston model way of

11:09 20  calculating volatility, is that -- is that a way of

21  look at it, or no?

22      A.    I'm sorry, what -- what's your question?

23      Q.    So --

24      A.    Are you asking me how to label the model?

11:09 25      Q.    Well, no.  So you -- what we talked about

95

```
         1    before is one of the difference is -- major
         2    difference is -- in fact, the only differences in --
         3    in approach between the ad hoc Black-Scholes model
         4    and the Heston model is the volatility input;
11:10    5    correct?
         6         A.    Treatment of volatility, yes.
         7         Q.    The treatment of volatility?
         8         A.    Yes.
         9         Q.    So is that unique to the Heston model?
11:10   10         A.    Sorry, is what unique to --
        11         Q.    The Heston's treatment of volatility, is
        12    it unique to the Heston model?
        13         A.    It depends on what you mean by the
        14    Heston's treatment of volatility.  The literal --
11:10   15    mathematical treatment, literally that equation, of
        16    course, is specifically the Heston model; but what
        17    one can say is that the Heston model is a type of
        18    model, which is -- falls under -- which is a broader
        19    category of models, which I often refer to as
11:10   20    so-called stochastic volatility models.  So
        21    essentially, a stochastic volatility model, which
        22    Heston is a -- it's a common example, essentially is
        23    a model where you take the volatility term, which in
        24    Black-Scholes is constant, and turn it into its own
11:11   25    stochastic process; but there's a whole sort of
```

96

1    category or class of models which do that, and there

2    could be different forms of that equation and so

3    forth.

4        Q.    Did SBB use stochastic volatility to

11:11  5    value its structured notes?

6        A.    Not to my knowledge.

7        Q.    Okay.  Is the model that SBB used from

8    2011, 2016 supported by option pricing theory or

9    research?

11:11 10        A.    Again, as we discussed earlier, I think

11    there's more than one SBB model during that --

12        Q.    The SBB model, the one that you defined.

13    Sorry.

14        A.    That is from late '12 to '16.  Again, I

11:11 15    am not opining on whether their model is, or is not

16    in line with research.  I haven't done that

17    analysis.

18        Q.    Are you aware of any academic research or

19    journals that support SBB's approach in the SBB

11:12 20    model?

21        A.    And I'd ask you to break that down a

22    little bit for me because there are various pieces,

23    because I think we've already kind of discussed the

24    various pieces to the SBB model.  So if you are

11:12 25    asking about a specific piece, then I think I could

97

1    answer.

2         Q.    Well, just like the conclusion you made

3    that Dr. McCann's model is not supported by any

4    academic research, are you aware of any academic

11:12  5    research that supports SBB's model?

6         A.    I'm just asking if you -- there's a

7    particular aspect of the SBB model.  The SBB model

8    has many things.

9         Q.    Yes.

11:12 10         A.    So just as I -- we've discussed it with

11    Dr. McCann, I've gone over specifically about the

12    volatility treatment.  I'm just asking you to

13    clarify which -- or you're asking about all of SBB's

14    models, all of it put together, and is asking you to

11:12 15    specify what your --

16         Q.    Okay.  How about the volatility input?

17         A.    So the volatility input that SBB uses is,

18    as we've discussed, some combination of historical

19    volatility times this beta multiplier, and I think

11:13 20    we've already referenced those terms.  And I think I

21    already testified that I'm not aware of any

22    treatment of the beta, per se.  Historical

23    volatility, I -- I think I also indicated -- I made

24    clear that I'm not using historical volatility.

11:13 25    However, there's a nuance there, which is that there

98

1  are times when the research literature would support

2  potentially the use of historical volatility.  It

3  depends on the context, the situation, what data

4  you're dealing with and so forth.  And again, I

11:13  5  haven't specifically analyzed whether there are any

6  aspects of the options or these embedded options SBB

7  was valuing, where any of that might be relevant or

8  not.

9      Q.    So the shortcomings that you identified

11:14 10  with Dr. McCann's model, those apply to SBB's model,

11  too, correct?

12      A.    Insofar as SBB is using a constant

13  volatility term, which I believe they are.  Albeit

14  they're estimating it using historical data, but I

11:14 15  believe it -- I believe, then, it is a constant

16  term.  That aspect of it is, then, of course,

17  subject to the same criticism namely that volatility

18  is not really constant.  Now, I'll just point out

19  that some of my criticisms of Dr. McCann's model are

11:14 20  very specific to how he is using Black-Scholes

21  implied volatility.  So that -- to tell him to apply

22  one way or another to SBB's case because SBB is not

23  using implied volatilities.  So I think I should

24  point that out.

11:14 25      Q.    Okay.  In your report, you also opine

99

1    that there's uncertainty in valuing structured

2    notes; is that correct?

3        A.    Yes, and in particular in the valuation

4    of the underlying options.  Again, it's really about

11:15  5    the underlying option, but, yes.

6        Q.    Okay.  And your report opines that

7    there's no single -- one single, correct structured

8    note valuation, but rather a range of values;

9    correct?

11:15 10        A.    Yes, there is a range given, as I very

11    specifically point out in the report, that

12    essentially there are sources of risks, which are

13    not priced by the option pricing -- by the options

14    market.  And so essentially, you have what's known

11:15 15    as an incomplete market with -- and then, it follows

16    from options pricing theory that there will be a

17    range.

18        Q.    Okay.  And that uncertainty is the

19    correlation estimate and volatility; is that

11:15 20    correct?

21        A.    Yes.  So there are two slightly different

22    sources of risk.  One is about correlation, which I

23    think both sides agree is not being priced by the

24    market, largely because there is no trading market

11:16 25    for these worst of options.  So there's uncertainty

100

1    there, essentially there's incomplete -- market

2    incompleteness there with regards to the

3    correlation.  And then, the volatility is a slightly

4    different issue, which is namely that when you go to

11:16  5    actually calibrate your model, such as Heston, but

6    the same issue, I think it's pretty clear that the

7    literature would apply to essentially any other type

8    of model along those lines.  When you calibrate it

9    to the data, you don't get a perfect fit, which

11:16 10    means essentially there's uncertainty about the

11    resulting model parameters, if you will.

12        Q.    Okay.

13        A.    So that uncertainty is essentially

14    another source of risk.  Some people call it model

11:16 15    risk, different -- there might be different terms

16    for it, but that essentially is another source of

17    risk, which essentially you cannot really avoid, I

18    don't really have a price for.  So that provides

19    another source of uncertainty.

11:17 20        Q.    And in your report, your -- your Heston

21    model generated one value for each note, correct, at

22    a given time?

23        A.    What I do is -- well, so let's break that

24    down.  If I generate essentially like a point

11:17 25    estimate or a baseline estimate, that is one value;

101

```
 1    but then, I also analyze and show how there's
 2    actually a range of uncertainty around that
 3    estimate.
 4         Q.    Okay.
11:17  5    A.    So those two things go together.
 6         Q.    Right, but your model generates one
 7    value; correct?
 8         A.    The baseline -- the model with its sort
 9    of baseline inputs produces one output.  It's like
11:17 10   it's -- essentially, in statistics, one would --
11    what one might call a point estimate.  Even though
12    this is not formally a statistic model, it's like
13    that.  Essentially, you come out with a particular
14    output, but then, there's also uncertainty around
11:18 15   that.
16         Q.    Okay.  So you have one output, and then
17    you calculate a margin of error around that output?
18         A.    You can call it that, yes.  I think I
19    call it an area band or an area bond, but, yes, the
11:18 20   -- margin of error is fine.
21         Q.    Okay.  I think there's a section titled,
22    Margin of Error.
23         A.    You may be -- you probably are correct on
24    that, yes.
11:18 25   Q.    Okay.  So then, you calculate a margin of
```

102

1  error from that point.  And do you create an upper

2  bound and a lower bound?

3      A.    The output would -- the analysis will

4  produce both.  I focus on the upper bound because in

11:18  5  this case, I think we can all agree the -- what is

6  in dispute is whether SBB's values were too high.

7  Generally, whether they overvalued the notes.  So I

8  focus on the upper bound.  Yes, the same simulated

9  distribution that my analysis produces will produce

11:18 10  a lower bound.  And while I'm not plotting it in the

11  exhibits, it would be readily available from the --

12  to the production files and output that we turned

13  over.

14      Q.    Okay.  So the upper bound is in your

11:19 15  Exhibit 4 and 5; correct?

16      A.    Yes, that's right.

17      Q.    The lower bound is not in those exhibits?

18      A.    That's right because I'm not focused, you

19  know, on -- that's not the area of interest.  The

11:19 20  area of interest is whether SBB is too high or not.

21      Q.    But you're saying I can go to your work

22  papers and find the lower bound?

23      A.    You can either find it literally -- and I

24  forget if we literally turned over the output of --

11:19 25  I forget in what form we produced it.  I forget

103

1    whether we literally -- if I can -- I forget that we

2    literally produced an output file that literally had

3    these stimulated -- essentially for each note, what

4    we're doing is we're simulating, and simulating a

11:19 5    set of different possible notes.  Like, producing

6    essentially a distribution of values.  So I forget

7    whether literally that output is turned over like

8    that, or, otherwise, the code was turned over in

9    full.  And we turned over also the so-called random

11:20 10    seeds that would allow you to essentially re-create

11    the output in full.  So either way, essentially with

12    a push of a button, you would be able to see that

13    output, and then see what the lower bound is.

14        Q.    But you said for the purposes of your

11:20 15    report, you focused on the upper bound?

16        A.    That's right.

17        Q.    Okay.  And then, you looked at whether

18    SBB's estimate exceeded the upper bound?

19        A.    Strictly speaking, all I'm doing in my

11:20 20    report -- you notice -- is essentially create a

21    series of exhibits, where I literally plot the

22    results so one can see for oneself.  Essentially for

23    each year and date, I have -- for each note, I have

24    my base -- for want of a better term, my baseline

11:20 25    model point.  I have the upper bound and I have -- I

104

1    also mark where SBB priced the note.

2       Q.    Okay.

3       A.    So I literally visualize.  I just present

4    it visually.

11:20 5       Q.    And -- and your report says if a mark --

6    taking your point estimate, correct, and your upper

7    bound, if a mark falls within the upper bound, it's

8    reasonable; correct?

9       A.    Yes, reasonable in a standard statistical

11:21 10   sense, that you're essentially within a 95 percent

11   confidence interval, which is a standard --

12   statistical standard.  I think everyone can agree.

13      Q.    And it the market exceeds the upper

14   bound, then it would be unreasonable?

11:21 15      A.    I don't say that, and the reason is -- a

16   nuance there is that there could be reasons other --

17   so what I've explained is that if the mark -- if the

18   given price point falls within that bound,

19   essentially that's the range in which the difference

11:21 20   can be explained essentially solely due to the

21   uncertainty in the data, this calibration risk that

22   I've been talking about.

23      Q.    And you characterize a mark falling

24   within the upper bound as reasonable; correct?

11:21 25      A.    Yes.  I'm sorry, I haven't quite finish.

105

1  So what I'm saying is:  If you fall within that

2  range, then it is reasonable.  There is essentially

3  -- the difference can be explained solely due to

4  uncertainty in the data and the calibration.  So

11:22  5  that is -- it could be -- you can use the --

6  essentially the same, exact test and framework, but

7  simply because of vagaries in the data and the

8  calibration, you could be -- have a difference of

9  that amount.

11:22  10  Now, the reason there could be a subtle --

11  the reason there is a nuance with being outside that

12  range potentially is that there could be other

13  sources of variation that could also be -- for want

14  of a better word -- reasonable, such as one -- as I

11:22  15  pointed out, Heston is not the only appropriate model

16  out there.  One could use -- imagine another model

17  sort of like Heston, but not Heston, that could -- if

18  you used that to value the option in the notes, you

19  could get just -- just because you're using a

11:23  20  slightly different model, that could introduce

21  another source of variation.

22  So I wouldn't go so much to say that just

23  because you're outside that range, it's necessarily

24  unreasonable because one could use a slightly

11:23  25  different model, which would essentially add another

106

1    source of variability that I haven't even tried to

2    capture.

3         Q.    Okay.  But you used the term

4    "reasonable", correct?

11:23  5         A.    Yes.

6         Q.    What's the opposite of reasonable?

7         A.    The opposite would, realistically

8    speaking, be unreasonable.  I'm pointing out that I

9    have not attempted to analyze how -- what happens

11:23 10    when you go outside this range.  Yes, strictly

11    speaking, then you're below -- then, you're outside

12    the 95 percent confidence interval of the Heston

13    model, but I am -- but it has to be noted that one

14    could use a slightly different model, which would

11:23 15    presumably add a certain amount of further variation

16    that I have not attempted to capture.

17         Q.    So if you're outside the upper bound,

18    you're outside the 95 percent confidence interval?

19         A.    That is literally what my output is

11:24 20    showing, yes, for the Heston model.  This is

21    specific to the Heston model.

22         Q.    Okay.  Turn to Page 14 of your report,

23    please.

24         A.    Yes, 14.  Right, 1-4?

11:24 25         Q.    1-4.  On Paragraph 40, you state that:

107

1    "The standard deviation and maximum difference

2    suggests it is reasonable to expect that variation

3    in value is at least on the order of 2.0 percent to

4    4.0 percent depending on par."

11:24    5              Do you see that?

6              MR. BAKER:  Objection to form.

7              THE WITNESS:  Two percent.

8              MR. WISNIEWSKI:  Two percent --

9              MR. BAKER:  I think you mis -- misread the

11:25    10   end of the sentence.

11             MR. WISNIEWSKI:  Oh, I'll say it again.

12   Sorry.

13   BY MR. WISNIEWSKI:

14       Q.    "Both the standard deviation and maximum

11:25    15   difference suggests that it is reasonable to expect

16   that variation in value is at least on the order of

17   2.0 percent to 4.0 percent of par depending on the

18   year."

19             Do you see that?

11:25    20       A.    Yes, I see that.

21       Q.    Okay.  And what is the source of that

22   statement?

23       A.     This is literally a simple calculation I

24   can do, and it's in the code -- one of the code

11:25    25   files we have turned over, where essentially what

108

1   one does is, one takes Dr. McCann's values,

2   counterparty values and market.  And then, using

3   those -- for each note, then you essentially have

4   three -- three data points, if you will, three

11:25  5   sources of output.  And then, you can compute these

6   metrics of dispersion, which are described here.

7   It's literally a calculation using those data

8   points.

9       Q.    Okay.  So the 2.0 to 4.0 percent window

11:26 10  there refers to the deviation between Dr. McCann,

11  the bank values and market?

12      A.    Yes.  So there are two different metrics.

13  One is the standard deviation, which, you know, is

14  the standard thing you can compute.  In fact, you

11:26 15  need a minimum of three data points to compute the

16  standard deviation.  So for each of these notes,

17  where you had the three data points, you can compute

18  that.  And the other is a sort of maximum

19  difference, which is what is the maximum -- it's

11:26 20  literally -- if you have three points, take that

21  essentially the maximum; and the minimum, those

22  three -- that gap between those, that's what that

23  is.

24      Q.    Okay.

11:26 25      A.    Again, you can pute -- you can compute

109

1    that for each note.

2         Q.    So is the 2.0 to 4.0 percent the maximum

3    difference, or the standard deviation?

4         A.    Both of them fall roughly within the same

11:27 5    range.  So it's simply being summarized here overall

6    that it's roughly in that range on average over

7    these years.  So each of those would be slightly

8    different.  They'll vary a little bit year-by-year,

9    but they're all kind of within that range, roughly

11:27 10   2.0 to 4.0 percent.

11        Q.    And then, the upper bound and lower bound

12   that you calculated around your point estimate, was

13   that greater or less than 2.0 to 4.0 percent?

14        A.    So the lower bound, I don't recall.  And

11:27 15   the distribution that I generate is what one calls

16   asymmetric, and I'm not focused on the lower bound.

17   The upper bound, and I think it's sort of visual

18   from the -- visible from the exhibits, if you

19   compare kind of the upper bound of that 97.5

11:27 20   percentile to sort of the -- sort of the baseline,

21   kind of like the mean of that distribution, it's

22   going to be -- I forget exactly what that percentage

23   is.  It's -- so I don't remember what that

24   percentage is, but what you can also do, which I do

11:28 25   remember is to make it more comparable to these data

110

1  -- to this particular set of numbers here.  Instead,

2  what you can do is actually compute the standard

3  deviation from my simulated distributions.  And

4  those numbers are, in fact, fairly similar in order

11:28 5  of magnitude to what you're seeing here.

6      Q.    Okay.  But my question is specific to the

7  upper bound and lower bounds on your margin of error

8  bands.  Do you recall if those are greater or less

9  than 2.0 to 4.0 percent?

11:28 10     A.    The upper bound, I don't specifically

11  recall, but -- I don't specifically recall, but it's

12  some -- but I believe it is somewhere kind of in

13  that range.  It can -- some cases, it might be a

14  little bit less.  Some cases it goes up to maybe

11:29 15  3.0, 4.0 percent.  That is about generally the

16  range.  The lower bound, I don't recall.  It's an

17  asymmetric distribution.  I believe the lower bound

18  is actually quite a bit lower, but I don't recall

19  how much.

11:29 20     Q.    Okay.  In your report, you also opine

21  that SBB structured note valuations were generally

22  higher than market values identified in a brokerage

23  statement, but that your regression analysis you ran

24  showed that they weren't -- those differences

11:29 25  weren't statistically significant; is that correct?

111

1      A.      I'm -- yes, I'm -- my regression analysis

2  shows that there -- I don't find any evidence of

3  systematic overvaluation or bias, if you will, in

4  the SBB's marks compared to the counterparty marks.

11:29  5      Q.      Okay.  Can we call those the bank marks?

6  Is that okay?

7      A.      Sure.

8      Q.      Okay.  That's just easier for me.

9           You did not run a regression analysis

11:29 10  against market-structured values; correct?

11      A.      Yeah.  I mean, I don't recall if there

12  may have been at some point some analysis done in

13  that regard.  Sitting here right now, I don't

14  recall.  It may have been done as like an additional

11:30 15  sensitivity check, but I decided to focus on

16  counterparty for the simple reason that the counter

17  -- sorry, I know you want to call them bank prices,

18  but -- okay.  The banks.  Let's call them banks.

19  The banks are the ones I -- I believe are actually

11:30 20  issuing -- who actually issued the notes, and

21  produced account statements to SBB.  So as I see it,

22  it's sort of like -- they're the official keepers of

23  the notes, so that's why I focus on the banks as

24  point of comparison.

11:30 25      Q.      Okay.  So you didn't run a regression

112

1    analysis to determine whether the difference in

2    price between SBB's values and market values was

3    statistically significant?

4        A.    Again, we may have done some sort of --

11:30  5    like, a side sensitivity analysis, but then, I

6    decided to focus on the banks, as I just described.

7        Q.    So the -- your regression analysis, with

8    respect to market, is not in your opinion?

9        A.    It's not in my opinion, but the reason

11:31  10   I'm giving -- I'm focused on the counterparty -- I'm

11   sorry, bank price.

12       Q.    Can you recall the results of your

13   side-regression analysis that you may have done with

14   market?

11:31  15       A.    It's been a while.  I'm trying to think.

16   I think for 2013 through '15, the result may have

17   been what I would term somewhat ambiguous.  And I

18   think I also may have seen a result where we focused

19   -- where that was focused to '14 to '15.  And I

11:31  20   think the '14 to '15, the result was insignificant.

21   I believe that's what the results looked like, but

22   it's been a while.

23       Q.    When you say "ambiguous", what do you

24   mean by that?

11:31  25       A.    So as I explain in my regression

113

1    analysis, I'm essentially testing for -- so my

2    regression setup is quite simple, and essentially

3    there are two parameters, which I call alpha and

4    beta, for want of a better term.  Alpha is sort of

11:32  5    the -- like, the -- essentially, the average

6    estimate if there -- if there's any kind of bias in

7    the SBB pricing relative to the benchmark.  In this

8    case, the bank.  Beta is the simply slope or

9    sensitivity to the bank price.  And what I explain

11:32 10    in my analysis is I look -- testing to see whether

11    two conditions hold.  Namely, that alpha is equal to

12    zero, and beta is equal to one.  And I concluded

13    those two conditions hold statistically speaking,

14    then, you do not have significant overpricing.

11:32 15            And when I say "ambiguous", it's possible

16    to have an ambiguous situation, where essentially,

17    for instance, alpha could be greater than zero, and

18    beta could be less than one.  So if your equation is

19    Y equals alpha plus beta X, it's not immediately

11:33 20    clear from that result whether on average, your Y's

21    are too high compared to the X's.

22        Q.    So do you recall in your market

23    regression analysis whether the alpha was

24    statistically significant?

11:33 25        A.    I'm saying for 2013 through '15, I think

114

1    it may have been.  What I don't remember is which

2    way the beta went.  That's why I'm saying I vaguely

3    recall it may have been one of these ambiguous

4    situations.

11:33  5        Q.     But for the alpha, it was statistically

6    significant?

7        A.     I believe it -- from '13 to '15, I

8    believe it was significant and positive; but again,

9    for '14 through '15, it was not, from what I recall.

11:33 10        Q.     And you did not run a regression analysis

11   to assess whether the differences in McCann's values

12   and SBB's values were statistically significant;

13   correct?

14        A.     You mean regressing SBB on McCann, no, I

11:34 15   certainly -- that, I quite sure I never -- I --

16   neither I, nor anyone on the team ever did.  That

17   was just not -- not something I considered.

18        Q.     Okay.  Did you do it with -- did you run

19   a regression analysis on Ankura's values?

11:34 20        A.     No.

21        Q.     Okay.  Why not?  Why not run any -- why

22   not do a regression against market, McCann's or

23   Ankura's?

24        A.     So market, as I explained, essentially

11:34 25   among the two sort of third-party sources.  I

                                                          115

1    consider the bank to be kind of the official source,

2    if you will.  So that's what I was focused on.  And

3    McCann and mine, for the simple reason that I think

4    -- you know, we're parties to the case, and our

11:34 5    outputs could be -- the other side could dispute the

6    -- as to some extent, we are close to doing -- the

7    validity of those data points.  In other words, I

8    focused on the third-party sources because I wanted

9    to focus on a benchmark that, at least, everyone is

11:35 10   ostensibly kind of willing to take as given.

11   Whereas, if I produced an analysis based on my

12   benchmark, then, you know, I -- I think it's fairly

13   clear what I'm saying.  Just to rely on third-party

14   sources with a benchmark, which both sides, I think,

11:35 15   are happy to kind of take as simply given.

16       Q.    Your report doesn't reference the

17   regression analysis you did with market values;

18   correct?

19       A.    That's right.  As I said, that was sort

11:35 20   of a side analysis, and then I decided to focus on

21   the counterparty's benchmark.

22       Q.    Okay.  And why not reference it in your

23   report, the ambiguity in your findings?

24       A.    I mean, I don't think in the end, it adds

11:35 25   anything.  The question is whether SBB is consistent

116

1  with some reasonably reasonable, or some -- some

2  third-party benchmark that everyone, I think, agrees

3  is probably is -- everyone is willing to take as

4  given as some kind of reasonable benchmark.  Trying

11:36  5  to have them -- trying to compare them with two did

6  not seem necessary, especially since market and

7  counterparties themselves -- if you compare them,

8  there are differences between the two of them.

9  They're not the same.  So I'm not sure what purpose

11:36  10  it would serve to have a separate result.

11      Q.    You had access to market data; correct?

12      A.    Yes.

13      Q.    Okay.  It wasn't a market -- a data

14  access issue?

11:36  15      A.    No.

16      Q.    Okay.  And you ran your regression

17  analysis between SBB and the bank marks for the time

18  period 2013 through 2015; correct?

19      A.    That is right.

11:36  20      Q.    All right.  Why did you exclude 2011 and

21  '12?

22      A.    Because the -- essentially for -- the

23  reason we have discussed earlier, mainly that my

24  understanding is that the SBB model was essentially

11:36  25  in a state of flux.  So it's not really the same

117

1  model during much of those -- that two-year period,

2  '11 through '12.  My understanding is it was

3  evolving over time.

4        So essentially, I -- it's not clear to me

11:37  5  that you could really treat those SBB marks as

6  essentially produced by the same process.  So that

7  can raise issues in a regression, essentially.  If

8  the nature of the output variable is somewhat

9  changing in a fundamental way, then I think that --

11:37 10  that's the reason.  One place that will --

11  essentially, I'm analyzing sort of SBB's final model

12  once it kind of finalized whatever changes they were

13  making.

14     Q.    In your report, you state that SBB's

11:37 15  values were higher than other sources on average by

16  a wider margin in 2011 and '12, than was the case

17  for 2013 through '15; correct?

18     A.    Yes, I think I do say that.

19     Q.    You say that, overall, the average SBB's

11:38 20  values were higher on a monthly basis, for example,

21  than the values of market by 7.8 percent of par for

22  2011 and 2012, while that gap narrowed to 4.2

23  percent for 2013 and 2015.  That's correct?

24     A.    Can I just check the paragraph where I

11:38 25  say that.

118

1  Q.    Yeah, Paragraph 93.

2  A.    That is correct.

3  Q.    So your regression analysis excluded the

4  time period where there was a greater margin in

11:38  5  difference?

6  A.    There was a greater margin of difference,

7  but as I'm pointing out, I think the model result is

8  -- it was a different model, that's why I'm not

9  focused on that period.

11:39 10  Q.    But why would you exclude data that shows

11  a greater variance, if you're trying to run a

12  regression to assess the difference between two

13  marks, and determine whether it's statistically

14  significant?

11:39 15  A.    I'm focused on their final model --

16  essentially the final model during the period in

17  dispute, as in the '13 to '15 period.  That's just a

18  different -- essentially, I'm not analyzing what

19  happened or did not happen.  The SBB's marks when

11:39 20  their model was in a state of flux.

21  Q.    But you valued notes dating back to 2011

22  and 2012; correct?

23  A.    I ran my model because I have the same

24  model throughout.  So my modeling does not have this

11:39 25  issue.  My point is SBB's model was changing, and I

119

1  believe it was changing in a somewhat unpredictable

2  way over time.  So that, I think, causes issues if

3  you're trying to do statistical analysis.

4        Q.    And your Exhibit 3 includes marks from

11:40  5  SBB's model for 2011 and 2012; correct?

6        A.    Yes.  But again, that exhibit, I'm not

7  doing any statistical analysis.  That's just

8  visually plotting what they are.

9        Q.    Your Exhibit 4 and Exhibit 5 contain SBB

11:40  10  pars for 2011 and 2012; correct?

11        A.    Yes.  But again, in those exhibits, also,

12  I'm not actually doing any analysis of the SBB price

13  point.  I'm literally just plotting them.

14        Q.    Did excluding data for 2011 and 2012

11:40  15  impact your regression analysis?

16        A.    Again, my analysis is focused on,

17  essentially, what I would call sort of the finalized

18  SBB model.  If you're asking what would I -- happen

19  if '11 and '12 were included, that -- I haven't done

11:40  20  that analysis, so I don't know.

21        Q.    So you never performed a regression

22  analysis between SBB and the bank values, including

23  the 2011, 2012 data?

24        A.    That is correct.

11:41  25        Q.    Who made the decision to exclude 2011 and

120

1    2012?

2         A.      I made the decision.  Again, I've

3    explained the reasons why, so...

4         Q.      Why?

11:41 5         A.      Because their model was different during

6    that time.  So to include that in the same

7    statistical model, in my opinion, would cause

8    issues.  You're not measuring the same thing.  It's

9    not studying the same thing.

11:41 10        Q.      SBB made changes to its model after 2013;

11   correct?

12        A.      I think their next major change would

13   have been 2016, which I also don't include.

14        Q.      Are you aware that SBB had made changes

11:41 15   to its model in 2013?

