# EXHIBIT 4

*Securities and Exchange Commission v. SBB Research Group, LLC, et al.*,

Case No: 19-cv-6473 (N.D. Ill.)

REBUTTAL REPORT OF CRAIG J. MCCANN, PH.D., CFA

October 31, 2023

- 1 -

**Table of Contents**

I.      Qualifications and Remuneration ......................................................- 4 -

II.     Materials Considered ......................................................................- 4 -

III.    Assignment and Summary of Rebuttal Conclusions ........................- 4 -

        A.      Assignment ......................................................................- 4 -

        B.      Summary of Rebuttal Conclusions ....................................- 5 -

IV.     The Sen Report's Analysis Suffers from Serious Data Errors. ......- 11 -

        A.      The Sen Report's regression sample erroneously excludes
                observations in any valuation month where the last calendar day
                in the month is not a trading day..........................................- 11 -

        B.      The Sen Report's regression sample erroneously includes Note
                #20 ("Bearish Digi Cert Plus Securities"), an "inverse note"
                whose value is negatively correlated with the returns of the
                underlying indices. ..............................................................- 13 -

        C.      Fixing the two obvious errors in the Sen Report's regression
                sample reverses its conclusions...........................................- 15 -

V.      The Sen Report Suffers from Serious Methodological Flaws in
Addition to the Data Errors Described Above.........................................- 17 -

        A.      The Sen Report's regression analysis knowingly omits a critical
                variable; including this omitted variable dramatically reverses
                all of the Sen Report's statistical results. ..............................- 17 -

        B.      The Sen Report's regression analysis has low statistical power
                due to extrapolation.............................................................- 24 -

VI.     The Deetz Report Arbitrarily Establishes Materiality Thresholds Just
Above SBB's Significant Mispricing. .....................................................- 30 -

VII.    Summary and Conclusion...............................................................- 34 -

## Table of Tables

**Table 1 Sen Regression, original and corrected samples, 2013-2015** ..................... - 15 -

**Table 2 Regression of SBB values on counterparty prices including note and number-of-months-to-maturity fixed effects, 2013-2015** ........................ - 22 -

**Table 3 The Sen Report's results are highly sensitive to shifts in the data** ........... - 27 -

**Table 4 Fixed effects regressions of option component values, 2013-2015** ........... - 29 -

**Table 5 Summary of Corrections to Sen Report** ..................................................... - 35 -

## Table of Figures

**Figure 1 Sen Report Data** ............................................................................................... - 7 -

**Figure 2 Sen Report Regression** .................................................................................... - 8 -

**Figure 3 SBB overvalues options and therefore undervalues Note #20 which declines in value with increases in the S&P 500.** ..................................................... - 14 -

**Figure 4 Average Residual Grouped by Months to Maturity in the Sen Report's Regression, Corrected Sample of 2013-2015** ............................................. - 19 -

## I.     Qualifications and Remuneration

1.     On April 17, 2023, I filed an Expert Report (the "McCann Report") in this matter. My Qualifications and Remuneration are contained in the McCann Report §1 and are unchanged.

## II.    Materials Considered

2.     In addition to the materials previously considered, I reviewed the following documents in preparing this report:

a. Expert Report of Dr. Arun Sen, July 17, 2023 ("Sen Report");

b. Expert Report of Gene Deetz, July 17, 2023 ("Deetz Report");

c. Cameron, A. C., & Miller, D. L. (2015). A practitioner's guide to cluster-robust inference. Journal of human resources, 50(2), 317-372;

d. Greene, W. (2018). Econometric Analysis. 8th Edition, Pearson Education Limited, London;

e. Pesaran, M. H. (2004). General Diagnostic Tests for Cross Section Dependence in Panels. Cambridge Working Papers in Economics No. 0435, Faculty of Economics, University of Cambridge;

f. Wooldridge, J. M. (2010). Econometric analysis of cross section and panel data (2nd ed.). MIT Press;

g. Other documents cited in the text and footnotes below.

## III.   Assignment and Summary of Rebuttal Conclusions

### A.    Assignment

3.     Nothing in the Sen Report or Deetz Report causes me to change any of the opinions I expressed in the McCann Report.

4.     I have been asked to identify, and correct when possible, errors I find in the Sen Report and and evaluate whether correction of those errors

- 4 -

affects the conclusions expressed in the Sen Report (and, if so, determine the extent that correction of those errors affects the Sen Report's conclusions).

5. I also was asked to evaluate whether certain concepts used in the Deetz Report – including his use of a +/- 5% band of "estimation uncertainty" – are consistent with industry standard valuation practices and the expectations of market participants in valuing the option component of structured notes.

### B. Summary of Rebuttal Conclusions

6. The Sen Report considers the following regression of SBB's valuations compared to third-party valuations:

$$Y_{i,t} = \alpha_i + \beta X_{i,t} + \varepsilon_{i,t},$$

where $Y_{i,t}$ is the SBB's value of note $i$ at the end of month $t$, $X_{i,t}$ is the corresponding third-party value, $\beta$ ("beta") represents "the sensitivity of the SBB valutaions to the thrid-party values", $\alpha_i$ ("alpha") represents "any constant residual difference in the pricing of each note", and $\varepsilon_{i,t}$ is a random disturbance.[1] For the ease of notation, I define α as the averge of $\alpha_i$ across all note-month observations.

7. The Sen Report concludes that "… SBB's values were not on average significantly higher compared to those from the third-party sources for the period 2013-2015."[2] This conclusion is purportedly supported by the statisitcal significance of the estimates of the parameters α and β - 1 from the

---

[1] Sen Report, p. 39, ¶112-113.

