# EXHIBIT 11



**February 2016**                                                                                      *POLYSIGHT* ®

## Program Information

SBB Research Group *Polysight* ® I LLC is a Quantitative Directional Equity hedge fund that employs systematically driven investment strategies to achieve dual goals: consistent returns and strong protection against losses to investment principal. *Polysight* ® is designed to create favorable risk-adjusted returns while providing intermediate to long term equity exposure opportunities through the use of equity-linked structured products and derivatives. SBB Research Group ("SBBRG") is a highly interdisciplinary team that specializes in learning from diverse data to identify opportunities and create value for its investors. SBBRG's Founder and CEO, Sam Barnett, originally developed predictive algorithms while studying Applied and Computational Mathematics at Caltech, and the firm has since refined and expanded these methods into a sophisticated multi-model investment decision making platform. At SBBRG, Mr. Barnett—a neuroscientist and PhD candidate at Northwestern University—has built a collaborative and academically rigorous environment comprised of researchers, scientists and software engineers.

## Historical Performance[1]

|      | Jan    | Feb   | Mar   | Apr    | May    | Jun    | Jul    | Aug    | Sep    | Oct    | Nov    | Dec    | YTD    |
|------|--------|-------|-------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 2016 | -7.48% | 1.71% |       |        |        |        |        |        |        |        |        |        | -5.91% |
| 2015 | 0.26%  | 2.28% | 0.47% | 1.18%  | 0.72%  | -0.53% | 2.15%  | -5.50% | -1.84% | 6.33%  | 0.89%  | -1.46% | 4.62%  |
| 2014 | 0.05%  | 1.37% | 0.66% | 0.04%  | 0.56%  | 0.41%  | 0.48%  | 0.92%  | 0.19%  | 1.15%  | 1.31%  | 0.52%  | 7.91%  |
| 2013 | 5.27%  | 0.21% | 0.74% | 0.85%  | 1.50%  | -0.81% | 1.84%  | -0.91% | 1.60%  | 1.83%  | 0.90%  | 0.59%  | 14.33% |
| 2012 | 5.05%  | 4.76% | 0.36% | -1.43% | -2.94% | 2.78%  | -1.53% | 4.01%  | 2.23%  | -3.07% | 1.12%  | 1.87%  | 13.55% |
| 2011 |        |       |       |        |        |        |        |        | -0.99% | 3.54%  | -0.36% | 2.39%  | 4.58%  |



### Return Analysis

| | |
|---|---|
| Total Return | 44.23% |
| Compound Annual Return | 8.48% |
| Compound Monthly Return | 0.68% |
| Average Monthly Gain | 1.64% |
| Average Monthly Loss | -2.22% |
| Average Monthly Return | 0.71% |

### Firm and Program Information

| | |
|---|---|
| Firm AUM | $200 Million |
| Polysight® AUM | $52 Million |
| Polysight® Inception[1] | Sept 2011 |
| Management Fee | 2% |
| Incentive Fee | 20% |
| High Watermark | Yes |
| Minimum Acct Size | $5,000,000 |
| Lock Up | 1 year |

### Contact Information

| | |
|---|---|
| Email Address | investors@sbbrg.com |
| Phone | 847-656-1111 |
| Mailing Address | SBB Research Group 450 Skokie Blvd Building 600 Northbrook, IL 60062 |

[1] Historical Performance represents a composite return of SBB Research Group Investors II LLC, which began trading in September 2011, and Polysight®, which began trading in June 2014, and is net of all fees and expenses. All historical metrics are calculated based on the Historical Performance. These values have not been audited. The performance of any individual investor may differ based on the timing of the investment and the fee structure of the investment.

SBBRG LLC-CONFIDENTIAL-243373



**February 2016**                                                                 *POLYSIGHT* ®

Since the September 2011 launch of the Fund there have been 26 months when either the S&P 500 or the Russell 2000 (or both) were negative. Polysight® delivered positive returns for 12 of those months, and outperformed the worst index in 24.



| Risk Analysis | | | | |
|---|---|---|---|---|
| | Polysight® | HFRI-Quant Directional | S&P 500 | Russell 2000 |
| Standard Dev. (Annualized) | 8.10% | 6.01% | 11.90% | 16.20% |
| Standard Dev. (Monthly) | 2.34% | 1.73% | 3.43% | 4.68% |
| Sharpe Ratio (Annualized)[2] | 0.95 | 0.61 | 0.86 | 0.52 |
| Sortino Ratio (Annualized)[3] | 1.47 | 0.90 | 1.44 | 0.80 |
| Maximum Drawdown[4] | -4.73% | -5.13% | -7.18% | -11.37% |
| Length of Drawdown[5] | 5 Months | 5 Months | 1 Month | 1 Month |
| Downside Deviation | 1.52% | 1.18% | 2.06% | 3.03% |
| Skewness | -0.66 | -0.72 | -0.03 | -0.05 |
| Kurtosis | 2.83 | 1.28 | 0.76 | 0.83 |
| Gain Standard Deviation | 1.52% | 0.98% | 2.21% | 2.83% |
| Loss Standard Deviation | 2.02% | 1.31% | 2.05% | 2.93% |
| % Positive Months | 76% | 61% | 65% | 57% |

| | S&P 500 | | Russell 2000 | |
|---|---|---|---|---|
| | Polysight® | HFRI Quant | Polysight® | HFRI Quant |
| Correlation | 0.78 | 0.90 | 0.69 | 0.87 |
| $R^2$ | 0.60 | 0.80 | 0.48 | 0.76 |
| Alpha (Annualized) | 2.73% | -2.93% | 5.45% | -0.57% |
| Beta | 0.53 | 0.54 | 0.35 | 0.39 |

| Service Providers | |
|---|---|
| Investment Manager | SBB Research Group LLC |
| Auditor | RSM McGladrey LLP |
| Custodian | JPMorgan Chase & Co. |
| Administrator | Woodfield Fund Administration LLC |
| Legal Advisers | Lowenstein Sandler LLP |

[2] Risk free rate: average monthly yield of the 3-month Treasury
[3] MAR: average monthly yield of the 3-month Treasury
[4] Represents the largest non-active peak to trough percentage decline
[5] Represents the time from peak to peak

*Important Information*

*This document is considered confidential, and is only directed to its intended recipients. The dissemination of this document or disclosure of the information contained herein is strictly prohibited. The document is only intended to be informational, and is not an offer or solicitation for any transaction. None of the information should be regarded as containing advice relating to legal, tax, investing or other matters. Past performance does not guarantee future results. The statements and values contained herein are deemed to be reliable, but their accuracy and completeness is not guaranteed. Moreover, the views and strategies described herein are subject to change without notice.*

*This information is directed to sophisticated investors for reference only. Private equity funds, hedge funds and other alternative investments are complex instruments that are not suitable for every investor, may involve a high degree of risk, and may be appropriate only for investors capable of understanding and assuming the risks involved. Before entering into any transaction, an investor should determine if an investment suits their individual circumstances and should independently assess with their professional advisers the specific risks and the legal, regulatory, credit, tax, and accounting consequences.*