UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : : : Plaintiff, : : v. : : SBB RESEARCH GROUP, LLC, et al., : : Defendants. : : | Case No. 19-cv-6473 Judge Sharon Johnson Coleman Magistrate Judge Keri L. Holleb Hotaling |

EXHIBIT INDEX FOR
PLAINTIFF'S MOTION TO EXCLUDE MATERIALITY
OPINIONS OF GENE DEETZ

| Exhibit | Description |
|---|---|
| A | Expert Rebuttal Report of Andrew M. Mintzer dated October 31, 2023. |
| B | Expert Report of Peter C. Hickey dated April 17, 2023. |
| C | Deposition transcript of Gene Deetz dated January 30, 2024. |
| D | Expert Report of Gene Deetz dated July 17, 2023. |
| E | *Sunstar, Inc. v. Alberto-Culver, Co., Inc.*, 2006 WL 6505615 |
| F | *Complete Entertainment Resources LLC v. Live Nation Entertainment, Inc., et al.*, 2017 WL 11632203 |
| G | *Stop Staring! Designs v. Tatyana, LLC*, 2012 WL 12877991 |
| H | *Palmer v. Asarco Inc.*, 2007 WL 2298422 |
| I | Expert Report of Arun Sen dated July 17, 2023. |
| J | SEC Staff Accounting Bulletin: No. 99 - Materiality |
| K | AU-C Section 540: Auditing Accounting Estimates and Related Disclosures |
| L | *Cates v. Whirlpool Corporation*, 2017 WL 1862640 |

1

| | |
|---|---|
| M | Financial Accounting Standards Board: Statements of Financial Accounting Concepts No. 2 |

 

                                                        **UNITED STATES SECURITIES**
                                                        **AND EXCHANGE COMMISSION**

Dated: April 12, 2024                  Timothy S. Leiman
                                                    Robert M. Moye
                                                    Kevin A. Wisniewski
                                                    Devlin N. Su
                                                    Chicago Regional Office
                                                    175 West Jackson Blvd., Suite 1450
                                                    Chicago, IL 60604
                                                    Telephone: (312) 353-7390

                                                    *Attorneys for the Plaintiff*
                                                    *United States Securities and Exchange Commission*

                                                 **CERTIFICATE OF SERVICE**

       I hereby certify that that I have served a copy of the foregoing document on counsel of record by filing it with the Court's ECF system.

Dated: April 12, 2024                                           */s/ Robert M. Moye*
                                                                    Robert M. Moye