16        A.      If there were changes, my understanding

17   is those changes are not on the scale -- or, for

18   instance, the 20 -- when I say their model was in

19   flux in '11 and '12, I believe that's when they were

11:41 20   actually literally adding or subtracting some of

21   these major components, but --

22        Q.      You reviewed the exhibits that are

23   identified in your Exhibit 2; correct?

24        A.      Yes.

11:42 25        Q.      Okay.  Some of those exhibits include

121

1    deposition exhibits?

2        A.    Yes.

3        Q.    Are you aware of a deposition exhibit

4    that details the changes SBB made to its model over

11:42  5    time?

6        A.    I don't specifically recall.  Again, my

7    understanding is by 2013, the major aspects of the

8    -- of the model had essentially been finalized.

9        Q.    So do you know one way or the other

11:42 10    whether SBB made any modifications to its model in

11    2013?

12        A.    Of any kind, is that what you're asking?

13        Q.    Of any kind.

14        A.    No.  That, I don't specifically recall.

11:42 15        Q.    Okay.  So if the reason you excluded '11

16    and '12 is because SBB was making changes to its

17    model, why include 2013?

18        A.    Again, my understanding is the major

19    components of the model had been finalized by then.

11:42 20        Q.    But you excluded from your regression

21    analysis the time periods with the greater --

22    greatest variance; correct?

23        A.    That is as it happens when the greatest

24    variance occurred in '11 and '12.  That is true.

11:43 25        Q.    So if you had included those time periods

122

1  and those variances, that would have impacted your

2  regression analysis; correct?

3      A.    I mean, that's a hypothetical.  I haven't

4  done it.  Presumably, any time you add data to a

11:43  5  regression, that can affect the results.  That is

6  true.

7      Q.    And generally speaking, is it preferred

8  to use more data or less data when using a

9  regression analysis?

11:43 10      A.    That depends on the context.  So if --

11  again, if you think there are major changes to the

12  nature of the data that you're dealing with, then

13  you don't necessarily always want to use more data.

14  It really depends on the context.

11:43 15      Q.    Did the bank marks change in 2011, 2012?

16      A.    Not that I'm aware of necessarily, no.

17      Q.    All right.  One of the other analysis

18  that you did in your report is something referred to

19  as a waterfall analysis; correct?

11:44 20      A.    Yes.

21      Q.    And you concluded that SBB treatment of

22  drift, volatility, linearization, and credit risk

23  had offsetting effects on SBB structured note

24  valuations; correct?

11:44 25      A.    Yes.

123

1      Q.    Okay.  You didn't cite any support or

2  academic research for your waterfall analysis;

3  correct?

4      A.    No.  I mean, it's basically literally

11:44  5  arithmetic -- I mean, I start with the Heston model,

6  which is essentially -- that, of course, is

7  supported in -- that's the report.  And then, I'm

8  essentially trying to mimic or replicate the SBB

9  model, which is what it is, so I don't know that.

11:44 10  Essentially, a glorified arithmetic exercise --

11      Q.    Okay.

12      A.    -- and then subtracting those components.

13      Q.    So are -- are you using -- is the

14  waterfall analysis in any way attempting to assess

11:45 15  the reasonableness of those inputs?

16      A.    No.

17      Q.    Okay.  To assess whether or not those

18  inputs complied with industry standards?

19      A.    No.

11:45 20      Q.    Okay.  Are you aware of any published

21  research or academic papers that use a waterfall

22  analysis to assess the reasonableness of model

23  inputs?

24      A.    I'm not aware.  And again, I'm not trying

11:45 25  to use it for that purpose.

124

1    Q.    So it's simply arithmetic?

2    A.    It's arithmetic to make an observation

3 that some of the effects were going in different

4 directions.  That's what it is.

11:45  5    Q.    And your waterfall analysis was a series

6 of seven steps; correct?

7    A.    Yes.  I mean, there's seven shown in --

8 visually in the chart.  And as it makes clear in the

9 footnote, there's also a minor change of how the

11:46 10 correlation is calculated.  So that's incorporated.

11 Since that's not a feature that has been disputed,

12 that was essentially merged into one of these.  So

13 you could say that's one more sort of milestone.

14    Q.    So correlation -- you changed the

11:46 15 correlation input?

16    A.    Yes, because in my model, as I've made

17 clear and say in the report, I use essentially a

18 correlation estimate over a five-year window.  SBB

19 uses a six-month window.  So to go from my model to

11:46 20 their model, if I'm trying to actually add or

21 subtract all of the changes, then that is one of the

22 changes, even if it's not a feature that has been

23 kind of highlighted in the dispute.

24    Q.    Okay.  So in your waterfall analysis, in

11:46 25 addition to the changes identified in your graphs in

125

1       Figures 2 through 4, you also changed the

2       correlation input?

3           A.      Yes, and that is noted in the footnote.

4           Q.      Okay.  But you didn't graph that out?

11:47  5    A.      No, I just noted that's embedded in -- in

6       one of them.

7           Q.      Okay.

8           A.      It's very minor, I believe, in its

9       effect.

11:47 10    Q.      And who chose the order of changes that

11      you made in your waterfall analysis?  For example,

12      you start with remove credit risk.

13          A.      I mean, if you're asking why I order it

14      in a specific order, I think essentially the idea

11:47 15  here is to try to take out the -- sort of the minor

16      ones first.  So I think most people can agree that

17      the credit risk and the treasury effect are fairly

18      minor.  And then, you get to kind of the big ones;

19      historical volatility, beta, drift and

11:48 20  linearization.  And linearization, I think everyone

21      agrees, comes at the end.  So it's three -- then,

22      it's those three that are the big ones.

23          Q.      So did you chose the order?

24          A.      Yes, I choose the order.

11:48 25    Q.      Okay.  And then, you explained why?  That

                                                              126

1  was your last statement, was why -- why you chose

2  the order you did?

3      A.    Yeah, and that's -- and that's what I'm

4  saying, that I started with kind of taking out some

11:48  5  minor pieces, and then trying to essentially mimic

6  the major changes that they made.  Now, historical

7  volatility and beta certainly go together.  I don't

8  recall when -- whether drift goes before or after

9  that, I don't know that that particularly matters.

11:48 10  I know linearization was, I think, literally the

11  last thing that they did.  So that's why that's at

12  the end.

13      Q.    Do you know whether the order that you

14  chose impacted how big or small some of these

11:48 15  changes are?

16      A.    I don't know offhand.  It might affect

17  some.  The specific numbers, I think the general

18  effect -- the -- I think most people would agree,

19  for instance, that historical volatility -- I think

11:49 20  it's not really in dispute which direction that

21  effect goes.  I don't think it's really in dispute

22  either -- which way the drift goes.  So I don't

23  expect the -- the kind of the basic picture would

24  change.  But no, specific -- strictly speaking, I

11:49 25  don't know offhand what would happen if you changed

127

1  the order.

2       Q.     I mean, the magnitude would change?

3       A.     The magnitudes might change a little bit,

4  yes, because these are kind of relative -- they are

11:49  5  relative increases or decreases.  So, yes, if you

6  started at a particular base and you change the

7  order, the numbers will change.

8       Q.     And did you assess what changing the

9  order would do to the magnitude of the changes

11:49 10  reflected in this table?

11       A.     I don't recall at this point.

12       Q.     Do you think it was important to do that?

13       A.     I mean, the focus here really is on the

14  fact that some of these effects go in opposite

11:50 15  directions.  I'm not really opining on kind of the

16  overall net effect.  So that's not really a part of

17  the analysis in any case.

18       Q.     Okay.  Okay.  I want to talk about the

19  Heston model that you used.  You made reference

11:50 20  earlier today in your testimony, and you do in your

21  report to a term called "exotic options".

22            Are you familiar with that?

23       A.     Yes.

24       Q.     What do you mean by exotic options?

11:51 25       A.     Well, what I mean by exotic options in

128

1    here, I'm essentially referencing the literature

2    that I cite.  So it's not a term that I've coined.

3    What the literature explains is that there are so

4    called -- it's almost easier to talk about the

11:51  5    complement of that, which is so-called vanilla

6    options, which are essentially standardized options

7    with kind of similar terms that are readily-traded

8    on an exchange, or that are very similar to options

9    with very similar terms that are traded on an

11:51 10    exchange.

11              And then, exotic options are essentially

12    those which are not vanilla, and so it's essentially

13    a broad term.  So I -- in fact, I believe I cite to

14    Hall -- his textbook, where he actually has a chapter

11:52 15    that lists various categories of what he considers to

16    be exotic options.  One of which, in fact, is

17    so-called multi-facet options.  So I'm kind of --

18    that's what I basically mean.  Those types of

19    options, which are not usually traded on an exchange,

11:52 20    and are not considered vanilla.

21         Q.    Okay.  So non-exchanged traded options?

22         A.    No.  It's a little more subtle than that.

23    You can have an option, which is not traded on an

24    exchange, but it's very, very similar in its terms

11:52 25    and features to an option that is traded on an

                                                              129

1    exchange.  So, for instance, you could have an S&P

2    500 index option.  And the only reason it's not

3    traded on an exchange is maybe because it's time to

4    expiration, or its strike price or both are ever so

11:52    5    slightly different from some standardized option

6    that is traded on the exchange.

7             So such an option would still be

8    considered a vanilla option, even if it's -- that

9    particular contract is not being traded on the

11:53    10   exchange.  The reason being, that it's very, very

11   similar to sit -- other options that are being traded

12   on the exchange.  The exotic options -- that is, the

13   ones that Hall describes -- tend to have sort of

14   fundamental, I want to say structural features that

11:53    15   make them different.

16        Q.    Okay.  And you mention options with dual

17   underlyings are exotic options?

18        A.    Yes, multiple -- more than one

19   underlying, yes.

11:53    20        Q.    Okay.  So are all options with more than

21   one underlying considered exotic options to you?

22        A.    I am essentially going by Hall's

23   definition there where he is basically saying that,

24   yes.

11:53    25        Q.    Okay.  Do you -- do you agree with that?

                                                              130

1      A.      Insofar, yes, in the sense that when you

2  have multi-asset options.  And I think it's not

3  really in dispute in this case, for instance, that

4  these options are not traded.  Usually, multi-asset

11:54  5  options are, one, not traded.  And two, the modeling

6  issues that arise when you try to value them, since

7  they're not traded, you need a model.  And the

8  modeling issues that arise when you try to value

9  them are different from those that you're dealing

11:54  10  with, the -- the so-called vanilla options.  So in

11  that sense, I would agree with Hall that these seem

12  to fit that category.

13      Q.      Okay.  And is it your opinion that you

14  can never use a Black-Scholes model, or ad hoc

11:54  15  Black-Scholes model to value exotic options?

16      A.      What I'm saying -- and I think I say it

17  quite clearly in the report -- is that the

18  literature has explained why there are potentially

19  fundamental problems with trying to do so.  I didn't

11:55  20  -- I mean, that's the point.  They're explaining

21  that there are fundamental issues with how you try

22  to -- with -- so the justification for ad hoc Black

23  -- there is a justification for using ad hoc

24  Black-Scholes for vanilla options, which indeed is

11:55  25  pointed out in, I think, one of the cites -- a

131

1    couple of the cites that I referenced.  That

2    justification has to do with the idea that for

3    vanilla options, the ad hoc Black-Scholes

4    essentially serves as essentially an interpolation

11:55  5    tool.  Essentially for vanilla options, you would

6    have a wide range of traded-option prices.  So when

7    you have an option that's not traded, it's usually

8    pretty similar to two or more options that are

9    traded.  And what the research explains is that you

11:55 10    can use ad hoc Black-Scholes for such a case

11    because, essentially, it's like basically fitting a

12    curve between the observed data points, and those

13    are sufficiency large in number.  You could --

14    essentially, using ad hoc Black-Scholes, as far as

11:56 15    to essentially pick up where you would price an

16    option that falls in between two of those observed

17    data points.

18          So for vanilla options, there's kind of an

19    empirical justification that has been established.

11:56 20    But the same research, for instance, the Hall and Suo

21    paper point out is when you go to exotic options, you

22    no longer have this luxury of having observed price

23    points to interpolate between.  Instead, you

24    essentially have to actually -- the model actually

11:56 25    now matters.  You essentially now actually have to

132

1    model the volatility or the underlying distribution

2    properly.  And that's where the literature explains

3    that there could be potentially serious issues, as

4    trying to use ad hoc Black-Scholes.

11:57  5         So I would say that's what the literature

6    is computing, that there could potentially be issues.

7    Can you never do it?  I think that's sort of beyond

8    the scope of my opinion.  I'm explaining that I think

9    there are fundamental issues, as the research

11:57 10   documents having to do essentially with --

11   essentially, the distributional assumption that

12   Black-Scholes makes, that even ad hoc Black-Scholes

13   essentially makes.  And that's explained in the

14   research.

11:57 15   Q.    Well, how is it outside the scope of your

16   opinion?  You -- you opined that McCann couldn't --

17   shouldn't have used an ad hoc Black-Scholes model to

18   value exotic options; correct?

19   A.    I'm -- my opinion is based on the

11:57 20   findings in the literature, that there are

21   potentially serious issues when you try to do that.

22   If you're asking can you never do something, I'm

23   saying that's -- I just don't have -- I don't know

24   how to answer that.  It's clearly -- the literature

11:57 25   is pretty clear that there's a problem.

133

1    Q.    Do market participants use Black-Scholes

2    or ad hoc Black-Scholes model to value exotic

3    options?

4    A.    I'm not a market practice expert, so I

11:58   5    couldn't really opine on that.  What I will tell you

6    is that, in fact, the Hull and Suo paper says that

7    sometimes traders might try to do something like

8    that.  They will -- if you read that relevant part

9    of the paper, they'll go on to say that they think

11:58  10    this is dangerous and prone to producing large

11    errors.  So could you try to do it?  I -- sort of

12    technically, you could try.  The research is saying

13    that could lead to potential problems.

14    Q.    But you know if traders use Black-Scholes

11:58  15    or ad hoc Black-Scholes --

16    A.    Beyond what I -- I'm sorry.

17    Q.    That's all right.  That's our -- that's

18    our first time.  That's all right.  We can figure it

19    out.

11:58  20    Do you know if traders use a

21    Black-Scholes, or ad hoc Black-Scholes model to value

22    exotic options?

23    A.    Again, beyond what I just sort of quoted

24    or summarized -- a phrase from Hull and Suo, where

11:58  25    -- which they -- where they suggested sometimes they

134

1  might try.  Beyond that, I have no specific

2  knowledge.  Again, that's not my area of expertise.

3      Q.    Do you have any understanding or

4  knowledge as to what market participants are doing

11:59  5  when they value exotic options?  How they're doing

6  it?

7      A.    Again, I'm not a market -- I'm not

8  putting myself as a market practice expert.  My

9  understanding -- having said that, my understanding

11:59 10  is that, generally, they will use a variety of

11  non-Black-Scholes type -- types of models as, for

12  instance, the Hall and Suo paper explains.  And they

13  describe a variety of different types of models that

14  can, and are widely used.

11:59 15      Q.    What is the basis for your understanding?

16      A.    As I just said, it's explained in the

17  research.  So the research is describing what they

18  see as being widely used.

19      Q.    Okay.  So your understanding of what

11:59 20  market participants are doing is based on what

21  researchers say market participants are doing?

22      A.    Again, I -- I'm not an industry expert,

23  so I -- I rely on the -- on the research; but

24  essentially, the Hall and Suo papers, you know,

12:00 25  widely cited.  In Hall, I think it's pretty well

135

1    known, so -- but, yes, I'm relying on the research.

2    That's my area of expertise, not industry practice.

3        Q.    Okay.  And we -- we touched on this

4    before, but the inputs that you used for your model

12:00  5    -- the Heston model, the drift that you used was the

6    risk-free rate minus the dividend yield; is that

7    correct?

8        A.    Yes.  Again, technically, the risk-free

9    rate, we're using a proxy, the so-called swap rate,

12:00 10    but that's based on -- that is -- that's basically

11    what people use as some kind of measure of that,

12    but, yes.

13        Q.    Did you have any problems obtaining data

14    for the risk-free rate?

12:00 15        A.    Again, by risk-free rate, I mean, swap --

16    if you mean swap rate, no, that's -- no.

17        Q.    You downloaded it from Bloomberg?

18        A.    Yes.  I believe that came from Bloomberg,

19    yes.

12:00 20        Q.    Okay.  And you downloaded the dividend

21    yield data from Bloomberg, too?

22        A.    Yes, and I -- I think there may be some

23    data points from CapIQ, but it's all documented;

24    but, yes, I think most of those data points were

12:01 25    from Bloomberg, yes.

                                                    136

1    Q.    Cap -- C-a-p-I-Q?

2    A.    I don't know if it's literally cap IQ, or

3    it might be cap -- I think that's what it's called.

4    I think there's certain things we may have

12:01  5    downloaded from there, but I believe the dividends

6    and the swap rates came from Bloomberg.  CapIQ was

7    used for certain things in the report, and is also a

8    widely-used source.

9    Q.    So in addition to Bloomberg, a potential

12:01 10    other data source you may have used was CapIQ?

11    A.    Yes, and for certain -- it would be

12    documented with certain things.  For instance, I

13    think some of the -- some other inputs, I believe,

14    not dividends and interest rates.  Anyway, but both

12:01 15    of those sources are used in the report, and they're

16    obviously widely used, standard.

17    Q.    And then, for your discount rate we

18    discussed earlier, you used the risk-free rate plus

19    the CDS spread?

12:01 20    A.    That's correct.

21    Q.    Did you have any problems obtaining the

22    CDS data?

23    A.    Not to my knowledge.

24    Q.    You got that from Bloomberg?

12:01 25    A.    I believe so, unless -- again, unless

137

1    it's Cap -- it usually is one or the other, but,

2    yes.

3         Q.      Okay.  And --

4         A.      Standard source.

12:02  5    Q.      -- the volatility input.  You created a

6    volatility surface; is that accurate?

7         A.      That's not quite how I would describe it.

8    The volatility surface is actually what you get from

9    Bloomberg.  As in Bloomberg will literally give you

12:02 10   the implied volatility for different combinations of

11   strike and moneyness for different vanilla options

12   that are traded.

13        Q.      Okay.  And you obtained implied

14   volatilities from Bloomberg?

12:02 15   A.      Those were downloaded from Bloomberg,

16   yes.

17        Q.      Any problems obtaining that data?

18        A.      No.

19        Q.      You -- and you obtained implied

12:02 20   volatility for both the S&P 500 and Russell; is that

21   fair -- options on the S&P 500 and Russell?

22        A.      Yes.  Now, actually, let me -- now that I

23   can bring up Russell specifically, let me point

24   something out.  When you say -- when you said just a

12:03 25   second ago are there any problems, there's no

138

1    mechanical, physical problem from downloading the

2    data from Bloomberg.  If the question is what is the

3    actual availability of the data on Bloomberg, that

4    is -- when you actually go to look what's there,

12:03  5    there is a nuance, which is it's not necessary the

6    case that you always have traded options for every

7    part of kind of the range of minus and maturities

8    that one might want to consider.  In fact, if you

9    look at the Bloomberg terminal -- and again, I'm

12:03 10    hardly the most biggest expert on Bloomberg; but

11    nevertheless, if you look at the -- sort of a

12    screenshot of what the data looked like, what you

13    will see is that Bloomberg will list a bunch of

14    potential maturities and strike prices, or so-called

12:03 15    moneyness levels.  Second matrix, essentially.  And

16    they will tell you if for a given combination,

17    whether there's an actual -- whether they're able to

18    use sort of actual transaction prices to derive that

19    data point, or whether it's kind of beyond the range

12:04 20    where they have traded data.

21            So what you would observe is that for even

22    the S&P 500, once you are, say, way out of the money

23    or have a very long dated expiration, at some point,

24    the traded options start to kind of dry out the

12:04 25    availability of the data.  And what I think is worth

139

1   observing is the Russell in particular, that

2   happens similar. So there's generally -- for a

3   given, say, time to maturity, it's more likely, from

4   what I recall, that Russell will not have sort of

12:04  5   traded data. Bloomberg might still produce some kind

6   of number that'll base -- be based on model or

7   something. It might not be based on sort of actual

8   trades, and so that -- for longer-dated maturities,

9   it's more likely to be an issue for us.

12:05  10         So when you say are there any problems

11   obtaining the data, not in the mechanical sense of

12   going to Bloomberg, testing a button and downloading

13   the data.

14      Q.    Yeah.

12:05  15      A.    It's not a guarantee that you'll always

16   get actual traded-price points for all possible come

17   -- for instance, there may be -- there are going to

18   be notes at issue in this case with maturities at

19   which, in particular for the Russell, you might not

12:05  20   see actual traded-data points.

21      Q.    Right, I -- I -- I appreciate that. So

22   you're saying there's -- that the data available on

23   Bloomberg for implied volatilities, some are based

24   on actual trade data and others are based on models?

12:05  25      A.    Right. And once you get to the model

140

1    point, then, in a sense, they're not really normal

2    implied volatilities in more -- in a -- in the sense

3    that you're no longer just taking actual

4    transactions and computing implied volatility.  So

12:05  5  those are fundamentally different.  And indeed, I --

6    and probably Dr. McCann, too -- generally exclude

7    those ranges from my analysis.

8        Q.    Okay.  But you were still able to pull

9    the data -- like you said, push a button, and

12:06 10  download the data from Bloomberg?

11       A.    Yeah.  I mean, I'm kind of an ignoramus

12   when it comes to Bloomberg myself, but someone on

13   the team certainly was able to do it.  It's not --

14            THE REPORTER:  I'm sorry, can you please

15   slow down.

16            THE WITNESS:  Yes, okay.

17            THE REPORTER:  You're going 300 words a

18   minute, that's what is coming on my screen.  So if

19   you guys -- we have a long day, and I -- please slow

20   down, sir.  I know you get excited, but if you could

21   --

22            THE WITNESS:  Anyway, yes, it's not hard

23   in principle to download the data, at least

24   mechanically speaking.

12:06 25           MR. WISNIEWSKI:  Options pricing modeling

141

1    is exciting.  That's why we get excited.

2    BY MR. WISNIEWSKI:

3        Q.      All right.  And so, Dr. Sen, you also

4    calculated a correlation matrix; correct?

12:06  5        A.      Yes.

6        Q.      For each note, you generated a

7    four-by-four correlation matrix?

8        A.      Well, let me stop you there.  The

9    correlation matrix is not really for the note -- at

12:06 10  the note level.  It's between -- it's sort of un --

11   for the underlying processes, the Russell and the

12   S&P 500.

13       Q.      Okay.

14       A.      And kind of associated volatilities and

12:07 15  so forth.  So that's not -- it's not really note

16   specific.  I'm saying it's on a given date.  You

17   might say it's date specific, the same -- the note's

18   just different, in terms of the payoff.  They're

19   referencing the same underlying indices.  All the

12:07 20  notes on a given data, they reference the same

21   underlying indices.

22       Q.      And in your report, you identified

23   correlation as a source of estimation uncertainty;

24   correct?

12:07 25       A.      That is correct.

                                                      142

1      Q.      Okay.  And what is the source of your

2   correlation matrix?

3      A.      So as I explained in the report, and

4   which I think the errata sheet now specifies a

12:07  5   little more clearly, but it was a paragraph there,

6   which is -- you know, tends to spell out every

7   little detail.  I start -- essentially, I am

8   estimating -- so the thing to understand about this

9   -- the correlation matrix is that, again, the model

12:08 10   for correlation is incomplete.  Meaning that

11   essentially you don't have option market data that

12   will tell you what the correlations are.  In

13   particular, for -- for the -- I should say for the

14   cross-asset correlation.  So you do have vanilla

12:08 15   option data.  Again, that's why it's vanilla for S&P

16   500 and Russell separately.  What you don't have is

17   a -- sort of a market for the joint behavior of the

18   two, which means that, first and foremost, as the

19   report explains, you don't have a readily-available

12:08 20   way to determine the correlation between the S&P 500

21   and the Russell.  So just starting with that one.

22   So even in Dr. McCann's approach, you need -- you

23   have to figure out some way to estimate that.

24          Then, when you get to the Heston, you now

12:09 25   essentially have two extra processes because --

143

1    essentially, an extra one for each index.  So each of

2    the Russell -- each of the two indices -- S&P 500 and

3    Russell each have another process to go on, which is

4    namely its volatility.  So those are now four

12:09  5    stochastic processes instead of just two, if you just

6    kind of use the Black-Scholes approach.  So those are

7    four processes that are going to be -- you've seen

8    they're correlated, so then there are a bunch more

9    pairs that have to be estimated.  And again, the same

12:09 10    point applies that the market for these correlations

11    is incomplete.  So strictly speaking, option pricing

12    theory is not telling you what they should be.

13    Essentially, there's going to be a range.  So --

14         Q.    Can I just -- I don't mean to interrupt

12:09 15    you, but I think we're talking past each other.  I

16    -- I mean, specifically the correlation matrix that

17    you have --

18         A.    Yes, I'm getting to that.

19         Q.    -- on Paragraph 20.  What is the source

12:10 20    of that matrix?

21         A.    What do you mean the source of it?

22         Q.    The calculation.

23         A.    Yes, I was getting to that.  I'm going to

24    explain.

12:10 25         Q.    Oh.  The source of the calculation?

144

1    Okay.

2         A.    Yes, I'm trying to explain.  So my -- so

3    where was I.  You've got four different stochastic

4    processes that results in a series of pairs of

12:10  5    correlations that, again, are not priced by the

6    option-pricing model.  So essentially, the same

7    point applies that you essentially are going to have

8    a range of values that you need to fill in.  There's

9    not going to be a unique, correct answer.  What is

12:10  10   required -- which I explain in the report -- is that

11   the matrix as a whole, once you fill it in, has to

12   satisfy a sole -- is a -- there's a standard,

13   statistical condition that it has to satisfy,

14   namely, that the matrix be what is known as --

12:11  15   quote, unquote -- positive definite, which is a

16   specific statistical term, but it's standard.  Any

17   correlation matrix must satisfy this same -- the

18   mathematical constraint that it has to satisfy.

19        So what you're trying do is fill in these

12:11  20   points that satisfy that constraint.  It is not

21   really any unique way to do it, and that's quite

22   clear from the literature generally that there's not

23   going to be a unique way to do it.  So what I do,

24   which is -- I would say is largely mimicking what

12:11  25   Dr. McCann does in his Black-Scholes setting.  And

145

1    even if we dis -- differ on the details, we both

2    agree that the S&P to Russell correlation needs to be

3    estimated in some way from historical data.  I

4    essentially -- I essentially expand that approach to

12:11 5    try to fill in the rest of this matrix where

6    possible.  So, for instance, the volatility to

7    volatility -- so each of the two processes, S&P 500

8    and Russell, have a volatility process that goes

9    along with them.  So those have a correlation between

12:12 10    them.

11    You can tell from the so-called dynamic

12    GARCH model, variations of it both -- which both

13    Dr. McCann and I have used, and whose output is in

14    my, you know, production.  From that, you can see --

12:12 15    you can essentially calculate the volatility process

16    estimated from that historical data for both S&P and

17    Russell.  So you can essentially estimate their

18    historical correlation kind of just as you would,

19    say, for the two indices.  And what you can see from

12:12 20    that is that they're generally very similar to the

21    index-to-index correlation.  So just as the

22    index-to-index correlation, as I explained in the

23    report -- and again, I don't think Dr. McCann and I

24    disagree -- they're generally somewhere in the 80 to

12:13 25    sort of 90 -- 85 to 95 percent type of range.  It's

146

1    sort of a very clear range where those values lie.

2    You see that the volatility-to-volatility is

3    generally a very similar number.

4              So based on that, I then set the

12:13  5    volatility-to-volatility correlation to be equal to

6    the index-to-index correlation, given this sort of

7    empirical finding based on the GARCH model.

8         Q.    All right.  Can you turn to paragraph --

9    Appendix 2, Paragraph 20.  I just want to make sure

12:13  10   we address this.

11              MR. BAKER:  What page?

12              MR. WISNIEWSKI:  Page 66.  That's probably

13   easier.