[2] Sen Report, p. 4, ¶14.

above regression. The purported statistical support is summarized in the Sen Report as follows.

    a. "…The average value of the alphas indicates whether there was any overall systematic bias in SBB's pricing relative to the third-party values, …"[3]

    b. "In particular, what is of interest here is whether the average of the alphas is significantly different from 0, …"[4]

    c. "More importantly, the estimted alpha, 3.389, is not significantly different from 0 at the 95% level of confidence."[5] and finally,

    d. "I conclude that the SBB values are in line, statistically speaking, with the counterparty marks for the period 2013-2015."[6]

8.    I disagree with the Sen Report's conclusion that the SBB's values are in line, statistically speaking, with the counterparty's values for the period 2013-2015. I will show below that the Sen Report's regression analysis suffers from serious data errors and methodological flaws which invalidate the conclusion about the statistical similarity of SBB's and counterparty's values. The erorrs in the Sen Report's regression analysis are highly technical but are too consequential to ignore. Fixing the errors and mitigating the flaws lead to compelling evidence that SBB's values are not statistically in line with counterparty's values for the period 2013-2015.

---

[3] Sen Report, p. 40, ¶114.

[4] Sen Report, p. 40, ¶115.

[5] Sen Report, p. 40, ¶116.

[6] Sen Report, p. 41, ¶117.

9.     **Figure 1** plots SBB's note values on the vertical axis against the counterparty prices on the horizontal axis. Each dot on the graph represents the SBB value and the counterparty price for an individual structured product on a valuation date, typically the last trading day of a calendar month. The blue line is a 45 degree line coming out of the origin. I have colored observations for one note, Note #20, in red and observations on the remaining notes in black.

**Figure 1 Sen Report Data**



10.     The Sen Report's regression analysis purports to assess whether the average difference between SBB's values of a structured product and the counterparty prices for the same structured product, averaged across structured products, is sufficiently large given the variation in the differece between SBB values and counterparty prices for us to conclude SBB's model systematically overvalues structured products. The cloud of data in **Figure 1** is centered on a $113.19 average SBB value and a $108.98 average

counterparty price. Visually, the Sen Report's statistical analysis asserts that a line generated by regressing SBB's values on counterparty prices is not meaningfully different than the blue 45 degree line in **Figure 1**.

11.     The Sen Report's regression analysis generates a straight line running through the data cloud in **Figure 1**. This regression line, presented in **Figure 2**, runs through the average SBB value and the average counterparty price and is drawn so the summed, squared difference between the observed SBB values and the values read off the regression line given the counterparty prices is minimized. While this seems complicated, the key point is that the position and slope of the line is entirely determined by data observations clustered between 100 and 120 with one note's values ranging between 50 and 100.

**Figure 2 Sen Report Regression**



12.     The outlier note (Note #20)'s observations lie below the 45 degree line (precisely because, unlike the other 77 notes, it is an inverse note).

Including this outlier note (Note #20) reduces the average difference between the vertical distance between the dots and the 45 degree line (i.e. lower estimated average $\alpha$) and makes the data appear to fall more in line with the 45 degree line (higher estimated $\beta$).

13. The estimated average $\alpha$, which is key to the Sen Report's conclusion, is the vertical axis intercept of the regression line. That is, it is the estimated SBB value for a structured product if the counterparty price is $0 given what we observe about SBB values and counterparty prices between $95 and $120. The standard error of this estimated average $\alpha$ used in the Sen Report is a function of how spread out the cloud of data is and how far away from the hypothetical $0 counterparty price the cloud of data is centered.

14. The Sen Report's statistical analysis contains numerous, obvious errors. The Sen Report omits a significant number of observations. The Sen Report inappropriately disregarded some of the data and omitted a substantial fraction of the observations available for its statistical analysis as a result of an obvious computer programming error. In addition, the Sen Report inappropriately includes pricing observations on an inverse note – Note #20 – in its regression analysis thereby lowering the estimate of $\alpha$ it uses to determine whether SBB's model values were in line with counterparty marks. The Sen Report appears to acknowledge a readily-addressable "omitted variables" problem common in statistical analysis but then fails to adequately address it. Finally, the Sen Report uses a statistical specification with poor ability (low power) to detect systematic SBB mispricing, and not surprisingly therefore fails to detect systematic SBB mispricing.

15.   As I explain below, each of the errors in the Sen Report's statsitical analysis operate to reduce the statistical significance of the critical estimated average α. In other words, each error in the Sen Report's analysis biases the results toward its desired conclusion. Partially correcting these errors, fully reverses the Sen Report's statement that the estimated average α is not statistically significant and requires the conclusion that SBB values, in fact, were not in line, statistically speaking with counterparty prices.

16.   The Deetz Report determines the SBB values largely fall within a range of prices equal to ± 5% of Markit prices which the Deetz Report asserts is a reaonable range for structured product valuations (the "5% Variation Band").

17.   The Deetz Report also determines whether SBB's valuations in the aggregate in excess of the range of values of individual notes in the Sen Report and the McCann Report exceed 2% of the SBB Funds' NAV. In practical terms, it increases the materiality threshold from 2% to approximately 7%.

18.   The Deetz Report's use of a ± 5% Variation Band has no support in the structured products pricing literature or in industry standard option valuation practice. While different option pricing models, and different model inputs, result in slightly different values, there is no basis to conclude that a blanket +/-5% Variation Band is "reasonable" when assing the significance of the difference between SBB's values and values determined by other models.

19.   At the outset, the Deetz Report provides no support from either option valuation published research or industry practice for the 5% Variation Band. In addition, the Deetz Report provides no spreadsheets or calculations

reflecting how it determined that a 5% Variation Band was appropriate (as opposed to some other percentage). There is also no indication that the Deetz Report considered – let alone incorporated – any concepts from option valuation literature or industry practice related to potential error rates in valuation models.

20.     In addition, the Deetz Report's blanket application of a 5% Variation Band is unreasonable on its face as it does not reflect an understanding of critical aspects of structured notes such as (a) the fact that valuations will inevitably converge as a note approaches maturity, (b) as there is no material dispute over the value of the embedded zero coupon bond in SBB's structured products, SBB's values differ from other valuations because of differences in the valuations of the component options of the structured note, and (c) the composition of a structured note as between the bond component and the option component (the portion of the note actually valued by SBB's Model) is different from note to note.