14   BY MR. WISNIEWSKI:

12:13  15        Q.    The matrix that is on -- in --

16        A.    Yes.

17        Q.    -- Paragraph 20, is that your

18   calculation?  Is that your formula?

19        A.    It's neither a calculation or a formula.

12:13  20   It's showing you how the matrix is being setup.  So

21   what --

22        Q.    Oh, I got you.

23        A.    -- I'm trying to explain is that you have

24   a bunch of parameters.  Now, the point is -- and

12:14  25   this happens all the time in this kind of --  when

147

1    you're dealing with this kind of problem.  You try

2    to -- given that option pricing theory is not

3    telling you what the unique answer is, my point is

4    you need to make some practical decisions based on

12:14  5    empirical data.  So I'm trying to explain to you --

6         Q.     I got it.

7         A.     -- the process I went about to try to

8    fill those in.

9              So I'm saying that we know that from the

12:14 10    output, that the volatility-to-volatility correlation

11    -- and this, hopefully, it's spelled a little bit

12    more in this addendum to -- correction to Paragraph

13    21.  But that parameter, I said, equal to the

14    index-to-index correlation because they seem to be

12:14 15    quite similar based on the empirical data.  So -- and

16    that's standard, you can -- when you're faced with

17    kind of an empty, or partially-filled-in correlation

18    matrix, to try to use some sensible way to kind of

19    cut down on the number of parameters you're trying to

12:15 20    fill in is standard.  So that's what I'm trying to

21    explain, that I essentially set that

22    volatility-to-volatility parameter to be equal to the

23    index -- index parameters.  Again, that's based on

24    the underlying historical data.  Then, you've got two

12:15 25    other parameters that need to be filled in.  Namely,

148

1    the S&P 500 index has a correlation with the Russell

2    volatility and vice versa.  The Russell index is

3    going to have a correlation with the S&P 500

4    volatility.  Neither of those can be, again, priced

12:15   5    from options pricing data, so you need to think of

6    some sensible way to do it.  And here, what one can

7    observe and it's readily observant from the Heston

8    parameter output that's in the report, but -- you

9    know, to see it, generally, if you look at my

12:15 10    underlying -- you know, code and output.

11         What the Heston model does give you is it

12    tells -- one of its parameters that it does estimate

13    from the actual options data is the S&P correlation

14    with its own volatility, and similarly for Russell,

12:16 15    with its own volatility because those are based on

16    the actual vanilla options that you can calibrate to.

17    So what you can see from the data is that those two

18    are generally quite similar to each other.  So in

19    other words, the correlation of S&P 500 and its

12:16 20    volatility, and the correlation of Russell and its

21    volatility are quite similar to each other.

22         So I -- based on that motivation, I set

23    these two remaining cross-correlations equal to each

24    other, again, to -- simply to -- again, it's a

12:16 25    standard in computational work.  You're trying to

149

1    kind of cut down a number of fee parameters you have

2    to sell for.

3              So what you're left, then, is with this

4    one parameter that has yet to be filled in.  And this

12:16  5    one has to be filled in such a way that you ensure

6    you have a positive definite matrix, so --

7         Q.      What number -- what is that -- what input

8    is that?

9         A.      That's called rho.  So basically, if you

12:17 10    look at the matrix, there's c-o-r, cor.  There's rho

11    SPX -- rho SPX and rho RTY are the ones that you can

12    directly get from Heston.  Cor is basically what I

13    just explained, it's the index-to-index, and

14    vol-to-vol parameter.  And then, rho is this other

12:17 15    one.  It's basically both Russell index with S&P

16    volatility and vice versa, which, again, as I just

17    explained, is set equal to each other.  So they give

18    you one parameter left.  And then, you basically

19    have to satisfy this mathematical constraint, that

12:17 20    you have a positive, definite matrix.  Again,

21    there's not going to be a unique answer and that's,

22    again, perfectly standard.  Essentially, there's a

23    range of values, which will satisfy the matrix being

24    positive definite for this final parameter.  So I

12:17 25    picked the mid-point because essentially it's safely

150

1    a positive definite.  You know, it can't -- I'm not

2    pushing the boundaries of -- basically --

3            THE REPORTER:  Slow down.

4            THE WITNESS:  Sorry.  Basically, when you

12:18  5    push the boundaries of whether the matrix is positive

6    definite or not, you're getting close to an invalid

7    matrix.  So --

8    BY MR. WISNIEWSKI:

9        Q.    So your rho -- am I correct, then, the

12:18 10    rho is the average of the minimum and maximum value

11    of rho that you would need to ensure a positive

12    definite matrix?

13        A.    That's correct.

14        Q.    What is the source of your rho

12:18 15    calculation?

16        A.    You mean, why am I picking the mid point?

17    Again, in a sense, there is no unique answer.  The

18    -- the math --

19        Q.    When you say "no unique answer", what do

12:18 20    you mean?

21        A.    The statistical theory is only telling

22    you that there's a range to make the matrix positive

23    definite.  The math -- the math or the statistics

24    does not tell you beyond that what it should be.

12:18 25    Similarly, the option pricing theory is also not

151

1    telling you beyond a fact that there's going to be

2    some range because, again, correlation is not

3    priced.  So if you look at the literature, it's

4    quite standard basically; that it will tell you

12:19   5    there is essentially not a unique way to do it.  The

6    mid-point -- if you actually look at the data for

7    some typical dates, the mid-point, as it happens,

8    from what I could see, has the virtue that it, in

9    fact, for many of -- some of the dates, at least, is

12:19  10    approximately going to be -- if you pick that value,

11    it's actually going to be pretty close to the rho

12    RTY and rho SPX values.  So again, those are very

13    similar to each other, so I would say the mid-point

14    makes sense in that way.

12:19  15            The midpoint makes sense in another very

16    technical way, which is that you'll find if you

17    check, again, these certain dates; but I believe from

18    what I've checked, that it's generally going to be

19    approximately true.  That's also approximately,

12:19  20    roughly where the so-called determinant of the matrix

21    is maximized.  Again, that's a very technical term,

22    but essentially, the determinant is essentially equal

23    to -- when a matrix is positive definite, the

24    determinant is essentially the thing that has to --

12:20  25    is a quantity that has to be positive in order -- in

152

1    order for the matrix to be positive definite.  So

2    when I say there's a range in which the matrix is

3    going to be positive definite, those two end points

4    are essentially where the determinant goes negative.

12:20  5    So you've got two end points where the determinant

6    would be equal to zero, and so the determinant would

7    be maximized essentially somewhere in the middle.

8    Again, the midpoint is where I would submit is not a

9    bad approximation of that.  And maximizing the

12:20 10    determinant, you find in the literature is a standard

11    way of trying to fill in this missing value.

12              So that's the motivation.  Again, there's

13    no unique, correct answer.  You could pick a variety

14    of different points within that range, so that's why

12:20 15    I picked the mid-point.

16        Q.    Are you aware of any academic literature

17    or research discussing how to construct the

18    correlation may -- correlation matrix for

19    multi-asset Heston models?

12:21 20        A.    I believe there is some literature.  As

21    far as I know, that literature -- again, as a --

22    just generally, I believe that literature will

23    explain much of what I just said, namely that you

24    need to -- you have this practical problem that you

12:21 25    have to fill in missing elements of your correlation

153

1  matrix, and there's not going to be a unique way to

2  do it.  So different papers will suggest a variety

3  of different ways of doing that.  One of which, for

4  instance, will be maximizing the determinant.  There

12:21  5  are different ways to do it.

6  Q.  Did you rely on any of those academic

7  literature or papers in constructing your

8  correlation matrix?

9  A.  Not specifically because, again, strictly

12:22  10  speaking, there is no unique way to do it.  That is

11  the fundamental point that I'm making, that because

12  the correlation is not being priced by the market --

13  by the options market, essentially, what you're

14  going to be left with a series of empty correlation

12:22  15  parameters that need to be filled in.  And what the

16  statistical theory tells you is the binding

17  constraint is that it must be positive definite.  So

18  beyond that, there's essentially -- for that

19  changes, there's a range.  So there's not really a

12:22  20  specific way to do it that's correct or incorrect.

21  What I am explaining is I'm generally -- I would say

22  -- expanding on Dr. McCann's own approach, where he

23  uses a historical relationship to estimate the

24  index-to-index correlation.  I'm essentially just

12:22  25  expanding that to account for these other missing

154

1  correlations where possible.

2      Q.     Okay.  My question is a little different.

3          Did you rely on any of those published

4  journal articles to create your correlation matrix?

12:23  5      A.     Not specifically, again, because there's

6  not really one unique way to do it.  And the basic

7  fact that actually matters is that the matrix has to

8  be positive definite.  That is relying on research,

9  in a sense that it's a statistical fact that's cited

12:23 10  in the textbooks, that I cite in Green, that I cited

11  all over the place, which will tell you that a

12  matrix has to be -- the correlation matrix has to be

13  positive definite.  So that --

14      Q.     But you are aware of published journals

12:23 15  and academic research that actually discuss how to

16  construct a correlation matrix for a multi-asset

17  Heston model?  In other words, that exists, correct?

18      A.     I believe that exists, but, again, the

19  basic principles are not going to differ from what

12:23 20  I've already described to you.  Essentially, you

21  have missing correlation parameters to fill in.  It

22  must be positive definite, so there will be a range.

23  And there are different ways to do it.  Usually,

24  some combination of trying to use historical data,

12:24 25  along with, where necessary, maximizing the

155

1    determinant.

2         Q.    Did you -- did you cite any of those

3    academic papers or journals in your report for

4    supporting your calculation of correlation matrix?

12:24  5         A.    No, because, again, I'm relying on the

6    basic fact that what's actually required is to make

7    the matrix positive definite.  And beyond that, the

8    way they specifically do it -- as I said, I'm

9    essentially, I would say, expanding on Dr. McCann's

12:24 10    own approach.  As in, I'm using I would call

11    reasonable -- it's an approach that's sensible,

12    based on actual empirical data, which I think is the

13    standard way to do it.

14         Q.    Okay.  In calibrating your Heston model,

12:25 15    you referenced this Table 3, which is Heston

16    calibration absolute percentage errors, which is on

17    Page 29.  Can you explain what this table reflects.

18         A.    Yes.  So, I mean, it's basically the --

19    when you calibrate -- when you calibrate the model,

12:26 20    what you end up with is a Heston -- so if you think

21    back to our discussion a little while ago about sort

22    of the Bloomberg volatility data, the Bloomberg

23    volatility data that you can download, which is

24    essentially the volatility surface, that -- those

12:26 25    volatilities can be -- Bloomberg essentially has

156

1    taken trying -- again, if you stick to the range

2    where there are transaction prices, Bloomberg has

3    essentially taken those transaction prices and

4    converted them into implied volatilities.

12:26 5           So what I do is I convert those back using

6    Black-Scholes.  This is the case where Black-Scholes

7    actually should be used because Bloomberg is

8    computing Black-Scholes implied volatility.  So

9    essentially, you can reverse that by applying

12:26 10   Black-Scholes to get essentially back the actual

11   option price.  So what you have is a Bloom -- call it

12   -- you can call it a Bloomberg price.  That is the

13   actual traded price of a particular vanilla option,

14   contract-by-contract.  And then, when you calibrate

12:27 15   and fit and price those same options using Heston,

16   you essentially end up with a Heston price.

17           So for each contract, you've got a

18   Bloomberg price and a Heston price.  And the footnote

19   explains -- what these are showing you is basically

12:27 20   the percentage difference between the two.  I think

21   it's literally the Black-Scholes price minus Heston

22   -- divided by Heston.  I think that's -- that's the

23   way it's done.  And what it's saying is what is --

24   and you remove the sign, that why it's an absolute

12:27 25   percentage because some will be negative, some will

157

1   be positive.  That is, sometimes Bloomberg might be

2   more than Heston and vice versa, but we're trying to

3   assess overall how well is it fitting.  So then, if

4   -- take the absolute values, and then see on average

12:27  5   what is that percentage area.  So it's a way of

6   gauging how close you are -- how close the Heston

7   model is coming to actually fitting the observed

8   market prices.

9       Q.    So how -- how close your model comes to

12:28 10  the observed prices?

11       A.    In this case, specifically Heston.  So

12  we're talking -- literally, the Heston model is the

13  vanilla option.  We're talking about a vanilla

14  option here.

12:28 15       Q.    Oh, so this -- this chart relates to

16  vanilla options?

17       A.    Yeah, yeah, yeah, yeah.  Yes, yes.  We're

18  talking about -- as I explained, this is taking the

19  Bloomberg implied volatility data for Russell and

12:28 20  S&P for the range where they're actually based on

21  transaction prices; taking those volatilities, which

22  are actual volatilities, converting that back to the

23  actual original prices.  You've got a set of sort of

24  original transaction price, or at least a good

12:28 25  approximation of -- thereof, and you're looking at

158

1  how well does Heston actually fix.  So this is --

2  these are vanilla options.  How well does Heston

3  fit vanilla options.  That's what this table is

4  showing.

12:28  5      Q.     And when you say absolute percentage

6  errors, does that mean some are negative, some are

7  positive?

8      A.     Right.  That is, if you didn't take the

9  absolute, there will be cases where Heston might be

12:29 10  more than Black-Scholes, cases where it's less.  So

11  we just average those together, and then if wanted

12  the sign, they could kind of average each other out.

13  It might look like they've got a -- say a really

14  perfect fit, but that might be misleading.  So by

12:29 15  making it absolute, you really -- sorry.  You're

16  really stressing it to -- force it to -- basically

17  here, zero would mean a perfect fit.  It would mean

18  literally --

19      Q.     Do you recall whether the differences

12:29 20  were positive or negative?

21      A.     I don't recall specifically, no.

22      Q.     Okay.  If it was negative, would that

23  mean that the Heston model was producing values that

24  were higher than Black-Scholes?  Because you said it

12:29 25  was Heston --

159

         1     A.     No, I think it should be -- yeah,

         2  basically, the sign would just be flipped over

         3  backwards; but I think it was Black-Scholes minus

         4  Heston, divided by Heston.  So it's negative, that

12:30    5  would mean Heston would be above Black-Scholes and

         6  vice versa at this point.

         7          MR. WISNIEWSKI:  Okay.  We'll take a

         8  break.

         9          THE VIDEOGRAPHER:  This ends Unit 2.

12:30   10  We're off the record at 12:28.

        11          (Lunch break was taken off the record.)

        12          THE VIDEOGRAPHER:  This begins Unit 3.

        13  We're are on the record at 1:23.

        14  BY MR. WISNIEWSKI:

01:25   15     Q.     All right.  Dr. Sen, if you could take

        16  your report, which is Exhibit 1, and turn to the

        17  section titled, "Calculating margins of error for

        18  note value", which begins on Page 34, Paragraph 94.

        19     A.     Yes.

01:25   20     Q.     We talked a little bit about the margins

        21  of error earlier this morning; correct?

        22     A.     Yes.

        23     Q.     And --

        24     A.     Well, sorry.

01:25   25     Q.     Oh, yeah.  There you go.  There's a

                                                             160

1    clip-on.

2        A.    Okay.

3        Q.    Okay.  So in your report, you used your

4    model to demonstrate that there's a band of

01:25  5    uncertainty around structured note valuations;

6    correct?

7        A.    Yes.

8        Q.    And you're implying that the uncertainty

9    stems from two spots.  One, complexities of modeling

01:26  10   the volatility input; is that correct?

11       A.    That's fair to say.

12       Q.    And the second is the correlation input.

13       A.    That's right.

14       Q.    Okay.  And those are the two sources of

01:26  15   uncertainty you opined on in your report; correct?

16       A.    Yes.

17       Q.    Okay.  Now, to value SBB structured notes

18   using your Heston model, you used a five-year

19   historical correlation; correct?

01:26  20       A.    Yes.

21       Q.    Okay.  And McCann used a dynamic

22   conditional correlation model, a DCC model?

23       A.    Yes, over a 15-year horizon.

24       Q.    Okay.  And were your correlations number

01:26  25   higher or lower than McCann's?

161

1           MR. BAKER:  Objection to form.

2           THE WITNESS:  I don't specifically recall.

3    I think some years, it may have been higher; some

4    years, it may have been very close, where essentially

01:27  5    the difference would have been minimal.  I don't

6    specifically recall, excuse me.

7    BY MR. WISNIEWSKI:

8      Q.     Did you ever value SBB structured notes

9    using the DCC method?

01:27 10     A.     So what I show in my analysis -- I forget

11   which section, but it shows that essentially the DCC

12   method will give you a confidence interval around

13   its correlation estimate.  So I check that, the

14   simple five-year number that I use is always within

01:27 15   that intervals.  In other words, it's not

16   significantly different from what the DCC GARCH

17   model produces.  So I essentially checked that

18   there's not a meaningful difference between the two.

19   I don't specific -- specifically recall if I would

01:27 20   have re-run my model using the DCC point estimate

21   instead.  They, in fact, may have been done as some

22   sort of sensitivity check.  I -- I don't remember.

23   I don't recall at this point.

24     Q.     In your opinion, is using a five-year

01:28 25   correlation -- historical correlation better than a

                                                           162

1    DCC model?

2         A.    No, I don't think it's better or worse,

3    per se.  Both are widely -- that is the -- the

4    simple correlation approach, if you will, the

01:28 5   standard -- the standard historical correlation, as

6    well as the variations of a GARCH model are both

7    widely used.  And, in fact, one of the papers I cite

8    even says as much.  I think both are used.

9         Q.    Okay.

01:28 10       A.    I think personally both are fine in some

11   sense.

12        Q.    Did you assess the impact that the

13   difference in your correlation compared to Mr. -- or

14   Dr. McCann's correlation had on your structured note

01:29 15  values?

16        A.    I don't recall if my model was re-run

17   using Dr. McCann's correlation inputs.  Something

18   similar may have been done essentially in the

19   reverse direction, where we took his model and

01:29 20  swapped in our correlation input for his.  I

21   remember I -- it made a small difference.  I

22   wouldn't say it's a huge factor from what I recall.

23        Q.    Oh, so you did do it?

24        A.    Yes, but not in the direction you are

01:29 25  talking.  You're talking about, I believe -- correct

163

1  me if I'm wrong -- using my model and sort of

2  swapping in his correlation.  Whereas, I'm saying I

3  think what we did is -- did check at some point was

4  take his model -- Dr. McCann's model, and swap in

01:30   5  ours for his.  Essentially -- essentially, it's sort

6  of a similar idea, except we used his model as the

7  one where we checked the -- what effect it had.

8      Q.    I understand.  And is that referenced

9  anywhere in your report?

01:30  10      A.    No, because I didn't -- it didn't really

11  factor into any analysis.  That was just sort of

12  just simply to kind of check kind of generally what

13  effect -- how much effect these correlation

14  assumptions have.

01:30  15      Q.    And in your recollection is that the

16  difference in correlation impact didn't have much

17  impact on valuation?

18      A.    Not a lot.  Probably like -- again, this

19  is just -- to my best of my recollection, it would

01:30  20  have been on the order of like half a percent, maybe

21  a percent of par.  That sort of thing.  It's not a

22  big -- I don't think it's a big factor.

23      Q.    Now, to calculate your margin of error,

24  you didn't use a five-year correlation; correct?

01:31  25      A.    No, the five-year correlation is the --

164

1    is the standard input I use for correlation for

2    almost all of my models, except for one aspect of

3    the margin of error calculation.  So what I

4    explained in the report is I first compute the

01:31  5    margin of error solely based on the uncertainty come

6    -- stemming from the volatility.  So that's like --

7    and I have a two sets of exhibits that show this.

8    So that's like the -- the first iteration, if you

9    will.

01:31 10            Then, I take a sensitivity check

11    essentially like an additional calculation, where I

12    recompute the note values based on a much higher

13    correlation number.  Essentially, this is coming from

14    the GARCH model itself, which kind of gives you a

01:32 15    historical -- the GARCH model allows you to kind of

16    look at the entire trajectory of the correlation over

17    time.  So you can kind of see what that range is.

18    And as I point out in the report, the range

19    historically is somewhere between sort of the low

01:32 20    80's and the high 90's.  So in my margin of error

21    calculation, I simply add a scenario, where I add in

22    an effect, if you were to increase the correlation up

23    to the upper end of that range.  And so to estimate

24    that effect, I essentially re-ran the underlying

01:32 25    model using that much higher correlation estimate

165

1   that stems from the GARCH model.

2          So that's the only place where -- I

3   believe where I explicitly used something other than

4   the simple five-year correlation.

01:32  5     Q.    Okay.  And I think we're talking the same

6   thing.  I just want to make sure that we're on the

7   same page.

8          So to value -- to arrive at your values,

9   right, using your Heston model, you used a five-year

01:33 10  correlation?

11     A.    That's right.

12     Q.    When you calculated the margin of error,

13   your upper bound, you did not use five-year

14   correlation?

01:33 15     A.    Is that your question?

16     Q.    Yeah.

17     A.    So one of the iterations where I add in

18   the correlation effect, yes, there, the whole point

19   is to kind of -- same thing -- you think of it

01:33 20  almost like a stress test.  Using historical high

21   correlation, and see what effect that could have in

22   addition.  So for that particular piece of it,

23   that's right.  I'm using a much higher correlation.

24     Q.    Why did you switch correlations?  Why did

01:33 25  you switch correlation structure from a five-year to

166

1    a DCC GARCH, G-A-R-C-H?

2         A.      Well, because the GARCH model allows you

3    to in -- in a sense to calculate an instantaneous

4    correlation estimate.  So it's much more convenient

01:34  5    to be able to sort of actually track what the

6    correlation is doing over time.  Essentially, the

7    GARCH -- what the GARCH model allows you to do --

8    and I point this out in the report is that -- one

9    other thing it allows you to test, if correlation is

01:34 10    essentially a constant over time, or whether it's

11    time variance.  It actually allows you to test for

12    that formally.

13            So I do that test, and then I use the

14    GARCH output to then essentially estimate kind of the

01:34 15    upper end of that range.  So essentially, the GARCH

16    model is more flexible.  So when you're trying to

17    figure out kind of the upper end of the historical

18    range, I think it's essentially more computationally

19    convenient to use that, rather than sort of a simple

01:34 20    historical correlation.  The two serve somewhat

21    different purposes.

22         Q.      Why -- why -- why switch?  Why use one

23    for one purpose and one for another?

24         A.      Well, I just explained for the margin of

01:35 25    error calculation, the GARCH model allows you to do

167

1  something that the simple correlation does not, at

2  least not as readily.  So that's a statistical fact.

3  It's allowing you to actually track changes over

4  time and figure out the range.  Now, you could -- I

01:35  5  don't know if your question is, then, why not use

6  the GARCH model for the baseline.

7      Q.     No, I just wanted to understand why you

8  chose to do the separate one, but I got it.

9      A.     Right.  And so then, underlying -- my

01:35  10  point is I have -- essentially have checked that

11  there's not a significant difference between the

12  two.  So that means there's not -- it's not really

13  much of a difference.  So it's --

14      Q.     What was the difference between your

01:35  15  five-year correlation and the correlation using the

16  DCC GARCH?

17      A.     I mean, I don't recall offhand.  It would

18  all be in the underlying statistical output that we

19  turned over.  Essentially, the output allows you to

01:35  20  see what's the confidence interval around the GARCH

21  point estimate, and then what is the five-year

22  number.  And it was always well inside the range.

23  So the difference would have been fairly minor.  I

24  just don't recall offhand.

01:36  25      Q.     Similar to like that half percent,

168

1    percent -- oh, no.  Never mind.

2        A.      That's a different thing.

3        Q.      Yeah, strike that.  Strike that.

4                All right.  So in Paragraph 95, you state

01:36  5    that using the DCC GARCH model, you found correlation

6    over a five-year period ranged between the low 80's

7    to the high 90's.  Is that right?

8        A.      What I'm saying is for each year ended --

9    so there's a series of years we're considering.

01:36 10    Each of those dates over the previous five years, I

11    ran the DCC GARCH model, and checked essentially if

12    -- if you use that to essentially output, what is

13    the instantaneous correlation over time.  I then

14    checked essentially what that range was, and that's

01:36 15    what gives into this.

16        Q.      The range is -- was low 80's to high

17    90's?

18        A.      Yes.

19        Q.      Okay.  And when you assessed --

01:37 20        A.      I -- let me clarify.  There may have been

21    some occasional blips where it went below, but for

22    the most part, yes, I think generally it may be a

23    few outliers here and there.  That's why I say

24    mostly range, so --

01:37 25        Q.      Okay.  Range from mostly low 80's to high

                                                            169

1    90's?

2        A.      Right.

3        Q.      Okay.  And when you calculated your upper

4    band for the margin of error, you used a 97 percent

01:37  5    correlation; correct?

6        A.      That's right.

7        Q.      Why 97 percent?

8        A.      Essentially, you can -- you can think of

9    the upper end of this range as sort of like a stress

01:37 10    test, if you will.  As I explained -- I forget

11    exactly in which section.  As I explain in the

12    report, because the correlation has not been priced

13    by the options market, essentially what that leaves

14    you with -- with is a stip -- is a situation where

01:38 15    the risk preference as a -- of an investor regarding

16    correlation risk are going to matter.  And what I

17    mean by risk preference, when option -- the options

18    market does price a factor like correlation, it's

19    generally thought -- and it is a standard.  You can

01:38 20    find this description in Hall or pretty much

21    anywhere else -- that parameters like correlation,

22    if you compare their sort of real-world correlations

23    based on historical data, and you compare them to

24    how -- in those cases where such parameters are

01:38 25    priced by an options market, you will find that,

170

1  typically, the options market will not price it

2  exactly the same as the historical numbers would

3  look like.  That either had some kind of risk

4  premium or sent some kind of discount.  It's often a

01:39  5  premium.  But anyway, the point is in those cases,

6  the options market is essentially telling you what

7  sort of the markets overall risk preference is with

8  regard to that particular source of risk.

9           So the point is when you have an

01:39  10  incomplete market, you essentially don't know anymore

11  what that price of risk is from the market because,

12  essentially, the market is incomplete.  It's not

13  there.  So that means the risk preferences of

14  individual investors are going to matter.  And as I

01:39  15  explained in the report and as explained in the

16  literature, different investors will have different

17  perceptions of risk to describe a factor like

18  correlation in different kinds of market conditions.

19  So the idea of using a very high correlation number

01:39  20  is that -- and again, it's based on real-world data,

21  so I'm not sort of picking something that's outside

22  of historical range.  The idea is, you know, there's

23  some evidence that in a period of stress -- usually,

24  high correlation often -- not always, but often

01:40  25  occurs in a -- during a period of stress.

171

1          So if a given investor is more inclined to

2  feel like there's going to be a stressful period --

3  and, again, individual risk preferences can vary.

4  Each investor can have very different perceptions to

01:40  5  what that risk is. So what I'm trying to gauge is,

6  okay, what sort of a stress-scenario correlation

7  might be very, very high. And I'm essentially using

8  the output from a GARCH model to gauge that.

9      Q.    But you had correlation numbers ranging

01:40 10  between the low 80's and high 90's; correct?

11      A.    Yes.

12      Q.    Why choose the upper bound of that?

13      A.    Again, because that's corresponding to --

14  that's going to correspond to a point of stress,

01:40 15  where essentially when markets are stressed, one

16  tends to think that indexes will be more correlated.

17  That's just -- I'm saying it's -- essentially, it's

18  subjective. The whole point here is that subjective

19  risk preferences matter. This is a way of trying to

01:41 20  gauge what the effects of that could be if you're

21  pricing this. So basically --

22      Q.    So you -- go ahead.

23      A.    -- an investor could essentially be

24  fearful for current conditions, or what the

01:41 25  conditions are going to be over the next few years;

172

1   and, thereby, decide that he wants to essentially

2   price in a very high correlation.  So essentially,

3   the 97 percent is a way of trying to gauge what is a

4   historically-high correlation, but one that is still

01:41   5   based on historical data that has actually shown up

6   in the real data.