21.     Finally, Deetz's blanket application of a 5% Variation Band is unreasonable as it fails to assess (or reflect an understanding of) the cause of the valuation differences between the results obtained by the SBB Model and standard option valuation models.

## IV.    The Sen Report's Analysis Suffers from Serious Data Errors.

### A.    The Sen Report's regression sample erroneously excludes observations in any valuation month where the last calendar day in the month is not a trading day.

22.     The Sen Report's regression uses monthly observations on SBB values and counterparty prices for 78 structured products valued by SBB

during the 2013-2015 period. Using standard statistical software, the Sen Report merges counterparty prices with SBB values by matching on date. The counterparty prices are identified with month-end dates as is common for reporting on monthly account statements. SBB's valuations are identifed only on trading days. Because SBB valuation dates include only trading days, this merging operation results in missing counterparty prices for months in which the last day of a month is not a trading day. For example, August 31, 2013 was a Saturday. There are counterparty prices for SBB notes in August 2013 identified with August 31, 2013. SBB's values for the same notes held at the end of August 2013 are identified with August 30, 2013. Rather than recognizing that the SBB valuation on August 30 should be matched to the counterparty price on August 31, the Sen Report's programming code simply excludes August 2013 (an other) observations.

23.    The Sen Report's regression sample consists of 763 note-month observations between 2013 and 2015 while the correct sample including all months where counterparty prices are available contains 1,112 note-month observations. Thus, the Sen Report's regression excludes 31.4% – almost a third – of the relevant data. This missing data problem is caused by an obvious error in the Sen Report's computer programming.

24.    The Sen Report's exclusion of almost a third of the available data tends to increase the threshold against which the estimate of the average α is judged and thereby biases the Sen Report's analysis towards incorrectly concluding the SBB values were in line with counterparty prices.

- 12 -

**B.** **The Sen Report's regression sample erroneously includes Note #20 ("Bearish Digi Cert Plus Securities"), an "inverse note" whose value is negatively correlated with the returns of the underlying indices.**

25.    By including Note #20 in its regression sample, the Sen Report artificially reduces the average difference between SBB's values and counterparty prices. Unlike the other 115 structured products illustrated in Appendix 2 to the McCann Report, 77 of which are included in the Sen Report's regression analysis, Note #20 is an inverse note. My plot of SBB's valuations of this note against SLCG's values, Markit's values and the counterparty values is excerpted in **Figure 3**. Unlike the other notes in the Sen Report's analysis, the value of Note #20 <u>decreases</u> with increases in the level of the S&P 500 because the options embedded in Note #20 create a synthetic short position in the S&P 500 while the options in the other 115 notes create a synthetic long position. As explained in the McCann Report, SBB's nonstandard valuation model overstated the value of the S&P 500 options embedded in all 116 structured notes. For 115 of the 116 notes – the notes with long exposure through the embedded options – SBB's nonstandard model overstates the value of the notes. For one note – Note #20 – SBB's values (burnt orange line in **Figure 3**) fall very significantly *below* SLCG's values, Markit's values and the counterparty values.[7]

---

[7] The Deetz Report similarly includes the outlier Note #20 in its analysis which, again, would artificially decrease the apparent inflationary effect the SBB Model has on structured note values. *See, e.g*., Deetz Report at CPS I Exs. 4-5.

- 13 -

**Figure 3 SBB overvalues options and therefore undervalues Note #20 which declines in value with increases in the S&P 500.**



26. The Sen Report's estimated average α purports to measure the average difference between SBB's values and counterparty prices. Including this unique Note #20 with a large *negative* difference with the consistently positive differences on the other 77 notes dramatically reduces the Sen Report's estimated average α.

27. Including this obvious outlier in the Sen Report's regression analysis results in a dramatically lower estimated average α and thereby biases

- 14 -

the Sen Report's analysis towards incorrectly concluding the SBB values were in line with counterparty prices.[8]

### C. Fixing the two obvious errors in the Sen Report's regression sample reverses its conclusions.

28. The Sen Report's regression implemented on the corrected sample including 1,090 note-month observations – i.e., the sample after restoring the observations that were lost due to the Sen Report's merging code error and eliminating the observations of Note #20 – produces an estimate of $\alpha$ more than twice the Sen Report's original estimate and statistically significant at the 95% confidence level, while the difference between the new estimate of $\beta$ and 1 remains statistically insignificant. Table 1 highlights the difference in the estimates obtained from running the Sen Report's regression on the original sample and the corrected sample for the period of 2013-2015.[9]

**Table 1 Sen Regression, original and corrected samples, 2013-2015**

|  | Sample size | Estimated $\alpha$ | Estimated $\beta$ - 1 |
|---|---|---|---|
| Sen Report | 763 | 3.390 | 0.007 |
|  |  | (4.000) | (0.037) |
| Merging code error fixed, Note #20 excluded | 1,090 | 7.056 | -0.024 |
|  |  | (3.588) | (0.033) |

---

[8] For simplicity, I dropped Note #20 reducing the number of observations slightly from 1,112 to 1,090. An alternative treatment of Note #20 would be to reverse the sign of the differences between SBB's values and counterparty prices and keep Note #20 in the Sen Report's sample. This alternative treatment would further enhance the strong support for the conclusion that SBB's values were not in line with counterparty prices I document below.

[9] The clustered standard errors of the estimates are reported in the parentheses.

29.     On the corrected sample, the estimated average $\alpha$ is statisically signifcantly different from 0 at the 95% confidence level.[10] That is, the Sen Report's conclusion that SBB values are statistically in line with counterparty prices, based on an estimated $\alpha$ that is not statistically different from 0 at the 5% confidence level, fails to hold after these two obvious data errors are corrected.[11] In sum, after correcting these obvious data flaws, the Sen Report's own methods do not support its conclusion. The corrected sample, using the Sen Report's methodology, establishes that the differences between SBB values and counterparty values were statistically significantly different.

30.     While the data input errors described above fatally undermine the Sen Report's conclusions, they are not the only problems with the Sen Report's regression analysis. There also are significant methodological flaws in the Sen Report's statistical analysis which I identify and correct in the next section.