7       Q.      Why not use 90 or 85?

8       A.      Again, those would not correspond to a

9   stress condition.  Those would be more close -- the

01:41   10   90, for instance, I think, is much closer.  85 or

11   90, somewhere in that range is much closer to the

12   typical average that, I think, both Dr. McCann and I

13   are using.  The whole point of this exercise is to

14   say, okay, there's uncertainty here.  A reasonable

01:42   15   person could use a different correlation number,

16   what might that look like because there's

17   uncertainty here.  That's the point.  There isn't a

18   unique, correct correlation to use.  The market is

19   not telling you how to price it.

01:42   20       Q.      So had you used an 85 percent

21   correlation, would that have lowered the upper

22   bound?

23       A.      Yes, that would be much closer to

24   basically not really changing the -- that as -- as I

01:42   25   just explained, that would be much closer to

173

1    essentially not really changing the correlation.  It

2    would be much closer to kind of the base case that

3    essentially both Dr. McCann and I are assuming.  And

4    so essentially -- no, that's why I do two versions.

01:42  5    I do a version, here where I essentially do not

6    stress the correlation.  That's the whole point here

7    is that I do -- I literally don't change the

8    correlation number.  I keep it as is.

9           So then, the second iteration is to say,

01:42 10    well, that's could also be a source of uncertainty

11    for all the reasons I just explained, and so then I

12    show what that effect will be.

13    Q.    Okay.  All right.  So turning back to

14    your analysis here on -- on Section C on Page 36,

01:43 15    Paragraph 99.

16    A.    Yes.

17    Q.    Okay.  And this is where you applied your

18    bootstrapping procedure; is that right?

19    A.    Yes.

01:43 20    Q.    Okay.  And you calculated a valuation

21    that would correspond to the 97 -- 97.5 percent --

22    percentile; correct?

23    A.    Yes, that's right.

24    Q.    What does that mean?  What valuation is

01:43 25    that?

174

1    A.    So what the bootstrap does is it

2  essentially allows you to generate a distribution of

3  note values.  So essentially, by running the

4  procedure described in the report, it allows you

01:44  5  to --

6    Q.    Oh --

7    A.    I'm sorry.

8    Q.    No, you're -- you're right.  I just

9  realized that I'm going to take you on a tangent

01:44 10  that doesn't require that.

11         So wait, you -- the distribution that you

12  ran is creating the 97.5 percentile; is that right?

13  The distribution you're saying?

14    A.    Let me step back and just briefly

01:44 15  describe what -- what it's doing.  So basically, by

16  running the bootstrap -- which is actually a

17  glorified simulation, if you will -- you're

18  essentially showing kind of range of uncertainties

19  that's due to the -- in the calibration risk and so

01:44 20  forth, you're showing what that -- what effect that

21  has on the note value.  The idea being that due to

22  that uncertainty, there can actually be a range of

23  potential Heston model values that you end up with.

24         So basically, when you run the bootstrap,

01:44 25  it's producing essentially a range or distribution,

175

1    if you will, of potential note values.  It's -- in

2    other words, if there's a point estimate for the note

3    value, it's telling you what does the uncertainty

4    around that look like.  So if you think of -- it's

01:45  5    simply like a probability distribution that you're

6    computing empirically.  So an example of a

7    distribution for a layperson is think of a standard

8    bell curve, right, which is kind of a canonical,

9    upside-down U shape curve that describes

01:45 10    uncertainties -- for instance, in Black-Scholes.  So

11    this is saying, yeah, let's figure out what that

12    distribution looks like based on, you know, the

13    calibration data.  Give you a range of uncertainty

14    for the note value, so essentially for each note, you

01:45 15    can produce the range, a distribution of uncertainty.

16    And all this is saying is, yeah, what's that

17    upper-trail of that distribution, corresponding to

18    the specific 97.5 percentile.

19        Q.    Right.

01:45 20        A.    That's what that's doing.

21        Q.    And you created kind of two error bands.

22    One without correlation risk, and one with

23    correlation risk; right?

24        A.    That's right.

01:46 25        Q.    The error band without correlation risk

176

1    is in Exhibit 4 to your report?

2         A.    Yeah.  I mean -- yes, so it should be

3    Exhibits 4 and 5, I think.  Yes, so 4 is basically

4    without correlation risk.  And then, 5 should be

01:46  5    with correlation risk.

6         Q.    So Exhibit 5 is the error band with

7    correlation risk?

8         A.    That's right.

9         Q.    Okay.  And why don't you just go ahead

01:46 10    and turn to Exhibit 4 -- 4.  It may be easier to

11    talk about this with the exhibit.  Exhibit 4 is

12    titled, "2014 Incur of values and error bands with

13    help correlation risk".

14         A.    Yes.

01:46 15         Q.    Okay.  So in Exhibit 4, Ankura's values

16    are the red dots?

17         A.    Yes.

18         Q.    The blue dots are the upper bound without

19    correlation?

01:47 20         A.    That's right.

21         Q.    That's your margin of error.  And then,

22    SBB's values are the X's?

23         A.    That's right.

24         Q.    Okay.  And in your report, you say:  "Any

01:47 25    estimate falling within this range is a reasonable

177

1   estimate according to the usual 95 percent

2   confidence standard."

3           Correct?

4       A.      That's right.

01:47 5     Q.      Okay.  So if you're below the blue, it's

6   reasonable?

7       A.      Based on that standard, yes.

8       Q.      Okay.  If you're above the blue, you're

9   unreasonable?

01:47 10    A.      Again, I want to say we may have

11  addressed this earlier today.  The -- there's -- as

12  I had explained earlier, there's a nuance, which is

13  that this is essentially telling you what level of

14  uncertainty you can expect if you're essentially

01:48 15 using a Heston model; but you just -- excuse me, I

16  need to wipe my -- pardon me -- so this is est --

17  this is computing what is the range of uncertainty

18  that, in a statistically-reasonably sense, you can

19  see if there's just uncertainty with the

01:48 20 calibration; but you're essentially using the Heston

21  model as your sort of instrument for pricing.

22          Now, as I pointed out, you could use a

23  slightly different model.  In which case, I would add

24  a -- add another source of uncertainty, which I have

01:48 25 not tried to account for.  So in theory, you could be

                                                    178

1    potentially above the blue dot, and it might still be

2    reasonable based on some definition.  In other words,

3    it could be that if you had a slightly different

4    model that everyone agrees as -- as, you know,

01:49   5    well-supported as Heston and you use that model, you

6    could produce -- that would essentially add another

7    source of risk, and, thereby, actually increase the

8    bands a certain amount.  I wouldn't know how much

9    because that's not an analysis I've done.  So you

01:49   10    fall outside the bands, there is that wrinkle to

11    point out.

12        Q.    All right.  And in 2000 -- so at least

13    for 2014, you tested 44 notes; is that correct?

14        A.    Assuming these are all filled in, that

01:49   15    would -- it might be 45.  I don't know if every

16    single note is -- there might be some missing -- no,

17    there's going to be some missing ones.  One would --

18    one would have to count.  So I don't know the exact

19    number.  It's however many you see there.  It's a

01:49   20    few dozen for sure, but, you know...

21            (Sen Exhibit 7 was marked for

22    identification.)

23    BY MR. WISNIEWSKI:

24        Q.    I'm going to mark as Exhibit 7, a

01:50   25    document titled, "2014 Ankura values and error bands

179

1    underlying data".

2            And Exhibit 7, Dr. Sen, is one of your

3    work papers --

4        A.    Okay.

01:50  5    Q.    -- that you produced to the SEC.

6            And I just printed out for Exhibit 7

7    purposes the 2014 and 2015 error band data that

8    correspond with Exhibit 4.4 and 4.5.

9        A.    Okay.

01:50 10    Q.    I'll try to make it a little bit easier.

11            Are you familiar with Exhibit 7?

12        A.    I am -- broadly speaking, I would say

13    yes.

14        Q.    Okay.  And I'll -- I'll represent to you,

01:51 15    Dr. Sen, that I -- I totaled the number that were --

16    the total number of notes that were valued as

17    included in Exhibit 4.4, and it was -- what did I

18    say -- 44.  Any reason to believe that's not

19    correct?

01:51 20        A.    No.

21        Q.    Okay.  And when I look at Exhibit 7, only

22    10 SBB notes fall within the upper-error band;

23    correct?

24        A.    I mean, one would have to check.

01:51 25    Q.    Note 20, Note 26, Note 36, Note 39, Note

                                                              180

1  52, 53, 55, 57, 74 and 75.

2      A.      And you're looking at which version of

3  the exhibit with -- with or without -- oh, I'm

4  sorry.  You're counting with or without

01:52  5  correlations?

6      Q.      We're on Exhibit 4.4, which is the error

7  bands without correlation?

8      A.      Okay.  So without correlations.  I mean,

9  I'd have -- I can follow you on every single one,

01:52 10  but let's say for the purposes of this discussion,

11  that is correct.

12      Q.      Okay.  So that's 22.7 percent of the

13  total -- fell within the upper bound; correct?

14      A.      That's -- I'm sorry, what were the

01:52 15  numbers you just gave?

16      Q.      Ten --

17      A.      Ten out of --

18      Q.      44.

19      A.      Okay.  So a little less than 25 percent.

01:52 20      Q.      22.7, correct?

21      A.      Yeah.

22      Q.      So that means that there were 77 -- 77

23  percent of SBB notes were higher than the upper

24  bound; correct?

01:52 25      A.      That's what that would imply, yes.

181

1    Q.    Okay.  If we take a look at 2015, which

2  is Exhibit 4.5 of your report.

3    A.    Yes.

4    Q.    And the underlying data to Exhibit 4.5 is

01:53  5  in Exhibit 7?

6    A.    Uh-huh.

7    Q.    Okay.

8    A.    Sorry, yes.

9    Q.    So in 2015, you tested 50 notes; correct?

01:53 10    A.    Again, I'll --

11    Q.    I'll --

12    A.    -- trust you on the count.

13    Q.    I'll represent to you that --

14    A.    Okay, yes.

01:53 15    Q.    -- you valued -- you valued 50.

16           Okay.  And out of the 50, there were a

17  total of 5 SBB values that were below the upper

18  bound, which represents 10 percent.

19    A.    No, I miss that --

01:53 20    Q.    That's inaccurate?

21    A.    That could be accurate, yes.  I see a lot

22  that are pretty close, but I -- it -- it could be

23  there are only 5 that are accurate below.

24    Q.    Okay.  So 90 percent of SBB's valuations

01:53 25  for 2015 exceeded your upper-bound margin of error;

182

1  correct?

2      A.     That would be correct, yes.

3      Q.     What is that telling you?

4      A.     I mean, I -- I think it's fairly clear in

01:54 5  my report.  I am not opining on -- I'm not

6  performing any kind of analysis of these exhibits.

7  In other words, in this analysis, I am merely

8  plotting what you see here.  What I explain in the

9  report is that in order to formally reach a

01:54 10  conclusion about -- in order to reach a formal, real

11  conclusion, that's why you need a proper statistical

12  analysis where you can combine all the data, and

13  that's why -- what motivates my regression analysis.

14  In this analysis, I'm not reaching any conclusion

01:54 15  about -- any overall conclusion about SBB being

16  within or out -- or outside these ranges.  I'm

17  merely presenting them.

18      Q.     Well, you -- right, but 90 percent of

19  them for 2015 fell outside of your range; correct?

01:55 20      A.     That is objectively what happened, yes.

21      Q.     Okay.  And the range I'm referring to is

22  your upper-bound margin of error; correct?

23      A.     Yes.

24      Q.     The upper bound, you said, if you fall

01:55 25  within it, you're reasonable?

183

1  A.  That's right.

2  Q.  90 percent of SBB marks were not in that

3 range?

4  A.  That's what it looks like, yes.

01:55 5  Q.  Okay.  And that doesn't tell you

6 anything?  In your opinion, that doesn't tell you

7 anything?

8  A.  I mean, I'm not trying to formally

9 analyze it.  So it's beyond the scope of what I

01:55 10 have -- what I am trying to opine on.  My point in

11 the report is when you actually look at all the

12 years and all the notes, there is variation, yes.

13 Sometimes there -- and the point is sometimes

14 they're above, sometimes they're above by a lot.

01:56 15 Sometime they're very close, sometimes they're

16 within -- and my point in the report is to actually

17 properly formally analyze that, you need some kind

18 of statistical analysis that puts all the data

19 together.  And that's what my regression does.

01:56 20   So that's where I deal, in a sense, with

21 the -- sort of an overall conclusion.  Here,

22 essentially each note is being done separately, and I

23 think it would take certain assumptions to try to

24 even reach a conclusion -- a formal conclusion when

01:56 25 you combine it altogether.  Basically, it's clear

184

1    enough what it's showing.  But beyond that, I don't

2    have any formal --

3        Q.    So -- so you say in your report that the

4    upper bound of your note-valuation range is at the

01:56  5    97.5 percentile, correct?

6        A.    That's right.

7        Q.    Okay.  Meaning, if note valuations are

8    reasonable, you should roughly have only 2.5 percent

9    of the note values actually exceeding the upper

01:57 10   bound; correct?

11       A.    Strictly speaking, that would be

12   literally correct, if you actually used an

13   essentially identical Heston model to the one I

14   used.  In other words, again, there could be some

01:57 15   additional source of uncertainty, if you used some

16   other model that's also reasonable -- but that's not

17   Heston -- that could add a little bit of further

18   variability.  So the 2.5 percent, that would be

19   literally true if, essentially, just using Heston

01:57 20   and is sort of recalibrating to data and letting the

21   data drive the uncertainty.  We changed the model

22   up.  It could add a certain amount.  I don't know

23   how much.  It could add a certain amount to the --

24       Q.    Well, again -- so here, we don't have 2.5

01:57 25   percent.  We have in 2017, 90 percent of the notes

185

1    exceeding the upper bound; correct?

2        A.      That is what it looks like, yes.

3        Q.      And in your opinion, that doesn't tell

4    you anything with respect to SBB's marks?

01:58  5        A.      No, I'm saying rather that I'm not

6    opining -- I'm not opining on a formal overall

7    conclusion from these exhibits.  My conclusion is

8    there's enough variation in these exhibits to

9    warrant doing a proper statistical analysis, which

01:58 10    is what I then do.  So --

11        Q.      Okay.  But you don't -- you're -- you're

12    referring to your regression analysis?

13        A.      Yes.

14        Q.      But your regression analysis isn't on the

01:58 15    differences between Ankura and SBB's values,

16    correct?

17        A.      That is correct.

18        Q.      Okay.  So you didn't perform the -- that

19    analysis with -- you didn't perform a regression

01:58 20    analysis on Ankura's values versus SBB's values;

21    correct?

22        A.      No.  As I explained earlier today, the

23    reason for that is because it's -- I -- I think it

24    made sense to use one of the third-party marks --

01:58 25    sources and marks instead; but getting at the idea

186

1  of what is the overall conclusion, given the

2  variability and the ranges that one sees in the

3  data.

4      Q.    Okay.  So the fact that 90 percent of

01:59  5  SBB's marks in 2015 fell outside the upper-bound

6  reasonableness range means nothing to you?

7      A.    It shows what it shows visually.  My

8  point is to reach a formal conclusion, you need a

9  statistical model, which allows you to actually

01:59  10  combine all the data together.  One thing to note

11  about an exhibit like this is you don't know what is

12  the -- how the different data points fit together.

13  In other words, you don't know -- from a statistical

14  point of view, you don't know whether these are,

01:59  15  let's say, independent observations or whether

16  there's -- or -- or not, or anything like that.  You

17  get a -- you have to make certain kind of

18  assumptions in order to reach a formal statistical

19  conclusion.  So my point is that is better left to

02:00  20  something like a regression analysis.

21      Q.    Which you didn't do?

22      A.    I did it using the counterparty marks and

23  I use the counterparty for the reasons that I have

24  given.

02:00  25      Q.    But you didn't run a regression analysis

187

1    for Ankura and SBB?

2         A.      That is true, yes.

3         Q.      So you didn't run the statistical

4    analysis that you were referring to with respect to

02:00  5    what this is showing -- what Exhibit 4.5 is showing?

6         A.      That is true, but the thing I would point

7    out is you could also say I didn't do this analysis

8    for the counterparty -- I'm sorry, I think you want

9    to call them the bank prices -- for the bank prices.

02:00 10    The issue there is I don't have their model.  In

11    order to -- in order to show the uncertainty at the

12    level of an individual note -- what this is really

13    trying to do is show that when you price an

14    individual note, there's uncertainty generated by

02:00 15    the model.  And you can only do that if you actually

16    have the model.  Since I don't have -- I could have

17    tried to do is that -- if I had the bank model, I

18    could have done this -- this exercise with the bank

19    model, but I don't.  So the next best thing is

02:01 20    essentially make your own model, and then test that.

21    But then, when I go to do the statistical analysis,

22    there I do have third -- objective third-party

23    pricing sources.  And as I explained earlier, I

24    think it made more sense to use those as the

02:01 25    benchmark, and say we won't -- I think is willing to

188

1    sort of take those as given.

2         Q.     Why include SBB's marks on Exhibit 4 and

3    Exhibit 5 at all?

4         A.     Again, I think it does show a certain

02:01  5    level of variability, so it shows that sometimes --

6    it shows what it shows.  Sometimes it's -- the gap

7    is more, sometimes they're within the range.

8    Sometimes they might be outside the range, but very

9    close.  I think it does show that.  Again, it's

02:01 10    basically illustrating what kind of uncertainty

11    you're dealing with before you then go to try to

12    formally quantify it.

13         Q.     Yeah, but why include SBB's marks on it?

14    Why not include markets?  Why not include the bank

02:02 15    note?

16         A.     I mean, one could have done that.  I

17    mean, the bank -- I mean, I already have an exhibit,

18    which has all of those third-party sources together.

19    If you're asking why not they're all the third-party

02:02 20    sources on here, one could have done that.  That's

21    --

22         Q.     Did you do that?

23         A.     No.  I mean, but I -- but I think you can

24    -- one can gauge what that would look like from

02:02 25    Exhibit 3.  So, yes, you could essentially combine

                                                              189

1   some of the data from Exhibit 3 with Exhibits 4 and

2   5.  One could do that.  I didn't, but the data is

3   all there.  One can -- I didn't gauge what it would

4   look like.

02:02   5       Q.      What percentage of the market valuations

6   fell within your upper and lower bound?

7       A.      I didn't formally test that, but I think

8   it's clear from Exhibit 3 that, generally, my

9   baseline values and market and counterparty -- I

02:03 10   think on average, they're all within a fraction of a

11   point.  So...

12       Q.      What percentage of the bank values fall

13   within your upper and lower bounds?

14       A.      Again, what I know is that on average, my

02:03 15   values and both market and counterparty, the

16   differences between those are generally going to be

17   less than a percent.  So given that my upper bounds

18   here -- as I explained earlier -- is probably on the

19   order of 2, 3, 4 percent.  I think generally, based

02:03 20   on that, one can conclude that much of the time, all

21   of those could sort of be within -- well within the

22   range.

23       Q.      What percent of the bank values fell

24   within your upper and lower bound?

02:03 25       A.      No, I don't know the specific -- I

190

1    wouldn't know the specific numbers.

2        Q.    What percentage of Dr. McCann's marks

3    fell within the upper and lower bound?

4        A.    I would not know that either off the top

02:03  5    of my head.

6        Q.    And the fact that SBB's marks exceeded

7    the upper bound in 2015 by 90 percent, it isn't just

8    a visual representation; right?  It's actually a

9    numerical fact?  That's Exhibit 7.

02:04  10        A.    Yes -- no, right.  That is -- that is

11    numerical.  My point is -- I already explained.  To

12    do a formal analysis, I already explained, so I

13    won't -- I won't re-hash that.

14        Q.    Okay.  Now, Exhibit 5 is when you

02:04  15    introduced the correlation risk to your error bands;

16    right?

17        A.    That is right.

18        Q.    Okay.  And by introducing the correlation

19    risk, you increased the upper bound; correct?

02:04  20        A.    That is right.

21        Q.    And why?  Or explain how that worked.

22        A.    I think we already talked about this.

23        Q.    So I -- just a -- you're -- okay.  I'll

24    with -- I'll withdraw it.  You don't have to repeat

02:04  25    it, but I appreciate it.

191

1          Okay.  Did the adding -- did adding

2   correlation risk impact the lower bound?

3          A.     No, in the sense that -- in the sense I

4   haven't really had tried to adjust the lower bound

02:05   5   because the way you would want to adjust the lower

6   bound is you would -- I mean, I -- it's not even

7   something that I attempted to do.  Again, the focus

8   is -- here is all on the upper end.  If you're

9   trying to focus on the lower end, you would

02:05  10   essentially have to take -- and this follows

11   logically from the effect that correlation tends to

12   have on the note values.  You would essentially have

13   to take sort of -- instead of an upper end of the

14   range, you would want to take the lower end of the

02:05  15   range.  And again, the reason -- the simple reason

16   for that is generally higher correlation increases

17   the value of the notes.  There may be some

18   exceptions, but generally that's true.  And lower

19   correlation tends to lower the value of the notes.

02:05  20          So if you're trying stress kind of the

21   lower end, you have to essentially take the

22   correlation and stress it in the other direction.

23   That's -- so again, that's not something I did

24   because my focus is on -- as I've already explained,

02:06  25   on the upper end of the distribution, but one could

192

1    do that.

2         Q.    By what percentage did the upper bound

3    increase by adding correlation risk?

4         A.    Again, I don't know specific -- I don't

02:06  5    know specifically offhand, but from what I recall,

6    it will be on average about that half percent, 2

7    percent that I described earlier.  That's kind of

8    the order of magnitude.  It's not a major event.

9         Q.    If I wanted to find what percent

02:06 10    difference it made, can I go to your work papers

11    somewhere and find it?

12         A.    It will be somewhere.  You might have to

13    actually -- I -- again, I forget exactly whether

14    what was produced as sort of actual, direct,

02:06 15    re-readable output, and where you would have to

16    re-run the code; but it's available somewhere, yes.

17    We turned over the entire code with the random seed,

18    so you can literally output whatever you want to

19    look at.

02:06 20         Q.    I think I just answered my own question.

21    Couldn't I just find out the difference between one

22    column and the other, and the percentage increase

23    for the upper band?

24         A.    I -- I guess, that is the same right

02:07 25    there.  I think that is --

193

1    Q.    Okay.

2    A.    -- more or less, fair.  Yes.

3    Q.    All right.  I can do that.  I guess we

4 had the data.

02:07  5         All right.  So in Exhibit 5.4, which is

6 the error band with correlation risk -- right -- in

7 2014, you valued the same amount of notes; but this

8 time, 18 notes -- 18 SBB values were within the upper

9 bound; correct?

02:07 10   A.    Again, I haven't counted, but we'll --

11 for sake of argument, we'll --

12   Q.    And that's -- so that's around 41

13 percent.  So the alternative, 59 percent of SBB

14 marks were still outside the upper-bound error band;

02:07 15 correct?

16   A.    That's what that would imply, yes.

17   Q.    Okay.  For 2015, with correlation risk in

18 Exhibit 5.5, 14 SBB marks were within the upper

19 bound, representing 28 percent; correct?

02:08 20   A.    Again, same --

21   Q.    Fair?

22   A.    -- point as before --

23   Q.    Okay.

24   A.    -- but -- okay.

02:08 25   Q.    So 72 percent of SBB's marks were still

194

1    exceeding that upper error band; correct?

2        A.    That's what that would imply, yes.

3        Q.    Okay.  Now, in Paragraph 104, you opine

4    that:  "The market for structured note is incomplete

02:08  5    and, thus, a reasonable estimate note values

6    exists."

7            Do you see that.

8        A.    Sorry, which paragraph?

9        Q.    It's -- oh, I'm sorry.  I should have let

02:08 10    you get there.  I'm sorry.  Paragraph 104.

11        A.    Uh-huh.

12        Q.    It's the last sentence.  "Taken together

13    these points demonstrate clearly that the market for

14    structured notes is incomplete, and, thus, a range

02:08 15    of reasonable, estimated note values exist."

16        A.    Yes.

17        Q.    Okay.  And your conclusion that the

18    market for structured notes is incomplete is based

19    on the fact that the correlation between the S&P and

02:09 20    Russell is uncertain, and that it must be estimated

21    from historical data?

22        A.    As I explained earlier in -- I think it's

23    this section or the previous section.  It's either

24    of two things.  One, yes, the market for correlation

02:09 25    is not priced by the market, so that's one source of

195

1    incompleteness.  And the other is essentially --

2    it's -- it's effect giving us a -- the uncertainty

3    due to the volatility, which you can say it's

4    uncertain due to the volatility; or the model risk

02:09  5    that stems from that, the fact that to value these

6    options, you have to use a model.  And the model

7    doesn't fit the data perfectly, which I think every

8    knows this, how models -- generally, the case for

9    models.  So there's essentially kind of an element

02:10 10    of risk stemming from the model risk.  That,

11    combined with the correlation risk is -- yes, those

12    are the reasons.

13         Q.     Okay.  Are there any academic or research

14    articles that you use to support your opinion?

02:10 15         A.     Yeah.  I mean, I cite to a paper in this

16    section that explains how incomplete markets work.

17    Also --

18         Q.     Well, that paper -- I'm sorry to

19    interrupt you.  But that Henderson, you're talking

02:10 20    about the Henderson and Hobson paper?

21         A.     Yes.  That describes the basic idea of

22    incomplete markets, yes.

23         Q.     It -- it defines -- you use it to define

24    what a complete market -- an incomplete market is;

02:10 25    correct?

196

1      A.      I'm using that in part to explain why in

2  an incomplete market, you would have a --

3  essentially a range of values instead of a unique

4  value.  I also point out that the Hall textbook also

02:10  5  discusses incomplete markets, so that's another

6  source.

7      Q.      I just want to make sure that we're

8  clear, then.  The Henderson and Hobson article that

9  you cite in no way states that the market for

02:11 10  structured notes is incomplete; correct?

11      A.      It's not specific to structured notes.

12  It is a --

13      Q.      Would you -- would agree with me, though?

14  That article in no way addresses the market for

02:11 15  structured notes?

16      A.      It doesn't address structured notes.  My

17  point is it is a more generally, applicable paper,

18  which is explaining the fundamental concept of an

19  incomplete market.  And so my point is when you take

02:11 20  that, along with the discussion in Hall, and then

21  you observe what I am saying about correlation and

22  volatility, it then -- my conclusion is it then

23  follows that the market for these notes is

24  incomplete.

02:11 25      Q.      But you cite no academic journals or

197

1    research papers that actually support your

2    conclusion?

3         A.    I think I just said that they do.  I'm

4    saying that they are fundamentally explaining the

02:11  5    concept of incomplete markets, and why a market

6    isn't complete.  And then, I'm --

7         Q.    Let me be clear.  Your conclusion is that

8    the market for structured notes is incomplete?

9         A.    For these particular notes --

02:12 10        Q.    Correct?

11        A.    -- that is what I'm saying.

12        Q.    And my question to you is:  You don't

13    cite any authority that agrees with your conclusion,

14    correct, that the market for these structured notes

02:12 15   is incomplete?

16        A.    These are very -- these notes are

17    essentially -- you mean specifically these notes?

18    These notes are essentially unique creations.  There

19    are not going to be a particular that speaks

02:12 20   specifically to these notes.  My point is the

21    literature speaks broadly to the concept, and then

22    I'm analyzing specific data pertaining to these

23    notes to explain -- to conclude that that concept

24    applies to these notes.  That's how I reach my

02:12 25   conclusion.

                                                      198

1    Q.    How do you broaden it from the -- the

2  Hall -- the Henderson and Hobson article doesn't, in

3  any way, address whether the market for structured

4  notes is incomplete; correct?