---

[10] The Sen Report's statement that the estimated $\alpha$ is not statistically different from 0 is based on the observation that the point estimate of $\alpha$ is not more than 1.96 times the standard error of the $\alpha$ estimate. The Sen Report's estimated average $\alpha$ is 3.39 and its standard error is 4.00 so its estimated average $\alpha$ is only 0.85 times the standard error. Correcting the obvious data errors in the Sen Report results in a $\alpha$ estimate of 7.056 which is 1.97 times the standard error.

[11] In addition, the Sen Report acknowledges that SBB used its nonstandard pricing model until May 2016, but inexplicably excludes SBB valuations before 2013 (70 observations) and the valuations during the first four months of 2016 (213 observations) for which we have counterparty valuations. Including these 283 omitted observations, the estimated $\alpha$ becomes larger in magnitude and remains statistically significant at the 5% level.

## V.  The Sen Report Suffers from Serious Methodological Flaws in Addition to the Data Errors Described Above.

### A.  The Sen Report's regression analysis knowingly omits a critical variable; including this omitted variable dramatically reverses all of the Sen Report's statistical results.

31.  For the Sen Report's "fixed effects" regression to provide reliable results, the error terms $\varepsilon_{i,t}$ must be exogenous to – i.e. uncorrelated with - the regressors $X_{i,t}$ conditional on the unobserved effects $\alpha_i$.[12] If the assumption fails, the estimate of $\beta$ is biased[13] and does not have the usual interpretation of a "sensitivity" which measures the change in the conditional mean of Y given X for one unit increase in X.[14] A common situation where the exogeneity assumption is false is when the regression leaves out one or more variables that effect both Y and X, giving rise to nonzero correlation between the error term and the regressor.

32.  The Sen Report's regression analysis does not account for any time-varying factor that influences <u>both</u> SBB's and counterparty's valuations, such as the *time to note maturity*. SBB's values and counterparty prices both depend on time to maturity. Since both sets of values converge to the value

---

[12] See Section 11.4 of Greene (2018). In fact, the estimation of fixed effect models requires a more stringent assumption of "strict exogeneity" that error terms are uncorrelated with all observations of regressors from the past, present and future. Although this assumption can sometimes be relaxed without causing much bias in coefficient estimates, the "contemporaneous exogeneity" assumption stated in the main text must hold. See Wooldridge (2010), Section 10.7.1.

[13] More precisely, the fixed effects estimator is *inconsistent* when the exogeneity assumption is violated, meaning the coefficient estimates are biased no matter how much data is used in estimation.

[14] See Section 2.3.3 of Greene (2018). The Sen Report defines $\beta$ as the "sensitivity of the SBB valuations to the third-party values, …". Sen Report, p. 39, ¶ 113.

determined by the payoff function at maturity, the difference in values diminishes as the time to maturity decreases and both sets of values move more similarly in response to changes in the underlying assets and other valuation inputs as maturity draws closer.[15]

33.    The SBB values further depend on time to maturity via SBB's non-standard "linearization" which explicitly incorporates the ratio of remaining time to maturity over the initial term of each note to determine values. As a result, the time to maturity variable omitted from the Sen Report's regression analysis introduces obvious interdependence between the portion of the SBB values not explained by the counterparty valuation (i.e., $\varepsilon_{i,t}$) and the counterparty prices (i.e., $X_{i,t}$), causing the required exogeneity assumption to fail in the Sen Report's regression analysis.

34.    If the Sen Report's regression were properly specified, the regression residuals should be randomly distributed around zero without any significant serial pattern in the residuals across different times to maturity. Figure 4 displays the mean of the residuals from the Sen Report's regression on the corrected 2013-2015 sample across all the notes with a given number of months to maturity. Figure 4 shows a pronounced first-increasing-and-then-decreasing trend in the residuals, especially in the first 40 or so months-to-maturity where more observations are available. This indicates that the Sen Report's regression is mis-specified and there likely exist some time-to-

---

[15] The SBB and counterparty valuations of many notes in the sample tend to increase and converge as the notes approach maturity, because the underlying indices trended up and the index returns largely stayed above maximum returns over the sample period. The increasing and converging trends are illustrated in Exhibit 3 of Sen report.

maturity-specific factors omitted from the Sen Report's regression that partially explain variations in the SBB valuations.

**Figure 4 Average Residual Grouped by Months to Maturity in the Sen Report's Regression, Corrected Sample of 2013-2015**



35.    Because the necessary exogeneity assumption is violated by the Sen Report's omission of time to maturity, the Sen Report's regression analysis produces biased estimates of $\beta$ and flawed inferences about the relation between SBB and counterparty prices.[16] The Sen Report's estimate of $\beta$ close to 1 is not evidence that SBB's valuation increases by $1 for every $1 increase in counterparty's valuation, *holding all other things constant.*[17]

---

[16] This bias is in addition to the Sen Report's inclusion of the outlier, Note #20.

[17] The Sen Report did not explain whether $\beta$ measures a *causal relationship* between the valuations or is simply a parameter of a *predictive model*. Nor did it elaborate on how a $\beta$ estimate of 1 supports the notion that the SBB valuations are in line with the counterparty valuations.

Failure to control for time to maturity distorts estimation of any *contemporaneous* relation between SBB and counterparty prices as the $\beta$ estimate is confounded by the covariation in model valuations across times to maturity, masking important differences in valuations for notes with the same time to maturity.[18]

    1)    *The Sen Report's econometric method for evaluating the uncertainty of regression estimates is based on an unsupported assumption and leads to unreliable statistical inferences.*

36.     The Sen Report's conclusion that SBB's values were statisically in line with counterparty prices is based on its findings that the estimated average $\alpha$ and the estimated $\beta$ minus 1 were both not statistically significant at the 5% confidence level. Inferences about statistical significance depend crucially on the *standard errors* of the coefficient estimates measure the uncertainty of the estimates. The econometric method used by the Sen Report to calculate the standard errors relies on the assumption that the error terms $\varepsilon_{i,t}$ are *independent across notes*.[19] Since the error terms in the Sen Report's regression are, in reality, correlated across notes, the standard errors estimated in the Sen Report, as well as its conclusions about the statistical significance of $\alpha$ and $\beta$, are invalid.