02:12  5    A.    It doesn't do that specifically.  Again,

6  these are broad -- it's --

7    Q.    Hall doesn't, either, correct?

8        MR. BAKER:  Counsel, please let the

9  witness finish.

02:12 10        MR. WISNIEWSKI:  Sorry, that's -- that's

11  fair.

12        THE WITNESS:  I don't specifically recall

13  if Hall talks about structured notes in this context.

14  Again, Hall certainly discusses the broader concept,

02:13 15  and Hall also has discussion about -- he has example

16  -- I don't remember if he specifically mentions

17  correlation, but he has discussion of examples of

18  particular types of sources of risk that might not be

19  priced by a mark -- by the options market to just

02:13 20  kind of illustrate what an incomplete market looks

21  like.

22        So my point is both of these sources

23  together are telling you -- it's laying the

24  conceptual framework for how to assess whether a

02:13 25  market is incomplete or not.  And then, my point is

199

```
 1   if you take that foundation and you look at the
 2   actual findings about volatility and correlation, put
 3   those together, it leads you to a -- the conclusion
 4   that I reached.
 5   BY MR. WISNIEWSKI:
 6       Q.    Are you aware of any academic or
 7   published articles that find the market for
 8   structured notes is incomplete?
 9       A.    I am not aware of any specific articles
10   specific to structured notes.  I will tell you that
11   many of these sources, including possibly Henderson
12   itself, will make an even stronger statement that
13   many markets are often incomplete.  So in that
14   sense, that would cover structured notes.  Now, I'm
15   not just relying on that, I'm then actually showing
16   the specific facts here that would support that in
17   this case.  But in a sense, there is literature out
18   there that suggests that all kinds of markets are
19   often actually incomplete, when you actually scrape
20   through the surface.  Again, I don't not if any such
21   papers specifically talks about structured notes.
22   That, I don't know.
23       Q.    Okay.  Let's turn to Section 13 of your
24   report, which is your regression analysis.
25       A.    Okay.
```

02:13 (line 5)
02:14 (line 10)
02:14 (line 15)
02:14 (line 20)
02:14 (line 25)

200

1    Q.    And, sorry, that begins on Page 38.

2    A.    Yes.

3    Q.    And runs from Paragraphs 105 through

4 Paragraph 117.

02:15  5    A.    Yes.

6    Q.    Okay.  And your regression analysis

7 attempted to determine whether the difference

8 between SBB's notes and bank notes were

9 statistically significant; correct?

02:15 10    A.    What I'm trying to test or ascertain is

11 whether there's evidence of systematic

12 overvaluation.  In other words, evidence of

13 systematic bias, so in an upward direction in SBB's

14 marks relative to the bank marks.

02:15 15    Q.    And how are you defining a systematic

16 bias?

17    A.    It's essentially defined by the

18 regression model itself.  Essentially, it's the --

19 specifically it's the alpha term in the regression,

02:15 20 but really it's delta term, assuming that, you know,

21 if -- if the beta is equal to one, then if -- a

22 significantly positive alpha would show you sort of

23 that there is a bias upwards.

24    Q.    So the alpha would show the systematic

02:16 25 bias?

201

1    A.    Yes.

2    Q.    And an alpha of what value?

3    A.    Well, a significant -- a statistically

4 significant, positive alpha.  Again, with the caveat

02:16 5 that you'd really want the beta to be essentially

6 equal to one to make the comparison easier; but

7 essentially, if the alpha is significant and pos --

8 statistically significant and positive.  That is the

9 idea.

02:16 10    Q.    What is the numeric definition of

11 systemically biased?  What is -- what is the numeric

12 value of alpha?

13    A.    Now, not -- there's not a single -- it's

14 not a value.  It's based on statistical

02:16 15 significance.  So in other words, if the alpha here

16 is -- again, it's about 95 percent confidence.  If

17 essentially you can conclude that the alpha is --

18 and I'm talking about the average alpha across all

19 the notes.  If that is statistically significant on

02:16 20 a 95 percent level, then -- and the alpha is

21 positive, then you would conclude -- then, you could

22 conclude that there might be a bias.  So it's based

23 on statistical significance.  It's not that -- I

24 mean, in the -- in the particular set of data, that

02:17 25 might correspond to some particular value, but I

202

1  wouldn't know what that is.  And that would depend

2  on all -- the whole data set and how it fits

3  together.

4      Q.    Okay.  On Page 41, in Footnote 91 -- we

02:17  5  touched on this a little bit this morning -- you

6  reference a set of data that you ran a regression

7  analysis of that you received from counsel; correct?

8      A.    Yes.

9      Q.    Were those bank values?

02:17 10      A.    Yes.

11      Q.    Oh, okay.  It was just a different set of

12  bank values?

13      A.    Yes.  SBB sent me one set, and I know

14  Dr. McCann produced another set.  And I think there

02:17 15  are essentially some small differences between them.

16  Generally, I think they agreed, but, yes, it's due

17  to -- it's a another source of that data.

18      Q.    Okay.  And then, which one did you use?

19  You used -- what source of data did you use for the

02:18 20  bank values?

21      A.    I ran it both ways, which I explained

22  here.  So I ran one version using Dr. McCann's data

23  as given, I stress.  And just took his data as given

24  without regard to any issues, and I make that pretty

02:18 25  clear that I'm taking it as given.  And then, I run

203

1  another version, which I footnote here, using what I

2  was provided by counsel.

3      Q.      Well, I mean, specifically in Note -- in

4  Paragraph 116, you say your alpha is 3.39.  What --

02:18  5  what data set did you use to get that?

6      A.      That's using Dr. McCann's data.

7      Q.      Okay.

8      A.      And then, I run -- the point of the

9  footnote is to say I reached the same, basic

02:18  10  conclusion about statistical significance using what

11  I received from counsel.

12      Q.      Okay.  And then, Footnote 91, you say you

13  also performed a version of the regression analysis,

14  excluding observations for which the remaining life

02:18  15  of the note was six months.  Do you see that?

16      A.      It's less than six months.

17      Q.      Less than six months?

18      A.      Yes.

19      Q.      Why am I having trouble reading the --

02:19  20  did you do that in that regression analysis?

21      A.      Yes.

22      Q.      Is it in the -- the data that you

23  produced to the SEC?

24      A.      It's -- yes, it's -- would be in the same

02:19  25  -- the software is called Status.  So that it has a

204

1    Status code and it would be in the same code, yes.

2        Q.    And you say that the results of that

3    analysis do not meaningfully change.  What does that

4    mean?

02:19  5        A.    It means I still get the same finding of

6    statistical insignificance once I drop those

7    shorter-dated observations.

8        Q.    Okay.  And is that regression analysis

9    excluding notes with six months or less to maturity,

02:19  10    is that in the file noted in note -- in fote -- in

11    Footnote 91, SBBRG structured note valuation

12    analysis?  Is that where I can find that?

13        A.    I'm sorry, what's your question again?

14        Q.    The regression analysis that you ran --

02:20  15        A.    Yes.

16        Q.    -- where you excluded the notes from six

17    months to maturity, is that in that spreadsheet, the

18    notes --

19        A.    That's -- I'm sorry, are you finished?

02:20  20        Q.    Is it in the spreadsheet that you cite

21    following the end of that sentence?

22        A.    So what's in the spreadsheets are the

23    underlying data that goes into the regression.  The

24    actual regression is -- you can find it again in my

02:20  25    computer code, but that's where the regression is

205

1  actually run.  This is just pointing out that the

2  SBB -- in fact, counsel also provided a separate set

3  of SBB marks, which I believe are virtually

4  identical to -- to Dr. McCann's, but ever so

02:20  5  slightly different.  So both that and the bank data

6  are in the spreadsheets.  That's the underlying

7  data, and you then combine them and then run them in

8  the Status code, which we have turned over.  So the

9  Status code is what actually does the analysis.

02:21 10      Q.      Okay.

11      A.      And it's probably an intermediate file

12  where all that is combined.  I imagine that would

13  have been turned over, also.

14              MR. WISNIEWSKI:  Okay.  Why don't we go

02:21 15  off the record.

16              THE VIDEOGRAPHER:  This ends Unit 3.

17  We're off the record at 2:19.

18              (Short break was taken off the record.)

19              THE VIDEOGRAPHER:  All right.  This begins

02:38 20  Unit 4.  We're on the record at 2:36.

21              MR. WISNIEWSKI:  My phone is one minute

22  ahead of you.  Right?

23              MR. BAKER:  Mine, too.

24              MR. WISNIEWSKI:  It makes you wonder what

02:38 25  these digital clocks are set to because we're not --

206

1

2    BY MR. WISNIEWSKI:

3         Q.     All right.  Dr. Sen, staying with your

4    regression analysis.  If you could take out Exhibit

02:38  5    4, which is Dr. McCann's rebuttal of your report.

6         A.     Yes.

7         Q.     Have you reviewed Exhibit 4?

8         A.     I have at some level.

9         Q.     Okay.  You viewed it in its entirety?

02:38 10         A.     I've looked throughout it, yes.

11         Q.     Okay.  And you reviewed that prior to

12    today?

13         A.     Oh, yes.

14         Q.     Okay.  In his rebuttal report, Dr. McCann

02:38 15    identified several problems with your regression

16    analysis; correct?

17         A.     What he considers to be problems, that's

18    fair to say, yes.

19         Q.     Okay.  He identified some data errors and

02:39 20    methodological errors; correct?

21         A.     Again, that's what he's calling, but yes.

22         Q.     Okay.  And we'll get into those, but do

23    -- do you agree with Dr. McCann's criticisms?

24         A.     No, I do not.

02:39 25         Q.     Okay.  Let's start with the first data

207

1    error.  If you could turn to Paragraph 22 in Dr.

2    McCann's rebuttal report.

3        A.    Yes.

4        Q.    Starting with Page 11.

02:39  5        A.    Yes.

6        Q.    Okay.  So the first -- let me lay some --

7    your regression analysis contained 763 note

8    observations; correct?

9        A.    If you're referring to the version I used

02:39 10   -- did with using Dr. McCann's data, that sounds

11   approximately correct.  I don't have the exact

12   number in front of me.

13       Q.    The -- the regression analysis.

14       A.    No, but -- again, I do a version, also,

02:39 15   of data I got from counsel.  So there are two

16   versions of the regression, so you're referring to

17   specifically the -- where I use Dr. McCann's data.

18       Q.    So let's be clear because I thought we

19   clarified this.  But the alpha and beta identified

02:40 20   in your report, in Paragraph 116 was derived from

21   the data from McCann's data for the bank marks?

22       A.    Yes, but then, I -- in a footnote, I say

23   I'm get -- I essentially get the same, basic

24   conclusion using the data I got from counsel.  So I

02:40 25   rounded both versions.  Both versions are in my

                                                        208

1    code.  I'm presenting both versions.  I'm drawing

2    the same one -- overall conclusion for both.

3        Q.    Okay.  For any purposes, does it matter?

4    Are you making some distinction that matters?

02:40  5        A.    No, I'm pointing out that I -- I run two

6    different versions.

7        Q.    Does it matter?

8        A.    It might matter depending on what you're

9    about -- what we're about to talk about.  I'm just

02:40 10    pointing it out.

11        Q.    Okay.  So what I'm going to start with is

12    the data that you ran to get the alpha and beta in

13    Paragraph 116 of your report, which -- based on your

14    testimony, is my understanding -- that you used from

02:41 15    Mr. McCann's data.

16        A.    Yes, that version is from -- is based on

17    the data from Dr. McCann, that's correct.

18        Q.    Okay.  Which is -- which is what you used

19    in your regression analysis for comparing bank

02:41 20    values to SBB values?

21        A.    In that paragraph, but I also do a

22    version that I -- it's in the footnote, but I do --

23    I ran two versions, using two verb -- versions of

24    the data.  So I just want to make that clear.  I

02:41 25    have two -- essentially to parallel regression

209

```
 1   results with slightly different regression outputs

 2   --

 3       Q.      Well, let me --

 4       A.      -- using --

 5       Q.      Okay.  And the --

 6       A.      -- Dr. McCann's data and my data.

 7       Q.      And the slightly different al -- alpha

 8   and beta outputs you're referring to are what?

 9       A.      No.  I'm saying that I used Dr. McCann's

10   data for one version; and the other version, I used

11   the data that I already described -- discussed I

12   received from counsel.  So that's two sets of data

13   being fed into, essentially, the same regression

14   model and it produces two different sets of outputs.

15       Q.      Okay.  I'm going to make this clear

16   because now I'm confused.  Turn to your report,

17   Paragraph 116.

18       A.      Yes.

19       Q.      In Paragraph 116, you report that your

20   regression analysis generated an alpha of 3.389, and

21   a beta of 1.007; correct?

22       A.      Yes.

23       Q.      And what data is that?

24       A.      That is based -- that is a regression --

25   those are the results of regression run on Dr.
```

02:41  5
02:41 10
02:42 15
02:42 20
02:42 25

210

1    McCann's data.

2         Q.      McCann -- Dr. McCann's data for the bank

3    values?

4         A.      Yes, and my point is Footnote --

02:42 5   Q.      Wait.

6         A.      Oh.

7         Q.      And Dr. McCann's values for SBB's values,

8    too?

9         A.      Yes.

02:42 10  Q.      Okay.

11        A.      Although I believe the difference between

12   the two sets of SBB values is really minimal, so

13   that's hardly a --

14        Q.      In -- in Footnote 91, you referenced that

02:43 15  you ran a regression analysis on a different set of

16   data that excluded the six months?

17        A.      There are two different things being

18   discussed in -- in Footnote 91.  First, I'm saying

19   that I essentially ran the same regression model

02:43 20  discussed above in Paragraph 116, but essentially

21   swapping in data I received from counsel, rather

22   than using Dr. McCann's data.

23        Q.      Okay.

24        A.      Then, I go on in the same footnote to say

02:43 25  that it also has a sensitivity check; ran a

211

1    different regression, where I drop observations with

2    shorter-dated notes.  So those are two different

3    things.

4         Q.    Okay.  And the regression analysis that

02:44  5    you ran, based on data you received from counsel,

6    did that result in a different alpha and different

7    beta as reflected in 116?

8         A.    The numbers are different.

9         Q.    Okay.  That's all I needed to know, the

02:44 10    numbers are different.

11         A.    Sorry, I was going -- I was going to

12    point out the numbers are different, but what I

13    point out is my conclusions remain unchanged

14    because, ultimately, what I care about is

02:44 15    statistical significance.  So it's not so much about

16    the actual number for the alpha or the beta.  It's

17    the statistical significance, and the point in the

18    footnote is I reached the same basic conclusion

19    using either version of the --

02:44 20         Q.    The numbers don't matter?

21         A.    The actual number, as in -- the actual

22    number that is the alpha, in and of itself, does not

23    matter for my purposes.  What I'm interested in is

24    statistical significance.

02:44 25         Q.    So the outputs of your regression

                                                          212

1    analysis don't matter?

2         A.    That's not -- that's not what I said.

3    I'm saying the regression has many aspects to its

4    output.  So one aspect is simply the point, as to

02:45  5    give a parameter.  Another aspect is the statistical

6    significance thereof.  It usually comes in the form

7    of some kind of confidence interval.  There might be

8    some other ways to report it; but essentially, both

9    are extremely important.  It's not simply the point

02:45 10    estimate.  It's also that confidence interval, which

11    allows you to conclude whether a given parameter is

12    statistically significant or not.  And in my

13    analysis, what I'm really concerned about is

14    statistical significance.  And that's what I'm

02:45 15    saying here:  That my conclusions remained

16    unchanged.  Meaning, my conclusion about lack of

17    statistical significance.  That's what I'm focused

18    on.

19              I'm not focused on what is the actual and

02:45 20    nominal number that is alpha.  Alpha could be three,

21    it could be two, it could be four.  I'm not, in and

22    of itself, focused on that.  I'm focused on

23    significance.  And my point is that conclusion is not

24    changing depending on which data set I use.

02:46 25         Q.    What was your alpha output for your

213

1    regression analysis that you used on the data set

2    you received from counsel?

3        A.    I don't recall offhand.  It would be

4    easily attainable from the code --

02:46  5        Q.    What was the beta output?

6        A.    Again, I don't recall.  Again, the point

7    is statistical -- the significant -- the conclusion

8    about statistical significance remains the same, and

9    that's -- that, I do remember.  So that's more.

02:46  10       Q.    And in -- nowhere in your report do you

11   identify or note what the alpha output was, or the

12   beta output was for the regression analysis you did

13   on the data you received from counsel?

14       A.    It's not in the report.  It will be

02:46  15   easily obtainable from the files that we turned

16   over.  And again, my focus is on the conclusion

17   about statistical significance.  That's really my

18   focus.

19       Q.    Okay.  Turning back to Dr. McCann's

02:46  20   rebuttal report --

21       A.    Yes.

22       Q.    -- which is Exhibit 4.  Turn to Paragraph

23   22.  Are you there?

24       A.    Yes.

02:47  25       Q.    Okay.  So the first data error that

214

 1    Dr. McCann identified was the omission of a

 2    significant number of observations; correct?

 3         A.    Yes, that is what he discusses.

 4         Q.    Okay.  And in your regression analysis,

02:47  5    you use 763 note observations between 2013 and 2015;

 6    correct?

 7         A.    Again, using -- for the version using

 8    Dr. McCann's data, I think that sounds about

 9    correct, yes.

02:47 10         Q.    And your regression analysis excluded any

11    observations in any month, where the last calendar

12    day in that month was not a trading day; correct?

13         A.    That is what appears to happen when I use

14    Dr. McCann's data as given, which is what I point

02:47 15    out in the report.  That's --

16         Q.    Okay.

17         A.    That's what I'm doing.

18         Q.    And Dr. McCann opines that that omitted

19    or excluded 345 -- 349 observations during the 2013

02:48 20    and 2015 time period; correct?

21         A.    Yes, that is what he says.  And I think

22    that's probably -- that sounds about right.  I don't

23    have the numbers in front of me.

24         Q.    Okay.  And then, if you had those

02:48 25    observations included for the bags, it would be

215

1      1,122 (sic) observations?

2          A.      I think he claims 1,112, if I'm reading

3      that right.

4          Q.      What did I do?  I'd say two?

02:48   5    A.      You said 22.

6                  THE REPORTER:  You said 1,122.

7                  MR. WISNIEWSKI:  Yeah, 1,112.

8                  THE REPORTER:  Okay.

9      BY MR. WISNIEWSKI:

02:48  10    Q.      Is that correct?

11         A.      That's what it says.

12         Q.      Okay.  And why did you exclude that data?

13         A.      It's not a question of excluding data.

14     What -- what I make clear in the report is that when

02:48  15   I'm using Dr. McCann's data, I'm -- I'm just taking

16     it as given.  I'm -- I make no attempt, I make no

17     claim that I'm attempting to correct any issues that

18     might be present in his data.

19                  So in his data, as I understand it, he has

02:49  20   a file with essentially -- it's like a spreadsheet

21     with one tab, I believe, which has -- that say the

22     SBB marks, and the bank marks are in a different tab.

23     So to put those into the same data set, you have to

24     merge the tabs.  Now, I gathered in the tab, where he

02:49  25   has the S -- I'm sorry, the bank marks, the bank

216

1    marks are reported on the last day of the month.  And

2    the way the dates are set in that file -- in his

3    file, it's -- the bank marks are placed on -- are

4    scheduled -- I mean, they're reported as of the last

02:49  5    day of the month, whether or not that day is a

6    business day, that is a -- sort of a trading day or a

7    weekend, or I guess it could be a holiday; but

8    basically, a weekend.  So in other words, sometimes

9    the end of the month, I gather -- not gather --

02:50 10    sometimes the end of the month might be -- fall on a

11    weekend.  In which case, in his file, those rows have

12    a date which falls on a weekend.

13            Now, when -- in order to merge the two

14    tabs, the standard way to do that is to merge by

02:50 15    date.  And I believe Dr. McCann even, more or less, I

16    think implies that would be kind of the standard way

17    to do it.  So since I am taking his data as given,

18    what I did, or the team at my direction did was to

19    merge the two tabs together.  So the two tabs, I

02:50 20    merged by date.  And so while the SBB marks on the

21    other tab are always falling on a business day, for

22    certain months, the corresponding bank mark, I

23    gather, might fall on a weekend.  So when you merge,

24    you essentially have a miss -- a mismatch.

02:50 25    Essentially for those months, you don't get a match.

217

1    And so essentially, that observation drops out.

2              So I think that's what happened

3    essentially mechanically because, again, I'm taking

4    his data as given for this particular version of the

02:51  5    analysis.  I make no claims about trying to fix any

6    issues.  This essentially -- I would submit -- is an

7    issue in his data, as in that the bank marks -- some

8    of them are on -- essentially on the wrong page, but

9    I was not attempting to sort of correct issues in his

02:51 10    data.  I was just using it as given.  So

11    mechanically, that's what happened.  As a result,

12    that number of observations essentially falls out.

13         Q.    So the data that you got from McCann

14    contained all 1,112 observations?

02:51 15         A.    It has all the observations.  My point is

16    some of the bank marks are essentially falling on --

17    on non-trading days.  So that's --

18         Q.    So -- and when you -- you merged the

19    files or your -- someone on your team merged the

02:51 20    files, those 349 observations got excluded from the

21    total?

22         A.    They get excluded because, essentially,

23    you're merging by date.  So unless you somehow

24    mechanically fix -- adjust the dates in that other

02:52 25    tab, then, essentially those will just drop out.

218

1    You won't get a match.

2         Q.    Okay.  And so the -- the universe of the

3    observations that you ran were 763 observations?

4         A.    That sounds about right.  Again, I --

02:52 5    without the output in front of me, I don't know for

6    sure; but that sounds about right, yes.

7         Q.    Okay.  And in McCann's rebuttal report,

8    he opined that if you include it -- or if you -- by

9    excluding those 349 observations, you've increased

02:52 10    the threshold against which the estimate of the

11    average alpha was judged, and, therefore, created

12    some type of bias within your regression analysis?

13         A.    I mean, I think the way I would

14    characterize it is --

02:52 15         Q.    Do you agree with that, or no?

16         A.    I don't know if I would word it exactly

17    that way, but if I may, what I would say happens

18    with the result is that if you include those

19    observations, then the -- again, my focus is solely

02:53 20    on significance, which is what I've already made

21    clear.  There's a measure of statistical

22    significance that you can look at.  It's called a P

23    value.  If it tells you -- if the P value is more

24    than 5 percent, than you don't have a significant

02:53 25    result; if it's below, you have a significant

219

1  result.  So again, it's the usually 95 percent

2  standard.

3          So the P value, when you don't -- when you

4  have these 763 observations is about -- I forget.  It

02:53  5  might be 50 or 60 percent.  And it is correct that if

6  you add in all of those observations, if you fix this

7  date issue in Dr. McCann's data, and then re-run the

8  regression, the P value will drop.  It drops to, I

9  believe, 10 or 11 percent.

02:53  10      Q.      Okay.

11      A.      So in that sense, there is a -- the

12  number changed.  That is true.

13      Q.      Okay.  And -- and just to be abundantly

14  clear.  When you say the file -- when you're merging

02:54  15  the two dates, that was done on Ankura's side,

16  right, not on Dr. McCann's side?

17      A.      Not on Dr. McCann's side, but I -- I made

18  it very clear that I'm essentially taking his data

19  as given.  So I was not attempting, nor was my team

02:54  20  attempting to correct for any issue.  I would say

21  this is technically an issue in the file, in that

22  some of these bank values were on non-trading dates.

23  So in this version of the analysis, I really made no

24  attempt to try to correct the issues in the file.

02:54  25  And so mechanically, that's what happened.

                                                          220

1    Q.    Okay.  But the actual merging of the two

2  files of the tabs, that was done on Ankura's side?

3    A.    That's correct.

4    Q.    Okay.

02:54   5    A.    But the file -- we took the file as given

6  by Dr. McCann.

7    Q.    The second data error that Dr. McCann

8  identified with respect to your regression analysis

9  starts on Paragraph 25, which is the inclusion of

02:54  10  Note 20 in your regression analysis.  Are you

11  familiar with that?

12    A.    I don't quibble, but I don't think he

13  said this -- this, I think, is a different type of

14  issue.  I don't know if he's calling this a data

02:55  15  error.  This is -- you know, I don't -- I'm not sure

16  if he uses that phrase.  What we just discussed just

17  now, that is a data issue.

18        And again, by the way, I want to point out

19  that when you fix this date issue in Dr. McCann's

02:55  20  data, as I pointed out, the resulting P value is

21  still about 10 or 11 percent.  It's still

22  insignificant, and is very similar to the result I

23  have quoted, or referenced in Footnote 91, using my

24  version of the data from counsel.  So --

02:55  25    Q.    So you --

221

1    A.    -- again, it does not change my

2    conclusion.  In fact, it's very similar.  And I'll

3    -- I'll point out, also, just for the record, the

4    version of the data I get from counsel has all of

02:55  5    these observations.  So it has the full set of

6    observations, so --

7    Q.    It has 1,112?

8    A.    It's very, very close.  It's -- it's

9    basically -- it doesn't have this missing weekend

02:56  10   issue.

11   Q.    So did -- are -- you testified that you

12   re-ran your regression analysis using the 1,112

13   observations?

14   A.    I don't know if I literally said that,

02:56  15   but I'll say it now.  Yes, I -- we -- I or we, the

16   team, we -- we ran it to see what effect that would

17   be.  And my point is that result is very, very

18   similar to the result I am essentially already

19   referencing in my report in Footnote 91, using the

02:56  20   version of data I get from counsel.  Those are very,

21   very similar results because the data is very, very

22   similar.  If you compare them, I think both sides

23   would agree the differences are -- you know, so I

24   just want to state --

02:56  25   Q.    What was the alpha?

222

1    A.    Again, I don't -- sorry, the alpha of

2  which regression?

3    Q.    The regression that you re-ran using

4  1,112 observations.

02:56  5    A.    Again, I don't remember the number -- the

6  -- the point estimate of the alpha.  And my focus is

7  on the significance level, which you can get from

8  the so called P value.  So the P value there was

9  about 11 percent.  The P value for the regression

02:57 10  that I run in Footnote 91 is about 15 or 16 percent.

11  So they're very close.  They -- and they both give

12  you the same conclusion about lack of significance.

13  That's what I'm focused on.

14    Q.    You didn't include a P value in Footnote

02:57 15  91; correct?

16    A.    No, but I'm saying the conclusions remain

17  unchanged, and that's what I'm referring to.  And

18  the output is all available in my -- in the

19  production we turned over.

02:57 20    Q.    What was your beta output for the

21  regression you re-ran with the 1,112 observations?

22    A.    Again, I don't remember the actual point

23  estimate, but it's not significantly different from

24  1.0.  So the -- my basic conclusion -- again, I've

02:57 25  stated up front what I'm testing is whether alpha is

223

1    different from zero and beta is different from 1.0.

2    And that conclusion is not changing when I use

3    Dr. McCann's, if you want to call it, corrective

4    data, which, again, it's also very similar to the

02:58 5    conclusion I reach in the written analysis I run in

6    Footnote 91.

7        Q.    When you re-ran your regression analysis

8    using the 1,112 observations, was your alpha value

9    statistically significant?

02:58 10        A.    No, it was not.  That's what I'm saying.

11    The P value on that was about 10 or 11 percent.

12    That means it's not significant.

13        Q.    Was your beta statistically significant?

14        A.    It's not significantly different from

02:58 15    1.0.  So the beta you want to -- you're comparing it

16    to 1.0.  So it's -- the beta is always going to be

17    greater than zero, that's not -- as I explained in

18    the paragraphs above.  So the -- for the beta, the

19    test is -- you're testing beta against the value of

02:58 20    1.0, so that difference -- it's like testing beta

21    minus 1.0 against zero, if you will.  That's not

22    statistically significant, either.