37.     The interdependence of the error terms across notes is caused by the omission of time to maturity. In the Sen Report's regression, the error

---

[18] One example of such differences that the Sen Report's regression may not be able to identify is that the SBB valuations may be less (or more) sensitive to changes in the underlying indices than the counterparty valuations.

[19] The *cluster-robust standard errors* calculated by the Sen Report are valid only if the error terms are independent across "clusters" (or notes, in the current application) and the number of clusters is large. See Section II.C of Cameron and Miller (2015) and Section 11.4.2 of Greene (2018).

terms for any given time to maturity include some common component of the notes' values due to shared time to maturity. For example, the error terms at note issuance are not independent across notes because SBB's "linearization" formula restricts the initial values of all the notes to be $100. Similarly, the error terms at maturity are correlated across notes because the difference between model valuations must be zero at maturity for all notes.[20] In addition, there is empirical evidence for the dependence of error terms across notes: the null hypothesis of no cross-note dependence is decisively rejected when applying Pesaran's CD test for cross-sectional dependence to the Sen Report's regression using the corrected 2013-2015 sample.[21] The Sen Report's opinion about the relationship between the SBB and counterparty prices relies on invalid standard errors and is therefore unreliable.

38.    The Sen Report acknowledges that time to maturity is a possible important variable but fails to meaningfully address the issue. The Sen Report re-ran its regressions excluding observations during the last six months to maturity of each note and derived qualitatively similar results.[22] That is, the Sen Report recognized that the relationship between SBB values and counterparty prices might be different over different times to maturity but instead of controlling for time to maturity and using all the data, the Sen Report threw away even more data, further weakening its ability to detect systematic error in SBB's valuation model. In the next subsection, I correct

---

[20] The terminal valuation generated by any model must equal the predetermined maturity payoff.

[21] See Pesaran (2004).

[22] Sen Report, p. 41, n. 91.

- 21 -

this methodological error in the Sen Report by including time to maturity as an explanatory variable.

> 2) *Correcting for the omitted variable bias in The Sen Report's regression leads to a $\beta$ estimate substantially less than 1.*

39. To correct the omitted variables error in the Sen Report's regression analysis, I add dummy variables for *months to maturity* in each observation to the Sen Report's regression. These "time fixed effects" control for the valuation components that are constant across notes for any given time to maturity. Adding time fixed effects to the Sen Report's regression corrects its omitted variable bias by controlling for any systematic impact of different times to maturity on note valuations.[23] **Table 2** reports estimates of the regression of SBB values on counterparty prices including both note and number-of-months-to-maturity fixed effects for the corrected 2013-2015 sample.

**Table 2 Regression of SBB values on counterparty prices including note and number-of-months-to-maturity fixed effects, 2013-2015**

| Sample size | Estimated $\alpha$ | Estimated $\beta$ - 1 |
|---|---|---|
| 1,090 | 23.899 | -0.177 |
| | (5.099) | (0.046) |

40. Table 2 reports estimates of $\alpha$ and $\beta$ - 1 for the corrected 2013-2015 sample. After fixing the Sen Report's methodological flaw by including time to maturity, the estimated relationship between the SBB values and counterparty prices yields an estimated average $\alpha$ of 23.899 rather than 3.390

---

[23] I also consider a regression specification that controls for time to maturity with linear and quadratic terms of the number of months to maturity. The code for this alternative regression is provided in the backup material accompanying this report. The regression estimates and their interpretations are very similar to those reported in **Table 2**.

as reported in the Sen Report and an estimated $\beta$ - 1 of -0.177 rather than 0.007 as reported in the Sen Report.[24] The estimated averge $\alpha$ is large and statistically significant at the 0.1% level; the estimate of $\beta$ - 1 is negative and statistically significant at the 0.1% level.

41.     The -0.177 estimate of $\beta$ - 1 accounting for the impact of time to maturity on note values (i.e., correcting the methodological error in the Sen Report's regression analysis) shows that the difference between SBB and counterparty prices is larger when the counterparty valuation is smaller. The SBB and counterparty prices are anything but "in line" as claimed by the Sen Report. SBB's note overvaluation is greater at lower counterparty prices. Similarly, the large and positive estimate of $\alpha$ (23.899) suggests that SBB's overestimation of the note's value is more severe when the counterparty prices are lower. Fixing note values and time to maturities at sample averages, I estimate the average overvaluation by SBB relative to the counterparty is $6.20, $4.43 and $2.66 when the counterparty valuation is equal to $100, $110 and $120, respectively.[25]

42.     In the previous section, I demonstrated that the Sen Report's conclusion that SBB's valuations were in line with counterparty prices is reversed when basic data errors are fixed even before the methodological flaws in the Sen Report's regression analysis are fixed. In this subsection, I demonstrated that including time to maturity in the Sen Report's regression

---

[24] In the corrected regression including both note and number-of-months-to-maturity fixed effects, $\alpha$ is defined as the average value of the sum of note and number-of-months-to-maturity fixed effects across all observations.

[25] The average SBB overvaluation relative to counterparty given a counterparty valuation of $100, for example, is calculated as $6.20 = 23.899 - 0.177 * $100.

- 23 -

analysis applied to the corrected 2013-2015 dataset generates both an estimated average $\alpha$ reliably different from 0 and an estimated $\beta$ reliably different from 1 at the 0.1% confidence level.

43. There remains at least one additional significant methodological error in the Sen Report I deal with next.

### B. The Sen Report's regression analysis has low statistical power due to extrapolation.

44. If the true population parameters $\alpha$ and $\beta$ of the Sen Report's regression are equal to 0 and 1, X and Y differ only by a random disturbance and the average difference between Y and X is 0 for all values of X, implying that X and Y are statistically not different. This is the Sen Report's line of reasoning in concluding that SBB and counterparty prices are statistically aligned.[26] However, obtaining *point estimates* of $\alpha$ and $\beta$ that are statistically not different from 0 and 1 is different than verifying that $\alpha = 0$ and $\beta = 1$ *in the population*.