23        Q.    Okay.  How about the issue Dr. McCann

24    raised with including Note 20 --

02:58 25        A.    Okay.  So as you --

224

1    Q.    -- in the regression analysis?

2    A.    We can talk about that.  My point was --

3    is simply -- I think there's a different -- it's a

4    different issue.  And it is not to do with a data

02:59  5    issue.  I believe this is a -- I believe Dr. McCann

6    is trying to make a conceptual claim about why he

7    believes Note 20 should be excluded.  That's my

8    understanding of what he's saying.  It's not a --

9    this is different from a data processing issue.

02:59  10    This is conceptual.  That's how I read what he said.

11    Q.    Okay.  How about his criticism of

12    including Note 20 in your regression analysis?

13    A.    Yes.

14    Q.    Do you agree with that?

02:59  15    A.    No.  With all due respect, I do not

16    agree, in the sense that -- for the question that

17    I'm trying answer, which is, again, whether or not

18    SBB was systematically on average overvaluing the

19    notes, I am not -- let's put it this way:  I am

02:59  20    focused on whether they were value -- overvaluing

21    the notes.  I am not focused on what the

22    characteristics are of particular notes.  So as I

23    see it, Dr. McCann is saying essentially that Note

24    20 functions differently, so should be treated

03:00  25    differently.  And that's not how I see it.  Because

225

1  at least in what I am looking at, I am solely

2  interested -- solely in whether they're overvaluing

3  the notes.  It could be Note 20, it could be another

4  note.  All of these notes, the question I'm

03:00  5  addressing is:  Did they overvalue.  So you have

6  SBB's stated -- a mark, you have your benchmark, and

7  a third-party mark.  Are they systematically, given

8  that data, overvalued or not.

9        So I don't see a basis for excluding one

03:00  10  particular note or another on the basis of its

11  characteristics.  That's just not the focus of my

12  analysis.  And indeed, as far as I can tell, Dr.

13  McCann's conclusion about excluding Note 20 is -- how

14  should I put this -- it doesn't seem to be an

03:01  15  empirical conclusion, as in, I believe, he -- and he

16  seems to say it in multiple places, that he -- he

17  would like to exclude Note 20 essentially almost as a

18  matter of fact because it is a so-called inverse

19  note.  I believe he says that in multiple places.

03:01  20        When I look at the actual data for Note 20

21  -- and, you know, you can look at either Dr. McCann's

22  exhibits or mine -- I see that Note 20, there is a

23  period when SBB's values were below the other

24  parties, but I also observe there were periods when

03:01  25  they were above the other third parties.  Similarly,

226

1    with regards to other notes, which are not inverse

2    notes, I know Dr. McCann sort of says that all of

3    those were -- quote, unquote -- overvalued.  I think

4    he says that somewhere.  Again, that seems to be sort

03:01   5    of a conceptual claim Dr. McCann is making.  Whereas,

6    when I look at the data, I see there are even notes,

7    which are not inverse notes.  And there are at least

8    a few where you can see that sometimes SBB is

9    actually below the other third-party sources.

03:02  10    Sometimes they're above, sometimes they're -- they're

11    below.

12            So my analysis is trying to figure out,

13    given all of that variation, overall on average, are

14    they overvaluing the notes.  So in that sense, I

03:02  15    don't see any basis for dropping any particular note

16    based on it being an inverse note or other

17    characteristics.  That's just not the question I'm

18    answering.

19        Q.    You agree that Note 20 was an inverse

03:02  20    note; correct?

21        A.    Yes, I agree with that.

22        Q.    It was a bearish note.

23        A.    In the sense that -- by that, you mean

24    when the market indices that we've been talking

03:02  25    about all day -- when those go down, the note

227

1    actually goes up in values.  In that sense, it's

2    behavior with respect to the underlying market

3    indices is -- I mean, let's say, kind of the reverse

4    of what most, if not all, the other notes are.  So

03:03 5    in that sense, it's an inverse note.  Right.

6         Q.    How many inverse notes did SBB have in

7    the data set that you tested?

8         A.    As far as I know, this was the only one.

9    As far as I know.

03:03 10        Q.    Note 20 --

11        A.    Yes.

12        Q.    -- was the only one?

13        A.    Yes.

14        Q.    Okay.  The rest of the notes were bullish

03:03 15    notes?

16        A.    In the sense that they were essentially a

17    long the underlying market, they -- yes, I think

18    that -- as far as I know, yes.

19        Q.    Okay.  And does including Note 20 in your

03:03 20    regression analysis reduce the alpha -- the average

21    alpha?

22        A.    I don't know about -- again, I don't

23    remember the actual number for the alpha.  Certainly

24    including or dropping Note 20 might affect the P

03:03 25    value that I talked about, which is what I'm focused

228

1  on.  So, yes, it could affect the P value; but

2  again, I -- given the question I'm trying to answer,

3  I don't see a basis for excluding Note 20.

4      Q.    But including Note 20 reduced the

03:04  5  estimated alpha value; correct?

6      A.    Again, I don't specifically remember the

7  actual value of the coefficient.  It does --

8  compared to not including Note 20, it reduces the --

9  it increases the P value, which is -- again, is my

03:04 10  focus.  So -- and yet, generally speaking, they

11  won't always be true, a lower alpha -- the closer

12  alpha is to zero, the more likely the P value will

13  be -- will -- will go up.  So that it is less likely

14  that alpha will be significantly different from

03:04 15  zero; but again, my focus is on the P value.  And

16  that I do remember, that, yes, dropping Note 20

17  would reduce the P value.  He is correct about that.

18  Again, I don't believe it should be dropped.

19      Q.    Okay.  And Note 20 -- the value of Note

03:05 20  20 would decrease with an increased level of the SP

21  -- of the S&P 500, correct, because it's a sin --

22  it's a synthetic short position?

23      A.    I believe that is the idea, yes.  I mean,

24  it depends, again, on the joint behavior about S&P,

03:05 25  and not -- so -- but that's the idea.  That

229

1    generally, if the indices go up, its value goes down

2    and vice versa.

3        Q.    And for everyone of -- every a -- every

4    one -- every other one of SBB's notes, the options

03:05  5    underlying those notes created a synthetic long

6    position; correct?

7        A.    I believe that is true, yes.

8        Q.    Okay.  So you don't dispute that?

9        A.    No.

03:05  10        Q.    Okay.  And Dr. McCann, in -- in Paragraph

11    28, Page 15 of his rebuttal report, basically

12    re-runs your regression analysis, including the

13    1,112 observations, but re -- well, I shouldn't say

14    that.

03:06  15            Dr. McCann re-runs your regression

16    analysis by removing Note 20, and including those

17    weekend or whatever data points that were excluded

18    from your sample, and generates an estimated alpha,

19    an estimated beta.  Did you review Dr. McCann's

03:06  20    regression analysis that's reflected in 28?

21        A.    Yes, in a sense that I believe we -- I'm

22    sorry -- in fact, took his -- he turned over some

23    files.  So that we took the file and checked what

24    happens when you -- he's making two different

03:07  25    changes.  Just to be clear, he's making it -- it

230

1    speaks with the date.  So the weekend issue, let's

2    call it that.  And then, he's dropping Note 20.  So

3    we replicate -- I believe we essentially replicated

4    what happens when you drop -- when you include --

03:07  5    when you drop -- when you fix the date issue, and

6    then drop Note 20.

7            And then, we also check because he does

8    not point this out -- and this is the point I was

9    making earlier -- what happens if you fix the date

03:07 10   issue, but don't drop Note 20 is like an intermediate

11   step, where you're making only one of the changes.

12   And that's what I was saying, that -- so my

13   impression is -- my recollection is the P value,

14   then, dropped to about 10 or 11 percent.  And then,

03:07 15   if you drop Note 20, it falls just a little bit --

16   not too much, just a little bit below 5 percent.  And

17   here, I'll point out that if you were to humor him --

18   again, I disagree.  But if you were to humor him and

19   drop Note 20, and run the same analysis, using the

03:08 20   version of the data I have in Footnote 91 I received

21   from counsel, then, in that case, even dropping Note

22   20, I still have an insignificant alpha.  It's much

23   closer to the threshold, it would be about -- a P

24   value of about 6 percent or thereabouts.

03:08 25           So, yes, I checked what he's saying about

231

1  Note 20 in a couple of different ways, and I don't

2  disagree generally with what he's saying happens if

3  you drop Note 20.

4      Q.    Okay.  So -- so you re-ran his numbers

03:08  5  that he produced in connection with his rebuttal

6  report when he dropped Note 20, and added those

7  weekend observations?

8      A.    Right, and I'm saying -- oh, sorry.

9      Q.    Because I know there's a -- but you did

03:08 10  that, you ran that regression analysis?  You re-ran

11  it, you said?  Ankura did?

12     A.    I re-ran it, and I think I generally --

13     Q.    Okay.  And did the results that you got

14  when you re-ran his analysis, are they the same

03:09 15  that's reflected in Table 1?

16     A.    I -- again, I don't remember.  See I

17  don't generally remember the alpha-point estimates,

18  but I remember P values.  And I remember his P value

19  once you drop -- once you make both of those changes

03:09 20  does drop below 5 percent, which is certainly

21  consistent with what he's saying here.  That, I do

22  remember, yes.

23     Q.    Why don't you note a P value in your

24  report?

03:09 25     A.    Well, I mean, essentially, when I say --

232

1   which is what I'm emphasizing in Paragraph 116, and

2   then I -- when I say in Footnote 91, my conclusion

3   remains unchanged, what I'm talking about -- and I

4   say this explicitly in Paragraph 116.  My focus is

03:09  5   on not being significantly different from -- it's

6   hard to read this -- from zero.  So when I say that

7   something is not significantly different from zero,

8   that is -- how should I put it -- statistically

9   equivalent of saying that the so-called P value is

03:10  10  greater than 5 percent.  Those two things are --

11       Q.     Okay.

12       A.     -- it's -- it's an equivalent way to say

13  the same thing.

14       Q.     And again, I'm just -- you're talking a

03:10  15  lot about a P value, but I don't see one in your

16  report.  And so I'm just asking why -- why you

17  didn't include the P value in the report?

18       A.     Because I'm saying that essentially --

19  I'm spelling it out almost in more plain English.

03:10  20  It's that -- when I say something is not

21  significantly different from zero, I'm saying the

22  way you can tell that mathematically from the

23  regression output, you can actually run the code.

24  It's going to tell you that your P value is greater

03:10  25  than 5 percent.  It will actually give you that

233

```
 1   number, but I'm saying that's how I remember --

 2   that's what I'm remembering.  It's an easy way to

 3   quantify it, but I'm describe -- describing the same

 4   thing in plain English in the report.

 5        Q.    Okay.  All right.  And then, on Page 17

 6   of Dr. McCann's rebuttal report, he identifies

 7   certain methodological flaws in your regression

 8   analysis.  Did you review these sections -- Section

 9   5?

10        A.    Yes, I did.

11        Q.    Okay.  And Dr. McCann identifies two

12   methodologic -- methodologic -- methodologic -- I

13   can't answer that -- methodological flaws; correct?

14        A.    That's what he says, yes.

15        Q.    Okay.  The first flaw Dr. McCann

16   identified was omitting a variable from your

17   regression analysis for time to maturity; correct?

18        A.    That is what he says, yes.

19        Q.    Okay.  Do you agree with that criticism

20   -- well, let me -- let me start:  Did you include a

21   variable in your regression analysis time to

22   maturity?

23        A.    No, I did not.

24        Q.    Okay.  Why not?

25        A.    Because what I am trying to answer is --
```

03:10  5
03:11 10
03:11 15
03:11 20
03:11 25

234

1    and, again, it's that -- it's that -- gets back to

2    what I'm trying to do with this analysis.  What I'm

3    trying to do is to figure out whether there's

4    evidence that SBB on average, systematically

03:12    5    overvalued the notes relative to the benchmark.  In

6    this case, the bank prices are the benchmark.  So

7    that's the relationship I'm interested in.  I'm

8    basically trying to figure out with -- with the

9    regression, essentially how well do the SB -- sorry,

03:12    10    how well do the bank marks explain -- or predict, if

11    you will, the SBB mark.  And given that best

12    fitting, you know, prediction line, you know,

13    essentially the line from the regression, is there

14    evidence of some kind of bias or overvaluation.

03:12    15           In other words, I'm solely interested in

16    that relationship and not anything else.  I'm not

17    claiming to build a -- what one might call a full

18    causal model.  I'm not trying to explain why SBB's

19    marks behave the way that they do.  So in a sense, I

03:13    20    -- therefore, I'm not interested in what other

21    factors might be driving it.  I'm purely interested

22    in the relationship that you can estimate between SBB

23    and the benchmark.  That's it.

24           Q.    Do you agree that a note's time to

03:13    25    maturity would impact the variance between models?

                                                              235

1     A.     It could happen.

2     Q.     It could happen, or it does?

3     A.     No.  I mean, in this case, it appears

4 that it probably does; but again, this is -- my

03:13  5 point is that's answering a different question from

6 the question I set out to answer.  That's what I'm

7 saying.

8     Q.     And SBB's notes had a single payout in

9 maturity; correct?

03:13 10     A.     Yes.

11     Q.     Okay.  And did you assess whether the

12 variances of models converged the closer the time to

13 maturity?

14     A.     I'm sorry, closer?  What?

03:14 15     Q.     Did you -- did you assess whether the

16 variance across any models that's at issue in this

17 case -- your model, McCann's model, market, SBB's,

18 the bank values -- whether or not those models

19 converged the closer you got to the maturity date of

03:14 20 the note?

21     A.     So the ones -- one sensitivity test I

22 make in my report -- and this is also referenced in

23 Footnote 91 -- is I ran a version of the analysis,

24 where I drop shorter-dated notes.  And the purpose

03:14 25 there is to see if -- so I reached a conclusion

236

1    overall, that I don't see evidence of systematic

2    sort of bias, overvaluation.  Then, I want to check

3    that that is -- result is not dependent on very

4    short-dated notes because, essentially, I think most

03:15   5    people would agree if you have -- for very

6    short-dated notes, there's almost nothing to model.

7    Essentially, the sort of what one would call the

8    optionality embedded in the note at some point

9    essentially becomes de minimis.  So I wanted to make

03:15  10    sure that when I'm concluding that the -- that the

11    SBB marks are not overvalued that that is not

12    dependent explicitly on those kinds of short-dated

13    notes.

14             So that is a check I make, but I'm still

03:15  15    ask -- answering a different question from what

16    Dr. McCann seems to be trying to answer.  I'm trying

17    to figure out overall, when you put all the data

18    together, are they overvalued or not.  Not are there

19    underlying factors that might be driving the

03:16  20    differences, which is a different question you can

21    ask and try to explain -- try to explore.  That's

22    fine, but that's not what I'm seeking to answer.

23        Q.    Okay.  And so in your opinion, does time

24    to maturity have no impact or correlation to

03:16  25    variance in models?

                                                    237

1    A.    No, I'm not saying that.  It very well

2  could do time to maturity.  Certainly affects the

3  value of an option for a given model.  And it could

4  be the case that when you're comparing two different

03:16  5  models, their difference might be affected by that.

6  It could be affected by various features and other

7  factors.  I don't even know that time to maturity

8  would be the only factor; but again, I'm not seeking

9  to build, and nowhere do I claim that I'm seeking to

03:16 10  build what one would call a full causal model to

11  explain SBB's pricing.  That's not what I'm trying

12  to do.

13    Q.    Okay.  But your regression analysis seems

14  -- was assessing whether or not there's the

03:17 15  difference between the bank values and SB -- SBB's

16  values were statistically significant; correct?

17    A.    Yes, overall.  Not conditioned on some

18  other set of controls that you could add.  If you

19  want to explore what's driving any potential

03:17 20  differences between the two prices, then you might

21  be interested in that; but that's not the question

22  I'm trying to answer.

23    Q.    So you don't care what was causing the

24  difference?

03:17 25    A.    I wouldn't quite put it like that, but

238

1    that's not the focus of my analysis, no.

2        Q.    Okay.  So your analysis didn't look at

3    any causes?

4        A.    That's right.  I'm not pretending -- I'm

03:17  5    claiming to be building a causal model.  It's purely

6    trying to figure out, given the bank mark, how does

7    it predict the SBB mark; and given that prediction,

8    do you -- does one see evidence of bias.  That's

9    solely what I'm doing.

03:17  10       Q.    And in your experience, when you would

11   draw a regression analysis comparing two sets of

12   notes, do you exclude those causal issues?  Do you

13   typically exclude those causal issues?

14       A.    Everything depends on the -- I would say

03:18  15   everything depends on the question you're trying to

16   answer.  So the question I'm trying to answer here

17   is -- is there evidence of overvaluation on average.

18   I'm not trying to explain causation.  There may be

19   other contexts where one might want to do that.

03:18  20   That's just -- that's not the focus of my analysis.

21       Q.    And -- and my question is a little bit

22   different, but when you build a regression analysis,

23   right, or you perform a regression analysis, do you

24   -- do you always exclude causal explanations or

03:18  25   inputs when you do that analysis?

239

```
      1      A.      Again, it depend heavily on context.  So
      2   if -- if you're asking for a -- sort of examples I
      3   can get from my own experience, there's a very
      4   standard situation where this arises a lot,
03:18 5   actually, which is when people run so-called event
      6   studies, which are used a lot in litigation -- I
      7   don't know how familiar you are with that -- but
      8   essentially --
      9      Q.      I'm familiar.
03:19 10     A.      -- in an event study --
      11     Q.      This isn't an event study, though.
      12     A.      No, I know.
      13     Q.      Yes.
      14     A.      You're asking me for my experience with a
03:19 15  regression analysis, so I'm providing the example.
      16  When you run an event study, you're usually running
      17  a so-called --
      18     Q.      Maybe I should refine the question.  A
      19  regression analysis for a valuation?
03:19 20     A.      Actually, I would submit this is not that
      21  different from what one is doing in a typical market
      22  model for an event study, where you're also
      23  comparing some asset price with its return with some
      24  kind of benchmarks.  And in that sense, it is
03:19 25  actually not that different.  It's a different kind
```

                                                              240

1    of asset.  Usually, event studies might involve

2    stocks or bonds or what have you, but it's actually

3    not that different in spirit.  My point is that's

4    another common case, where people often run a very

03:19  5    simple, limited regression because they want to test

6    that particular relationship, and are not claiming

7    to build a full causal model.  I mean, it all

8    depends on the question you're trying to answer, and

9    it's a very standard thing whether you're trying to

03:20  10    build a causal model or not.  That's a very common

11    distinction.

12        Q.    So you state that the purpose of your

13    regression analysis is to determine whether the

14    values -- or the differences between SBB's values

03:20  15    and the values from banks were meaningful; correct?

16        A.    That's right.

17        Q.    And when you say meaningful --

18        A.    It's, again, the same idea -- sorry.

19        Q.    When you say "meaningful", you in no way

03:20  20    attempt to assess cause or reasons for those

21    variances?

22        A.    That's right.  I think I make it quite

23    explicitly clear when I actually do the analysis,

24    that I'm really testing for evidence of systematic

03:21  25    overvaluation of SBB relative to the benchmark on

241

1    average, and that's what I'm assessing.  I'm not

2    trying to assess causes for differences between the

3    two sets of prices, which is essentially a separate

4    question.

03:21  5        Q.    And those -- and that analysis includes

6    any potential overvaluations if the note is three

7    years to maturity, or three months to maturity?

8        A.    That's right.  I'm trying to reach an

9    overall -- overarching conclusion about all the data

03:21 10   together.  I'm not trying to condition it on some

11   particular control like time to maturity, or some

12   other such factor.

13        Q.    So one-month maturity, that's included in

14   your sample?

03:21 15       A.    Yes.  Again, I do a version, where I drop

16   the really short-dated ones because I think there is

17   an argument to made -- be made that they're -- for

18   very short-dated notes, essentially, almost nothing

19   to model.  So I -- I think you do want to make sure

03:22 20   that the overall conclusion is not being driven by

21   that; but again, if -- even when I exclude those,

22   I'm still trying to reach an overall conclusion

23   about the pricing.  I'm not trying to -- I'm not

24   claiming to build a causal model.

03:22 25       Q.    And those results that you reference in

                                                          242

1    Footnote 91 are not in your report; correct?

2        A.      Again, similar to kind of the other

3    analysis described in Footnote 91, it will be in the

4    turned-over files and so forth.

03:22  5        Q.      But it's not in the contents of your

6    report?

7        A.      Again, I'm describing what the result is,

8    which is that -- my basic conclusion, which is that

9    there's not statistical significance, which is

03:22 10    really the bottom line.  I'm saying that does not

11    change when I drop these shorter-dated notes.  The

12    exact numbers, you can get from the -- one can get

13    from the output, but --

14        Q.      But does your numbers and the results of

03:23 15    your regression analysis, where you drop the six

16    months, that is not in the content of your report;

17    correct?

18        A.      The numbers are not, that is correct.

19    What I'm describing is the bottom line, which I

03:23 20    think is the main takeaway.  No, that sounds

21    tautological, but, yes.

22        Q.      Okay.  Methodological Flaw Number 2 that

23    Dr. McCann identifies in his rebuttal report begins

24    on -- or in Paragraph 44, and relates to a low --

03:23 25    low statistical power due to extrapolation.

243

1    Did you review this section of

2 Dr. McCann's report?

3    A.    Yes, I did.

4    Q.    Okay.  And did you review Dr. McCann's

03:23  5 work paper and data underlying his opinions in this

6 paragraph?

7    A.    I'm trying to recall whether I would -- I

8 think the team probably did.  I don't recall if I

9 personally looked at his version of it, but

03:24 10 essentially, I think what he's describing here, you

11 can replicate even using my version of the files.

12 So I certainly -- I think I -- when I looked at it,

13 I essentially looked at what he was saying, and

14 essentially mimicked what he was doing using my own

03:24 15 files.  And that's easy to do, so...

16    Q.    Oh, okay.  Explain to me what you mean by

17 that because I'm not sure.

18    A.    I think he's claiming to make a certain

19 transformation to the data, and then he -- he runs

03:24 20 some results.  Right, I'm saying, I don't actually

21 need -- you don't actually need his work papers to

22 follow what he did and essentially do it.  If you

23 already have the data, you can just do it.

24    Q.    Okay.  So what he -- I mean, what is your

03:24 25 understanding of what -- Dr. McCann's criticism here

244

1    is?

2        A.    He's essentially saying that if you add

3    or subtract a constant from both sides of the --

4    simply what -- the regression and equation, right.

03:25    5    So you're regressing -- to make it simpler, you're

6    regressing say Y on X.  He basically said -- in

7    fact, he has been -- he even says as much in one

8    point.  He's basically saying if you add or subtract

9    a constant amount from both Y and X, so sub --

03:25   10    essentially making what's known as a linear shift in

11    the data.  You're literally deducting that in the

12    same amount to all the data points.  You're shifting

13    your data set essentially up or down.  You're saying

14    that that can affect the estimate of the alpha in my

03:25   15    regression.  That is what he's -- that's -- I would

16    say that's the -- he starts with that result.  I'd

17    say that's a fairly simple fact that I wouldn't

18    disagree with.  It's pretty elementary.

19        Q.    Okay.  So you don't get -- could disagree

03:26   20    with that -- that fact?

21        A.    That -- no, that, I think, is elementary

22    econometrics --

23        Q.    Okay.

24        A.    -- basically.

03:26   25    Q.    Okay.  Go ahead.  Continue, sir.

245

1      A.      So then, I believe what he's really

2  trying to show is -- what he claims to show is in

3  particular that if you subcontract a constant of 100

4  from both variables, SBB and bank price, that -- and

03:26  5  then, you essentially re-run the regression on that

6  transform data set, then, you get a statistically

7  significant output.  I believe that is essentially

8  the -- distill down this entire section, that is

9  what he is saying.  And then, he makes some

03:26  10  further -- he tries to provide -- I had to -- he

11  tries to provide some economic interpretation of

12  what that is showing.  That's my understanding of

13  what he's doing.

14      Q.      Okay.  Isn't -- isn't the critique that

03:26  15  the regression analysis should really focus on the

16  variance in the option component of the valuations?

17      A.      So that's what I was getting at when I

18  said he then tries to draw some -- makes some

19  economic interpretation.  So, yes, he is -- he is

03:27  20  saying that subtracting the hun -- constant of 100

21  from both sides is equivalent to, essentially,

22  stripping zero coupon bonds that I think we spoke

23  about earlier today.  And that essentially leaves

24  you with, I guess, sort of the option component

03:27  25  that's left.  I guess it would be all different

246

1  options that are left coming together.  And, yes, he

2  is focused on that, and that --

3      Q.    Do you not agree with that?

4      A.    I don't agree with that, no.

03:27 5    Q.    So you don't agree that the regression

6  analysis should focus on the option portion of the

7  note?

8      A.    No --

9      Q.    Primarily -- primarily focused on the

03:27 10  option component of the note?

11      A.    No, because -- well, my regression

12  analysis is trying to assess -- and, again, in order

13  for that to -- what is the question you're trying to

14  answer.  So, I think, I make quite clear that I am

03:28 15  trying to assess whether or not SBB overvalued the

16  notes.  The notes.  Now, you might say what the --

17  what is the difference, but there is a difference.

18  And it's clear that, empirically, there is a

19  difference.  I think both sides can agree that

03:28 20  adding or subtracting this constant from the data

21  changes the empirical result.  That's essentially

22  what Dr. McCann is showing.  So I think he would

23  agree with me that whether or not you subtract out

24  this constant changes the empirical result, but

03:28 25  that's literally what he's showing.

247

1        So essentially, it comes down to what is

2   the question you are trying to answer.  I'm trying to

3   figure out if the note -- if SBB was overvaluing the

4   notes, not whether to say they were overvaluing

03:28   5   option.  Ultimately, this case -- as I understand it

6   -- is about overvaluation of the notes.  That's what

7   actually, you know, what's reported in the fine --

8   financial statements because that's ultimately what

9   SBB is claiming to value.  It's a different question

03:29 10   if you want to assess the overvaluation of the

11   option.  That's fine.  It's a different question.

12   I'm assessing whether or not they overvalued the

13   notes, and the fact that you get a different

14   empirical result depending on which one you focus on,

03:29 15   and that's basically what he's showing.

16        Q.    But earlier today, you testified that the

17   only issue in this case is really valuation of the

18   option component in these notes.  There's no

19   dispute, as to the valuation of the zero coupon

03:29 20   bond; correct?

21        A.    Let's be precise here.  When one is

22   trying to build a model to value the notes -- and

23   this is what I was talking about this morning -- the

24   complex part to model is the underlying option.  So

03:29 25   when Dr. McCann or I go to value the option -- will

248

1　go to value the notes, most of the modeling work is

2　essentially focused on the embedded option part.

3　That's what I was referring to.  So from a modeling

4　perspective, that's the part that one would normally

03:30　5　start with because really that's -- that's the thing

6　you have to model.  The other part is essentially

7　adding an -- effectively a constant.

8　　　　　But ultimately, the case is actually about

9　overvaluation of the notes.  If you're trying to

03:30　10　empirically assess SBB's marking of the notes, then

11　that's the data set you have to look at.  And I would

12　submit -- especially in SBB's case -- that is all the

13　more so because while Dr. McCann -- I may have

14　essentially valued the subcomponent options, and then

03:30　15　kind of combined them sort of step-by-step.  That's

16　how both our models work, I think it's fair to say.

17　I -- my understanding is that's not how the SBB

18　valuation works.  In particular, some of the

19　features, such as linearization, are actually applied

03:31　20　at the note level.

21　　　　　So as I see it, to assess what SBB is

22　doing, ultimately, you have to have the study -- the

23　note data.  And to the extent that you reach a

24　different conclusion compared to the options data,

03:31　25　then it's the notes data that's -- I would say is

249

1    most germane.  That's what's actually in dispute, are

2    they overvaluing the notes.

3        Q.    But you're not opining as to the

4    reasonableness of SBB's valuation model; correct?

03:31 5      A.    No, I'm trying to assess whether they

6    overvalue the notes empirically.  That's it.