45. Statistically insignificant estimates can result from *low statistical power* of the analysis performed when there exists a true relationship between the variables. It is possible that $\alpha$ is different from 0 or $\beta$ is different from 1, but the Sen Report's regression lacks the ability to discern these differences. If so, the Sen Report's regression analysis would not allow for the interpretation that "the SBB values are, statistically speaking, in line with the third-party valuations";[27] and the results of the Sen Report's regression could at best be summarized as *the particular regression specification run in the Sen*

---

[26] Sen Report, ¶115.

[27] Ibid.

*Report cannot provide evidence that the SBB values are, statistically speaking, not in line with the third-party valuations.*

46.    The Sen Report's regression analysis has poor statistical power because it imprecisely estimates $\alpha$, which should be interpreted as the expected value of the SBB valuation of a note given that the counterparty values the note at \$0.[28] Most notes in the Sen Report's sample have valuations above \$100. Estimating $\alpha$ using only valuations around \$100 is a classic example of *extrapolation,* leading to greater uncertainty in estimation and a high risk of producing misleading results.

47.    From an econometric perspective, extrapolation results in imprecise estimation of α in the Sen Report's regression because the standard error of the estimated average α is equal to the standard error of the estimated β multiplied by the sample average of the regressor, i.e.,

$$s.e.(\hat{\alpha}) \,=\, s.e.(\hat{\beta}) \,\times \frac{1}{N} \times \sum_{i=1}^{n}\sum_{t=1}^{T_i} X_{i,t}$$

where "s.e." represents the standard error of a parameter estimate, $X_{i,t}$ is the counterparty's value of note $i$ at time $t$, $n$ is the number of notes, $T_i$ is the number of monthly valuations observed for note $i$, and $N = \sum_{i=1}^{n} T_i$ is the total number of observations. That is, the standard error of the estimated $\alpha$ is proportional to the average of the counterparty valuations across all observations for any given standard error of the β estimate.

---

[28] Recall that $\alpha$ is the average of the note-specific constant terms across all note-month observations. Each note-specific constant term (i.e., $\alpha_i$) can be interpreted as the average value of SBB's valuation of note $i$ given that the counterparty values note $i$ at \$0.

- 25 -

48.     The average of the countperary valuations across the corrected sample of 2013-2015 is equal to $110.04.[29] As a result, the standard error of the estimate of $\alpha$ in the Sen Report's regression is so large that the estimate has low statistical significance despite actually being economically significant. Based on an imprecise, extrapolated estimate of $\alpha$, the Sen Report's conclusion that SBB valuation were in line with counterparty prices is highly misleading in that it is based on analysis with very low statistical power for disproving the Sen Report's conclusion.

49.     Table 3 illustrates the Sen Report's extrapolation error with a simple thought experiment. Table 3, row a) reproduces the results from Table 1. Table 3, row b) reports the result of the Sen Report's regression analysis which excludes the time to maturity variable on the 2013 to 2015 data after I subtract $100 from all the observed SBB values and counterparty prices. This simple translation does not change the observed relationship between SBB values and counterparty prices as evidenced by the same estimate of $\beta$ and standard error of $\beta$ in row a) as in row b). The estimated average $\alpha$ from this shifted data is somewhat smaller but the standard error is over 90% smaller and so the estimated average $\alpha$ is highly statistically significant.[30]

---

[29] The average of the counterparty valuations among the original sample over 2013-2015 used by the Sen Report is $108.98.

[30] The standard error of the estimated average $\alpha$ in row b) is .091244 (10.0405 ÷ 110.0405) times the standard error of the estimated average $\alpha$ in row a). It is straightforward to show that the $\alpha$ parameter in the regression of (X-$100, Y-$100) = the $\alpha$ parameter in the regression of (X, Y) + 100 × (the $\beta$ parameter in the regression of (X, Y) − 1). Under the Sen Report's null hypothesis of $\alpha$=0 and $\beta$=1 in the regression of (X, Y), the estimated $\alpha$ from the regression of (X-$100, Y-$100) has a distribution with mean 0. Thus, a statistically significant estimate of $\alpha$ in the regression of (X-$100, Y-$100) rejects the null hypothesis of $\alpha$=0 and $\beta$=1 in the Sen Report's regression.

**Table 3 The Sen Report's results are highly sensitive to shifts in the data**

|   | Variables | Estimated $\alpha$ | Estimated $\beta$ - 1 |
|---|-----------|-------------------|----------------------|
| a) | (X, Y) | 7.056 | -0.024 |
|   |   | (3.588) | (0.033) |
| b) | (X-$100, Y-$100) | 4.664 | -0.024 |
|   |   | (0.327) | (0.033) |
| c) | (X+$100, Y+$100) | 9.448 | -0.024 |
|   |   | (6.848) | (0.033) |

50.     The first two rows of Table 3 demonstrate that the Sen Report's conclusion that SBB's values were in line with counterparty prices is a result of imprecision. The Sen Report extrapolates from a cloud of data centered on an average counterparty price of $110.04 to a hypothetical counterparty price of $0. Simply shifting the data without changing the relationship between SBB values and counterparty values (as evidenced by the $\beta$ estimate and standard error) to be centered on an average counterparty price of $10.04 generates a highly statistically signficant estimated average $\alpha$.