7        Q.    But you're not opining on the

8    reasonableness of the model they use to get there?

9        A.    No.  What I'm pointing out is that I

03:31 10   don't even know if it makes sense to try to assess

11   what their option price would look like, which is

12   essentially what Dr. McCann seems to be doing, given

13   that -- as far as I can understand it, SBB's model

14   doesn't even work that way.  That is -- this

03:32 15   decomposition of the bond and the option, that is

16   how both of our models, Dr. McCann's and mine work.

17       Q.    Yeah.

18       A.    I'm saying mechanically I don't think

19   that's how -- because it -- certainly because of

03:32 20   linearization, that's not really how the SBB model

21   works.  Linearization, as I understand it, is

22   ultimately applied at the note level.  So I don't

23   even know that you can assess what that -- what

24   their model does at the option level, but I don't

03:32 25   even know that that's a particularly meaningful

250

1  question.

2      Q.    Take out Exhibit 5, the valuation policy.

3  Exhibit 5 is SBB's valuation policy; correct?

4      A.    Yes.

03:32  5      Q.    Did you review this?

6      A.    I did look at it at some point.

7      Q.    Okay.  Look at the first paragraph.  "SBB

8  research provides a reasonable valuation of its

9  structured products by breaking the product into

03:32  10  subcomponent options, estimating the price level,

11  the expiration of the underlying assets, valuing the

12  subcomponent options based on estimated price levels

13  of the underlying assets.  And finally, aggregating

14  the option values to determine the structured

03:33  15  product value."

16          Do you see that?

17      A.    I do see that.

18      Q.    So isn't that essentially saying that SBB

19  is breaking down its note and subcomponent options

03:33  20  and valuing the options?

21      A.    I believe that applies to their sort of

22  Monte Carlo model; but ultimately, the linearization

23  component, as far as I can recall, is applied at the

24  note level.  That's something they apply at the end.

03:33  25      Q.    But you're talking about the model.  You

251

           1   talked about -- you just said how SBB's mod -- or

           2   valued its structured notes.  It doesn't explain the

           3   process it used?  It broke down the note into

           4   subcomponent options?

03:33      5        A.     Yes, but linearization is also a part of

           6   their model, which they apply at the end.  I believe

           7   at the note level.

           8        Q.     Okay.  So just linearization?

           9        A.     I don't know the other features, but

03:34     10   linearization plays a big role.  So ultimately --

          11        Q.     But you're not opining on what

          12   linearization does and does not do; correct?

          13        A.     I'm not opining.  I'm simply pointing out

          14   that I think it's -- I'm trying to answer a

03:34     15   different question than what Dr. McCann is trying to

          16   answer.  Dr. McCann, apparently, focused on the

          17   option.  I'm trying to figure out whether they

          18   overvalued the notes, and that's pretty clear in my

          19   report.  I'm pointing out as an -- essentially an

03:34     20   additional aside.  I don't even know if it makes

          21   sense to try to focus on what SBB is doing at the

          22   option level, given how their entire process worked,

          23   which included linearization at the end.  That's all

          24   I'm pointing out.

03:34     25        Q.     Okay.  But you agree that there's really

                                                                    252

1   no dispute from Model 1 to Model 2, to Model 3 about

2   the valuation of the zero coupon bond component of

3   these notes; correct?

4         A.     The zero coupon, yeah, the -- Dr. McCann

03:34  5   and I don't even disagree what the value of the

6   bond, no.

7         Q.     Okay.  So any variance in valuation of

8   these notes would be due to the option component of

9   the notes?

03:35 10         A.     Sorry, is that your question?

11         Q.     (Nodding affirmatively).

12         A.     The issue with that is that while the

13   variation may be finally driven by the option

14   component.  If you're trying to assess whether or

03:35 15   not there is overvaluation at note level, you have

16   to still assess the -- the analysis at the level of

17   the note, because you get the fundament -- you get

18   an empirically different result.  That's the point,

19   that the -- what Dr. McCann, essentially, is showing

03:35 20   is that the empirical result is -- is a task -- as a

21   statistician might call it, not invariant to a

22   linear transformation, which means depending on

23   whether or not you shift the data up or down, you

24   get a different result.

03:35 25         So it's two different results for two

253

1    fundamentally different data sets.  The option and

2    the note behave quite differently.  If you look at

3    the risk return profile of the option versus the

4    notes, the percentage differences from one

03:36   5    observation point to the next are very different.

6    There's two different data sets, and one is reaching

7    two different conclusions.  And I am focused on the

8    note level.

9              MR. WISNIEWSKI:  Break?  Oh, okay.  We'll

03:36  10    go off the record.

11              THE VIDEOGRAPHER:  This ends Unit 4.

12    We're off the record at 3:35.

13              (Short break was taken off the record.)

14              THE VIDEOGRAPHER:  This begins Unit 5.

03:47  15    We're on the record at 3:46.

16              MR. WISNIEWSKI:  Now, we're synced up.

17    BY MR. WISNIEWSKI:

18         Q.    Okay.  Dr. Sen, let's talk about your

19    waterfall analysis.  That is reflected on Pages 41

03:48  20    through 44 of your expert report.  Let me know when

21    you are there.

22         A.    Yes.

23         Q.    Okay.  And again, we -- we spoke a little

24    bit about this analysis earlier today, right.  And

03:48  25    the purpose of the waterfall is to show that certain

254

1    SBB inputs had the effect of increasing note values,

2    and some decreased note values; correct?

3        A.    That's right.

4        Q.    Okay.  And you're not purporting to use

03:48  5    the waterfall analysis to, in any way, opine on the

6    reasonableness of SBB's model; correct?

7        A.    That's correct.

8        Q.    You're not purporting to use the

9    waterfall analysis to opine on the reasonableness of

03:49 10    any of the inputs in SBB's model; correct?

11        A.    That's correct.

12        Q.    So you're not arguing that, or trying to

13    opine that SBB's use of linearization was reasonable

14    based on the waterfall analysis?

03:49 15        A.    That's correct.

16        Q.    Okay.  And similarly, you're not arguing

17    or trying to use the waterfall to opine that SBB's

18    model was somehow consistent with industry prac --

19    practice based on your waterfall analysis?

03:49 20        A.    That's correct.

21        Q.    That SBB's model was supported by

22    academic research by using the waterfall; is that

23    correct?

24        A.    That's correct.

03:49 25        Q.    Okay.  And you're also not using the

255

1    waterfall to opine, as to whether SBB's model was

2    consistent with peer-reviewed journals; is that

3    right?

4          A.    That's correct.

03:50  5          Q.    Okay.  The waterfall is simply a

6    mathematical -- like you said -- way of showing some

7    inputs increased, and some inputs decreased the

8    values?

9          A.    Yes.  I mean, I think I used the word

03:50 10   "arithmetic", which looking back was maybe a little

11   flippant, in the sense that this does involve

12   actually trying to recalculate what SBB actually

13   did.  So it's probably not just arithmetic, but I

14   guess -- mathematical, I think, is better.

03:50 15         Q.    So my five-year old, who put slime in my

16   suitcase last night could not do that; fair?

17         A.    I mean, I don't want to judge your

18   five-year old.

19         Q.    All right.  Your waterfall analysis

03:50 20   contains three figures:  Figures 2, 3 and 4.  And I

21   want you to turn to Figure 2, which is for the 2013

22   waterfall, and look at the footnote in 2 -- Figure

23   2.

24               Do you have that, sir?

03:51 25         A.    Yes.

                                                              256

1     Q.    Okay.  The notes say that:  "SBB values

2  represents Ankura's replication of the SBB model."

3          Do you see that?

4     A.    I do see that.

03:51  5     Q.    What does that mean?

6     A.    So to perform this analysis, one

7  essentially has to be able to sort of decom --

8  actually able to decompose, and then reconstruct the

9  SBB model sort of component-by-component.  So you

03:51 10  actually need to be able to calculate each of those

11  pieces in full.  And so this is essentially Ankura

12  following what SBB did, and essentially trying, if

13  you will, build our version of the SBB model.  So --

14  because you have to have that in order to do the

03:52 15  calculation.  You have to have all of those moving

16  parts at your disposal, so you can add and subtract

17  the things that were doing that.

18     Q.    And what were the sources of those moving

19  parts that you used to replicate the SBB model?

03:52 20     A.    I don't recall specifically.  They should

21  all be in the materials relied upon in this little

22  section.  I know that a -- which shows that.  Let me

23  see here.  Where is -- let's go in this -- let's

24  make sure I can see.

03:53 25         It should be some of these files under SBB

257

1  model data, but I couldn't tell you which specific

2  piles; but they should be in there.

3      Q.    Okay.  So there's a -- you're referencing

4  Page 54?

03:53  5      A.    I -- yes.

6      Q.    All right.  And there's a subsection or

7  under a heading that states, "SBB Model Data"?

8      A.    Yes, I believe some of those files --

9  some of these files have to do with the actual note

03:53  10  calculus, so that's by -- at least some do have to

11  do with certain data that we have -- may have

12  received from SBB, but also -- yes.  I don't recall

13  if there would have been anything else that would

14  have those.  Also, under other documents, I think

03:54  15  the SBB's Wells response might also inform, to some

16  extent, our understanding of what data -- that

17  wouldn't be data, but it would be sort of

18  methodological, in terms of how they put things

19  together.  So some of it would have been us

03:54  20  essentially following that to essentially try to

21  replicate what they did.

22      Q.    In Figure 2 -- the footnote to Figure 2,

23  the next sentence states:  "The Ankura replication

24  value is .045 percent -- negative .045 percent

03:55  25  different from the equivalent SBB value."

258

1          Do you see that?

2      A.     Yes.

3      Q.     Does that mean that SBB's rep -- I'm

4  sorry.

03:55  5          Does that mean that Ankura's replication

6  of SBB's note values reflected in that blue bar is

7  0.45 percent lower than SBB's actual values?

8      A.     Yes, in the sense that what we are

9  replicating here would be slightly lower than what I

03:55  10  think SBB would have officially reported.  And

11  you'll notice in some of the other figures, it might

12  go the other direction.  So it's not always one

13  direction or the other.

14     Q.     So in 2014, Ankura's replication is 0.5

03:56  15  percent greater?

16     A.     That's right.

17     Q.     And then in '15, Ankura's replication is

18  1.26 percent lower?

19     A.     That's right.

03:56  20     Q.     Okay.  And when you say equivalent SBB

21  value, what do you mean by that?

22     A.     I think I -- I just mean that that's

23  compared to the value that SBB officially reported

24  for that year, sort of for that set of notes

03:56  25  aggregated together.

                                                       259

1    Q.    When you say "officially reported", what

2  -- what do you mean by that?

3    A.    Well, I mean, there are -- I believe

4  there are documents where SBB -- you know, they mark

03:56  5  -- you know, and they're SBB marked.  So

6  essentially, you can add those up across the

7  portfolio to reach an aggregate value.

8    Q.    Okay.  Did you compare Ankura's

9  replicated SBB value to SBB's financial statements?

03:57 10    A.    I don't recall if for this analysis --

11  the comparison that was done to the financial

12  statements.  I think it is done -- it was done -- I

13  think this entire analysis is restricted to,

14  essentially, by construction to those notes that we

03:57 15  actually value because essentially it's -- it has to

16  be because essentially we're starting with our

17  model, which by definition, only applies to the

18  notes that we value.  And we explained at the outset

19  that we are only valuing the notes that Dr. McCann

03:58 20  values, which I believe is a subset of notes that

21  are actually recorded in the financial statement.

22    So it's -- in other words, for that

23  reason, I believe this analysis is not pegged to what

24  they put in the financial statements.  Instead, it's

03:58 25  taking what they marked -- the individual notes, and

260

1    adding up those values that way.

2        Q.    Okay.  So when you say the amount or the

3    value that SBB officially reported, where would I go

4    to find that?

03:58  5        A.    No, I -- I probably shouldn't have said

6    officially reported.  I mean, essentially the marks

7    that SBB put on those notes.  And we have it from

8    counsel a set of SBB marks, as I think Dr. McCann

9    does.  We're essentially taking those marks,

03:58 10    applying them note-by-note, and aggregating that

11    value.

12        Q.    Okay.  So let me ask it maybe a different

13    way.  So in Figure 2, the SBB value represented by

14    the blue bar graph, which is $61,040,078, where does

03:59 15    that come from?

16        A.    That is the Ankura replication, as it

17    says in the footnote.  So that's Ankura taking our

18    baseline Heston model and then doing the mechanical,

19    mathematical changes that we've talked about, and

03:59 20    arriving at the end to what we get there.

21        Q.    Okay.  And that number, that 61 million

22    is 0.45 percent lower than what SBB value?  Where do

23    I go to find that value?

24        A.    I mean, that, I believe, can be added up.

03:59 25    I don't know if it's numerically, readily available;

261

1    but it should be possible -- essentially get that

2    number by adding up their marks for the set of notes

3    that this figure is covering, which is basically --

4    for that year-end date, it's basically all the notes

04:00  5    that were valued.  So you take those notes and --

6        Q.    I'm going to -- I'm going to be specific,

7    but if you don't know, you don't know.

8            Okay.  Do you -- do you know what document

9    you or Ankura derived the -- what we're referring to

04:00 10    as the officially-reported SBB value?

11        A.    Well, I --

12        Q.    I know it's not official, and -- but you

13    called it -- so I'm just trying to name it something

14    different than the Ankura replicated SBB value.  Do

04:00 15    -- do you know what document you pulled that

16    officially-reported value from?

17        A.    I'm saying as far as I can recall,

18    there's not one -- it won't be in one spot.

19    Essentially, it would take their marks note-by-note,

04:00 20    and essentially tally those up.

21        Q.    In what document?

22        A.    So where their -- where do their marks

23    come from?  That -- that, I believe, is in the

24    materials, that one list I think -- again, I forget

04:01 25    which file is which.  I think that would be -- it's

                                                          262

1    either in one of these files and SBB model data, or

2    it could be in Bank Prices table at the end of the

3    materials relied upon list.  I honestly don't recall

4    right now, but it's in there somewhere.

04:01  5        Q.    Okay.

6        A.    We have a document from counsel with SBB

7    marks.

8        Q.    Okay.  Just turn to Figure 3 for me,

9    which is the 2014 Ankura valuation waterfall.  The

04:01 10   difference between Ankura's model and the SBB value

11   is 5.23 percent; correct?

12       A.    I'm sorry, which figure are you looking

13   at?

14       Q.    Figure 3, 2014, SBB's value.  Figure 3,

04:02 15   2014.

16       A.    Sorry, say that number again.

17       Q.    Give me a second.  So Figure 3 --

18       A.    Yes.

19       Q.    -- 2014, the SBB value, which is 122.8

04:02 20   million, around there --

21       A.    Yes.

22       Q.    -- is approximately 5.23 percent greater

23   than the Ankura value, which is 116.7 million;

24   correct?

04:02 25       A.    Oh, I see what you're saying.  Yes, I

                                                        263

1   think that is approximately true.

2       Q.      Okay.  And did you assess the impact that

3   these different inputs had on individual notes?

4       A.      By that, are you referring to what the

04:03  5   increments are in the waterfall chart, whether that

6   is done note-by-note?  That's what you're asking?

7       Q.      Yeah.  So, I mean, when I look at your

8   underlying data, right, the difference between

9   Ankura's value and SBB's value ranges on a

04:03 10   note-by-note level between 0.25 percent and upwards

11   to 11.22 percent.

12       A.      I don't -- I don't have that data in

13   front of me.  That might be true.

14       Q.      Did -- did you assess that at all.

04:03 15       A.      I'm sorry, did I assess what?

16       Q.      The variance in individual notes.

17       A.      The variance of what this waterfall chart

18   would look like if you did it note-by-note --

19       Q.      Yeah.

04:03 20       A.      -- is that --

21       Q.      Yeah.

22       A.      No, I don't -- as I recall, this was

23   always sort of aggregated at a portfolio level.

24       Q.      Okay.

04:03 25       A.      I don't recall -- that's not an analysis

                                                        264

1    that I've done.

2        Q.    So the waterfall -- in your waterfall

3    analysis, you are not using the waterfall to any way

4    opine on how linearization, Mu, or drift impacted

04:04  5    specific notes, as opposed to other notes -- the

6    magnitude of the impact it had on the valuation of

7    one note compared to the other?

8        A.    No.  Insofar as there could variation

9    across the notes, no.  This is presenting an

04:04 10    aggregate level is all.

11        Q.    Okay.  And in Figure 3, your waterfall

12    analysis reflects one, two, three, four, five --

13    six changes; correct?

14        A.    Actually, seven, I would say -- I mean,

04:05 15    there's six --

16        Q.    So --

17        A.    -- there's six intermediate changes, and

18    then there's a final -- well, no, I -- I think

19    that's fair.  That's fair.

04:05 20        Q.    Okay.  So the -- the figures reflect six

21    changes?

22        A.    Sorry, but I was getting confused about

23    this -- we talked about this.  I think we talked

24    about --

04:05 25        Q.    Okay.  That's fine.  But the graph

                                                          265

1   refers --

2       A.    Yes, yes.

3       Q.    -- or reflects six changes --

4       A.    Yes.

04:05  5       Q.    -- to your waterfall analysis?

6           But as we discussed earlier today, there's

7   a seventh change --

8       A.    Embedded, yes.

9       Q.    -- that you made to it; correct?

04:05 10      A.    Yes.

11      Q.    Which is, you incorporated a six-month

12   correlation instead of a five-year correlation?

13      A.    That's correct.

14      Q.    All right.  Did SBB use a six-month

04:05 15  correlation?

16      A.    Yes, that's why we're making that change.

17   We're trying to match what they did.  That's the --

18      Q.    Okay.

19      A.    -- purpose of that.

04:05 20      Q.    Where did you source the six-month

21   correlation from that SBB used?

22      A.    Again, I don't know if -- I don't recall

23   if we actually have that number, or whether it's

24   from their -- again, there's that document where

04:06 25  they kind of outline their methodology, where we

266

1    essentially tried to follow what they said they did.

2    So I don't recall kind of -- we actually had that

3    number, whether we had to essentially compute it

4    ourselves, given how they described what they did.

04:06  5      Q.    Why did you omit the correlation change

6    from the waterfall figure?

7      A.    You mean why don't we have it as a

8    separate part -- part?  We already discussed this,

9    this morning.  It's not a -- the purpose here is

04:06 10    visually to only study, or show the points that are

11    actually in dispute.  And the correlation

12    essentially is, I believe, not really a feature that

13    anyone has disputed.  It could have been presented

14    separately, that is true; but it's also, I believe,

04:07 15    very, very small, so it's --

16      Q.    Okay.  But in your waterfall chart, you

17    reflect on the add drift Mu step?

18      A.    Yes.

19      Q.    That replacing Ankura's drift with Mu

04:07 20    increased the notes by $22.9 million; correct?

21      A.    Yes.

22      Q.    And that number does not reflect the

23    impact the change in correlation had correlation;

24    correct?

04:07 25      A.    No, what I -- it's saying that

267

```
 1    essentially that's really -- both changes are added

 2    in together.  That's what it's saying.

 3         Q.    See, I don't think that's correct.  And

 4    we can look at it, but I don't think that's

 5    accurate.  So I'm going to show you a document.

 6    That's another work paper that you produced titled,

 7    "WP -- assuming it's work paper -- waterfall graph

 8    underlying data".  Okay.

 9         A.    Okay.

10         Q.    And I just pulled the data from 2014, as

11    an example.  And this is -- oh, I got to mark this.

12    I'm sorry.

13               MR. WISNIEWSKI:  Let me mark it as Exhibit

14    8.

15               (Sen Exhibit 8 was marked for

16    identification.)

17               MR. WISNIEWSKI:  One left.  So you're

18    good.  Don't even do it.

19               THE REPORTER:  I've got one more.

20               MR. WISNIEWSKI:  Don't even do it.  I'm

21    sorry, guys.

22    BY MR. WISNIEWSKI:

23         Q.    Okay.  Dr. Sen, are you familiar with

24    Exhibit 8?

25         A.    I'm sure I've seen it at some point.  I
```

04:07 — line 5
04:08 — line 10
04:08 — line 15
04:08 — line 20
04:08 — line 25

268

1    don't recall when.

2        Q.    Okay.  And do you recall that changing

3    the correlation input from five years to six months

4    decreased the structured note valuations?

04:09  5    A.    I don't specifically recall which

6    direction that effect would have been.

7        Q.    Okay.  If you look at the column that

8    says, "Use 6M correlation".

9        A.    Yes.

04:09 10    Q.    And that's a step of where you replaced

11   the five-year to the six-year --

12       A.    Yes.

13       Q.    -- I'm sorry, six months?

14       A.    Yes.

04:09 15    Q.    Okay.  If I total all those up -- and

16   again, I'll represent to you this is accurate, since

17   your sheet doesn't do this.  The total for use 6M

18   correlation is 11 -- or one million -- 100 -- sorry,

19   the total is 113.4 million --

04:10 20    A.    Okay.

21       Q.    -- around there.

22             Okay.  The add beta column, which precedes

23   the correlation column, totals 116.3 million.

24       A.    Okay.

04:10 25    Q.    So that would indicate that the

269

1 correlation decreased on a net level the valuations;

2 correct?

3  A.  That's what that would imply, yes.

4  Q.  Okay.  And then, if you look at the add

04:10 5 drift new column, and you add those together --

6  A.  Yes.

7  Q.  -- you get around 139.4 million.

8    Okay.  So the two -- sorry, the 22.9

9 million that's reflected in Figure 3 is the

04:10 10 difference between the add drift new column, and the

11 add beta column?

12  A.  Sorry, which figure are you referring to

13 now?  Which -- what -- what -- which numbers?

14  Q.  So in Figure 3 --

04:11 15  A.  Yes.

16  Q.  -- your 22.9 million, which you say

17 reflects the increase in note values by replacing

18 Ankura's drift with Mu, reflects the difference

19 between the add drift new column and the add beta

04:11 20 column.  It doesn't account for the decrease in

21 valuation reflected in the six-month correlation

22 column.  And my question is:  Why?

23  A.  I don't recall.  I would have to go back

24 and look.  It's been awhile since I've looked at

04:12 25 this particular file.

270

1      Q.      Okay.

2      A.      That's --

3      Q.      If you look at the difference between the

4  use six-month correlation and the add drift Mu

04:12  5  columns, that difference is actually $25.8 million,

6  which is higher than the $22.9 million represented

7  in Figure 3.  Do you know why the use six-month

8  correlation column or data was not used when

9  calculating the chart reflected in Figure 3?

04:13 10      A.      Again, just looking at this spreadsheet,

11  it's hard for me to answer that question.

12      Q.      Okay.

13      A.      It's not something I can recall.

14      Q.      And I'll represent to you that it's the

04:13 15  same issue in Figure 2 and in Figure 4, which are

16  for the waterfall for 2013 and the waterfall for

17  2015.  I'll ask a general question, Dr. Sen.

18          Do -- do you know why there was a -- you

19  didn't include the core -- use six-month correlation

04:13 20  factor in your waterfall figures?

21      A.      Again, this is -- without analyzing this

22  -- analyzing the data further, it's not really a

23  question I can answer.

24      Q.      There wasn't some conscious decision made

04:14 25  to exclude the six-month correlation?

271

1        A.      No, but again, without actually studying

2    the data, which I can't do sitting here right now,

3    it's not something I can answer.

4        Q.      Okay.

04:15 5          (Sen Exhibit 9 was marked for

6    identification.)

7    BY MR. WISNIEWSKI:

8        Q.      Dr. Sen, I'll show you a document I'll

9    mark as Sen Exhibit 9, which is a document or an

04:15 10   excerpt from an Excel file -- the work paper that

11   you produced --

12       A.      Okay.

13       Q.      -- titled, "Waterfall_2014" -- scratch

14   that.  Sorry.  The file name is actually, "Scenario

04:15 15   Inputs" -- no, scratch that.  Sorry, Tiffanie.

16          Exhibit -- Sen Exhibit 9 is an Excel file

17   titled, "Waterfall_2014".  That was produced in

18   connection with your work papers for your report.

19       A.      Okay.

04:16 20       Q.      And I took a printout or an excerpt from

21   the Excel file.

22       A.      Okay.

23       Q.      Okay.  And the printout reflects only two

24   tabs of that file.  The first tab being titled,

04:16 25   "Scenario Input Mapping".  And the second tab is,

272

1    "All Inputs".  Are you familiar with Exhibit 9, Dr.

2    Sen?

3         A.     Yes, I've seen it at some point.

4         Q.     Okay.  And Scenario 7 seems to be the add

04:17  5    drift Mu change; is that correct?

6         A.     That would seem to line up with the

7    charts, but I'd have to study this document

8    carefully to really recall what it is.

9         Q.     Okay.  If you actually look at --

04:17 10    Dr. McCann (sic), to the left, there's a Mu 1 and Mu

11    2 growth.  Do you see that?

12         A.     Sorry, I think you called me Dr. McCann.

13         Q.     Dr. Sen, sorry.  Do you see that?  Mu 1,

14    Mu 2 under --

04:17 15         A.     Yes.

16         Q.     Okay.  If you follow that -- those two

17    columns across, you'll see that there's a change in

18    Scenario 7.

19         A.     Yes, I see it.

04:18 20         Q.     Does that help refresh your recollection?

21         A.     I see that, yes.

22         Q.     Okay.  So is this the add drift Mu

23    change?

24         A.     It would seem to be, yes.

04:18 25         Q.     Okay.  Can you explain how you calculated

273

1    SBB's drift term?

2        A.    Again, those -- those are not details

3    that I recall at this point.  I mean, I know

4    generally that SBB used sort of a weighted average

04:18  5    of historical windows, but I don't -- without sort

6    of further review, I don't recall exactly how --

7        Q.    I -- I guess, what I'm asking is:  Did

8    you simply use an output for SBB's new input, or did

9    you actually recalculate Mu using a formula that SBB

04:19 10    used to calculate Mu?

11        A.    Again, as I've already explained, there

12    were certain aspects of their model, where they may

13    have actually given us actual numbers.  And then,

14    there were other aspects, where we essentially had

04:19 15    to kind of follow what they did and try to replicate

16    it.  I don't recall at this point which category the

17    new calculation falls in.

18        Q.    Okay.  All right.  If you -- just so I

19    can orient you, Dr. Sen.  On Scenario 6, Mu 1.  The

04:19 20    input to MU 1 is Ank_SPX_DR_DVD --

21        A.    I see that.

22        Q.    -- do you see that?

23              And if you turn to the Excel sheets that

24    follow.  That's Column AL.

04:20 25        A.    Okay.

                                                            274

1      Q.      All right.  And then back in Scenario 7,

2  Mu 1 changes to Ankura_SBX_Mu.  Do you see that?

3      A.      Yes.

4      Q.      And that corresponds to Column AP.

04:20  5              Do you see that?

6      A.      Yes.

7      Q.      Okay.  So if I got this right, the Mu 1

8  in Scenario 6 would be Ankura's drift; is that

9  correct?

04:20 10      A.      Presumably, it has -- I -- I don't recall

11  the details of this calculation at this point, but

12  that presumably is correct.

13      Q.      Okay.  And if you look at Column AL, for

14  all notes, Ankura's drift is a constant.  It's

04:21 15  negative 0.019714493.  Do you see that?

16      A.      Yes.

17      Q.      And if you look at Column AP, which is

18  SBB's Mu, the drift changes depending on the note.

19  It's not constant.  Do you see that?

04:21 20      A.      I do see that, yes.

21      Q.      And SBB's Mu is positive, whereas

22  Ankura's drift is negative.  Do you see that?

23      A.      Yes, I see that.

24      Q.      Okay.  Can you explain why?

04:22 25      A.      Again, without studying this file in

                                                              275

          1    detail, which I cannot do sitting here right now,

          2    it's hard for me to precisely answer that question.

          3    But what would be different between SBB's drift and

          4    --

04:22     5          Q.     The Ankura drift.