51.     For completeness, I also include the results from running the Sen Report's regression analysis after adding $100 to all SBB values and counterparty prices in row c) of Table 3. Again, the estimated $\beta$ and standard error of the estimated $\beta$ is the same in row c) as in row a) and row b) but the standard error of the estimated average $\alpha$ in row c) is increased to 6.848.[31]

> *1)   Applying the Sen Report's regression to SBB's and counterparty's valuations of the option components of the notes shows a statistically significant difference in the valuations of the option components of the notes.*

52.     To fix the problems of low statistical power and extrapolation in the Sen Report's regression analysis, I replace the Sen Report's regression

---

[31] This standard error is 1.90876 (210.0405 ÷ 110.0405) times the standard error of the estimated average $\alpha$ in row a).

with one with higher statistical power for detecting valuation differences. Specifically, I run a regression of the SBB values of the option components of the notes on the counterparty prices of the option components, controlling for note-specific fixed effects. The value of the option component of a note is defined as the value of the note minus the value of a zero-coupon bond paying $100 at maturity.[32] Since there is no material dispute about the value of the zero coupon bond component of a structured note, the differences between SBB values and counterparty prices are equal to the difference in their valuations of the option component of the notes. This corrected version of the regression is identical to the Sen Report's regression except that Y and X are replaced by SBB's implied option valuations and counterparty's implied option valuations for each note, respectively. Following the Sen Report's line of reasoning, the new regression should produce a $\alpha$ estimate not statistically different from 0 and a $\beta$ estimate not statistically different from 1 if the SBB values are statistically in line with the counterparty prices.

53.    This corrected version of the Sen Report's regression using values of option components has  much higher statistical power for identifying valuation differences than the Sen Report regression. In the corrected 2013-2015 sample, the average counterparty valuation of the option component is $12.30, whereas the average counterparty valuation of the entire note is $110.04. Using the values of option components to estimate average $\alpha$ is

---

[32] The value of the notes in the sample can be decomposed into a zero-coupon bond that pays $100 at maturity and a combination of three options. See ¶75 of McCann Report. I assume a constant annual risk-free rate of 1% over the sample period and estimate the value of the zero-coupon bond as the present value of $100 discounted at 1% annually, although the result is robust to the choice of risk-free rate from a reasonable range of values.

therefore suffers much less from extrapolation (to a hypothetical counterparty price of $0) and produces a more precise estimate of $\alpha$.[33] This is confirmed by **Table 4**, which reports estimates of the regression of the SBB values of option components on the counterparty prices of option components with note fixed effects.

**Table 4 Fixed effects regressions of option component values, 2013-2015**

| Sample size | Estimated $\alpha$ | Estimated $\beta$ - 1 |
|-------------|--------------------|-----------------------|
| 1,090 | 4.990 | -0.046 |
| | (0.423) | (0.034) |

54.     The estimates of $\alpha$ are positive and statistically significant at the 0.1% level while the estimates of $\beta$ are not statistically different from 1 (but we are not yet including the critical time to maturity variable in the regression of option component valuations). The standard errors of the $\alpha$ estimates in this corrected analysis are much smaller than those from the original regression in the Sen Report (see **Table 1**). The $\alpha$ estimate for the corrected 2013-2015 sample shows that the expected value of SBB's valuation of the option component is $4.99 given that the counterparty values the option component at $0. Unlike the Sen Report's original regression analysis, this difference of $4.99 in valuations of the option component is highly statistically significant.[34] Had the Sen Report run its original regression excluding the value of the zero coupon bond common to both the SBB values and the

---

[33] $\alpha$ is now interpreted as the expected value of SBB's valuation of the option component given that the counterparty values the option component at $0.

[34] Similarly, for the original sample used in the Sen Report's regression, the expected difference in SBB's and counterparty's valuations of the option component is $4.37 and highly statistically significant given a $0 counterparty valuation of the option component.

counterparty prices, it would have concluded that SBB values are, statisticaly speaking, not in line with the counterparty prices.

## VI. The Deetz Report Arbitrarily Establishes Materiality Thresholds Just Above SBB's Significant Mispricing.

55. The Deetz Report determined that SBB's values largely fall within a range of prices equal to ± 5% of Markit prices which the Deetz Report asserts is a reaonable range for structured product valuations. (the "5% Variation Band").

a. "The range of reasonable values around the Markit prices shown in the same series of exhibits referenced above is determined based on applying a 5% band to capture an estimated reasonable range of market based fair values."[35]

56. The Deetz Report then determines the amount of SBB's valuations in excess of 5% above the Markit values on individual notes and assesses whether these excesses exceed 2% of the SBB Funds' NAV.

a. "In the same series of exhibits, I present the gross aggregate amounts in excess of the range and compare this amount to 2% of the applicable SBB Fund's adjusted Net Assets (NAV). This 2% of the applicable SBB Fund's adjusted NAV is my quantitative threshold. (*footnoe omitted*)"[36]

---

[35] Deetz Report, p. 43, ¶129.

[36] Deetz Report, p. 45, ¶135.

57.    The Deetz Report also determines whether SBB's valuations in the aggregate in excess of the range of values of individual notes in the Sen Report and the McCann Report exceed 2% of the SBB Funds' NAV.

    a.    "As shown in the table below, SBB's as-reported fair values in excess of the McCann-Sen Range did not exceed 2% of the applicable SBB Fund's adjusted NAV for 9 of 19 unique SBB."[37]

58.    The Deetz Report's use of a 5% Variation Band applied to structured note prices has no support in the structured products pricing literature or in industry practice. Notably, the Deetz report does not cite or discuss any academic or industry practice support for its 5% Variation Band.

59.    In addition, the Deetz Report does not include any calculations or explain the methodology by which the 5% Variation Band was derived. Nor does the report refer to, let alone incorporate, any established option valuation or statistical practice related to determining variation or error in model outputs. In short, the 5% Variation Band has no basis in valuation research or standard option valuation practice and appears to have been determined arbitrarily.[38]

---

[37] Deetz Report, p. 45, ¶163.

[38] The Deetz Report cites a December 31, 2013 JP Morgan Form 10-K, which states that "correlation levels are very much dependent on market conditions and could have a relatively wide range of levels within or across asset classes overtime, particularly in volatile market conditions." Deetz Report, p. 43, ¶ 131, n.181. The Form 10-K, however, does not reference a 5% Variation Band for structured notes, let alone endorse such an arbitrary range. Even if it did, Deetz does not conduct any inquiry that would allow a direct comparison between the derivative securities held by JP Morgan in 2013 and SBB's structured notes.