          6          A.     -- the actual -- and Ankura's drift is

          7    that -- without studying this file in further

          8    detail, it's not really a question I can answer at

          9    this point.

04:22    10          Q.     Okay.  Well, let me -- just big picture.

         11    Did the drift term that Ankura used to value its

         12    structured note in your report, was it constant for

         13    every note?

         14          A.     No, that's not going to be constant

04:23    15    because it depends on a swap rate, which will

         16    fluctuate with the time to maturity of the note.

         17          Q.     Okay.  Do you know why it's constant in

         18    Column AL?

         19          A.     Again, without further study of this

04:23    20    file, it's not something I can answer at this point.

         21                 (Sen Exhibit 10 was marked for

         22    identification.)

         23    BY MR. WISNIEWSKI:

         24          Q.     Mr. McCann, I'll mark as --

04:23    25                 THE REPORTER:  Mr. McCann?

                                                              276

1          MR. WISNIEWSKI:  I keep doing that.

2     BY MR. WISNIEWSKI:

3          Q.     Dr. Sen, I'm going to show you a document

4     I'll mark as Sen -- you would think, since I have

04:24   5     the exhibit -- Sen Number 10, which is a file

6     titled, "3002-A, Note Input Testing 2014-All Funds

7     (except medline)", Bates Numbered RSM-SBB-2687.

8               Dr. Sen, are you familiar with Exhibit 10?

9          A.     I may have seen it at some point.  I

04:25  10     don't recall.

11          Q.     Okay.  Do you know what it is?

12          A.     I would not expected it.

13          Q.     Okay.  I'll represent to you that prior

14     testimony has established that this spreadsheet is a

04:25  15     document that SBB provided to its auditor, RSM, in

16     connection with RSM's audit of the 2014 audited

17     financial statements.

18          A.     Okay.

19          Q.     And everything that you see in black is

04:26  20     the information supplied by SBB to its auditor.

21          A.     Okay.

22          Q.     And if you look at Column E, Row 19,

23     there's a definition of Mu.  Do you see that?

24          A.     Yes.

04:26  25     Q.     And it says -- states this is the drift

277

1    input, and there's the expected daily return for

2    each trading day.  Do you see that?

3        A.    Yes.

4        Q.    Okay.  And if you go down to Column D,

04:26  5    Row 29.

6        A.    Yes.

7        Q.    It states the Mu for Note 30, the drift

8    in -- input for Note 30.  Do you see that?

9        A.    Yes.

04:26 10        Q.    If you compare that to Exhibit 9, Row AP

11    --

12        A.    Yes.

13        Q.    -- Rows 29 through 31 are the Mu input

14    for Note 30?

04:27 15        A.    Yes.

16        Q.    Okay.  And AP represents Ankura's

17    replication of the Mu input for its waterfall; is

18    that correct?

19        A.    Not -- again, without further study of

04:28 20    this file in detail, I cannot answer with certainty,

21    but that -- that's what it looks like.

22        Q.    Okay.  Do you know why Ankura's

23    replication of SBB's Mu input is different than the

24    Mu input SBB gave its auditor?

04:28 25        A.    I mean, I've already explained that we

278

1  were never able to fully replicate SBB's model.  So

2  there will be components, where we're going to be a

3  little bit different.  So this could be one of those

4  components.

04:28  5       Q.     When you're doing a waterfall analysis

6  like you did, is it preferred to use the actual

7  inputs used by the end -- valuing the note, or

8  replication of those values?

9       A.     So to be internally consistent, this

04:29 10  waterfall is set up to use calculations that are

11  under our control.  So if we can match them exactly,

12  then great.  But otherwise, I would sub -- I -- I --

13  I think it's not an internally consistent approach

14  to just use a number from SBB, if you're not able to

04:29 15  replicate.  So essentially, we try to construct all

16  of these moving parts ourselves.  And in some cases,

17  for certain aspects, I think we can replicate them

18  more or less fully.  And then, there will be certain

19  aspects, such as -- I think --  what you're showing

04:29 20  here, where it's not going to be a perfect

21  replication.  And that we've already stated that up

22  front, that you're not able to replicate it.

23       Q.     But why not use SBB's actual inputs?

24       A.     Because what we are trying to show here

04:30 25  is the actual effect, starting with the Ankura base

                                                      279

1  model, and then showing what happens is -- you

2  actually change these calculations. If you -- I

3  mean, I would say it's a judgment call, but

4  essentially I believe it's more internally

04:30  5  consistent, since we're starting with our own model,

6  to make the changes based on calculations that we

7  actually can see visibly, as opposed to taking a

8  number that we might not quite be able to

9  understand.

04:30  10  Q.  So even when that number is the actual

11  number used by SBB in their model?

12  A.  Again, we're trying to follow what SBB

13  actually says that they did. So we do what they

14  said they did.

04:31  15  Q.  Doesn't this document tell you exactly

16  what SBB did for its Mu input, Exhibit 10?

17  A.  Again, the fact that we're not able to

18  fully replicate SBB is telling him, it's saying this

19  up front that when we try to replicate what they say

04:31  20  they did, we don't always get the exact, same

21  result. It come overall reasonably close, but it's

22  not always exactly the same, and that's what is

23  reflected here.

24  Q.  Okay. And SBB's Mu input, as reflected

04:31  25  in Exhibit 10, is -- is one number; correct?

280

1     A.     I don't know what you mean by "one

2  number".

3     Q.     In Column D, it's a single number for a

4  note?

04:31  5     A.     Yes.

6     Q.     Ankura's replication of SBB's drift term

7  is two numbers -- two different numbers from one

8  note?

9     A.     I'm sorry, what are you -- what are you

04:31 10  referring to at this point?

11     Q.     Columns AP and AQ, which are the Mu

12  inputs that Ankura used in its waterfall in Step 7.

13     A.     Again, I'll have to -- without being -- a

14  further study of this document, which I cannot do

04:32 15  here right now, I -- as I've already said, I cannot

16  speak to Column A versus AP at this point.

17     Q.     Okay.  But I -- my question is generally

18  -- Ankura's using two Mu inputs -- two numbers when

19  SBB just uses one?

04:32 20     A.     No, I -- again, I cannot with -- I can't

21  really fully answer this question sitting here now,

22  but I don't believe that is an accurate

23  representation.  But again, without further studying

24  this file -- which you're going to read right now --

04:32 25  I don't really answer further.

281

```
 1      Q.    Okay.  Well, when you look at step -- or

 2   Scenario 7, there's two changes in Scenario 7,

 3   right?  Mu 1 and Mu 2?  Those are two different

 4   numbers, and those are the changes that Ankura made

 5   as part of its waterfall in Scenario 7?

 6      A.    Those are the two -- those would appear

 7   to -- appear to refer to the two different indices,

 8   which, of course, will have different Mu's.

 9      Q.    Correct.  Where does SBB get its one Mu

10   as reflected in Exhibit 10?

11      A.    Again, that is not something I can speak

12   to.  I mean --

13      Q.    Okay.  Do you -- do you have any

14   understanding of how SBB calculated its Mu?

15      A.    We have an understanding of how they say

16   they calculated, which we then try to replicate it.

17   As I've already explained, there are places where we

18   are not able to fully replicate, but they did.

19      Q.    Okay.  And do you know if your

20   replication is anywhere close to the input SBB

21   actually used?

22      A.    I mean, I know that, overall, we've come

23   within the percentage that we state here.

24      Q.    What percentages are those?

25      A.    It's stated in the report.  I mean, it's
```

04:33  5
04:33 10
04:33 15
04:34 20
04:34 25

282

1    been about half a percent or six-tenths of a percent

2    in 4 -- 2014.

3         Q.    But my question was specific to the Mu

4    calculation.

04:34 5       A.    Specific to Mu, that, I don't recall.

6         Q.    Does it matter to you?

7         A.    Again, I don't recall specifically.  I

8    mean, since I don't recall, it's not -- that's not

9    really something I can speak to.

04:34 10            MR. WISNIEWSKI:  Okay.  Let's go off the

11   record.

12            THE VIDEOGRAPHER:  This ends Unit 5.

13   We're off the record at 4:33.

14            (Short break was taken off the record.)

04:37 15            THE VIDEOGRAPHER:  This begins Unit 6.

16   We're on the record at 4:36.

17   BY MR. WISNIEWSKI:

18        Q.    Dr. Sen, you're aware that your

19   colleague, Gene Dietz, issued a report in this

04:37 20   matter; is that correct?

21        A.    Yes, I'm aware of that.

22        Q.    Did you review Mr. Dietz's report?

23        A.    No.

24        Q.    Okay.  Did you have conversations with

04:38 25   Mr. Deitz about the content of his report?

                                                        283

```
 1        A.      No.

 2        Q.      Did you have con -- conversations with

 3   Mr. Deitz about the content of your report?

 4        A.      No.

04:38  5        Q.      Did you talk with Mr. Deitz about your

 6   report?

 7        A.      No.

 8        Q.      Did Mr. Deitz ask you any questions in

 9   preparation of his report?

04:38 10             MR. BAKER:  I just want to object on

11   privilege grounds.  To the extent that you can answer

12   without divulging privilege, you can answer.

13             MR. WISNIEWSKI:  And, I'm sorry, just to

14   clarify.  What would be the privilege between

04:38 15   communications with Dietz?

16             MR. BAKER:  If counsel -- if counsel

17   participated in conversations with the experts, we're

18   taking the position that those would be privileged

19   communications.

04:38 20             MR. WISNIEWSKI:  Okay.

21             Can you read back my initial question,

22   please.

23             (The reporter complies with the request.)

24             THE WITNESS:  No.

04:39 25   BY MR. WISNIEWSKI:
```

                                                            284

1     Q.    Okay.

2     A.    The safe answer is no.

3     Q.    There's a reference in Mr. Dietz' report

4  to a 5 percent error band.  Do you recall that?

04:39  5     A.    Aside from a reference to that, that I've

6  seen in Dr. McCann's rebuttal, I know nothing about

7  that.  So that's the only place, and I haven't even

8  really read that section.  Just I -- I've never seen

9  Dr. Dietz's report --

04:39 10     Q.    Okay.

11     A.    -- Mr. Dietz' report.

12     Q.    Did you speak with Mr. Deitz at all with

13  regard to Mr. Deitz' 5 percent variation band?

14     A.    No.

04:39 15     Q.    Okay.  Did you provide Mr. Deitz any

16  input or work product that he used in incorporating

17  into his report?

18     A.    I don't believe anything was directly

19  produced to Mr. Deitz.  I believe the -- my error

04:40 20  band data underlying the report, which was submitted

21  with my report, doctor -- Mr. Deitz may have

22  received that from counsel.  As far as I know, he

23  makes -- I don't think it's a secret that he uses

24  those error bands in his report, but that -- he did

04:40 25  not obtain those from me directly.

285

1    Q.    So Mr. Deitz uses your uncertainty bands?

2    A.    Again, I have not actually seen his

3  report, but I'm given to understand that he does use

4  that in some fashion.  Again, I can't speak to how

04:40  5  because I literally have not seen his report.

6    Q.    Okay.  And does Mr. Deitz' report include

7  the upper band and the lower band?

8    A.    I honestly couldn't tell you since I've

9  not seen his report.

04:41  10    Q.    Okay.  But your understanding is that

11  your data -- that data underlying the uncertainty

12  bands was given to Mr. Deitz?

13    A.    That is my general understanding, yes.

14    Q.    Okay.  Aside from your uncertainty bands,

04:41  15  any other information or work product that you're

16  aware from your report that was given to Mr. Deitz

17  in preparation of his report?

18    A.    Not that I am aware of.  I don't believe

19  so.

04:41  20         MR. WISNIEWSKI:  Okay.  I have no further

21  questions.

22         MR. BAKER:  If we can just take a minute

23  to confer in case there's anything to clarify.  We

24  can go off the record.

04:41  25         THE VIDEOGRAPHER:  This ends Unit 6.

286

1    We're off the record at 4:40.

2              (Short break was taken off the record.)

3              THE VIDEOGRAPHER:  This begins Unit 7.

4    We're on the record at 4:43.

04:44  5       MR. BAKER:  Nothing further from defense

6    counsel.  We would just like to reserve the right for

7    the witness to review and sign the transcript,

8    consistent with federal rules.

9              MR. WISNIEWSKI:  Nothing further from me.

04:45 10   Thank you, Mr. -- Dr. Sen.

11             THE WITNESS:  I appreciate it.

12             THE VIDEOGRAPHER:  This concludes today's

13   proceeding.  Total number of video units used was

14   seven.  We're off the record at 4:43.

04:45 15        THE REPORTER:  And, Mr. Baker, would you

16   like to purchase a copy of this transcript?

17             MR. BAKER:  We would.

18             (Ending time:  4:43 p.m.)

19

20

21

22

23

24

04:45 25

287

```
 1        STENOGRAPHIC SHORTHAND REPORTERS CERTIFICATION

 2

 3            I, TIFFANIE JONES, certify:  That the

 4   foregoing proceedings were remotely taken before me

 5   via videoconference at the time herein set forth; at

 6   which time the witness was duly sworn; that a record

 7   of the proceedings was made by me using machine

 8   shorthand which was thereafter transcribed under my

 9   direction; and that the transcript is a true record

10   of the testimony so given.

11            Further, that the foregoing pertains to

12   the original transcript of a deposition in a federal

13   case, before completion of the proceedings, review of

14   transcript __X__ was ___ was not requested.  I

15   further certify that I am not financially interested

16   in the action, and I am not a relative or employee of

17   any attorney of the parties, nor of any of the

18   parties.

19            Dated this 25th day of January, 2024.

20

21


22   _____
          Tiffanie Jones
23

24

25                                                288
```

```
 1                    CERTIFICATE OF WITNESS

 2

 3          I, ARUN SEN, do hereby declare under

 4      penalty of perjury that I have read the entire

 5      foregoing transcript of my deposition testimony,

 6      or the same has been read to me, and certify that

 7      it is a true, correct and complete transcript of

 8      my testimony given on January 25, 2023, save and

 9      except for changes and/or corrections, if any, as

10      indicated by me on the attached Errata Sheet, with

11      the understanding that I offer these changes and/or

12      corrections as if still under oath.

13          __X__ I have made corrections to my deposition.

14          _____ I have NOT made any changes to my deposition.

15

16  Signed:  _____
                 ARUN SEN

17

18  Dated this ___8th___ day of ____March____ of 20 _24_ .

19

20

21

22

23

24

25
                                                      289
```

Arun Sen Deposition Errata Sheet

|    | Page | Line | Original text | Modified text | Reason |
|----|------|------|---------------|---------------|--------|
| 1 | 6 | 25 | I'm joined by my colleague Cassie Deskus, as well as co-counsel, Howard Rosenberg | I'm joined by my colleague Cassie Deskus, as well as co-counsel, Howard Rosenburg. And joining me by phone is Stefan Boettrich, from Ankura. | spelling and clarification |
| 2 | 13 | 23 | send | [remove] | misspoke/transcription error |
| 3 | 14 | 10 | fours | four | misspoke/transcription error |
| 4 | 15 | 10 | from | with | misspoke/transcription error |
| 5 | 19 | 3 | it | [remove] | misspoke/transcription error |
| 6 | 23 | 4 | ASCA 20 | ASC 820 | transcription error |
| 7 | 23 | 6 | ASCA 20 | ASC 820 | transcription error |
| 8 | 23 | 21 | swap trade | swap rate | transcription error |
| 9 | 25 | 14 | and | then | misspoke/transcription error |
| 10 | 25 | 15 | I assume you mean that Mu is the strain -- this is a label. | I simply mean that Mu is a name - It is a label. | transcription error |
| 11 | 26 | 9 | risking through pricing | risk-neutral pricing | transcription error |
| 12 | 26 | 10 | you know, pricing | you know, when pricing | misspoke/transcription error |
| 13 | 26 | 17 | risk-mutual | risk-neutral | transcription error |
| 14 | 27 | 3 | complication | computation | misspoke/transcription error |
| 15 | 29 | 12 | ASCA 20 | ASC 820 | transcription error |
| 16 | 29 | 15 | ASCA 20 | ASC 820 | transcription error |
| 17 | 29 | 19 | ASCA 20 | ASC 820 | transcription error |
| 18 | 30 | 19 | arrive | arise | misspoke/transcription error |
| 19 | 31 | 20 | value of the option because essentially | value of the option which is essentially | misspoke/transcription error |
| 20 | 33 | 3 | The question -- quote on a linearization, again, it didn't arise. | The question of quote-unquote "linearization", again, it didn't arise. | misspoke/transcription error |
| 21 | 35 | 2 | applied | complied | misspoke/transcription error |
| 22 | 37 | 4 | that I would say that there | though I would say that there | misspoke/transcription error |
| 23 | 38 | 9 | you're | you were | misspoke/transcription error |
| 24 | 42 | 12-13 | with problems sort of described there, | Counsel as described there | misspoke/transcription error |
| 25 | 48 | 6 | author | authority | misspoke/transcription error |
| 26 | 49 | 22 | trying that to January | trying to get to January | misspoke/transcription error |
| 27 | 50 | 9 | we've | [remove] | misspoke/transcription error |
| 28 | 50 | 12 | rate | reason | misspoke/transcription error |
| 29 | 52 | 7 | something various forms | some various form | misspoke/transcription error |
| 30 | 54 | 25 | No, I'm not | No, I have not | misspoke/transcription error |
| 31 | 55 | 16 | avoid | employed | misspoke/transcription error |
| 32 | 57 | 14 | Cooke | Cook | spelling |
| 33 | 58 | 11 | That right | That's right | misspoke/transcription error |
| 34 | 59 | 8 | of them | from them | misspoke/transcription error |
| 35 | 60 | 15 | of it | involved | misspoke/transcription error |
| 36 | 61 | 8 | no | [remove] | misspoke/transcription error |
| 37 | 62 | 2 | everyone's | everyone | misspoke/transcription error |
| 38 | 67 | 13 | valuating | evaluating | misspoke/transcription error |
| 39 | 70 | 14 | to | [remove] | misspoke/transcription error |
| 40 | 71 | 3 | Refining Equilibriua | for Finding Equilibria | misspoke/transcription error |
| 41 | 76 | 13 | this mutual | risk-neutral | misspoke/transcription error |

| 42 | 76 | 10 | risk mutual | risk-neutral | transcription error |
|---|---|---|---|---|---|
| 43 | 76 | 16 | risk mutual | risk-neutral | transcription error |
| 44 | 77 | 8 | I didn't use risk-mutual pricing | they didn't use risk-neutral pricing | transcription error |
| 45 | 77 | 11 | risk-mutual | risk-neutral | transcription error |
| 46 | 77 | 17 | risk-mutual | risk-neutral | transcription error |
| 47 | 78 | 3 | risk mutual | risk-neutral | transcription error |
| 48 | 78 | 16 | mutual -- risk-mutal | neutral -- risk-neutral | transcription error |
| 49 | 78 | 25 | risk mutual | risk-neutral | transcription error |
| 50 | 86 | 6 | risk mutual | risk-neutral | transcription error |
| 51 | 91 | 14 | Hall | Hull | spelling |
| 52 | 91 | 7 | Hall | Hull | spelling |
| 53 | 91 | 9 | Hall | Hull | spelling |
| 54 | 93 | 25 | the period in | literally the | misspoke/transcription error |
| 55 | 94 | 15 | one | want | misspoke/transcription error |
| 56 | 95 | 5 | Hall | Hull | spelling |
| 57 | 98 | 14 | is | I'm | misspoke/transcription error |
| 58 | 99 | 21 | that -- to tell him to | those don't | misspoke/transcription error |
| 59 | 102 | 19 | call it an area band or an area bond | call it an error band | misspoke/transcription error |
| 60 | 103 | 12 | to | sort of the | misspoke/transcription error |
| 61 | 105 | 25 | finish | finished | misspoke/transcription error |
| 62 | 108 | 15 | suggests | suggest | misspoke/transcription error |
| 63 | 109 | 25 | can pute | compute | misspoke/transcription error |
| 64 | 109 | 11 | market | Markit | spelling |
| 65 | 109 | 2 | market | Markit | spelling |
| 66 | 111 | 22 | market | Markit | spelling |
| 67 | 112 | 10 | market-structured | Markit structured note | spelling |
| 68 | 113 | 14 | market | Markit | spelling |
| 69 | 113 | 2 | market | Markit | spelling |
| 70 | 113 | 8 | market | Markit | spelling |
| 71 | 114 | 8 | Beta is the simply slope | Beta is simply the slope | misspoke/transcription error |
| 72 | 114 | 13 | those two conditions | if those two conditions | misspoke/transcription error |
| 73 | 114 | 22 | market | Markit | spelling |
| 74 | 115 | 22 | market | Markit | spelling |
| 75 | 115 | 24 | market | Markit | spelling |
| 76 | 116 | 17 | market | Markit | spelling |
| 77 | 116 | 21 | counterparty's | counterparty as | misspoke/transcription error |
| 78 | 117 | 1 | reasonably reasonable | reasonable | misspoke/transcription error |
| 79 | 117 | 11 | market | Markit | spelling |
| 80 | 117 | 13 | market | Markit | spelling |
| 81 | 117 | 6 | market | Markit | spelling |
| 82 | 118 | 21 | market | Markit | spelling |
| 83 | 119 | 7 | result is | was also | misspoke/transcription error |
| 84 | 119 | 18-19 | I'm not analyzing what happened or did not happen. The SBB's marks | I'm not analyzing what happened or did not happen with SBB's marks | misspoke/transcription error |
| 85 | 129 | 14 | Hall | Hull | spelling |
| 86 | 129 | 17 | multi-facet | multi-factor | misspoke/transcription error |
| 87 | 130 | 11 | sit | standardized | misspoke/transcription error |
| 88 | 130 | 13 | Hall | Hull | spelling |
| 89 | 130 | 22 | Hall | Hull | spelling |

Arun Sen Deposition Errata Sheet

| 90 | 131 | 11 | Hall | Hull | spelling |
|---|---|---|---|---|---|
| 91 | 132 | 20 | Hall | Hull | spelling |
| 92 | 133 | 3 | as | with | misspoke/transcription error |
| 93 | 133 | 6 | computing | saying | misspoke/transcription error |
| 94 | 135 | 14 | can | can be | misspoke/transcription error |
| 95 | 135 | 12 | Hall | Hull | spelling |
| 96 | 135 | 24 | Hall | Hull | spelling |
| 97 | 135 | 25 | Hall | Hull | spelling |
| 98 | 139 | 5 | necessary | necessarily | misspoke/transcription error |
| 99 | 139 | 7 | minus | strikes | misspoke/transcription error |
| 100 | 139 | 15 | Second | A | misspoke/transcription error |
| 101 | 141 | 2 | in more | anymore | misspoke/transcription error |
| 102 | 142 | 20 | data | date | misspoke/transcription error |
| 103 | 143 | 9 | model | market | misspoke/transcription error |
| 104 | 149 | 7 | observant | observable | misspoke/transcription error |
| 105 | 150 | 2 | sell | solve | misspoke/transcription error |
| 106 | 154 | 19 | changes | [remove] | misspoke/transcription error |
| 107 | 158 | 5 | area | difference | misspoke/transcription error |
| 108 | 159 | 1 | fix | fit | misspoke/transcription error |
| 109 | 159 | 15 | making it absolute | taking the absolute | misspoke/transcription error |
| 110 | 167 | 11 | variance | varying | misspoke/transcription error |
| 111 | 170 | 14 | with is a stip | [remove] | misspoke/transcription error |
| 112 | 170 | 15 | the risk preference as a | the risk preferences | misspoke/transcription error |
| 113 | 170 | 18 | does | doesn't | misspoke/transcription error |
| 114 | 170 | 20 | Hall | Hull | spelling |
| 115 | 171 | 3 | That | It | misspoke/transcription error |
| 116 | 171 | 4 | sent | [remove] | misspoke/transcription error |
| 117 | 176 | 17 | trail | tail | misspoke/transcription error |
| 118 | 177 | 12 | 2014 Incur of | 2014 Ankura | misspoke/transcription error |
| 119 | 177 | 12-13 | with help | without | misspoke/transcription error |
| 120 | 182 | 23 | accurate | actually | misspoke/transcription error |
| 121 | 188 | 25 | saw we won't | and say we don't | misspoke/transcription error |
| 122 | 189 | 19 | they're | throw | misspoke/transcription error |
| 123 | 190 | 15 | market | Markit | spelling |
| 124 | 190 | 5 | market | Markit | spelling |
| 125 | 190 | 9 | market | Markit | spelling |
| 126 | 191 | 6-7 | SBB's marks exceeded the upper bound in 2015 by 90 percent | in 2015, 90 percent of SBB's marks exceeded the upper bound | misspoke |
| 127 | 193 | 6-7 | , 2 percent | to 1 percent | misspoke/transcription error |
| 128 | 195 | 4 | for structured note | for the structured notes | misspoke/transcription error |
| 129 | 195 | 5 | estimate | estimated | misspoke/transcription error |
| 130 | 196 | 3 | it's | is | misspoke/transcription error |
| 131 | 196 | 7 | every | everyone | misspoke/transcription error |
| 132 | 197 | 20 | Hall | Hull | spelling |
| 133 | 197 | 4 | Hall | Hull | spelling |
| 134 | 198 | 19-20 | There are not going to be a particular that speaks specifically to these notes. | There is not going to be a particular cite that speaks specifically to these notes. | misspoke/transcription error |
| 135 | 199 | 2 | Hall | Hull | spelling |
| 136 | 199 | 7 | Hall | Hull | spelling |
| 137 | 199 | 13 | Hall | Hull | spelling |

Arun Sen Deposition Errata Sheet

| 138 | 199 | 14 | Hall | Hull | spelling |
|-----|-----|-----|------|------|----------|
| 139 | 199 | 15 | Hall | Hull | spelling |
| 140 | 199 | 19 | mark | Markit | spelling |
| 141 | 200 | 19 | scrape | scratch | misspoke/transcription error |
| 142 | 200 | 20 | not | know | misspoke/transcription error |
| 143 | 201 | 20 | delta | alpha | misspoke/transcription error |
| 144 | 204 | 25 | Status | Stata | spelling |
| 145 | 205 | 1 | Status | Stata | spelling |
| 146 | 206 | 8 | Status | Stata | spelling |
| 147 | 206 | 9 | Status | Stata | spelling |
| 148 | 208 | 6 | lay | say | misspoke/transcription error |
| 149 | 208 | 15 | of | with | misspoke/transcription error |
| 150 | 208 | 25 | rounded | presented | misspoke/transcription error |
| 151 | 209 | 25 | to | two | spelling |
| 152 | 213 | 4-5 | the point, as to give a parameter | the point estimate of a given parameter | misspoke/transcription error |
| 153 | 214 | 9 | more | more important | misspoke/transcription error |
| 154 | 215 | 25 | bags | banks | transcription error |
| 155 | 218 | 8 | page | date | misspoke/transcription error |
| 156 | 231 | 1 | speaks | tweaks | misspoke/transcription error |
| 157 | 236 | 17 | market | Markit | spelling |
| 158 | 239 | 5 | I'm not pretending -- I'm claiming to be building a causal model. | I'm not pretending -- I'm not claiming to be building a causal model. | misspoke/transcription error |
| 159 | 245 | 4 | and equation | is an equation | transcription error |
| 160 | 258 | 2 | piles | files | misspoke/transcription error |
| 161 | 258 | 24 | .045 percent | -.45 percent | misspoke/transcription error |
| 162 | 259 | 14 | 0.5 | 0.57 | misspoke/transcription error |
| 163 | 260 | 21 | statement | statements | misspoke/transcription error |
| 164 | 262 | 24 | materials, that one | materials relied upon | transcription error |
| 165 | 277 | 12 | I would not expected it | I would not care to speculate | transcription error |
| 166 | 280 | 18 | telling him, it's | telling you, we're | misspoke/transcription error |
| 167 | 282 | 18 | , but | what | misspoke/transcription error |