60.     While different option pricing models, and different model inputs, result in slightly different values, there is no basis to conclude that price differences across models within +/- 5% are "reasonable," while only those differences in excess of 5% are of significance.

61.     The Deetz Report had a range of model values (account statements, Markit, the McCann Report and the Sen Report). It might have compared the SBB values to this range of principled values but there is no basis for applying an nonstandard 5% to the Sen Report's values which are already typically the highest in the range of four values available to the Deetz Report. By assessing whether SBB values in the aggregate in excess of the Sen Report's values plus this abritrary and unwarranted 5% exceeded 2% of SBB's NAV, the Deetz Report effectively converts the 2% materialty threshold into a 7% materiality threshold without any basis in structured note valuation theory or practice.

62.     In addition, blanket application of a 5% Variation band ignores some key aspects of the structured notes being evaluated. For example, as I mentioned above, structured note valuations, regardless of the model used, converge as the note approaches maturity to a precisely specified payoff. Ignoring this mathematical requirement for any valid valuation model is related to the Sen Report's error in failing to include the critical time-to-maturity variable in its regression analysis. Here, the Deetz Report applies a 5% Variation Band to valuations of structured products as they are close to maturity when all valid models converge; at or near maturity there can be no variation band, let alone an arbitrary 5% Variation Band. In addition, the Deetz Report applies a 5% Variation Band without regard to differences

across notes, including differences in the composition of the note as between the bond component and the option component (i.e., the component actually measured by the models). For example, Note #20 discussed above had unique features amongst the SBB structured notes in that its embedded created short stock stock exposure while all the other notes had long stock market exposure as a result of their embedded options.

63.    To the extent there is a difference in valuation across pricing models, the reasonableness of the difference must be assesssed by identifying the reason(s) for the variance. For example, if specific model inputs are causing the difference, you would have to assess the reasonableness of the model inputs and understand how the inputs were impacting the valuation. You would also have to assess the reasonableness of the methodology used by each pricing model. For example, whether a model's valuations are generally biased in one direction. As detailed in the McCann Report, there are numerous nonstandard inputs in SBB's nonstandard pricing model that caused different values compared to Markit values. Applying a blanket 5% Variation Band, as the Deetz Report suggests, would be unreasonable because such band would not consider the underlying cause of the differences and simply sweep under the rug obvious model deficiencies.

64.    For the same reasons discussed in this section, Deetz's use of a secondary method for analyzing misstatements – *i.e.*, taking SBB note valuations and comparing them to the higher of the valuations reached by the McCann Model and the Sen Model plus an additional "correlation risk" – is without any basis in structured note valuation theory or practice. Deetz does not provide any basis in academic literature or industry practice for options

valuation for (a) consistently selecting the highest point in the "McCann-Sen" range with his addition of "correlation risk", or (b) blanketly using that factor as the comparator in his analysis of the variance between SBB's valuations and valuations reached by an industry standard valuation practice.

## VII.   Summary and Conclusion

65.    The Sen Report's regressional analysis which was offered to support the conclusion that SBB's model did not misprice structured notes includes at least four substantial errors.

   a. The Sen Report's computer coding error caused all month-end observations for whcih the last trading day was not a calendar month end to be dropped. The Sen Report increased the standard error of the estimated average α and estimated β - 1 by excluding over 30% of the data.

   b. The Sen Report included an extraordinarily consequential outlier - the inverse Note #20. By including this note, the Sen Report biased the estimated average α downward and biased the estimated β - 1 upward and made the standard error of both estimates larger.

   c. The Sen Report failed to account for the common impact of time to maturity in both SBB's values and in counterparty prices and so generates unreliable estimates. By omitting this critical variable, the Sen Report dramatically understated the estimated average α and dramatically overstated the estimated β.

   d. The Sen Report's regression analysis in not sufficiently powerful to detect systematic SBB mispricing because of extrapolation.

Centering the data nearer an average counterparty price of $0 dramatically reduces the standard error of the estimated average α.

66.     Each of these four errors work in the same direction. Each Sen Report error shaped the results to favor the conclusion that SBB's values were "statistically speaking in line" with counterparty prices. **Table 5** gathers the results presented above and demonstrate that SBB's nonstandard model systematically overvalued notes compared to counterparty prices and SBB's values did not move one-for-one with counterpaty prices.

**Table 5 Summary of Corrections to Sen Report**

| | Sample size | Estimated $\alpha$ | Estimated $\beta$ - 1 |
|---|---|---|---|
| Sen Report | 763 | 3.390 (4.000) | 0.007 (0.037) |
| Merging code fixed, Note 20 excluded | 1,090 | 7.056[*] (3.588) | -0.024 (0.033) |
| Merging code fixed, Note 20 excluded, time to maturity incorporated | 1,090 | 23.899[***] (5.099) | -0.177[***] (0.046) |
| Merging code fixed, Note 20 excluded, zero-coupon bond removed | 1,090 | 4.990[***] (0.423) | -0.046[***] (0.034) |
| Merging code fixed, Note 20 excluded, both time to maturity incorporated and zero-coupon bond removed | 1,090 | 6.587[***] (0.561) | -0.176[***] (0.046) |

    *   Statistically significant at 5%
    ** Statistically significant at 1%
    *** Statistically significant at 0.1%

67.     The Sen Report claimed that SBB's nonstandard pricing model produced values which were statistically in line with counterparty prices based on the regression reseult is the first row of **Table 5**. These results – statistically insignifcant estimated average α and estimated β which was not statistically significantly different from 1 – are simply a result of errors in the Sen Report. The Sen Report's statistical results provide the only support for

- 35 -

its ultimate conclusion but are simply erroneous. Correcting obvious errors in the Sen Report, the corrected estimated average $\alpha$ is reliably different from 0 at high statistical significance and the estimated $\beta$ is reliably different from 1 at high statistical significance.


_____
Signature of Expert