# EXHIBIT C

Gene Deetz
1/30/2024

## Page 1

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF ILLINOIS
 3                 EASTERN DIVISION
 4
 5   SECURITIES AND EXCHANGE   )
     COMMISSION,            )
 6          Plaintiff,     )
 7                          )
        v.                 ) Case No.
 8                         ) 1:19-cv-06473
     SBB RESEARCH GROUP, LLC,  )
 9   et al.,               )
                           )
10          Defendants.   )
     _____)
11
12
13
14      VIDEOTAPED DEPOSITION OF GENE DEETZ
15           Chicago, Illinois
16        Tuesday, January 30, 2024
17
18
19
20
21
22
23
     Reported By:
24   Maureen Woodman,
     CSR No. 084-002740
25   JOB No. 240130TCE
```

## Page 2

```
 1           UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF ILLINOIS
 3                 EASTERN DIVISION
 4
 5   SECURITIES AND EXCHANGE   )
     COMMISSION,            )
 6                          )
            Plaintiff,   )
 7                          )
        v.                 ) Case No.
 8                         ) 1:19-cv-06473
     SBB RESEARCH GROUP, LLC,  )
 9   et al.,               )
                           )
10          Defendants.   )
     _____)
11
12
13
14        The videotaped discovery deposition of
15   GENE DEETZ, taken on behalf of the Plaintiff, at
16   Suite 1450, 175 West Jackson Boulevard, Chicago,
17   Illinois, beginning at 9:10 a.m. on Tuesday,
18   January 30, 2024, before Maureen Woodman,
19   Certified Shorthand Reporter No. 084-002740.
20
21
22
23
24
25
```

## Page 3

```
 1   APPEARANCES:
 2   For Plaintiff:
 3     UNITED STATES SECURITIES AND EXCHANGE
        COMMISSION
 4     BY: MR. TIMOTHY LEIMAN
         MR. DEVLIN SU
 5       175 West Jackson Boulevard
         Suite 1450
 6       Chicago, Illinois  60604
         (312) 353-7411
 7       Tleiman@sec.gov
         Dsu@sec.gov
 8
 9   For Defendants:
10     LATHAM & WATKINS, LLP
        BY:  MS. HEATHER WALLER
11          MS. MARISSA K. PERRY
            330 North Wabash Avenue
12          Suite 2800
            Chicago, Illinois  60611
13          (312) 876-7700
            Heather.waller@lw.com
14          Marissa.perry@lw.com
15          -and-
16     KOPECKY SCHUMACHER ROSENBURG
        BY:  MR. HOWARD ROSENBURG
17          120 North LaSalle Street
            Suite 2000
18          Chicago, Illinois  60602
            (312) 380-6631
19          Hrosenburg@ksrlaw.com
20
     ALSO PRESENT:
21
        Patrick McPherson,
22        Videographer, Gradillas Court Reporters
23
24
25
```

## Page 4

```
 1              I N D E X
 2   WITNESS                        PAGE
 3   GENE DEETZ
 4     Examination by Mr. Leiman............6-373
       Examination by Ms. Waller..........373-378
 5
 6              - - - - - - - - - - - - - - - - -
 7            E X H I B I T S
 8   EXHIBIT        DESCRIPTION         PAGE
     Exhibit 1....Gene Deetz's Expert Report.....10
 9
     Exhibit 2....Peter Hickey's Expert Report...10
10
     Exhibit 3....ASC 820......................34
11
     Exhibit 4....SAB 99........................88
12
     Exhibit 5....Arun Sen's Expert Report.......165
13
     Exhibit 6....FASB CON 2.....................231
14
     Exhibit 7....Sandeep Navalgund Transcript...244
15
     Exhibit 8....Spreadsheet...................309
16
     Exhibit 9....Invoices......................341
17
18      *** EXHIBITS BOUND SEPARATELY ***
19
20
21
22
23
24
25
```

**Gene Deetz**
**1/30/2024**

Page 5

```
 1      THE VIDEOGRAPHER:  This is the videotaped
 2  deposition of Gene Deetz, in the matter of
 3  Securities and Exchange Commission v SBB Research
 4  Group, LLC, et al., case number 1:19-cv-06473.
 5  Today's deposition is being held at U.S.
 6  Securities and Exchange Commission in Chicago,
 7  Illinois.  Today's date is January 30th, 2024,
 8  and the time on the video monitor is 9:10 a.m.
 9          My name is Patrick McPherson,
10  certified legal video specialist with Gradillas
11  Court Reporters located at 400 North Brand
12  Boulevard, Suite 950, Glendale, California,
13  19203.
14          Would counsel and all present please
15  voice identify themselves.
16      MR. LEIMAN:  Good morning.  Tim Leiman and
17  Devlin Su for plaintiff Securities and Exchange
18  Commission.
19      MS. WALLER:  Heather Waller, Marissa Perry,
20  and Howard Rosenburg for defendants.
21      THE VIDEOGRAPHER:  Will the court reporter
22  please swear in the witness.
23
24
25
```

Page 6

```
 1          (Witness was duly sworn.)
 2              GENE DEETZ,
 3  called as a witness herein, after having been
 4  first duly sworn, was examined and testified as
 5  follows:
 6              EXAMINATION
 7  BY MR. LEIMAN:
 8      Q.  Good morning, Mr. Deetz.
 9      A.  Good morning, Mr. Leiman.
10      Q.  Can you state your name and spell your
11  last name for the record?
12      A.  Yes.  Gene Lawrence Deetz, D-E-E-T-Z.
13      Q.  As you heard, I'm Tim Leiman.  I
14  represent the SEC in this lawsuit.  You've had
15  your deposition taken before, right?
16      A.  I have, yes.  Thank you.
17      Q.  How many times have you had your
18  deposition taken?
19      A.  I would estimate over the course of my
20  career, probably closer to a hundred than it is
21  to 50, but I wouldn't have a precise number in
22  mind.
23      Q.  Somewhere between 50 and a hundred?
24      A.  Yes.
25      Q.  Over the course of your career, how many
```

Page 7

```
 1  years have you been serving as an expert witness?
 2      A.  Probably the mid 80s, so...
 3      Q.  30 years?
 4      A.  30 plus.
 5      Q.  So you will be familiar with the ground
 6  rules, but I will go through them anyway here.
 7          As you know, my questions and your
 8  answers will be taken down verbatim by the court
 9  reporter, and so it's important that we not speak
10  over each other.  I tend to be a very
11  conversational person, so I will have to obey
12  that a little bit more than you will likely have
13  to.  In any event, it is important that you give
14  audible answers, and that we not speak over each
15  other.
16          If you don't understand a question
17  that I ask, please let me know, and I will do my
18  best to rephrase it.
19          If there's any terminology that you
20  don't understand or that you are not familiar
21  with, let me know, and I will do my best to
22  define it within the confines of my knowledge.
23  If you need a break, please let me know, we will
24  take a break.  I only ask if there is a pending
25  question, that you answer it.
```

Page 8

```
 1          At times, you may hear your attorney
 2  object to a question that I ask; that is to
 3  preserve the objection for the record.  And
 4  unless your attorney instructs you not to answer,
 5  I would ask that you answer the question; is that
 6  fair enough?
 7      A.  Fair enough.  Understood.
 8      Q.  I will be showing you documents.  If you
 9  want to review a little bit of the document to
10  get familiar with it if you are not familiar with
11  it, let me know, and we will take the time so we
12  can do that.
13          And if there is anything else I can
14  do to clarify a question in terms of time, date,
15  or subject matter, let me know.
16      A.  Okay.  Will do.  Thank you.
17      Q.  Great.  Have you done anything to
18  prepare for your deposition here today?
19      A.  Yes.
20      Q.  And could you describe the steps that
21  you took to prepare?
22      A.  So I reviewed documents -- the documents
23  that would be my documents considered list
24  attended to my report and my report and the
25  exhibits.  I reviewed Minster's 2 report, if you
```

1  would, and considered those documents and those
2  exhibits.
3      **Q.** And you're referring to Minster 2.  Is
4  that the report that was issued as a rebuttal
5  report to your report?
6      **A.** That's correct.  And then, similarly, I
7  reviewed Dr. McCann, too, to the extent that it
8  had observations or criticisms about my July
9  report.
10     **Q.** And McCann 2, that's a reference to Dr.
11 McCann's rebuttal report?
12     **A.** That's correct.
13     **Q.** Did you meet with counsel in preparation
14 for today's deposition?
15     **A.** I did, yes.
16     **Q.** And how many times did you meet with
17 counsel?
18     **A.** It was either four or five times.
19     **Q.** And just ballpark, how much time did you
20 spend in those four or five meetings preparing
21 for this deposition?
22     **A.** It would be 8 to 10 to 12, in that
23 range, hours.  Excuse me, 8 to 10 to 12 hours in
24 that range.
25     **Q.** Can you think of any reason today,

9

1  whether it's medical or otherwise, that you would
2  not be able to provide full and truthful
3  testimony?
4      **A.** None whatsoever.
5      **Q.** I'd like to look at, first of all, your
6  report and the report that I believe you're
7  responding to.  I marked two exhibits.  First one
8  is labeled Deetz 1.  Second one is Deetz 2.
9              (WHEREUPON, said documents
10             were marked as Deetz
11             Deposition Exhibit 1 and
12             Exhibit 2 for Identification.)
13     **A.** Okay.
14     **Q.** You will notice in Deetz 1 I have put in
15 a tab for Poly 1.  That's just for ease of
16 getting around the exhibits a little bit, because
17 they're voluminous.
18     **A.** Understood.
19     **Q.** The first exhibit, Deetz 1, is that the
20 report that you have submitted in this case,
21 along with its exhibits?
22     **A.** I'd be able to look quickly?  Do you
23 mind if I unhook this?
24     **Q.** You can unhook it.  I ask you to keep
25 them in order.

10

1      **A.** I will do my best to do that but just
2  give me a second.
3              (Brief pause.)
4              It certainly appears to be a
5  complete copy of the report.
6      **Q.** And that's the report that you have
7  issued in this case, correct?
8      **A.** That's correct.
9      **Q.** Does that report contain a full summary
10 of the opinions that you are submitting in this
11 case?
12     **A.** Yes.
13     **Q.** Looking at Deetz 2, I sent you what is a
14 copy of the report of Peter Hickey.  Am I right
15 that your report was intended to respond to
16 specific issues raised in the Hickey report?
17     **A.** Yes.
18     **Q.** I'd like to make sure we're sharing some
19 common terminology before we dive into the
20 substance of the report.
21              If I use the term SBB to refer to
22 SBB Research Group, LLC, is that terminology
23 you're comfortable with?
24     **A.** Sure.
25     **Q.** And you understand that they were the

11

1  manager of several private investment funds?
2      **A.** Yes.
3      **Q.** I'll refer to the funds collectively as
4  the Funds.  Is that terminology you're
5  comfortable with?
6      **A.** It is.  And I apologize.  If I need
7  clarification, I'll put my hand up.  I'm very
8  familiar with that.
9      **Q.** Right.  I assume both of us will refer
10 to specific funds at some point.  I'll do my best
11 to identify which fund I'm talking about,
12 specific fund, if you can do the same.
13     **A.** Right, absolutely.
14     **Q.** I will sometimes refer to the SBB model
15 or the model, and this will be in reference to
16 the custom valuation model that SBB developed and
17 evolved over time to value the option component
18 of the structured notes held by the Funds.  Do
19 you understand that definition?
20     **A.** Yes, I do.
21     **Q.** And do you feel that definition's fair?
22 You're comfortable operating with that
23 definition?
24     **A.** Right.  The only thing that we might
25 want to clarify, it does value the option

12

1  components, but I think it gets to a total
2  payoff.
3      **Q.**  Okay.  I'm comfortable with that if
4  you're comfortable with it.
5      **A.**  Right.
6      **Q.**  You understand eventually SBB adopted a
7  model that was used by a firm called Markit,
8  M-A-R-K-I-T, correct?
9      **A.**  Correct.
10     **Q.**  This is where depositions get a little
11 strange, because you and I will be referring to
12 Markit the firm with an I-T, and occasionally we
13 will both be referring to market as the market
14 for structured notes.
15     **A.**  I still have the habit of sake Mark I-T,
16 just because when they first started out, you had
17 to make that clarification all the time, so I
18 appreciate that.
19     **Q.**  You are comfortable with the firm's
20 name?
21     **A.**  Yes.
22     **Q.**  I will occasionally be referring to the
23 Ankura model, and that will be in reference to a
24 model for valuing structured notes that was
25 included in the expert report of Dr. Arun Sen.

13

1  Are you familiar with that model?
2      **A.**  I'm familiar with the -- yes, I am.
3      **Q.**  And if I use that terminology, you are
4  comfortable with that?
5      **A.**  Yes.
6      **Q.**  I'll also refer to the McCann model, and
7  that is a model that was developed by the SEC's
8  designated valuation effort, Dr. Greg McCann.
9  Are you familiar with that model?
10     **A.**  Yes.
11     **Q.**  Are you comfortable with me referring to
12 that as the McCann model?
13     **A.**  Yes.
14     **Q.**  I will also be referring to the Rule ASC
15 820.  And just for the record, that's the letters
16 A-S-C and then the numbers 820.  Are you familiar
17 with that provision?
18     **A.**  Yes, I am.  That codification of fair
19 value.
20     **Q.**  Yes, yes.  I'd like to look at the
21 opinions that you issued in the case and that you
22 responded to.  If we can look at Deetz 2, and
23 we'll start on page 5.  This is the summary of
24 opinions from Mr. Hickey.  Am I correct that your
25 report responds to some but not all of Mr.

14

1  Hickey's opinions?
2      **A.**  If you can just give me a second.
3      **Q.**  Sure.  Of course.
4                  (Brief pause.)
5      **A.**  And we will go through them one at a
6  time.
7      **A.**  I appreciate that.  I'm used to thinking
8  about them in a slightly different way.  That's
9  why I wanted to take a second.  I'm almost done.
10 Thank you for your patience.  I apologize for
11 this.
12     **Q.**  No problem.
13     **A.**  Yes, that's correct.  I responded to
14 some but not all.
15     **Q.**  Starting with Section 10(b), Hickey's
16 report says under Summary of Opinions, "SBB's
17 model for valuing structured notes was an option
18 valuation exercise.  By its own term, the SBB
19 model breaks each note down into its component
20 options, runs simulations for valuations of the
21 options on the underlying indices, and then
22 aggregates the option values to get the value of
23 the particular note."
24             Does your report contain an opinion
25 in response to that opinion?

15

1      **A.**  I don't believe it does, no.
2      **Q.**  In part C, Mr. Hickey says that, "SBB's
3  representation to investors that the SBB funds
4  were valued in accordance with GAAP would be
5  considered important by a reasonable investor,
6  because it indicated two investors, SBB's
7  auditor," and then it lists various reasons why
8  the narrative representation would be important.
9             Your report takes issue with
10 numerical materiality, correct?
11     MS. WALLER:  Objection to form.
12     THE WITNESS:  Yeah.  I'm sorry.  Could you
13 ask again, please?
14 BY MR. LEIMAN:
15     **Q.**  Sure.  That's fair enough.
16             In your report, in the main, you
17 perform a materiality analysis on SBB's financial
18 disclosures -- their annual financial
19 disclosures; is that correct?
20     **A.**  For the notes, yes.
21     **Q.**  For the notes.
22     **A.**  Yes.
23     **Q.**  Are you also opining in relation to
24 narrative disclosures that were made to investors
25 by SBB?

16

1    MS. WALLER:  Objection to form.
2    THE WITNESS:  And I apologize.  Narrative
3  disclosures being -- could you clarify that for
4  me a little bit, please?
5  BY MR. LEIMAN:
6    Q.  Sure.  In addition to the financial
7  disclosures in financial statements, you're aware
8  that SBB made several narrative disclosures,
9  written disclosures to investors in financial
10  statements, in monthly statements, in periodic
11  communications, correct?
12    A.  Yes.
13    Q.  Does your report opine on whether any of
14  those written representations to investors were
15  false?
16    MS. WALLER:  Objection to form.
17    THE WITNESS:  Were false?
18  BY MR. LEIMAN:
19    Q.  Yes.
20    A.  I don't believe it does.
21    Q.  Okay.  For example, SBB represented in
22  writing that SBB funds were valued in accordance
23  with GAAP.  Are you opining as to whether that
24  written representation is false or not?
25    A.  I don't believe so, no.

17

1  model.  To the contrary, SBB does not seem to
2  have been aware of ASC 820's requirements until
3  well after the SBB model was created and
4  implemented."
5    Sort of a similar question to the
6  last one.  Other than possibly incorporating that
7  into qualitative materiality, does your report
8  have an opinion as to Hickey's opinion E?
9    A.  I don't believe it does, but the -- I
10  would just point out that how I think about the
11  -- in my detailed review of the factual record in
12  this case, which is in my Appendix 2, I agree to
13  the contrast, SBB does not seem to have been
14  aware of ASC 820 requirements until well after
15  the SBB model was created and implemented, and I
16  agree with that.
17    The reason I used that second
18  sentence as an example is the first sentence is
19  that they did not -- SBB did not attempt to
20  comply with ASC 820.  And then you have to think
21  about attempt, because if they didn't understand
22  it or know about it, but they were doing
23  something different than attempting to comply
24  with it and failing.  That's why I wanted to
25  clarify that answer.

19

1    Q.  In part D, Hickey opines, "Between 2011
2  and 2016, SBB had no experience with ASC 820 or
3  fair value guidelines that pertained to its
4  funds' investments in structured notes.  SBB's
5  valuation processes and functions during this
6  time period were not well developed."  Does your
7  report include an opinion related to that
8  opinion?
9    A.  Give me just a moment.
10    Q.  Yes.
11    (Brief Pause.)
12    A.  I've incorporated their lack of
13  knowledge about 820 into my qualitative analysis.
14  I apologize for hesitating.  I wanted to think
15  this through.
16    So I am not opining upon the
17  development portion at the end of it.  I just
18  want -- I know we need to be careful about that.
19    Q.  Sure.  But you don't disagree with the
20  opinion that he states that SBB had no experience
21  with ASC 820 or fair value when they developed
22  the model?
23    A.  I don't have any disagreement with that.
24    Q.  The next opinion, "SBB did not attempt
25  to comply with ASC 820 when they created the SBB

18

1    Q.  Okay.  So your clarification is they did
2  not attempt to comply with ASC 820 because they
3  weren't aware of ASC 820, your opinion is not
4  that they attempted and failed?
5    A.  Right.
6    MS. WALLER:  Objection to form.
7  BY MR. LEIMAN:
8    Q.  Opinion F says, "The SBB model did not
9  comply with ASC 820 because, among other things,
10  it did not maximize the use of observable inputs
11  and minimize the use of unobservable inputs."
12    In your report, are you opining that
13  SBB to the contrary maximized observable inputs?
14    A.  I'm opining in my report that long --
15  first of all, I think the -- when you get into
16  the detail of Mr. Hickey's reports, the
17  observable input he's focusing on is volatility,
18  and so I'm opining on -- in my opinion, the
19  volatility, because a significant portion of it
20  is long-dated volatility is not observable.
21  BY MR. LEIMAN:
22    Q.  Are you opining in general that SBB's
23  model maximized observable inputs, setting aside
24  implied volatility?
25    A.  I'm opining it's a Level 3 asset.  I

20

1    apologize.  Level 3 in terms of the table and the
2    hierarchy, and it doesn't -- observable -- excuse
3    me.  Implied observable volatility is not
4    observable.  They have all Level 3 inputs in that
5    regard.
6        Q.  So maybe an easier question is, other
7    than implied volatility versus historical
8    volatility, in your report, are you opining on
9    any other input in SBB's model?
10       A.  Give me just a second.
11               (Brief Pause.)
12       THE WITNESS:  Only in the sense that I am
13   opining that it's a Level 3 model.  It's not a
14   Level 2 model, and that it has significant
15   unobservable inputs, both volatility and
16   correlation.  And I don't express that
17   explicitly, but that's -- that's the
18   consideration I had in -- when I say Level 3 in
19   my report, that's what I'm referring to.
20   BY MR. LEIMAN:
21       Q.  And we can go through more specifics of
22   the model inputs.
23           Are you opining that the SBB model
24   was a market-based model, as opposed to an
25   entity-specific model?

21

1    am assuming for purposes of my materiality
2    assessment that it's a GAAP departure, and I'm
3    measuring the materiality of that.
4    BY MR. LEIMAN:
5        Q.  Just for clarification for the last
6    question, you're not opining as to whether any
7    individual input into the SBB model reflected the
8    assumptions and practices of industry
9    participants?
10       A.  No.
11       Q.  And your opinion on materiality focuses
12   on the annual financial statements of SBB,
13   correct?
14       MS. WALLER:  Objection to form.
15       THE WITNESS:  It is -- for each of the
16   individual funds -- I'll just do this now.  So
17   for investors -- and I'm going to use throughout
18   the day, if it's okay, Investors II would be one
19   of the funds, Investors III would be one of the
20   funds, Investors IV would be one of the funds,
21   CPS 1 would be one of the funds, CPSXI would be
22   one of the funds, and Poly 1 would be one of the
23   funds, if that's okay.
24   BY MR. LEIMAN:
25       Q.  Yes.

23

1        A.  No.
2        Q.  Are you opining that the inputs for
3    SBB's model reflected the assumptions and
4    practices of market participants in valuing the
5    structured notes?
6        A.  I don't have -- going back to the last
7    question, too.  I'm not offering an opinion on
8    whether or not it was market based, and I'm not
9    offering an opinion on the specific inputs that
10   would go with -- that would be underneath the
11   market-based portion of ASC 820, so I don't have
12   an opinion on that.
13           For purposes of my work, I've
14   assumed that there is a GAAP departure, and then
15   I'm essentially considering the materiality of
16   that GAAP departure.
17       Q.  I see.  So you're not opining on whether
18   SBB's model complies with GAAP, you are assuming
19   that it deviates from GAAP and measuring the
20   materiality of that deviation?
21       A.  Yeah --
22       MS. WALLER:  Sorry, Gene.  Objection to form.
23       THE WITNESS:  Excuse me.  So, yeah, so
24   strictly for purposes, it is assumption, so I
25   don't have an opinion one way or the other, but I

22

1        A.  For each of those funds on their
2    year-end date, the December 31st date, is between
3    2011 and 2015 is what I'm considering.
4        Q.  For example, you don't include data for
5    the months of 2016 in which SBB used its own
6    model, correct?
7        A.  If we could -- could we unpack that,
8    please?
9        Q.  Sure.  You talked about the annual
10   financial statements for the fund.
11       A.  Right.
12       Q.  Your report does not opine on, for
13   example, monthly performance figures, correct?
14       MS. WALLER:  Objection to form.
15       THE WITNESS:  Yeah.  My report doesn't
16   specifically opine on monthly performance
17   figures, other than to criticize Hickey's use of
18   Table 4 in my report.
19   BY MR. LEIMAN:
20       Q.  Sure.
21       A.  And so -- and incorporating the record
22   into my qualitative assessment.  But I don't
23   think I specifically, other than in responding to
24   Table 4 talk about that.  We can look at my
25   report to confirm that, but that's my

24

Page 25

1  recollection.
2  **Q.** What I'm asking is, is your report is
3  not opining as to whether or not monthly
4  disclosures to investors regarding fund
5  performance were materially misstated or not
6  materially misstated?
7  MS. WALLER: Objection to form.
8  THE WITNESS: I apologize. Give me a second
9  to think this through.
10  BY MR. LEIMAN:
11  **Q.** Mm-hmm.
12  **A.** I'm sorry. That gets to be little bit
13  of a complicated question.
14  **Q.** Here, I'll simplify it.
15  Are you aware that SBB marks its
16  notes to Markit on a monthly basis?
17  **A.** I am.
18  **Q.** In your report, do you opine as to
19  whether any of those monthly marks were
20  materially misstated or not?
21  MS. WALLER: Objection to form.
22  THE WITNESS: The monthly marks, I don't
23  believe I am. Just doing the annual amounts of
24  December 31st.
25  BY MR. LEIMAN:

Page 27

1  risk?
2  **A.** Generally, yes.
3  **Q.** And are you aware that SBB had
4  disclosures to potential investors regarding the
5  Sortino ratio?
6  **A.** What specific disclosures got to an
7  investor -- so I've seen -- in my review of the
8  record, I've seen the Sharpe ratio, the Sortino
9  ratio, and the list of other metrics that they
10  calculated. And the only qualifier was putting
11  on -- so, yes, I've seen that. Is that -- I
12  don't recall, as I sit here, if Sortino got
13  incorporated into any of the packages that went
14  to an investor. I've seen it in the underlying
15  materials for sure.
16  **Q.** Does your report have any analysis of
17  SBB's disclosures on Sortino ratios or Sharpe
18  ratios?
19  MS. WALLER: Objection to form.
20  THE WITNESS: The analysis would be related
21  to Hickey's Table 4, and then in terms of
22  quantitative or statistical analysis, other than
23  that, no, it doesn't.
24  BY MR. LEIMAN:
25  **Q.** For example, in response to Table 4, you

Page 26

1  **Q.** And also periodically, are you aware
2  that SBB would provide performance figures to
3  investors that reflect the performance of the
4  fund in terms of percentages, percent gain or
5  percent loss?
6  **A.** I am, yes.
7  **Q.** And are you opining as to whether those
8  periodic figures are materially misstated or not?
9  MS. WALLER: Objection to form.
10  THE WITNESS: I think incorporated in my --
11  incorporated in my opinion on materiality would
12  be that I had not seen any reaction from the
13  investors. As part of a qualitative assessment,
14  I would -- I think I'm going to be testifying
15  that those were not material to investors.
16  BY MR. LEIMAN:
17  **Q.** Right. But you are not doing a
18  quantitative analysis of monthly disclosures by
19  SBB, correct?
20  **A.** No, I'm not.
21  **Q.** Are you aware of what a Sortino ratio
22  is?
23  **A.** I am.
24  **Q.** And is it your understanding Sortino
25  ratio is a statistical calculation related to

Page 28

1  don't offer an alternative calculation of Sortino
2  or Sharpe ratios, correct?
3  **A.** That's correct.
4  **Q.** In your report, are you opining on the
5  accuracy of SBB's marketing materials to
6  potential investors?
7  MS. WALLER: Objection to form.
8  THE WITNESS: I apologize. Could you help me
9  with accuracy for a second?
10  BY MR. LEIMAN:
11  **Q.** Sure. Are you aware that SBB issued
12  marketing materials to potential investors to
13  market the Polysight fund?
14  **A.** Yes.
15  **Q.** And did you review those marketing
16  materials?
17  **A.** I have, yes.
18  **Q.** Other than year-end NAV, do you have any
19  opinions in your report related to whether the
20  disclosures in those marketing materials are
21  accurate or not?
22  **A.** The numbers?
23  **Q.** Yes.
24  MS. WALLER: Objection to form.
25  THE WITNESS: I don't believe I do as to the

1  numbers, no.
2  BY MR. LEIMAN:
3     Q.  And what about the narrative disclosures
4  in those marketing materials, have you issued an
5  opinion related to whether those are materially
6  misstated?
7     MS. WALLER:  Objection to form.
8     THE WITNESS:  I have not done that
9  explicitly.  And the only reason I wanted to
10  follow up on that with you is because
11  qualitatively, I have considered that.
12  BY MR. LEIMAN:
13    Q.  Okay.  I apologize, because some of
14  these questions are going to be somewhat obvious,
15  but, nevertheless, I'm going to go through with
16  it.
17        You're familiar with what a
18  derivative instrument is, correct?
19    A.  Yes.
20    Q.  And could you just briefly describe what
21  your understanding of derivative instrument is?
22    A.  Sure.  It would be an underlying -- and
23  it could be an underlying debt instrument or
24  equity instrument, that would be -- in this case,
25  in terms of a structured note, it could be a

29

1  debtor credit.  But in terms of a structured
2  note, it would be the underlying equity, indices,
3  credit basket that would impact the return of the
4  structured note.
5     Q.  And in practical effect, the structured
6  notes in this case had a bond element and an
7  option element; is that fair?
8     A.  For the ones in the funds -- going back
9  to how I defined fund earlier.  For the ones in
10  the funds that were -- that were subject to my
11  analysis, I think that would be fair.
12    Q.  And in describing the option element,
13  that element of the structured note derived its
14  value from an underlying asset; is that correct?
15    A.  Could you repeat that again just to make
16  sure I got it?
17    Q.  Sure.  We talked about a structured note
18  having a bond element and an option element.  The
19  option element is essentially an option on an
20  underlying asset, correct?
21    A.  That's correct.
22    Q.  And in this case, we're talking about
23  options where the underlying asset was one or
24  both of the S & P 500 Index and the Russell 2000
25  Index, correct?

30

1     A.  Yes, it was.
2     Q.  And I understand there's a very small
3  number of notes that were commodities backed,
4  correct?
5     A.  Right.
6     Q.  Were you analyzing the
7  commodities-backed notes in your analysis?
8     A.  I don't think those were in any of the
9  funds that were the points of my opinions.
10    Q.  And did all the notes have the same
11  underlying index?
12    A.  I believe they all had the same
13  underlying index.  I think just as a point of --
14  in the weeds, but one clarification.  I think all
15  of them except one were exactly that, and there
16  was -- I think note 20 is a short, or they call
17  them bearish note.  I think it has the same
18  underlying, but it's kind of inverted in terms of
19  how it works.
20    Q.  This is probably a good time to clarify.
21  In line with what you were saying, almost all of
22  the notes had a positive correlation to the value
23  of the S & P 500 and/or Russell 2000 Index,
24  correct?
25    A.  That's correct.

31

1     Q.  You mentioned note 20.  Are you familiar
2  about the term "inverse note"?
3     A.  How I think of it is bearish.
4     Q.  So a bearish note was negatively
5  correlated to the returns of the S & P 500 and
6  Russell 2000, correct?
7     A.  Just so how I think about that -- I
8  think I'm agreeing with you.  Let me just say how
9  I would say it.
10    Q.  Of course.
11    A.  That the better the S & P and the
12  Russell do on the one hand versus the worst the
13  S & P and the Russell do on the other hand.
14    Q.  And the valuation of the structured note
15  was largely dependent on valuing the option
16  component of the note; is that correct?
17    MS. WALLER:  Objection to form.
18    THE WITNESS:  I think I'd say it a little
19  differently.  I think the change in the value
20  would certainly be related to the option
21  component of the note.
22  BY MR. LEIMAN:
23    Q.  And would you agree that most of the
24  purpose of SBB's model was to value the option
25  component of the note?

32

1    **A.**  I'm not sure about the purpose, but the
2  model -- SBB's model, as I understand it, was to
3  value the -- value -- part of the process was to
4  value the option components.
5    **Q.**  And are you aware that each note was
6  individually negotiated by SBB?
7    **A.**  Yes.
8    **Q.**  And do you understand that each note had
9  a different composition as between the bond
10 component and the option component?
11   **A.**  I think -- I know -- I don't mean to be
12 tedious.  It is helpful if I say it in my terms
13 and then make sure we're communicating.
14         So each of the notes was bespoke,
15 negotiated between SBB and a counterparty.  And
16 they would have different barriers.  And could be
17 a digital or another type of note.  Digital has a
18 different payout structure.  So in that sense,
19 they would have -- they wouldn't all have the
20 same barriers.  They wouldn't all have the same
21 attachment/detachment points.  So they're two
22 different kinds of notes.  Most of them are
23 digitals, and for some reason I'm blanking on the
24 other type.  But I could draw a picture of it.
25 But that is -- so they have that similarity, but

33

1  they would have different attachment and
2  detachment points and different returns and
3  payoffs based on those attachment and detachment
4  points.  I'm sorry for the long answer.
5    **Q.**  In general, is it fair to say that in
6  terms of value, the portion of the note that is
7  tied to the bond and the portion of the note that
8  it is tied to the option valuation would be
9  different for each note?
10   **A.**  I think because of the differences in
11 the barriers, that they would be different.  And
12 so, yeah, I think I would agree with that.
13   MR. LEIMAN:  I'd like to mark as Deetz
14 Exhibit 3 a copy of ASC 820.
15         (WHEREUPON, said document
16              was marked as Deetz
17              Deposition Exhibit 3
18              for Identification.)
19 BY MR. LEIMAN:
20   **Q.**  First of all, are you familiar with FASB
21 codification ASC 820?
22   **A.**  Yes, I am.
23   **Q.**  And could you just generally describe
24 what your understanding is of ASC 820?
25   **A.**  Yeah.  It provides guidance on fair

34

1  value.
2    **Q.**  And what is fair value?
3    **A.**  Fair value is the estimate of a
4  transaction price between market participants.
5    **Q.**  I'd like to start by looking at page 11
6  of 113.  You will see the page numbers in the
7  upper right hand corner.
8    **A.**  Okay.  These are two-sided, right?
9    **Q.**  I believe they are.
10   **A.**  Okay.  I've got 11.
11   **Q.**  Let's start by looking at Section 5-1B.
12   **A.**  I'm here.  I'm there.
13   **Q.**  And it says, "Fair value is a
14 market-based measurement, not an entity-specific
15 measurement."  Do you see that language?
16   **A.**  I do see that.
17   **Q.**  And it goes on to say, "The objective of
18 a fair value measurement in both cases is the
19 same, to estimate the price in which an order
20 early transaction to sell the asset or to
21 transfer the liability would take place between
22 market participants at the measurement date under
23 current market conditions (that is an exit price
24 at the measurement date from the perspective of a
25 market participant that holds the asset owes the

35

1  liability.)"  Is that what you are describing as
2  the general definition of fair value?
3    **A.**  Yes.
4    **Q.**  Is it fair to say that ASC 820 is
5  designed to provide guidance to -- guidance for
6  entities to attempt to get as close to an
7  objective measure of value as possible?
8    MS. WALLER:  Objection to form.
9    THE WITNESS:  I would describe it a little
10 differently, probably within the same concept,
11 but it is just -- it is doing its best to
12 estimate that exit price in a market-based
13 environment.
14         So your objective is to get to an
15 exit price which would be a transaction price.
16 That's the target you got.  That's how I think
17 about it.
18 BY MR. LEIMAN:
19   **Q.**  And when it says that this is not an
20 entity-specific measurement, is it fair to say
21 that that is a reference to prevent subjective
22 measurements of value as being incorporated into
23 the ASC 820?
24   MS. WALLER:  Objection to form.
25   THE WITNESS:  I don't think of it as

36

1  preventative.  I think it is -- it says that --
2  underneath that, it says to the extent possible,
3  and including relevance, that you're supposed to
4  use techniques and inputs that would be
5  market-based.
6  BY MR. LEIMAN:
7      Q.  And so the purpose is, as much as
8  possible, to use inputs that are consistent with
9  the assumptions of market participants, correct?
10     A.  As much as possible to the extent you
11 can do that it.  Obviously, in certain
12 circumstances you're going to have to use
13 subjective measurements because that's all you've
14 got.
15     Q.  But even when using subjective
16 measurements, you should attempt to use those
17 measurements that correspond to the assumptions
18 of market participation?
19     A.  You should attempt to do that if
20 possible.  You bet.  I agree with that.
21     Q.  Are you aware of a -- are you aware of
22 the concept of comparability when it comes to
23 fair value?
24     A.  Comparability -- comparable?
25     Q.  Yeah.

37

1      A.  Comparability?
2      Q.  Yeah.
3      A.  I'm generally aware of the concept of
4  comparability in terms of financial reporting.
5          So as I sit here, I don't recall a
6  specific section in 820.  Please direct me to it
7  if it's here.  But in terms of comparability,
8  that would be one of the underpinnings of U.S.
9  GAAP, is that everybody uses the same rules, so
10 you get comparable results.
11     Q.  Is it fair to say that one of the goals
12 of the fair value definition is to ensure that as
13 much as possible, values and valuation methods
14 are comparable for the same security?
15     MS. WALLER:  Objection to form.
16     THE WITNESS:  Again, 820 doesn't prescribe a
17 particular technique or methodology.  It's very
18 broad-based.  I know you understand this.  Very
19 broad-based.  So -- but it does -- it frames that
20 in terms of other -- to the best you can
21 ascertain, what the market participants would be
22 using.
23 BY MR. LEIMAN:
24     Q.  Looking at ACS 820 5-1C, which is just
25 below there, "Because fair value is a

38

1  market-based measurement, it is measured using
2  the assumptions that market participants would
3  use when pricing the asset or liability,
4  including assumptions about risk.  As a result, a
5  reporting entity's intention to hold an asset or
6  to settle or otherwise fulfill a liability is not
7  relevant when measuring fair value."
8          Taking that first part, "Measured
9  using the assumptions that market participants
10 would use when pricing the asset or liability,
11 including assumptions about risk."  Do you agree
12 that in valuing an asset, the entity measuring
13 fair value must take into account the assumptions
14 that market participants would use for the same
15 security?
16     A.  And I think that the only thing I'd say
17 slightly differently than that is that they
18 definitely should take those into account, but
19 relevance here is important.
20          So they should take those into
21 account to the extent they're aware of them, and
22 then they also have to measure those for
23 relevance to your particular facts and
24 circumstances.
25     Q.  And you say to the extent they are aware

39

1  of them.  Is it an entity's responsibility to do
2  their best to become aware of the assumptions and
3  practices of market participants in valuing a
4  security?
5      MS. WALLER:  Objection to form.
6      THE WITNESS:  Yeah, I -- could you ask me
7  that again?
8  BY MR. LEIMAN:
9      Q.  Sure.  In your response, you qualified
10 your response by saying to the extent they're
11 aware of them in reference to assumptions of
12 market participants.
13          What I'm asking is a little
14 different.  Do you agree that in valuing an asset
15 to comply with ASC 820, an entity should try to
16 understand what the assumptions and practices of
17 market participants are in valuing the security?
18     MS. WALLER:  Objection to form.  And also
19 objection to scope.  I think you're going beyond
20 the scope of the opinions that he's offering
21 today.
22 BY MR. LEIMAN:
23     Q.  You can answer the question.
24     A.  I'm sorry.  Could you give it back to
25 me, please?

40

1    **Q.**  Sure.  You qualified your answer by
2  saying to the extent that they're aware of them
3  in response to the assumptions and practices of
4  market participants.
5            To comply with ASC 820, do you
6  believe that an entity should try to understand
7  what those assumptions and practices are?
8    MS. WALLER:  Same objections.
9    THE WITNESS:  I would think that generally
10  speaking -- again, obviously I don't have an
11  opinion on this in this case, but generally
12  speaking, that an entity would -- that was aware
13  of ASC 820 and was trying to follow ASC 820 would
14  understand that it's market-based and would
15  consider whatever information they had or they
16  thought was reasonable to ascertain whether or
17  not they were complying with that part of the
18  guidance.
19  BY MR. LEIMAN:
20    **Q.**  And that would include the assumptions
21  and practices of market participants?
22    **A.**  It would.
23    **Q.**  On ASC 820 35-53.
24    **A.**  Do you want me to turn there?
25    MS. WALLER:  Page number?

41

1    MR. LEIMAN:  43 of 113.
2    MS. WALLER:  Which one, 35 --
3    MR. LEIMAN:  53.
4  BY MR. LEIMAN:
5    **Q.**  It states that, "Unobservable inputs
6  shall reflect the assumptions that market
7  participants would use when pricing the asset or
8  liability, including assumptions about risk."
9    **A.**  I apologize.  I just got there.  I'm a
10  little late.  What paragraph am I looking at?
11    **Q.**  Looking at the bottom of 35-53, the last
12  sentence, "Unobservable inputs shall reflect the
13  assumptions that market participants would use
14  when pricing the asset or liability, including
15  assumptions about risk."
16            You're aware that SBB's valuation
17  model contained several unobservable inputs of
18  its own creation, correct?
19    MS. WALLER:  Objection to form.
20    THE WITNESS:  I'm generally aware that they
21  had input -- Level 3 input.  I wouldn't have an
22  opinion as to whether or not they were their own
23  creation.
24  BY MR. LEIMAN:
25    **Q.**  And I believe you stated earlier that

42

1  you are not opining as to whether any of those
2  inputs corresponded with the market -- with the
3  assumptions and practices of market participants,
4  correct?
5    **A.**  That's correct.
6    **Q.**  So here it says that, "Unobservable
7  inputs shall reflect the assumptions that market
8  participants would use."  Do you accept that the
9  converse is true, that if a model has
10  unobservable inputs that do not reflect the
11  assumptions that market participants would use,
12  that this requirement is not met?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  I think that I wouldn't accept
15  that for a couple of reasons.  And, again, there
16  may be unique facts and circumstances about a
17  particular asset or a particular liability where
18  you -- where you would analyze those particular
19  facts and circumstances, and you would say these
20  are the reasons why I'm using my -- these inputs.
21  I'm sorry about the hands.  Why I'm using these
22  inputs, as opposed to the another set of inputs,
23  even though certain market participants in a
24  different circumstance use those inputs.
25            So the -- I think you have to get

43

1  to the facts and circumstances of that, because
2  it does say exactly like you said, that you shall
3  reflect the assumptions, but underneath all of
4  those things, there's got to be the relevance and
5  the facts and circumstances of your particular
6  asset or your particular liability.
7  BY MR. LEIMAN:
8    **Q.**  So as long -- so there are instances
9  where this is not a mandatory provision,
10  Unobservable but shall reflect the assumptions
11  market participants would use?
12    MS. WALLER:  Objection to form.  Tim, I'm
13  going to put -- unless you want me to say scope
14  every time -- a standing objection to scope with
15  respect to his views or having him opine on ASC
16  820 when he's made clear that he's not offering
17  an opinion on that in this case.
18            I can do it every time or we can
19  agree to a standing objection as to his
20  interpretation and offering views on ASC 820 in
21  these lines of questions.
22    MR. LEIMAN:  Although he has opined in his
23  report that ASC 820 does not limit valuation
24  methods or inputs, and so I think I'm entitled to
25  probe that.

44

**Gene Deetz**
**1/30/2024**

1
2  BY MR. LEIMAN:
3     Q.   So when this says, "Unobservable inputs
4  shall reflect the assumptions that market
5  participants would use," you're saying that's not
6  accurate; that you could use unobservable inputs
7  that are contrary to what market participants
8  would use?
9     MS. WALLER:  Same objections.
10    THE WITNESS:  I apologize.  I didn't say it
11 very well.
12         I could say -- I'm saying that you
13 have to think about the relevance of your
14 particular security.  So what I was trying to
15 communicate -- and I apologize, I did a poor job
16 of it -- is, you can have a circumstance where
17 you're looking at evidence or have a view on what
18 market participants are using in certain
19 circumstances, and you can be uniquely different
20 than how those inputs are being applied in those
21 circumstances, and then you would say I think for
22 my security, I'm going to use these inputs,
23 because if market participants were valuing my
24 security with this unique differentiator in them,
25 these are the inputs they would use.

45

1
2  BY MR. LEIMAN:
3     Q.   So you're still taking into account the
4  assumptions and practices of market participants,
5  you are translating it to your security
6  essentially?
7     A.   But -- yes, but bear with me.  It gets
8  further removed, because then you're -- and this
9  happens more often than you might suspect, so
10 then you're making assumptions about why they
11 would change -- why the other market participants
12 would change the inputs that they're using in a
13 slightly similar circumstance when now you're
14 saying because of this unique feature, I think
15 this is what they would do in these
16 circumstances, opposed to what you might
17 otherwise observe.
18    Q.   Can an entity comply with this section
19 if they simply don't take in account what market
20 participants would do?
21    MS. WALLER:  Objection to form and scope.
22    THE WITNESS:  Yeah, again, they certainly
23 could comply with it to the extent -- if it's
24 inside their knowledge, then they should consider
25 it.

46

1
2  BY MR. LEIMAN:
3     Q.   And, again, you say inside your
4  knowledge.  Do you believe that entity to comply
5  with ASC 820 should attempt to understand what
6  the assumptions and practices of market
7  participants are related to unobservable inputs?
8     MS. WALLER:  Same objections.
9     THE WITNESS:  I'd say it slightly
10 differently, but I think -- let me say it
11 slightly differently.
12         Within their reasonable body of
13 knowledge, then I think they would consider it.
14 BY MR. LEIMAN:
15    Q.   There should be a good-faith effort to
16 try to understand what market participants do,
17 correct?
18    MS. WALLER:  Objection to form, scope.
19    THE WITNESS:  Again, within their body of
20 knowledge -- within their body of knowledge they
21 should consider it.
22 BY MR. LEIMAN:
23    Q.   What do you mean within their body of
24 knowledge?
25    A.   Well, you know, if they're aware of

47

1  certain things, they should consider them.  If
2  they are not aware of them, then I don't know how
3  they could consider them.
4     Q.   Do they get to put their head in the
5  sand and not consider what market participants
6  would do?
7     MS. WALLER:  Objection to form, scope, asking
8  for a legal conclusion.
9     THE WITNESS:  I think how I would --
10 BY MR. LEIMAN:
11    Q.   Actually, if you could just answer the
12 question.
13    MS. WALLER:  Let him answer the question.  He
14 said, "Well," and you cut him off.
15    THE WITNESS:  I apologize.  I don't mean to
16 keep doing this.  Can I have it back, please?
17 BY MR. LEIMAN:
18    Q.   Sure.  You say within their body of
19 knowledge, right?
20    A.   Right.
21    Q.   So if I don't know what market
22 participants are doing, do I just get to ignore
23 that, because it's not within my body of
24 knowledge, or do I have to go out and learn what
25 market participants do in valuing a security to

48

1  applied with ASC 820?
2     MS. WALLER: Same objections.
3     THE WITNESS: My answer, to the extent that
4  they're aware of information that market
5  participants are using, they should consider it.
6  And there are lots of sources that you could have
7  a view about what market participants are doing.
8  And so to the extent you're aware of it or have a
9  view on what they're doing, you should use that
10 information.
11 BY MR. LEIMAN:
12    Q.  You keep saying aware. I'm saying
13 something a little different.
14         If you are not aware of what market
15 participants do, should the entity go out and
16 attempt to learn what market participants do to
17 comply with ASC 820?
18    MS. WALLER: Objection to form and scope.
19    THE WITNESS: I think there should be some
20 level of understanding from some source about
21 what's going on in the marketplace, and so I
22 think that where we're breaking down here -- and,
23 I'm sorry, I don't mean to frustrate you at
24 all -- the go out and learn is kind of
25 open-ended. So they have to have some

49

1  understanding of what market participants are
2  doing to comply with that, to comply with that
3  portion of it, but they have to be aware of that
4  in the first place to start down that path.
5  BY MR. LEIMAN:
6     Q.  The second part of ASC 820 5-1C. And,
7  again, I apologize for hopping around, but that's
8  back where we were on page 11.
9         Do you agree that an entity valuing
10 a security must attempt to try to calculate fair
11 value without regard to their intent to hold the
12 asset?
13    A.  Let me just read this real quickly.
14    Q.  Sure.
15    MS. WALLER: Objection to form and scope.
16              (Brief Pause.)
17    THE WITNESS: And you're focusing on the last
18 sentence?
19 BY MR. LEIMAN:
20    Q.  "So as a result, the reporting entity's
21 intention to hold an asset or to settle or
22 otherwise fulfill a liability is not relevant
23 when measuring fair value." Do you agree that in
24 complying with ASC 820, an entity must attempt to
25 calculate interim fair value without regard to

50

1  their intent to hold the asset?
2     MS. WALLER: Same objections.
3     THE WITNESS: Yeah, I think that would be
4  generally -- generally how I would understand it,
5  yes.
6  BY MR. LEIMAN:
7     Q.  And do you agree that the converse is
8  true, if an entity focuses on its intent to hold
9  an asset or settle or otherwise fulfill a
10 liability, it is not complying with ASC 8205-1C?
11    MS. WALLER: Objection to form and scope.
12    THE WITNESS: I don't think about it in the
13 converse.
14 BY MR. LEIMAN:
15    Q.  Going to you report, so back to Exhibit
16 1, paragraph 34.
17    A.  I've got it in front of me.
18    Q.  You state, "In other words, ASC 820 does
19 not preclude any model nor specify any particular
20 model inputs that were developed as part of the
21 fair value measurement." Did I read that
22 correctly?
23    A.  You did.
24    Q.  Do you agree that ASC 820 does put some
25 limitations on methods that entities can use in

51

1  valuing securities?
2     A.  I'm sorry. I don't understand the
3  question.
4     Q.  You say that ASC 820 does not preclude
5  any model nor specify any particular model
6  inputs.
7     A.  Right.
8     Q.  We've been going through some of the
9  limitations of ASC 820 that it talks about. Do
10 you agree that ASC 820 does put some substantive
11 limitations on methods that entities can use when
12 valuing securities?
13    MS. WALLER: Objection to form.
14    THE WITNESS: I apologize. I'm not
15 connecting the question. I don't understand what
16 you're asking me.
17 BY MR. LEIMAN:
18    Q.  Sure. Under ASC 820, can an entity use
19 any valuation technique that they want?
20    MS. WALLER: Objection; form.
21    THE WITNESS: I would generally answer that
22 yes, they can.
23 BY MR. LEIMAN:
24    Q.  So if I put a bunch of numbers on the
25 wall, and I shot an arrow at a number, and it

52

1  hits a number, and that's the value that I use,
2  does ASC 820 allow that?
3     MS. WALLER:  Objection to form.
4     THE WITNESS:  Fair enough.  So a valuation
5  technique and inputs and methods, so I don't
6  think that the -- and I'm not trying to be funny
7  here at all, the shooting the arrow technique
8  would be a reasonable interpretation of that.
9  Guidance.
10  BY MR. LEIMAN:
11    **Q.**  It would not be a reasonable valuation
12  method?
13    **A.**  That's correct.
14    **Q.**  Okay.  So we talked about valuation
15  techniques must be based on the assumptions of
16  market participants when possible, correct?
17    MS. WALLER:  Objection to form and scope.
18    THE WITNESS:  Correct.
19  BY MR. LEIMAN:
20    **Q.**  Valuation techniques must be market-
21  based rather than a subjective measurement of
22  value, correct?
23    **A.**  Generally, but there are exceptions to
24  that.
25    **Q.**  We just saw that valuation techniques

53

1    **A.**  Yeah.
2    **Q.**  I want to look at what you cite in
3  support of the paragraph 34 that we just saw.
4  Let's look at ASC 820 35-24.  So we're back at
5  Exhibit 3.  I'll get you a page number in one
6  moment.  That's on page 39 of 113.
7    MS. WALLER:  Can you repeat which section
8  again?
9    MR. LEIMAN:  35-24.  This relates to
10  valuation techniques, and it states, "A reporting
11  entity shall use valuation techniques that are
12  appropriate in circumstances and for which
13  sufficient data are available to measure fair
14  value, maximizing the use of relevant observable
15  inputs and minimizing the use of observable
16  inputs."
17    MS. WALLER:  Of unobservable.
18  BY MR. LEIMAN:
19    **Q.**  Of unobservable inputs.  Thank you.
20     You see that portion of the ASC 820?
21    **A.**  Yes.
22    **Q.**  And this is what we were discussing
23  before about maximizing observable inputs over
24  unobservable inputs, correct?
25    **A.**  We talked about that you would -- if

55

1  must not take into account subjective intent to
2  hold an asset, correct?
3    MS. WALLER:  Objection to form and scope.
4    THE WITNESS:  Again, yeah, must not -- the
5  general guidance -- the guidance generally, that
6  would be the case, yes.
7  BY MR. LEIMAN:
8    **Q.**  And so there are limitations that ASC
9  820 prescribes on valuation techniques, correct?
10    **A.**  Well, that's not necessarily the
11  technique.  So maybe I'm thinking about it
12  differently than you are.
13     So, in other words, should it
14  generally be market-based?  Yes.  Should it
15  consider -- should it not consider, you know, a
16  future period?  Generally, yes.  But I don't
17  think -- that's not -- I don't think of that as a
18  technique.  I think techniques are discounted
19  cash flow analysis and things of that nature.
20     But, yeah, there's a framework
21  here.  There's a framework here that has those
22  general concepts for sure.
23    **Q.**  To use your words, ASC 820 creates a
24  framework of permissible methods for valuing
25  securities, correct?

54

1  they're relevant, you would use observable Level
2  2 input over a Level 3 input, yes.
3    **Q.**  And this provides the framework, to use
4  your terminology, for the valuation techniques
5  that an entity shall use, correct?
6    MS. WALLER:  Objection to form.
7    THE WITNESS:  Yeah, I think that's fair, yes.
8  BY MR. LEIMAN:
9    **Q.**  You also cite in support of paragraph 34
10  ASC 820-10-55-4.  And you cite --
11    MS. WALLER:  Page?
12  BY MR. LEIMAN:
13    **Q.**  It's 55-4 through 20, starting on page
14  56.  I'm going to be looking at page 57.
15    **A.**  The bottom of 56?
16    **Q.**  Right.  So under heading "Present Value
17  Techniques."
18    **A.**  I see that.
19    **Q.**  And the sections afterwards.  My first
20  question is sort of the easy one.  These are the
21  sections that provide guidelines related to
22  present value measurements, correct?
23    **A.**  Yes.
24    **Q.**  I'd like to look at 55-5 which you cite,
25  and this provision states, "A fair value

56

 1 measurement of an asset or liability using a
 2 present value technique captures all of the
 3 following elements from the perspective of market
 4 participants at the measurement date, and it
 5 includes a list of --
 6     **A.** I'm so sorry. Where do I cite 55-5?
 7     **Q.** Sure. Paragraph 34.
 8     **A.** Just looking for the footnote. I didn't
 9 see 55-5.
10     **Q.** If you look down, you cite 820-10-55-4
11 through 20. So footnote 57.
12     **A.** I'm sorry. I was looking at 58.
13     **Q.** No problem.
14     **A.** Right.
15     **Q.** So looking at 55-5, it states, "Fair
16 value measurement of an asset or liability using
17 a present value technique captures all of the
18 following elements from the perspective of market
19 participants at the measurement date," and then
20 it lists a number of criteria; is that a fair
21 description of 55-5?
22     **A.** Yeah. Give me a second to read it real
23 quick.
24     **Q.** Mm-hmm.
25                   (Brief pause.)

                        57

 1     **A.** Okay. Thank you very much for that. I
 2 appreciate it.
 3     **Q.** Did I describe this section fairly?
 4     **A.** Yes.
 5     **Q.** Of the list of items that fair value
 6 measurement should capture, number C talks about
 7 time value of money and the use of the risk-free
 8 rate on assets that have maturity dates or
 9 durations that coincide with the same period of
10 the security; is that accurate?
11     **A.** C, the time value of money represented
12 by the rate on risk-free monetary assets that
13 have maturity dates. So the time value of money
14 component would be that, yes.
15     **Q.** And colloquially we refer to that as the
16 risk-free rate?
17     **A.** Yes.
18     **Q.** And there are various measure of
19 risk-free rate that are used in the financial
20 system, correct?
21     **A.** That's correct.
22     **Q.** Some are tied to treasury bonds; is that
23 fair?
24     **A.** That's fair.
25     **Q.** Some are tied to bonds issued by other

                        58

 1 governments; is that fair?
 2     **A.** That's fair.
 3     **Q.** Are you opining as to whether SBB's
 4 model complied with the requirements of 55-5?
 5     MS. WALLER: Objection; form.
 6     THE WITNESS: I don't believe I am, no.
 7 BY MR. LEIMAN:
 8     **Q.** Are you even aware of whether or not the
 9 SBB model used the risk-free rate in its
10 calculations?
11     **A.** I'm generally aware of how it's written
12 about in the record.
13     **Q.** Okay. Other than what the parties have
14 described, are you aware of how SBB used a drift
15 term and a discount rate in its model?
16     **A.** No. I've read a lot about that, because
17 there's a lot of documents and testimony about
18 that.
19         The distinction I was making is, I
20 haven't attempted to replicate or model the
21 security using that. So I'm only aware of how
22 it's been written and explained to me.
23     **Q.** And, in general, is it fair to say you
24 are not opining on whether the SBB model complies
25 with the ASC 820 provisions related to

                        59

 1 present-value measurements?
 2     **A.** No, I'm not opining on that.
 3     MS. WALLER: Objection to form.
 4 BY MR. LEIMAN:
 5     **Q.** In your career as an expert,
 6 approximately how many times have you opined
 7 regarding whether a valuation method complies
 8 with GAAP?
 9     **A.** It would be several times. The number
10 doesn't spring to mind, but it would be several
11 times.
12     **Q.** If you were ballparking it, would it be
13 more than 10 do you think?
14     **A.** I think it would likely be higher than
15 then, as opposed to less than 10.
16     **Q.** Somewhere between 10 and 20?
17     **A.** More than 10 for sure. I don't know if
18 it would get to the level of 20, but it certainly
19 would be more than 1 --
20     **Q.** In those opinions, have you ever opined
21 that the valuation method did not comply with
22 GAAP?
23     **A.** I believe so, yes.
24     **Q.** And what were those instances?
25     **A.** Where a particular asset or liability --

                        60

**Gene Deetz**
**1/30/2024**

1 just trying to think of a circumstance. I was
2 just going to repeat it back. I'm sorry. I'm
3 just getting my head into that. Where they
4 didn't comply with GAAP would have been
5 circumstances where they may have been using a
6 stale price. You want me to describe that?
7    **Q.** Describe what the asset was in that
8 circumstance.
9    **A.** In all these circumstances, all of these
10 circumstances, it would be complex structured
11 financial products. That's how I would describe
12 them, complex structured financial products.
13    **Q.** Were they predominantly mortgage-related
14 structured products?
15    **A.** Predominantly, yes. Not entirely but
16 predominantly.
17    **Q.** Other than mortgage products, what other
18 complex structured products have you issued
19 opinions on where the valuation method did not
20 comply with GAAP?
21    **A.** As I sit here -- so -- in my history,
22 that's so predominant. I could have had other
23 examples but nothing comes to mind outside of the
24 RBS, CDO, credit link notes arena.
25    **Q.** In your expert career, have you ever

61

1 opined as to whether an option valuation model
2 complies with GAAP?
3    **A.** Have I ever opined? I don't believe
4 I've ever opined on that in terms of expert -- in
5 an expert capacity.
6    **Q.** Have you ever written any articles
7 related to whether certain option valuation
8 models comply with GAAP?
9    **A.** No.
10    **Q.** Have you ever conducted, prior to this
11 report, a quantitative comparison of two
12 different option valuation models in an expert
13 opinion?
14    **A.** No. I don't believe so. So I've got
15 significant experience in complex structured
16 financial products. But if you're asking me
17 specifically about baskets, have I ever done a
18 comparison of those, or is it more general than
19 that?
20    **Q.** I'm starting with options. So we can
21 talk about structured notes. But just with the
22 overall issue of options valuation models, have
23 you ever evaluated an option valuation model in
24 an expert opinion as to whether it complied with
25 GAAP or not?

62

1    **A.** No. I've evaluated them but not as part
2 of an expert opinion. And I've used them, but,
3 again, not as part of an expert opinion.
4    **Q.** In what context have you evaluated
5 option valuation models?
6    **A.** I've used them in valuing options.
7    **Q.** And was that in your capacity as an
8 expert?
9    **A.** No.
10    **Q.** Was that in your capacity as an auditor?
11    **A.** No. It was -- I apologize for
12 interrupting. It was in my capacity as an expert
13 consultant.
14    **Q.** What was the circumstance of you using
15 option valuation models in your role as a
16 consultant?
17    **A.** To determine the value of an option -- a
18 stock option.
19    **Q.** And were those equity-based options?
20    **A.** Yes.
21    **Q.** Were those tied to the S & P 500?
22    **A.** No.
23    **Q.** Were they tied to the Russell 2000
24 Index?
25    **A.** No.

63

1    **Q.** Have you ever evaluated whether those
2 models complied with GAAP or not?
3    **A.** I think it would be yes, because when I
4 used them, I would use a model that would be
5 compliant, yes.
6    **Q.** I guess let me refine that.
7    In your consulting capacity, were
8 you asked to evaluate whether the underlying
9 model complied with GAAP or not?
10    **A.** Specifically, no. It would be
11 incorporated in the work, but I wasn't
12 specifically asked that question.
13    **Q.** And, in general, was the model that you
14 were using the Black-Scholes model for option
15 valuation?
16    **A.** Yeah, for the plain vanillas, yes.
17    **Q.** Have you ever also used the Heston model
18 for option valuation?
19    **A.** I have not personally, but I've been the
20 senior member on a team that has used Heston
21 before.
22    **Q.** And in applying those models, did you
23 conduct any work evaluating individual inputs of
24 the models?
25    **A.** I certainly as -- part of that work

64

1  would have been understanding the model and the
2  framework and the inputs in general.
3          I don't have -- as I sit here, I
4  don't have a specific recollection of what
5  specifically that was, but in terms of
6  understanding the model and the framework and the
7  inputs, it certainly would have included that.
8      Q.  Prior to this opinion, have you ever
9  submitted an expert opinion in which you
10 conducted materiality analysis of the outputs of
11 an option valuation model?
12     A.  I don't believe so, no.  I've done a
13 significant amount of work in fair value related
14 to that, but not option an valuation model, no, I
15 don't believe I have.
16     Q.  Have you ever conducted a materiality
17 analysis related to a structured note model?
18     A.  I don't believe I have, no.
19     Q.  Have you ever conducted a quantitative
20 comparison of two structured note models?
21     A.  Again, I don't believe so.
22     Q.  And have you ever opined as to whether a
23 structured note model complies with GAAP?
24     A.  Again, to be -- just to make sure I'm
25 understanding, structured note model, where you

65

1  would have a bond component and two underlyings
2  like we have?
3      Q.  Let's start wider than that.  A
4  structured note model involving a bond component
5  and any equity underlying?
6      A.  Any equity underlying, as opposed to
7  debt underlying?
8      Q.  As opposed to a debt or commodity
9  underlying.
10     A.  Equity underlying, no.  I've done it
11 with debt underlying, but not equity underlying.
12     Q.  Okay.  I'd like to move to the
13 quantitative side of your materiality analysis.
14 I'm going to be very --
15     MS. WALLER:  Do you want to take a quick
16 break?  It's been more than an hour.  If you are
17 moving on to a new section.
18     MR. LEIMAN:  That's fine with me.
19     MS. WALLER:  If we are moving somewhere new,
20 let's take a quick one.
21     THE VIDEOGRAPHER:  Going off the record.  The
22 time is 10:29 a.m.
23             (Recess.)
24     THE VIDEOGRAPHER:  Going on the record.  The
25 time is 10:46 a.m.

66

1
2  BY MR. LEIMAN:
3      Q.  Mr. Deetz, I'd like to turn to the
4  quantitative analysis that's included in your
5  report.
6          In your report, you conduct both a
7  quantitative and a qualitative analysis of SBB's
8  note valuations, correct?
9      A.  Their note valuations, among other
10 things, yes.
11     Q.  And I'm going to -- because of my own
12 history, I'm going to over-pronounce the words
13 quantitative and qualitative, so I don't mix them
14 up.
15          If you think I've mixed them up,
16 could you correct me?  And I will do the same for
17 you.
18     A.  Sure.
19     Q.  Great.  So on the quantitative side, you
20 conduct an analysis comparing various line items
21 between SBB's valuations using one set of
22 assumptions and then a second set of valuations
23 using another set of assumptions, correct?
24     A.  Comparing SBB's recorded values to a
25 fair value band around market would be one

67

1  comparison.  And then in addition to that, I
2  have -- comparing them to what I call the
3  McCann-Sen range.
4      Q.  Correct.  And, in general, that's how
5  you conduct the materiality analysis, right?  You
6  compare one line item number to -- with what set
7  of assumptions to the same line item with another
8  set of assumptions, correct?
9      A.  I just would add to that.  In this
10 circumstance, because of the evidence, I compared
11 it to the point -- the endpoint in a range, but
12 that's a comparison between the alleged or
13 assumed non-GAAP number and a GAAP.  Either a
14 range of GAAP numbers or a GAAP number.
15     Q.  And to make sure it's apples to apples,
16 you keep the same line item for both numbers,
17 correct?
18     A.  That's correct.
19     Q.  And here, you are looking at both the
20 annual balance sheet of each fund and the annual
21 income statement of each fund, correct?
22     A.  Yes.
23     Q.  And is it fair to say the primary line
24 item you are evaluating is the year-end NAV of
25 the funds?

68

1    MS. WALLER:  Objection to form.
2    THE WITNESS:  It would be both the line item
3 for the notes as well as the NAV.
4 BY MR. LEIMAN:
5    Q.   So evaluating the individual note
6 valuations and the annual NAV; is that correct?
7    A.   The line item -- it contains a
8 comparison at the note level -- note-by-note
9 level, but then that gets rolled up to a line
10 item -- the investment line item on the balance
11 sheet, and then that gets -- is part of the
12 adjusted NAV.
13    Q.   Just for the record, when I'm using the
14 term "NAV," I'm referring to net asset value?
15    A.   I understood that.  Thank you.
16    Q.   On page 45 of your report, you have a
17 chart that you describe as a summary by fund by
18 year related to net asset value; is that correct?
19    A.   Yes.
20    Q.   Net asset value isn't the only line item
21 you were comparing in the annual financial
22 statements, correct?
23    A.   That's correct.
24    Q.   You also compared or calculated the
25 effect of the model on SBB's income statement,

69

1 correct?
2    A.   Yes.
3    Q.   In the body of your report, you do
4 not -- that I could find -- have a similar chart
5 related to the effect on annual income; is that
6 fair to say?
7    A.   It's in the detailed exhibits, but I
8 don't believe it's a similar table in the report,
9 no.
10    Q.   Okay.  But in the exhibits, you do
11 calculate the effect on annual income?
12    A.   Various components of the income
13 statement.  We could look at one and go through
14 them, but --
15    Q.   Yeah, why don't we do that.  Just for
16 ease.  Let's use the handy tab that I put in to
17 go to the Poly 1 exhibits of Exhibit 1.  And
18 let's start with Exhibit 5.
19        So just to make sure that I'm
20 reading these charts correctly, Exhibit 5 and
21 Exhibit 7 are both year-end analyses of the
22 balance sheet and the income statement related to
23 the Polysight 1 fund, correct?
24    A.   Correct.
25    Q.   And going to Exhibit 5 -- I just want to

70

1 make sure I'm doing this correctly -- you have
2 sort of that second block there that says,
3 "Balance Sheet Impact 2014."  Do you see that?
4    A.   I do see that.
5    Q.   And that ends up with a net asset value
6 calculation at the bottom of that section,
7 correct?
8    A.   That's correct.
9    Q.   And so the end result of that section is
10 to come up with an analysis of the effect on
11 annual net asset value?
12    A.   And the effect of the comparative
13 difference.
14    Q.   Correct.  And we'll go to the note
15 valuations first.  Am I just generally correct
16 that you do your note-by-note analysis; that gets
17 rolled over into this balance sheet and income
18 statement analysis, and the effects are
19 demonstrated by this calculation of net asset
20 value?
21    A.   Part of it, yes.
22    Q.   And then below that is a block called
23 "Income Statement Impact," correct?
24    A.   Yes.
25    Q.   And, again, that is a reflection of your

71

1 note-by-note analysis being rolled up into an
2 income statement analysis; is that a fair, just
3 general description?
4    A.   I think so.  I'd say it -- it's just the
5 impact of it on the income statement.  So we have
6 an as reported and as adjusted income statement,
7 taking into account that difference -- the
8 comparative difference.
9    Q.   And that section income statement ends
10 in the line item of increase in net assets
11 resulting from operations, correct?
12    A.   Correct.
13    Q.   Is it -- just colloquially, is that the
14 net income from operations for the year?
15    A.   That would be net income.
16    Q.   Okay.  Now, the fund's assets were
17 predominantly structured notes, correct?
18    A.   I believe so, yes.
19    Q.   Do you have a ballpark sense of what
20 percentage of the fund's assets were structured
21 notes?
22    A.   We could look at the balance sheet.  I
23 don't know how much cash they had at any
24 particular time, but the biggest asset would be
25 the structured notes.

72

1  Q.  I want to take a look at your
2  understanding of what the model was used for as
3  you were sort of deciding to do a materiality
4  analysis.
5       Do you understand that the model was
6  also used to calculate monthly values for the
7  notes?
8  A.  My model?
9  Q.  No.  I'm sorry.  SBB's structured note
10  model was used monthly to create a value for each
11  note?
12  A.  Yeah.  I don't have detailed -- I know
13  they did a monthly calculation.  I don't have a
14  detailed understanding of the process or what was
15  used in it, so...
16  Q.  Okay.  Just to be clear, you're not
17  opining or conducting a quantitative analysis of
18  SBB's monthly NAVs?
19  MS. WALLER:  Objection to form.
20  THE WITNESS:  As to the numbers themselves?
21  BY MR. LEIMAN:
22  Q.  Correct.
23  A.  No.  In terms of quantitatively --
24  sorry.  I made the same mistake.  Qualitatively,
25  I'm assessing much more broader circumstances.

73

1  But, quantitatively, I don't look at the monthly
2  amounts.
3  Q.  Do you have a sense of whether investors
4  when they were investing money in the fund would
5  pay for that investment based on monthly NAV
6  calculations?
7  MS. WALLER:  Objection to form.
8  THE WITNESS:  We should confirm this, but in
9  the record that I read, my understanding from the
10  record is that they did pay based on the interim
11  NAV values.
12  BY MR. LEIMAN:
13  Q.  That would be from whatever the previous
14  monthly mark was from SBB, correct?
15  A.  Yeah.  I don't know if there's an
16  interim or only month end.  I don't have those
17  particulars, but I would understand if somebody
18  got in on June 30th, they would use some interim
19  value to pay an amount as of June 30th.
20  Q.  They wouldn't use the NAV from the
21  previous year-end, correct?
22  A.  That's correct.  That's my understanding
23  from the record.
24  Q.  And the same is true if an existing
25  investor were investing more money or a

74

1  prospective investor would be investing for the
2  first time, correct?
3  MS. WALLER:  Objection to form.
4  THE WITNESS:  That's my understanding, yes.
5  BY MR. LEIMAN:
6  Q.  In general, you are not evaluating
7  whether SBB's model had an effect on the monthly
8  price that investors would pay for investing in
9  the fund, correct?
10  MS. WALLER:  Objection to form.
11  THE WITNESS:  I'm sorry.  Could you ask that
12  again?  I want to make sure I have it clearly in
13  mind.
14  BY MR. LEIMAN:
15  Q.  As we've discussed, other than sort of
16  the month after the year-end, you're not opining
17  on the numerical values that individual investors
18  would pay to invest in the fund, correct?
19  MS. WALLER:  Objection to form.
20  THE WITNESS:  As to the numbers, no.
21  Qualitatively, as we talked earlier, I'm opining
22  much more broadly.  But quantitatively, no.
23  BY MR. LEIMAN:
24  Q.  You are not opining as to whether the
25  amounts that investors had to pay to invest in

75

1  the fund were numerically misstated?
2  MS. WALLER:  Objection to form.
3  THE WITNESS:  No.  I think my opinion would
4  be that whatever they -- whatever they
5  bought in at, if it was year-end number, whatever
6  they bought in at, and if there's an alleged
7  quantitative difference, then my -- I think my
8  opinion would all be qualitative, did it matter
9  to the investor, as opposed to was it the right
10  number or the wrong number.
11  BY MR. LEIMAN:
12  Q.  The monthly performance figures were
13  also used in SBB's marketing materials, correct?
14  A.  Yes.  And I'm not trying to pick this
15  apart.  I'm just trying to be careful.  I've seen
16  a lot of the examples in like the Poly 1 had a
17  package where they have numerical comparisons.
18  I've seen what Hickey had in Table 4, which
19  wasn't as of a year-end, it was as of some
20  interim period.  So I'm aware of that, yes.
21  Q.  Again, you are not opining on whether
22  the numbers in SBB's marketing materials to
23  prospective investors were correct or not?
24  A.  Yeah.
25  MS. WALLER:  Objection to form.

76

1    THE WITNESS:  Yeah, that's correct.
2  BY MR. LEIMAN:
3     **Q.**  And the interim valuation --
4     **A.**  I apologize.  But I am opining that
5  Hickey doesn't have a basis for the numbers --
6  for his opinions on the Table 4 numbers, because
7  he doesn't know where they came from or how they
8  were developed and those kinds of things.  I have
9  that opinion in my report.  I know -- I think
10  you're asking a completely different question.
11     **Q.**  Yes, I am asking a completely different
12  question.  We will get to Table 4.
13        But you are not opining on the
14  numbers included in the marketing materials?
15     **A.**  Right.
16     MS. WALLER:  Objection to form.
17  BY MR. LEIMAN:
18     **Q.**  The interim values created by SBB using
19  the model were also used to calculate fees,
20  correct?
21     **A.**  I believe they were, yes.  Again, that's
22  my understanding.  And I do an analysis of those
23  fees in part of my rebuttal report.
24     **Q.**  You anticipated my next question.
25        You do include an

77

investor-by-investor comparison of fees with
2  SBB's valuation and adjusted valuation; is that
3  correct?
4     **A.**  Yes.  That is a point estimate between
5  market and SBB's recorded amounts.
6     **Q.**  And fair to say, just in general, one of
7  the things that investors consider when investing
8  are the fees that they'll have to pay, correct?
9     MS. WALLER:  Objection to form.
10     THE WITNESS:  I wouldn't have an opinion on
11  what an investor would generally consider, but
12  they're certainly aware of the fees.
13  BY MR. LEIMAN:
14     **Q.**  And, in general, investors when they
15  invest their money in an investment consider the
16  price that they will have to pay, correct?
17     MS. WALLER:  Objection to form.  Are you
18  asking any investor in any investment, or do you
19  want to make it specific to --
20  BY MR. LEIMAN:
21     **Q.**  Let's start with general.  In general,
22  when investors are deciding on what to invest in
23  and where, they consider the price they are going
24  to pay, right?
25     MS. WALLER:  Objection to form.

78

1    THE WITNESS:  Yeah, I would think they're
2  going to pay a price, and they'd be aware of that
3  before they entered into a transaction, sure.
4  BY MR. LEIMAN:
5     **Q.**  And they will evaluate based on the
6  information that they're given regarding price,
7  right?
8     MS. WALLER:  Objection to form.
9     THE WITNESS:  Again, what they evaluate and
10  how they make that decision, I think I wouldn't
11  have an opinion on it.  It could certainly
12  include price, it might not include price at all.
13  It might have other characteristics and other
14  features.
15  BY MR. LEIMAN:
16     **Q.**  The interim monthly valuations also
17  would form the price that an investor would
18  redeem at if an investor chose to redeem from an
19  SBB fund, correct?
20     **A.**  I think that my understanding is that it
21  might -- it might be an interim price, and it
22  might be a year-end price.  And the reason I'm
23  making that distinction is when someone comes in
24  to request a redemption, if it's approved -- if
25  it's proper approved and not declined by the

79

1  manager, it might be done at some future period,
2  and so it may be a year-end and it could be
3  interim value.
4     **Q.**  But whatever -- at what point the
5  investor is allowed to redeem, it's the most
6  recent valuation that will determine the price at
7  which they redeem, correct?
8     **A.**  Again, recent to some date, not
9  necessarily recent to their request.  That's all
10  I'm making -- because there's 180-day waiting
11  period.  There's a variety of nuances that go
12  into what that date is.
13     **Q.**  Setting aside the request, when the
14  redemption actually happens, it would be redeemed
15  at the most recent monthly valuation of NAV,
16  correct?
17     **A.**  That's generally my understanding.
18     **Q.**  Okay.  I'd like to look at your report
19  at paragraph 129 to 130.
20     **A.**  Give me just a second, please.  If I get
21  these out of order, I'll never get them back.
22     MS. WALLER:  I'm sorry, Tim, can you tell me
23  the page?
24     MR. LEIMAN:  Paragraph 129 to 130, page 43 of
25  the text of the report.

80

1    THE WITNESS:  I know you've done this.  The
2 page I'm going to?
3 BY MR. LEIMAN:
4    Q.  Paragraph 129 to 130 on page 43.
5    A.  I'm here.
6    Q.  And this relates to your note-by-note
7 quantitative analysis, correct?
8    A.  That's correct.
9    Q.  And in paragraph 129, you discuss what I
10 think you mentioned earlier, which was your
11 application of a 5 percent band to capture an
12 estimated reasonable range of market-based fair
13 values, correct?
14    A.  That's correct.
15    Q.  And I believe that at some point in your
16 report, you say this is the band designed to
17 capture estimation uncertainty; is that a fair
18 summary?
19    A.  Yes.
20    Q.  And this is really a plus or minus 5
21 percent band, right?  It operates on the plus
22 side, and it also operates on the negative side,
23 correct?
24    A.  That's correct.
25    Q.  And within that 10 percent band in your

81

1 financial statements?
2    A.  That's correct.
3    Q.  In addition, and I think you were
4 mentioning this, you also use a 2 percent
5 quantitative threshold in your sort of -- as you
6 gather all of the notes together, you use a 2
7 percent threshold; is that correct?
8    A.  That's correct.
9    Q.  And that's sort of your quantitative
10 materiality threshold, right?
11    A.  Yes.
12    Q.  So the first step is note-by-note to see
13 if the difference in values falls within your 5
14 percent band of estimation uncertainty, correct?
15    A.  Again, it is not estimation uncertainty.
16 That's one of the theoretical underpinnings.  But
17 it's what I would consider a range of reasonable
18 fair value estimates.  And so you have a fair
19 value estimate range, and I'm comparing SBB to
20 the closest point in that range.
21    Q.  Well, other than estimation uncertainty,
22 is there anything that that 5 percent -- plus or
23 minus 5 percent range is supposed to capture?
24    A.  No.  Generally -- I'm not disagreeing
25 with that, but the point I'm making, it is a fair

83

1 note-by-note analysis, you assume that any
2 differences are not quantifiably material,
3 correct?
4    A.  That they are -- I don't -- that's a
5 starting point for the analysis.  But, yes, I use
6 as the -- it's in addition to the 5 percent, so I
7 am going to expand it a little bit, I apologize.
8 So I create the fair value band we discussed
9 around market, and I compare SBB to the closest
10 point in that band, and that gives me a
11 difference or not.
12    Q.  Right.  And anything within the band is
13 sort of chalked up -- let me not use a
14 colloquialism.
15    Anything within that band is assumed
16 to be due to estimation uncertainty, correct?
17    MS. WALLER:  Objection to form.
18    THE WITNESS:  It's just assumed to be the
19 difference in two fair value estimates.
20 BY MR. LEIMAN:
21    Q.  But those amounts are not rolled up into
22 your balance sheet analysis, correct?
23    A.  That's correct.
24    Q.  So those amounts are not considered in
25 looking at the materiality of the annual

82

1 value estimate.  It's not -- and one of the
2 reasons that that difference in fair value
3 estimates appears is what you would generally
4 think about is as estimation uncertainty, which
5 can come from a lot of different sources.
6    Q.  Other than estimation uncertainty, is
7 there anything that you are trying to capture in
8 that plus or minus 5 percent fair value band?
9    A.  I just didn't think of it like that.  I
10 thought of it as I could observe fair value
11 outputs, so it's just a difference between a
12 range of fair value outputs.
13    Q.  Right.  And you just linked that to
14 estimation uncertainty.  I'm trying to get behind
15 is there, is there anything other than estimation
16 uncertainty that led you to believe that there is
17 a plus or minus 5 percent fair value estimation
18 band?
19    MS. WALLER:  Objection; form.
20    THE WITNESS:  As I sit here this morning, I
21 can't think of anything, but I just wanted to
22 just tell you how I thought about it and how I
23 constructed it.
24 BY MR. LEIMAN:
25    Q.  Okay.  So the first step is to use that

84

**Gene Deetz**
**1/30/2024**

1 plus or minus 5 percent estimation uncertainty
2 band and see if there is an excess amount beyond
3 that in the note, correct?
4    A.  5 percent fair value band.
5    Q.  Okay.  Well --
6    A.  I'm not trying to be argumentative at
7 all.  I think I say fair value.  If I say
8 estimation uncertainty, I will be very
9 embarrassed for myself.
10    Q.  Let's turn to Exhibit 4 in Poly 1.
11    A.  Got it.
12    Q.  It looks to me like in the column in the
13 right, you say "estimation band."
14    A.  Right.
15    Q.  And, again, that's to reflect that this
16 is an asset that requires estimation, correct?
17    A.  That's correct.
18    Q.  And that you believe that there's a
19 certain amount of estimation uncertainty?
20    A.  That's right.
21    Q.  All right.
22    A.  I'm sorry.  I'll stop here.  The
23 guidance talks about a reasonable range of fair
24 values.  If you look at A-UC 540.  It also talks
25 about estimation uncertainty.  I do think it says

85

1 a reasonable range of fair value.
2    Q.  If I say 5 percent estimation
3 uncertainty band, you know what I'm talking
4 about?
5    A.  Absolutely.
6    Q.  So after applying that plus or minus 5
7 percent estimation uncertainty band, you look to
8 see if there's an amount in excess of the band,
9 either on the positive or negative, correct?
10    A.  This particular analysis, yes.
11    Q.  And then you sum those sort of excess
12 amounts, correct?
13    A.  Correct.
14    Q.  And then you apply a 2 percent
15 materiality threshold, correct?
16    A.  Correct.
17    Q.  You're familiar with SAB 99?
18    A.  Right.
19    Q.  S-A-B 99?
20    A.  I am.
21    Q.  And that's a statement related to
22 materiality analyses, both quantitative and
23 qualitative, correct?
24    A.  Yes.
25    Q.  That 2 percent figure, is it fair to say

86

1 that that's what SAB 99 occasionally refers to as
2 a rule of thumb for materiality?
3    MS. WALLER:  Objection to form.
4    THE WITNESS:  I think they use 5 percent in
5 the guidance itself, but it's a starting point to
6 -- starting point to assess the quantitative
7 materiality.
8 BY MR. LEIMAN:
9    Q.  It's essentially your rule of thumb for
10 evaluating whether those excess amounts of the
11 notes are material or not, correct?
12    MS. WALLER:  Objection to form.
13    THE WITNESS:  No.  It's a starting point for
14 the analysis.  I don't conclude anything based on
15 the 2 percent.  So I'm -- I think that's an
16 important distinction.  But it is a starting
17 point to think about it.  It forces you to think
18 about it.  So that's what I'm using it for.
19 BY MR. LEIMAN:
20    Q.  First step is the plus or minus 5
21 percent uncertainty band; second step is the 2
22 percent threshold to think about materiality?
23    A.  Right.
24    Q.  Okay.
25    A.  Quantitative materiality.  I'm sorry if

87

1 you are going to get to this, because when I go
2 back to my -- and then I put it -- below that, I
3 put the difference, the excess over the 2
4 percent.  But when I actually do my SAB 108
5 schedules that we were just looking at, I use the
6 amount in totality.  I don't use the amount
7 that's been reduced by the 2 percent.
8    Q.  So the plus or minus 5 percent
9 estimation uncertainty band, that variance does
10 not get rolled into your SAB 108 analysis, but
11 the 2 percent materiality threshold, even those
12 amounts that are between the 5 percent and 2
13 percent, get rolled over into the balance sheet
14 analysis?
15    A.  That's correct.
16    Q.  Okay.  Let's look at SAB 99.  I'd like
17 to mark as Deetz Exhibit 4 a copy of SAB 99.
18        (WHEREUPON, said document
19         was marked as Deetz
20         Deposition Exhibit 8
21         for Identification.)
22 BY MR. LEIMAN:
23    Q.  And do you recognize this document?
24    A.  I do.  I didn't look at all the pages,
25 but it feels about right, and it definitely looks

88

**Gene Deetz**
**1/30/2024**

1  about right.
2     **Q.**  And this is SAB 99 that we were talking
3  about earlier?
4     **A.**  That's correct.
5     **Q.**  And just to make sure we're on the same
6  page, you see the summary paragraph on page one?
7     **A.**  Yes.
8     **Q.**  That sort of summarizes what SAB 99 is,
9  correct?
10     **A.**  Yeah, it provides a summary, yes.
11     **Q.**  And it provides, "The views of the staff
12  that exclusive reliance on certain quantitative
13  benchmarks to assess materiality in preparing
14  financial statements and performing audits of
15  those financial statements is inappropriate.
16  Misstatements are not immaterial simply because
17  they fall beneath a numerical threshold." Did I
18  read that correctly?
19     **A.**  You did.
20     **Q.**  In general, is that stating that just
21  because a valuation is below a quantitative
22  materiality threshold, does not mean that it
23  isn't material due to qualitative factors?
24     **A.**  That's correct.
25     **Q.**  I'd like to look -- and this is

89

1  conveniently not numbered, but we'll look at page
2  4 of Deetz Exhibit 4. And if it helps, a
3  sentence on the previous page sort of introduces
4  that bullet point.
5     **A.**  Right. "Among the considerations that
6  may."
7     **Q.**  Correct. And so is it fair to say that
8  this section of SAB 99 identifies some of the
9  qualitative factors that should be considered in
10  the materiality analysis?
11     **A.**  Yes.
12     **Q.**  I'd like to look at the fifth bullet
13  point -- nope. Let's look at the first bullet
14  point now.
15     **A.**  Okay.
16     **Q.**  The first qualitative factor listed is,
17  "Whether the misstatement arises from an item
18  capable of precise measurement or whether it
19  arises from an estimate, and if so, the degree of
20  imprecision inherent in the estimate." Did I
21  read that correctly?
22     **A.**  You did.
23     **Q.**  So in SAB 99, estimation uncertainty is
24  listed as a qualitative factor to be considered
25  in the materiality assessment, correct?

90

1     **A.**  Yes.
2     MS. WALLER: Objection to form.
3  BY MR. LEIMAN:
4     **Q.**  You use the plus or minus 5 percent
5  estimation band of uncertainty in your
6  quantitative analysis, in addition to including
7  estimation uncertainty in your qualitative
8  analysis, correct?
9     **A.**  Let me have a moment with that. I did
10  consider estimation uncertainty in the 5 percent
11  band, the difference in what I think is a fair
12  value range. And then I -- it's also one of the
13  nine factors I considered here, yes.
14     **Q.**  In SAB 99, it doesn't say anywhere that
15  estimation uncertainty may be used as both a
16  qualitative and quantitative factor?
17     MS. WALLER: Objection to form.
18     THE WITNESS: Well, the -- I don't know that
19  it explicitly says that, but I don't think it
20  prohibits that. And certainly the concept of a
21  comparison to a range of fair values is well
22  embedded in the accounting literature.
23  BY MR. LEIMAN:
24     **Q.**  Did SBB record its structured note
25  values as a range?

91

1     **A.**  No.
2     **Q.**  It had a price, correct?
3     **A.**  That's correct.
4     **Q.**  And, again, other than estimation
5  uncertainty, that plus or minus 5 percent, what
6  does that include?
7     MS. WALLER: Objection to form.
8     THE WITNESS: I understand. It's a range of
9  fair value estimates, with the underpinning is
10  that there's estimation uncertainty in these very
11  complex structured notes.
12  BY MR. LEIMAN:
13     **Q.**  And, again, you are assuming that
14  everything within that 10 percent band is a fair
15  value estimate, correct?
16     MS. WALLER: Objection to form. You mean 5
17  percent?
18     MR. LEIMAN: It's plus or minus 5 percent.
19  It's a 10 percent band.
20     THE WITNESS: That's correct.
21  BY MR. LEIMAN:
22     **Q.**  And in your analysis, that band is
23  formed around Markit's model, right? And just
24  for the court reporter, it's M-A-R-K-I-T, Markit.
25     **A.**  That's correct.

92

**Gene Deetz**
**1/30/2024**

1    **Q.** And as long as SBB's value is within
2  plus or minus 5 percent of Markit's valuation,
3  you assume that the variance is due to estimation
4  uncertainty, correct?
5      MS. WALLER: Objection to form.
6      THE WITNESS: I'm sorry. Could you give it
7  back to me?
8  BY MR. LEIMAN:
9      **Q.** As long as SBB's value is within plus or
10 minus 5 percent of Markit's value, you assume
11 that the difference is related to estimation
12 uncertainty, correct?
13     MS. WALLER: Objection to form.
14     THE WITNESS: Yes.
15 BY MR. LEIMAN:
16     **Q.** And, again, that portion of the variance
17 is not carried over to the next step of your
18 materiality analysis, correct?
19     **A.** Of the quantitative materiality
20 assessment.
21     **Q.** Right, of the quantitative materiality.
22 Just to be clear, if there's a note that is 4.9
23 percent above Markit's value, is assumed in
24 your approach that that is due to estimation
25 uncertainty, and that amount is not carried over

1  to the next stage of your quantitative analysis?
2      **A.** That's correct.
3      **Q.** In your report, do you have any back-up
4  calculations reflecting how you determined that
5  plus or minus 5 percent is the proper estimation
6  uncertainty band for Markit's model?
7      **A.** I develop around paragraph 133 the
8  reasoning and arrive at that, but I don't have a
9  specific spreadsheet or work paper that I used to
10 arrive at that. It's from observed data that's
11 in the record. But I don't have a specific
12 spreadsheet that quantifies that.
13     **Q.** You didn't actually perform a
14 calculation to develop your plus or minus 5
15 percent estimation uncertainty band, correct?
16     MS. WALLER: Objection to form and
17 mischaracterizes his testimony.
18     THE WITNESS: I did a calculation; I just
19 don't have a work paper that reflects the
20 calculation.
21 BY MR. LEIMAN:
22     **Q.** Where is your calculation reflected?
23     **A.** It's two things. I have a table at 133
24 that has a range of differentials based on the
25 prices. And then I have some other qualitative

1  factors around that, and then it's from data I
2  observed in this case.
3      **Q.** Using -- you say 133. Is that paragraph
4  133?
5      **A.** I believe it is, yeah.
6      **Q.** Looking at paragraph 133, where do I
7  find your calculation related to the plus or
8  minus 5 percent estimation band of uncertainty?
9      **A.** If you look -- I'm going to do this in
10 pieces. I apologize. If you look at the table
11 for a second.
12     **Q.** So this is the table above paragraph
13 133?
14     **A.** That's correct. So the point of this
15 table is I'm comparing actual sales transactions
16 now between the transaction amount and the Markit
17 value -- M-A-R-K-I-T value -- and I'm developing
18 percentage variances. And these are all notes
19 within nine months of maturity, but these are
20 sales transactions. The few where they didn't
21 get the maturity and payoff, where they were
22 actually sold. And I point out that you can see
23 that the variance goes up to 2.8 percent. And
24 then I describe that the average life of these
25 notes is 3 -- well, I don't have it here. Hickey

1  has a table that says the average life of these
2  notes is three years. And I show either range of
3  the weighted average life of these in the
4  paragraph below that.
5      **Q.** So, again, how does this transaction
6  lead to you saying that there's a plus or minus 5
7  percent estimation band of uncertainty?
8      **A.** So this is a building block that says
9  even those that are close to maturity where there
10 is a transaction can have a range around the
11 market price.
12         Then the other part of that is that
13 I do a complete analysis of a comparison of
14 McCann and Sen's different values. And if you
15 look at that data, that expands that to where
16 they're -- at about the three-year mark,
17 they're -- approximately I put the 10 percent
18 band around market.
19     **Q.** Where can I find that calculation?
20     **A.** You have to observe it in the exhibits.
21 I didn't -- that's why I said I don't
22 specifically have a work paper that shows you
23 that outside of the comparisons I do in the
24 exhibits.
25     **Q.** So if I wanted to analyze how you came

**Gene Deetz**
**1/30/2024**

1 up with a plus or minus 5 percent estimation band
2 of uncertainty, there's no work paper for me to
3 look at, correct?
4     MS. WALLER: Objection to form.
5     THE WITNESS: Well, it's essentially a work
6 paper, it's just in the form of an exhibit.
7 BY MR. LEIMAN:
8     Q. But you're saying that -- so what are
9 the inputs into your plus or minus 5 percent
10 estimation band of uncertainty?
11     A. The information in this table. Let me
12 give you the qualitative factors first. So these
13 are highly complex instruments that have deep
14 Level 3, so there's going to be uncertainty.
15     Q. To be clear, I'm asking about the
16 quantitative right now. This is a quantitative
17 band. So why don't we talk about your
18 calculations.
19         What are the inputs into your
20 calculation of the plus or minus 5 percent?
21     A. So this would be --
22     MS. WALLER: Can I -- let's just pause for a
23 second. Objection to form. Can you let him
24 answer -- finish answering your question before
25 you interrupt with a new one?

97

1
2 BY MR. LEIMAN:
3     Q. I want to make sure we're not talking
4 past each other.
5         We're talking about your
6 quantitative measure plus or minus 5 percent.
7 What are the inputs into that calculation?
8     A. The underlying inputs would be the table
9 above 133.
10     Q. Is it -- which inputs here?
11     A. It would be the transaction price in
12 excess of market value.
13     Q. What's that comparing?
14     A. That's comparing SBB to market.
15     Q. And that's an input into your plus or
16 minus 5 percent band?
17     A. Yes.
18     Q. So here's a question. If you are using
19 the difference between SBB's difference from
20 market as an input into your estimation band of
21 uncertainty --
22     A. I'm sorry. The transaction price.
23     Q. The transaction price.
24     A. Not SBB's band. Not SBB's price.
25     Q. So you are looking at the difference

98

1 between what, SBB's purchase price?
2     A. No. What they sold -- I'm sorry. When
3 they actually sold a security. The transaction
4 price compared to market. And it's a variance
5 between market and the transaction price.
6     Q. And that's the input into your plus or
7 minus 5 percent estimation band of uncertainty?
8     A. That's the starting point for the
9 calculation.
10     Q. As we show here, you have six inputs,
11 correct?
12     A. Right.
13     Q. Are there any other quantitative inputs
14 into your plus or minus 5 percent band of
15 estimation uncertainty?
16     MS. WALLER: Objection to form.
17     THE WITNESS: Yes. The difference between
18 Dr. Sen's value and Dr. McCann's value.
19 BY MR. LEIMAN:
20     Q. And where do you show how you use those
21 inputs and this input to reach a plus or minus 5
22 percent band of estimation uncertainty?
23     A. I don't have an explicit work paper that
24 puts those two things together.
25     Q. Did you run a calculation?

99

1     A. I do.
2     Q. You ran a calculation but you don't have
3 it?
4     A. It's -- would you mind if we looked at
5 the actual data?
6     Q. What data do you want me to look at?
7     A. Why don't we look Poly '14 for
8 McCann/Sen. It has a B --
9     Q. You are looking at Poly 1-B and then
10 which exhibit?
11     A. Give me just a second.
12     Q. While we're waiting, did you describe
13 this calculation method anywhere in your expert
14 report?
15     MS. WALLER: Objection to form.
16     THE WITNESS: Do I describe it? I don't know
17 that I specifically describe it, no.
18 BY MR. LEIMAN:
19     Q. Which exhibit should I look at?
20     A. Let's look at Exhibit 2.
21     Q. Exhibit 2. Got it.
22     A. Okay. And we can get the other
23 scheduled out. If you look at the columns across
24 the top --
25     MS. WALLER: Gene, I don't think I'm on the

100

**Gene Deetz**
**1/30/2024**

1  right place.
2      MR. LEIMAN:  Poly 1-B, Exhibit 2.
3      THE WITNESS:  It's almost at the very end.
4      MS. WALLER:  Thank you.  I'm there.
5      THE WITNESS:  You can see Dr. McCann.  This
6  is 2015.  And I'm going to start with -- if I can
7  find it.  It's Exhibit 1.  I apologize.
8  BY MR. LEIMAN:
9      Q.  Okay.  Exhibit 1.
10     A.  It would work for Exhibit 2 as well.
11  You can see Dr. McCann at column of values, and
12  those are McCann's pricing for the Poly notes at
13  12/31/14, and then you can Dr. Sen's Ankura
14  value, Dr. Sen's upper bound with correlation
15  risk, and then Dr. Sen's upper bound with --
16  without correlation risk, and then Dr. Sen's
17  report with correlation risk.  And even though
18  this sheet has Ankura value on it, that's very
19  close to market.  And we can go to a different
20  exhibit and find the market values, but we can
21  also just use this as an example, because the
22  Ankura values are fairly similar to the market
23  values.  But if you'd like to actually go get the
24  market values, we can take that step as well.
25     Q.  So as part of your calculation of the

                           101

1  plus or minus 5 percent estimation band of
2  uncertainty for the market model, you were
3  looking at the Ankura values in Poly 1, Exhibit
4  1?
5      A.  No.  I apologize.  I just said for ease
6  of reference in the deposition, that 46 million
7  at the bottom is very similar to if we go to the
8  Markit model, and we look at Markit's prices, it
9  will be very similar to that 46 million.
10     Q.  So Markit's prices was a variable that
11  went into your calculation of the plus or minus 5
12  difference -- estimation uncertainty band?
13     A.  That's correct.
14     Q.  So we've got six sales.  We've got
15  Markit's values.  That goes into the plus or
16  minus band.
17     A.  And then since upper bound with
18  correlation risk is above that amount, to your
19  point it's plus 5 and minus 5.  And then
20  Dr. McCann's values are below the Markit amount
21  which goes to the lower bound of the band.
22     Q.  So it's your understanding that Dr.
23  Sen's correlation band is plus or minus 5
24  percent?
25     MS. WALLER:  Objection to form.

                           102

1      THE WITNESS:  No.  That's not what I'm
2  testifying to.
3  BY MR. LEIMAN:
4      Q.  Why don't you take me through the math
5  equation here.
6          What's the math equation that gets
7  you to plus or minus 5 percent?
8      A.  Let me take a second to find the Markit
9  numbers.  Unfortunately, it's in two places.
10     Q.  Let's start -- you don't have to find
11  the data.  I'm just asking what's your formula
12  here?  What is your calculation?
13     A.  I compare -- so using this, if we want
14  to do it, you take the 12/31/14 Markit values --
15  Mark I-T values for Poly 1, and take the
16  difference between that and Dr. Sen's upper bound
17  with correlation risk.  And then you can measure
18  how far above market Dr. Sen is.
19          Then you can take Markit's number
20  for Poly 1 14 and measure them against Dr.
21  McCann's values for those same notes at the same
22  time period, and you can measure how far below
23  Markit Dr. McCann's values are.  That's the
24  calculation.
25     Q.  Okay.  But, again, is -- you apply the

                           103

1  plus or minus 5 percent to every single note?
2      A.  That's correct.
3      Q.  How did you determine that that would be
4  the correct estimation band of uncertainty for
5  every single note?
6      A.  So a couple of things.  One is, if you
7  look at Poly, Poly has 50 percent of the money in
8  all of the funds is one reason.  The second
9  reason is the -- while the notes tend to converge
10  the closer you get to maturity and the
11  differences obviously would not always be
12  literally 5 percent across all the notes, the
13  average weighted life of these portfolios is
14  three years, if you look at all of them, which
15  Hickey does.  It's one and a half to four years,
16  the range if you do it on a fund-by-fund basis.
17  In that range of average weighted life of the
18  portfolio, which is at the line item, you're
19  going to have approximately those types of
20  differences at that line item level.
21          Another way to think about it is,
22  there is another schedule in here, Mr. Leiman
23  that shows you the weighted average life of Poly,
24  which has half the money and all of the deals.
25  That's how I considered it.  That's the -- I'm

                           104

1  sorry.  That's a long explanation.
2  **Q.**  I want to make sure I'm getting the math
3  equation.  You took Dr. Sen's upper bound --
4  **A.**  Right.
5  **Q.**  -- correct?
6  **A.**  With correlation risk.
7  **Q.**  With correlation risk.  Do you know how
8  that was calculated?
9  **A.**  Generally, yes.
10  **Q.**  Did you talk to Dr. Sen about that?
11  **A.**  I did not.  I read his report, but I
12  didn't talk to him specifically.
13  **Q.**  Did you talk to Dr. Sen about this plus
14  or minus 5 percent band of uncertainty?
15  **A.**  No.
16  **Q.**  Did you talk to any valuation expert in
17  options about the plus or minus 5 percent band of
18  uncertainty?
19  MS. WALLER:  Objection to form.
20  THE WITNESS:  I applied a reasonable range
21  across complex structured products myself for 15
22  years.  I noticed that in RSM's national
23  guidance, they use exactly that type of analysis.
24  BY MR. LEIMAN:
25  **Q.**  I'm sorry --

1  MS. WALLER:  Can you let him finish his
2  answer?
3  BY MR. LEIMAN:
4  **Q.**  We're getting far afield here.
5  **A.**  Okay.
6  **Q.**  I asked, did you consult with a
7  valuation expert to come up with a plus or minus
8  5 percent band of estimation uncertainty?
9  MS. WALLER:  Objection to form.
10  THE WITNESS:  Other than myself and my
11  colleagues, no, I didn't.
12  BY MR. LEIMAN:
13  **Q.**  Are you an expert in option valuation
14  models?
15  MS. WALLER:  Objection to form.
16  THE WITNESS:  I am -- I am not -- I have
17  significant valuation experience, and I
18  understand the valuation of these structured
19  products.  Let me just finish this.  What I am
20  basing this on is observed data from Dr. Sen and
21  Dr. McCann.  So these are their output data.  And
22  my assumption is that Dr. McCann's output data is
23  a fair value estimate, and Dr. Sen's output data
24  is a fair value estimate.
25  BY MR. LEIMAN:

1  **Q.**  Are you also assuming that Dr. Sen's
2  upper bound is a fair value estimate?
3  **A.**  Yes.
4  **Q.**  If that is incorrect, is your plus or
5  minus 5 percent estimation uncertainty band also
6  incorrect?
7  MS. WALLER:  Objection to form.
8  THE WITNESS:  It would change it.
9  BY MR. LEIMAN:
10  **Q.**  I want to make sure I get the math
11  equation right.  Dr. Sen's upper bound, right,
12  you looked at that date?
13  **A.**  With correlation risk.
14  **Q.**  With correlation risk.  You looked at
15  the SBB -- you looked at Dr. McCann's valuations?
16  **A.**  Yes.
17  **Q.**  You then compared Dr. McCann's
18  valuations to Dr. Sen's upper bound, correct?
19  **A.**  Compared it to market.
20  **Q.**  You took Dr. McCann's -- let's do the
21  math equation here.  You compared Dr. McCann's
22  values to market?
23  **A.**  That's correct.
24  **Q.**  Okay.  And then what do you do with that
25  result?

1  **A.**  That's just the result.  It tells me
2  it's approximately 5 percent below market.
3  **Q.**  So you think Dr. McCann's values are
4  approximately 5 percent below market?
5  **A.**  Using Poly 1 as an example, they are.
6  **Q.**  Okay.  And so that's how you get the 5
7  percent band, is comparing Dr. McCann's values to
8  Markit's values?
9  **A.**  Yes, and then Dr. Sen's values to Markit
10  as well.
11  **Q.**  You then compare Dr. Sen's values --
12  that's the Ankura value, right?
13  **A.**  No.  Upper bound with correlation risk.
14  **Q.**  Upper bound with correlation risk to
15  Markit?
16  **A.**  Right.
17  **Q.**  And that's where you get -- and that's
18  where you get 5 percent as well?
19  **A.**  Right.  And then -- I'm sorry, I'm using
20  my hands.  They frame -- if you frame Markit with
21  Dr. Sen and Dr. -- Dr. Sen upper bound
22  correlation risk and Dr. McCann, you get a 10
23  percent range.
24  **Q.**  Did you calculate the average
25  differences for each of those calculations?

1    MS. WALLER:  Objection to form.
2    THE WITNESS:  I don't understand.
3 BY MR. LEIMAN:
4    Q.  So you say you compared Dr. McCann's
5 values to Markit values, right?
6    A.  Right.
7    Q.  And then what?  Are you averaging the
8 differences to get 5 percent?  What are you
9 doing?
10    A.  Can I just show you from this?
11    Q.  Yeah, sure.  What are we looking at?
12    A.  So if you look at Dr. McCann's 43
13 million, and Dr. Sen is in this column 48.7, so
14 that is already -- that's just the total.  So I'm
15 comparing the total for all of the Poly notes
16 between McCann and Sen upper bound with
17 correlation risk around Markit.  You have to get
18 to a second exhibit to replace Ankura with
19 Markit, but it's in here in the Markit section.
20 And then that's the math.  It's the difference
21 here and then the difference here.
22    Q.  So looking at -- I'm sorry, Poly 1-B,
23 Exhibit 1, you're just looking at the comparison
24 of Dr. McCann's sum total, 43 million .2, to 48
25 million .7; that gives you the 5 percent

109

1 estimation uncertainty band?
2    A.  I'm comparing Dr. McCann for -- just
3 envision Markit's in this column.  I'm comparing
4 Dr. McCann to Markit, which is approximately that
5 number.  It is not exactly that number.  That
6 gives me the lower bound, because it's lower.
7 And I'm comparing Dr. Sen upper bound correlation
8 risk to Markit, and that gives me the upper bound
9 because it is consistently higher.
10    Q.  I see.  So compared the two models,
11 you add up all the valuations, and then you
12 compare the sum total of Dr. McCann's values with
13 the sum total of the upper bound with correlation
14 risk.  You look at the difference.  That's how
15 you get 5 percent?
16    A.  I'm sorry.  You have to put Markit in
17 between them.
18    Q.  Again, I just want to make sure I got
19 the math equation.  You've got Dr. McCann.  You
20 sum all those values?
21    A.  On this exhibit, it is already done for
22 you.
23    Q.  You then sum all of Markit's values?
24    A.  That's correct.  That's already done in
25 another exhibit.

110

1    Q.  And you compare those two?
2    A.  Right.
3    Q.  And that's where you get 5 percent?
4    A.  5 percent.
5    Q.  And you do only for Polysight?
6    A.  I do it for Polysight because it is half
7 the money.  I didn't literally do it for every
8 one of them.
9    Q.  In your calculation of the plus or minus
10 5 percent band, you limit your inquiry to the
11 results for Polysight, correct?
12    MS. WALLER:  Objection to form.
13    THE WITNESS:  I'm aware that -- all of them
14 have differences that are similar, but I didn't
15 check -- I didn't literally build a model that
16 did all of the funds.  You can see that there's
17 differences across all of them.  But I used
18 policy as my primary input, because it's almost,
19 you know, 50 percent of the money in the deal.
20 In all the Funds.  I shouldn't said in the deal.
21 I apologize.
22 BY MR. LEIMAN
23    Q.  But that analysis of the plus or minus 5
24 percent band of estimation uncertainty is limited
25 to the results for Polysight?

111

1    A.  Yes.  Literally, that's how I did the
2 calculation.  I'm aware that there -- all of them
3 have variances.  I didn't do the calculations for
4 all the other funds.  But they all have
5 significance variances.  I just didn't do the
6 math for all of them.
7    Q.  Again, you say the comparison of Dr.
8 McCann's values to Markit's values is roughly 5
9 percent for Polysight?
10    A.  Right.
11    Q.  And that the comparison of Dr. Sen's
12 upper bound with correlation and Markit is 5
13 percent?
14    A.  Correct.
15    Q.  Again, you didn't talk to Dr. Sen about
16 this calculation of yours, correct?
17    A.  I didn't.
18    Q.  Okay.  Why didn't you describe your
19 calculation method in your report?
20    MS. WALLER:  Objection to form.
21    THE WITNESS:  I did a full -- I don't have a
22 particular reason that there's no text around it.
23 I did a full analysis of the comparison between
24 McCann and Sen.  And I just -- something I didn't
25 incorporate it.

112

**Gene Deetz**
**1/30/2024**

1 BY MR. LEIMAN:
2    **Q.** As you are describing the plus or minus
3 5 percent in your report, you don't talk about a
4 calculation, correct?
5    MS. WALLER: Objection to form.
6    THE WITNESS: I don't. In the text, I don't.
7 BY MR. LEIMAN:
8    **Q.** Why not?
9    MS. WALLER: Object to form.
10    THE WITNESS: I don't have a particular
11 reason for that.
12 BY MR. LEIMAN:
13    **Q.** If you are reading your report, and you
14 wanted to know where that plus or minus 5 percent
15 comes from, how would the reader know that it
16 came from these calculations you described?
17    **A.** Other than --
18    MS. WALLER: Objection. Gene, give me a
19 second. Objection to form.
20    THE WITNESS: Other than looking at the data,
21 which I fully present, you wouldn't know.
22 BY MR. LEIMAN:
23    **Q.** But, again, even looking at the data,
24 how would I know that you're limited to Polysight
25 in the plus or minus 5 percent?

113

1    MS. WALLER: Objection to form.
2    THE WITNESS: Again, my testimony was they
3 all have variances. This is the one I use,
4 because it is clearly the biggest. But you
5 wouldn't necessarily know that.
6 BY MR. LEIMAN:
7    **Q.** And reading your report, how would the
8 reader know which valuations you're comparing to
9 get the plus or minus 5 percent?
10    MS. WALLER: Objection to form.
11    THE WITNESS: Because it's described as a
12 band around Markit.
13 BY MR. LEIMAN:
14    **Q.** Correct. But how would the reader know
15 what went into your calculation of that plus or
16 minus 5 percent?
17    MS. WALLER: Objection to form.
18    THE WITNESS: I'm agreeing with you. You
19 wouldn't specifically be able to literally do --
20 you can see -- what you can obviously see without
21 anything is that there's a wide variance here
22 around these variations. You don't need any
23 calculation to see that, just from looking at the
24 data.
25 BY MR. LEIMAN:

114

1    **Q.** So just by looking at the data, you can
2 intuit that it's a plus or minus 5 percent band
3 of estimation --
4    **A.** It's --
5    MS. WALLER: Objection to form and
6 mischaracterizes his testimony.
7    THE WITNESS: You can definitely see it's a
8 significant variance. And I agree. You can't --
9 it doesn't say 5 percent. But you can look at
10 variances up to 20 percent between Dr. McCann and
11 Dr. Sen around Markit.
12 BY MR. LEIMAN:
13    **Q.** In your report, do you cite any academic
14 studies in support of your conclusion that the
15 proper amount of estimation uncertainty band is
16 plus or minus 5 percent?
17    MS. WALLER: Objection to form.
18    THE WITNESS: It's a range of fair value
19 estimates that's driven by estimation
20 uncertainty. So the range of fair value
21 estimates is obvious, because you can look at the
22 data, and it tells you that they exist here. I
23 don't cite any academic papers. Let me give you
24 the answer to your question.
25 BY MR. LEIMAN:

115

1    **Q.** Yes, please.
2    **A.** Sorry.
3    **Q.** That's okay. And are there any
4 accounting articles in which you cite related to
5 the proper accounting treatment of structured
6 notes in financial statements?
7    MS. WALLER: Objection to form.
8    THE WITNESS: The proper accounting for
9 structured notes in financial statements would be
10 ASC 820.
11 BY MR. LEIMAN:
12    **Q.** But as to having plus or minus 5 percent
13 band estimation uncertainty, do you cite any
14 accounting articles to support the way you
15 calculated it?
16    **A.** You're observing -- it would be -- 540
17 says if the audit evidence indicates that there's
18 a range -- a reasonable range of values, then you
19 would construct a reasonable range for the
20 comparison. And this data tells me there's a
21 reasonable range of fair values.
22    **Q.** Doesn't AU-C 540 tell you to calculate
23 it in the method that you calculated it?
24    MS. WALLER: Objection to form.
25    THE WITNESS: It doesn't give you specific

116

1   instructions on how to calculate it, but it says
2   -- if you think of this like audit evidence, it
3   completely demonstrates -- I believe completely
4   satisfactorily there is a reasonable range of
5   values here.
6   BY MR. LEIMAN:
7      Q.   And I'm wondering about the plus or
8   minus 5 percent, whether you got that from any
9   accounting article?
10     MS. WALLER:  Objection to form.
11     THE WITNESS:  If you're saying literally 5
12  percent, no, I didn't get it.  But the fact that
13  it exists and there can be a range is clearly
14  provided for in 540.
15  BY MR. LEIMAN:
16     Q.   And do you cite 540 in your description
17  of the plus or minus 5 percent band of
18  uncertainty?
19     MS. WALLER:  Objection to form.
20     THE WITNESS:  I don't believe I do.
21  BY MR. LEIMAN:
22     Q.   Again, the reader is looking at your
23  report.  They wouldn't have the calculations, and
24  they wouldn't know which provision of GAAP you
25  were relying on --

1      MS. WALLER:  Objection to form.
2   BY MR. LEIMAN:
3      Q.   -- fair?
4      A.   They wouldn't be able -- they wouldn't
5   be able to literally understand it from what I've
6   written, but they would understand -- from what
7   I've written they would understand the premise,
8   but they couldn't actually see the 5 percent from
9   what I've written.
10  BY MR. LEIMAN:
11     Q.   540 deals with ranges that are supported
12  by evidence, correct?
13     A.   That's correct.
14     Q.   And looking at your report, paragraphs
15  190 to 131, what evidence do you cite in support
16  of your plus or minus 5 percent band of
17  estimation uncertainty?
18     MS. WALLER:  What paragraph?  190 to --
19     MR. LEIMAN:  129.
20     THE WITNESS:  Can I have a second to put this
21  back together again?
22     MR. LEIMAN:  Sure.
23     THE WITNESS:  I'm sorry, Mr. Leiman, the
24  paragraphs again.
25  BY MR. LEIMAN:

1      Q.   Sure.  So 129 to 131, you describe the
2   plus or minus 5 percent band of estimation
3   uncertainty, correct?
4      A.   I apologize.  Let me get this back
5   together again.  I'm sorry.  Mr. Leiman, starting
6   paragraph?
7      Q.   Paragraph 129.  First of all, let me
8   just make sure I'm getting this right.  Paragraph
9   129 to 131, you describe the plus or minus 5
10  percent band of estimation uncertainty, correct?
11     A.   Right.  I describe it as estimated
12  reasonable range of market-based fair values.
13     Q.   Okay.  And in 131, you describe in your
14  opinion, that band is reasonable, correct?
15     A.   Let me get there, please.  I'll do it
16  quickly.
17     Q.   Mm-hmm.
18     A.   Right.  I say in 131, "In my opinion,
19  the 5 percent range is reasonable based on the
20  assets being valued, my review of several years
21  of fair value disclosures by the counterparty
22  banks where they disclose valuation inputs and
23  significant estimates.  Additionally, as I
24  discussed below, I reviewed actual sales in SBB's
25  notes and compared those notes to Markit prices.

1   And this is consistent with my experience valuing
2   Level 3 structured financial products where I
3   observed the use of a similar range of reasonable
4   fair values by holders of structured financial
5   products."
6          Then go 132.  The actual sales that
7   we talked about in the table, it has the six
8   transactions.  And then I conclude with making
9   the point that average life of the funds is
10  longer than the time period for the actual sales
11  transactions.
12     Q.   We actually -- so, before we move on,
13  we've been talking about the calculations that
14  you did.
15         How does the range of remaining life
16  of the notes factor in mathematically to your
17  plus or minus 5 percent?
18     A.   As you get further away from the
19  maturity date, the band of fair value will
20  expand.  And you can observe that -- that's a
21  theoretical concept that I think holds true, but
22  you can also observe that in the data.
23     Q.   And the reverse is true, right?  As it
24  approaches maturity, the variance lessens?
25     A.   That's correct.  That's correct.  They

**Gene Deetz**
**1/30/2024**

1   have a tendency to converge.
2       **Q.**  So, mathematically, how did that factor
3   into the plus or minus 5 percent?
4       **A.**  That's why I'm addressing the weighted
5   average life of the fund, which would then say
6   all of the notes taken together in a particular
7   fund would have a weighted average life of two
8   years or two and a half years, and I'm thinking
9   about it through that lens.
10      **Q.**  Right.  And I'm asking how that figure
11  mathematically led to your plus or minus 5
12  percent?  Because you talked about what you're
13  comparing, right?  McCann's values to Markit,
14  Sen's upper bound with correlation to Markit.
15  Now, how does that weighted average of life
16  remaining mathematically affect that calculation?
17      MS. WALLER:  Objection to form.
18      THE WITNESS:  It just says it's reasonable.
19  If you go to the table I have for the life of the
20  notes, you can see that it includes notes that
21  have very short duration and notes that have
22  longer duration.  And so in that average that I'm
23  using, it contains a mix of different lives that
24  takes into account the convergence and their
25  maturity.

                        121

1   BY MR. LEIMAN:
2       **Q.**  So you are not plugging that number, the
3   weighted average, into a mathematical formula,
4   correct?
5       **A.**  That's correct.
6       **Q.**  You're looking at that and saying
7   because there are values of all kinds --
8   maturities of all kinds, that this 5 percent
9   difference that you notice is reasonable?
10      **A.**  Right.  Because -- and, again, that's
11  why I'm using the total for Poly at 14 and the
12  total for Poly at 15, because it's got an array
13  of different notes inside of it.
14      **Q.**  Do you actually review Markit's
15  valuation model?
16      MS. WALLER:  Objection to form.
17      THE WITNESS:  I've reviewed the description,
18  and I've reviewed their marketing materials that
19  are part of the record.
20          The reason I say that, I obviously
21  don't have a model to look at in that
22  regard, but I have reviewed the description of it
23  and their -- the documents they provide to their
24  clients.
25

                        122

1   BY MR. LEIMAN:
2       **Q.**  Are you familiar with the concept of
3   back-testing an options valuation model?
4       **A.**  Yes.
5       **Q.**  Did you perform back-testing on Markit's
6   model?
7       **A.**  No.
8       **Q.**  Do you form back-testing on SBB's model?
9       **A.**  I don't believe I did.  If I can say --
10  I think of it as retrospective, in case we might
11  be saying it differently.  I'm aware that there
12  was -- that their auditors did retrospective
13  testing.  I didn't personally do any
14  retrospective testing.
15      **Q.**  So back to 130 through -- and I'll
16  expand it because you expanded it -- through 133.
17  In those paragraphs, do you mention Dr. McCann's
18  valuations?
19      **A.**  I don't.
20      **Q.**  Do you mention Dr. Sen's values with the
21  upper bound incorporating correlation risk?
22      **A.**  No, I don't.
23      **Q.**  Did you calculate correlation risk for
24  the Markit model?
25      **A.**  I didn't.

                        123

1       **Q.**  Do you calculate the correlation risk
2   for the SBB model?
3       **A.**  I did not.
4       **Q.**  Do you have any idea whether the
5   calculations that Dr. Sen did were correct or
6   not?
7       MS. WALLER:  Objection to form.
8       THE WITNESS:  I'm assuming that his -- I'm
9   assuming his output and I'm using it.  So do I
10  independently validate the output?  No, I didn't.
11  BY MR. LEIMAN:
12      **Q.**  Did you independent validate any
13  calculations that Dr. Sen did?
14      **A.**  No.
15      **Q.**  For that matter, did you independently
16  validate anything that Dr. McCann did?
17      **A.**  I did not.
18      **Q.**  Would you know how to calculate
19  correlation risk around an options valuation
20  model?
21      MS. WALLER:  Objection to form.
22      THE WITNESS:  I think I would -- the answer
23  is -- could I sit down and program it and do the
24  work -- no, I couldn't.  Do I understand
25  conceptually the construct of it?  Yes, I do

                        124

1  understand the general construct of it.
2  BY MR. LEIMAN:
3    **Q.**  You understand the concept but could not
4  perform the calculation yourself?
5    MS. WALLER:  Objection to form.
6    THE WITNESS:  If I was tasked with doing
7  that, I would use someone else to actually do the
8  calculations.
9  BY MR. LEIMAN:
10    **Q.**  Have you ever issued an expert opinion
11  in which you calculated an estimation band of
12  uncertainty for an options valuation model?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  For an option valuation model,
15  I have not.  I've done it for other -- I've done
16  fair value ranges, estimation uncertainty if you
17  would, for a significant number of products, but
18  not for option valuation model.
19  BY MR. LEIMAN:
20    **Q.**  Have you ever issued an expert report in
21  which you calculate an estimation band of
22  uncertainty for structured notes?
23    MS. WALLER:  Objection to form.
24    THE WITNESS:  Yes.
25

125

1  BY MR. LEIMAN:
2    **Q.**  And what were the circumstances of that?
3    **A.**  Well, it was the consideration of a
4  range of inputs around the structured debt
5  product related to credit default swaps.
6    **Q.**  And, again, that was a debt instrument,
7  correct?
8    **A.**  That's correct.  A structured note where
9  the underlying was a basket of debt securities,
10  not a basket of equity securities.
11    **Q.**  And what case did you issue that expert
12  report?
13    **A.**  What case did I issue that expert
14  report?
15    **Q.**  Yes.
16    **A.**  I haven't issued an expert report on
17  that.
18    **Q.**  Have you testified in that case?
19    **A.**  No.
20    **Q.**  Was this just in a consulting capacity?
21    **A.**  Yes.  I'm sorry.  I didn't mean to imply
22  I actually testified, but I've done that work as
23  an expert consultant, but I have not testified in
24  court as to that.
25    **Q.**  Have you ever calculated the margin of

126

1  error for an options valuation model?
2    **A.**  No.
3    MS. WALLER:  Objection to form.
4    THE WITNESS:  I have not.
5  BY MR. LEIMAN:
6    **Q.**  Have you -- in a conducting your
7  analysis in this case, did you ever perform an
8  analysis using a different estimation band of
9  uncertainty?
10    **A.**  No.  I wanted -- no, I'm using -- you
11  mean other than 5 percent?
12    **Q.**  Other than 5 percent.
13    **A.**  No.  I just wanted -- I'm sorry.  I'm
14  looking at the data -- what I'm assuming is fair
15  val -- a reasonable range of fair value data and
16  doing the math that we just went through.  But I
17  didn't consider -- it was an organic process is
18  the word I was searching for.
19    **Q.**  Again, the data you are looking at is
20  for Polysight, correct?
21    **A.**  I looked at all the data.  The one that
22  I actually did the calculation on was for
23  Polysight.
24    **Q.**  And you had two years of data for
25  Polysight, correct?

127

1    **A.**  That's correct.
2    **Q.**  2014 and 2015?
3    **A.**  Right.
4    **Q.**  And you did not include 2011 through
5  2013 for any of the other funds, correct?
6    **A.**  I didn't specifically include them.  I'm
7  aware that they have variances.  I didn't
8  calculate the variances across all the Funds.
9  You can look at the data and see they have
10  significant variances, but what I used, because
11  it has 50 percent of the value across all the
12  funds, I used Poly for 14 and 15.
13    **Q.**  And so you relied on the two years of
14  Polysight to come up with the plus or minus 5
15  percent in terms of calculations, correct?
16    MS. WALLER:  Objection to form.
17    THE WITNESS:  That's correct.
18  BY MR. LEIMAN:
19    **Q.**  And, again, that doesn't appear in
20  paragraph 131, correct?
21    **A.**  It does not.
22    MS. WALLER:  Objection to form.
23  BY MR. LEIMAN:
24    **Q.**  In your paragraph, you do say a couple
25  of things that went into your calculation.  You

128

**Gene Deetz**
**1/30/2024**

1  talk about the review of several years of fair
2  value disclosures by the counterparty banks where
3  they disclose valuation inputs and significant
4  estimates.  Do you see that?
5      A.  On what paragraph again, please?
6      Q.  Paragraph 131.  This is your narrative
7  description of what you're basing the plus or
8  minus 5 percent estimation band of uncertainty.
9      A.  Yeah, the qualitative stuff, yes.
10     Q.  And, again, the quantitative stuff is
11  not in here, correct?
12     A.  In this paragraph, no.
13     Q.  So there's a qualitative element to your
14  plus or minus 5 percent range?
15     A.  That the range exists.  That a range --
16  you would anticipate a range to exist.
17     Q.  So when you talk about the review of
18  fair value disclosures by the counterparty banks,
19  are you talking about the counterparty banks that
20  issued the structured notes in SBB's funds?
21     A.  Yes.
22     Q.  And what disclosures are you talking
23  about?
24     A.  In their -- they have fair value
25  disclosures, and I cite I think one to J.P.

129

1      Q.  These fair value disclosures by the
2  issuing banks, do they appear in the list of
3  documents you considered?
4      A.  Yes.  So -- I'm going to need a couple
5  of minutes to get my stack of documents
6  organized.
7      MR. LEIMAN:  Why don't we go off the record
8  for a moment.
9      THE VIDEOGRAPHER:  Going off the record.  The
10  time is 11:59 a.m.
11         (Recess.)
12     MR. LEIMAN:  Back on the record.
13     THE VIDEOGRAPHER:  Going on the record.  The
14  time is 12:00 p.m.
15  BY MR. LEIMAN:
16     Q.  The question is, in your list of
17  documents considered, does it identify which
18  disclosures you're talking about in paragraph
19  131?
20     A.  I'm sorry.  I thought it did.  It cited
21  to J.P. Morgan I thought.
22     Q.  You cite J.P. Morgan, but in that
23  paragraph, you talk about more than just
24  J.P. Morgan, correct?
25     A.  Right.

131

1  Morgan from their 10-K where they say,
2  "Correlation levels are very much dependent on
3  market conditions and could have relatively wide
4  range of levels within our or across asset
5  classes over time, particularly in voluntary
6  market conditions."
7         They provide Level 3 tables for
8  where you can see that they're just putting the
9  reader on notice that these can have a wide range
10  of inputs and a wide range of effects on their
11  values.
12     Q.  Did J.P. Morgan quantify what their
13  estimation band of uncertainty was?
14     A.  No.
15     Q.  So you looked at the 10-Ks from the
16  issuing banks, correct?
17     A.  Correct.
18     Q.  Any other disclosures?
19     A.  I don't believe so.  In terms of what
20  was in the public domain, I think it was the
21  10-Ks from the counterparty banks.
22     Q.  I'd like to look at the back of the
23  narrative portion of your report.  There is a
24  list of documents considered.
25     A.  Right.

130

1      Q.  So looking at the documents considered,
2  what additional -- are the additional disclosures
3  that you are talking about in that paragraph
4  disclosed in your list of documents considered?
5      A.  The financial statements are.  If you go
6  to the publicly available document section, which
7  is page 8 of 8.
8      Q.  Sorry.  Let me just get to it.  Page 8
9  of 8.
10     A.  And if you look to the bottom half of
11  that, Mr. Leiman.
12     Q.  So I'm looking at the bottom half of it.
13     A.  B of A, 13 and 14, Barclays 14, BNP
14  Paribas 13.
15     Q.  So the publicly available documents
16  section, and it's the bottom half, these are the
17  financials that you looked at?
18     A.  Right.
19     Q.  Do any of the financials that you
20  identified specify that there's a plus or minus 5
21  percent band of estimation uncertainty for their
22  structured note valuations?
23     A.  They provide for the wide range of
24  uncertainty, but it's not quantified into a band
25  or a range.

132

1    **Q.** Do they use the term wide band of
2  uncertainty?
3    **A.** I don't believe so.
4    **Q.** That's your reaction, correct?
5    MS. WALLER: Objection to form.
6    THE WITNESS: It is not my reaction. They
7  provide for a wide range of inputs.
8  BY MR. LEIMAN:
9    **Q.** But do any of them say there is a wide
10 band of estimation uncertainty around our
11 valuations?
12   **A.** Literally those words, I don't think
13 they do.
14   **Q.** And do you know exactly which assets
15 they are talking about when they describe the
16 uncertainty around their asset valuations?
17   **A.** It would be the disclosures around their
18 structured financial products and structured
19 notes.
20   **Q.** And do you know what percentage of their
21 portfolio was made up of structured notes?
22   **A.** I don't.
23   **Q.** Do you know what percentage of Level 3
24 assets were made up of structured notes?
25   **A.** It gives you the amount of Level 3. I

133

1    **Q.** And same question, do any of these
2  disclosures give you the ability to determine
3  whether they were tied to the performance of
4  Russell 2000 Index?
5    **A.** No. And, again, my comparison is from
6  observed fair value data, not -- all of the
7  disclosures just says you would anticipate that
8  there's a range here, and the actual range is
9  constructed from an observable fair value data.
10   **Q.** I understand. I'm just trying to get
11 down what you obtained from these disclosures.
12   **A.** Yeah, that there would be a range. Not
13 that the range would be 5 percent.
14   **Q.** The takeaway from your review of these
15 financial disclosures is there would be a range
16 of some kind in their valuation of Level 3
17 assets?
18   **A.** Yes.
19   **Q.** And not knowing what those Level 3
20 assets were in terms of the underlying assets?
21   MS. WALLER: Objection to form.
22   THE WITNESS: They get to debt and equity. I
23 don't think they get to the specific index
24 underneath the equity.
25

135

1  didn't do an analysis of what percentage the
2  Level 3 was. But I do believe their tables
3  disclose the Level 3 amounts.
4    **Q.** Do these financial disclosures that you
5  relied on identify the underlying index for their
6  structured notes?
7    MS. WALLER: Objection to form.
8    THE WITNESS: I don't believe they identify
9  the underlying index.
10 BY MR. LEIMAN:
11   **Q.** Do they identify whether their
12 structured notes were debt instruments or tied to
13 equity?
14   **A.** I believe some of them did, yes.
15   **Q.** Which ones?
16   **A.** I couldn't -- as I sit here today, I
17 couldn't tell you which ones, but I do believe
18 that they had -- they had underlying debt,
19 underlying equities, but I can't recall
20 specifically.
21   **Q.** Were any of the notes that were included
22 in these financial disclosures, were they tied to
23 S & P 500 Index valuations?
24   **A.** I wouldn't have the ability to tell that
25 from the disclosures.

134

1  BY MR. LEIMAN:
2    **Q.** Do they disclose what valuation model
3  they were using to value their structured notes?
4    **A.** They don't.
5    **Q.** Do they disclose whether they were using
6  Black-Scholes versus the Heston model?
7    **A.** There may be -- there may be -- not all
8  of them, Mr. Leiman, but one or two of a handful,
9  not a majority of them, that made some reference
10 to a particular model that was used for a
11 particular class of assets, but I don't have a
12 specific recollection for that.
13   **Q.** For these financial disclosures in the
14 Level 3 instruments, did all of the financial
15 disclosures involve the valuation of equity
16 underlying instruments?
17   **A.** No. It was included, but it wasn't --
18 it wasn't -- they had them separated, but there
19 were other disclosures related to other products.
20   **Q.** Do you know which of the issuing banks
21 used Monte Carlo simulations in valuing their
22 structured notes?
23   **A.** Specifically, I don't recall if that was
24 disclosed or not.
25   **Q.** Do you know what volatility measurements

136

**Gene Deetz**
**1/30/2024**

1 the banks used in the disclosures that you
2 referred to in paragraph 131?
3     **A.**  They provide a range, but they don't tie
4 that range to a specific product.
5     **Q.**  But you don't know which volatility
6 measurement was used for their equity-backed
7 structured notes, correct?
8     **A.**  Some of them would provide a range for
9 them, but I don't know what specifically they
10 would use within that range.
11     **Q.**  Do you know if they used implied
12 volatility versus historical volatility?
13     **A.**  I would -- I don't know -- I don't
14 recall whether they made a disclosure about the
15 details of their volatility estimates.  They
16 would have a table that listed volatility and
17 provide a range of that volatility.  I don't
18 recall specifically if it was historical or
19 implied.
20     **Q.**  In all your experience with option
21 valuation models, have you ever seen an option
22 valuation model use 45-day historical volatility
23 as its volatility measurement?
24     **A.**  In my personal experience?
25     **Q.**  Yes.

137

1     **A.**  I have not.
2     **Q.**  Have you ever seen a model that used
3 45-day historical volatility times a multiplier?
4     **A.**  Again, just to be clear, in my personal
5 experience, I have not.
6     **Q.**  Have you ever seen models that use
7 extrapolated implied volatility for their model?
8     **A.**  Yes.
9     **Q.**  And have you seen models that use
10 observed implied volatility for their model?
11     **A.**  Yes.
12     **Q.**  Do you know what the calculated margin
13 of error is for any of the models used by the
14 issuing banks?
15     **A.**  I don't.
16     **Q.**  Do you know whether the issuing banks
17 used the risk-free rate and the risk-free rate
18 framework in valuing their structured notes?
19     **A.**  In each or every case, I wouldn't know
20 that.  I believe the ones that I'm aware of used
21 a risk neutral framework.
22     **Q.**  And are you comfortable with the term
23 "risk neutral framework"?
24     **A.**  Yes.
25     **Q.**  How would you describe risk neutral

138

1 framework?
2     **A.**  It's one -- a method used to value
3 option products that uses a -- as their inputs
4 they use risk neutral, so they use a risk-free
5 rate for growth and a risk-free rate for the
6 discount.
7     **Q.**  And are you aware that that is not what
8 SBB did in their model?
9     **A.**  I'm aware of that.
10     MS. WALLER:  Objection to form.
11 BY MR. LEIMAN:
12     **Q.**  And you are not opining as to whether
13 that deviation from the risk-free framework was
14 consistent with the ASC 820 or not, correct?
15     MS. WALLER:  Objection to form.
16     THE WITNESS:  I've assumed -- as we talked
17 early on.  It seems like a long time.  I've
18 assumed that there is a departure for GAAP for
19 purposes of my materiality analysis.  I don't
20 have an opinion on that.  I made the assumption
21 that there's a GAAP departure.
22 BY MR. LEIMAN:
23     **Q.**  You are not concluding that it is a
24 violation or not?
25     **A.**  Right.

139

1     MS. WALLER:  Objection to form.
2 BY MR. LEIMAN:
3     **Q.**  In your experience with options
4 valuation models, have you ever seen a bank or
5 other entity fail to use the risk-free framework
6 for valuing an option component of a structured
7 note other than here?
8     MS. WALLER:  Objection to form.
9     THE WITNESS:  Limited to my experience, I
10 have not.
11 BY MR. LEIMAN:
12     **Q.**  I think earlier you said you have
13 considerable experience in using option valuation
14 models, correct?
15     **A.**  I said I had experience doing valuation
16 of stock options -- plain vanilla stock options.
17     **Q.**  Just to be clear, in paragraph 131, your
18 reference to these issuing bank disclosures, did
19 any of those disclosures factor in to your
20 numerical calculation of the plus or minus 5
21 percent estimation band of uncertainty?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  No.  I think about it as a
24 two-step process.  Is there going to be a
25 reasonable range of fair values around Markit's

140

 1  observations.  So the -- I just approached it
 2  conceptually that these are complex notes.  They
 3  have Level 3, and then also the bank disclosures
 4  are consistent with that, where you'd expect a
 5  range in prices where not all banks' books are
 6  going to look like -- bank A is not going to look
 7  like bank B and the like.  It's just
 8  fundamentally explaining to the reader, it's
 9  reasonable in these circumstances to think you're
10  going to have a reasonable range of values and I
11  set about to put a number on that.
12  BY MR. LEIMAN:
13      Q.  But the disclosures don't help you
14  quantify what that reasonable range is?
15      A.  No.  It would -- it would give you --
16  directionally, you would expect it to be a
17  non-trivial amount.  It wouldn't be like a half
18  percent based on the language they use and the
19  range of inputs they use, but they don't help you
20  quantify it past that.
21      Q.  Are you aware of whether Markit has
22  quantified the margin of error for its model?
23      A.  I'm not aware of that.
24      Q.  Are you aware of whether Markit has
25  calculated a band of estimation uncertainty

 1  around its model?
 2      A.  I'm not aware of that either.
 3      Q.  Let's look at one of the exhibits again.
 4  Let's look at Poly 1, Exhibit 1.
 5          And here it looks like you're
 6  describing -- first of all, you identify the
 7  notes that are in Polysight for this year period,
 8  which I will be able to see when I remove my tab,
 9  for 2014, correct?
10      A.  Correct.
11      Q.  And you include the participation amount
12  for the note and the notional value of the note?
13      A.  Correct.
14      Q.  The maturity date?
15      A.  Correct.
16      Q.  Remaining life, this is the time to
17  maturity, right?
18      A.  That's correct.
19      Q.  And here for 2014 you calculate the
20  weighted average remaining life as 3.05 years,
21  correct?
22      A.  Correct.
23      Q.  Then you list Markit's values, correct?
24      A.  Correct.
25      Q.  And you list the counterparty bank

 1  values, correct?
 2      A.  Correct.
 3      Q.  Fair to say that sometimes Markit's
 4  values are higher than the counterparty bank and
 5  sometimes they're lower than the counterparty
 6  bank, correct?
 7      A.  I think that's correct, yes.
 8      Q.  Then you repeat Markit's values,
 9  correct?
10      A.  Correct.
11      Q.  And you sum them up?
12      A.  Right.
13      Q.  Then you have IDC's values, correct?
14      A.  Correct.
15      Q.  Now IDC was a third-party used by -- I'm
16  going to put in another acronym for you, RSM to
17  value the notes, correct?
18      A.  I believe so, yes.
19      Q.  Where did you get the IDC values?
20      A.  SEC Investigative Deposition Exhibit 71,
21  tab 3002.PS.
22      Q.  And you sum up all of those values,
23  correct?
24      A.  Correct.
25      Q.  And you got the counterparty bank.

 1  These are the bank marks for the notes that SBB
 2  held, correct?
 3      A.  Correct.
 4      Q.  And then you compare Markit to IDC,
 5  correct?
 6      A.  Correct.
 7      Q.  And for those notes, you calculate a
 8  percentage difference between Markit's values and
 9  IDC's values, correct?
10      A.  Correct.
11      Q.  And that percentage difference is
12  negative .0188 percent, correct?
13      A.  That's correct.
14      Q.  And then you compare Markit to the
15  counterparty bank values, correct?
16      A.  Correct.
17      Q.  And that is .0568 percent, correct?
18      A.  Correct.
19      Q.  And this is a calculation that you do
20  for every year of every fund where the data is
21  available, correct?
22      A.  Where I'm just looking at the
23  relationship between Markit IDC and the
24  counterparty banks.
25      Q.  And IDC only had one year of available

1  data, correct?
2     A.  That's what I use -- they had some data
3  some years, and they didn't have data in other
4  years, so I can't remember when we had IDC and
5  when we didn't.  But when we had it, I used it.
6     Q.  For example, if you look at Exhibit 2,
7  you do the same thing for 2015; is that right?
8     A.  Right.
9     Q.  And here there is no IDC column?
10    A.  Right.
11    Q.  That's because IDC didn't do valuations
12 in 2015, correct?
13    A.  Correct.  I think in some of the earlier
14 periods, you will find IDC again in other funds.
15    Q.  But in 2015, in Exhibit 2, you compare
16 Markit to the counterparty bank, correct?
17    A.  Correct.
18    Q.  And the percentage difference is .7161
19 percent, correct?
20    A.  Correct.
21    Q.  And you run that calculation for every
22 fund for every year where the data is available,
23 correct?
24    A.  Correct.
25    Q.  And in general terms, is it fair to say

145

1  that Markit and IDC's values are fairly close?
2     MS. WALLER:  Objection to form.
3     THE WITNESS:  Yes.  In general terms on --
4  for this particular fund in this particular year,
5  I think they are.
6  BY MR. LEIMAN:
7     Q.  Did you find that to be true for most of
8  the years for most funds?
9     MS. WALLER:  Objection to form.
10    THE WITNESS:  We can go back and look at
11 them.  There's differences.  The differences
12 vary, but I don't recall a difference that was
13 wider than probably 4 or 5 percent, and that's
14 just from recollection.  I have it for every year
15 if we wanted to go back and go through them.
16 BY MR. LEIMAN:
17    Q.  I will represent to you that most of the
18 differences are below 1 percent or below 1.5
19 percent.  Does that sound accurate to you?
20    A.  Right, less than 5.
21    MS. WALLER:  Objection to form.
22 BY MR. LEIMAN:
23    Q.  And, again, for Markit and counterparty
24 bank, for those two years for Polysight, those
25 differences are fairly close, correct?

146

1     A.  Yes.
2     Q.  And in general, did you find that to be
3  true for most funds in most years?
4     MS. WALLER:  Objection to form.
5     THE WITNESS:  Yeah, again, with the
6  qualification of not going back and looking, as I
7  recall, they were all at or below 5 percent.
8  BY MR. LEIMAN:
9     Q.  Other than what we've talked about, is
10 there anything else that you used to calculate
11 your plus or minus 5 percent band of estimation
12 uncertainty?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  I don't think so.  I think we
15 covered it.
16    MR. LEIMAN:  Is your form objection based on
17 me naming it the plus or minus 5 percent band of
18 estimation uncertainty?
19    MS. WALLER:  No.
20    MR. LEIMAN:  What's your form objection?
21    MS. WALLER:  What is my form objection?
22    MR. LEIMAN:  Yes.
23    MS. WALLER:  You said anything else other
24 than what we talked about.  You guys have talked
25 about a lot of stuff today.

147

1  BY MR. LEIMAN:
2     Q.  Anything else that you have testified
3  about in today's testimony?
4     A.  Related to the 5 percent?
5     Q.  Related to plus or minus 5 percent.
6     MS. WALLER:  Same objection to form.
7     THE WITNESS:  No.
8  BY MR. LEIMAN:
9     Q.  Now this plus or minus 5 percent band of
10 estimation uncertainty is applied to every single
11 note, correct?
12    A.  Correct.
13    Q.  And that is true regardless of when the
14 note matures, correct?
15    A.  That's correct.
16    Q.  And, again, as we described earlier, as
17 the notes mature, presumably the estimation date
18 of uncertainty would narrow, correct?
19    A.  Correct.
20    Q.  And for those notes that are further
21 away from maturity estimation, uncertainty would
22 be broader, correct?
23    A.  That's correct.
24    Q.  Other than sort of just intuition, did
25 you calculate how that 5 percent band should

148

**Gene Deetz**
**1/30/2024**

| | |
|---|---|
| 1 account for the length to maturity? | 1 calculation of the plus or minus 5 percent? |
| 2    MS. WALLER: Objection to form. | 2    MS. WALLER: Objection to form. |
| 3    THE WITNESS: By the -- by looking at the | 3    THE WITNESS: If you look at 133, I make that |
| 4 weighted average life of the portfolio. | 4 point when I put in the average lives underneath |
| 5 BY MR. LEIMAN: | 5 that table. You can see the -- let me go look at |
| 6    Q. Right, you looked at it. What I'm | 6 it. I'll give you the exact... |
| 7 saying is, did you include that in any sort of | 7 BY MR. LEIMAN: |
| 8 calculation of the plus or minus 5 percent band | 8    Q. Paragraph 133 you say, "I note that |
| 9 of estimation uncertainty? | 9 weighted average remaining life of each SBB fund |
| 10    A. Just going back to Poly 1, Exhibit 1, | 10 of December 31st, 2011, through December 31st, |
| 11 it's got 3.05 years on the bottom of it. | 11 2015, is consistently longer, ranging from 1.61 |
| 12    Q. Right. Again, that's calculating the | 12 years to 4.11 years than the remaining life of |
| 13 weighted average. | 13 the notes that were sold prior to maturity." |
| 14    What I'm asking is, did you ever use | 14    A. Right. |
| 15 the time remaining in the note -- whether it's | 15    Q. Is there anywhere where you describe the |
| 16 individually or combined in this weighted | 16 overall concept that you were just describing, |
| 17 average, did you ever use that in a calculation | 17 that the weighted average of the life remaining |
| 18 related to the plus or minus 5 percent band of | 18 in the notes was used to calculate the plus or |
| 19 estimation? | 19 minus 5 percent figure? |
| 20    A. I'm sorry. | 20    MS. WALLER: Objection to form. |
| 21    MS. WALLER: Objection to form. | 21    THE WITNESS: I'm sorry. I don't think I |
| 22    THE WITNESS: I think it would be captured in | 22 explicitly say that, but that's clearly what I |
| 23 the comparison, because I'm comparing fair value | 23 intended to convey when I wrote that in that |
| 24 amounts that -- that capture that weighted | 24 paragraph. |
| 25 average life. So I think it's just embedded in | 25 |
| 149 | 151 |
| 1 the calculation, accounting for the time | 1 BY MR. LEIMAN: |
| 2 differences. | 2    Q. You say clearly. But this sentence |
| 3 BY MR. LEIMAN: | 3 relates to the table up above regarding the six |
| 4    Q. But did you examine the difference | 4 notes that were sold, correct? |
| 5 between notes that were far away and the notes | 5    A. Let me get it in front of me. The table |
| 6 that were close to maturity and compare them? | 6 is the six notes that were sold. The paragraph |
| 7    MS. WALLER: Objection to form. | 7 133 is describing the average -- weighted average |
| 8    THE WITNESS: From looking at the data, you | 8 life across all of the funds. It makes the point |
| 9 can see that the closer to maturity the band | 9 that is much longer than the time difference |
| 10 narrows and the farther from maturity the band | 10 between the sales transaction and the market |
| 11 expands. | 11 valuation. |
| 12 BY MR. LEIMAN: | 12    Q. Right. Now, where in that paragraph do |
| 13    Q. Okay. So what's the highest variance | 13 you mention that the weighted average assisted |
| 14 that you would see? | 14 you in evaluating the overall comparison between |
| 15    A. 20, 25 percent. | 15 McCann's values and Markit's values in coming up |
| 16    Q. And what's the lowest? | 16 with the plus or minus 5 percent? |
| 17    A. Probably 1 or 2 percent. | 17    MS. WALLER: Objection to form and asked and |
| 18    Q. And it's through the weighted average | 18 answered. |
| 19 that you come up with the plus or minus 5 | 19    THE WITNESS: Yeah, I don't explicitly say |
| 20 percent? | 20 that, but by including this 1.61 to 4.11, what I |
| 21    A. That's correct. | 21 intended to communicate was just that. |
| 22    Q. And, again, would a reader looking at | 22 BY MR. LEIMAN: |
| 23 your report be able to tell that that's what you | 23    Q. Again, that relates to these six notes, |
| 24 were doing; that you were looking at the weighted | 24 correct? |
| 25 average of the time left to maturity in your | 25    A. No. |
| 150 | 152 |

1      MS. WALLER:  Objection to form, asked and
2   answered.
3      THE WITNESS:  It doesn't.  This doesn't
4   relate to these six notes.  This data in this
5   table relates to the portfolios that have the
6   fair values in it.  It's making the point, than
7   the remaining life of the notes that were sold
8   prior to maturity.  So it's a longer time period.
9   1.61 for some funds, 4.11 for other funds.  That
10  the funds actually have than the remaining life
11  the notes that are used in the sales comparison.
12  BY MR. LEIMAN:
13     Q.   Reading this paragraph, how would I know
14  that that was related to your comparison of note
15  values for the Polysight fund using McCann,
16  Markit, and Dr. Sen's upper bounds?
17     MS. WALLER:  Objection to form.
18     THE WITNESS:  You wouldn't know that
19  specifically from this paragraph.  I was just
20  explaining that what I was trying to convey
21  when I wrote it.
22  BY MR. LEIMAN:
23     Q.   You mentioned that the Ankura values
24  were similar to Markit's values, correct?
25     A.   Correct.

                        153

1      Q.   And McCann values are similar to
2   Markit's values?
3      A.   I wouldn't say that.
4      Q.   You wouldn't say that.  Okay.  Is
5   McCann's value similar to the counterparty bank
6   values?
7      A.   I don't believe I did a comparison of
8   those, but I would -- we can look at the
9   difference between Dr. McCann's values and the
10  Markit values.  And I did that as part of my test
11  to get the 5 percent band.  So I wouldn't say
12  they're similar.
13     Q.   Do you believe that there's a plus or
14  minus 5 percent estimation uncertainty band
15  around Dr. McCann's values?
16     MS. WALLER:  Objection to form.
17     THE WITNESS:  No.  What I believe is if you
18  compare his values to Poly 14 and Poly 15,
19  you will see approximately a 5 percent difference
20  between Dr. McCann's output values and Markit's
21  values.
22  BY MR. LEIMAN:
23     Q.   Do you believe that Ankura's values have
24  a plus or minus 5 percent estimation uncertainty
25  band around them?

                        154

1      MS. WALLER:  Objection to form.
2      THE WITNESS:  I'm sorry.  Ankura's values?
3   BY MR. LEIMAN:
4      Q.   You know what I'm referring to with
5   Ankura's values, correct?
6      A.   I do.
7      Q.   And that's Dr. Sen's valuation model for
8   the notes, correct?
9      A.   Right.
10     Q.   Do you believe that the model that he
11  used has a plus or minus 5 percent estimation
12  band of uncertainty around them?
13     A.   I calculated that it.  That's a
14  calculation that I did from the output -- from
15  the observed output.  And so that the difference
16  you can actually observe in the prices.
17     Q.   And so the answer is, yes, you believe
18  there's a plus or minus 5 percent estimation band
19  of uncertainty around Ankura's model?
20     MS. WALLER:  Objection to form.
21     THE WITNESS:  Again, I use it as fair value
22  output, but that's the difference in the
23  calculation.
24  BY MR. LEIMAN:
25     Q.   Do you know if Dr. Sen agrees with you?

                        155

1      A.   Dr. Sen -- I don't know if he
2   specifically agrees with me.  I do know in his
3   report, he describes the upper bound with
4   correlation as a reasonable estimate, and so I'm
5   just comparing that output -- that assumed fair
6   value output to Markit, and I'm comparing Dr.
7   Sen's assumed fair value output.  Dr. McCann, I'm
8   sorry, to Markit.  It's just an observation of
9   data and a mathematical comparison.
10     Q.   And you're aware that Dr. Sen calculated
11  the variance threshold for his model, correct?
12     A.   Yes.
13     Q.   And did you come up with a plus or minus
14  5 percent figure?
15     A.   I don't know what he came up with.  What
16  I'm using is his output and his description of
17  the output and using that as the -- part of the
18  calculation.
19     Q.   And you are not opining -- and correct
20  me if I'm wrong.  You are not opining that
21  structured notes based on S & P 500 and Russell
22  2000 Index results always have a plus or minus 5
23  percent band of estimation uncertainty, correct?
24     MS. WALLER:  Objection to form.
25     THE WITNESS:  No.  I'm opining that I can

                        156

**Gene Deetz**
**1/30/2024**

1 observe data in this case from these products
2 that that -- that there is a 5 percent range
3 around the fair values of market.
4 BY MR. LEIMAN:
5    Q.   And we mentioned that this calculation
6 isn't specifically included in a worksheet to
7 your report, right?
8    A.   That's correct.
9    Q.   Does that worksheet exist?
10    A.   It does not.  I'm sorry.  I just did it
11 from the model just like you, and I just did it
12 right now.
13    Q.   So there is -- not only is it not
14 included in your report, there is no worksheet
15 that exists that shows this calculation of the
16 plows or minus 5 percent band of estimation
17 uncertainty?
18    MS. WALLER:  Objection to form.
19    THE WITNESS:  There is.  But -- I did that,
20 but this is a live model.  If you and I had this
21 live model, we could do that calculation very
22 simply.
23    MR. LEIMAN:  Now is probably a good time to
24 break.  Can we go off the record?
25    THE VIDEOGRAPHER:  Going off the record.  The

157

1 time is 12:30 p.m.
2                 (Recess.)
3    THE VIDEOGRAPHER:  Going on the record.  The
4 time is 12:45 p.m.
5 BY MR. LEIMAN:
6    Q.   Mr. Deetz, we talked about two
7 calculations that went into the plus or minus 5
8 percent band of estimation uncertainty.  One of
9 them was comparing McCann and his values to
10 Markit, correct?
11    A.   That's correct.
12    Q.   And that was for Polysight for 2014 and
13 2015?
14    A.   Correct.
15    Q.   And you compared those numbers?
16    A.   Dr. McCann to Markit.
17    Q.   Did you run a regression analysis to
18 establish that the difference between those two
19 models was statistically significant?
20    A.   No.  I just observed the band -- the
21 range and applied the range.
22    Q.   Did you perform any statistical analysis
23 related to that difference?
24    A.   No.
25    Q.   You also mentioned comparing Markit to

158

1 Dr. Sen's values with -- thank you for correcting
2 me earlier, because I will be able to say this
3 right -- with the correlation adjustment?
4    A.   Upper bound with --
5    Q.   Upper bound with correlation adjustment.
6 So those two, Markit and Dr. Sen with the upper
7 bound correlation included?
8    A.   That's correct.
9    Q.   Did you run a statistical analysis on
10 those differences?
11    A.   I did not.
12    Q.   Did you run a regression analysis on
13 those differences?
14    A.   I did not.
15    Q.   This is sort of embedded in your prior
16 answers, but I will ask you any way.  Did you
17 ever run a regression analysis to a 95 percent
18 confidence level as to the differences between
19 McCann's values and Markit's values?
20    A.   No.  I'm very confident, because it's
21 precise; in other words, when I subtract -- as an
22 example, if I observe a hundred and I observe 90,
23 and I take the difference, it's 10.  That's
24 precise.  So I'm just doing that simple
25 comparison.

159

1    Q.   Right.  But in comparing, you didn't
2 actually look to statistical significance of the
3 difference, correct?
4    A.   No, it's a straightforward calculation.
5    Q.   And you didn't do a statistical
6 regression analysis related to the difference
7 between Markit's model and Dr. Sen's upper bound
8 with correlation?
9    A.   The output for Markit and the output
10 from Dr. Sen upper bound correlation is similar
11 to Dr. McCann and Markit.  It is an observed
12 difference.  So it's a precise observed
13 difference.
14    Q.   Right.  Back to the question.  You
15 didn't run a regression analysis to see if those
16 precise observed differences were statistically
17 significant, correct?
18    A.   It's a fair value output.  I wouldn't
19 understand what you would need any regression
20 analysis for.
21         If Dr. Sen -- or Dr. McCann has a
22 fair value output and Markit has a fair value
23 output, the difference is easily observed by
24 taking the difference in the data.
25    Q.   And you don't believe that in comparing

160

1  those two models, a regression analysis is
2  necessary?
3      **A.**  I don't believe that, no.
4      **Q.**  Same question for McCann and Markit, do
5  you believe that a regression analysis is
6  necessary to determine whether those differences
7  are statistically significant?
8      **A.**  That's a different question.  It's a
9  difference that I apply in a mathematical
10 setting.  So whether those differences are
11 statistically significant or not is not the
12 objective.  The objective is just to observe what
13 the range is.
14     **Q.**  You're not trying to determine whether
15 the difference is statistically significant?
16     **A.**  No.  I'm establishing what the range is.
17 In fact, from the observed fair value outputs.
18     **Q.**  And assuming that that range captures
19 the range of fair value outputs?
20     **A.**  It captures this range of fair value
21 outputs around these securities, and that's what
22 I'm using.
23     **Q.**  Did you compare SBB notes to the bank
24 bids -- sorry, the bank marks?
25     **A.**  No.

161

1      **Q.**  Are you aware that Dr. Sen did that?
2      **A.**  I don't specifically recall that.  He
3  certainly could have.  I don't recall one way or
4  another.
5      **Q.**  Are you aware that Dr. Sen performed a
6  regression analysis to see if the difference
7  between SBB's values and the bank notes were
8  statistically significant?
9      **A.**  I'm not aware.
10     **Q.**  Would you be able to run a regression
11 analysis between two option valuation models to
12 determine whether their differences are
13 significantly significant?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  Let me -- the output's
16 different.  Significantly significant or not?
17 BY MR. LEIMAN:
18     **Q.**  Correct.
19     **A.**  I wouldn't do it personally, but I could
20 certainly have someone do it for me.
21     **Q.**  But you didn't do that in this instance?
22     **A.**  Again, the reason it's not necessary is
23 if you think about how I'm using this, it's a
24 precise difference in terms of -- the assumption
25 is they're all fair value, so I am not trying to

162

1  say one is fair value and one is not fair value.
2  All I'm saying here is a range of fair value
3  estimates.  I can observe the differences, and
4  that's what creating the band that goes back into
5  the math we talked about before the break of the
6  -- how the 5 percent fair value range is applied.
7      **Q.**  And the band that you calculated based
8  on the Polysight output, you applied that to all
9  the funds for all years?
10     **A.**  That's correct.
11     **Q.**  Have you ever communicated with Dr. Sen
12 regarding your report?
13     **A.**  I don't believe so, no.
14     **Q.**  This is sort of embedded in that answer,
15 but did you ever communicate with Dr. Sen about
16 what went into his calculation of the upper
17 bound?
18     **A.**  No.  I read his report, but I didn't
19 communicate with him directly.
20     **Q.**  If that upper bound -- earlier I asked
21 if that upper bound was incorrect, would that
22 affect the plus or minus 5 percent, and you said
23 yes.
24         If that upper bound is lower, how
25 would that affect your plus or minus 5 percent

163

1  figure?
2      MS. WALLER:  Objection to form.  Not sure
3  that also characterizes his prior testimony
4  accurately.
5  BY MR. LEIMAN:
6      **Q.**  I want to get it right.
7          So if Dr. Sen's calculation of the
8  upper bound with correlation risk is incorrect,
9  would that affect your calculation of the plus or
10 minus 5 percent estimation band of uncertainty?
11     MS. WALLER:  Objection to form.
12     THE WITNESS:  If I had -- if I -- if I was of
13 the opinion that it became an unreliable estimate
14 of fair value, and there were some other amount
15 to use besides that, then if I use that amount,
16 it would change the band.
17 BY MR. LEIMAN:
18     **Q.**  So, for example, if that estimation band
19 is properly lower than Dr. Sen calculated, how
20 would that affect your band of uncertainty?
21     MS. WALLER:  Objection to form.
22     THE WITNESS:  Yeah, it would change the band.
23 BY MR. LEIMAN:
24     **Q.**  Would it make it narrower or expand it?
25     MS. WALLER:  Same objection.

164

1    THE WITNESS: I'm sorry. If it was lower?
2    BY MR. LEIMAN:
3    Q. Right. So would it make it lower than 5
4    percent or higher than 5 percent or unsure?
5    A. Unsure. It would change it though. It
6    would likely change it.
7    MR. LEIMAN: I'd like to mark as Exhibit 5 a
8    copy of the expert report of Arun Sen.
9    (WHEREUPON, said document
10    was marked as Deetz
11    Deposition Exhibit 5
12    for Identification.)
13    BY MR. LEIMAN:
14    Q. Deetz Exhibit 5, is this the report that
15    you reviewed in preparation for creating your
16    expert report?
17    A. Give me just a second. It is.
18    Q. Turning to paragraph 94.
19    A. I'm there.
20    Q. So this is the section calculating
21    margins of error for the note valuations. Do you
22    see that?
23    A. I do.
24    Q. And he says, "I now turn to the question
25    of how great the uncertainty surrounding the note

165

1    values was."
2    Did Dr. Sen determine the
3    uncertainty surrounding the note values was plus
4    or minus 5 percent?
5    MS. WALLER: Objection to form.
6    THE WITNESS: Give me just a second, please.
7    (Brief Pause.)
8    THE WITNESS: I don't believe he has
9    presented -- I don't believe he presents that
10    here. I don't see it. No.
11    BY MR. LEIMAN:
12    Q. I can gather from previous answers, but
13    just to be clear, in coming up with your plus or
14    minus 5 percent band of estimation uncertainty,
15    did you use any of the calculation processes that
16    Dr. Sen used?
17    A. I used the output.
18    Q. Just the output?
19    A. Just the output.
20    Q. For example, he refers to the DCC mGARCH
21    model -- that's capital D-C-C space lower case m,
22    capital G-A-R-C-H. You didn't use a GARCH
23    process in your calculations, correct?
24    A. No, I took his output -- his observed
25    output.

166

1    Q. And is there any other process that
2    Dr. Sen used other than outputs that you used in
3    calculating the plus or minus 5 percent band of
4    estimation uncertainty?
5    A. No.
6    Q. In his expert report, Dr. Sen concludes
7    that there are two sources of uncertainty in note
8    valuations. The first is variation related to
9    correlation, correct?
10    A. Could you show me where you're looking?
11    Q. Sure. So in paragraphs 94 and
12    following, Dr. Sen outlines two different
13    sources.
14    A. I apologize. Thank you.
15    Q. One of them is the correlation
16    estimation, correct?
17    A. Correct.
18    Q. Did you calculate the correlation
19    estimate for any model that you discuss in your
20    report?
21    A. Could you help me with for any model I
22    discuss in my report?
23    Q. Let's take them one at a time.
24    Did you calculate the uncertainty of
25    the correlation estimate related to the market?

167

1    A. No. I used that output used for
2    financial reporting as the base. So whatever
3    inputs they had, that's the amount that they
4    determined to be U.S. GAAP compliant, ASC 820
5    compliant output that they use for financial
6    reporting. I just used that output.
7    Q. I understand what you did. I'm trying
8    to make sure I understand what you didn't do.
9    A. Right.
10    Q. When you compared any model in this
11    report -- your report to another model, did you
12    calculate uncertainty due to correlation
13    estimate?
14    A. I'm comparing the output, not the model.
15    But I didn't calculate or analyze any uncertainty
16    due to correlation, because I'm looking at the
17    GAAP output, and I'm making a comparison among
18    the GAAP output.
19    Q. Again, you are referring to the GAAP
20    outputs for Polysight for 2014 and 2015, correct?
21    A. I apologize. In all my -- in all of my
22    exhibits, I have a Markit GAAP output, and I have
23    a McCann GAAP output, and I have a Sen GAAP
24    output.
25    Q. But the only ones that played into your

168

1  calculation were for Polysight for 2014 and 2015,
2  correct?
3      **A.**  That's correct.
4      **Q.**  Similarly, did you calculate the
5  uncertainty related to -- to the volatility input
6  for any model?
7      **A.**  No.  And, again, you wouldn't need to,
8  because whatever uncertainty is involved in
9  Markit's output -- if it's a GAAP-compliant
10 output, I'm comparing that output with whatever
11 uncertainty they have to another GAAP-compliant
12 output with whatever uncertainty they used in
13 that model.
14     **Q.**  And, again, you are simply depending on
15 the figures that Dr. Sen came up with, correct?
16     MS. WALLER:  Objection to form.
17     THE WITNESS:  For that portion of my
18 analysis, I'm using his upper bound with
19 correlation.
20 BY MR. LEIMAN:
21     **Q.**  And you didn't conduct any of the
22 similar calculations that Dr. Sen conducted,
23 correct?
24     **A.**  Independently, no, I did not.
25     **Q.**  Dr. Sen states that he statistically

1  with a band of uncertainty that applies to all
2  notes and to do it, all you looked at were
3  comparing values for a single note in a single
4  year; that would have a low statistical
5  significance, correct?
6      MS. WALLER:  Objection; form.
7      THE WITNESS:  I wouldn't have an opinion on
8  that.
9  BY MR. LEIMAN:
10     **Q.**  All right.  Do you understand the
11 concept of statistical significance?
12     **A.**  I generally understand it.  But as you
13 are using it, I'm not following you.
14     **Q.**  Well, if you were looking at the values
15 of just one note here -- you compare the values
16 for Polysight for two years?
17     **A.**  Right.
18     **Q.**  And with that, you say you have a
19 confidence in your plus or minus 5 percent
20 estimation band of uncertainty, correct?
21     **A.**  Yes.  I use 5 percent because the
22 largest 50 percent of the data tells me that
23 that's a reasonable band.
24     **Q.**  Right.  And you are applying that to all
25 of the notes for all the funds for all the years?

1  calculated the margin of error for SBB's
2  valuations to a 95 percent confidence standard.
3  Did you perform any statistical analysis to
4  develop a confidence standard for the plus or
5  minus 5 percent estimation band of uncertainty?
6      **A.**  No.  It's from observed outputs.  I'm
7  just taking the mathematical difference from
8  observed outputs.  So that calculation is very
9  certain.
10     **Q.**  It's certain in that you have the
11 result, but you haven't tested its statistical
12 significance, correct?
13     MS. WALLER:  Objection; form.
14     THE WITNESS:  I haven't, but you wouldn't
15 need to, because if you have two GAAP outputs,
16 you are looking at the difference, so that would
17 be all you need to do.
18 BY MR. LEIMAN:
19     **Q.**  Certainly.  Not to push back here.  If
20 you were calculating the difference between one
21 note, for example, for one year, that would have
22 a very low statistical significance, correct?
23     **A.**  I'm sorry.  I don't understand the
24 question.
25     **Q.**  Sure.  If you were trying to come up

1      **A.**  That's correct.
2      **Q.**  Now, if you had just done it for one
3  note, instead of the notes in Polysight, that
4  would have a low statistical significance,
5  correct?
6      MS. WALLER:  Objection to form.
7      THE WITNESS:  I think it would make it less
8  reliable.
9  BY MR. LEIMAN:
10     **Q.**  How do you know that the difference in
11 the notes that you have valued for Polysight for
12 2014 and 2015 are statistically significant
13 enough to apply them to other notes?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  Now I understand your
16 question.
17         So I can observe, I think -- first
18 of all, it's a part of an overall process in
19 calculation, so let me try and do this as
20 efficiently as possible.
21         In addition to being 50 percent of
22 the money in all the funds and all of the notes,
23 I can observe variances -- not all 5 and 5.
24 There's different variances across all of them,
25 so I know that it exists.  Additionally, when I

1  apply that band, it's to a group of funds that
2  have different weighted -- long-dated weighted
3  average lives.
4        In addition to that, so I'm -- I
5  think that's a reasonable basis to apply for
6  purposes of an overall look at a portfolio in an
7  accounting perspective, and I think I
8  testified -- or tried to testify to earlier, RSM
9  applies the same type of analysis broadly across
10 all of the notes for all of their audit periods,
11 including the ROC.
12 BY MR. LEIMAN:
13   Q.  When RSM performs the same analysis, do
14 they also exclude their threshold from
15 materiality judgments?
16   A.  It's only those that are over 10 percent
17 band that they incorporate in the calculation, my
18 recollection.
19   Q.  But when it exceeds the 10 percent band,
20 do they just carry over the excess difference, or
21 do they carry over the entire difference to the
22 materiality judgment?
23   A.  What I recall is they just carry over
24 the ones that exceed 10 percent.  If I'm
25 misrecollecting that, I apologize.

173

1    Q.  I don't think you understand my
2  question.
3        For those notes that exceed their
4  threshold, do they do what you did, which was
5  exclude the portion that's beneath the threshold
6  from their materiality standard?
7    A.  I'm not understanding.  I'm sorry.
8    Q.  In your process, your plus or minus 5
9  percent estimation band of uncertainty, anything
10 below that 5 percent doesn't get carried over to
11 your materiality analysis for the balance sheet,
12 correct?
13   A.  Anything over my -- anything outside my
14 fair value -- anything inside my fair value range
15 does not get carried over.
16   Q.  That gets excluded from the materiality
17 analysis in step two, correct?
18   A.  Right.
19   Q.  Now, you said that this was similar to
20 what RSM did.  And what I'm asking you is, when
21 RSM had a materiality threshold and a note went
22 above the materiality threshold, did it similarly
23 exclude amounts below the materiality threshold
24 from their next step in their analysis?
25   MS. WALLER:  Objection; asked and answered.

174

1    MR. LEIMAN:  It hasn't been answered.
2    THE WITNESS:  I'm trying to remember the
3  calculations.  Do you have one handy we can look
4  at?
5  BY MR. LEIMAN:
6    Q.  What's your recollection?
7    MS. WALLER:  Asked and answered.  You don't
8  like the answer, but he's answered it.  He
9  doesn't remember.
10   MR. LEIMAN:  It has not been asked and
11 answered.  I'm going to get an answer.
12 BY MR. LEIMAN:
13   Q.  What is your recollection -- you've said
14 that this is comparable to RSM, so I want your
15 understanding sitting here of what RSM did when
16 RSM had a note that exceeded its materiality
17 threshold.  Did it then exclude amounts below the
18 threshold from its overall materiality analysis?
19   MS. WALLER:  Objection.
20   THE WITNESS:  I'd have to look at it to
21 refresh my recollection.
22 BY MR. LEIMAN:
23   Q.  Sitting here, you don't remember?
24   A.  Sitting here, I don't remember.
25   Q.  And, again, you were just talking about

175

1  observing data from other funds, and that played
2  a role in extrapolating Polysight's results to
3  all the funds, correct?
4    A.  That's correct.
5    Q.  Did you perform any sort of statistical
6  analysis?
7    A.  No, I did not.
8    Q.  Just based on you looking at the data?
9    A.  Yes.  And the specific observations from
10 Polysight.
11   Q.  So if I run the numbers, comparing
12 Markit to McCann for all of the funds, you would
13 expect a plus or minus 5 percent difference on
14 average?
15   MS. WALLER:  Objection to form.
16   THE WITNESS:  I would expect it to
17 approximate that.  I certainly would.
18 BY MR. LEIMAN:
19   Q.  If it doesn't approximate that, would
20 that affect your conclusion that there's a plus
21 or minus 5 percent band of estimation uncertainty
22 around Markit's model?
23   MS. WALLER:  Objection to form.
24   THE WITNESS:  As I sit here today, because of
25 the prominence of Polysight and that the -- and

176

1  the non-Barnett investors in it, as I sit here
2  today, I would think it would not, but it
3  certainly could. I'd have to look at the results
4  of the analysis.
5  BY MR. LEIMAN:
6      Q.  Would you be able to calculate the
7  uncertainty that is related to the correlation
8  factor if you had to?
9      MS. WALLER:  Objection to form.
10     THE WITNESS:  Uncertainty and correlation
11 that Dr. Sen uses -- that he develops?
12 BY MR. LEIMAN:
13     Q.  Correct.  Would you be able to do that?
14     A.  Personally, no, I couldn't do that.
15     Q.  What about the uncertainty due to
16 volatility inputs, would you be able to perform
17 that calculation?
18     MS. WALLER:  Objection to form.
19     THE WITNESS:  Literally perform, no.  I would
20 use the assistance of someone else to do that
21 calculation.
22 BY MR. LEIMAN:
23     Q.  Did you review the exhibits to Dr. Sen's
24 report?
25     A.  I'm aware of them, and I've looked

                        177

1  through them, so I've reviewed them in that
2  sense.
3          The one that I utilized was the one
4  that contains the Ankura value and the upper
5  bound and upper bound correlation.
6      Q.  Is your method for calculating -- to
7  your knowledge, are there any practices within
8  the option valuation industry that you relied on
9  in calculating your plus or minus 5 percent
10 estimation band of uncertainty?
11     MS. WALLER:  Objection to form.
12     THE WITNESS:  No.  It's from the observed
13 data.
14 BY MR. LEIMAN:
15     Q.  Again, my question:  Did you use any
16 sort of analyses well-known within the option
17 valuation industry for calculating the plus or
18 minus 5 percent estimation band of uncertainty?
19     MS. WALLER:  Same objection.
20     THE WITNESS:  I am not doing an option
21 valuation.
22 BY MR. LEIMAN:
23     Q.  Right.  But you are calculating an
24 estimation band on uncertainty for the Markit
25 model.

                        178

1          Did you use any processes well-known
2  within the options valuation industry to come up
3  with that?
4      MS. WALLER:  Objection to form.
5      THE WITNESS:  No.  I used the differences
6  from observed fair value outputs.
7  BY MR. LEIMAN:
8      Q.  At the time you submitted your
9  materiality analysis, did you understand what an
10 inverse structured note was?  I think you
11 described it was a bear note.
12     A.  Yes.
13     Q.  And, again, what was your understanding?
14     A.  That it was essentially short, and so
15 that the worse the Russell S & P did, the better
16 it was for that particular note.  The better the
17 Russell S & P did, the worse it was in that note.
18 You can see that in the data, because all of them
19 are having positive returns, and that one's
20 obviously dramatically different.
21     Q.  Now, it's the allegation in this case
22 that the S & P model had tendency to overvalue
23 structured notes?
24     A.  That's correct.
25     MS. WALLER:  Objection to form.

                        179

1  BY MR. LEIMAN:
2      Q.  Would you also expect the converse to be
3  true, that it would -- that it would undervalue a
4  bear note?
5      MS. WALLER:  Objection to form.
6      THE WITNESS:  Setting aside the allegation,
7  to the extent a model would value a structured
8  note position at a positive return, you would
9  expect that it would have -- it would have an
10 opposite effect.  Any model.
11 BY MR. LEIMAN:
12     Q.  I'd like to go back to the exhibits
13 here.
14     A.  We're done with Dr. Sen at least for a
15 few minutes?
16     Q.  At least for a few minutes.  And I'd
17 like to look at CPS 1.
18     A.  I'm going to try to do this just like
19 you are.  And which exhibit in the CPS 1 range?
20     Q.  So CPS Exhibit 5, and this relates to
21 the estimated prices for 2014.
22     A.  Right.
23     MS. WALLER:  CPS 1, Exhibit 5?
24     MR. LEIMAN:  Yes.
25

                        180

**Gene Deetz**
**1/30/2024**

BY MR. LEIMAN:
 2    Q.  Did I describe that accurately, that
 3 this is looking at the notes that were in CPS 1
 4 for 2014 year-end?
 5    A.  Yes.  I'm sorry.  As of December 31st.
 6    Q.  As of December 31, 2014.
 7         Now, the note that we've been
 8 referring to, I believe, is note 20.  Does that
 9 correspond to your understanding that note 20 an
10 inverse note?
11    A.  Yeah.  It's the only one I think in any
12 of the portfolios.  I think they're always in CPS
13 1 or CPS XI.  That particular note.
14    Q.  And you calculate the excess difference
15 for CPS 1's note 20, correct?
16    A.  Correct.
17    Q.  And that excess difference is negative,
18 correct?
19    A.  Correct.
20    Q.  There's one other note there where the
21 difference is positive, correct?
22    A.  Correct.
23    Q.  And here, the negative result for note
24 20 more than counteracts the positive result for
25 note 58, correct?

                        181

 1    A.  That's correct.
 2    Q.  And so your assumption is that the
 3 excess difference is zero, correct?
 4    A.  For this particular one, yes.
 5    Q.  And so as you carry this on to the next
 6 step of your materiality analysis, there is no
 7 excess difference, correct?
 8    A.  That's correct.
 9    Q.  Did you at all account for the fact that
10 this is consistent with a model designed to
11 inflate the value of a standard note, that it
12 would reduce the value of a bear note?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  Any model you should be able to
15 observe that if you're doing well in the long
16 position, you would have the opposite effect in a
17 short position.  So the reason I'm excluding this
18 is -- if I'm not answering your question, I
19 apologize.  The reason I am excluding this is
20 just because of the allegation of overvaluation
21 itself.  And so I don't take the negative amount
22 into account.  That's the only reason.  I
23 understand that -- that regardless -- at least my
24 opinion, excuse me.  Regardless of the model,
25 you'd expect to see this relationship.

                        182

BY MR. LEIMAN:
 2    Q.  So if -- if you're looking for notes
 3 that are materially misstated, one would expect
 4 that for a bear note, it would be misstated to
 5 the negative side, correct?
 6    A.  Hypothetically, yes.
 7    Q.  Note 20 is actually a data points
 8 jesting the misstatement of a note, correct?
 9    A.  Correct.
10    MS. WALLER:  Objection to form.
11 BY MR. LEIMAN:
12    Q.  That fact is not noted in this sheet,
13 correct?
14    A.  That's correct.
15    MS. WALLER:  Sorry.  Objection to form.
16 BY MR. LEIMAN:
17    Q.  And the fact that note 20 is a bear note
18 is not taken into the account in the next stage
19 of your materiality analysis, correct?
20    MS. WALLER:  Objection to form.
21    THE WITNESS:  I considered all of the notes
22 at the end of the day, so I didn't ignore it.
23 But in terms of the numerical process, it is not
24 carried through.
25

                        183

BY MR. LEIMAN:
 2    Q.  Looking at the next page, 2015 for CPS
 3 1.
 4    A.  I think I got it.  I have it.
 5    Q.  By this time, the inverse note, the bear
 6 note, is gone, correct?
 7    A.  Correct.
 8    Q.  It has matured?
 9    A.  Right.
10    Q.  And for this calculation for 2015, there
11 is an excess difference, correct?
12    A.  Correct.
13    Q.  And that is taken into account?
14    A.  Correct.
15    Q.  And, again, the excess difference is
16 only those amounts that exceed your 5 percent
17 estimation band of uncertainty, correct?
18    A.  Correct.
19    Q.  In looking at the balance sheet and the
20 income statement, what rule of thumb were you
21 applying to determine whether differences were
22 material or not, quantitatively?
23    MS. WALLER:  Objection to form.
24 BY MR. LEIMAN:
25    Q.  Do you understand what I mean by rule of

                        184

**Gene Deetz**
**1/30/2024**

1  thumb?
2  **A.**  Why don't we say it again, please.
3  **Q.**  Sure.  Are you aware that SAB 99 refers
4  to some quantitative rules rule of thumb that
5  entities use to cause a quantitative analysis of
6  the difference between something that's material
7  and not material?
8  **A.**  I view it as start of the process, but,
9  yes.  What SAB 99 says and they use a 5 percent
10 example.
11 **Q.**  And looking at your quantitative
12 analysis and looking at the effect of the balance
13 sheet of the excess difference -- which was
14 you're doing, correct?
15 **A.**  For that piece of it, yes.  Limited to
16 that piece of it, yes.
17 **Q.**  Is there a numerical threshold that you
18 use to determine whether the differences are
19 material or not?
20 MS. WALLER:  Objection to form.
21 THE WITNESS:  Numerical threshold?  No, I
22 don't ever conclude on materiality just based on
23 a numerical threshold.
24 BY MR. LEIMAN:
25 **Q.**  So you are only looking at the number --

185

1  at the numerical result of your comparison, and
2  then having a qualitative analysis and only then
3  do you come up with a materiality determination?
4  **A.**  That's correct.
5  **Q.**  Did you make any sort of initial
6  determination as to whether something was
7  quantitatively material?
8  MS. WALLER:  Objection to form.
9  THE WITNESS:  As part of the process, as we
10 discussed, you would see those that were above
11 and below the 2 percent threshold, and you would
12 run those through your balance sheet, the ones
13 that were above the threshold.  You'd run the
14 entire amount through your 108 analysis.
15 BY MR. LEIMAN:
16 **Q.**  And that was for the summation of the
17 excess differences for the notes for each fund,
18 correct?
19 **A.**  Right.
20 **Q.**  Now, what I'm asking is a little
21 different.
22       Did you have a similar sort of
23 framework when you were looking at the numbers on
24 a balance sheet and income statement level?
25 **A.**  Once we got there, how did I think about

186

1  it?
2  **Q.**  Yeah.  I think you said, correct me if
3  I'm wrong, that you used the 2 percent figure as
4  a way of thinking about quantitative materiality
5  when you sum up the notes?
6  **A.**  Right.
7  **Q.**  When you are looking at the balance
8  sheet and the income statement, is there a
9  similar figure that you used to think about
10 numerical materiality?
11 **A.**  Numerical?
12 **Q.**  Just quantitative.
13 **A.**  I'd have to go back and look through
14 them.  I don't think there is an additional --
15 literally an additional screen that says this
16 kind of variance has one meaning and the other
17 kind of variance has another meaning, if I'm
18 understanding you correctly.
19 **Q.**  I just want to see if that 2 percent
20 figure that you use when evaluating the summation
21 of the excess difference is -- whether there's
22 anything similar that you are using when you look
23 at the financial statements themselves?
24 **A.**  I don't believe there is.  I quantify
25 the differences, so you can see the change.  But

187

1  then I don't have something that I apply to that
2  change to say that it gets some different kind of
3  treatment, if I am understanding you correctly.
4  **Q.**  That's what I'm asking.
5  **A.**  Yeah.
6  **Q.**  And so when you include the 2 percent
7  figure, you testified earlier that that
8  difference between the top range of the
9  estimation band of uncertainty and the 2 percent,
10 that's still included in your balance sheet
11 analysis; is that fair to say?
12 **A.**  Right.
13 **Q.**  And again --
14 **A.**  I apologize.  The full difference.  Not
15 reduced by the 2 percent.  It is included in the
16 balance sheet.
17 **Q.**  So when you calculate the difference
18 between the notes of Markit and the notes of SBB,
19 you exclude the first 5 percent of any difference
20 but you do not exclude the next 2 percent of any
21 difference?
22 MS. WALLER:  Objection to form.
23 THE WITNESS:  I think that's essentially how
24 the math works.
25

188

BY MR. LEIMAN:
Q. Okay. And you are not using that 2 percent in your financial statement analysis?
A. No.
Q. That's just sort of a point of reference?
A. Point of reference is a good way to think about it.
Q. You had a prior career as an auditor, correct?
A. Correct.
Q. Did you ever conduct any audits where similarly for a structured product, you would have a band of estimation uncertainty in your calculation?
A. I dealt with -- not -- my audit career was before my work in complex structured financial products on the East Coast. It was in Fresno, California, on the West Coast. But the item that was the most significant that we dealt with would be agricultural inventories, which have a significant amount of uncertainty to them. And so we would think about a range -- and I can't remember with great specificity. I'm just going to tell you what I can as I sit here today

189

remember. It's been -- obviously you can figure the math on how long it's been since I've done that.
Q. I refuse to do that on the record.
A. Okay. So I had the similar circumstance around having to deal with what would be a reasonable -- a reasonable valuation cost -- or lower of cost or market at the time in computing the value that would be reported on -- or auditing the value that a client would report on the balance sheet. That's the most similar thing in my experience that I've had.
Q. But nothing related to structured financial products?
A. No.
Q. Are there any provisions -- first of all, are you familiar with the provisions of GAAS, generally accepted auditing standards?
A. Yes.
Q. Are there any generally accepted auditing standards that would allow the auditor to exclude an estimation band of uncertainty from a materiality analysis?
A. An auditing standard?
Q. Correct.

190

A. I don't know if there is an auditing standard I can remember. I think PCAOB I think 2810 might have that in it. They don't -- I don't think it talks about it as an exclusion. It just says take the closest point of the range, like 540 does. AU-C 540.
Q. And, again, that's for ranges supported by audit evidence, correct?
A. That's correct.
Q. In your expert career, have you ever used the same two-step process where you exclude the amounts below an estimation band of uncertainty and include only those amounts beyond the estimation band of uncertainty in your materiality analysis?
A. I've used the reasonable range, so I think the answer is yes.
I've used a reasonable range before in terms of what would a reasonable range to compare a fair value estimate to -- a recorded fair value to a range of fair value estimates. So I've done that before, yes.
Q. That sort of addresses the first part of it. I want to confirm the second part of it.
In conducting that analysis, did you

191

similarly exclude those amounts within that band from a subsequent numerical materiality analysis of financial statements?
A. Yes.
Q. And in what circumstances have you done that?
A. Well, I've repriced funds -- complex structured financial products, and that repricing developed what I thought was a reasonable range, and I did a similar comparison to the -- what I thought was the most appropriate amount within that range to develop the difference.
Q. And was that generally for mortgage products?
A. It was.
Q. When an auditor or an accountant analyzes a financial statement to look for material misstatements, does the structural risk of the reporting entity play a role in determining a quantitative materiality threshold?
MS. WALLER: Objection to form.
THE WITNESS: I want to make sure. You said the structural risk of the entity?
BY MR. LEIMAN:
Q. Sure. Do auditors look at an entity for

192

**Gene Deetz**
**1/30/2024**

1 risk factors when determining the materiality of
2 statements in their financial statements?
3    **A.**   Yes.
4    **Q.**   For example, if the firm doesn't have
5 quality internal controls, is that a factor in
6 developing a materiality standard?
7    **A.**   Generally would be.
8 MS. WALLER:  Objection to form.
9 THE WITNESS:  Generally would be, yes.
10 BY MR. LEIMAN:
11    **Q.**   Would the entity's familiarity with
12 accounting procedures be taken into account in
13 determining materiality threshold?
14    **A.**   Depending on the facts and
15 circumstances, it certainly could be.
16    **Q.**   Would the integrity of management play a
17 role in developing a materiality threshold?
18 MS. WALLER:  Objection to form.
19 THE WITNESS:  Again, I think the standards
20 provide to consider all those.  There is a broad
21 range of things you'd consider.
22 BY MR. LEIMAN:
23    **Q.**   Did you consider any risk factors for
24 SBB in developing your quantitative band of
25 estimation uncertainty?

193

1    **A.**   The quantitative band of estimation
2 uncertainty is unrelated to SBB.
3    **Q.**   It's related to Markit, correct?
4    **A.**   It's related to Markit's output, that's
5 correct.
6    **Q.**   In determining whether the difference
7 between SBB and Markit's valuations were
8 material, did you account for anything related to
9 risk factors for SBB on the quantitative side?
10 MS. WALLER:  Objection to form.
11 THE WITNESS:  On the quantitative side?
12 BY MR. LEIMAN:
13    **Q.**   On the quantitative side.
14    **A.**   I assumed -- I think for purposes of my
15 analysis, I assumed those were errors.  And so
16 I'm addressing the error for the quantitative
17 impact.  So I think the answer would be in that
18 sense, yes.
19    **Q.**   But in developing your bands for
20 determining whether the error was material, did
21 you consider risk factors relating to SBB?
22 MS. WALLER:  Objection to form.
23 THE WITNESS:  I'm sorry.  It would be
24 unrelated to SBB.  Completely unrelated to SBB.
25 MR. LEIMAN:  Now is probably a good enough

194

1 time to stop.  Can we go off the record?
2 THE VIDEOGRAPHER:  Going off the record.  The
3 time is 1:33 p.m.
4             (WHEREUPON, a luncheon
5             break was had.)
6 THE VIDEOGRAPHER:  Going on the record.  The
7 time is 2:26 p.m.
8 BY MR. LEIMAN:
9    **Q.**   We've been talking about the estimation
10 band of uncertainty around the Markit model when
11 evaluating quantitative materiality, just to
12 reorient you.  Do you remember those questions?
13 That's where we are?
14    **A.**   I do.
15    **Q.**   Okay.  Do you have any knowledge as to
16 what correlation input Markit used in their
17 model?
18    **A.**   If I knew, I don't recall it.
19    **Q.**   And that didn't play any role in the
20 calculation of the plus or minus 5 percent
21 estimation band, correct?
22    **A.**   It did not.
23    **Q.**   And what volatility input did Markit use
24 in its model?
25    **A.**   I wouldn't know that either.

195

1    **Q.**   And am I also correct that that did not
2 play a role in the calculation of the plus or
3 minus 5 percent estimation band of uncertainty?
4    **A.**   The estimation band is all driven by
5 fair value outputs, not any of the variances in
6 the inputs.
7    **Q.**   Just to be specific, the outputs for
8 Polysight for 2014 and 2015, correct?
9    **A.**   That's correct.
10    **Q.**   Earlier I used the example of -- we were
11 talking about statistical significance, and I
12 threw out the example of, well, if you were
13 comparing the values for one note, that would not
14 be statistically significant.  Do you remember
15 that question?
16    **A.**   I do.
17    **Q.**   I believe your answer was that would be
18 less reliable.  Am I right that's your testimony?
19    **A.**   I don't recall if I said less reliable
20 or less informative, but it would be different
21 than a larger group of comparators.
22    **Q.**   Is it for fair to say the more
23 comparators you have, the more reliable the
24 measurement is?
25 MS. WALLER:  Objection to form.

196

**Gene Deetz**
**1/30/2024**

1    THE WITNESS:  At some point, I think it would
2  start to lose that distinction, and that's why I
3  selected 50 percent from the largest -- which
4  drives the largest values.  But, yeah, it would
5  be -- at some point, it would dilute that.  But,
6  yes, 1 versus a hundred, 100 would be more
7  powerful.
8  BY MR. LEIMAN:
9    Q.  You are aware there are monthly
10  comparators between Markit and McCann, for
11  example, correct?
12    A.  The McCann valued monthlies, I'm
13  generally aware of that, yes.
14    Q.  And the Markit value monthlies?
15    A.  I don't recall specifically.  I know Dr.
16  McCann did.  I remember that.
17    Q.  But the monthly comparators were not
18  used in your calculation of the plus or minus 5
19  percent?
20    A.  Just the annuals.
21    Q.  Just the annuals.  And the same is true
22  for comparing Sen's upper bound with correlation
23  to Markit, you just used the annuals, correct?
24    A.  The annuals.
25    Q.  So monthly figures were not used,

197

1  correct?
2    A.  Correct.
3    Q.  Figures from other funds other than
4  Polysight were not included in the calculation,
5  correct?
6    A.  Not literally included in the
7  calculation, but I observed variances in all of
8  them.  But I didn't literally include them in the
9  calculation.
10    Q.  And I can gather from your answers, but
11  just to confirm, the monthly comparators for
12  those other funds did not factor into your
13  calculation, correct?
14    A.  Correct.
15    Q.  And the figures for 2011, 2012, 2013
16  were not included in the calculation, correct?
17    A.  Again, not literally in the calculation.
18  The calculation I did was just Poly for '14 and
19  '15.  Poly, as you know, didn't exist back then.
20  I considered those variances, but I didn't
21  actually put them into the calculation.  There
22  were variances, but I don't recall the magnitude
23  of the variances.
24    Q.  And comparators that were available for
25  the months in 2016 before the adoption of the

198

1  Markit model, those were not factored into the
2  calculation either, correct?
3    A.  That's correct.  I stop at 12/31/15.
4    Q.  Okay.  So of the available comparison
5  numbers that you could have used, do you know
6  what percentage you actually used?
7    A.  I don't.  Since I'm assessing the
8  December 31st values, I use December 31st values.
9  I didn't take a survey of the monthly values.
10    Q.  Are you aware that Dr. Sen's attempt at
11  drawing the bounds did take into account monthly
12  marks?
13    A.  I don't have any knowledge about that
14  one way or the other.
15    Q.  Were you aware that Dr. Sen calculated
16  his error bands accounting for volatility alone,
17  so not counting correlation but just volatility?
18    A.  I believe that's correct.
19    Q.  And do you know how he calculated that?
20    A.  For just volatility?
21    Q.  Correct.
22    A.  My general recollection is that he took
23  the upper 2 and a half percent of the
24  observations and created an additional layer of
25  risk from that.  Very general recollection.

199

1    Q.  And do you know which models he was
2  comparing?
3    A.  I don't know what models he was using.
4    Q.  Are you aware that McCann ran a
5  comparison between Ankura's value without
6  correlation and without volatility to his figures
7  with the upper bound and correlation?
8    A.  Dr. McCann analyzed the Ankura value and
9  analyzed the Ankura value with upper bound and
10  correlation.  I just want to make sure I heard
11  you.
12    Q.  Yes.  So his Ankura model -- just plain
13  old Ankura model, and compared that result to --
14  or that model to the Ankura model with
15  correlation and with volatility?
16    A.  Upper bound with correlation.
17    Q.  Upper bound with volatility and
18  correlation?
19    A.  Right.
20    Q.  Do you know that that comparison took
21  place?
22    A.  I don't.
23    Q.  Did you review any of his work papers
24  related to that comparison?
25    A.  I did not.

200

**Gene Deetz**
**1/30/2024**

1    **Q.** Are you aware of what the average
2 difference was between Ankura's value and
3 Ankura's value with the upper bound correlation?
4    **A.** I'm not.
5    **Q.** Did that factor in at all into your
6 assessment of plus or minus 5 percent estimation
7 band of uncertainty?
8    **A.** It didn't, because I'm observing Dr.
9 Sen's upper bound correlation to Markit, and I
10 have the actual amounts for those, and that's how
11 I'm generating the difference. So that other
12 analysis did not factor into it.
13    **Q.** I think you testified before that
14 Markit's values were very similar to Ankura's
15 values; is that correct?
16    **A.** Right, the Ankura value, yes.
17    **Q.** Yes. So Markit and Ankura you viewed as
18 being very similar, correct?
19    **A.** Yes.
20    MS. WALLER: Objection to form.
21    THE WITNESS: I apologize. I think 2014 it
22 might have been a $500,000 difference.
23    BY MR. LEIMAN:
24    **Q.** Is that why you felt comfortable
25 transferring the calculations of the upper bounds

201

1 to Markit -- or to a Markit analysis?
2    **A.** No. That was just an observation.
3    **Q.** Okay. Did Sen's calculation of the
4 upper bound involve McCann's model at all?
5    **A.** I don't recall that it did.
6    **Q.** Are you aware that Dr. Sen used
7 something he has been calling the bootstrapping
8 method to calculate the variation in SBB's
9 valuations?
10    **A.** I am generally aware of that. I saw the
11 language in the section of the report where he
12 produces his Table 4.
13    **Q.** Have you ever used that bootstrapping
14 method before in any expert opinion?
15    **A.** That being specifically what Dr. Sen
16 did?
17    **Q.** Correct.
18    **A.** No.
19    **Q.** Have you ever seen that method used
20 before?
21    **A.** Me personally, no, I have not.
22    **Q.** And I can gather from your response, but
23 you didn't use the bootstrapping method in
24 evaluating the plus or minus 5 percent band of
25 estimation uncertainty?

202

1    **A.** I did not.
2    **Q.** In evaluating an estimation band of
3 uncertainty for a security, does it matter what
4 the underlying security is, or do you just test
5 the outputs?
6    **A.** I just tested the output.
7    **Q.** In general. So I'm speaking in general
8 now. As you go about the process of coming up
9 with an estimation band of uncertainty for a
10 security, do you care what the security is or do
11 you just look at the outputs?
12    MS. WALLER: Objection to form.
13    THE WITNESS: I think you care what the
14 security is.
15    BY MR. LEIMAN:
16    **Q.** And how does that play into your
17 decision?
18    **A.** These are the same notes at the same
19 date being valued by market and being valued by
20 Dr. McCann and Dr. Sen. So I know it's the same
21 security.
22    **Q.** Right. I'm talking about beyond just
23 this analysis. As you are going through the
24 process of creating an estimation range of
25 uncertainty -- well, I should ask a threshold

203

1 question. Have you ever done that before,
2 created an estimation range of uncertainty? I
3 think you talked about an agricultural situation.
4 Have you ever done that in an expert report
5 before?
6    **A.** In an expert report?
7    **Q.** Yes.
8    **A.** I suspect I have. It doesn't come to
9 mind, but I've certainly done it in structured
10 financial products.
11    **Q.** And in doing so, in creating this band
12 of estimation uncertainty and you're comparing
13 outputs, does it matter what the underlying
14 security is or does it only matter what the
15 outputs are that you are comparing?
16    MS. WALLER: Objection to form.
17    THE WITNESS: You want to have comparable
18 securities. Here, I've got the exact same
19 security.
20    BY MR. LEIMAN:
21    **Q.** Let's assume it is the same security
22 elsewhere. Would comparing numbers for a -- the
23 same type of mortgage-backed derivative and
24 comparing the same outputs for a structured note,
25 does it matter which security you are looking at?

204

1    **A.**  Yeah, you wouldn't compare an output
2    from a mortgage-backed security to a structured
3    note with -- I'm not understanding the question.
4        **Q.**  I think we're talking past each other.
5    Just talking generally about the process of
6    coming up with a band of estimation uncertainty.
7    Let's assume you are comparing the outputs
8    between like securities. Right?  So you're doing
9    it for two numbers for a mortgage-backed
10   derivative, you're doing two numbers for a
11   structured note, you're doing two numbers for an
12   option. Does it matter what the security is, or
13   do you just compare the two numbers?
14       **A.**  I'm sorry if I prolong this.  I think it
15   matters, but in this case, my fair value band is
16   just around market, and it's the -- the
17   assumption is I'm comparing other fair value
18   estimates to create a band around market for a
19   security -- security number one.  And I'm then
20   comparing SBB's value of that same security
21   number one to get the difference.
22       **Q.**  Right.  Now, imagine you're doing the
23   same process -- we're still talking past each
24   other.
25       **A.**  Sorry.

1    security, as long as you are valuing the same
2    security on the same date?
3        MS. WALLER:  Same objection.
4        THE WITNESS:  As I sit here today, there
5    could certainly be exceptions to that.  I can't
6    think of any as I sit here today.  That would
7    generally be the process.
8    BY MR. LEIMAN:
9        **Q.**  Okay.  Does the asset class
10   concentration on the balance sheet affect the
11   band of estimation uncertainty?
12       **A.**  I would think it would not.
13       **Q.**  I'd like to turn for a moment to
14   everybody's favorite topic, which is fees.
15          You did a comparison of fees under
16   SBB's model and fees with adjusted values,
17   correct?
18       **A.**  With Markit.
19       **Q.**  Right.  So you compared SBB's valuations
20   with Markit's valuations and the resulting fees
21   you compared?
22       **A.**  Yes.
23       **Q.**  And you did that by investor, correct?
24       **A.**  Among other things, yes.
25       **Q.**  Okay.  Are you familiar with how SBB

1        **Q.**  You're doing the same process, but it's
2    with mortgage-backed derivatives, right.  You're
3    still comparing like to like.
4        **A.**  Okay.
5        **Q.**  Does it matter that it's a
6    mortgage-backed derivative, as opposed to a
7    structure note, or is the process the same, that
8    you just compare the outputs?
9        MS. WALLER:  Objection to form.
10       THE WITNESS:  You're comparing the output of
11   the same security on the same date.  So it is not
12   -- everybody -- so if everybody's using literally
13   the same security, and you are comparing an
14   alleged or an agreed-upon error to a group that's
15   not error, the GAAP group, the GAAP range, then
16   that's what matters.
17   BY MR. LEIMAN:
18       **Q.**  So as long as you are valuing the same
19   securities on the same date, it's the outputs
20   that matter, correct?  For purposes of your
21   estimation --
22       **A.**  For purposes of my estimation band, yes.
23       MS. WALLER:  Objection to form.
24   BY MR. LEIMAN:
25       **Q.**  Does that process translate to any

1    calculated its fees?
2        **A.**  Generally, yes.
3        **Q.**  There was a management fee, correct?
4        **A.**  Correct.
5        **Q.**  And how did it calculate that fee?
6        **A.**  I believe it was 2 percent of net
7    income.
8        **Q.**  And the second aspect of it is a profit
9    allocation?
10       **A.**  I apologize.  I'm sorry to interrupt.
11   It was 2 percent, and I can't remember if it was
12   -- we can look and see if it was NAV or net
13   income, but it was a 2 percent management fee and
14   20 percent performance fee, 2 and 20.
15       **Q.**  So the 20 percent is based on the income
16   that the fund generates that year?
17       **A.**  Right.
18       **Q.**  Now, was that calculated annually or
19   calculated monthly?
20       **A.**  I believe it was calculated monthly.
21       **Q.**  Now, in general, when you are assessing
22   materiality, I think we talked about this
23   earlier, you assess a line item with one set of
24   assumptions versus that line item with different
25   sets of assumptions, correct?

1    **A.**   Or -- a different -- you could be doing
2    the comparison -- a line item that would be
3    considered -- is it an error compared to a line
4    item that's -- that same line item where there is
5    no error.
6        **Q.**   Okay.  But that makes it so you are
7    comparing apples to apples and oranges to
8    oranges, correct?  Use the same line item?
9        **A.**   That's the gist of it, yeah.
10       **Q.**   Okay.  I'd like to look at the chart --
11   I think it's Exhibit 3.18.  Let me make sure.
12   23.17 and 3.18, which I think were a similar
13   thing.  Do these charts reflect a portion of your
14   fee analysis?
15       **A.**   They do.
16       **Q.**   I just want to make sure I'm reading the
17   chart correctly.  You've got investors over on
18   the left, right?
19       **A.**   Correct.
20       **Q.**   On the left, correct?
21       **A.**   Correct.
22       **Q.**   And you break them up into what you call
23   Barnett and non-Barnett; is that right?
24       **A.**   That's correct.
25       **Q.**   For Barnett, are those immediate family

209

1    members of the defendant?
2        **A.**   Of Dr. Barnett?
3        **Q.**   Yes.
4        **A.**   Yes.  I think they are down to the first
5    cousin.
6        **Q.**   Down to first cousin.
7            And then non-Barnett are people not
8    included in that group?
9        **A.**   Right, everybody else.
10       **Q.**   And you are breaking down fees for each
11   of the investors, correct?
12       **A.**   Correct.
13       **Q.**   And so the first block, that's the
14   management fee calculation, right?
15       **A.**   That's correct.
16       **Q.**   And I think this is what you were
17   alluding to.  You first have Markit's valuations?
18       **A.**   Correct.
19       **Q.**   Actual, that is SBB's model valuation,
20   correct?
21       **A.**   Correct.
22       **Q.**   And then you record the difference for
23   that?
24       **A.**   That's correct.
25       **Q.**   And then you do the same thing for an

210

1    incentive fee, right?
2        **A.**   Yes.
3        **Q.**   And the incentive fee, again, is broken
4    down by the same criteria, right?  You've got
5    Markit first, then actual, and then the
6    difference, right?
7        **A.**   Correct.
8        **Q.**   And then the third group is total fees
9    combining the first two elements, right?
10       **A.**   Correct.
11       **Q.**   And then you have figures off to the
12   right comparing fee change to ending NAV,
13   correct?
14       **A.**   Correct.
15       **Q.**   You are not comparing the change in
16   fees, you are comparing the change in fees to
17   NAV, correct?
18       **A.**   Correct.
19       **Q.**   Looking at the change in fees, for the
20   incentive fee, you show a change -- if I'm
21   reading this correctly -- for non-Barnett --
22   start with non-Barnett.  It looks like you are
23   recording a change for the change in model from
24   $530,230 to $26,471, correct?
25       **A.**   I don't see that.  I'm sorry.  Are we on

211

1    Exhibit 3.7?
2        **Q.**   3.17.
3        **A.**   I'm looking at the wrong page.  I
4    apologize.
5            I'm on 3.17.  The general
6    description of how the sheet works is exactly as
7    you --
8        **Q.**   It is still correct?
9        **A.**   Still correct, right.
10       **Q.**   Looking at the incentive fee -- so just
11   comparing before and after on the fees -- for the
12   non-Barnett, you have an incentive fee for
13   actual, so SBB's valuation of $530,230, correct?
14       **A.**   Correct.  That's total.  That would be
15   total.
16       **Q.**   That's total.  Is that total for
17   everyone?
18       **A.**   I think if you just go up to the Barnett
19   subtotal of 460 --
20       **Q.**   Gotcha.
21       **A.**   -- it's 460,000 for the Barnett piece,
22   and then if you go to the non-Barnett, it's
23   43,200 for the non-Barnett fees.
24       **Q.**   The total actual for all investors,
25   530,230, correct?

212

**Gene Deetz**
**1/30/2024**

1  **A.** 503,759.
2  **Q.** That's the difference?
3  **A.** The difference.
4  **Q.** So for the actual, it's 530,230?
5  **A.** For everybody.
6  **Q.** And then when you compare to Markit,
7  Markit is 26,471?
8  **A.** Correct.
9  **Q.** For a difference of 503,759?
10  **A.** That's correct.
11  **Q.** So the change in model caused fees to
12  decline by almost a factor of 20, correct?
13  **A.** The -- when you are comparing the --
14  that change within itself, yeah, almost a factor
15  of 20.
16  **Q.** And the incentive fees, which we're
17  looking at, are reflective of the profit of the
18  fund, correct?
19  **A.** Yes.
20  **Q.** And so is it your opinion that that
21  switch of fees is immaterial?
22  **A.** Yes.
23  **Q.** Okay. So having your fees boosted up by
24  a factor of 20, in your opinion, that is not
25  material?

213

1  **A.** In my opinion --
2  MS. WALLER: Objection to form.
3  THE WITNESS: I'm sorry. In my opinion for
4  the incentive fees, that's not material, that's
5  correct.
6  BY MR. LEIMAN:
7  **Q.** Okay. At what level would the increase
8  become material?
9  MS. WALLER: Objection to form.
10  THE WITNESS: I want to explain a couple of
11  things. And I don't have a number in mind, Mr.
12  Leiman. But the incentive fees also are
13  temporary; in other words, to the extent that the
14  incentive fees on an interim basis are whatever
15  they are, at the note payoff, they would
16  ultimately true themselves up. So they're a
17  temporary difference, as opposed to the
18  management fees, which are a permanent
19  difference. That's one factor. And I don't have
20  a number in mind when I look at these percentages
21  what would have caused me to say, no, no, this is
22  material. But certainly the percentages I'm
23  looking at caused me not to conclude that these
24  are not material, even with the factors you point
25  out of 20. And if you look at the impact of the

214

1  non-Barnett of 15,000 to 58,000, that's still,
2  what, four times, something like that. I just
3  don't think it's material.
4  BY MR. LEIMAN:
5  **Q.** On what are you basing that?
6  MS. WALLER: Objection to form.
7  THE WITNESS: If you look at the -- if you go
8  to the column for the difference, it's $1500 for
9  Betty Sobelman, $3,000 for Daniel Sobelman. And
10  the only one that gets above 5,000 is 18
11  Partners, and they're in the deal at this point,
12  just for this one of $2 million. So that's
13  generally what -- generally what I'm basing it
14  on.
15  BY MR. LEIMAN:
16  **Q.** Did you talk to any investors in
17  developing your ideas of what fees were material
18  and what fees were not material?
19  **A.** I didn't speak with them, no.
20  **Q.** Have you ever spoken with any investors
21  in an SBB fund?
22  MS. WALLER: Objection to form.
23  THE WITNESS: I have not.
24  BY MR. LEIMAN:
25  **Q.** On what basis were you comparing fees to

215

1  the NAV of the fund?
2  MS. WALLER: Objection to form.
3  THE WITNESS: The basis that -- my opinion
4  that NAV is the most important -- the most
5  important metric for the fund -- for -- that's
6  the investor's stake in the fund.
7  BY MR. LEIMAN:
8  **Q.** You would agree that ordinarily when you
9  were determining a misstatement, you compare
10  apples to apples? You compare a line item to a
11  line item, correct?
12  MS. WALLER: Objection to form.
13  THE WITNESS: I'm comparing the fees to the
14  fees to get a difference, and then I'm comparing
15  it -- to sets of materiality, I'm comparing it to
16  a reference, and the reference I selected, which
17  I think is the appropriate reference, was
18  reference NAV.
19  BY MR. LEIMAN:
20  **Q.** On what basis did you do that?
21  MS. WALLER: Objection to form.
22  THE WITNESS: NAV -- I think NAV is the most
23  important metrics. It represents the investor's
24  stake in the fund. And so that's fundamentally
25  the basis.

216

**Gene Deetz**
**1/30/2024**

| | |
|---|---|
| 1  BY MR. LEIMAN:<br>2    **Q.** Is fund performance an important metric<br>3  as well?<br>4    MS. WALLER: Objection to form.<br>5    THE WITNESS: Could you clarify that for me?<br>6  BY MR. LEIMAN:<br>7    **Q.** Sure. You have the overall NAV, right?<br>8    **A.** Yes.<br>9    **Q.** In comparing that to fees -- so you are<br>10 comparing the entire asset class that's there to<br>11 a smaller number, right, that is sort of changing<br>12 constantly. There are other metrics here. One<br>13 of them is fund performance, right?<br>14    **A.** There are other metrics.<br>15    **Q.** For example, net income, annual net<br>16 income?<br>17    **A.** That's correct.<br>18    **Q.** Is that an important metric to --<br>19    MS. WALLER: Objection to form.<br>20    THE WITNESS: I don't think it's -- I don't<br>21 think it's unimportant, but I don't think for<br>22 purposes of assessing this difference and<br>23 certainly other differences it would be the right<br>24 metric to use. I believe NAV is the right<br>25 metric.<br><br><div align="center">217</div> | 1  unimportant.<br>2  BY MR. LEIMAN:<br>3    **Q.** I didn't ask you whether it was the most<br>4 important.<br>5      Is the metric of performance<br>6 important to investors?<br>7    MS. WALLER: Object to form.<br>8    THE WITNESS: At some level, it would be<br>9 important.<br>10 BY MR. LEIMAN:<br>11    **Q.** And so throughout all of these charts<br>12 that you have here, you do not believe that the<br>13 increase in fees for any fund was material?<br>14    MS. WALLER: Objection to form.<br>15    THE WITNESS: As to the investors and -- I<br>16 don't.<br>17 BY MR. LEIMAN:<br>18    **Q.** I'd like to look at some of the results<br>19 of the quantitative side of the analysis. So<br>20 let's go back to Poly 1, Exhibit 5.<br>21    **A.** I've got that.<br>22    **Q.** And this is the balance sheet and income<br>23 statement analysis for Polysight 1 for 2014,<br>24 correct?<br>25    **A.** That's correct.<br><br><div align="center">219</div> |
| 1  BY MR. LEIMAN:<br>2    **Q.** The two concepts are related, right?<br>3  The fees are related to the income of the fund,<br>4  correct?<br>5    MS. WALLER: Objection to form.<br>6    THE WITNESS: Certainly the incentive fees<br>7  are. I can't remember if the management fees are<br>8  driven off a percentage of NAV or net income.<br>9  But the incentive fees clearly are.<br>10 BY MR. LEIMAN:<br>11    **Q.** And the management fee is, stipulate<br>12 here, related to NAV, correct?<br>13    MS. WALLER: Objection to form.<br>14    THE WITNESS: Right.<br>15 BY MR. LEIMAN:<br>16    **Q.** And I mean -- I don't think I'm asking a<br>17 trick question here.<br>18      The performance of a fund is<br>19 important to its investors, correct?<br>20    MS. WALLER: Objection to form.<br>21    THE WITNESS: Yeah. I'm not saying it's<br>22 unimportant. Do I think it's the most important<br>23 metric? I don't think it's the most important<br>24 metric. And I don't think it's the appropriate<br>25 metric to use here. But I'm not suggesting it's<br><br><div align="center">218</div> | 1    **Q.** And we looked at this earlier. There is<br>2 the balance sheet portion and the income<br>3 statement portion, correct?<br>4    **A.** Correct.<br>5    **Q.** What I didn't get the last time is there<br>6 are also two columns to reflect two different<br>7 methods of measuring materiality, right?<br>8    **A.** Right.<br>9    **Q.** So you've got the rollover method?<br>10    **A.** Right.<br>11    **Q.** And you've got the iron curtain method?<br>12    **A.** Correct.<br>13    **Q.** Are you opining that one is better than<br>14 the other?<br>15    **A.** I would opine that for the balance sheet<br>16 analysis, that I would think the iron curtain is<br>17 superior. For the P & L analysis, I would think<br>18 the rollover method would be superior.<br>19    **Q.** 2014, first year of the fund, that is a<br>20 distinction without a difference, correct?<br>21    **A.** Yes. They're the same number because of<br>22 that.<br>23    **Q.** And so looking at your rollover method,<br>24 you've got an adjustment of 908,182, correct?<br>25    **A.** Correct.<br><br><div align="center">220</div> |

1    **Q.** And that reflects the variance in the
2 notes that exceeded your plus or minus 5 percent
3 estimation band of uncertainty, correct?
4    **A.** That's correct.
5    **Q.** And the as-reported in that asset value
6 was 41,347,561?
7    **A.** Correct.
8    **Q.** I'll represent to you -- you can
9 calculate it if you want, that's a 2.2 percent
10 change.
11    **A.** That's okay. Looks approximately to be
12 2 percent.
13    **Q.** And so that's the quantitative result
14 for that year, correct?
15    **A.** Correct.
16    **Q.** And you determined that that is not a
17 material difference, correct?
18    **A.** That's correct.
19    **Q.** Looking at the income statement,
20 similarly, you've got the adjustment of 908,182,
21 right?
22    **A.** Correct.
23    **Q.** And the as-reported income was 2.3 --
24 sorry. 2,300,700 -- let me do it correctly. The
25 as-reported $2,377,791, correct?

221

1    **A.** Correct.
2    **Q.** And, again, I'll represent to you we did
3 the math, but if you want to do the math, I would
4 certainly understand. That represents about a 38
5 percent decrease in net income from operations?
6    **A.** Looks approximately correct to me.
7    **Q.** Is it your testimony that that 38
8 percent decrease in net income is immaterial?
9    **A.** That's correct.
10    **Q.** And on what basis do you draw that
11 conclusion?
12    MS. WALLER: Objection; form.
13    THE WITNESS: The -- several things. In not
14 any particular order. I'll get the whole list.
15 But that $908,000 is an interim estimate
16 difference between the SBB reported amount and
17 the upper bound in my range. And so it's an
18 estimate that's going to true itself up at
19 maturity.
20 BY MR. LEIMAN:
21    **Q.** I thought we established under ASC 820
22 that the intention to hold until maturity is not
23 relevant in making these sorts of determinations.
24    MS. WALLER: Objection; form.
25    THE WITNESS: I'm assessing materiality. I'm

222

1 not reporting under ASC 820.
2 BY MR. LEIMAN:
3    **Q.** Correct, but you are assessing fair
4 value versus fair value.
5       You are now saying the income
6 doesn't matter because they were going to hold
7 until maturity?
8    MS. WALLER: Objection to form and
9 mischaracterizes his testimony.
10 BY MR. LEIMAN:
11    **Q.** Tell me.
12    **A.** I'm going to.
13       What I'm telling you is that I'm not
14 saying the income doesn't matter, but I don't
15 think it's the proper metric to make a
16 materiality -- for this particular fund to make a
17 materiality assessment on. And I think that the
18 qualitative characteristics that I lay out in my
19 report, the seven additional factors in addition
20 to SAB 99 factors, address that. But that would
21 be the fact that these are interim estimates, and
22 they're going to true up at maturity, and that
23 truing up at maturity is an integral part of the
24 investment thesis of this fund. And given the
25 characteristics of the investors, given the

223

1 characteristics of the fund, and the importance
2 of the payoff at maturity, I don't think that's
3 material to these investors.
4    **Q.** Okay. So your qualitative analysis is
5 what leads you to believe that this number is
6 immaterial?
7    **A.** That's correct.
8    **Q.** Is this a close-end fund?
9    **A.** Poly's open.
10    **Q.** And at some point, whenever somebody
11 redeems, interim values are going to factor into
12 the redemption price, correct?
13    **A.** I believe that's correct, yes. That's
14 my impression, yes.
15    **Q.** These notes don't all mature at the same
16 time, correct?
17    **A.** That's correct.
18    **Q.** As they mature, they are replaced,
19 correct?
20    **A.** They are reinvested.
21    **Q.** And, presumably, these investors are
22 going to sell their investment stake at some
23 point in time?
24    MS. WALLER: Objection to form.
25    THE WITNESS: At some point into the future,

224

**Gene Deetz**
**1/30/2024**

1  yes.
2  BY MR. LEIMAN:
3      **Q.**  Or they will pass away and it will be
4  passed on, correct?
5      **A.**  Correct.
6      **Q.**  And whenever that happens, the interim
7  values are going to play into the NAV, correct?
8      MS. WALLER:  Objection to form.
9      THE WITNESS:  Yes.
10  BY MR. LEIMAN:
11     **Q.**  And if anybody invests money in the
12  funds, the interim values will matter in terms of
13  the price that they pay to invest, correct?
14     **A.**  That's correct.
15     **Q.**  So looking at Exhibit 7, now we see the
16  same analysis for 2015 for Polysight, correct?
17     **A.**  Correct.
18     **Q.**  Now since we're in the year two, the
19  difference between rollover and iron curtain,
20  that matters, right?
21     **A.**  Yes.
22     **Q.**  I'm sorry.  You said that one method is
23  preferable for the balance sheet portion,
24  correct?
25     **A.**  In my opinion, yes.

225

1      **Q.**  Which one is that?
2      **A.**  The iron curtain for the balance sheet,
3  and then I would opine that the rollover would be
4  more appropriate for the P & L.
5      **Q.**  And why would the rollover be more
6  appropriate for the P & L?
7      **A.**  Because it puts the error or the item
8  considered to be an error, hypothetically it puts
9  it in the period that it was incurred.  So if you
10  were to think of a -- you and I are auditing a
11  client, and we come across something that could
12  be an error that's been embedded in the company
13  for three years and it's on the balance sheet,
14  then we'd have to deal with what we do with the
15  balance sheet, but also we'd have three periods
16  to consider that was the accumulation of that
17  error.  So the rollover puts those back in that
18  period that they were incurred.
19     **Q.**  Correct me if I'm wrong in the way I'm
20  phrasing this, but do you believe that the
21  rollover method captures the incremental
22  difference for that particular year?
23     **A.**  Yes.
24     **Q.**  Whereas the iron curtain method captures
25  the accumulated difference from that year and

226

1  prior years?
2      **A.**  Correct.
3      **Q.**  And then the second sheet for this is
4  marked as Exhibit 8.  That relates to 2015 as
5  well, correct?
6      **A.**  Yes.
7      **Q.**  And you label this Financial Highlights?
8      **A.**  Correct.
9      **Q.**  And these are metrics that you selected
10  from the financial statements for comparison,
11  correct?
12     **A.**  That's correct.
13     **Q.**  And some of these relate to fees again;
14  is that fair to say?
15     **A.**  Yes.
16     **Q.**  And you have various comparisons that
17  you label as ratios down below; is that right?
18     **A.**  That's correct.
19     **Q.**  Now, for -- just to be clear, the
20  balance sheet analysis -- that adjustment that
21  you have, that is after excluding the first
22  5 percent of estimation uncertainty for any note
23  that exceeds it, correct?
24     **A.**  Yes.  The exclusion is based on the
25  observations that they're a range of reasonable

227

1  fair values, but I am excluding anything that's
2  inside that range.
3      **Q.**  I believe we got this right the last
4  time.  5 percent is excluded, but that next
5  2 percent is not excluded?
6      **A.**  Is not excluded.
7      MS. WALLER:  Objection to form.
8  BY MR. LEIMAN:
9      **Q.**  Let's talk qualitative materiality.  I'd
10  like to look at Exhibit 9.
11     MS. WALLER:  For Poly?
12     MR. LEIMAN:  For Poly 1, yes.
13     THE WITNESS:  I've got it.
14  BY MR. LEIMAN:
15     **Q.**  And is this a summary of the factors
16  that you considered in assessing qualitative
17  materiality related to the Polysight fund?
18     **A.**  For that particular year, yes.
19     **Q.**  And here you have two years, right, 2014
20  and 2015?
21     **A.**  Right, right.
22     **Q.**  And is this sort of a summary of your
23  analysis of each factor laid out in your
24  qualitative analysis?
25     **A.**  Yes, a summary.

228

1    **Q.**  In coming up with your qualitative
2  analysis, you identify facts related to each
3  factor, correct?
4    **A.**  Correct.
5    **Q.**  Where did you get your factual
6  information for each factor?  You don't have to
7  break it down by factor.  But just in general,
8  where did you get your factual information?
9    **A.**  It depends on the factor, but it would
10  be from the record or my analysis based on the
11  record.
12          And so as an example, if you look at
13  consideration four, it says, "Whether the
14  misstatement changes a loss into income or vice
15  versa."  And then I've just given you the results
16  of the impact of the change, and so that would be
17  from the analysis that comes from the pricing
18  record.  And then I did an analysis of the loan
19  covenants, because one of them is a -- does it
20  affect loan covenants or other -- so it would be
21  a combination of what's in the record or my
22  quantitative analysis and changes in the
23  quantitative analysis.
24    **Q.**  In conducting your qualitative analysis,
25  did you speak to any one at SBB?

229

1    **A.**  No.  I was hesitating because I
2  obviously met the people at SBB, but I didn't
3  speak to them about this.
4    **Q.**  Have you had any substantive
5  conversations with the people from SBB about your
6  analysis?
7    **A.**  I don't believe so, no.
8    **Q.**  Did you talk to any prospective
9  investors in Polysight about your analysis of
10  qualitative factors?
11    **A.**  I did not speak to any prospective
12  investors.
13    **Q.**  Were you aware that Polysight was open
14  to prospective investors?
15    **A.**  I was.
16    **Q.**  And that SBB marketed Polysight to
17  outside investors?
18    **A.**  Yes.  For a certain period of time they
19  did, yes.
20    **Q.**  Did you speak with anyone at RSM related
21  to your analysis?
22    **A.**  I didn't.  I apologize.  I did read all
23  of the deposition testimony completely and the
24  deposition exhibits, but I didn't actually speak
25  with anybody.

230

1    **Q.**  Did you review the investigative
2  testimony transcripts in this matter?
3    **A.**  Yes.
4    **Q.**  So not just the depositions but the
5  investigative testimony?
6    **A.**  I apologize.  I didn't make that
7  distinction.  Yeah, the stuff going back to '17 I
8  read.
9    **Q.**  You did read that.  Okay.
10          I'd like to show you FASB CON 2.
11  For the record, that is FASB, space, CON, C-O-N,
12  and the number two.  And we'll mark this as
13  Exhibit 6.
14                  (WHEREUPON, said document
15                  was marked as Deetz
16                  Deposition Exhibit 6
17                  for Identification.)
18    **A.**  I've got it.
19    **Q.**  Are you familiar with this document?
20    **A.**  I am.
21    **Q.**  What is it?
22    **A.**  It is a statement of financial
23  accounting concepts 2, qualitative
24  characteristics of accounting information, and it
25  contains, among other things, a discussion around

231

1  materiality.
2    **Q.**  And this was one of the provisions that
3  you took into account in conducting your
4  materiality analysis, correct?
5    **A.**  Correct.
6    **Q.**  Are you familiar with the definition of
7  bias in FASB CON 2?
8    **A.**  I couldn't recite it to you, but I'm
9  generally familiar with it.
10    **Q.**  Let's take a look.  Turn to page CON 2-6
11  of Exhibit 6.
12    **A.**  Right.
13    **Q.**  I'm looking at the top, sort of a
14  glossary of terms, and one of them is "Bias."  It
15  says, "Bias in measurement is the tendency of a
16  measure to fall more often on one side than the
17  other of what it represents, instead of being
18  equally likely to fall on either side.  Bias in
19  accounting measures" -- "bias in accounting
20  measures means a tendency to be consistently too
21  high or too low."
22    **A.**  Right.
23    **Q.**  Were you familiar with this definition
24  when you conducted your analysis?
25    **A.**  Yes.

232

**Gene Deetz**
**1/30/2024**

1    **Q.**  And did you account for bias in your
2    materiality analysis?
3        MS. WALLER:  Objection; form.
4        THE WITNESS:  I certainly considered it.
5    BY MR. LEIMAN:
6        **Q.**  Where in your qualitative analysis do
7    you discuss bias?
8        **A.**  I don't know that I -- I don't know that
9    I discuss it explicitly.  Let me just take a
10   second and go back through the factors.
11           I don't think I explicitly used the
12   term "bias" in these qualitative factors.
13       **Q.**  Okay.  Let's look at Poly 1, Exhibit 3.
14       **A.**  I've got it.
15       **Q.**  Looking at this, I'll represent to
16   you -- you can certainly take the time to count
17   them if you'd like, but there are 23 notes that
18   are in Exhibit 3 that are evaluated.  Does that
19   seem right to you?
20       **A.**  Yes.
21       **Q.**  Of those 23 notes, you calculate the
22   difference between SBB and market for each one,
23   right?
24       **A.**  Correct.
25       **Q.**  For those notes, how many of them did

233

1    SBB generate a higher value than Markit's model?
2        **A.**  I think taking the shortcut in column
3    difference between SBB and Markit indicates 21 of
4    the 23 would have had a higher value.  Am I
5    looking at the right column?  I think I got the
6    right year.  '14, right?
7        **Q.**  Yes.  That leaves two that were valued
8    less than Markit?
9        **A.**  That's correct.
10       **Q.**  In general, the SBB model led to more
11   values on the high side of market than on the low
12   side of market; fair to say?
13       **A.**  That's correct.
14       MS. WALLER:  Objection to form.
15   BY MR. LEIMAN:
16       **Q.**  Now, looking at those notes that
17   exceeded your 5 percent estimation band, I'll
18   represent to you there's ten of them.  You can
19   count them if you'd like.
20       **A.**  I'm good with that.
21       **Q.**  Of the ten notes that exceeded your
22   estimation band, how many of them were valued by
23   SBB higher than Markit?
24       **A.**  Ten.
25       **Q.**  And how many were valued lower than

234

1    Markit?
2        **A.**  Zero.
3        **Q.**  And so in this year, all of the values
4    that exceeded your 5 percent estimation band were
5    on the lower side of a greater valuation than those on
6    the lower side, right?
7        **A.**  That's correct.
8        **Q.**  Looking at 2015.  We now have 33 notes.
9        **A.**  I'm sorry.  Give me one second.
10       **Q.**  I'm sorry.  This is Exhibit 4.  Poly 1,
11   Exhibit 4.
12       **A.**  Got it.
13       **Q.**  And now we've got 33 notes instead of
14   the 23 notes --
15       **A.**  Right.
16       **Q.**  -- that we had before.
17           Of those 33 notes, how many of them
18   did SBB value higher than market?
19       **A.**  I believe it's 32 were higher and one
20   was lower.
21       **Q.**  For those notes that exceeded the
22   5 percent estimation band, how many of those were
23   valued higher than market?
24       **A.**  I didn't do -- I get 20.  I apologize.
25   All of the 20 that exceeded the band.

235

1        **Q.**  So when the SBB model leads to a result
2    that exceeds your estimation band, fair to say in
3    2015 it is always on the side of a greater
4    valuation than Markit?
5        **A.**  That's correct.
6        **Q.**  It is never on the side of a lower
7    valuation than Markit?
8        **A.**  That's also correct.
9        **Q.**  When it comes to just the difference to
10   begin with, it is 32 out of 33 notes are valued
11   higher than Markit?
12       **A.**  Correct.
13       **Q.**  One is valued less than Markit?
14       **A.**  That's correct.
15       **Q.**  Fair to say for Polysight, given those
16   two years, that the overwhelming majority of
17   notes that are valued by SBB generate values
18   higher than Markit?
19       **A.**  That's correct.
20       MS. WALLER:  Objection to form.
21   BY MR. LEIMAN:
22       **Q.**  And that all of the note valuations that
23   it generates that exceed your estimation band
24   have values higher than Markit?
25       **A.**  That's correct.

236

1    **Q.**  And anywhere in your qualitative
2  analysis do you mention the fact that for
3  Polysight, 100 percent of the notes that exceed
4  your variation -- your estimation band were on
5  the side of a greater value than Markit?
6      MS. WALLER:  Objection to form.
7      THE WITNESS:  I don't specifically state that
8  in the report.  I'm looking at this data
9  obviously when I'm doing my analysis, but I don't
10 specifically say that in the report.
11 BY MR. LEIMAN:
12     **Q.**  It's not one of the identified
13 qualitative factors in your report, correct?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  No.  I considered it, but I
16 don't think -- I don't specifically recall
17 identifying it.
18 BY MR. LEIMAN:
19     **Q.**  I just want to be clear, because you say
20 you considered it.  In your report where you're
21 summarizing the qualitative factors you used,
22 bias is not one of them, correct?
23     MS. WALLER:  Objection to form.
24     THE WITNESS:  That I summarize?
25

237

1  BY MR. LEIMAN:
2      **Q.**  Correct.
3      **A.**  It is not one of them.
4      **Q.**  I'd like to go back to SAB 99 for a
5  moment and dig that up.  I'd like to look at the
6  fourth page of this SAB 99, which is Exhibit 4.
7      **A.**  I think I've got 4.
8      **Q.**  Looking at the last full paragraph on
9  that page, and this is the second full sentence
10 right after Footnote 18.
11     **A.**  Right.
12     **Q.**  It says, "While the intent of management
13 does not render a misstatement of material, it
14 may provide significant evidence of materiality,"
15 and it goes on to say, "The evidence may be
16 particularly compelling where management has
17 intentionally misstated items in the financial
18 statements to manage reported earnings.  In that
19 instance, it presumably has done so believing
20 that the resulting amounts and trends would be
21 significant to users of the registrant's
22 financial statements."
23         In your list of qualitative factors
24 for Polysight, do you identify management intent
25 as one of the qualitative factors that you

238

1  considered?
2      **A.**  Can you give me a second to get back to
3  that, please?  I will take a minute to clip it
4  back up, and I'm not ever going to unclip it.
5      **Q.**  For your reference, we are at Poly 1,
6  Exhibit 9.
7             (Brief Pause.)
8      **A.**  Thank you for your patience.  I'm sorry
9  about that.
10     **Q.**  No problem.  Let's start off with, we
11 talked about the SAB 99 discussion of management
12 intent.  Do you agree that management intent is
13 an important qualitative factor to consider?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  Yes.  You should consider
16 management intent.  It is one of the nine
17 factors.
18 BY MR. LEIMAN:
19     **Q.**  And do you consider management intent or
20 do you identify management intent in your summary
21 of qualitative factors for Polysight 1?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  Let me find it.  I'm so sorry.
24 Can we take a five-minute break?
25     MR. LEIMAN:  Sure.  We can go off the record.

239

1      THE VIDEOGRAPHER:  Going off the record.  The
2  time is 3:23.
3             (Recess.)
4      THE VIDEOGRAPHER:  Going on the record.  The
5  time is 3:26 p.m.
6      THE WITNESS:  Give me just a second.
7      MR. LEIMAN:  Of course.
8             (Brief Pause.)
9      THE WITNESS:  Okay.  I've gone through it.
10 BY MR. LEIMAN:
11     **Q.**  In those factors, do you discuss SBB's
12 intent in generating its note valuations?
13     MS. WALLER:  Objection to form.
14     THE WITNESS:  Could you point me to that,
15 please?
16 BY MR. LEIMAN:
17     **Q.**  I'm asking you if it's in there.
18     **A.**  I thought you said I did.
19     **Q.**  No, no.  I'm asking you, did you, in
20 your discussion of qualitative factors, include a
21 discussion of SBB's intent when valuing its
22 structured notes?
23     MS. WALLER:  Objection to form.
24     THE WITNESS:  I don't see any specific
25 language in here that says that.

240

**Gene Deetz**
**1/30/2024**

BY MR. LEIMAN:
1  BY MR. LEIMAN:
2     Q.  You're familiar that in Mr. Hickey's
3  report he includes several quotes and analysis of
4  testimony in this case relating to whether SBB
5  intended to record the notes at fair value,
6  correct?
7     A.  Yes, I considered those.
8     Q.  And where in your qualitative factors
9  here do you discuss that?
10    MS. WALLER:  Objection to form.
11    THE WITNESS:  I don't know that I discuss it
12  here, other than, if you go to other qualitative
13  factor one, which is on 3 of 3 at the top.
14  Additional factor one alleged 820 process
15  failures.
16  BY MR. LEIMAN:
17    Q.  Yes.
18    A.  "Hickey alleges that SBB failed to
19  consider and apply ASC 820 in the valuation of
20  its structured notes, in large part due to
21  criticisms of their Level 3 inputs, and I
22  considered Hickey allegations with those respect
23  to those alleged process failures."
24    Q.  So you discussed the process failures
25  related to inputs.  Do you discuss the testimony

241

1  don't know that they would, other than I have in
2  my report a statement saying I've read the entire
3  record listed in my docs considered, and I
4  considered all of those materials in forming my
5  opinions.  But specifically as to that testimony,
6  my only reference is to Hickey's discussion of
7  it, and I reference that specifically in my
8  footnotes.
9  BY MR. LEIMAN:
10    Q.  Are you aware of testimony from Sandeep
11  Navalgund that certain inputs of its model
12  deviated from the assumptions of market
13  participants?
14    MS. WALLER:  Objection to form.
15    THE WITNESS:  Yeah, I've read all of his
16  testimony, and I'm happy to go through it if
17  you'd like to actually look at it.
18          I know that he testified as to the
19  model that they were building, and that it was --
20  it was not intended to comply with GAAP.  But I
21  think -- I'm happy to talk about it and go
22  through it.  But if you have some of those
23  documents, we can look at his specific testimony,
24  that might be helpful.
25

243

1  from SBB individuals as to whether they we're
2  attempting to comply with ASC 820, for example?
3     MS. WALLER:  Objection to form.
4     THE WITNESS:  I don't specifically discuss
5  that.  I reference specifically those paragraphs
6  where Hickey talks about that in my report -- in
7  the main body of my report.  I don't reference
8  them here.
9  BY MR. LEIMAN:
10    Q.  You're aware, for example, that there's
11  testimony from Sandeep Navalgund that SBB did not
12  consider GAAP when creating the model, correct?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  I'm aware of that testimony.
15  BY MR. LEIMAN:
16    Q.  And is that included in your discussion
17  of qualitative factors for Polysight 1?
18    MS. WALLER:  Objection to form.
19    THE WITNESS:  I considered it, but it is not
20  listed in these factors.
21  BY MR. LEIMAN:
22    Q.  Looking at these factors, how would
23  someone know you considered it?
24    MS. WALLER:  Objection to form.
25    THE WITNESS:  Looking at these factors, I

242

1  BY MR. LEIMAN:
2     Q.  Sure.  We'll mark as Deetz 7 a copy of
3  the transcript of the investigative testimony of
4  Sandeep Navalgund.
5          (WHEREUPON, said document
6          was marked as Deetz
7          Deposition Exhibit 7
8          for Identification.)
9     A.  Just so I understand, this is the
10  entire --
11    Q.  This is the transcript.
12    A.  Where would you like me to start?
13    Q.  So let's start at page 66.
14    A.  56?
15    Q.  66.  I'll read you some excerpts, and
16  then what my question is just going to be,
17  whether any of those excerpts are discussed in
18  the qualitative analysis in your report.
19    A.  Okay.
20    Q.  Starting on 66.
21          "Question:  Prior to 2015,
22          had you ever reviewed ASC
23          820?
24          Answer:  I had not.
25          Question:  Any portion of

244

```
 1            it?
 2            Answer:  I had not.
 3            Question:  Did you
 4            understand -- generally,
 5            what did you understand --
 6            although you didn't review
 7            the actual text of ASC
 8            820, did you have an
 9            understanding of what the
10            principle was?
11            Answer:  Generally, a fair
12            market value."
13       Going to page 67.
14            "Question:  What was your
15            understanding with respect
16            to how SBB was valuing its
17            structured notes or
18            pricing them?  Were they
19            pricing them consistent
20            with ASC 820?"
21       There's some discussion between the
22  lawyers, and then the witness responds:
23            "In 2011, I do not think
24            -- we did not consider ASC
25            820 in any way.
```

245

```
 1            Question:  How about in
 2            2012?
 3            Answer:  I don't think
 4            that we did.
 5            2013?
 6            We did not."
 7       Were you aware of that testimony
 8  from Sandeep Navalgund that SBB did not consider
 9  ASC 820 when it was applying the model in 2011
10  through 2013?
11       A.  Yes.
12       MS. WALLER:  Objection to form.
13       THE WITNESS:  That's also specifically cited
14  in Hickey where he does the Table 3 chart where
15  he had Dr. Barnett and Matt Aven and Sandeep.
16  They didn't know of 820.  They didn't know -- the
17  chart can speak for itself.
18  BY MR. LEIMAN:
19       Q.  And you saw that?
20       A.  Yes, of course.
21       Q.  And that fact that -- or at least that
22  testimony that SBB didn't consider ASC 820, that
23  does not appear in this discussion of your
24  qualitative analysis in Exhibit 9, correct?
25       MS. WALLER:  Objection to form.
```

246

```
 1       THE WITNESS:  It explicitly does not.
 2  BY MR. LEIMAN:
 3       Q.  Looking at page 69.  Mr. Navalgund talks
 4  about an economic view versus a valuation view,
 5  and the question is, explain the difference?  So
 6  the economic view, as opposed to a valuation
 7  view.
 8       A.  I apologize.  So I can keep up.  Can you
 9  give me the line so I can focus right in with
10  you?
11       Q.  Right now, line 12 of page 69.
12       A.  Difference between economic as opposed
13  to valuation view.
14       Q.  We can skip up to page -- to line five
15  where the answer is, "No, they were not being
16  valued in accordance with ASC 820," and then
17  there is the answer.  "And so we -- before then,
18  we were just pricing the notes in terms of what
19  we thought were" -- "what we thought was an
20  economic view of the notes, as opposed to a
21  valuation view of the notes."
22       A.  I apologize.  I'm sorry to do this.  Can
23  you go back up to the predicate on the top of 69?
24       Q.  Line five.
25       A.  No, line one.
```

247

```
 1       Q.  Line one.
 2       A.  So the SEC exam team notified you --
 3  this is the question from the lawyer.
 4       Q.  "The SEC exam team notified you that
 5  SBB's valuation policy stated that structured
 6  notes were being valued in accordance with
 7  ASC 820?"
 8       A.  Then he is correcting that I think.
 9       Q.  The answer is -- well, no.  The answer
10  is they were not being valued in accordance with
11  ASC 820.  I'll represent to you that the
12  valuation policy indeed says that they were
13  evaluating at ASC 820.
14       A.  What I think is happening here -- and I
15  think he corrects this in his 2022 deposition.
16  What I think is happening here, it says the SEC
17   -- so the lawyer's asking him a question, "The
18  SEC exam team notified you that SBB's valuation
19  policy stated that structured notes were being
20  valued in accordance with ASC 820?"
21            I don't think that's what the exam
22  team told him.  I think they told him they were
23  not being valued in accordance with ASC 820.
24       Q.  Right.  The policy itself says that they
25  were being valued in accordance with ASC 820,
```

248

Gene Deetz
1/30/2024

1  correct?  Let's just get the predicate.
2    **A.**  Yeah, yeah.
3    **Q.**  And the exam team notified them that was
4  incorrect; that this was being valued -- not
5  being valued in accordance with ASC 820, correct?
6    **A.**  Right, but this sentence says that the
7  SEC exam team told them that they were being
8  valued in accordance with ASC 820.  My point is,
9  I think he is correcting that the notes were
10  being valued in accordance with ASC 820.
11    **Q.**  I don't think it makes sense for us to
12  debate --
13    **A.**  I apologize.  I wanted to make that
14  point.
15    **Q.**  Let's talk about the difference between
16  economic views, as opposed to the valuation view.
17  His answer is, "Sure.  I guess we were looking at
18  it in terms of -- based on our view of what the
19  probability of a note maturing and getting at
20  maturity, that's what we were pricing the notes
21  at.  We were not looking at it in terms of is
22  this what a market participant would pay to
23  actually transact with this for this note.
24  Question:  So your statement about what a market
25  participant would pay for a note, is that the

249

1  valuation view?  Yes.  Question:  Okay.  Instead
2  of pricing notes or valuing notes consistent with
3  what a market participant would value a note, the
4  economic view that SBB was using, explain that to
5  me.  Answer:  It was our view of what we thought
6  the notes were worth based on our probability of
7  achieving the results for the note.  Question:
8  What was the difference?  What's the difference
9  between the two?  Answer:  I guess we -- if
10  you're going through it -- through a valuation
11  view, you probably would be taking more market
12  standard approaches, such as making sure that
13  there is a credit risk and doing other things
14  that ASC 820 or GAAP requires."
15        Were you aware of that testimony
16  when you did your qualitative analysis?
17    **A.**  Absolutely.
18    **Q.**  Did you discuss that in your discussion
19  of qualitative factors in Exhibit 9?
20    MS. WALLER:  Objection to form.
21    THE WITNESS:  Again, not explicitly, no.
22  BY MR. LEIMAN:
23    **Q.**  Page 89.
24    **A.**  I'm there.
25    **Q.**  "Question:  Did your economic value

250

1  perspective look at the valuation from the
2  perspective of what SBB could sell a product for?
3  Answer:  No.  We were thinking more in terms of
4  what is the probability payout for this note."
5    **A.**  I'm sorry.  I know you said 89.  I
6  couldn't see where you were reading.
7    **Q.**  Page 89, line 4.  Did I read that
8  correctly?
9    **A.**  It takes me a second to latch on to the
10  line you are reading from.  I apologize.  "Did
11  your economic value perspective look at the
12  valuation perspective what SBB could sell its
13  product for?  No.  We were thinking more in terms
14  of what the probable payout of this note was."
15  That's, I think, what you read.
16    **Q.**  You were aware of that testimony before
17  your qualitative analysis?
18    **A.**  Certainly.
19    **Q.**  Page 126.  And this relates to the input
20  in their model called Mu.  Are you familiar with
21  that input?
22    **A.**  Yes.
23    **Q.**  Looking at page 126, line 9.
24    **A.**  Thank you.  Sorry about that.  I really
25  do appreciate that.

251

1    **Q.**  That's perfectly fine.
2    **A.**  Thank you.
3    **Q.**  Starting with, "The December 2011 model,
4  which was -- I'll just refer to it as -- okay,
5  did you believe that the December 2011 model was
6  consistent with industry standards and practice?
7  Answer:  No.  So when we made a change away from
8  using the -- when we decided to use Mu, I knew
9  that we were kind of going down a different path.
10  Question:  So explain to me what you mean by
11  that.  Answer:  When we decided to use risk-free
12  rate -- I'm sorry when we started instead of
13  using the risk-free rate to use something else
14  that would be a better model for how the note
15  would actually realize, I think that's when we
16  kind of understood that we were moving away from
17  a market standard model."  Were you aware of that
18  testimony before you performed your qualitative
19  analysis?
20    **A.**  Yes.
21    **Q.**  On page 127.
22    **A.**  I've got it.
23    **Q.**  At the bottom, 24.  "Question:  Did you
24  know back in 2011 the industry standard was to
25  use the risk-free rate?  Answer:  That's what we

252

1 had started with, and we shifted away from that.
2 Question: So you were aware that was the
3 industry standard? Answer: Right. Yeah, that
4 was the general practice. I don't -- yeah.
5 Question: So you thought the industry standard
6 was a poor way of valuing the notes? Answer:
7 Correct. We thought it was not correctly
8 capturing the value of the notes." Also related
9 to the risk-free rate on page 134.
10     A.   Give me a second.
11     Q.   Line 5.
12     A.   Thank you.
13     Q.   "Question: And so Sam and Matt," that's
14 a reference to Sam Barnett and Matt Aven,
15 "thought that the expected return should be
16 higher than what was being reflected when using
17 the risk-free rate? Answer: Correct."
18          Were you aware of that testimony
19 before your qualitative analysis?
20     A.   Yes.
21     Q.   Any of the segments that I talked about
22 related to the intent of SBB as it related to the
23 model, correct?
24     MS. WALLER: Objection to form.
25     THE WITNESS: All of those things I read

253

1 before I filed my report.
2 BY MR. LEIMAN:
3     Q.   Right. And they relate to whether SBB
4 did or did not intend to comply with GAAP,
5 correct?
6     MS. WALLER: Objection to form.
7     THE WITNESS: I think they -- I think I would
8 say it a little differently. I would say they
9 didn't know what GAAP was, and they thought what
10 they were doing was fine for their securities.
11 BY MR. LEIMAN:
12     Q.   Sure. But, you know, it's relevant to
13 the question of whether they were intending to
14 comply with GAAP, correct?
15     MS. WALLER: Objection to form.
16     THE WITNESS: If they don't know what GAAP
17 is, it would be hard to comply with it.
18 BY MR. LEIMAN:
19     Q.   That's what I'm getting at. It's
20 relevant to whether they were in good faith
21 trying to comply with ASC 820, correct?
22     MS. WALLER: Objection to form, calls for a
23 legal conclusion.
24     THE WITNESS: Yeah, I'm sorry. All of this
25 testimony puts -- which you read and I also read,

254

1 goes to what their view of the right way to price
2 these securities was.
3 BY MR. LEIMAN:
4     Q.   Right. And I'm asking a different
5 question. And this is not a legal conclusion.
6 This is an accounting conclusion. You are an
7 accounting expert, right?
8     A.   Right.
9     Q.   So all of those statements about not
10 knowing what ASC 820 was, not applying ASC 820,
11 deviating from industry assumptions and
12 practices, all of that is relevant as to whether
13 they were actually trying to comply with ASC 820,
14 correct?
15     MS. WALLER: Objection to form.
16     THE WITNESS: I just -- I think I understand
17 the question. I just -- I just think the
18 relevance here is, as Hickey points out, they
19 didn't know what ASC 820 was.
20 BY MR. LEIMAN:
21     Q.   And so it's hard to argue that they were
22 trying to comply with ASC 820 if they didn't know
23 what it was, correct?
24     MS. WALLER: Objection to form.
25     THE WITNESS: There would be a lot of ways to

255

1 comply with ASC 820 if you don't know what it's
2 -- what it is and how it works.
3 BY MR. LEIMAN:
4     Q.   But we discussed some specific
5 requirements of ASC 820, right? One of them was
6 following the assumptions and practices of
7 industry participants when possible, correct?
8     A.   Right.
9     Q.   You just saw testimony where Sandeep
10 Navalgund is admitting that in developing Mu,
11 they were deviating from industry standard
12 practices, correct?
13     MS. WALLER: Objection to form.
14     THE WITNESS: Yeah, industry standard
15 practices for -- I don't know what he understood
16 industry practices were -- for what type of
17 securities. Is it plain vanilla, and they have
18 some unique bespoke security?
19 BY MR. LEIMAN:
20     Q.   Was that in the testimony?
21     A.   No.
22     MS. WALLER: Objection to form.
23 BY MR. LEIMAN:
24     Q.   I want you to focus on my question here.
25 I don't think this is a complex question.

256

1     **A.**  Certainly.
2     **Q.**  If you don't even try to understand what
3  ASC 820 requires, it's difficult to argue that
4  you were trying to comply with ASC 820's
5  requirements, correct?
6     MS. WALLER:  Objection to form and
7  argumentative.
8     THE WITNESS:  Yeah, I wouldn't have an
9  opinion on that.
10 BY MR. LEIMAN:
11    **Q.**  You have no opinion on that?
12    **A.**  I don't think so.  I may have
13 misunderstood the question, but I don't think so.
14 I read the testimony and all that appeared to me
15 was that they were developing a model, and they
16 were doing it in good faith with the numbers they
17 thought were correct, and they had no
18 understanding of ASC 820.
19    **Q.**  It is your understanding that they were
20 in good faith trying to comply with GAAP
21 requirements?  That's your testimony sitting
22 here?
23    MS. WALLER:  Objection to form.
24    THE WITNESS:  I didn't say that.
25

<center>257</center>

1  BY MR. LEIMAN:
2     **Q.**  Okay.
3     **A.**  A number that they thought was
4  appropriate for their security.
5     **Q.**  But you are not opining as to whether
6  that was actually complying with GAAP or not,
7  correct?
8     MS. WALLER:  Objection to form.
9     THE WITNESS:  I'm not.
10 BY MR. LEIMAN:
11    **Q.**  Okay.  And where in your list of
12 qualitative factors do you discuss whether
13 management was operating in good faith to comply
14 with GAAP?
15    MS. WALLER:  Objection to form.
16    THE WITNESS:  It is not explicitly in there.
17 BY MR. LEIMAN:
18    **Q.**  Are you aware that SBB's auditor, RSM,
19 resigned from its retention in this case?
20    **A.**  Yes.
21    **Q.**  Are you aware that in doing so, RSM
22 withdrew all of its issued audit opinions related
23 to SBB's funds?
24    **A.**  Yes, I believe so.
25    **Q.**  Are you aware that in doing so, RSM

<center>258</center>

1  stated that it concluded it could not rely on the
2  representations of management due to concerns
3  regarding management integrity?
4     **A.**  I read that, yes.
5     **Q.**  Do you discuss that in any of the
6  qualitative factors that you considered for
7  Polysight 1?
8     MS. WALLER:  Objection to form.
9     THE WITNESS:  No.  I read that and considered
10 it, but I don't discuss it specifically, I don't
11 believe.
12 BY MR. LEIMAN:
13    **Q.**  Is there anywhere in your report that
14 you mention it?
15    MS. WALLER:  Objection to form.
16    THE WITNESS:  In my documents considered, I
17 cite Ms. Wells' testimony and the exhibits to it.
18 BY MR. LEIMAN:
19    **Q.**  But in your report, do you ever discuss
20 that factoring into your qualitative analysis?
21    MS. WALLER:  Objection to form.
22    THE WITNESS:  Yeah, I don't explicitly
23 discuss it.
24 BY MR. LEIMAN:
25    **Q.**  Do you accept that management integrity

<center>259</center>

1  is an important qualitative factor to consider
2  when evaluating materiality?
3     MS. WALLER:  Objection to form.
4     THE WITNESS:  Yeah, it's a factor to
5  consider, sure.
6  BY MR. LEIMAN:
7     **Q.**  And management integrity would you say
8  is an important factor?
9     MS. WALLER:  Objection to form.
10    THE WITNESS:  They're all factors.  It's one
11 of the factors you would consider.
12 BY MR. LEIMAN:
13    **Q.**  But whether an entity is telling you the
14 truth or not, that's an important thing?
15    **A.**  Yeah, that would be important.
16    **Q.**  Are you aware that at one point in time,
17 SBB was using two models simultaneously to value
18 its structured notes?
19    MS. WALLER:  Objection to form.
20    THE WITNESS:  I'm aware that in the early
21 part of 2016, they were developing a model that
22 was -- that had been -- that had some updates to
23 it or changes from what I'll call the old SBB
24 model.
25

<center>260</center>

Gene Deetz
1/30/2024

BY MR. LEIMAN:
1   BY MR. LEIMAN:
2     **Q.** If I use the May 2016 model, would that
3 be terminology you are comfortable with?
4     **A.** Yes. There's -- it went through some
5 iterations, and I don't know that it was ever
6 implemented, but I'm aware that they were
7 developing it.
8     **Q.** And so, in general, in 2016, there was
9 the SBB model that we've been talking about this
10 whole time, right?
11     **A.** Right.
12     **Q.** And then they changed the model, and I
13 will call that the May 2016 model; is that fair?
14     **A.** That's fair.
15     **Q.** And that's a change to the model,
16 correct?
17     **A.** Correct.
18     **Q.** And it results in different note
19 valuations than the original SBB model?
20     **A.** Right. The only point I was making is
21 there's testimony that said it was never
22 implemented, but they were doing -- I read that
23 they were doing it.
24     **Q.** Right. And I think I'm skipping to the
25 part that you just mentioned. Before the end of

261

1 fiscal year 2016, SBB adopts Markit's valuations,
2 correct?
3     **A.** Yes.
4     **Q.** And that's the I-T Markit?
5     **A.** Right.
6     **Q.** And so the year-end financial statements
7 are never measured with the May 2016 model; is
8 that correct?
9     **A.** That's my -- to the best of my
10 understanding, it goes from May '15 old model,
11 May '16 Markit.
12     **Q.** And so fiscal year 2015 is measured
13 using the SBB model that we've been discussing
14 this whole time; fiscal year 2016 is Markit's
15 numbers?
16     **A.** Correct.
17     **Q.** Are you aware that at some point in
18 2016, SBB was reporting valuations to existing
19 investors using the old model and to certain
20 types of prospective investors using the new
21 model?
22     **A.** Yes.
23     MS. WALLER: Objection to form.
24     THE WITNESS: Yes. I apologize. I wasn't
25 there, and I don't have firsthand knowledge, but

262

1 I read the testimony of the SBB personnel, the
2 compliance person. I can't remember her name.
3 So I'm generally aware of the -- that they were
4 thinking about -- they were developing metrics
5 that were different, that may have been given to
6 old investors or different -- given to new
7 investors.
8   BY MR. LEIMAN:
9     **Q.** In your list of qualitative factors for
10 Polysight 1, do you discuss that fact?
11     **A.** Do I explicitly discuss it? I don't
12 believe I explicitly discuss it.
13     **Q.** Will you agree that reporting one set of
14 performance numbers to existing investors and
15 another set to prospective investors is a fact
16 that would be considered for qualitative
17 materiality?
18     MS. WALLER: Objection to form.
19     THE WITNESS: I did consider it, but I just
20 didn't explicitly write about it in the report.
21   BY MR. LEIMAN:
22     **Q.** Were you aware of any instances where
23 monthly performance for an SBB fund was changed
24 from a negative to a positive by the change from
25 SBB's model to Markit's model?

263

1     **A.** That the results of the changes in the
2 -- that were in process.
3     **Q.** So for a monthly statement to an
4 investor, a monthly performance representation,
5 were you aware of any instances where the change
6 in model would have changed that monthly
7 representation from a positive to a negative?
8     **A.** Where I can specifically identify that
9 it actually went to somebody and they saw that it,
10 I don't have a specific recollection that I could
11 -- I could say that at that level of specificity.
12     **Q.** What about just on SBB's books, are you
13 aware of any incidents where for the monthly
14 marks, funds' performance changed from a positive
15 to a negative when they switched models?
16     **A.** Not specifically as I sit here. I've
17 seen the spreadsheets where in Table 4 that Mr.
18 Hickey has that shows a change between the old
19 model and the May 16th model. I don't know what
20 version of May 16th it is, but something that was
21 represented in an SBB spreadsheet shows the
22 difference between the two. And I've seen the
23 performance sheets that have been attached to
24 communications. I just don't recall as I sit
25 here what it would have been one way versus what

264

1  it was the other.
2    **Q.**  Are you aware that SBB communicated with
3  a firm called VRC requesting validation of its
4  model?
5    **A.**  Yes.
6    **Q.**  And are you aware that VRC responded
7  indicating that it could not validate the model
8  and enumerated concerns that it had regarding the
9  model?
10    MS. WALLER:  Objection to form.
11    THE WITNESS:  I'm aware they had
12  communications with VRC, and I think Numerics if
13  I'm -- and then probably PWC.  I read all of
14  that.  I just don't recall the specific language
15  or the circumstances around the communications.
16  But I know they had communications with various
17  consultants.
18  BY MR. LEIMAN:
19    **Q.**  Is there anywhere in your list of
20  qualitative factors for Polysight 1 where you
21  discuss SBB's communications with VRC or PWC?
22    **A.**  No.
23    MS. WALLER:  Objection to form.
24  BY MR. LEIMAN:
25    **Q.**  And when you refer to PWC, that's Price

265

1  Waterhouse Coopers?
2    **A.**  It is.
3    **Q.**  And Price Waterhouse Coopers was
4  retained by SBB to analyze governance-related
5  valuation, correct?
6    **A.**  My general recollection is that it was
7  governance, among others things, but I think it
8  did include governance.
9    **Q.**  And do you discuss the findings of PWC
10  in your list of qualitative factors in Exhibit 9?
11    **A.**  No.
12    MS. WALLER:  Objection to form.
13    THE WITNESS:  I do not.
14  BY MR. LEIMAN:
15    **Q.**  Do you discuss PWC or VRC anywhere in
16  your report?
17    MS. WALLER:  Objection to form.
18    THE WITNESS:  Other than my docs considered
19  and -- I don't know if I cite them in a footnote.
20  I can't recall that I do.  I don't recall
21  explicitly in a paragraph of text do I discuss
22  that.
23  BY MR. LEIMAN:
24    **Q.**  How did you decide what facts to mention
25  in your summary?

266

1    **A.**  Well, the first nine are the factors
2  that are listed in SAB 99.  And then the last
3  seven factors are the factors that I felt were
4  the most relevant from the -- through the eyes of
5  the investor, which dealt with, in addition to
6  concerning Mr. Hickey's allegations, which is the
7  factor number one, which were the item itself and
8  the nature of the item itself, the notes, and
9  then the investors -- the vehicle they invested
10  in and the investors themselves.  So the other
11  factors really get at the nature of the
12  securities and of the funds that they're in and
13  then the investor that invested in them.
14    **Q.**  Do you consider potential model bias to
15  be an important factor to consider in qualitative
16  materiality?
17    MS. WALLER:  Objection to form.
18    THE WITNESS:  Yeah, I considered bias.
19  BY MR. LEIMAN:
20    **Q.**  I'm asking do you consider it to be an
21  important factor in determining qualitative
22  materiality?
23    MS. WALLER:  Objection to form.
24    THE WITNESS:  It's a factor, and I considered
25  it.

267

1  BY MR. LEIMAN:
2    **Q.**  Right.  I'm still going to keep asking
3  you the question.
4    **A.**  Fair enough.
5    **Q.**  Do you consider potential model bias to
6  be an important factor to consider in evaluating
7  qualitative materiality for a valuation?
8    MS. WALLER:  Objection to form.
9    THE WITNESS:  The potential model bias, in
10  this case where you were showing me all the ones
11  that were always on the high side, I considered
12  that and --
13  BY MR. LEIMAN:
14    **Q.**  You're still not answering the question.
15  I'm sorry to interrupt.  I'm asking a general
16  question.  These are the factors you considered.
17  Do you consider model bias, in general, to be an
18  important factor to consider when evaluating
19  qualitative materiality for a valuation model?
20    MS. WALLER:  Objection to form.
21    THE WITNESS:  I think it's a factor.  I don't
22  think it's more important than the factors I
23  considered, but it is a factor I did consider.
24  So I'm just disagreeing with the additional label
25  of important.  It's a factor I considered.

268

BY MR. LEIMAN:
2    Q.  You don't think it's important?
3    MS. WALLER:  Objection to form.
4    THE WITNESS:  I don't think it is as
5  important as the ones I selected.
6  BY MR. LEIMAN:
7    Q.  My question was it important.  So is it
8  an important factor?
9    MS. WALLER:  Objection to form.
10    THE WITNESS:  It's a factor I considered.
11  I'm sorry we're going to disagree on this.
12  BY MR. LEIMAN:
13    Q.  So I'm just going to keep going here,
14  because it's either an important factor or it's
15  not an important factor, right?
16    MS. WALLER:  Objection to form.
17  BY MR. LEIMAN:
18    Q.  It's one or the other.  Is it an
19  important factor in determining qualitative
20  materiality in general or is it not an important
21  factor?
22    MS. WALLER:  Objection to form, asked and
23  answered.
24    THE WITNESS:  It's a factor I considered, and
25  I didn't consider it an important factor.

269

BY MR. LEIMAN:
2    Q.  In your discussion of qualitative
3  factors relating to investors, do you mention the
4  fact that Polysight 1 was being marketed to
5  outside investors?
6    A.  Do I mention it?
7    Q.  Yes.
8    A.  Let me take a look.  I don't recall
9  mentioning that specifically.
10    MS. WALLER:  What was the question again?
11    MR. LEIMAN:  Sure.  This was -- asking
12  whether he mentions the fact that Polysight 1 was
13  being marketed to outside investors as part of
14  his list of factors that were considered.
15    MS. WALLER:  Objection to form.
16    THE WITNESS:  In these factors -- in this
17  part of the report, I don't.  The only place for
18  the topics we're discussing now where I get into
19  that disclosure was when I talk about the actual
20  complaint you filed that lists all those factors.
21  BY MR. LEIMAN:
22    Q.  Meaning that the complaint is listed as
23  a document considered or --
24    A.  And it's also listed in the -- I go
25  through these same factors -- additional factors

270

in -- actually in the body of the report.  And it
2  says with -- I'll just find it.  Where we talk
3  about the -- the factors talk about compliance or
4  illegal acts.  So let's just find that.  I can't
5  remember the paragraph, so I'll have to just hunt
6  for it.  Maybe page 47.  Try that.  Paragraph
7  140.
8    Q.  Gotcha.  Can you steer me to the part
9  where you're talking about the outside investors
10  -- prospective investors?  That it was being
11  marketed to outside investors?
12    A.  I don't recall specifically.  It's in
13  the complaint.  What I wanted to point out, if
14  you look at little f, as in frank on page 47,
15  whether the misstatement affects the registrant's
16  compliance with regulatory requirements, and I
17  write, "Other than the allegation in the SEC
18  complaint, nothing has come to my attention that
19  would suggest the results of my quantitative
20  analysis affect SBB's compliance with regulatory
21  requirements, and that's in here a second time
22  with one of the other factors.  I think I on page
23  48.
24    Q.  I think the question was whether you
25  discuss the fact that Polysight was being

271

marketed to outside investors.  Is that discussed
2  in the body of the report?
3    A.  No.  The only point I'm making is I do
4  consider the items in the complaint, and I can't
5  remember, as I sit here, if in the complaint you
6  discuss the marketing to outside.  I just was
7  making that reference.
8        And then I wanted to just point out
9  one other place about the disclosures in the
10  complaint.  That would be paragraph 143.  I
11  didn't mean to suggest that those paragraphs
12  literally talked about marketing to outside
13  investors, but it does reference the fact that
14  the investors get it -- the complaint.
15    Q.  And just to clean up from the other
16  factors we looked at, the body of the report
17  doesn't discuss the issue of bias, correct?
18    A.  It does not.
19    MS. WALLER:  Objection to form.
20    THE WITNESS:  It doesn't explicitly talk
21  about bias.
22  BY MR. LEIMAN:
23    Q.  And the body of the report does not
24  mention that use of the two models at the same
25  time to value notes issue, correct?

272

**Gene Deetz**
**1/30/2024**

1     MS. WALLER: Objection to form.
2     THE WITNESS: Right. And I don't know that
3 they use it at the same time to value the notes
4 in all cases. Don't know it was ever
5 implemented. And so with that caveat, it doesn't
6 discuss it.
7 BY MR. LEIMAN:
8     **Q.** And in the body of the report, you don't
9 discuss communications with PWC, correct?
10     **A.** Correct.
11     MS. WALLER: Objection to form.
12 BY MR. LEIMAN:
13     **Q.** And in the body of the report, you do
14 not discuss communications with ERC, correct?
15     MS. WALLER: Objection to form.
16     THE WITNESS: Correct.
17 BY MR. LEIMAN:
18     **Q.** In the body of the report, you do not
19 mention the resignation of RSM, correct?
20     MS. WALLER: Objection to form.
21     THE WITNESS: Yeah, I don't specifically talk
22 about that in the report.
23 BY MR. LEIMAN:
24     **Q.** In your report, you do not mention RSM's
25 findings regarding management integrity, correct?

273

1 in your list of factors for the qualitative
2 analysis -- so let's look at where we were, which
3 was Poly 1, Exhibit 9. At one point you
4 mentioned the lockup period was something that
5 you considered with regard to qualitative
6 materiality, correct?
7     **A.** Correct.
8     **Q.** Do you believe that the lockup period of
9 a fund is significant to investors?
10     **A.** Yes.
11     **Q.** And is that an important consideration
12 for investors when considering whether to invest
13 in a fund or not?
14     **A.** I believe it is, yes.
15     **Q.** And it's mentioned in here. I assume
16 you believed that that was an important factor
17 for these investors as to whether to invest in
18 SBB's funds?
19     **A.** Yes. I think it's an important factor
20 to consider materiality, and I think it would be
21 important to an investor what the lockup period
22 is, yes.
23     **Q.** Do you have any knowledge regarding the
24 intent of investors as to how long they intended
25 to hold on to the fund?

275

1     MS. WALLER: Objection to form.
2     THE WITNESS: I don't.
3 BY MR. LEIMAN:
4     **Q.** Prospective investors were -- are you
5 familiar with the term "users of financial
6 statements"? So the concept of users as it
7 relates to financial statements in accounting
8 principles.
9     **A.** Yes.
10     **Q.** And I think sometimes the term is
11 referred to as the end user of financial
12 statements, correct?
13     **A.** Well, I would -- I don't think of it
14 like that. I just think of it as prospective
15 investors who in this case were qualified
16 investors, signed all the documentation, could
17 get certain financial information.
18     **Q.** So I'm just asking the general question.
19 Prospective investors are users of financial
20 statements, correct?
21     **A.** Yes.
22     **Q.** And existing investors are users of
23 financial statements, correct?
24     **A.** Yes.
25     **Q.** Looking at the factors that are included

274

1     MS. WALLER: Objection to form.
2     THE WITNESS: The only knowledge I have about
3 the intent is the -- the lockup period, and then
4 the description in the subscription package that
5 they executed where it essentially says you
6 should be planning on entering into a long-term
7 partnership with us. Those are my
8 characterization of the language. But that
9 language exists in the subscription agreement.
10 So I would assume that people that are
11 considering an investment or actually did invest
12 would view it as a long-term partnership
13 essentially.
14 BY MR. LEIMAN:
15     **Q.** But you don't know offhand how long that
16 long-term partnership was for investors, correct?
17     MS. WALLER: Objection to form.
18     THE WITNESS: No. They didn't quantify it
19 past the two to three years that you were
20 committing to on the front end.
21 BY MR. LEIMAN:
22     **Q.** And that's a reference to the lockup
23 period?
24     **A.** That's correct.
25     **Q.** You don't know, for example, if

276

1 investors intended to hold the fund for five
2 years or seven years or ten years?
3     A.  That's correct.  I can observe what they
4 do, because I did a turnover analysis, but in
5 terms of they don't have anything other than the
6 lockup period and the language that says, you
7 know, there's significant risk here, you should
8 not over-invest in this with money you can't
9 afford to lose, and you should view this as a
10 long-term partnership.
11     Q.  I'd like to talk about one of the other
12 opinions in your report which relates to implied
13 volatility versus historical volatility.
14     MS. WALLER:  Is this maybe a good time to
15 take a quick break?
16     MR. LEIMAN:  Now is fine.
17     THE VIDEOGRAPHER:  Going off the record.  The
18 time is 4:06 p.m.
19          (Recess.)
20     THE VIDEOGRAPHER:  Going on the record.  The
21 time is 4:16 p.m.
22 BY MR. LEIMAN:
23     Q.  I'd like to turn to your opinion
24 regarding historical versus implied volatility,
25 and I'd like to direct you to paragraph 68 of

277

1 observed or unobserved implied volatility,
2 correct?
3     A.  Yes, or an approximation of what they
4 thought was some version of implied volatility
5 that wasn't exactly implied volatility.
6     Q.  I assume you would agree that implied
7 volatility is observable for that time period
8 where there is market data available, correct?
9     A.  Yes.
10     Q.  And is it your opinion that for periods
11 where there is not market data, that implied
12 volatility is always unobservable?
13     A.  Yes.  And, again, generally speaking,
14 there is a section in 820 that explains how 820
15 thinks if you are going to extend beyond a period
16 that has observable data, how you do that, but
17 it's limited.  Once you get past that period,
18 then it is unobservable.
19     Q.  All right.  And so you are not opining
20 as to whether that use of historical volatility
21 was consistent with ASC 820, correct?
22     A.  No.  I'm -- my opinion would be that
23 long-dated vols unobservable and that because --
24 that there's a significant amount of long-dated
25 options, that makes it a category three input,

279

1 your report.
2     A.  I'm okay to keep this one I've been
3 working with?
4     Q.  Yes.  Don't write on it or anything.
5     A.  No, no.  I've got 68 at the bottom of
6 page 23.
7     Q.  I want to kind of get at the nature of
8 the opinion here.  You're taking the issue with
9 Peter Hickey's characterization of implied
10 volatility as an observable input, correct?
11     A.  That's correct.
12     Q.  And the point that you're making is that
13 for long-term options, implied volatility is a
14 Level 3 input; is that fair?
15     A.  That's a fair general summary, yes.
16     Q.  Are you opining -- first of all, are you
17 aware that SBB used 45-day historical volatility
18 in valuing notes?
19     A.  Again, I've read the writings, and I
20 just have never seen an operational model.  So
21 I've seen discussions about that and the
22 writings, and I think in the audit work papers
23 that they were using 45 historical volatility,
24 and at some point with a beta multiplier.
25     Q.  And that was in lieu with either

278

1 the volatility.  I'm not opining that historical
2 vol with betas -- I have no opinion about that.
3     Q.  Are you opining that SBB's use of
4 historical volatility was more reliable than
5 using extrapolated implied volatility?
6     A.  No.
7     Q.  And are you opining that extrapolated
8 implied volatility is unreliable?
9     A.  No.
10     Q.  Are you opining that extrapolated
11 implied volatility is inconsistent with industry
12 assumptions and practices?
13     MS. WALLER:  Objection to form.
14 BY MR. LEIMAN:
15     Q.  Let me clean up the question.  It's well
16 taken.
17        Are you opining that in an option
18 valuation model for long-dated options, that the
19 use of extrapolated implied volatility is
20 inconsistent with the assumptions and practices
21 of market participants?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  Let me answer from my
24 experience.  So in my experience mar -- in my
25 experience, people use implied volatility,

280

1  whether it's observable or unobservable.
2       But the point here is -- sorry for
3  the hands, everybody.  Your Honor and the jury.
4  So I'm pulling observable Level 2 inputs down to
5  Level 3.  Okay.  And then they're on the same --
6  they're on the same turf as historic volatility
7  with an adjustment, setting aside any debate
8  about beta.  So you have historical vol would be
9  Level 3.  Unobserved implied long-dated vol would
10  be Level 3.  The only point I'm making is that
11  now we have a Level 3 input.  I'm not opining
12  that that's -- unobservable implied volatility is
13  inconsistent with my experience with market
14  participants, I'm not opining about that at all.
15  BY MR. LEIMAN:
16     Q.  And the flip side, you are not opining
17  as to whether 45-day historical volatility is
18  consistent or not with industry assumptions and
19  reference?
20     A.  Right, I have no opinion.  And my
21  overall assumption is that there -- we talked
22  about, that there's a GAAP departure.
23     Q.  Right.  Okay.  For the time period that
24  you measured, 2013 through 2015 -- well, 2014
25  through 2015 for Polysight, you could buy

281

1  three-year options on the S & P 500, correct?
2     A.  I don't recall the volume of data.  We
3  have to pull out my worksheets.  I don't know how
4  far out it went.  But on the S & P, it wouldn't
5  surprise me if they traded out to three years.
6     Q.  Are you aware of any options trading
7  beyond three years?
8     MS. WALLER:  Objection to form.  Tim, can you
9  just clarify timing?  Are you saying as of today
10  or as of a certain time period in the past?
11     MR. LEIMAN:  Sure.
12  BY MR. LEIMAN:
13     Q.  As of the time period that you measured
14  for materiality, you could buy a three-year
15  option on the S & P 500?
16     A.  I said I wouldn't be surprised by that.
17  I'd have to look at the data to refresh my
18  recollection.  So I bought the CBOE data for '13,
19  '14, and '15, so I could actually look at the
20  S & P index trades and the Russell trades.  I
21  just don't recall how far out the S & P trades
22  went.  I recall with much more specificity
23  because of Hickey's representations about how the
24  Russell traded the Russell data.  I just don't
25  recall.  If you say it's in the data they trade

282

1  out to three years, I'll assume you are correct,
2  because I gave you the data.
3     Q.  And during the time period you
4  mentioned -- or time period that you measured
5  materiality, you also could buy Russell 2000
6  options at greater than one year, correct?
7     A.  It was extremely thin.  So if you look
8  at the -- if you look at the data that goes past
9  one year, it is very, very, very thin.
10     Q.  So looking at the chart on page 22, you
11  identify over 30,000 trades in Russell 2000 Index
12  options at greater than one year for 2013, 2014,
13  and 2015, correct?
14     A.  No.
15     Q.  Well, let's look at 2013.  All right?
16  These are Russell 2000 Index options, correct?
17     A.  Correct.
18     Q.  2013, trades with expirations greater
19  than a year, you list 33,900 --
20     A.  I'm sorry.  I was looking at the
21  picture, not the chart.
22     Q.  So for 2013 in your chart, Russell 2000
23  expirations greater than a year, you have almost
24  34,000 trades, right?
25     A.  Right.

283

1     Q.  2014, you have 31,017 options greater
2  than a year?
3     A.  Right.
4     Q.  You have 2015 trades 33,582, correct?
5     A.  Right.
6     Q.  Consistently from 2013 through 2015,
7  you've got over 30,000 trades in the Russell 2000
8  Index options that are greater than a year,
9  correct?
10     A.  Right.
11     Q.  And by the way, you are not
12  distinguishing as between a two-year or a
13  three-year option; is that right?
14     A.  I'm sorry.  There's no -- yeah, I doubt
15  if there's any three-year options in here.  It
16  would be all two-year options.  We should get the
17  data and loot at it.
18     Q.  Sitting here, you believe these are all
19  two-year options?
20     A.  I'm virtually certain of that.  The only
21  point is, when you look at the data -- if you
22  take the last 15 days of December, and so I have
23  -- I have a work paper that goes month one
24  through month 35, that's where they stop --
25  that's where the Russell stops for sure.

284

1    When you go for month 12, I have it
2 by day during the year. If you go down to that
3 15-day block up to the year-end date, then it's
4 just vapor. There is no trades in it.
5    **Q.** But there is a functioning market from
6 2013 through 2015 for Russell 2000 Index options
7 greater than one year, correct?
8    **A.** I wouldn't say that's a functioning
9 market at all.
10    **Q.** Are you saying that the Russell 2000
11 Index options greater than one year were not
12 liquid between 2013 and 2015?
13    **A.** I would -- depending on -- we'd have to
14 look at the data. But, yes, it certainly lacks
15 the frequency and the volume to be a liquid
16 market for the second year.
17    **Q.** If I wanted to sell my two-year Russell
18 2000 Index option, there is not a functioning
19 market?
20    MS. WALLER: Objection to form.
21    THE WITNESS: There's over 200 days a year
22 where there's zero trades.
23 BY MR. LEIMAN:
24    **Q.** 200 days a year in each year?
25    **A.** In the second year. So I put that data

285

1 in the chart. I'm sorry. I'm going to qualify
2 this, because I am just not looking at the data.
3 I know there are over 200 days a year where there
4 are zero trades.
5    **Q.** Are you saying unmatched bids and asks
6 in those periods of time or just no trades?
7    **A.** No trades.
8    **Q.** Are you seeing any bids that are
9 unmatched?
10    **A.** I'm not sure I understand what you mean.
11    **Q.** You understand that when you trade an
12 option, right, there can be days without trading
13 where nobody is trying to sell their option,
14 correct?
15    **A.** Right.
16    **Q.** And there are days when there's no
17 trading and nobody's trying to buy the option,
18 correct?
19    **A.** Correct.
20    **Q.** There may also be days where there are
21 no trades, but somebody is actually placing a bid
22 or an ask for an option and is not getting a
23 response. Do you understand that?
24    **A.** I do understand that.
25    **Q.** Now you say there are 200 days without

286

1 trading. Are those just days without trading, or
2 are those days where you see unmatched bids or
3 asks for options?
4    **A.** Without trading.
5    **Q.** Are you -- are you claiming that there
6 were any days where there were unmatched bids and
7 asks for Russell 2000 Index options greater than
8 one year?
9    **A.** That there were any with that or any
10 without that?
11    **Q.** There are any with that, where someone
12 was trying to sell a Russell 2000 Index note and
13 couldn't do it.
14    **A.** I think IVOL publishes bid offer, and so
15 you can see where someone would have a bid or an
16 offer that did not become a transaction.
17    **Q.** I'm asking you, did you see that?
18    **A.** Yeah, I saw that.
19    **Q.** So you saw days with bids that went
20 unanswered for index options greater than one
21 year for Russell 2000 Index options?
22    **A.** Yes.
23    **Q.** Did you see repeated instances of that?
24    **A.** I couldn't tell you how often I saw it.
25 I don't recall as I sit here.

287

1    **Q.** What about asks, did you see instances
2 where asks were going unresponded to in the
3 Russell 2000 Index option?
4    **A.** I can't characterize at that level of
5 detail. I know there was bids and offers where
6 there was no trade.
7    **Q.** Okay. Sitting here today, you've
8 identified over 97,000 market data points for
9 Russell 2000 Index options greater than one year?
10    **A.** That's over three years. Per year it's
11 33,000. And my point is, of those 33,000, you
12 have volume frequency requirements, and if you
13 have 200 to 225 days a year where there's
14 literally zero trades and there's -- and the last
15 15 days of a year there may be 10 or 15 trades,
16 that I don't think is a functioning market.
17    **Q.** Is it your testimony that for Russell
18 2000 Index options greater than one year, implied
19 volatility is unobservable from 2013 through
20 2015?
21    MS. WALLER: Objection to form.
22    THE WITNESS: No. My testimony is for
23 Russell options that are greater than two years,
24 implied volatility is unobservable.
25 BY MR. LEIMAN:

288

Gene Deetz
1/30/2024

1    **Q.**  So a Russell 2000 Index option for two
2  years, implied volatility would be observable,
3  correct?
4    **A.**  Yeah.  Greater than two years was
5  unobservable.  Within two years was observable.
6    **Q.**  And at what point does implied
7  volatility for an S & P 500 option become
8  unobservable?
9    **A.**  I don't recall, but the same specificity
10  I recall for the Russell.
11    **Q.**  Greater than whatever term was available
12  for the trading of index options in the S & P 500
13  at the time?
14    **A.**  At the time, where they would have a
15  reasonable amount of frequency and activity.
16        My point here was really that the
17  claims -- or the opinions that Mr. Hickey had
18  about the Russell weren't substantiated by the
19  data.
20    **Q.**  The Russell 2000 for two years it is
21  observable implied volatility.  For the S & P 500
22  for two and maybe three years, its implied
23  volatility is observable?
24    **A.**  Right.  That's fair.
25    **Q.**  And so for those notes that had

289

1  the section you'd be looking at is 55-21D.
2        THE WITNESS:  Right.  Give me a second to
3  read it.
4        I use that for the general
5  proposition that if you have observable data for
6  one year within the confines of what's in D here,
7  you can get to a two-year observable input.
8  BY MR. LEIMAN:
9    **Q.**  And the examples they use here is that
10  implied volatility would be an observable input
11  for year three if there's market data for years
12  one and two, correct?
13    **A.**  Correct.
14    **Q.**  And so a certain amount of extrapolated
15  volatility is still observable, at least as
16  identified in this example in ASC 820, correct?
17    **A.**  I agree, yes.
18    **Q.**  So for a three-year option on an S & P
19  500 Index option, that's observable because
20  there's market data, right?
21    **A.**  Assuming that -- if I went and looked at
22  the data, I'd assume I'd see frequency and volume
23  that would support that, yeah.
24    **Q.**  Is it fair to say that under this
25  example, a four-year -- extrapolating an

291

1  maturities of less than two years, implied
2  volatility would be an observable input, correct?
3    **A.**  That's correct.  That's how I write it
4  in my report.
5    **Q.**  You mentioned ASC 820 identifies some
6  circumstances where extrapolation -- or
7  extrapolated implied volatility is observable,
8  correct?
9    **A.**  It's considered to be observable, yes.
10    **Q.**  Let's go back to ASC 820.
11    **A.**  I believe I cited this.  I don't recall
12  the citation.  But I think in the same section
13  where I'm criticizing Mr. Hickey, I cite that
14  portion of 820.  I just don't recall what it is.
15    **Q.**  Let's see if we can find it.
16        So it's 55-21 is the section that
17  I'd like to look at.
18    **A.**  55-21.
19    **Q.**  And that's at page 59 of 113.  Is this
20  the section you were just talking about about
21  circumstances where extrapolated implied
22  volatility is an observable input?
23    **A.**  Give me just a second.
24    MS. WALLER:  Let me know which section.
25    MR. LEIMAN:  55-21, page 59 of 113.  I think

290

1  additional year of implied volatility would also
2  be observable?
3    **A.**  Yeah.  I don't think this is intended to
4  just be limited to a one year be two years or two
5  years being three years.  I think it's the
6  concept that you would -- if these criteria are
7  met, you can get to a year after the observed --
8  after you have observed trading.
9    **Q.**  Some amount of extrapolated implied
10  volatility would be observable?
11    **A.**  Right.
12    **Q.**  From a three year, would one year of
13  extrapolated volatility be observable in year
14  four?
15    **A.**  Yeah, I don't have an opinion on that,
16  because I've never experienced that.  But as I
17  sit here today, I think this is just an example.
18  So if you had robust data in '13 where you had an
19  active market, then -- and you could see the
20  observable, and you could corroborate as it puts
21  in little 1 and little 2 under D, if you can
22  comply with those, then I think it would be.  I
23  don't think there is a cap on the years.  I think
24  it's if you meet the circumstances.
25    **Q.**  Are you aware that various entities were

292

1 extrapolating implied volatility data and making
2 them available to entities as a service in
3 exchange for fees?
4     MS. WALLER:  Objection to form.
5     THE WITNESS:  Yes.
6 BY MR. LEIMAN:
7     Q.  And that was true from 2011 through
8 2015, correct?
9     A.  That's correct.
10     Q.  For example, Bloomberg would provide
11 implied volatilities on S & P 500 options --
12 would provide extrapolated implied volatility for
13 those options all the way through ten years,
14 correct?
15     A.  Yeah.  It's for several years.  I can't
16 remember if it's 10 or 15 or 20 or 8, but it's
17 for several years.  You can get their implied
18 volatility data, and there are several vendors
19 that do that.
20     Q.  And Markit is another example of an
21 entity that would sell you implied volatility
22 extrapolated for a period of time, correct?
23     A.  That wouldn't -- I'm not specifically
24 familiar with that service.  It wouldn't surprise
25 me a bit if they did that, though.

293

1     Q.  As long as they followed the
2 requirements of ASC 820 that are listed here, a
3 certain amount of that extrapolated implied
4 volatility would be observable, correct?
5     A.  Yeah.  If they followed 820, yes, it
6 would be.
7     Q.  Are you opining one way or the other as
8 to whether Bloomberg's extrapolated volatility
9 was observable or not for a period of time?
10     A.  For the S & P or for the Russell?
11     Q.  Let's start with the S & P.
12     A.  I am not opining on that.
13     Q.  Are you opining that S & P's implied
14 volatility extrapolations were observable or
15 unobservable related to the Russell 2000?
16     A.  I'm sorry.  I think you said S & P and
17 Russell in the same sentence.
18     Q.  Let's try it again.  Are you opining as
19 to what -- start with extent, right.  Bloomberg
20 published extrapolated implied volatility for the
21 Russell 2000, correct?
22     A.  Yes.
23     Q.  And a certain portion of that, assuming
24 these requirements in 55-21 were met, a certain
25 portion of that would be observable, correct?

294

1     A.  Yeah, because there would be trading
2 data.
3     Q.  Are you opining as to how much of that
4 extrapolation on the Russell 2000 would be
5 observable versus unobservable?
6     A.  Yes.
7     Q.  Exactly how much of the implied
8 volatility extrapolation for a Russell 2000
9 option was observable versus unobservable?
10     MS. WALLER:  Objection to form.
11     THE WITNESS:  In my opinion, anything past
12 two years would be unobservable.
13 BY MR. LEIMAN:
14     Q.  Even extrapolated would not be
15 observable?
16     A.  That's correct.
17     Q.  Even if all the requirements of 55-21
18 were met?
19     A.  I'm pretty sure they weren't met,
20 because I bought the trading data underneath the
21 options, and I could see from the actual trading
22 data there's no trades.  And so based on that, I
23 know they publish it, but it's their black box
24 that gives you that data.  And that's why I
25 bought the trading data, so I would have

295

1 certainty around that.
2     I apologize.  I don't know how they
3 could follow that if there's no trades.
4     Q.  So there are two provisions here.  The
5 first one says, "As a condition of prices for one
6 and two-year options on the shares are
7 observable."  So there were observable prices for
8 the Russell 2000 for year one and for two years,
9 correct?
10     A.  No.  Observable prices for one year.
11     Q.  Well, there's 30,000 trades a year in
12 Russell 2000 Index options.  That's observable
13 market data, correct?
14     A.  Right.  That's observable market data,
15 but it doesn't meet the volume or frequency
16 criteria in my opinion for sure.  And you got to
17 look at -- you have to look at the period of the
18 -- those actual trades.  You just can't say
19 33,000 is a -- makes that whole year observable.
20 It's so thin and so infrequent, that I don't
21 think it carries the day.
22     Q.  Is there a volume requirement for
23 55-21-D-1?
24     MS. WALLER:  Objection to form.
25     THE WITNESS:  I think to have an active

296

1  market, you have to have frequency and volume,
2  and that doesn't exist in the Russell.
3  BY MR. LEIMAN:
4      Q.  Where here does it say active market?
5      A.  It doesn't say that here explicitly.
6      Q.  It says that prices for one-year and
7  two-year options on the shares are observable.
8  Is there observable market data for a two-year
9  Russell 2000 Index option?
10     A.  Down to one option.  I'm sorry.  I know
11 it's your deposition.  Literally down to -- if
12 there's five options traded in a 20-day period,
13 is that observable?  Yeah, there's five options
14 that are traded.  That's the level of frequency
15 they have in year two.
16         So, yeah, literally if you are down
17 to that miniscule number of options, you can see
18 those prices.
19     Q.  But we are not talking about five, we
20 are talking about 30,000 in one year, right?
21     A.  No, we're -- but I'm talking about my
22 valuation date's December 31st.  Let me back up.
23 We're talking about Hickey's claims.  Okay?  So
24 I'm refuting Hickey's claims.  Let's set that
25 aside.  Because he makes claims about things way

297

1  extrapolated volatility to be observable for year
2  three for the Russell 2000?
3      MS. WALLER:  Objection to form.
4      THE WITNESS:  I don't think there is
5  observable trading.
6  BY MR. LEIMAN:
7      Q.  So you think item number one is not met?
8      A.  Yeah, I think item number one is not
9  met.  And I would think that -- I think item
10 number two wouldn't be met either.  I just
11 focused on item number one.  I don't think
12 there's observable trading.
13     Q.  The Russell 2000 is observable for two
14 years; the S & P 500 is observable for however
15 long the options are available plus how much
16 time?
17     A.  I would think that this generally
18 indicates it would be a year.
19     Q.  Is there any period beyond a year that
20 implied volatility extrapolation would be
21 observable?
22     A.  I don't believe so.  I haven't focused
23 on that, but I don't think so.
24     Q.  So if the S & P 500 offers a three-year
25 option that meets your volume requirements, a

299

1  past observability.
2      Q.  Let's just concentrate on the question,
3  though.  You have said that implied volatility
4  greater than two years for Russell 2000 Index
5  option is unobservable?
6      A.  That's correct.
7      Q.  I'm asking you whether there's any
8  extrapolation from a Russell 2000 implied
9  volatility for year two that would be observable.
10 You said no, I believe.
11     A.  No.  I said if you say any, literally
12 any, if you look at the data for month 13 to
13 month 24, you can find days here and there that
14 have a few trades in the period that's relevant,
15 I think, to my valuation date.  So you can find
16 20 trades here and five trades there among 200 to
17 225 days where there are no trades.  So, yes, you
18 can find the data point.
19     Q.  And so here's the question.  Sub D of
20 55-21 indicates the conditions under which
21 extrapolated implied volatility is observable,
22 correct?
23     A.  Yes.
24     Q.  Which conditions -- they list two here.
25 Which conditions are not met to allow for

298

1  fourth year of extrapolated volatility would be
2  observable?
3      A.  Yes.  Assuming you can comply with the
4  second criteria.
5      Q.  Okay.  And at what point does that stop?
6  At what point is extrapolation -- does that
7  change from observable to non-observable?
8      MS. WALLER:  Objection to form.
9      THE WITNESS:  When it's not built on -- the
10 last period before the year extension is not
11 built on observable trading.
12 BY MR. LEIMAN:
13     Q.  So you can only extrapolate volatility
14 for one year and have it be observable?
15     A.  That's my understanding.  That's how I
16 think about it, yeah.
17     Q.  Anything beyond that would be
18 unobservable?
19     A.  That's correct.
20     Q.  And so for the S & P 500 portion, at
21 least four years would be observable; for the
22 Russell 2000, two years would be observable; is
23 that fair?
24     A.  Right, with the assumption on the S & P
25 there's adequate volume and frequency.  The S & P

300

**Gene Deetz**
**1/30/2024**

301

1  trades way deeper than the Russell does, so you
2  could very well right about that assumption.  But
3  with that assumption, yeah, you'd have four years
4  and two years.
5      Q.  Are you aware of any academic articles
6  related to sort of your conclusion that
7  extrapolated implied volatility is possible for
8  only one year past the option term?
9      A.  No.  I'm using that example in ASC 820
10 combined with the -- my trading data.
11     Q.  Okay.  And are you aware of any
12 processes or calculations that industry
13 participants use in order to determine how long
14 extrapolated implied volatility can go and still
15 be observable?
16     A.  Still be observable?
17     Q.  Yes.
18     MS. WALLER:  Objection to form.
19     THE WITNESS:  Other than what's provided for
20 in 820, I don't know how people make decisions
21 about observability past that.
22          It's clear Bloomberg extracts it
23 and others extract it for a much longer period of
24 time, but I don't know how they make that
25 determination.

303

1  that actually provides a defined limit to the
2  amount of extrapolated implied volatility that is
3  observable?
4      A.  I'm not aware of it, but it would be --
5  it would be very inconsistent, and I think pretty
6  illogical to say if you have observed trading in
7  year one, you can extrapolate that to year five.
8  One year period makes sense, because you can have
9  other data points or other things you could think
10 about in that framework, but I think it would be
11 -- I'm not aware -- I tried to answer your
12 question first.  I'm not aware of anything
13 explicitly that I can recall that says you can do
14 it for two years but no more under any
15 circumstances.  This tells me it's one year, and
16 I don't know of anything other than that that
17 would suggest anything other than that.
18     Q.  So, for example, this is a ratio of
19 three to two, right, a three-year option based on
20 two years of market data, right?
21     A.  Right.
22     Q.  Would a six-year option based on four
23 years of market data have extrapolated implied
24 volatility that is observable?
25     MS. WALLER:  Objection to form.

302

1          I know how SBB's auditors, both
2  their former and current auditors, treat it, and
3  they treat it as an unobservable.
4  BY MR. LEIMAN:
5      Q.  Part D is an example of extrapolation
6  that would be considered observable, correct?
7      A.  What's that?  I couldn't hear you.
8      Q.  Item number D here -- this is a list of
9  examples of Level 2 inputs, correct?
10     A.  Right.
11     Q.  Is there any provision that caps the
12 length of time for extrapolating implied
13 volatility that would be considered observable?
14     A.  I read this to say it's one year past
15 your observable trading data.
16     Q.  Again, part D is an example of
17 conditions that could be met?
18     A.  Right.
19     Q.  To have extrapolated and implied
20 volatility be observable, correct?
21     A.  That's right.
22     Q.  It is not an exclusive list of what is
23 observable, correct?
24     A.  That's correct.
25     Q.  Is there any provision in the ASC 820

304

1      THE WITNESS:  I wouldn't have an opinion on
2  that.
3  BY MR. LEIMAN:
4      Q.  And fair to say you don't have an
5  opinion as to where that delineation is from
6  observable to unobservable for implied volatility
7  extrapolation?
8      A.  I do.  I believe it's one year based on
9  that example.  I don't have anything else than
10 that.
11     Q.  Okay.  Did Sen's Ankura model use
12 implied volatility that was extrapolated?
13     A.  I am not -- I don't specifically recall.
14 I don't know if I remember -- I do know I don't
15 remember.
16     Q.  As between implied volatility or
17 historical volatility, do you know which was used
18 by Dr. Sen?
19     A.  I believe he used implied volatility.
20     Q.  And presumably for those notes that
21 didn't have market data, he extrapolated implied
22 volatility or acquired extrapolated data,
23 correct?
24     A.  That's correct.
25     Q.  What about Markit's model, M-A-R-K-I-T,

**Gene Deetz**
**1/30/2024**

1 did they use implied volatility or historical
2 volatility?
3   A.   I'd have to go back and look at the
4 documentation.  I just don't recall as I sit
5 here.
6   Q.   How about the bank marks for the selling
7 banks, did the banks use implied volatility or
8 historical volatility in their valuation models?
9   A.   The ones that I recall -- just based on
10 what I recall, I recall that they would have used
11 implied volatility.  And, generally, in these
12 types of securities is a Level 3 in put, not a
13 Level 2 input.
14   Q.   And presumably for those notes that
15 exceeded the amount of market data that was
16 available, they would have used extrapolated
17 implied volatility, correct?
18   A.   Yeah, they identified as implied
19 volatility, which I think is a very fair way to
20 look at it, that they will have a period where
21 trading data is frequent with volume, and then
22 once that stops, they get to the point where they
23 don't extrapolate, and that's consistent with
24 identifying there's a Level 3, because one thing
25 they consistently do is identify the long-dated

305

1 vols as Level 3.
2   Q.   Given your experience with options
3 valuation and options models, is it a common
4 industry assumption that implied volatility is
5 preferable to historical volatility?
6   MS. WALLER:  Objection to form.
7   THE WITNESS:  I wouldn't say common.  What I
8 would say is based on my -- limited to my
9 experience, I'm most familiar with the use of
10 implied volatility, similar to how we're
11 discussing you have observed and then you can
12 extrapolate using implied volatility.  That's
13 not to say I'm aware of folks that have
14 considered historical volatility, but the main of
15 my -- my experience limited to that with implied
16 vol.
17 BY MR. LEIMAN:
18   Q.   You say you are aware of folks who have
19 considered historical volatility.  Are you aware
20 of options valuation models that have actually
21 used historical volatility?
22   A.   In my personal experience, no, I'm not.
23   Q.   And is it fair to say that using
24 extrapolations of implied volatility for longer
25 periods is fairly common practice in options

306

1 valuation?
2   A.   Again, I'm going to just resist that
3 characterization and just limit it to my
4 experience, because that's all I've got.  In my
5 experience, that's generally what happens.
6   Q.   And, generally, in those cases, the
7 entity will purchase implied volatility data from
8 a third-party vendor; is that accurate?
9   MS. WALLER:  Objection to form.
10   THE WITNESS:  Again, not generally, because
11 some folks would -- they can construct it
12 themselves or they can purchase it, but it would
13 be one of those two vehicles.
14 BY MR. LEIMAN:
15   Q.   Right.  They either calculate it
16 themselves, or they go to a third-party to get
17 extrapolated implied volatility?
18   A.   Right.  But, again, that's limited to my
19 experience.
20   Q.   Okay.  I'd like to talk for a moment --
21 way back before we talked about -- couple of
22 times we talked about Figure 4 in Peter Hickey's
23 report, and I know you want to talk about it, so
24 let's talk about it.  So if we can go back to the
25 Hickey report, paragraph 147.

307

1   A.   Yep.
2   Q.   A few times in this testimony you have
3 referred to Figure 4 or Table 4.  First, I want
4 to make sure we're talking about the same thing,
5 which would be page 65 of Exhibit 2, I believe.
6   A.   I'm there.
7   Q.   That's the table you've been talking
8 about when you talk about Table 4 or Figure 4,
9 correct?
10   A.   Yes.  I tried to use Table 4 all the
11 time.  If I said Figure 4, I misspoke.  But when
12 we were talking about Sortino and then I said
13 Sharpe.  This comes from a spreadsheet that has
14 additional statistics on it, but this is the one.
15   Q.   And I apologize, because I might have
16 been the one who was using Figure 4, so I don't
17 want to blame you for that.
18       Looking at Footnote 197, that
19 identifies, I believe, the spreadsheet that you
20 are talking about, correct?  This is a peer
21 analysis, Poly return comparison Bates-stamp.  Do
22 you see that?
23   A.   I do see that.  And we can cross-check
24 that reference to my report just to double-check
25 it, but I do believe that's the spreadsheet I'm

308

1   referring to.
2      **Q.** That's the spreadsheet that Hickey's
3   referring to, correct?
4      **A.** That took -- that took this data -- that
5   he took this data from.
6      **Q.** That's what he is analyzing?
7      **A.** Right.
8      **Q.** And in your report, you say that the
9   spreadsheet -- the underlying spreadsheet is
10  flawed and unreliable; is that correct?
11     **A.** Yes.
12     **Q.** Let's take a look at the spreadsheet.
13            I'd like to mark as Deetz 8 a copy
14  of a printout of the spreadsheet that is
15  identified in footnote 197 of the Hickey report.
16            (WHEREUPON, said document
17            was marked as Deetz
18            Deposition Exhibit 8
19            for Identification.)
20  BY MR. LEIMAN:
21     **Q.** And this spreadsheet contains data
22  related to the Polysight fund, correct?
23     **A.** Could I have one second? I'm looking
24  for the spreadsheet. I'm used to looking at in
25  the stack of papers.

309

1      **Q.** Sure.
2      **A.** Okay. I'm not quite sure what to do
3   with this. I think it's this one that has it on
4   the calculations to the right. It's almost to
5   the back. It's the one that has old Poly in the
6   last column.
7      **Q.** Old Poly is the last column. Okay.
8      **A.** If you just look down, just so -- if you
9   look at total returns since September 11, and you
10  will 46 -- 56.45, then you can find that. The
11  reason I am linking them, you can find that 56.45
12  on his Table 4. That's what causes me to think
13  that this particular sheet within this data is
14  what he is extracting from. Sorry. I wanted to
15  get familiar with that.
16     **Q.** He says in his report that he analyzed
17  this spreadsheet, correct?
18     **A.** Correct.
19     **Q.** This is a printout of that spreadsheet.
20  This is data created by SBB, correct?
21     **A.** That's my understanding.
22     **Q.** And this was, I'll represent to you,
23  sent to the SEC in response to a subpoena
24  request; is that your understanding?
25     **A.** Yeah, that's how we got it, too.

310

1      **Q.** This underlying data related to
2   Polysight -- first of all, this underlying
3   relates to Polysight, correct?
4      MS. WALLER: Objection to form and
5   foundation.
6   BY MR. LEIMAN:
7      **Q.** Let's ask the foundation question. Do
8   you know which fund this data in Exhibit 8
9   relates to?
10     **A.** I know that -- this is all part of one
11  exhibit. I know that it can't all be Poly,
12  because Poly wasn't around in '11.
13     **Q.** Are you aware that for marketing
14  purposes, SBB used results from another fund and
15  switched over to Polysight when it was created in
16  2014?
17     **A.** Right. The only point I'm making is
18  that that can be the case. That even if that
19  were the case, it would have other funds besides
20  Poly, because the returns in September of '11
21  would have to include other funds.
22     **Q.** The data on the first page of the
23  exhibit, do you know which fund that relates to?
24     **A.** I'm just looking to see if it identifies
25  it. If it doesn't identify it, I wouldn't know

311

1   just from looking at this.
2      **Q.** The name of the spreadsheet is Poly
3   Return Comparison. Does that assist in --
4      **A.** I mean it implies that, but -- give me a
5   second. You could go to the 12/31/14 financial
6   statement and see if that tied out to
7   41,347,561.68 as an example, and that would
8   confirm it was Poly. But the reason it looks
9   like Poly, because they are the only one that has
10  that size of a NAV. I'm sorry. I'm just
11  qualifying it -- it doesn't identify it as Poly.
12  It is in the title the file and it has a NAV that
13  would be approximately the size of poly, and I've
14  never actually considered this particular
15  spreadsheet in my analysis.
16     **Q.** Okay. Are you aware of any other source
17  where Mr. Hickey could have obtained this
18  information other than SBB?
19     MS. WALLER: Objection to form.
20     THE WITNESS: No, I'm not suggesting he got
21  it from any other place than SBB.
22  BY MR. LEIMAN:
23     **Q.** No, no. My question is slightly
24  different.
25     **A.** No, I am not aware.

312

1    **Q.** My question was, just for the clarity of
2  the record, the data in Exhibit 8, was that
3  available from any other source than SBB, to your
4  knowledge?
5    MS. WALLER: Objection to form.
6    THE WITNESS: I am not aware of that.
7  BY MR. LEIMAN:
8    **Q.** And is it your testimony that the
9  calculations that SBB presents in Exhibit 8 are
10  incorrect?
11    MS. WALLER: Objection to form.
12    THE WITNESS: My testimony goes to just this
13  table. I don't think it embraces all of Exhibit
14  8.
15  BY MR. LEIMAN:
16    **Q.** So what numbers or calculations in
17  Exhibit 8 do you believe are unreliable?
18    MS. WALLER: Objection to form.
19    THE WITNESS: Would you mind if I looked at
20  my report, so I can just look at what I said
21  specifically?
22  BY MR. LEIMAN:
23    **Q.** Sure.
24    **A.** I think it's in the over-valued section.
25  In six, probably B.

313

1  to Table 4.
2  BY MR. LEIMAN:
3    **Q.** Looking at Exhibit 8. So this is the --
4    **A.** The totality of Exhibit 8.
5    **Q.** Right. So this is the underlying data
6  that Hickey relied on and cites in his report.
7  Are there calculations in this spreadsheet that
8  you are claiming are not reliable?
9    MS. WALLER: Objection to form.
10    THE WITNESS: The only calculations I'm
11  addressing in this spreadsheet relates to that
12  one page I showed you.
13  BY MR. LEIMAN:
14    **Q.** And I believe the page that you were
15  referring to is the one that on the right-hand
16  says "Key Stats"?
17    **A.** Right.
18    **Q.** And then a column of "Poly Old,"
19  correct?
20    **A.** Right. And then on the backside of the
21  page, because it is doubled, you see the other
22  columns that go with that.
23    **Q.** Okay. Is it your opinion that SBB's
24  calculations on this specific page of Exhibit 8
25  are incorrect?

315

1    **Q.** So your section starts on page 28. I'll
2  give you an example. In paragraph 88, you list
3  problems that you have with Mr. Hickey's
4  conclusion. For Part B you say, "Hickey has
5  provided no analysis to verify the underlying
6  data to the calculations in Table 4, including
7  the accuracy or appropriateness of the
8  calculations."
9    **A.** Right.
10    **Q.** What I'm asking you is, sitting here,
11  are you aware of any calculations that SBB
12  performed for Exhibit No. 8 that are unreliable?
13    MS. WALLER: Objection to form.
14    THE WITNESS: I think all of them would be
15  unreliable from this perspective. We don't -- I
16  apologize. Let me just finish, please. So I
17  closed it up, of course. I apologize for asking
18  this. Do you remember where Table 4 is in here?
19  BY MR. LEIMAN:
20    **Q.** I'm asking a question separate from
21  Table 4. I was asking --
22    MS. WALLER: Would you let him answer? He is
23  trying to answer your question. Let him finish
24  his answer.
25    MR. LEIMAN: But my question wasn't related

314

1    MS. WALLER: Objection to form.
2    THE WITNESS: I don't know -- the math may be
3  correct. We don't know where the math came from.
4  So my point would be we don't know what fund was
5  commingled with Poly to get these various
6  calculations. So I lay out specific to just this
7  page, not the entire exhibit, my criticisms of
8  this. We don't know if it was the final model,
9  if it was ever implemented in '16. We don't know
10  what funds were being commingled here, things of
11  that nature. In terms of the calculations, I
12  couldn't replicate it, and I don't know if Mr.
13  Hickey could replicate it, but I don't have a
14  basis to say the arithmetic is wrong.
15  BY MR. LEIMAN:
16    **Q.** So you don't have a basis that SBB's
17  calculations on this page of Exhibit 8 are
18  incorrect?
19    MS. WALLER: Objection to form.
20    THE WITNESS: No, I have -- no, I don't, but
21  we don't know anything about it, because we don't
22  know what -- how the sausage was made. We don't
23  know what funds were being included with Poly and
24  what version of the '16 model that was in
25  development was used for the columns that go on

316

1  to I think the backside of this. I think one of
2  the columns on the backside is what they call the
3  May '16 and the other one, I think, is the
4  counterparty banks.
5  BY MR. LEIMAN:
6      Q.  Are you aware of when this financial --
7  when this statement was put together?
8      A.  I don't recall.
9      Q.  Okay. You state in your report that
10 Hickey does not identify the funds that Table 4
11 relates to, correct?
12     A.  Correct.
13     Q.  In his report, he identifies that, "I
14 have analyzed the spreadsheet that compares
15 several performance and risk metrics for
16 Polysight." He identifies the Polysight fund,
17 correct?
18     A.  Correct.
19     Q.  So your only objection is that some of
20 these calculations may have contained data from
21 other funds?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  Right. That's not my only
24 objection.
25

317

1  BY MR. LEIMAN:
2      Q.  Okay. How do you know that some of
3  these calculations contain data from other funds?
4      A.  I can't replicate them from Polysight,
5  and it references a return -- a total return from
6  September '11 and Polysight didn't exist in
7  September '11.
8      Q.  Are you aware that SBB created blended
9  data from Polysight and another one of its funds
10 for purposes of calculating Sortino ratios?
11     A.  I'm not aware of that specifically. My
12 point was consistent with that; this would appear
13 to be blended data. We just don't know how it
14 was blended, from who.
15     Q.  The only people who know that are at
16 SBB, correct?
17     A.  If they don't, yes -- I'm just saying,
18 Hickey doesn't know it, I don't know it, and so
19 that was my point.
20     Q.  Are you aware of how SBB calculated its
21 Sortino ratios for Polysight?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  In theory or specifically?
24 BY MR. LEIMAN:
25     Q.  Specifically.

318

1      A.  I don't.
2      MS. WALLER:  Objection to form.
3  BY MR. LEIMAN:
4      Q.  And same with Sharpe ratio, are you
5  aware of how SBB calculated its Sharpe ratio
6  during the period that you were looking at in
7  your materiality analysis?
8      MS. WALLER:  Objection to form.
9      THE WITNESS:  If they did -- if it's in this
10 format, I wouldn't know, because I wouldn't know
11 the components of the company -- of the funds
12 that they're being put together. If it was -- so
13 if it's for a specific fund for a specific time
14 period, then you can replicate that. I couldn't
15 replicate any of these.
16 BY MR. LEIMAN:
17     Q.  But this is -- one way or the other,
18 these are calculations that SBB is making,
19 correct?
20     A.  That's correct.
21     Q.  These are not calculations that Peter
22 Hickey put together?
23     A.  I am not suggesting that at all. We
24 don't know how they -- what the underlying
25 component funds are. We don't know what was done

319

1  with this, and we don't know if it's preliminary
2  or final. We don't know anything about it.
3      Q.  The annualized return figures and the
4  average monthly return figures, we have that data
5  for Polysight, correct?
6      A.  Yeah, we can calculate that for '14 and
7  '15 for Polysight.
8      Q.  Average monthly return, you can
9  calculate that for Polysight, correct?
10     A.  Yes.
11     Q.  And this is -- this is all data that's
12 provided in the first few pages of Exhibit No. 8,
13 correct?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  I'm just not familiar with
16 this, so I don't know that. I accept your
17 representation. But I've never reviewed this
18 document in detail before you asked me to this
19 morning. Out of this stack, the one I focused on
20 was the one that tied out to Table 4.
21 BY MR. LEIMAN:
22     Q.  The rest of the spreadsheet, have you
23 reviewed it prior to today?
24     A.  I have seen it. I haven't reviewed it.
25 I've reviewed it in a sense that I went through

320

1  it to find the spreadsheet that tied to Table 4.
2    Q.  And so you don't have an opinion one way
3  or the other about any of the calculations in
4  this spreadsheet, except for that one page that
5  you mentioned, correct?
6    MS. WALLER:  Objection to form.
7    THE WITNESS:  That's right.
8  BY MR. LEIMAN:
9    Q.  Do you have any reason to believe that
10  the total returns since 2011 has a blended from
11  Polysight 1 and the other fund that is identified
12  in the spreadsheet, that that is inaccurate?
13    MS. WALLER:  Objection to form.
14    THE WITNESS:  I can't tell -- I can't verify
15  it one way or the other.  I don't know if it is
16  or it isn't.
17  BY MR. LEIMAN:
18    Q.  You see if you turn -- let's turn to the
19  physical page here.  It starts with "Old."
20    A.  Right.
21    Q.  And you see the column where it says,
22  "Investors II ending net"?
23    A.  Yes.
24    Q.  That value is used for 2011, correct?
25    A.  Right.

321

1    Q.  2012?
2    A.  Correct.
3    Q.  2013?
4    A.  Right.
5    Q.  And 2014 up until June of 2014, correct?
6    A.  Correct.
7    Q.  And then the numbers change to
8  Polysight, correct?
9    A.  I haven't checked the data on this, but
10  if this is the Poly data -- the Poly monthly
11  data, then that would be correct.  I just haven't
12  compared that, and I don't know that independent
13  of you representing it to me.
14    Q.  I'm not representing to you.  Let's look
15  at the exhibit.  There are three columns for Poly
16  contribution, Poly withdrawals, Poly 1 ending
17  net.  Do you see that?
18    A.  Which.
19    Q.  Those are blank for 2011, '12 and '13?
20    A.  Right.
21    Q.  The reason why they are blank is Poly 1
22  didn't exist?
23    A.  Understood.
24    Q.  For those -- that time period, the
25  calculations from SBB are based on Investors II

322

1  ending net, correct?
2    A.  On the spreadsheet, that's what it
3  indicates, yes.
4    Q.  And then once Polysight is corrected,
5  the column for Investors II, that becomes blank,
6  correct?
7    A.  Correct.
8    Q.  And the columns that are then filled out
9  are for Poly contribution, Poly withdrawals, and
10  Poly 1 ending net, correct?
11    A.  Correct.
12    Q.  So it's Investors II up until June of
13  2014?
14    A.  Correct.
15    Q.  And then the data is for Polysight for
16  2014, correct?
17    A.  Correct.
18    Q.  Do you have any reason to believe that
19  the data in this spreadsheet is incorrect?
20    MS. WALLER:  Objection to form.
21    THE WITNESS:  This spreadsheet right here?
22  BY MR. LEIMAN:
23    Q.  Yes.
24    A.  I don't have any reason to believe it is
25  incorrect, but I don't have any reason to believe

323

1  it's not.
2    Q.  Okay.  Other than Investors II or
3  Polysight, does Exhibit 8 mention any other fund?
4    MS. WALLER:  Does it mention on the face of
5  the document?
6    MR. LEIMAN:  Correct.
7  BY MR. LEIMAN:
8    Q.  Is the data from any other fund other
9  than Investors II or Polysight?
10    MS. WALLER:  Objection; form.
11    THE WITNESS:  The only thing -- thank you for
12  the courtesy of the time.  I appreciate that.
13  The only thing I see -- and I haven't checked --
14  is the back of this, there's a series of note
15  valuations, what appears -- I'm assuming these
16  are note numbers and valuation dates.
17  BY MR. LEIMAN:
18    Q.  Which page are you looking at?
19    A.  It's the very last section of three,
20  four pages, where it has bank price, new value,
21  and difference.
22    Q.  Let me make sure to get to the same page
23  here.
24    A.  The first one starts with note 71 on it.
25  It is right after the comparative price we've

324

1  been talking about.
2    **Q.** This is why Excel sheets should have
3  page numbers.
4    **A.** One more.
5    **Q.** Okay.
6    **A.** So this -- we can take the time to run
7  these down and see what fund notes 71's in and
8  see what fund note 74 is in. I don't recall as I
9  sit here. But this would be the only thing that
10  wouldn't appear to be Investors II in Poly. Or I
11  might not know just by looking at. But then as
12  you get deeper into this, it has several note
13  values on it. But these could be Poly notes, and
14  I just haven't looked to confirm that. If you
15  want to check them off, we can do it real quick.
16    **Q.** Yeah, why don't we do that, because I
17  just want to confirm that this is only Investors
18  II and Poly, and that's the only --
19    **A.** I understand. Let me read them off to
20  you. If you are ready, you can check them off.
21    **Q.** I'd rather that you feel comfortable
22  rather than taking my word for it. So if we can
23  go to your report.
24    **A.** Sure.
25    **Q.** And go to Poly 1, Exhibit 4. There's a

325

1  list of notes in Exhibit 4 that are in the
2  Polysight fund. One of them is 71?
3    **A.** Right.
4    **Q.** One of them is 74; is that correct?
5    **A.** Let's start with 71. If you can keep
6  both pages handy. If you look at 71 on Exhibit
7  4, it has a participation amount of 3 million,
8  but it has a notional of 6.2 million. So this
9  notional is approximately 6 million for the bank
10  price, so that tells me that that note is -- half
11  of the note is in Poly. It doesn't tell me the
12  whole note. Maybe I should look at '14 instead
13  of '15 to see if it has any difference. No, it
14  has the same relationship in '14. It has -- the
15  participation is 50 percent in Poly, and I
16  couldn't tell you where the other half is. But
17  it's definitely a Poly note.
18    **Q.** If you can turn you to Investors II,
19  Exhibit 5. Let's do it this way --
20    **A.** I'm here. And there's another part of
21  71.
22    **Q.** Okay. Is a portion of all the notes in
23  the page that you're looking at for Exhibit 8, a
24  portion of that in Polysight?
25    **A.** Yeah. I can do that very quickly. 71

326

1  is. 74 is. 67 is. On this page it is. I can
2  do all the pages. But let me just see. 52, 53,
3  54. They appear to be. If I don't have to take
4  the time to do all of them one by one, they
5  appear to be.
6    **Q.** So this data sheet that you are pointing
7  at relates to notes that are held in part by
8  Polysight?
9    **A.** Yes.
10    **Q.** If you look at 71, and there was a 50
11  percent -- or a half value, correct?
12    **A.** Participation, yes.
13    **Q.** If you look over to the right, there is
14  a column that appears to list participation
15  share?
16    **A.** Right.
17    **Q.** Does that roughly correspond with your
18  sense of the participation share?
19    **A.** It does. It does.
20    **Q.** Did you separately try to calculate the
21  Sortino ratio for Polysight?
22    **A.** I tried to replicate the ones on the
23  Table 4, and I couldn't.
24    **Q.** Did you try to replicate it with the
25  data that is available in Deetz 8 that we've

327

1  looked at?
2    **A.** I don't recall specifically if -- what I
3  used for the replication process, but I couldn't
4  replicate it. I certainly could have used it and
5  not been able to replicate it. But as I sit
6  here, I can't say affirmatively that I
7  exhaustively looked at all the data and couldn't
8  replicate Table 4. But I do remember clearly
9  that the procedures I did follow, I couldn't
10  replicate it. I tried to.
11    **Q.** Did you attempt to replicate it using
12  data from Investors II?
13    **A.** I'm certain I did.
14    **Q.** I think you mentioned that you did not
15  review spreadsheet 8 before today, correct?
16    MS. WALLER: Objection to form.
17    THE WITNESS: No, I saw it on my way to
18  getting this spreadsheet. But the point would
19  be, in looking at the replication -- if you
20  assume -- because it is '11 and Investors II is
21  the only fund that's around in '11, and then you
22  look to see if you can replicate it, I just
23  couldn't do it.
24  BY MR. LEIMAN:
25    **Q.** Do you have any worksheets showing your

328

Gene Deetz
1/30/2024

1  attempts to replicate the Sharpe or Sortino
2  ratios?
3      A.  Not that I can think of.  Not that I
4  recall.  I don't think so.
5      Q.  I'd like to talk for a moment about your
6  expert opinions in other cases.
7          First, before we do that, you have
8  included an investor turnover analysis as
9  exhibits to your report, correct?
10     A.  Yes.
11     Q.  And this -- and I'm going to use
12 rough terms that you can correct if you'd like.
13 This is an analysis of investors' investments in
14 the funds, withdrawals, and -- you know, putting
15 further money in, correct?
16     A.  Right.
17     MS. WALLER:  Objection to form.
18 BY MR. LEIMAN:
19     Q.  Long-term it's looking whether investors
20 are putting money in or taking money out?
21     A.  Right.  Just briefly, it covers every
22 investor of group Barnett and non-Barnett based
23 on immediate family to first cousins and others.
24 It looks at everyone individually.  It looks at
25 it by fund and by year, but it's a detailed

329

1  database of all of the contributions, all the
2  withdrawals, and all the transfers between all of
3  those entities and all those individuals.
4      Q.  And I think we mentioned earlier, you
5  have not actually spoken with these investors,
6  correct?
7      A.  I have not literally talked to them, no.
8      Q.  Is it fair to say everything you know
9  about these investors comes from the documents
10 that you reviewed in your list attached to your
11 expert report?
12     MS. WALLER:  Objection to form.
13     THE WITNESS:  Yes.
14 BY MR. LEIMAN:
15     Q.  You understand there are factual
16 disputes in this case related to what investors
17 were or were not told, correct?
18     MS. WALLER:  Objection to form.
19     THE WITNESS:  I generally have that
20 impression, yes.
21 BY MR. LEIMAN:
22     Q.  In your turnover analysis, are you
23 assuming -- first of all, let me back up.
24          Your turnover analysis is part of
25 your conclusion -- or is considered in your

330

1  conclusion that investors did not find changes in
2  values material, correct?
3      MS. WALLER:  Objection to form.
4      THE WITNESS:  That the process failures and
5  the related quantitative differences in the
6  assumption that there was an error in the SBB
7  marks compared to GAAP compliance, that those
8  process failures and those differences would not
9  be material to a reasonable person.
10 BY MR. LEIMAN:
11     Q.  And by process failures, what are you
12 talking about?
13     A.  The departure from U.S. GAAP.  The
14 assumed departure from U.S. GAAP from the
15 unobservable inputs that we discussed today.
16     Q.  Are you assuming that investors were
17 given accurate information about departures from
18 U.S. GAAP?
19     MS. WALLER:  Objection to form.
20     THE WITNESS:  No.  That's my comparison.  I
21 apologize.  I'm conflating things.
22          Give me just a second.  So the
23 assumption is that the use of the market --
24 non-market-based nature of the -- the alleged
25 non-market-based nature of the model was a GAAP

331

1  departure.  And then I look at the quantitative
2  and qualitative effects of that.  The qualitative
3  effects of that is I found that it wasn't
4  material.  And so I'm sorry, I've lost your
5  question.
6  BY MR. LEIMAN:
7      Q.  So one of the qualitative factors you
8  cite to these turnover analyses, right?
9      A.  Right.
10     Q.  And the idea, I think -- correct me if I
11 am wrong -- is that investors didn't leave the
12 funds, so it couldn't have been material to them;
13 is that a fair summary?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  Yeah, upon having access to the
16 complaint, investors didn't leave the fund.
17 BY MR. LEIMAN:
18     Q.  Now here's the question:  Did investors
19 get accurate information -- are you assuming that
20 investors got accurate information from SBB as to
21 whether the complaint was true or not?
22     MS. WALLER:  Objection to form.
23     THE WITNESS:  I'm assuming that the investors
24 would read the complaint, and they would evaluate
25 it, and I'm assuming that's what -- my assumption

332

1 is the complaint lays it out from your
2 perspective.  Not yours personally, I apologize.
3 From --
4 BY MR. LEIMAN:
5     Q.  From the SEC's perspective?
6     A.  Yes.  And I apologize for that.  From
7 the SEC's perspective, and that they would
8 evaluate that.  I am -- I don't know that I'm
9 making an assumption as to whether or not they
10 got accurate information.  I'm not aware of --
11 I'm not aware of that particular set of
12 circumstances.
13     Q.  So are you opining one way or the other
14 as to whether investors were told the truth about
15 the nature of the underlying valuation?
16     MS. WALLER:  Objection to form.
17     THE WITNESS:  I'm not -- I'm not opining on
18 that.
19 BY MR. LEIMAN:
20     Q.  Are you aware of in the substance of any
21 communications between SBB and investors about
22 the merits of the SEC's complaint?
23     A.  In the -- I'm not going to remember the
24 disclosure document, but in the disclosure
25 document, I do recall generally that they

333

1     Q.  Do you know if SBB investors were told
2 promptly after SBB received the SEC's deficiency
3 letter in 2016 that the deficiency letter
4 existed?
5     MS. WALLER:  Objection to form.
6     THE WITNESS:  I don't know -- I know they
7 were told.  I don't know when they were
8 specifically told.
9 BY MR. LEIMAN:
10     Q.  Are you opining at all as to whether SBB
11 was truthful to investors in its sort of
12 narrative representations to investors from 2011
13 through 2015?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  I don't believe I have an
16 opinion on that one way or the other.
17 BY MR. LEIMAN:
18     Q.  And in your role of assessing
19 qualitative materiality, are you resolving any
20 factual disputes that you see in the record?
21     MS. WALLER:  Objection to form.
22     THE WITNESS:  Am I resolving -- I'm sorry.
23 Could you say that possibly a different way?
24 BY MR. LEIMAN:
25     Q.  You are aware that there are factual

335

1 communicated that they felt that the -- these are
2 my words.  But the SEC was off base, and that
3 they felt what they'd done was appropriate.
4     Q.  Do you know if investors were ever told
5 that SBB created its model without factoring in
6 ASC 820?
7     MS. WALLER:  Objection to form.
8     THE WITNESS:  I don't know.  I don't know if
9 they were told specifically.
10 BY MR. LEIMAN:
11     Q.  Do you know whether investors were told
12 that RSM resigned as its auditor because of
13 concerns about management integrity?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  I apologize.  I don't know, but
16 one of the reasons we did the -- I did the
17 turnover analysis, because that is -- the
18 complaint lays all -- I don't know if it
19 literally lays out every detail, but it lays out
20 the SEC's view of the world on those things.
21 BY MR. LEIMAN:
22     Q.  Do you know whether SBB told its
23 investors that the refund of fees was as a result
24 of an SEC deficiency letter?
25     A.  I don't know that.

334

1 disputes in this case over various facts related
2 to the SEC's allegations, correct?
3     A.  Yes.
4     Q.  In developing your qualitative analysis,
5 are you crediting one side's version over
6 another's?
7     MS. WALLER:  Objection to form.
8     THE WITNESS:  No.  I've read the totality of
9 the record, and based on my view of the totality
10 of the record, I don't think these things are
11 material.  I have certain things that -- like we
12 talked about this morning -- where we talked
13 about the fine point of SBB not knowing about
14 820.  And so I am taking those kinds of things
15 into consideration, because development of
16 the model would have -- would have one context if
17 they knew about 820 and a different context if
18 they didn't know about 820.
19 BY MR. LEIMAN:
20     Q.  And so I'm just trying to get a sense of
21 process here.  You said you reviewed the entire
22 record as part of your qualitative analysis.
23     A.  Right.
24     Q.  When you see a factual dispute, do you
25 disregard that item in your qualitative analysis?

336

1     MS. WALLER:  Objection to form.
2     THE WITNESS:  I think I consider it from the
3  standpoint that the complaint lays out the SEC's
4  view, SBB in telling its investors -- and, again,
5  my words -- that they -- you know, seriously
6  disagree with that, and they think it should get
7  a different outcome.  And that's one thing.  And
8  then there's other things like the model
9  development and what does it mean when you
10  develop something that's not compliant with GAAP.
11  And my point there would be, if you don't know
12  about ASC 820, it's hard to comply with it if you
13  don't know.  Just differentiating those things.
14  But I considered all of that.
15  BY MR. LEIMAN:
16     Q.   Is there any factual issue where you
17  were crediting one witnesses' version of events
18  over another?
19     MS. WALLER:  Objection to form.
20     THE WITNESS:  No.  I'm just reading it and
21  considering it and using that information.  So
22  I'm not saying that -- I'm not saying that.  But
23  I wanted to be careful about that, because there
24  are things in there that if -- in other words, if
25  you were to say SBB knew about 820 in 2012 and

337

1  litigation related to the materiality of a change
2  in options valuations?
3     A.   As a testimonial expert?
4     Q.   Yes.
5     A.   No.
6     Q.   Have you ever had a portion of an expert
7  opinion that you submitted in litigation excluded
8  by a court?
9     A.   Yes.
10     Q.   And what were the circumstances of that
11  exclusion?
12     A.   So that was a Stoker case in front of
13  Judge Rakoff, and Judge Rakoff excluded three of
14  my opinions, and then allowed the balance of my
15  opinions.
16     Q.   And this was in the Southern District of
17  New York?
18     A.   It was.
19     Q.   And you submitted an expert report on
20  behalf of defendant Stoker, correct?
21     A.   That's correct.
22     Q.   Have you ever issued an opinion for a
23  government agency?
24     A.   As an expert in litigation, I don't
25  believe I have.

339

1  they intentionally violated 820 -- this is my
2  hypothetical.  They intentionally violated 820 in
3  2012, I would disagree with that, because it's
4  hard to violate something you don't know about.
5     I'm not suggesting that's a
6  real-world example.  I'm just saying that those
7  kinds of things I would have an opinion about.
8  BY MR. LEIMAN:
9     Q.   You keep saying that it's hard to fail
10  to comply with something you don't know about.
11  Converse is true, right?  It's hard to comply
12  with requirements that you don't understand or
13  know about, right?
14     MS. WALLER:  Objection to form.
15     THE WITNESS:  It's hard -- it could be hard
16  to comply with things you don't understand.  I
17  was specifically using 820.
18  BY MR. LEIMAN:
19     Q.   I'd like to take a look at opinions that
20  you have issued in the past.  I think -- I
21  apologize if I asked this before.  Have you ever
22  issued an opinion in litigation related to the
23  materiality of structured note valuations?
24     A.   I have not.
25     Q.   Have you ever issued an opinion in

338

1     Q.   If you had to break down over the last
2  30 years the division between plaintiff's work
3  and defendant's work, just ballpark, what
4  percentage of your expert opinions have been
5  issued on behalf of defendants?
6     MS. WALLER:  Objection to form.
7     THE WITNESS:  Ballpark would probably be
8  60/40, 70/30, something like that on the defense
9  side.
10  BY MR. LEIMAN:
11     Q.   The 30 or 40 percent would be plaintiff
12  side?
13     A.   That's right.
14     Q.   In Stoker, the SEC was making
15  allegations that certain disclosures related to a
16  CDO were false or misleading, correct?
17     A.   Yes.
18     Q.   You are familiar with CDO,
19  collateralized debt obligation?
20     A.   I am, yes.
21     Q.   And you issued an opinion in that case
22  that the evidence did not support the allegation
23  that there was a false or misleading
24  representation regarding who selected the assets
25  for the CDO, correct?

340

1    **A.**  I don't recall what my opinions were in
2  that case. I know that three of them were
3  excluded. As I sit here today, I don't
4  specifically recall what the three were.
5    **Q.**  Okay. Do you recall the basis for the
6  exclusion of those opinions?
7    **A.**  I think judge -- again, I won't use
8  legalese, but I think Judge Rakoff said that two
9  he felt should be in the purview of the jury and
10  that one was either circular or conclusory. And
11  so that's probably not a very great technical way
12  to explain it, but that's how I recall it.
13    **Q.**  Do you recall attempting to issue an
14  opinion that the investors in that case were all
15  sophisticated enough to assess the risk of
16  investing in that CDO?
17    **A.**  I just don't recall which one of the
18  opinions I gave.
19    **Q.**  Just trying to jog your memory.
20    **A.**  Yeah.
21    MR. LEIMAN: I'd like to mark as Deetz 9 a
22  copy of what appears to be invoices from Ankura.
23        (WHEREUPON, said document
24           was marked as Deetz
25           Deposition Exhibit 9

341

1       for Identification.)
2  BY MR. LEIMAN:
3    **Q.**  Just so you know, this is a collection
4  of invoices from June of 2023 through August of
5  2023 -- sorry. Of May 2023 through August of
6  2023.
7    **A.**  Okay.
8    **Q.**  Are you familiar with these invoices?
9    **A.**  I am.
10    **Q.**  I just want to make sure I'm getting
11  this right. Mr. Sen also works for Ankura,
12  correct?
13    **A.**  Yes.
14    **Q.**  So these bills appear to split out the
15  work for your team and Dr. Sen's team; is that
16  fair to say?
17    **A.**  Yes. And Mr. Richard's as well.
18    **Q.**  So at some point, Mr. Richards joins in,
19  and then it breaks out each section separately,
20  correct?
21    **A.**  Correct.
22    **Q.**  So, for example, looking at the May
23  bill, if you look at the second page, it includes
24  a subtotal of $280,000 -- $280,136.50. Is that
25  the amount billed as of that date for your team?

342

1    **A.**  That's correct. 281,136.50 for the
2  period ending April 30th, but the bill's date --
3  the invoice date is in May.
4    **Q.**  And then just to clarify, this Exhibit 9
5  runs through an invoice dated August 28th, 2023;
6  is that correct?
7    **A.**  Right. And I would suspect that's the
8  July time through which we issued the report.
9    **Q.**  I'll represent to you, summing up the
10  totals for this period for these invoices, the
11  amount billed for your team was approximately
12  $2,379,000 through that August invoice. I'll
13  give you a calculator if you want it.
14    **A.**  That sounds about right.
15    **Q.**  Approximately how much have you billed
16  for your expert work in this case since that
17  August 2023 invoice?
18    **A.**  I would estimate probably in the
19  ballpark -- I haven't looked at this, but I would
20  estimate somewhere in the vicinity of a million
21  and a half dollars.
22    **Q.**  And would that be through the current
23  date or through the end of December?
24    **A.**  End of December through the current
25  period. A rough estimate. But the whole period.

343

1  And that would include -- I think that would
2  include what we haven't billed. Let's just say
3  December, because I really don't have a way to
4  put a finer point on it.
5    **Q.**  I won't put you on the spot for today.
6  But looking at the breakdown of rates here, it
7  lists several members of your team, correct?
8    **A.**  Correct.
9    **Q.**  I just want to go through them and see
10  what work they performed on your expert report.
11  Let's start with Christopher Robinson. He is
12  listed as a senior managing director. What work
13  did he perform in connection with your issuing
14  expert opinions in this case?
15    **A.**  As you would anticipate, all of these
16  folks worked directly at my direction and under
17  my supervision, and Chris would have participated
18  in the quality control review of the model. The
19  quality control review of the turnover analysis.
20  Certain aspects of the quality control review of
21  the report. And review -- and probably a
22  significant amount of the underlying data.
23    **Q.**  And I apologize. You said quality
24  control and review of the model, and we've used
25  the term "model" to refer to a lot of different

344

1 things. Can you clarify?
2    A.   Let me be more specific. I have -- I'm
3 sorry. This is Gene speak. So I built a model
4 that's a turnover analysis, and the model that's
5 the quantitative and qualitative assessment, and
6 then a model for the eyeball data. So I think of
7 those. I will be more specific. When I said the
8 model the first time, it was the qualitative and
9 quantitative assessment model that -- the
10 exhibits we looked at in the back. Then also the
11 model that's the turnover analysis, because that
12 just takes the database of all the investors'
13 transactions and creates an exhibit out of it.
14    Q.   Did you write the first draft of your
15 report?
16    A.   Yes.
17    Q.   And did you write all the sections of
18 the first draft of your report?
19    A.   Yes.
20    Q.   Did anyone else in this list have any
21 responsibilities towards drafting the report, the
22 language?
23    A.   How I've done it for years is, I'll sit
24 with one or two staff members and create an
25 outline, and then -- so I will be asking the

345

1 hypothetical staff person to -- on that TV screen
2 with a computer to create a qual section, summary
3 scope section, and just lay out the backbone
4 structure of the report. Then once that's
5 completed, then we start about putting the
6 language in each of those sections and thinking
7 about then the exhibit development and the
8 appendices development that goes with. Kind of
9 an organic process, but I'm doing -- I can't say
10 literally all of the writing in that form, but
11 certainly a great majority of it gets done
12 exactly in that form.
13    Q.   Fair to say you circulate a draft and
14 you get comments back and either you incorporate
15 them or you don't? Is that sort of the roughly
16 how it works?
17    A.   No.
18    Q.   Please --
19    A.   I don't circulate anything to get
20 comments back. I will sit them down in a room
21 and have them read it with me.
22    Q.   And they will provide comments during a
23 meeting?
24    A.   In a meeting. So I would say, did you
25 check this, did you check that, show me the paper

346

1 that supports that, I want to put it in like
2 this. So it wouldn't be -- I'm not just a big
3 fan of emailing that kind of stuff to somebody
4 and asking them, Take a look at this and tell me
5 what you think. I don't function like that.
6 It's much more specific A to B with me talking to
7 -- could have four, five people in the room, but
8 it's that type of process.
9    Q.   Jealous you have everybody in the room
10 post COVID.
11        So looking at Mike Pesce --
12    A.   Pesce.
13    Q.   And he is listed as a managing director.
14 What was he responsible for in relation to the
15 opinions?
16    A.   And I'm going to give you -- I assume
17 you want this. I'm going to give you for the
18 entirety, not what they did in April. Because
19 what I talked to you about Christ isn't limited
20 to just the April bill.
21    Q.   Yes, please. I didn't mean to limit my
22 questions to the April bill. I was just using it
23 to identify the members of the team.
24    A.   So Mike Pesce would have assisted me
25 with the 820 piece. So we would sit down and go

347

1 through the 820 piece in the background section.
2 That would be a good example. He also at my
3 direction bought the eyeball data.
4    Q.   I'm sorry. He did --
5    A.   At my direction he bought the eyeball
6 data and participated in organizing that data and
7 just briefly on that. That's about 6 million
8 lines of data. Unfortunately, when you get the
9 eyeball data, they give you everything. So you
10 have to clean it, separate Russell, separate out
11 S & P, the whole thing. And so -- then he would
12 have also assisted me as one of the people
13 actually at my left hand drafting the report, and
14 then thinking about the citations that would go
15 in. So as we do it -- I don't -- I don't put in
16 citations later. Everybody probably has a
17 different style. I put in the citations as I go
18 and then think about if I want to update, even
19 change them or I have a better citation for a
20 particular point I'm making, so he would have
21 participated in that process.
22        Rachel Cohen would have been in
23 charge of the documents considered, along with
24 Vijay. And that's a big task here because
25 there's just so much. It's a big record.

348

1   Q.   Just for clarity, by Vijay, Vijay
2   Narayan?
3   A.   I'm sorry.  Yes.
4   Q.   Am I pronouncing that correctly?
5   A.   Yes.  And so she would have had a hand
6   in managing the documents considered, and we -- I
7   do very structured -- a lot of folks don't have a
8   very structured documents considered list and I
9   don't find that helpful.  So I have a very
10  structured process, so you can look at a category
11  and see the documents, and they have explanations
12  and that kind of thing.
13         In addition to that, she would have
14  been the one I tasked with actually pulling from
15  Edgar the publicly available financial
16  statements.  And then I review those with her and
17  generally I'd review them with Mike, Vijay, and
18  her.
19         And then Taylor Fletcher would have
20  worked underneath Rachel and Vijay.  You think of
21  a pyramid, it would be Chris -- Mike and Chris
22  and I, and then underneath that would have been
23  Vijay and Rachel, and then underneath that would
24  have been Taylor.  They're wonderful colleagues,
25  but then they would have been working at that

349

1   level, Taylor and Rahul.  And then that would
2   cover -- in the process -- and this would be -- I
3   wouldn't say fairly typical.  So I get Mr.
4   Hickey's report and analyze Mr. Hickey's report,
5   and then as we gather data, then these people are
6   working at my direction to look at and analyze
7   the data simultaneously with looking at the
8   structure of the report and start to draft the
9   report.  But that goes on iteratively then
10  literally daily to July 17.
11  Q.   A few people were added to your team?
12  A.   Right.
13  Q.   So, for example, Purab Raipanchola?
14  A.   Yes.
15  Q.   Is that -- I'm sorry, his or her
16  responsibilities?
17  A.   It's his.  And was that in May or June?
18  Q.   I'm just looking at the July invoice,
19  but I don't know when he joined.
20  A.   So Purab.  And it's Purab, was working
21  with Chris -- underneath Chris primarily handling
22  the turnover database.  So what I requested and
23  got from SBB was about a hundred spreadsheets of
24  what they called equity rollover, so he was
25  charged with actually putting that database

350

1   together that ultimately became the turnover
2   model that you see in the exhibits.
3   Q.   Looking at these bills, and I'm going to
4   ballpark for a moment, it appears that your hours
5   billed are roughly 10 to 15 percent of the
6   billable hours for any given month.  Does that
7   sound accurate to you?
8   A.   Should be about 500 or 600 hours in
9   total, and so I see in the one I'm looking at,
10  which is June, I had 186 hours out of 1400, and
11  that would be 10 to 15 percent, like you said.
12  Q.   And then if you look at the August
13  invoice for July work, it looks like you have
14  about 135 hours out of 1365?
15  A.   Right.
16  Q.   Roughly 10 percent?
17  A.   Right.  One of the things just from a
18  teams standpoint, obviously these are not
19  insignificant bills, and so I would probably say
20  that on average -- not on average.  We're very
21  careful about the time we put down.  And so I
22  know for a fact I worked more hours than those
23  hours that I billed.  I'm not trying to say that
24  in front of lawyers or anything, but it's just a
25  lot of money, and so we're very careful with

351

1   that.
2   Q.   Do you have a rough estimation of the
3   rate at which you've been discounting your hours?
4   A.   No.  Generally, what I would do -- let's
5   say at the end of the day -- and I'm sure a lot
6   of people do this.  At the end of the day, I
7   spent nine hours, and I try and -- I've got my
8   little notes like we all do on the side of the
9   telephone, from 8:00 to 8:45 I did this and that
10  kind of thing.
11         So I might actually have those 11
12  hours, I might bill nine and a half.
13         I generally try not to bill -- even
14  if I work, I try not to bill double digits.  I
15  try not to put ten hours on a bill.
16  Q.   In creating the report, did you provide
17  drafts to counsel for SBB?
18  A.   I did not.
19  Q.   Did anyone on your team provide drafts
20  to counsel for SBB?
21  A.   I don't believe so.  I believe they saw
22  a draft, but it would have been on a Zoom call or
23  a Teams call.
24  Q.   So much like you were describing before,
25  this would have been in a meeting where the draft

352

1  was shared with counsel for SBB?
2     **A.**  Yes.
3     **Q.**  And that meeting was either virtual or
4  in person?
5     **A.**  My recollection, it would have been
6  virtual.
7     **Q.**  Did you receive specific feedback from
8  counsel regarding items in your draft report?
9     **A.**  I remember getting -- I remember getting
10  feedback.
11    MS. WALLER:  Gene, before you get into too
12  much detail, just caution you not to reveal
13  detailed attorney-client communications.
14  BY MR. LEIMAN:
15    **Q.**  Are there specific sections of your
16  report that were drafted in response to feedback
17  from counsel?
18    **A.**  No.
19    **Q.**  Is there specific language that you used
20  in your report in response to comments from
21  counsel?
22    **A.**  No.
23    **Q.**  Are there specific numerical
24  calculations that you conducted in response to
25  feedback from counsel?

353

1     **A.**  No.
2     **Q.**  In your report, you include a CV,
3  correct?
4     **A.**  Yes.
5     **Q.**  Is that CV up-to-date?
6     **A.**  I believe it is, yes.
7     **Q.**  Have there been any material changes in
8  your employment since then?
9     **A.**  No.  I just want to look at it.  I don't
10  think there's any cases or anything else.  Let me
11  take a quick look.  I don't want to say that too
12  quickly without checking it.
13    **Q.**  Just to orient you, it's right after
14  page 60.
15    **A.**  I got it.  I'm just going to look at the
16  -- the certifications.  Right.  I just want to
17  look at the testimony.  This is correct.  The
18  Vitol case was the last case I testified in.  I
19  just wanted to check that.
20    **Q.**  You're currently a CPA, correct?
21    **A.**  Yes.
22    **Q.**  You list California and New York and
23  Pennsylvania?
24    **A.**  Correct.
25    **Q.**  Have you ever been a CPA in another

354

1  state?
2     **A.**  I have not.
3     **Q.**  Are all three of those licenses
4  currently active?
5     **A.**  They're active and what I call fully
6  loaded, so I could step out and go into practice
7  tomorrow.
8     **Q.**  You anticipated my next question.
9       Have any of those three licenses
10  ever lapsed for any reason?
11    **A.**  They have not.
12    **Q.**  You list several certifications in your
13  CV.  I just want to discuss some of them.
14  Accredited senior appraiser.  That's something
15  administered by the American Society of
16  Appraisers, correct?
17    **A.**  Correct.
18    **Q.**  How does one obtain that accreditation?
19    **A.**  You have to have a practice -- you don't
20  have to be a CPA for that, but you have to have
21  substantial valuation practice requirements and
22  then take a fairly rigorous examination that's
23  proctored privately.  It is just you and the
24  person overseeing the exam in a room for a couple
25  of days.  But it has -- you submit -- the first

355

1  process is you submit as an accredited member, so
2  you practice for a certain period of time, and
3  you can demonstrate through submission -- it's
4  sanitized, but through submission your valuation
5  work, and then you get accredited member status,
6  and then you have more practice requirements, and
7  then at the end of fulfilling all the practice
8  requirements and submitting two reports for
9  senior review -- that's much more rigorous than
10  the associate member review -- and then you have
11  to pass an examination, and upon doing all of
12  that, then you get to be what's accredited senior
13  appraiser status.
14    **Q.**  And are you comfortable with me using
15  the term ASA, American Society of Appraisers?
16    **A.**  Absolutely.
17    **Q.**  ASA has several different appraisal
18  disciplines they focus on?
19    **A.**  Right.
20    **Q.**  For example, it has business valuation,
21  gems, machinery, personal property?
22    **A.**  All that stuff, yeah.
23    **Q.**  When you are certified as an accredited
24  senior appraisal, do you have to demonstrate
25  ability in all of the disciplines or are they

356

1  focused on particular disciplines?
2      A.   It's unique to -- I should have said
3  that.  Thank you.  So mine is business valuation,
4  not gemology or equipment as an example, so it's
5  BV.
6      Q.   And by business valuation, does that
7  refer to the enterprise value of an operating
8  business?
9      A.   Or an intangible asset.  An asset or
10  enterprise but other things, too.  So it's all
11  types of assets that you would value within a
12  business, not machinery or equipment, but let's
13  say financial assets as an example or
14  intellectual property.  So those would be the two
15  categories.  Or tax assets.  So the synthetic
16  stuff that's not like a piece of equipment or a
17  diamond ring.
18      Q.   So your exam was related to business
19  valuation, correct?
20      A.   Right.  As I just broadly described it,
21  yes.
22      Q.   You had mentioned some senior reports
23  that need to be submitted.  Those related to
24  business valuation as well?
25      A.   All of it was related to either the

357

1  value of intellectual property or trademark or
2  trade name.  It does have options in there.  But
3  my focus when I received that was intellectual
4  property and business valuation that you started
5  to anticipate.
6      Q.   Are there continuing education
7  requirements for accredited senior appraisal?
8      A.   There are.
9      Q.   What are those requirements?
10      A.   I think it's you have to take what's
11  called Uniform Standard of Professional Appraisal
12  Practice.  I think that's every five years.  And
13  then there's an annual requirement over a
14  multi-year period, and I think it's 80 hours
15  every three years.  And I'm estimating that.  But
16  there's an annual requirement both for -- in a
17  period requirement both for CPE but also for the
18  Uniform Standard of Professional Appraisal
19  practice, which would be essentially their
20  equivalent to the codification.
21      Q.   In the course of your education for
22  accredited senior appraiser, have you taken
23  courses specific to structured note valuation?
24      A.   I have not.
25      Q.   Have you taken courses specific to

358

1  option valuation?
2      A.   They would have specific pieces of it in
3  the program.  So let's say I went to a three-day
4  conference and eight hours a day; it wouldn't
5  only be on option valuation, but it would have
6  pieces of that time period dedicated to option
7  valuation.
8      Q.   Have you ever taken courses related to
9  option valuation models?
10      A.   I think that would be included in that
11  in terms of to give the -- to give the
12  participant information about a -- practical
13  information about here's the types of things that
14  people use, the types of models people use in
15  this particular type of asset so that you are
16  learning about that particular asset, because
17  intellectual property might have a different set
18  of circumstances than an option in a business.
19      Q.   Do you recall specifically receiving
20  instruction regarding to what entities normally
21  do in valuing options?
22      A.   I don't have a specific recollection
23  about that.  But I know that options were a
24  subpart of some of the courses I took over the
25  years.

359

1      Q.   And that accreditation is current?
2      A.   It is current.
3      Q.   You also have an AICPA accredited in
4  business valuation certification; is that
5  correct?
6      A.   That's correct.
7      Q.   And when did you obtain that?
8      A.   1997.  And I think -- I'm sorry.  I'll
9  let you ask the question.
10      Q.   I think you are about to anticipate my
11  next question.
12           I forgot to ask.  When did you
13  obtain the accredited senior appraiser?
14      A.   I believe it was 1985 or 1986.
15      Q.   Recently?
16      A.   Yeah.
17      Q.   Sorry.  I get a little punchy at the end
18  of depositions.
19           So for the accredited and business
20  valuation, is that a similar concept that you are
21  studying valuation of business enterprises,
22  including the assets within those business
23  enterprises?
24      A.   Right.  The point I was going to make is
25  the Internal Revenue Service came out with a

360

1   series of publications telling people -- their
2   engineering staff, which is where the IRS
3   evaluation people reside and their engineering
4   staff, telling them that they should get the
5   designation of ASA, and they also published to
6   the people that prepare reports in tax litigation
7   that if they come before the Internal Revenue
8   service, and they are not an appropriately
9   credentialed appraiser, that they want to see
10  some consistency in standards.
11          And so in response to that, the
12  AICPA also thought, you know, we're going to
13  create the ABV designation that has similar
14  characteristics.
15      Q.  So it's almost a competitive certificate
16  with the American Society of Appraisers?
17      A.  Yes.  And most people -- I hold both of
18  them.  And so I sat for the first ABV exam in San
19  Diego in 1997 and forgot when it first came out.
20  And the ASA has been around since the early '80s
21  or late '70s.
22      Q.  Are you able to take continuing
23  education that applies towards both certificates?
24      A.  Yes.
25      Q.  And is that generally how people do it,

361

1   that they will take one set of continuing
2   education which will apply to both certificates?
3       A.  It's not literally one for one, but if
4   you hold both certificates, you can use -- they
5   don't say you have to have -- they don't have
6   some joint monitoring about how people
7   participate.  But there are some requirements in
8   the ABV that don't exist in the ASA, and there
9   are some in the ASA that don't exist in the ABV.
10      Q.  Other than what you mentioned, do you
11  recall taking continuing education classes
12  related to the valuation of structured notes in
13  connection with the ABV certification?
14      A.  It would be similar -- similar answers,
15  nothing specific to structured notes, but it
16  would be things specific to an option valuation.
17      Q.  Okay.  And then a third certificate that
18  I want to talk about, the AICPA accreditation in
19  valuation of financial instruments.  When did you
20  obtain that?
21      A.  A few years ago.  So the -- I believe it
22  was the -- I shouldn't say I believe.  Senior --
23  in 2012 or '13, after the credit crisis, the
24  SEC -- a senior official at the SEC made a
25  speech -- I'm sure you've been in Washington and

362

1   discovered there's usually an SEC PCAOB
2   conference -- and made a speech that said the
3   appraisal discipline is sorely lacking for
4   consistency, and we're encouraging all the major
5   valuation groups, the ASA, the AICPA, to come up
6   with designations that allow people to get more
7   education and to be better equipped to value,
8   specifically financial instruments.  And so in
9   response to that, when I saw that, I signed up,
10  and that's -- and that's a rigorous bunch of
11  coursework and, again, an examination and once --
12  and I already had the practice requirements, but
13  then I had to do the coursework and the
14  examination.
15      Q.  In general, does the coursework for
16  accreditation and valuation of financial
17  instruments translate to the appraisal
18  certificates that we've been talking about?
19      A.  No, because this is fair value.
20      Q.  This is more distinct than the other --
21  the other two relate to each other, this is
22  separate?
23      A.  This is financial instruments, including
24  complex financial instruments and the fair value
25  standard only.

363

1       Q.  Have you taken courses in relation to
2   this accreditation related to structured notes?
3       A.  Part of the curriculum to get the
4   designation has a section that deals with
5   structured notes.
6       Q.  And what do you recall about that
7   section?
8       A.  It was fairly general.  I have
9   experience with structured notes, including
10  structured notes with equities and practice.  But
11  I recall it would be essentially here's a product
12  that comes within a financial instrument or
13  complex financial instrument, and it describes
14  what you'd expect.  It's a note with a component
15  underlying.  It can be a debt.  It can be equity.
16  And here's the types of instruments that you
17  might think about and how they would work
18  together.  So it wasn't here's how you can
19  program a particular model at that level, but it
20  was a structural presentation with some of the
21  requirements that ASC 820 would put around a
22  structured note valuation.
23      Q.  Looking at your employment experience on
24  page four of your CV here.  Starts with Stoughton
25  Davidson.

364

1    A.   CPA firm.
2    Q.   And that's out in California?
3    A.   That is.
4    Q.   Fresno?
5    A.   Fresno.
6    Q.   And primarily your clients were the
7  agricultural industry?
8    A.   That's correct.
9    Q.   I'm from California, so Fresno has a lot
10 of fruit and raising farms and --
11   A.   It does, and we had some significant
12 clients.  They were never publicly traded, but
13 some very, very large farming operations between
14 Bakersfield and Sacramento.  Serious big-time
15 operations, and we were lucky enough to have a
16 lot of those as our clients.
17   Q.   And were you ever the signing partner on
18 audits?
19   A.   Yes.
20   Q.   And I guess I should take a step back.
21 Were you primarily operating as the CPA for the
22 firm, or were you primarily operating as the
23 auditor of financial statements for the firm?
24   A.   Of the client or --
25   Q.   I'm sorry.  Of the client, yes.

365

1    A.   Right.  So, no, we were the auditors of
2  the client's financial statements.  Audit
3  opinions.
4    Q.   They would create the financial
5  statements and you would audit them?
6    A.   That's correct.
7    Q.   And then we've got you as partner at
8  Noell Deetz Agnew and Morse.  Is that another
9  accounting firm?
10   A.   That is.  In June of 1998, I left
11 Stoughton Davidson, and I established Noell Deetz
12 Agnew & Morse until I left for Chicago in
13 February of 2001.
14   Q.   And that was to Arthur Andersen?
15   A.   Correct.
16   Q.   And what did you do for Arthur Andersen?
17   A.   As I got into the mid '90s in Fresno, I
18 still had audit clients and tax clients, but I
19 also was doing -- a much larger percentage of my
20 work would be what you could consider litigation
21 support kind of in how you talk about 20 years
22 ago.  And so I'd be a consulting expert or
23 testifying expert.  And that would include
24 generally disputes around valuation, disputes
25 around damages, disputes around accounting rules

366

1  and tax controversies.  So that -- when Arthur
2  Andersen came to me in Fresno, what happened,
3  they had fired one of their experts in a major
4  tax court case.  The law firm they were working
5  with had fired one of their major experts, and
6  they came to me and hired me instead of someone
7  from Arthur Andersen.  And Arthur Andersen had a
8  big relationship with this law firm.  So they
9  flew out to Fresno and said, Why don't you move
10 your practice and move to Chicago.  It took me
11 awhile to get that organized.  In February of
12 '01, I stepped out of Noell Deetz, and then that
13 valuation practice, that damages practice, that
14 accounting U.S. GAAP practice and the damages
15 practice then became part of Arthur Andersen at
16 33 West Monroe, on 17, and my title was senior
17 managing director of their strategic valuation
18 practice, so I was brought in to lead that
19 practice.
20   Q.   Is this when you sort of began to
21 transition into a majority of sort of expert
22 consulting work, as opposed to primary audit
23 work?
24   A.   Right, because once I left Noell Deetz
25 Agnew & Morse, after that date I had never -- I

367

1  never signed another tax return, and I never
2  signed another audit report.
3         So at Arthur Andersen, I was all in
4  valuation or valuation related to litigation and
5  the damages, U.S. GAAP, tax controversy space.
6    Q.   In terms of your client base and your
7  general responsibilities, have things changed
8  much since Arthur Andersen all the way up to
9  today?
10   A.   They have in the sense that -- so when
11 Arthur Andersen failed in April of 2000 --
12   Q.   I was going to ask you how you left
13 Arthur Andersen.
14   A.   I was the first guy out the door without
15 a release.  There you go.  So I was recruited by
16 a variety of firms, not that -- I ended up going
17 to work for a company called LECG.  And LECG --
18 the plan with LECG was always to go to New York,
19 but I spent a few months in Chicago opening
20 LECG's Chicago office.  Then in July of 2002, I
21 moved to New York where I had been a resident in
22 terms of my practice ever since.  And the thing
23 that's changed about that, in 2002 in New York,
24 then I got much more exposure to more complex
25 valuation issues, more complex financial

368

**Gene Deetz**
**1/30/2024**

1 valuation issues, in addition to the body of work
2 we talked about, the valuation, the damages, U.S.
3 GAAP and the like, then I would add solvency to
4 that list, and then I would add complex
5 structured financial products to that list.
6    Q.   And fair to say that mortgage-backed
7 derivative securities were a substantial part of
8 your practice?
9    A.   It was.  I had had significant
10 experience with other types of structured
11 financial products, including structured notes,
12 but the bulk of my work if you were to look at it
13 was probably 80/20 slanted to the mortgage side.
14    Q.   And with the mortgage crisis, did that
15 get even more pronounced, or is that your
16 breakdown after the mortgage crisis?
17    A.   Through the entire period.  So it
18 started with -- it started without mortgage
19 products.  So it started with Enron.  So I spent
20 two, three years at Enron that had structured
21 financial products that were not mortgage-backed.
22 And then that's gone through both -- for the
23 valuation and for my work in materiality, it's
24 been fairly consistent from 2002, 2003, through
25 today.

369

1    Q.   Okay.  In 2018, you leave what I assume
2 is a similar role are Navigant Consulting,
3 correct?
4    A.   Right.  So it went LECG to Chicago
5 Partners, so the guys at Chicago Partners asked
6 me to join them, and I left LECG and joined
7 Chicago Partners in their New York office.  I
8 didn't come back to Chicago.  Navigant bought us
9 May 1st of 2008, and then that division of
10 Navigant that I was in merged with Ankura in '18.
11 That's the -- sorry for the details.  That's the
12 continuum.
13    Q.   Appreciate it.  Were you ever a
14 colleague of Peter Hickey?
15    A.   Yes.
16    Q.   When were you a colleague of Peter
17 Hickey?
18    A.   I was -- when I left LECG and joined
19 Chicago Partners, it was July of '06, and I was
20 there until we sold it to Navigant.  So I was one
21 of the six owners of Chicago Partners.
22    Q.   I suppose I should know this.  Was Peter
23 Hickey one of the other owners?
24    A.   No, he wasn't.  But he did work there.
25    Q.   And then leaving Navigant to go to

370

1 Ankura, you were partner -- well, were you a
2 partner at Navigant?
3    A.   Navigant was a publicly traded entity,
4 so it was a C corp, so I held shares in Navigant,
5 but that's a tiny symbol.  Very small in number
6 of shares.  That was W-2 employees.
7    Q.   Why did you leave Navigant for Ankura?
8    A.   They merged.  I didn't mean to rush
9 through that.  So in August of '18, Ankura and
10 Navigant's dispute division merged.
11    Q.   Are you physically in the same offices
12 as Dr. Sen?
13    A.   When I'm in the New York office, we're
14 in the same office.  If he is in the New York
15 office.
16    Q.   Do you have an office at the New York
17 office?
18    A.   I have an office that sits empty there,
19 yes.
20    Q.   Do you work from home?
21    A.   I've been New Jersey at the shore most
22 of the time.
23    Q.   Before COVID -- well, before COVID, did
24 you essentially have more of a presence in the
25 office at Ankura?

371

1    A.   Yes.
2    Q.   And is your office sort of close to
3 Dr. Sen's office?
4    A.   I wouldn't even know where his office
5 is.
6    Q.   Okay.
7    A.   It's not that I didn't see him from time
8 to time in the hallway, but I couldn't tell you
9 where he sat.
10    Q.   Beyond sort of basic familiarity, do you
11 have any sort of friendship with Dr. Sen?
12    A.   I don't.
13    MS. WALLER:  Objection to form.
14    MR. LEIMAN:  Let's take a brief break.  Go
15 off the record.
16    THE VIDEOGRAPHER:  Going off the record.  The
17 time is 6:14 p.m.
18          (Recess.)
19    THE VIDEOGRAPHER:  Going on the record.  The
20 time is 6:21 p.m.
21 BY MR. LEIMAN:
22    Q.   Does Mr. Richards also have an office at
23 the New York office for Ankura?
24    A.   He does not.
25    Q.   Are you friends with Mr. Richards?

372

1   **A.** I'm not.
2   MS. WALLER: Objection to form.
3  BY MR. LEIMAN:
4   **Q.** Did you discuss your report with Mr.
5  Richards before issuing it?
6   **A.** I did not.
7   **Q.** Have you discussed your report with Mr.
8  Richards since issuing it?
9   **A.** I have not.
10   **Q.** Have you discussed your report with Dr.
11  Sen since issuing it?
12   **A.** I have not.
13   MR. LEIMAN: No further questions from us.
14  We can go off the record.
15   MS. WALLER: I have a couple of quick
16  questions.
17                EXAMINATION
18  BY MS. WALLER:
19   **Q.** Mr. Deetz, you've been asked a number of
20  questions today just about the scope of your
21  opinions. I just want to make sure that you've
22  had an opportunity to fully explain that. At the
23  risk of reopening your binder clip situation, can
24  I ask you to have your report in front of you?
25   **A.** I got it.

                        373

1   **Q.** Can I just ask you to turn to section
2  two, which is your scope of assignment and
3  summary of opinions on page 6?
4   **A.** All right. I'm there.
5   **Q.** And so, Mr. Deetz, in paragraph 12, is
6  this an accurate list of the questions that you
7  were asked for purposes of your report here?
8   **A.** It is.
9   **Q.** And you offered an opinion with respect
10  to each of the questions that are in this scope,
11  correct?
12   **A.** Yeah, for 12A, 12B, 12C, and 12D.
13   **Q.** For example, in 12C, the question that
14  you were asked, "Has Hickey provided a reasonable
15  basis to conclude what is important to reasonable
16  investors like the investors in SBB funds?" You
17  see that question?
18   **A.** I do.
19   **Q.** And in D there's, "And in your opinion,
20  were SBB's alleged failures material to
21  reasonable investors like the investors in the
22  SBB funds?" Do you see that?
23   **A.** I do.
24   **Q.** And both of those questions have
25  footnotes to the Hickey report. Do you see

                        374

1  Footnote 3 and 4 in your report?
2   **A.** I do see that.
3   **Q.** So one of the paragraphs to the Hickey
4  report that's in Footnote 3 and 4 is paragraph
5  63. So if you could take a look at Hickey's
6  report paragraph 63. It's on page 33. So
7  paragraph 63 in Hickey's report says, "Despite
8  SBB's representations that its valuations
9  complied with ASC 820 and were consistent with
10  fair value or the current exit value of the
11  structure notes held by the SBB funds, SBB failed
12  to even consider, let alone appropriately apply,
13  ASC 820 to the valuation of its structured notes
14  from 2011 to 2016, and SBB's failures are the
15  type of failures that are materially important to
16  reasonable investors in a private investment fun
17  like the SBB funds." Do you see that?
18   **A.** I do.
19   **Q.** And so paragraph 63 and the failures
20  that Mr. Hickey alleges in paragraph 63 regarding
21  SBB's representations and SBB's considerations in
22  valuing structured notes, are those alleged
23  failures part of what you considered with respect
24  to whether Mr. Hickey had a reasonable basis for
25  his conclusions and then in your opinion whether

                        375

1  those alleged failures were material to
2  investors?
3   **A.** Yes.
4   MR. LEIMAN: Object to form.
5   THE WITNESS: Yes, that's correct.
6  BY MS. WALLER:
7   **Q.** So if you take a look then -- you have
8  paragraph 15 of your report?
9   **A.** Right.
10   **Q.** And so here you lay out your opinion
11  with respect to -- I believe its corresponds to
12  question 12C; is that right?
13   **A.** Yes.
14   **Q.** So you are in this case offering an
15  opinion with respect to whether Hickey had a
16  reasonable basis to support his conclusions with
17  respect to what is material to reasonable
18  investors, including the examples that you lay
19  out here in 15A, B, and C; is that right?
20   **A.** That's correct, yes.
21   **Q.** And the failures that Hickey alleges
22  include whether they complied with ASC 820 in
23  valuing the structured notes in the SBB funds; is
24  that correct?
25   **A.** Yes.

                        376

1     **Q.** And as well their representations to
2 investors that the funds were valued in
3 accordance with GAAP; is that right?
4     **A.** That's right.
5     **Q.** And those were alleged failures that you
6 assumed when you were talking to Mr. Leiman about
7 you assumed Hickey's alleged failures and then
8 considered whether those were important to
9 investors in SBB funds, right?
10     **A.** That's correct.
11     **Q.** And you evaluated Hickey's opinions with
12 respect to whether those alleged failures were
13 material, but you also came to your own
14 conclusions with respect to whether those same
15 alleged failures were material to SBB -- or
16 material to investors; is that correct?
17     MR. LEIMAN: Objection to form.
18     THE WITNESS: That's correct.
19   BY MS. WALLER:
20     **Q.** And you've been asked about some of the
21 quantitative analysis that you have done in this
22 case. Do you remember that testimony with Mr.
23 Leiman?
24     **A.** Yes.
25     **Q.** And with respect to the materiality

<center>377</center>

1 assessment that you do, you're responding to the
2 conclusions of Mr. Hickey with respect to the
3 failures of what he alleges and what he alleges
4 is important to reasonable investors?
5     MR. LEIMAN: Object to form.
6     THE WITNESS: Yes.
7   BY MS. WALLER:
8     **Q.** And so all of the alleged failures that
9 Mr. Hickey claims in his report, you are
10 responding to in your report with respect to not
11 only whether Hickey supported his conclusions,
12 but you also came to your own conclusions; is
13 that right?
14     MR. LEIMAN: Object to form.
15     THE WITNESS: That's right.
16     MS. WALLER: I don't have anything else.
17     MR. LEIMAN: Off the record.
18     THE VIDEOGRAPHER: This is the conclusion of
19 today's deposition. The time is 6:29 p.m. We
20 are off the record.
21          (WHEREUPON, the proceedings
22          were adjourned at 6:29 p.m.)
23
24
25

<center>378</center>

<center>CERTIFICATE OF WITNESS</center>

1
2
3   I, GENE DEETZ, do hereby declare under
4 penalty of perjury that I have read the entire
5 foregoing transcript of my deposition testimony,
6 or the same has been read to me, and certify that
7 it is a true, correct and complete transcript of
8 my testimony given on January 30, 2024, save and
9 except for changes and/or corrections, if any, as
10 indicated by me on the attached Errata Sheet, with
11 the understanding that I offer these changes and/or
12 corrections as if still under oath.
13     _____ I have made corrections to my deposition.
14     _____ I have NOT made any changes to my deposition.
15
16   Signed: _____
          GENE DEETZ
17
18   Dated this _____ day of _____ of 20____.
19
20
21
22
23
24
25

<center>379</center>

<center>ERRATA SHEET</center>
Deposition of: GENE DEETZ
Date taken: JANUARY 30, 2024
Case: SEC v. SBB RESEARCH GROUP, LLC, et al.
PAGE LINE

1
2
3
4
    _____ CHANGE: _____
    REASON: _____
5
6   _____ CHANGE: _____
    REASON: _____
7
    _____ CHANGE: _____
8   REASON: _____
9   _____ CHANGE: _____
    REASON: _____
10
11   _____ CHANGE: _____
    REASON: _____
12   _____ CHANGE: _____
    REASON: _____
13
14   _____ CHANGE: _____
15   REASON: _____
    _____ CHANGE: _____
16   REASON: _____
17   _____ CHANGE: _____
18   REASON: _____
19
20   _____ CHANGE: _____
    REASON: _____
21   _____ CHANGE: _____
    REASON: _____
22
23   _____ CHANGE: _____
    REASON: _____
24   Signed_____
25   Dated_____

<center>380</center>

**Gene Deetz**
**1/30/2024**

```
 1  COUNTY OF C O O K )
 2      I, MAUREEN A. WOODMAN, Certified Shorthand
 3  Reporter and Notary Public in and for the County
 4  of Cook and State of Illinois, do hereby certify
 5  that GENE DEETZ was first duly sworn to testify
 6  the whole truth and that the above deposition was
 7  recorded stenographically by me, and was reduced
 8  to typewriting under my personal direction.
 9      I further certify that the said deposition
10  was taken at the time and place specified.
11      I further certify that I am not a relative
12  nor employee or attorney nor counsel of any of
13  the parties, nor a relative or employee of such
14  attorney nor counsel nor financially interested
15  directly nor indirectly in this action.
16      In witness whereof, I have hereunto set my
17  hand and affixed my seal of office at Chicago,
18  Illinois, this 13th day of February, 2024.
19
20
21      _____
22          MAUREEN A. WOODMAN, C.S.R.
            License No.  084-002740
23
24
25
```

                              381

Gene Deetz
1/30/2024

1

**A**

**A-S-C** 14:16
**A-UC** 85:24
**a.m** 2:17 5:8 66:22,25
131:10
**ability** 134:24 135:2 356:25
**able** 10:2,22 114:19 118:4,5
142:8 150:23 159:2 162:10
177:6,13,16 182:14 328:5
361:22
**absolutely** 12:13 86:5
250:17 356:16
**ABV** 361:13,18 362:8,9,13
**academic** 115:13,23 301:5
**accept** 43:8,14 259:25
320:16
**accepted** 190:18,20
**access** 332:15
**account** 39:13,18,21 46:3
46:19 54:1 72:7 121:24
149:1 182:9,22 183:18
184:13 193:12 194:8
199:11 232:3 233:1
**accountant** 192:16
**accounting** 91:22 116:4,5,8
116:14 117:9 150:1 173:7
193:12 199:16 231:23,24
232:19,19 255:6,7 274:7
366:9,25 367:14
**accreditation** 355:18 360:1
362:18 363:16 364:2
**accredited** 355:14 356:1,5
356:12,23 358:7,22 360:3
360:13,19
**accumulated** 226:25
**accumulation** 226:16
**accuracy** 28:5,9 314:7
**accurate** 28:21 45:6 58:10
146:19 307:8 331:17
332:19,20 333:10 351:7
374:6
**accurately** 164:4 181:2
**achieving** 250:7
**acquired** 304:22
**acronym** 143:16
**ACS** 38:24
**action** 381:15
**active** 292:19 296:25 297:4
355:4,5
**activity** 289:15
**acts** 271:4
**actual** 95:15 100:5 119:24
120:6,10 135:8 201:10
210:19 211:5 212:13,24
213:4 245:7 270:19 295:21

296:18
**add** 68:9 110:11 369:3,4
**added** 350:11
**addition** 17:6 68:1 82:6 83:3
91:6 172:21 173:4 223:19
267:5 349:13 369:1
**additional** 132:2,2 187:14
187:15 199:24 223:19
241:14 268:24 270:25
292:1 308:14
**Additionally** 119:23 172:25
**address** 223:20
**addresses** 191:23
**addressing** 121:4 194:16
315:11
**adequate** 300:25
**adjourned** 378:22
**adjusted** 69:12 72:6 78:2
207:16
**adjustment** 159:3,5 220:24
221:20 227:20 281:7
**administered** 355:15
**admitting** 256:10
**adopted** 13:6
**adoption** 198:25
**adopts** 262:1
**affect** 121:16 163:22,25
164:9,20 176:20 207:10
229:20 271:20
**affirmatively** 328:6
**affixed** 381:17
**afford** 277:9
**afield** 106:4
**agency** 339:23
**aggregates** 15:22
**Agnew** 366:8,12 367:25
**ago** 362:21 366:22
**agree** 19:12,16 32:23 34:12
37:20 39:11 40:14 44:19
50:9,23 51:7,24 52:10
115:8 216:8 239:12 263:13
279:6 291:17
**agreed-upon** 206:14
**agreeing** 32:8 114:18
**agreement** 276:9
**agrees** 155:25 156:2
**agricultural** 189:21 204:3
365:7
**AICPA** 360:3 361:12 362:18
363:5
**al** 1:9 2:9 5:4 380:3
**allegation** 179:21 180:6
182:20 271:17 340:22
**allegations** 241:22 267:6
336:2 340:15

**alleged** 68:12 76:6 206:14
241:14,23 331:24 374:20
375:22 376:1 377:5,7,12
377:15 378:8
**alleges** 241:18 375:20
376:21 378:3,3
**allocation** 208:9
**allow** 53:2 190:21 298:25
363:6
**allowed** 80:5 339:14
**alluding** 210:17
**alternative** 28:1
**American** 355:15 356:15
361:16
**amount** 65:13 74:19 85:2,19
86:8 88:6,6 93:25 95:16
102:18,20 115:15 133:25
141:17 142:11 164:14,15
168:3 182:21 186:14
189:22 192:11 222:16
279:24 289:15 291:14
292:9 294:3 303:2 305:15
326:7 342:25 343:11
344:22
**amounts** 25:23 74:2 75:25
78:5 82:21,24 86:12 87:10
88:12 134:3 149:24 174:23
175:17 184:16 191:12,13
192:1 201:10 238:20
**analyses** 70:21 86:22
178:16 332:8
**analysis** 16:17 18:13 26:18
27:16,20,22 30:11 31:7
54:19 65:10,17 66:13 67:4
67:7,20 68:5 71:10,16,18
72:1,2 73:4,17 77:22 81:7
82:1,5,22 86:10 87:14
88:10,14 90:7 91:6,8
92:22 93:18 94:1 96:13
105:23 111:23 112:23
127:7,8 134:1 139:19
158:17,22 159:9,12,17
160:6,15,20 161:1,5 162:6
162:11 169:18 170:3 173:9
173:13 174:11,17,24
175:18 176:6 177:4 179:9
182:6 183:19 185:5,12
186:2,14 188:11 189:3
190:23 191:15,25 192:2
194:15 201:12 202:1
203:23 209:14 219:19,23
220:16,17 224:4 225:16
227:20 228:23,24 229:2,10
229:17,18,22,23,24 230:6
230:9,21 232:4,24 233:2,6

237:2,9 241:3 244:18
246:24 250:16 251:17
252:19 253:19 259:20
271:20 275:2 277:4 308:21
312:15 314:5 319:7 329:8
329:13 330:22,24 334:17
336:4,22,25 344:19 345:4
345:11 377:21
**analyze** 43:18 96:25 168:15
266:4 350:4,6
**analyzed** 200:8,9 310:16
317:14
**analyzes** 192:17
**analyzing** 31:6 309:6
**and-** 3:15
**and/or** 31:23 379:9,11
**Andersen** 366:14,16 367:2,7
367:7,15 368:3,8,11,13
**Ankura** 13:23 101:13,18,22
102:3 108:12 109:18
153:23 178:4 200:8,9,12
200:13,14 201:16,17
304:11 341:22 342:11
370:10 371:1,7,9,25
372:23
**Ankura's** 154:23 155:2,5,19
200:5 201:2,3,14
**annual** 16:18 23:12 24:9
25:23 68:20,20 69:6,21
70:5,11 71:11 82:25
217:15 358:13,16
**annualized** 320:3
**annually** 208:18
**annuals** 197:20,21,23,24
**another's** 336:6
**answer** 7:25 8:4,5 19:25
34:4 40:23 41:1 48:11,13
49:3 52:21 97:24 106:2
115:24 124:22 155:17
163:14 175:8,11 191:17
194:17 196:17 244:24
245:2,11 246:3 247:15,17
248:9,9 249:17 250:5,9
251:3 252:7,11,25 253:3,6
253:17 280:23 303:11
314:22,23,24
**answered** 152:18 153:2
174:25 175:1,7,8,11
269:23
**answering** 97:24 182:18
268:14
**answers** 7:8,14 159:16
166:12 198:10 362:14
**anticipate** 129:16 135:7
344:15 358:5 360:10

**Gene Deetz**
**1/30/2024**

2

**anticipated** 77:24 355:8
**anybody** 225:11 230:25
**anyway** 7:6
**apart** 76:15
**apologize** 12:6 15:10 17:2
  18:14 21:1 25:8 28:8 29:13
  42:9 45:10,15 48:15 50:7
  52:14 63:11 77:4 82:7
  95:10 101:7 102:5 111:21
  119:4 167:14 168:21
  173:25 182:19 188:14
  201:21 208:10 212:4
  230:22 231:6 235:24 247:8
  247:22 249:13 251:10
  262:24 296:2 308:15
  314:16,17 331:21 333:2,6
  334:15 338:21 344:23
**appear** 129:19 131:2 246:23
  318:12 325:10 327:3,5
  342:14
**APPEARANCES** 3:1
**appeared** 257:14
**appears** 11:4 84:3 324:15
  327:14 341:22 351:4
**appendices** 346:8
**Appendix** 19:12
**apples** 68:15,15 209:7,7
  216:10,10
**application** 81:11
**applied** 45:20 49:1 105:20
  148:10 158:21 163:6,8
**applies** 171:1 173:9 361:23
**apply** 86:14 103:25 161:9
  172:13 173:1,5 188:1
  241:19 362:2 375:12
**applying** 64:22 86:6 171:24
  184:21 246:9 255:10
**appraisal** 356:17,24 358:7
  358:11,18 363:3,17
**appraiser** 355:14 356:13
  358:22 360:13 361:9
**Appraisers** 355:16 356:15
  361:16
**appreciate** 13:18 15:7 58:2
  251:25 324:12 370:13
**approach** 93:24
**approached** 141:1
**approaches** 120:24 250:12
**appropriate** 55:12 192:11
  216:17 218:24 226:4,6
  258:4 334:3
**appropriately** 361:8 375:12
**appropriateness** 314:7
**approved** 79:24,25
**approximate** 176:17,19

**approximately** 60:6 96:17
  104:19 108:2,4 110:4
  154:19 221:11 222:6
  312:13 326:9 343:11,15
**approximation** 279:3
**April** 343:2 347:18,20,22
  368:11
**arena** 61:24
**argue** 255:21 257:3
**argumentative** 85:6 257:7
**arises** 90:17,19
**arithmetic** 316:14
**array** 122:12
**arrive** 94:8,10
**arrow** 52:25 53:7
**Arthur** 366:14,16 367:1,7,7
  367:15 368:3,8,11,13
**article** 117:9
**articles** 62:6 116:4,14 301:5
**Arun** 4:12 13:25 165:8
**as-reported** 221:5,23,25
**ASA** 356:15,17 361:5,20
  362:8,9 363:5
**ASC** 4:10 14:14 18:2,21,25
  19:2,14,20 20:2,3,9 22:11
  34:14,21,24 36:4,23 40:15
  41:5,13,13,23 44:15,20,23
  47:5 49:1,17 50:6,24 51:10
  51:18,24 52:4,9,10,18 53:2
  54:8,23 55:4,20 56:10
  59:25 116:10 139:14 168:4
  222:21 223:1 241:19 242:2
  244:22 245:7,20,24 246:9
  246:22 247:16 248:7,11,13
  248:20,23,25 249:5,8,10
  250:14 254:21 255:10,10
  255:13,19,22 256:1,5
  257:3,4,18 279:21 290:5
  290:10 291:16 294:2 301:9
  302:25 334:6 337:12
  364:21 375:9,13 376:22
**ascertain** 38:21 41:16
**aside** 20:23 80:13 180:6
  281:7 297:25
**asked** 64:8,12 106:6 152:17
  153:1 163:20 174:25 175:7
  175:10 269:22 320:18
  338:21 370:5 373:19 374:7
  374:14 377:20
**asking** 25:2 40:13 48:7
  52:16 62:16 77:10,11
  78:18 97:15 103:11 121:10
  149:14 174:20 186:20
  188:4 218:16 240:17,19
  248:17 255:4 267:20 268:2

  268:15 270:11 274:18
  287:17 298:7 314:10,17,20
  314:21 345:25 347:4
**asks** 286:5 287:3,7 288:1,2
**aspect** 208:8
**aspects** 344:20
**assess** 87:6 89:13 208:23
  341:15
**assessing** 73:25 199:7
  208:21 217:22 222:25
  223:3 228:16 335:18
**assessment** 23:2 24:22
  26:13 90:25 93:20 201:6
  223:17 345:5,9 378:1
**asset** 20:25 30:14,20,23
  35:20,25 39:3,5,10,12
  40:14 42:7,14 43:17 44:6
  50:12,21 51:1,9 54:2 57:1
  57:16 60:25 61:7 69:14,18
  69:20 71:5,11,19 72:24
  85:16 130:4 133:16 207:9
  217:10 221:5 357:9,9
  359:15,16
**assets** 58:8,12 72:10,16,20
  119:20 133:14,24 135:17
  135:20,20 136:11 340:24
  357:11,13,15 360:22
**assignment** 374:2
**assist** 312:3
**assistance** 177:20
**assisted** 152:13 347:24
  348:12
**associate** 356:10
**assume** 12:9 82:1 93:3,10
  204:21 205:7 275:15
  276:10 279:6 283:1 291:22
  328:20 347:16 370:1
**assumed** 22:14 68:13 82:15
  82:18 93:23 139:16,18
  156:5,7 194:14,15 331:14
  377:6,7
**assuming** 22:18 23:1 92:13
  107:1 124:8,9 127:14
  161:18 291:21 294:23
  300:3 324:15 330:23
  331:16 332:19,23,25
**assumption** 22:24 106:22
  139:20 162:24 182:2
  205:17 281:21 300:24
  301:2,3 306:4 331:6,23
  332:25 333:9
**assumptions** 22:5 23:8 37:9
  37:17 39:2,4,9,11,13 40:2
  40:11,16 41:3,7,20 42:6,8
  42:13,15 43:3,7,11 44:3,10

  45:4 46:4,10 47:6 53:15
  67:22,23 68:7,8 208:24,25
  243:12 255:11 256:6
  280:12,20 281:18
**attached** 264:23 330:10
  379:10
**attachment** 34:1,3
**attachment/detachment**
  33:21
**attempt** 18:24 19:19,21 20:2
  36:6 37:16,19 47:5 49:16
  50:10,24 199:10 328:11
**attempted** 20:4 59:20
**attempting** 19:23 242:2
  341:13
**attempts** 329:1
**attended** 8:24
**attention** 271:18
**attorney** 8:1,4 381:12,14
**attorney-client** 353:13
**AU-C** 116:22 191:6
**audible** 7:14
**audit** 116:17 117:2 173:10
  189:16 191:8 258:22
  278:22 366:2,5,18 367:22
  368:2
**auditing** 190:10,18,21,24
  191:1 226:10
**auditor** 16:7 63:10 189:9
  190:21 192:16 258:18
  334:12 365:23
**auditors** 123:12 192:25
  302:1,2 366:1
**audits** 89:14 189:12 365:18
**August** 342:4,5 343:5,12,17
  351:12 371:9
**available** 55:13 132:6,15
  144:21,25 145:22 198:24
  199:4 279:8 289:11 293:2
  299:15 305:16 313:3
  327:25 349:15
**Aven** 246:15 253:14
**Avenue** 3:11
**average** 95:24 96:1,3 104:13
  104:17,23 108:24 120:9
  121:5,7,15,22 122:3
  142:20 149:4,13,17,25
  150:18,25 151:4,9,17
  152:7,7,13 173:3 176:14
  201:1 320:4,8 351:20,20
**averaging** 109:7
**aware** 17:7 19:2,14 20:3
  25:15 26:1,21 27:3 28:11
  33:5 37:21,21 38:3 39:21
  39:25 40:2,11 41:2,12

42:16,20 47:25 48:2 49:4,8
49:12,14 50:3 59:8,11,14
59:21 76:20 78:12 79:2
111:13 112:2 123:11 128:7
138:20 139:7,9 141:21,23
141:24 142:2 156:10 162:1
162:5,9 177:25 185:3
197:9,13 199:10,15 200:4
201:1 202:6,10 230:13
242:10,14 243:10 246:7
250:15 251:16 252:17
253:2,18 258:18,21,25
260:16,20 261:6 262:17
263:3,22 264:5,13 265:2,6
265:11 278:17 282:6
292:25 301:5,11 303:4,11
303:12 306:13,18,19
311:13 312:16,25 313:6
314:11 317:6 318:8,11,20
319:5 333:10,11,20 335:25
**awhile** 367:11

**B**

**B** 4:6 100:8 132:13 141:7
313:25 314:4 347:6 376:19
**back** 22:6 30:8 40:24 48:16
50:8 51:15 55:4 61:2 80:21
88:2 93:7 118:21 119:4
123:15 130:22 131:12
146:10,15 147:6 149:10
160:14 163:4 170:19
180:12 187:13 198:19
219:20 226:17 231:7
233:10 238:4 239:2,4
247:23 252:24 290:10
297:22 305:3 307:21,24
310:5 324:14 330:23
345:10 346:14,20 365:20
370:8
**back-testing** 123:3,5,8
**back-up** 94:3
**backbone** 346:3
**backed** 31:3
**background** 348:1
**backside** 315:20 317:1,2
**Bakersfield** 365:14
**balance** 68:20 69:10 70:22
71:3,17 72:22 82:22 88:13
174:11 184:19 185:12
186:12,24 187:7 188:10,16
190:11 207:10 219:22
220:2,15 225:23 226:2,13
226:15 227:20 339:14
**ballpark** 9:19 72:19 340:3,7
343:19 351:4

**ballparking** 60:12
**band** 67:25 81:11,16,21,25
82:8,10,12,15 83:14 84:8
84:18 85:2,4,13 86:3,7,8
87:21 88:9 91:5,11 92:14
92:19,22 94:6,15 95:8 96:7
96:18 97:1,10,17 98:16,20
98:24 99:7,14,22 102:1,12
102:16,21,23 104:4 105:14
105:17 106:8 107:5 108:7
110:1 111:10,24 114:12
115:2,15 116:13 117:17
118:16 119:2,10,14 120:19
125:11,21 127:8 129:8
130:13 132:21,24 133:1,10
140:21 141:25 147:11,17
148:9,25 149:8,18 150:9
150:10 154:11,14,25
155:12,18 156:23 157:16
158:8,20 163:4,7 164:10
164:16,18,20,22 166:14
167:3 170:5 171:1,20,23
173:1,17,19 174:9 176:21
178:10,18,24 184:17 188:9
189:14 190:22 191:12,14
192:1 193:24 194:1 195:10
195:21 196:3,4 201:7
202:24 203:2,9 204:11
205:6,15,18 206:22 207:11
221:3 234:17,22 235:4,22
235:25 236:2,23 237:4
**bands** 194:19 199:16
**bank** 140:4,18 141:3,6,7
142:25 143:4,6,25 144:1
144:15 145:16 146:24
154:5 161:23,24 162:7
305:6 324:20 326:9
**banks** 119:22 129:2,18,19
130:16,21 131:2 136:20
137:1 138:14,16 144:24
305:7,7 317:4
**banks'** 141:5
**Barclays** 132:13
**Barnett** 209:23,25 210:2
212:18,21 246:15 253:14
329:22
**barriers** 33:16,20 34:11
**base** 168:2 334:2 368:6
**based** 22:8 34:3 53:15,21
74:5,10 79:5 87:14 94:24
119:19 141:18 147:16
156:21 163:7 176:8 185:22
208:15 227:24 229:10
249:18 250:6 295:22
303:19,22 304:8 305:9

306:9 322:25 329:22 336:9
**basic** 372:10
**basing** 106:20 129:7 215:5
215:13
**basis** 25:16 77:5 104:16
173:5 214:14 215:25 216:3
216:20,25 222:10 316:14
316:16 341:5 374:15
375:24 376:16
**basket** 30:3 126:9,10
**baskets** 62:17
**Bates-stamp** 308:21
**bear** 46:7 179:11 180:4
182:12 183:4,17 184:5
**bearish** 31:17 32:3,4
**began** 367:20
**beginning** 2:17
**behalf** 2:15 339:20 340:5
**believe** 10:6 16:1 17:20,25
19:9 25:23 28:25 31:12
35:9 41:6 42:25 47:4 59:6
60:23 62:3,14 65:12,15,18
65:21 70:8 72:18 77:21
81:15 84:16 85:18 95:5
117:3,20 123:9 130:19
133:3 134:2,8,14,17
138:20 143:18 154:7,13,17
154:23 155:10,17 160:25
161:3,5 163:13 166:8,9
181:8 187:24 196:17
199:18 208:6,20 217:24
219:12 224:5,13 226:20
228:3 230:7 235:19 252:5
258:24 259:11 263:12
275:8,14 284:18 290:11
298:10 299:22 304:8,19
308:5,19,25 313:17 315:14
321:9 323:18,24,25 335:15
339:25 352:21,21 354:6
360:14 362:21,22 376:11
**believed** 275:16
**believing** 238:19
**benchmarks** 89:13
**beneath** 89:17 174:5
**bespoke** 33:14 256:18
**best** 7:18,21 11:1 12:10
36:11 38:20 40:2 262:9
**bet** 37:20
**beta** 278:24 281:8
**betas** 280:2
**better** 32:11 179:15,16
220:13 252:14 348:19
363:7
**Betty** 215:9
**beyond** 40:19 85:2 191:13

203:22 279:15 282:7
299:19 300:17 372:10
**bias** 232:7,14,15,18,19
233:1,7,12 237:22 267:14
267:18 268:5,9,17 272:17
272:21
**bid** 286:21 287:14,15
**bids** 161:24 286:5,8 287:2,6
287:19 288:5
**big** 347:2 348:24,25 367:8
**big-time** 365:14
**biggest** 72:24 114:4
**bill** 342:23 347:20,22 352:12
352:13,14,15
**bill's** 343:2
**billable** 351:6
**billed** 342:25 343:11,15
344:2 351:5,23
**bills** 342:14 351:3,19
**binder** 373:23
**bit** 7:12 8:9 10:16 17:4 25:12
82:7 293:25
**black** 295:23
**Black-Scholes** 64:14 136:6
**blame** 308:17
**blank** 322:19,21 323:5
**blanking** 33:23
**blended** 318:8,13,14 321:10
285:3
**Bloomberg** 293:10 294:19
301:22
**Bloomberg's** 294:8
**BNP** 132:13
**body** 47:12,19,20,23 48:18
48:23 70:3 242:7 271:1
272:2,16,23 273:8,13,18
369:1
**bond** 30:6,18 33:9 34:7 66:1
66:4
**bonds** 58:22,25
**books** 141:5 264:12
**boosted** 213:23
**bootstrapping** 202:7,13,23
**bottom** 42:11 56:15 71:6
102:7 132:10,12,16 149:11
252:23 278:5
**bought** 76:5,6 282:18
295:20,25 348:3,5 370:8
**Boulevard** 2:16 3:5 5:12
**bound** 4:18 101:14,15
102:17,21 103:16 105:3
107:2,11,18 108:13,14,21
109:16 110:6,7,8,13
112:12 121:14 123:21

156:3 159:4,5,7 160:7,10
163:17,20,21,24 164:8
169:18 178:5,5 197:22
200:7,9,16,17 201:3,9
202:4 222:17
**bounds** 153:16 199:11
201:25
**box** 295:23
**Brand** 5:11
**break** 7:23,24 66:16 157:24
163:5 195:5 209:22 229:7
239:24 277:15 340:1
372:14
**breakdown** 344:6 369:16
**breaking** 49:22 210:10
**breaks** 15:19 342:19
**brief** 11:3 15:4 18:11 21:11
50:16 57:25 166:7 239:7
240:8 372:14
**briefly** 29:20 329:21 348:7
**broad** 193:20
**broad-based** 38:18,19
**broader** 73:25 148:22
**broadly** 75:22 173:9 357:20
**broken** 211:3
**brought** 367:18
**build** 111:15
**building** 96:8 243:19
**built** 300:9,11 345:3
**bulk** 369:12
**bullet** 90:4,12,13
**bunch** 52:24 363:10
**business** 356:20 357:3,6,8
357:12,18,24 358:4 359:18
360:4,19,21,22
**buy** 281:25 282:14 283:5
286:17
**BV** 357:5

---

**C**

**C** 16:2 58:6,11 371:4 376:19
381:1
**C-O-N** 231:11
**C.S.R** 381:22
**calculate** 50:10,25 70:11
73:6 77:19 108:24 116:22
117:1 123:23 124:1,18
125:21 128:8 142:19 144:7
147:10 148:25 151:18
167:18,24 168:12,15 169:4
177:6 181:14 188:17 202:8
208:5 221:9 233:21 307:15
320:6,9 327:20
**calculated** 27:10 69:24
105:8 116:15,23 125:11

126:25 138:12 141:25
155:13 156:10 163:7
164:19 170:1 199:15,19
208:1,18,19,20 318:20
319:5
**calculating** 149:12 165:20
167:3 170:20 178:6,9,17
178:23 318:10
**calculation** 26:25 28:1 71:6
71:19 73:13 94:14,18,20
94:22 95:7 96:19 97:20
98:7 99:9,25 100:2,13
101:25 102:11 103:12,24
111:9 112:2,16,19 113:4
114:15,23 121:16 125:4
127:22 128:25 140:20
144:19 145:21 149:8,17
150:1 151:1 155:14,23
156:18 157:5,15,21 160:4
163:16 164:7,9 166:15
169:1 170:8 172:19 173:17
177:17,21 184:10 189:15
195:20 196:2 197:18 198:4
198:7,9,13,16,17,18,21
199:2 202:3 210:14
**calculations** 59:10 74:6
94:4 97:18 108:25 112:3
113:16 117:23 120:13
124:5,13 125:8 128:15
158:7 166:23 169:22 175:3
201:25 301:12 310:4 313:9
313:16 314:6,8,11 315:7
315:10,24 316:6,11,17
317:20 318:3 319:18,21
321:3 322:25 353:24
**calculator** 343:13
**California** 5:12 189:19
354:22 365:2,9
**call** 31:16 68:2 209:22
260:23 261:13 317:2
352:22,23 355:5
**called** 6:3 13:7 71:22 251:20
265:3 350:24 358:11
368:17
**calling** 202:7
**calls** 254:22
**cap** 292:23
**capable** 90:18
**capacity** 62:5 63:7,10,12
64:7 126:20
**capital** 166:21,22
**caps** 302:11
**capture** 58:6 81:11,17 83:23
84:7 149:24
**captured** 149:22

**captures** 57:2,17 161:18,20
226:21,24
**capturing** 253:8
**care** 203:10,13
**career** 6:20,25 60:5 61:25
189:9,16 191:10
**careful** 18:18 76:15 337:23
351:21,25
**Carlo** 136:21
**carried** 93:17,25 174:10,15
183:24
**carries** 296:21
**carry** 173:20,21,23 182:5
**case** 1:7 2:7 5:4 10:20 11:7
11:11 14:21 19:12 29:24
30:6,22 41:11 44:17 54:6
95:2 123:10 126:11,13,18
127:7 138:19 157:1 166:21
179:21 205:15 241:4
258:19 268:10 274:15
311:18,19 330:16 336:1
339:12 340:21 341:2,14
343:16 344:14 354:18,18
367:4 376:14 377:22 380:3
**cases** 35:18 273:4 307:6
329:6 354:10
**cash** 54:19 72:23
**categories** 357:15
**category** 279:25 349:10
**cause** 185:5
**caused** 213:11 214:21,23
**causes** 310:12
**caution** 353:12
**caveat** 273:5
**CBOE** 282:18
**CDO** 61:24 340:16,18,25
341:16
**certain** 37:11 43:23 45:18
48:1 62:7 85:19 89:12
170:9,10 230:18 243:11
262:19 274:17 282:10
284:20 291:14 294:3,23,24
328:13 336:11 340:15
344:20 356:2
**certainly** 11:4 32:20 46:22
60:18 64:25 65:7 78:12
79:11 91:20 162:3,20
170:19 176:17 177:3
193:15 204:9 207:5 214:22
217:23 218:6 222:4 233:4
233:16 251:18 257:1
285:14 328:4 346:11
**certainty** 296:1
**certificate** 361:15 362:17
379:1

**certificates** 361:23 362:2,4
363:18
**certification** 360:4 362:13
**certifications** 354:16 355:12
**certified** 2:19 5:10 356:23
381:2
**certify** 379:6 381:4,9,11
**chalked** 82:13
**change** 32:19 46:11,12
107:8 164:16,22 165:5,6
187:25 188:2 211:12,15,16
211:19,20,23,23 213:11,14
221:10 229:16 252:7
261:15 263:24 264:5,18
300:7 322:7 339:1 348:19
380:4,6,7,9,10,12,13,15,16
380:18,19,21,22
**changed** 261:12 263:23
264:6,14 368:7,23
**changes** 229:14,22 260:23
264:1 331:1 354:7 379:9
379:11,14
**changing** 217:11
**characteristics** 79:13
223:18,25 224:1 231:24
361:14
**characterization** 276:8
278:9 307:3
**characterize** 288:4
**characterizes** 164:3
**charge** 348:23
**charged** 350:25
**chart** 69:17 70:4 209:10,17
246:14,17 283:10,21,22
286:1
**charts** 70:20 209:13 219:11
**check** 111:15 325:15,20
346:25,25 354:19
**checked** 322:9 324:13
**checking** 354:12
**Chicago** 1:15 2:16 3:6,12,18
5:6 366:12 367:10 368:19
368:20 370:4,5,7,8,19,21
381:17
**chose** 79:18
**Chris** 344:17 349:21,21
350:21,21
**Christ** 347:19
**Christopher** 344:11
**circular** 341:10
**circulate** 346:13,19
**circumstance** 43:24 45:16
46:13 61:1,8 63:14 68:10
190:5
**circumstances** 37:12 39:24

43:16,19 44:1,5 45:19,21
46:16 55:12 61:5,9,10
73:25 126:2 141:9 192:5
193:15 265:15 290:6,21
292:24 303:15 333:12
339:10 359:18
**citation** 290:12 348:19
**citations** 348:14,16,17
**cite** 55:2 56:9,10,24 57:6,10
115:13,23 116:4,13 117:16
118:15 129:25 131:22
259:17 266:19 290:13
332:8
**cited** 131:20 246:13 290:11
**cites** 315:6
**claiming** 287:5 315:8
**claims** 289:17 297:23,24,25
378:9
**clarification** 12:7 13:17 20:1
23:5 31:14
**clarify** 8:14 12:25 17:3 19:25
31:20 217:5 282:9 343:4
345:1
**clarity** 313:1 349:1
**class** 136:11 207:9 217:10
**classes** 130:5 362:11
**clean** 272:15 280:15 348:10
**clear** 44:16 73:16 93:22
97:15 138:4 140:17 166:13
227:19 237:19 301:22
**clearly** 75:12 114:4 117:13
151:22 152:2 218:9 328:8
**client** 190:10 226:11 365:24
365:25 368:6
**client's** 366:2
**clients** 122:24 365:6,12,16
366:18,18
**clip** 239:3 373:23
**close** 36:6 96:9 101:19
146:15 150:6 372:2
**close-end** 224:8
**closed** 314:17
**closer** 6:20 104:10 150:9
**closest** 82:9 83:20 191:5
**Coast** 189:18,19
**codification** 14:18 34:21
358:20
**Cohen** 348:22
**coincide** 58:9
**collateralized** 340:19
**colleague** 370:14,16
**colleagues** 106:11 349:24
**collection** 342:3
**collectively** 12:3
**colloquialism** 82:14

**colloquially** 58:15 72:13
**column** 85:12 101:11
109:13 110:3 145:9 215:8
234:2,5 310:6,7 315:18
321:21 323:5 327:14
**columns** 100:23 220:6
315:22 316:25 317:2
322:15 323:8
**combination** 229:21
**combined** 149:16 301:10
**combining** 211:9
**come** 71:10 84:5 106:7
128:14 150:19 156:13
170:25 179:2 186:3 204:8
226:11 271:18 361:7 363:5
370:8
**comes** 37:22 61:23 79:23
113:15 229:17 236:9
308:13 330:9 364:12
**comfortable** 11:23 12:5,22
13:3,4,19 14:4,11 138:22
201:24 261:3 325:21
356:14
**coming** 152:15 166:13
203:8 205:6 229:1
**comments** 346:14,20,22
353:20
**commingled** 316:5,10
**Commission** 1:5 2:5 3:3 5:3
5:6,18
**committing** 276:20
**commodities** 31:3
**commodities-backed** 31:7
**commodity** 66:8
**common** 11:19 306:3,7,25
**communicate** 45:15 152:21
163:15,19
**communicated** 163:11
265:2 334:1
**communicating** 33:13
**communications** 17:11
264:24 265:12,15,16,21
273:9,14 333:21 353:13
**company** 226:12 319:11
368:17
**comparability** 37:22,24 38:1
38:4,7
**comparable** 37:24 38:10,14
175:14 204:17
**comparative** 71:12 72:8
324:25
**comparators** 196:21,23
197:10,17 198:11,24
**compare** 68:6 82:9 103:13
108:11 110:12 111:1 144:4

144:14 145:15 150:6
154:18 161:23 171:15
191:20 205:1,13 206:8
213:6 216:9,10
**compared** 68:10 69:24 99:4
107:17,19,21 109:4 110:10
119:25 158:15 168:10
200:13 207:19,21 209:3
322:12 331:7
**compares** 317:14
**comparing** 67:20,24 68:2
69:21 83:19 95:15 98:13
98:14 108:7 109:15 110:2
110:3,7 114:8 121:13
149:23 156:5,6 158:9,25
160:1,25 168:14 169:10
171:3 176:11 196:13
197:22 200:2 204:12,15,22
204:24 205:7,17,20 206:3
206:10,13 209:7 211:12,15
211:16 212:11 213:13
215:25 216:13,14,15 217:9
217:10
**comparison** 62:11,18 65:20
68:1,12 69:8 78:1 91:21
96:13 109:23 112:7,11,23
116:20 135:5 149:23
152:14 153:11,14 154:7
156:9 159:25 168:17 186:1
192:10 199:4 200:5,20,24
207:15 209:2 227:10
308:21 312:3 331:20
**comparisons** 76:17 96:23
227:16
**compelling** 238:16
**competitive** 361:15
**complaint** 270:20,22 271:13
271:18 272:4,5,10,14
332:16,21,24 333:1,22
334:18 337:3
**complete** 11:5 96:13 379:7
**completed** 346:5
**completely** 77:10,11 117:3
117:3 194:24 230:23
**complex** 61:10,12,18 62:15
92:11 97:13 105:21 141:2
189:17 192:7 256:25
363:24 364:13 368:24,25
369:4
**compliance** 263:2 271:3,16
271:20 331:7
**compliant** 64:5 168:4,5
337:10
**complicated** 25:13
**complied** 59:4 62:24 64:2,9

**complies** 22:18 59:24 60:7
62:2 65:23
**comply** 18:25 19:20,23 20:2
20:9 40:15 41:5 46:18,23
47:4 49:17 50:2,2 60:21
61:4,20 62:8 242:2 243:20
254:4,14,17,21 255:13,22
256:1 257:4,20 258:13
292:22 300:3 337:12
338:10,11,16
**complying** 41:17 50:24
51:10 258:6
**component** 12:17 15:19
32:16,21,25 33:10,10
58:14 66:1,4 140:6 319:25
364:14
**components** 13:1 33:4
70:12 319:11
**composition** 33:9
**computer** 346:2
**computing** 190:8
**CON** 4:13 231:10,11 232:7
232:10
**concentrate** 298:2
**concentration** 207:10
**concept** 36:10 37:22 38:3
91:20 120:21 123:2 125:3
151:16 171:11 274:6 292:6
360:20
**concepts** 54:22 218:2
231:23
**conceptually** 124:25 141:2
**concerning** 267:6
**concerns** 259:2 265:8
334:13
**conclude** 87:14 120:8
185:22 214:23 374:15
**concluded** 259:1
**concludes** 167:6
**concluding** 139:23
**conclusion** 48:8 115:14
176:20 222:11 254:23
255:5,6 301:6 314:4
330:25 331:1 378:18
**conclusions** 375:25 376:16
377:14 378:2,11,12
**conclusory** 341:10
**condition** 296:5
**conditions** 35:23 130:3,6
298:20,24,25 302:17
**conduct** 64:23 67:6,20 68:5
169:21 189:12
**conducted** 62:10 65:10,16
65:19 169:22 232:24

353:24
**conducting** 73:17 127:6
191:25 229:24 232:3
**conference** 359:4 363:2
**confidence** 159:18 170:2,4
171:19
**confident** 159:20
**confines** 7:22 291:6
**confirm** 24:25 74:8 191:24
198:11 312:8 325:14,17
**conflating** 331:21
**connecting** 52:15
**connection** 344:13 362:13
**consider** 41:15 46:24 47:13
47:21 48:1,3,5 49:5 54:15
54:15 78:7,11,15,23 83:17
91:10 127:17 193:20,21,23
194:21 226:16 239:13,15
239:19 241:19 242:12
245:24 246:8,22 260:1,5
260:11 263:19 267:14,15
267:20 268:5,6,17,18,23
269:25 272:4 275:20 337:2
366:20 375:12
**considerable** 140:13
**consideration** 21:18 126:3
229:13 275:11 336:15
**considerations** 90:5 375:21
**considered** 8:23 9:1 16:5
29:11 82:24 90:9,24 91:13
104:25 130:24 131:3,17
132:1,4 183:21 198:20
209:3 226:8 228:16 233:4
237:15,20 239:1 241:7,22
242:19,23 243:3,4 259:6,9
259:16 263:16 266:18
267:18,24 268:11,16,23,25
269:10,24 270:14,23 275:5
290:9 302:6,13 306:14,19
312:14 330:25 337:14
348:23 349:6,8 375:23
377:8
**considering** 22:15 24:3
275:12 276:11 337:21
**consistency** 361:10 363:4
**consistent** 37:8 120:1
139:14 141:4 182:10
245:19 250:2 252:6 279:21
281:18 305:23 318:12
369:24 375:9
**consistently** 110:9 151:11
232:20 284:6 305:25
**constantly** 217:12
**construct** 116:19 124:25
125:1 307:11

**constructed** 84:23 135:9
**consult** 106:6
**consultant** 63:13,16 126:23
**consultants** 265:17
**consulting** 64:7 126:20
366:22 367:22 370:2
**contain** 11:9 15:24 318:3
**contained** 42:17 317:20
**contains** 69:7 121:23 178:4
231:25 309:21
**context** 63:4 336:16,17
**continuing** 358:6 361:22
362:1,11
**continuum** 370:12
**contrary** 19:1 20:13 45:7
**contrast** 19:13
**contribution** 322:16 323:9
**contributions** 330:1
**control** 344:18,19,20,24
**controls** 193:5
**controversies** 367:1
**controversy** 368:5
**conveniently** 90:1
**converge** 104:9 121:1
**convergence** 121:24
**conversational** 7:11
**conversations** 230:5
**converse** 43:9 51:7,13
180:2 338:11
**convey** 151:23 153:20
**Cook** 381:4
**Coopers** 266:1,3
**copy** 11:5,14 34:14 88:17
165:8 244:2 309:13 341:22
**corner** 35:7
**corp** 371:4
**correct** 9:6,12 11:7,8 13:8,9
14:24 15:13 16:10,19
17:11 23:13 24:6,13 26:19
28:2,3 29:18 30:14,20,21
30:25 31:4,24,25 32:6,16
37:9 42:18 43:4,5 47:17
53:13,16,18,22 54:2,9,25
55:24 56:5,22 58:20,21
67:8,16,23 68:4,8,17,18,21
69:6,18,22,23 70:1,23,24
71:7,8,14,15,23 72:11,12
72:17 73:22 74:14,21,22
75:2,9,18 76:13,23 77:1,20
78:3,8,16 79:19 80:7,16
81:7,8,13,14,23,24 82:3,16
82:22,23 83:2,7,8,14 85:3
85:16,17 86:9,12,13,15,16
86:23 87:11 88:15 89:4,9
89:24 90:7,25 91:8 92:2,3

92:15,20,25 93:4,12,18
94:2,15 95:14 97:3 99:11
102:13 104:2,4 105:5
107:18,23 110:24 111:11
112:14,16 113:4 114:14
118:12,13 119:3,10,14
120:25,25 122:4,5 124:5
126:7,8 127:20,25 128:1,5
128:15,17,20 129:11
130:16,17 131:24 133:4
137:7 139:14 140:14 142:9
142:10,13,15,18,21,22,23
142:24 143:1,2,6,7,9,10,13
143:14,17,23,24 144:2,3,5
144:6,9,10,12,13,15,16,17
144:18,21 145:1,12,13,16
145:17,19,20,23,24 146:25
148:11,12,14,15,18,19,22
148:23 150:21 152:4,24
153:24,25 155:5,8 156:11
156:19,23 157:8 158:10,11
158:14 159:8 160:3,17
162:18 163:10 166:23
167:9,16,17 168:20 169:2
169:3,15,23 170:12,22
171:5,20 172:1,5 174:12
174:17 176:3,4 177:13
179:24 181:15,16,18,19,21
181:22,25 182:1,3,7,8
183:5,8,9,13,14,19 184:6,7
184:11,12,14,17,18 185:14
186:4,18 187:2 189:10,11
190:25 191:8,9 194:3,5
195:21 196:1,8,9 197:11
197:23 198:1,2,5,13,14,16
199:2,3,18,21 201:15,18
202:17 206:20 207:17,23
208:3,4,25 209:8,19,20,21
209:24 210:11,12,15,18,20
210:21,24 211:7,10,13,14
211:17,18,24 212:8,9,13
212:14,25 213:8,10,12,18
214:5 216:11 217:17 218:4
218:12,19 219:24,25 220:3
220:4,12,20,24,25 221:3,4
221:7,14,15,17,18,22,25
222:1,6,9 223:3 224:7,12
224:13,16,17,19 225:4,5,7
225:13,14,16,17,24 226:19
227:2,5,8,11,12,18,23
229:3,4 232:4,5 233:24
234:9,13 235:7 236:5,8,12
236:14,19,25 237:13,22
238:2 241:6 242:12 246:24
249:1,5 253:7,17,23 254:5

254:14,21 255:14,23 256:7
256:12 257:5,17 258:7
261:16,17 262:2,8,16
266:5 272:17,25 273:9,10
273:14,16,19,25 274:12,20
274:23 275:6,7 276:16,24
277:3 278:10,11 279:2,8
279:21 282:1 283:1,6,13
283:16,17 284:4,9 285:7
286:14,18,19 289:3 290:2
290:3,8 291:12,13,16
293:8,9,14,22 294:4,21,25
295:16 296:9,13 298:6,22
300:19 302:6,9,20,23,24
304:23,24 305:17 308:9,20
309:3,10,22 310:17,18,20
311:3 315:19 316:3 317:11
317:12,17,18 318:16
319:19,20 320:5,9,13
321:5,24 322:2,5,6,8,11
323:1,6,7,10,11,14,16,17
324:6 326:4 327:11 328:15
329:9,12,15 330:6,17
331:2 332:10 336:2 339:20
339:21 340:16,25 342:12
342:20,21 343:1,6 344:7,8
354:3,17,20,24 355:16,17
357:19 360:5,6 365:8
366:6,15 370:3 374:11
376:5,20,24 377:10,16,18
379:7
**corrected** 323:4
**correcting** 159:1 248:8
249:9
**corrections** 379:9,12,13
**correctly** 51:22 70:20 71:1
89:18 90:21 187:18 188:3
209:17 211:21 221:24
251:8 253:7 349:4
**corrects** 248:15
**correlated** 32:5
**correlation** 21:16 31:22
101:14,16,17 102:18,23
103:17 105:6,7 107:13,14
108:13,14,22 109:17 110:7
110:13 112:12 121:14
123:21,23 124:1,19 130:2
156:4 159:3,5,7 160:8,10
164:8 167:9,15,18,25
168:12,16 169:19 177:7,10
178:5 195:16 197:22
199:17 200:6,7,10,15,16
200:18 201:3,9
**correspond** 37:17 181:9
327:17

corresponded 43:2
corresponds 376:11
corroborate 292:20
cost 190:7,8
counsel 5:14 9:13,17 352:17
352:20 353:1,8,17,21,25
381:12,14
count 233:16 234:19
counteracts 181:24
counterparty 33:15 119:21
129:2,18,19 130:21 142:25
143:4,5,25 144:15,24
145:16 146:23 154:5 317:4
counting 199:17
County 381:1,3
couple 43:15 104:6 128:24
131:4 214:10 307:21
355:24 373:15
course 6:19,25 15:3 32:10
240:7 246:20 314:17
358:21
courses 358:23,25 359:8,24
364:1
coursework 363:11,13,15
court 1:1 2:1 3:22 5:11,21
7:8 92:24 126:24 339:8
367:4
courtesy 324:12
cousin 210:5,6
cousins 329:23
covenants 229:19,20
cover 350:2
covered 147:15
covers 329:21
COVID 347:10 371:23,23
CPA 354:20,25 355:20 365:1
365:21
CPE 358:17
CPS 23:21 180:17,19,20,23
181:3,12,13,15 184:2
CPSXI 23:21
create 73:10 82:8 205:18
345:24 346:2 361:13 366:4
created 18:25 19:3,15 77:18
199:24 204:2 310:20
311:15 318:8 334:5
creates 54:23 345:13
creating 163:4 165:15
203:24 204:11 242:12
352:16
creation 42:18,23
credentialed 361:9
credit 30:1,3 61:24 126:5
250:13 362:23
crediting 336:5 337:17

crisis 362:23 369:14,16
criteria 57:20 211:4 292:6
296:16 300:4
criticisms 9:8 241:21 316:7
criticize 24:17
criticizing 290:13
cross-check 308:23
CSR 1:24
current 35:23 302:2 343:22
343:24 360:1,2 375:10
currently 354:20 355:4
curriculum 364:3
curtain 220:11,16 225:19
226:2,24
custom 12:16
cut 48:14
CV 354:2,5 355:13 364:24

------

## D

D 4:1 18:1 291:6 292:21
298:19 302:5,8,16 374:19
D-C-C 166:21
D-E-E-T-Z 6:12
daily 350:10
damages 366:25 367:13,14
368:5 369:2
Daniel 215:9
data 24:4 55:13 94:10 95:1
96:15 100:5,6 103:11
106:20,21,22,23 113:20,23
114:24 115:1,22 116:20
120:22 127:14,15,19,21,24
128:9 135:6,9 144:20
145:1,2,3,22 150:8 153:4
156:9 157:1 160:24 171:22
176:1,8 178:13 179:18
183:7 237:8 279:8,11,16
282:2,17,18,24,25 283:2,8
284:17,21 285:14,25 286:2
288:8 289:19 291:5,11,20
291:22 292:18 293:1,18
295:2,20,22,24,25 296:13
296:14 297:8 298:12,18
301:10 302:15 303:9,20,23
304:21,22 305:15,21 307:7
309:4,5,21 310:13,20
311:1,8,22 313:2 314:6
315:5 317:20 318:3,9,13
320:4,11 322:9,10,11
323:15,19 324:8 327:6,25
328:7,12 344:22 345:6
348:3,6,6,8,9 350:5,7
database 330:1 345:12
350:22,25
date 5:7 8:14 24:2,2 35:22

35:24 57:4,19 80:8,12
107:12 120:19 142:14
148:17 203:19 206:11,19
207:2 285:3 298:15 342:25
343:2,3,23 367:25 380:2
date's 297:22
dated 343:5 379:18 380:25
dates 58:8,13 324:16
Davidson 364:25 366:11
day 23:18 183:22 285:2
296:21 352:5,6 359:4
379:18 381:18
days 284:22 285:21,24
286:3,12,16,20,25 287:1,2
287:6,19 288:13,15 298:13
298:17 355:25
DCC 166:20
deal 111:19,20 190:6 215:11
226:14
deals 104:24 118:11 364:4
dealt 189:16,20 267:5
debate 249:12 281:7
debt 29:23 66:7,8,11 126:4,6
126:9 134:12,18 135:22
340:19 364:15
debtor 30:1
December 24:2 25:24
151:10,10 181:5,6 199:8,8
252:3,5 284:22 297:22
343:23,24 344:3
decide 266:24
decided 252:8,11
deciding 73:3 78:22
decision 79:10 203:17
decisions 301:20
declare 379:3
decline 213:12
declined 79:25
decrease 222:5,8
dedicated 359:6
deep 97:13
deeper 301:1 325:12
Deetz 1:14 2:15 4:3 5:2 6:2,8
6:12 10:8,8,10,14,19 11:13
14:22 34:13,16 67:3 88:17
88:19 90:2 158:6 165:10
165:14 231:15 244:2,6
309:13,17 327:25 341:21
341:24 366:8,11 367:12,24
373:19 374:5 379:3,16
380:2 381:5
Deetz's 4:8
default 126:5
defendant 210:1 339:20
defendant's 340:3

defendants 1:10 2:10 3:9
5:20 340:5
defense 340:8
deficiency 334:24 335:2,3
define 7:22
defined 30:9 303:1
definitely 39:18 88:25 115:7
326:17
definition 12:19,23 36:2
38:12 232:6,21
definition's 12:21
degree 90:19
delineation 304:5
demonstrate 356:3,24
demonstrated 71:19
demonstrates 117:3
departure 22:14,16 23:2
139:18,21 281:22 331:13
331:14 332:1
departures 331:17
dependent 32:15 130:2
depending 169:14 193:14
285:13
depends 229:9
deposition 1:14 2:14 5:2,5
6:15,18 8:18 9:14,21 10:11
34:17 88:20 102:6 143:20
165:11 230:23,24 231:16
244:7 248:15 297:11
309:18 341:25 378:19
379:5,13,14 380:2 381:6,9
depositions 13:10 231:4
360:18
derivative 29:18,21 204:23
205:10 206:6 369:7
derivatives 206:2
derived 30:13
describe 8:20 29:20 34:23
36:9 58:3 61:6,7,11 69:17
95:24 100:12,16,17 112:18
119:1,9,11,13 133:15
138:25 151:15 181:2
described 59:14 113:16
114:11 148:16 179:11
357:20
describes 156:3 364:13
describing 30:12 36:1 113:2
142:6 151:16 152:7 352:24
description 4:7 57:21 72:3
117:16 122:17,22 129:7
156:16 212:6 276:4
designated 14:8
designation 361:5,13 364:4
designations 363:6
designed 36:5 81:16 182:10

**Gene Deetz**
**1/30/2024**

8

**Despite** 375:7
**detachment** 34:2,3
**detail** 20:16 288:5 320:18
  334:19 353:12
**detailed** 19:11 70:7 73:12,14
  329:25 353:13
**details** 137:15 370:11
**determination** 186:3,6
  301:25
**determinations** 222:23
**determine** 63:17 80:6 104:3
  135:2 161:6,14 162:12
  166:2 184:21 185:18
  301:13
**determined** 94:4 168:4
  221:16
**determining** 192:20 193:1
  193:13 194:6,20 216:9
  267:21 269:19
**develop** 94:7,14 170:4
  192:12 337:10
**developed** 12:16 14:7 18:6
  18:21 51:20 77:8 192:9
**developing** 95:17 193:6,17
  193:24 194:19 215:17
  256:10 257:15 260:21
  261:7 263:4 336:4
**development** 18:17 316:25
  336:15 337:9 346:7,8
**develops** 177:11
**deviated** 243:12
**deviates** 22:19
**deviating** 255:11 256:11
**deviation** 22:20 139:13
**Devlin** 3:4 5:17
**diamond** 357:17
**Diego** 361:19
**difference** 71:13 72:7,8 76:7
  82:11,19 83:13 84:2,11
  88:3 91:11 93:11 98:19,19
  98:25 99:17 102:12 103:16
  109:20,21 110:14 122:9
  144:8,11 145:18 146:12
  150:4 152:9 154:9,19
  155:15,22 158:18,23
  159:23 160:3,6,12,13,23
  160:24 161:9,15 162:6,24
  170:7,16,20 172:10 173:20
  173:21 176:13 181:14,17
  181:21 182:3,7 184:11,15
  185:6,13 187:21 188:8,14
  188:17,19,21 192:12 194:6
  201:2,11,22 205:21 210:22
  211:6 213:2,3,9 214:17,19
  215:8 216:14 217:22

220:20 221:17 222:16
  225:19 226:22,25 233:22
  234:3 236:9 247:5,12
  249:15 250:8,8 264:22
  324:21 326:13
**differences** 34:10 82:2
  104:11,20 108:25 109:8
  111:14,17 146:11,11,18,25
  150:2 159:10,13,18 160:16
  161:6,10 162:12 163:3
  179:5 184:21 185:18
  186:17 187:25 217:23
  331:5,8
**different** 15:8 19:23 33:9,16
  33:18,22 34:1,2,9,11 40:14
  43:24 45:19 49:13 62:12
  77:10,11 84:5 96:14
  101:19 121:23 122:13
  127:8 161:8 162:16 167:12
  172:24 173:2 179:20
  186:21 188:2 196:20
  208:24 209:1 220:6 252:9
  255:4 261:18 263:5,6
  312:24 335:23 336:17
  337:7 344:25 348:17
  356:17 359:17
**differentials** 94:24
**differentiating** 337:13
**differentiator** 45:24
**differently** 32:19 36:10
  39:17 47:10,11 54:12
  123:11 254:8
**difficult** 257:3
**dig** 238:5
**digital** 33:17,17
**digitals** 33:23
**digits** 352:14
**dilute** 197:5
**direct** 38:6 277:25
**direction** 344:16 348:3,5
  350:6 381:8
**directionally** 141:16
**directly** 163:19 344:16
  381:15
**director** 344:12 347:13
  367:17
**disagree** 18:19 269:11
  337:6 338:3
**disagreeing** 83:24 268:24
**disagreement** 18:23
**discipline** 363:3
**disciplines** 356:18,25 357:1
**disclose** 119:22 129:3 134:3
  136:2,5
**disclosed** 132:4 136:24

**disclosure** 137:14 270:19
  333:24,24
**disclosures** 16:18,19,24
  17:3,7,8,9 25:4 26:18 27:4
  27:6,17 28:20 29:3 119:21
  129:2,18,22,25 130:18
  131:1,18 132:2 133:17
  134:4,22,25 135:2,7,11,15
  136:13,15,19 137:1 140:18
  140:19 141:3,13 272:9
  340:15
**discount** 59:15 139:6
**discounted** 54:18
**discounting** 352:3
**discovered** 363:1
**discovery** 2:14
**discuss** 81:9 167:19,22
  233:7,9 240:11 241:9,11
  241:25 242:4 250:18
  258:12 259:5,10,19,23
  263:10,11,12 265:21 266:9
  266:15,21 271:25 272:6,17
  273:6,9,14 355:13 373:4
**discussed** 75:15 82:8
  119:24 186:10 241:24
  244:17 256:4 272:1 331:15
  373:7,10
**discussing** 55:22 262:13
  270:18 306:11
**discussion** 231:25 239:11
  240:20,21 242:16 243:6
  245:21 246:23 250:18
  270:2
**discussions** 278:21
**dispute** 336:24 371:10
**disputes** 330:16 335:20
  336:1 366:24,24,25
**disregard** 336:25
**distinct** 363:20
**distinction** 59:19 79:23
  87:16 197:2 220:20 231:7
**distinguishing** 284:12
**District** 1:1,2 2:1,2 339:16
**dive** 11:19
**division** 1:3 2:3 340:2 370:9
  371:10
**docs** 243:3 266:18
**document** 8:9 34:15 88:18
  88:23 132:6 165:9 231:14
  231:19 244:5 270:23
  309:16 320:18 324:5
  333:24,25 341:23
**documentation** 274:16
  305:4
**documents** 8:8,22,22,23 9:1

10:9 59:17 122:23 130:24
  131:3,5,17 132:1,4,15
  243:23 259:16 330:9
  348:23 349:6,8,11
**doing** 19:22 25:23 26:17
  36:11 48:16,22 49:7,9 50:2
  71:1 109:9 125:6 127:16
  140:15 150:24 159:24
  178:20 182:15 185:14
  204:11 205:8,10,11,22
  206:1 209:1 237:9 250:13
  254:10 257:16 258:21,25
  261:22,23 346:9 356:11
  366:19
**dollars** 343:21
**domain** 130:20
**door** 368:14
**double** 352:14
**double-check** 308:24
**doubled** 315:21
**doubt** 284:14
**Dr** 9:7,10 13:25 14:8 99:18
  99:18 101:5,11,13,14,15
  101:16 102:20,22 103:16
  103:18,20,23 105:3,10,13
  106:20,21,22,23 107:1,11
  107:15,17,18,20,21 108:3
  108:7,9,11,21,21,21,22
  109:4,12,13,24 110:2,4,7
  110:12,19 112:7,11,15
  115:10,11 123:17,20 124:5
  124:13,16 153:16 154:9,15
  154:20 155:7,25 156:1,6,7
  156:10 158:16 159:1,6
  160:7,10,11,21,21 162:1,5
  163:11,15 164:7,19 166:2
  166:16 167:2,6,12 169:15
  169:22,25 177:11,23
  180:14 197:15 199:10,15
  200:8 201:8 202:6,15
  203:20,20 210:2 246:15
  304:18 342:15 371:12
  372:3,11 373:10
**draft** 345:14,18 346:13
  350:8 352:22,25 353:8
**drafted** 353:16
**drafting** 345:21 348:13
**drafts** 352:17,19
**dramatically** 179:20
**draw** 33:24 222:10
**drawing** 199:11
**drift** 59:14
**driven** 115:19 196:4 218:8
**drives** 197:4
**Dsu@sec.gov** 3:7

due 82:16 89:23 93:3,24
168:12,16 177:15 241:20
259:2
duly 6:1,4 381:5
duration 121:21,22
durations 58:9

**E**

E 4:1,6 19:8
earlier 30:9 42:25 75:21
81:10 89:3 140:12 145:13
148:16 159:2 163:20 173:8
188:7 196:10 208:23 220:1
330:4
early 35:20 139:17 260:20
361:20
earnings 238:18
ease 10:15 70:16 102:5
easier 21:6
easily 160:23
East 189:18
EASTERN 1:3 2:3
easy 56:20
economic 247:4,6,12,20
249:16 250:4,25 251:11
Edgar 349:15
education 358:6,21 361:23
362:2,11 363:7
effect 30:5 69:25 70:5,11
71:10,12 75:7 180:10
182:16 185:12
effects 71:18 130:10 332:2,3
efficiently 172:20
effort 14:8 47:15
eight 359:4
either 9:18 68:13 86:9 96:2
142:2 195:25 199:2 232:18
269:14 278:25 299:10
307:15 341:10 346:14
353:3 357:25
element 30:6,7,12,13,18,18
30:19 129:13
elements 57:3,18 211:9
emailing 347:3
embarrassed 85:9
embedded 91:22 149:25
159:15 163:14 226:12
embraces 313:13
employee 381:12,13
employees 371:6
employment 354:8 364:23
empty 371:18
encouraging 363:4
ended 368:16
endpoint 68:11

ends 71:5 72:9
engineering 361:2,3
Enron 369:19,20
ensure 38:12
entered 79:3
entering 276:6
enterprise 357:7,10
enterprises 360:21,23
entire 173:21 186:14 217:10
243:2 244:10 316:7 336:21
369:17 379:4
entirely 61:15
entirety 347:18
entities 36:6 51:25 52:11
185:5 292:25 293:2 330:3
359:20
entitled 44:24
entity 39:12 40:15 41:6,12
46:18 47:4 49:15 50:9,24
51:8 52:18 55:11 56:5
140:5 192:19,23,25 260:13
293:21 307:7 371:3
entity's 39:5 40:1 50:20
193:11
entity-specific 21:25 35:14
36:20
enumerated 265:8
environment 36:13
envision 110:3
equally 232:18
equation 103:5,6 105:3
107:11,21 110:19
equipment 357:4,12,16
equipped 363:7
equities 134:19 364:10
equity 29:24 30:2 66:5,6,10
66:11 126:10 134:13
135:22,24 136:15 350:24
364:15
equity-backed 137:6
equity-based 63:19
equivalent 358:20
ERC 273:14
Errata 379:10 380:1
error 127:1 138:13 141:22
165:21 170:1 194:16,20
199:16 206:14,15 209:3,5
226:7,8,12,17 331:6
errors 194:15
essentially 22:15 30:19 46:6
87:9 97:5 179:14 188:23
276:5,13 358:19 364:11
371:24
establish 158:18
established 222:21 366:11

establishing 161:16
estimate 6:19 35:3,19 36:12
78:4 83:19 84:1 90:19,20
92:15 106:23,24 107:2
156:4 164:13 167:19,25
168:13 191:20 222:15,18
343:18,20,25
estimated 81:12 119:11
180:21
estimates 82:19 83:18 84:3
92:9 115:19,21 119:23
129:4 137:15 163:3 191:21
205:18 223:21
estimating 358:15
estimation 81:17 82:16
83:14,15,21 84:4,6,14,15
84:17 85:1,8,13,16,19,25
86:2,7 88:9 90:23 91:5,7
91:10,15 92:4,10 93:3,11
93:24 94:5,15 95:8 96:7
97:1,10 98:20 99:7,15,22
102:1,12 104:4 106:8
107:5 110:1 111:24 115:3
115:15,19 116:13 118:17
119:2,10 125:11,16,21
127:8 129:8 130:13 132:21
133:10 140:21 141:25
147:11,18 148:10,17,21
149:9,19 154:14,24 155:11
155:18 156:23 157:16
158:8 164:10,18 166:14
167:4,16 170:5 171:20
174:9 176:21 178:10,18,24
184:17 188:9 189:14
190:22 191:12,14 193:25
194:1 195:9,21 196:3,4
201:6 202:25 203:2,9,24
204:2,12 205:6 206:21,22
207:11 221:3 227:22
234:17,22 235:4,22 236:2
236:23 237:4 352:2
et 1:9 2:9 5:4 380:3
evaluate 64:8 79:5,9 332:24
333:8
evaluated 62:23 63:1,4 64:1
233:18 377:11
evaluating 64:23 68:24 69:5
75:6 87:10 152:14 187:20
195:11 202:24 203:2
248:13 260:2 268:6,18
evaluation 361:3
event 7:13
events 337:17
eventually 13:6
everybody 38:9 206:12

210:9 213:5 281:3 347:9
348:16
everybody's 206:12 207:14
evidence 45:17 68:10
116:17 117:2 118:12,15
191:8 238:14,15 340:22
evolved 12:17
exact 151:6 204:18
exactly 31:15 44:2 105:23
110:5 133:14 212:6 279:5
295:7 346:12
exam 248:2,4,18,21 249:3,7
355:24 357:18 361:18
examination 4:4,4 6:6
355:22 356:11 363:11,14
373:17
examine 150:4
examined 6:4
example 17:21 19:18 24:4
24:13 27:25 101:21 108:5
145:6 159:22 164:18
166:20 170:21 185:10
193:4 196:10,12 197:11
217:15 229:12 242:2,10
276:25 291:16,25 292:17
293:10,20 301:9 302:5,16
303:18 304:9 312:7 314:2
338:6 342:22 348:2 350:13
356:20 357:4,13 374:13
examples 61:23 76:16 291:9
302:9 376:18
exceed 173:24 174:3 184:16
236:23 237:3
exceeded 175:16 221:2
234:17,21 235:4,21,25
305:15
exceeds 173:19 227:23
236:2
Excel 325:2
exceptions 53:23 207:5
excerpts 244:15,17
excess 85:2 86:8,11 87:10
88:3 98:12 173:20 181:14
181:17 182:3,7 184:11,15
185:13 186:17 187:21
exchange 1:5 2:5 3:3 5:3,6
5:17 293:3
exclude 173:14 174:5,23
175:17 188:19,20 190:22
191:11 192:1
excluded 174:16 228:4,5,6
339:7,13 341:3
excluding 182:17,19 227:21
228:1
exclusion 191:4 227:24

339:11 341:6
**exclusive** 89:12 302:22
**excuse** 9:23 21:2 22:23
182:24
**executed** 276:5
**exercise** 15:18
**exhaustively** 328:7
**exhibit** 4:7,8,9,10,11,12,13
4:14,15,16 10:11,12,19
34:14,17 51:15 55:5 70:17
70:18,20,21,25 85:10
88:17,20 90:2 97:6 100:10
100:19,20,21 101:2,7,9,10
101:20 102:3 109:18,23
110:21,25 142:4 143:20
145:6,15 149:10 165:7,11
165:14 180:19,20,23
209:11 212:1 219:20
225:15 227:4 228:10
231:13,16 232:11 233:13
233:18 235:10,11 238:6
239:6 244:7 246:24 250:19
266:10 275:3 308:5 309:18
311:8,11,23 313:2,9,13,17
314:12 315:3,4,24 316:7
316:17 320:12 322:15
324:3 325:25 326:1,6,19
326:23 341:25 343:4
345:13 346:7
**exhibits** 4:18 8:25 9:2 10:7
10:16,21 70:7,10,17 96:20
96:24 142:3 168:22 177:23
180:12 230:24 259:17
329:9 345:10 351:2
**exist** 115:22 129:16 157:9
198:19 297:2 318:6 322:22
362:8,9
**existed** 335:4
**existing** 74:24 262:18
263:14 274:22
**exists** 117:13 129:15 157:15
172:25 276:9
**exit** 35:23 36:12,15 375:10
**expand** 82:7 120:20 123:16
164:24
**expanded** 123:16
**expands** 96:15 150:11
**expect** 141:4,16 176:13,16
180:2,9 182:25 183:3
364:14
**expected** 253:15
**experience** 18:2,20 62:15
106:17 120:1 137:20,24
138:5 140:3,9,13,15
190:12 280:24,24,25

281:13 306:2,9,15,22
307:4,5,19 364:9,23
369:10
**experienced** 292:16
**expert** 4:8,9,12 7:1 13:25
60:5 61:25 62:4,5,12,24
63:2,3,8,12 65:9 100:13
105:16 106:7,13 125:10,20
126:11,13,16,23 165:8,16
167:6 191:10 202:14 204:4
204:6 255:7 329:6 330:11
339:3,6,19,24 340:4
343:16 344:10,14 366:22
366:23 367:21
**experts** 367:3,5
**expirations** 283:18,23
**explain** 214:10 247:5 250:4
252:10 341:12 373:22
**explained** 59:22
**explaining** 141:8 153:20
**explains** 279:14
**explanation** 105:1
**explanations** 349:11
**explicit** 99:23
**explicitly** 21:17 29:9 91:19
151:22 152:19 233:9,11
247:1 250:21 258:16
259:22 263:11,12,20
266:21 272:20 297:5
303:13
**exposure** 368:24
**express** 21:16
**extend** 279:15
**extension** 300:10
**extent** 9:7 37:2,10 39:21,25
40:10 41:2 46:23 49:3,8
180:7 214:13 294:19
**extract** 301:23
**extracting** 310:14
**extracts** 301:22
**extrapolate** 300:13 303:7
305:23 306:12
**extrapolated** 138:7 280:5,7
280:10,19 290:7,21 291:14
292:9,13 293:12,22 294:3
294:8,20 295:14 298:21
299:1 300:1 301:7,14
302:19 303:2,23 304:12,21
304:22 305:16 307:17
**extrapolating** 176:2 291:25
293:1 302:12
**extrapolation** 290:6 295:4,8
298:8 299:20 300:6 302:5
304:7
**extrapolations** 294:14

306:24
**extremely** 283:7
**eyeball** 345:6 348:3,5,9
**eyes** 267:4

---

**F**

**f** 20:8 271:14
**face** 324:4
**fact** 117:12 161:17 182:9
183:12,17 223:21 237:2
246:21 263:10,15 270:4,12
271:25 272:13 351:22
**factor** 90:16,24 91:16
120:16 121:2 140:19 177:8
193:5 198:12 201:5,12
213:12,14,24 214:19
224:11 228:23 229:3,6,7,9
239:13 241:13,14 260:1,4
260:8 267:7,15,21,24
268:6,18,21,23,25 269:8
269:10,14,15,19,21,24,25
275:16,19
**factored** 199:1
**factoring** 259:20 334:5
**factors** 89:23 90:9 91:13
95:1 97:12 193:1,23 194:9
194:21 214:24 223:19,20
228:15 230:10 233:10,12
237:13,21 238:23,25
239:17,21 240:11,20 241:8
242:17,20,22,25 250:19
258:12 259:6 260:10,11
263:9 265:20 266:10 267:1
267:3,3,11 268:16,22
270:3,14,16,20,25,25
271:3,22 272:16 274:25
275:1 332:7
**facts** 39:23 43:16,19 44:1,5
193:14 229:2 266:24 336:1
**factual** 19:11 229:5,8 330:15
335:20,25 336:24 337:16
**fail** 140:5 338:9
**failed** 20:4 241:18 368:11
375:11
**failing** 19:24
**failures** 241:15,23,24 331:4
331:8,11 374:20 375:14,15
375:19,23 376:1,21 377:5
377:7,12,15 378:3,8
**fair** 8:6,7 12:21 14:18 16:15
18:3,21 30:7,11 34:5,25
35:2,3,13,18 36:2,4,20
37:23 38:11,12,25 39:7,13
50:10,23,25 51:21 53:4
55:13 56:7,25 57:15,20

58:5,23,24 59:1,2,23 65:13
67:25 68:23 70:6 72:2 78:6
81:12,17 82:8,19 83:18,18
83:25 84:2,8,10,12,17 85:4
85:7,23 86:1,25 90:7 91:11
91:21 92:9,14 106:23,24
107:2 115:18,20 116:21
118:3 119:12,21 120:4,19
125:16 127:14,15 129:1,18
129:24 131:1 135:6,9
140:25 143:3 145:25
149:23 153:6 155:21 156:5
156:7 157:3 160:18,22,22
161:17,19,20 162:25 163:1
163:1,2,6 164:14 174:14
174:14 179:6 188:11
191:20,21,21 196:5,22
205:15,17 223:3,4 227:14
228:1 234:12 236:2,15
241:5 245:11 261:13,14
268:4 278:14,15 289:24
291:24 300:23 304:4
305:19 306:23 330:8
332:13 342:16 346:13
363:19,24 369:6 375:10
**fairly** 58:3 101:22 146:1,25
306:25 350:3 355:22 364:8
369:24
**faith** 254:20 257:16,20
258:13
**fall** 89:17 232:16,18
**falls** 83:13
**false** 17:15,17,24 340:16,23
**familiar** 7:5,20 8:10,10 12:8
14:1,2,9,16 29:17 32:1
34:20 86:17 123:2 190:17
207:25 231:19 232:6,9,23
241:2 251:20 274:5 293:24
306:9 310:15 320:15
340:18 342:8
**familiarity** 193:11 372:10
**family** 209:25 329:23
**fan** 347:3
**far** 103:18,22 106:4 150:5
282:4,21
**farming** 365:13
**farms** 365:10
**farther** 150:10
**FASB** 4:13 34:20 231:10,11
232:7
**favorite** 207:14
**feature** 46:14
**features** 79:14
**February** 366:13 367:11
381:18

fee 208:3,5,13,14 209:14
210:14 211:1,3,12,20
212:10,12 218:11
feedback 353:7,10,16,25
feel 12:21 325:21
feels 88:25
fees 77:19,23 78:1,8,12
207:14,15,16,20 208:1
210:10 211:8,16,16,19
212:11,23 213:11,16,21,23
214:4,12,14,18 215:17,18
215:25 216:13,14 217:9
218:3,6,7,9 219:13 227:13
293:3 334:23
felt 201:24 267:3 334:1,3
341:9
fifth 90:12
figure 86:25 121:10 151:19
156:14 164:1 187:3,9,20
188:7 190:1 307:22 308:3
308:8,11,16
figures 24:13,17 26:2,8
76:12 169:15 197:25 198:3
198:15 200:6 211:11 320:3
320:4
file 312:12
filed 254:1 270:20
filled 323:8
final 316:8 320:2
financial 16:17,18 17:6,7,9
23:12 24:10 38:4 58:19
61:11,12 62:16 69:21 83:1
89:14,15 116:6,9 120:2,4
132:5 133:18 134:4,22
135:15 136:13,14 168:2,5
187:23 189:3,18 190:14
192:3,8,17 193:2 204:10
227:7,10 231:22 238:17,22
262:6 274:5,7,11,17,19,23
312:5 317:6 349:15 357:13
362:19 363:8,16,23,24
364:12,13 365:23 366:2,4
368:25 369:5,11,21
financially 381:14
financials 132:17,19
find 70:4 95:7 96:19 101:7
101:20 103:8,10 145:14
146:7 147:2 239:23 271:2
271:4 290:15 298:13,15,18
310:10,11 321:1 331:1
349:9
findings 266:9 273:25
fine 66:18 252:1 254:10
277:16 336:13
finer 344:4

finish 97:24 106:1,19 314:16
314:23
fired 367:3,5
firm 13:7,12 193:4 265:3
365:1,22,23 366:9 367:4,8
firm's 13:19
firms 368:16
first 6:4 10:5,7,19 13:16
19:18 20:15 34:20 39:8
50:4 56:19 71:15 75:2
83:12 84:25 87:20 90:13
90:16 97:12 119:7 142:6
167:8 172:17 188:19
190:16 191:23 210:4,6,13
210:17 211:5,9 220:19
227:21 267:1 278:16 296:5
303:12 308:3 311:2,22
320:12 324:24 329:7,23
330:23 345:8,14,18 355:25
361:18,19 368:14 381:5
firsthand 262:25
fiscal 262:1,12,14
five 9:18,20 247:14,24 277:1
297:12,13,19 298:16 303:7
347:7 358:12
five-minute 239:24
flawed 309:10
Fletcher 349:19
flew 367:9
flip 281:16
flow 54:19
focus 247:9 256:24 356:18
358:3
focused 299:11,22 320:19
357:1
focuses 23:11 51:8
focusing 20:17 50:17
folks 306:13,18 307:11
344:16 349:7
follow 29:10 41:13 296:3
328:9
followed 294:1,5
following 57:3,18 167:12
171:13 256:6
follows 6:5
footnote 57:8,11 238:10
266:19 308:18 309:15
375:1,4
footnotes 243:8 374:25
forces 87:17
foregoing 379:5
forgot 360:12 361:19
form 16:11 17:1,16 20:6
22:22 23:14 24:14 25:7,21
26:9 27:19 28:7,24 29:7

32:17 36:8,24 38:15 40:5
40:18 42:19 43:13 44:12
46:21 47:18 48:7 49:18
50:15 51:11 52:13,20 53:3
53:17 54:3 56:6 59:5 60:3
69:1 73:19 74:7 75:3,10,19
76:2,25 77:16 78:9,17,25
79:8,17 82:17 84:19 87:3
87:12 91:2,17 92:7,16 93:5
93:13 94:16 97:4,6,23
99:16 100:15 102:25
105:19 106:9,15 107:7
109:1 111:12 112:20 113:5
113:9,19 114:1,10,17
115:5,17 116:7,24 117:10
117:19 118:1 121:17
122:16 123:8 124:7,21
125:5,13,23 127:3 128:16
128:22 133:5 134:7 135:21
139:10,15 140:1,8,22
146:2,9,21 147:4,13,16,20
147:21 148:6 149:2,21
150:7 151:2,20 152:17
153:1,17 154:16 155:1,20
156:24 157:18 162:14
164:2,11,21 166:5 169:16
170:13 171:6 172:6,14
176:15,23 177:9,18 178:11
179:4,25 180:5 182:13
183:10,15,20 184:23
185:20 186:8 188:22
192:21 193:8,18 194:10,22
196:25 201:20 203:12
204:16 206:9,23 214:2,9
215:6,22 216:2,12,21
217:4,19 218:5,13,20
219:7,14 222:12,24 223:8
224:24 225:8 228:7 233:3
234:14 236:20 237:6,14,23
239:14,22 240:13,23
241:10 242:3,13,18,24
243:14 246:12,25 250:20
253:24 254:6,15,22 255:15
255:24 256:13,22 257:6,23
258:8,15 259:8,15,21
260:3,9,19 262:23 263:18
265:10,23 266:12,17
267:17,23 268:8,20 269:3
269:9,16,22 270:15 272:19
273:1,11,15,20 274:1
276:1,17 280:13,22 282:8
285:20 288:21 293:4
295:10 296:24 299:3 300:8
301:18 303:25 306:6 307:9
311:4 312:19 313:5,11,18

314:13 315:9 316:1,19
317:22 318:22 319:2,8
320:14 321:6,13 323:20
324:10 328:16 329:17
330:12,18 331:3,19 332:14
332:22 333:16 334:7,14
335:5,14,21 336:7 337:1
337:19 338:14 340:6
346:10,12 372:13 373:2
376:4 377:17 378:5,14
format 319:10
formed 92:23
former 302:2
forming 243:4
formula 103:11 122:3
found 332:3
foundation 311:5,7
four 9:18,20 104:15 215:2
229:13 292:14 300:21
301:3 303:22 324:20 347:7
364:24
four-year 291:25
fourth 238:6 300:1
frame 108:20,20
frames 38:19
framework 54:20,21,24 56:3
65:2,6 138:18,21,23 139:1
139:13 140:5 186:23
303:10
frank 271:14
frequency 285:15 288:12
289:15 291:22 296:15
297:1,14 300:25
frequent 305:21
Fresno 189:19 365:4,5,9
366:17 367:2,9
friends 372:25
friendship 372:11
front 51:17 152:5 276:20
339:12 351:24 373:24
fruit 365:10
frustrate 49:23
fulfill 39:6 50:22 51:9
fulfilling 356:7
full 10:2 11:9 112:21,23
188:14 238:8,9
fully 113:21 355:5 373:22
fun 375:16
function 347:5
functioning 285:5,8,18
288:16
functions 18:5
fund 12:11,12 24:10 25:4
26:4 28:13 30:9 68:20,21
69:17 70:23 74:4 75:9,18

Gene Deetz
1/30/2024

12

76:1 79:19 121:5,7 144:20
145:22 146:4 151:9 153:15
186:17 208:16 213:18
215:21 216:1,5,6,24 217:2
217:13 218:3,18 219:13
220:19 223:16,24 224:1,8
228:17 263:23 275:9,13,25
277:1 309:22 311:8,14,23
316:4 317:16 319:13
321:11 324:3,8 325:7,8
326:2 328:21 329:25
332:16
**fund's** 72:16,20
**fund-by-fund** 104:16
**fundamentally** 141:8 216:24
**funds** 12:1,3,4,10,18 16:3
17:22 23:16,19,20,20,21
23:22,23 24:1 30:8,10 31:9
68:25 104:8 111:16,20
112:4 120:9 128:5,8,12
129:20 145:14 146:8 147:3
152:8 153:9,9,10 163:9
171:25 172:22 173:1 176:1
176:3,12 192:7 198:3,12
225:12 258:23 267:12
275:18 311:19,21 316:10
316:23 317:10,21 318:3,9
319:11,25 329:14 332:12
374:16,22 375:11,17
376:23 377:2,9
**funds'** 18:4 264:14
**funny** 53:6
**further** 46:8 120:18 148:20
329:15 373:13 381:9,11
**future** 54:16 80:1 224:25

**G**

**G-A-R-C-H** 166:22
**GAAP** 16:4 17:23 22:14,16
22:18,19 23:2 38:9 60:8,22
61:4,20 62:2,8,25 64:2,9
65:23 68:13,14,14 117:24
139:18,21 168:4,17,18,19
168:22,23,23 170:15
206:15,15 242:12 243:20
250:14 254:4,9,14,16
257:20 258:6,14 281:22
331:7,13,14,18,25 337:10
367:14 368:5 369:3 377:3
**GAAP-compliant** 169:9,11
**GAAS** 190:18
**gain** 26:4
**GARCH** 166:22
**gather** 83:6 166:12 198:10
202:22 350:5

**gemology** 357:4
**gems** 356:21
**Gene** 1:14 2:15 4:3,8 5:2 6:2
6:12 22:22 100:25 113:18
345:3 353:11 379:3,16
380:2 381:5
**general** 20:22 34:5 36:2
54:5,22 59:23 62:18 64:13
65:2 68:4 72:3 75:6 78:6
78:14,21,21 89:20 125:1
145:25 146:3 147:2 199:22
199:25 203:7,7 208:21
212:5 229:7 234:10 253:4
261:8 266:6 268:15,17
269:20 274:18 278:15
291:4 363:15 364:8 368:7
**generally** 27:2 34:23 38:3
41:9,11 42:20 51:4,4 52:21
53:23 54:5,14,16 59:11
71:15 78:11 80:17 83:24
84:3 105:9 171:12 190:18
190:20 192:13 193:7,9
197:13 202:10 205:5 207:7
208:2 215:13,13 232:9
245:4,11 263:3 279:13
299:17 305:11 307:5,6,10
330:19 333:25 349:17
352:4,13 361:25 366:24
**generate** 234:1 236:17
**generates** 208:16 236:23
**generating** 201:11 240:12
**getting** 10:16 61:3 105:2
106:4 119:8 249:19 254:19
286:22 328:18 342:10
353:9,9
**gist** 209:9
**give** 7:13 11:2 15:2 18:9
21:10 25:8 40:24 57:22
80:20 93:6 97:12 100:11
113:18 115:23 116:25
135:2 141:15 151:6 165:17
166:6 235:9 239:2 240:6
247:9 253:10 290:23 291:2
312:4 314:2 331:22 343:13
347:16,17 348:9 359:11,11
**given** 79:6 223:24,25 229:15
236:15 263:5,6 306:2
331:17 351:6 379:8
**gives** 82:10 109:25 110:6,8
133:25 295:24
**Glendale** 5:12
**glossary** 232:14
**go** 7:6 15:5 21:21 22:10
29:15 48:24 49:15,24
70:13,17 71:14 80:11 88:1

101:19,23 102:7 120:6
121:19 131:7 132:5 146:10
146:15,15 151:5 157:24
180:12 187:13 195:1 203:8
212:18,22 215:7 219:20
233:10 238:4 239:25
241:12 243:16,21 247:23
270:24 285:1,2 290:10
301:14 305:3 307:16,24
312:5 315:22 316:25
325:23,25 344:9 347:25
348:14,17 355:6 368:15,18
370:25 372:14 373:14
**goals** 38:11
**goes** 35:17 95:23 102:15,21
163:4 238:15 255:1 262:10
283:8 284:23 313:12 346:8
350:9
**going** 22:6 23:17 26:14
29:14,15 30:8 37:12 40:19
44:13 45:22 49:21 51:15
52:8 56:14 61:2 66:14,21
66:24 67:11,12 70:25
78:23 79:2 81:2 82:7 88:1
95:9 97:14 101:6 104:19
131:4,9,13 140:24 141:6,6
141:10 143:16 147:6
149:10 157:25 158:3
175:11 180:18 189:25
195:2,6 203:23 222:18
223:6,12,22 224:11,22
225:7 231:7 239:4 240:1,4
244:16 245:13 250:10
252:9 268:2 269:11,13,13
277:17,20 279:15 286:1
288:2 307:2 329:11 333:23
347:16,17 351:3 354:15
360:24 361:12 368:12,16
372:16,19
**good** 5:16 6:8,9 31:20
157:23 189:7 194:25
234:20 254:20 257:16,20
258:13 277:14 348:2
**good-faith** 47:15
**Gotcha** 212:20 271:8
**governance** 266:7,8
**governance-related** 266:4
**government** 339:23
**governments** 59:1
**Gradillas** 3:22 5:10
**great** 8:17 67:19 165:25
189:24 341:11 346:11
**greater** 235:5 236:3 237:5
283:6,12,18,23 284:1,8
285:7,11 287:7,20 288:9

288:18,23 289:4,11 298:4
**Greg** 14:8
**ground** 7:5
**group** 1:8 2:8 5:4 11:22
173:1 196:21 206:14,15
210:8 211:8 329:22 380:3
**groups** 363:5
**growth** 139:5
**guess** 64:6 249:17 250:9
365:20
**guidance** 34:25 36:5,5
41:18 53:9 54:5,5 85:23
87:5 105:23
**guidelines** 18:3 56:21
**guy** 368:14
**guys** 147:24 370:5

**H**

**H** 4:6
**habit** 13:15
**half** 104:15,24 111:6 121:8
132:10,12,16 141:17
199:23 326:10,16 327:11
343:21 352:12
**hallway** 372:8
**hand** 12:7 32:12,13 35:7
348:13 349:5 381:17
**handful** 136:8
**handling** 350:21
**hands** 43:21 108:20 281:3
**handy** 70:16 175:3 326:6
**happened** 367:2
**happening** 248:14,16
**happens** 46:9 80:14 225:6
307:5
**happy** 243:16,21
**hard** 254:17 255:21 337:12
338:4,9,11,15,15
**head** 48:4 61:3
**heading** 56:16
**hear** 8:1 302:7
**heard** 6:13 200:10
**Heather** 3:10 5:19
**Heather.waller@lw.com**
3:13
**held** 5:5 12:18 144:2 327:7
371:4 375:11
**help** 28:8 141:13,19 167:21
**helpful** 33:12 243:24 349:9
**helps** 90:2
**hereunto** 381:16
**hesitating** 18:14 230:1
**Heston** 64:17,20 136:6
**Hickey** 11:14,16 14:24 16:2
18:1 76:18 77:5 95:25

104:15 241:18,22 242:6
246:14 255:18 264:18
289:17 290:13 307:25
309:15 312:17 314:4 315:6
316:13 317:10 318:18
319:22 370:14,17,23
374:14,25 375:3,20,24
376:15,21 378:2,9,11
**Hickey's** 4:9 15:1,15 19:8
20:16 24:17 27:21 241:2
243:6 267:6 278:9 282:23
297:23,24 307:22 309:2
314:3 350:4,4 375:5,7
377:7,11
**hierarchy** 21:2
**high** 232:21 234:11 268:11
**higher** 60:14 110:9 143:4
165:4 234:1,4,23 235:18
235:19,23 236:11,18,24
253:16
**highest** 150:13
**Highlights** 227:7
**highly** 97:13
**hired** 367:6
**historic** 281:6
**historical** 21:7 137:12,18,22
138:3 277:13,24 278:17,23
279:20 280:1,4 281:8,17
304:17 305:1,8 306:5,14
306:19,21
**history** 61:21 67:12
**hits** 53:1
**hold** 39:5 50:11,21 51:1,8
54:2 222:22 223:6 275:25
277:1 361:17 362:4
**holders** 120:4
**holds** 35:25 120:21
**home** 371:20
**Honor** 281:3
**hopping** 50:7
**hour** 66:16
**hours** 9:23,23 351:4,6,8,10
351:14,22,23 352:3,7,12
352:15 358:14 359:4
**Howard** 3:16 5:20
**Hrosenburg@ksrlaw.com**
3:19
**hundred** 6:20,23 159:22
197:6 350:23
**hunt** 271:5
**hypothetical** 338:2 346:1
**hypothetically** 183:6 226:8

**I**

**I-T** 13:12,15 103:15 262:4

**IDC** 143:15,19 144:4,23,25
145:4,9,11,14
**IDC's** 143:13 144:9 146:1
**idea** 124:4 332:10
**ideas** 215:17
**Identification** 10:12 34:18
88:21 165:12 231:17 244:8
309:19 342:1
**identified** 132:20 237:12
288:8 291:16 305:18
309:15 321:11
**identifies** 90:8 290:5 308:19
311:24 317:13,16
**identify** 5:15 12:11 131:17
134:5,8,11 142:6 229:2
238:24 239:20 264:8
283:11 305:25 311:25
312:11 317:10 347:23
**identifying** 237:17 305:24
**ignore** 48:22 183:22
**II** 23:18 321:22 322:25 323:5
323:12 324:2,9 325:10,18
326:18 328:12,20
**III** 23:19
**illegal** 271:4
**Illinois** 1:2,15 2:2,17 3:6,12
3:18 5:7 381:4,18
**illogical** 303:6
**imagine** 205:22
**immaterial** 89:16 213:21
222:8 224:6
**immediate** 209:25 329:23
**impact** 30:3 71:3,23 72:5
194:17 214:25 229:16
**implemented** 19:4,15 261:6
261:22 273:5 316:9
**implied** 20:24 21:3,7 137:11
137:19 138:7,10 277:12,24
278:9,13 279:1,4,5,6,11
280:5,8,11,19,25 281:9,12
288:18,24 289:2,6,21,22
290:1,7,21 291:10 292:1,9
293:1,11,12,17,21 294:3
294:13,20 295:7 298:3,8
298:21 299:20 301:7,14
302:12,19 303:2,23 304:6
304:12,16,19,21 305:1,7
305:11,17,18 306:4,10,12
306:15,24 307:7,17
**implies** 312:4
**imply** 126:21
**importance** 224:1
**important** 7:9,13 16:5,8
39:19 87:16 216:4,5,23
217:2,18 218:19,22,23

219:4,6,9 239:13 260:1,8
260:14,15 267:15,21 268:6
268:18,22,25 269:2,5,7,8
269:14,15,19,20,25 275:11
275:16,19,21 374:15
375:15 377:8 378:4
**imprecision** 90:20
**impression** 224:14 330:20
**inaccurate** 321:12
**inappropriate** 89:15
**incentive** 211:1,3,20 212:10
212:12 213:16 214:4,12,14
218:6,9
**incidents** 264:13
**include** 18:7 24:4 41:20
77:25 79:12,12 92:6 128:4
128:6 142:11 149:7 188:6
191:13 198:8 240:20 266:8
311:21 344:1,2 354:2
366:23 376:22
**included** 13:25 65:7 67:4
77:14 134:21 136:17 157:6
157:14 159:7 188:10,15
198:4,6,16 210:8 242:16
274:25 316:23 329:8
359:10
**includes** 57:5 121:20 241:3
342:23
**including** 37:3 39:4,11 42:8
42:14 91:6 152:20 173:11
314:6 360:22 363:23 364:9
369:11 376:18
**income** 68:21 69:25 70:5,11
70:12,22 71:17,23 72:2,5,6
72:9,14,15 184:20 186:24
187:8 208:7,13,15 217:15
217:16 218:3,8 219:22
220:2 221:19,23 222:5,8
223:5,14 229:14
**inconsistent** 280:11,20
281:13 303:5
**incorporate** 112:25 173:17
346:14
**incorporated** 18:12 26:10
26:11 27:13 36:22 64:11
**incorporating** 19:6 24:21
123:21
**incorrect** 107:4,6 163:21
164:8 249:4 313:10 315:25
316:18 323:19,25
**increase** 72:10 214:7 219:13
**incremental** 226:21
**incurred** 226:9,18
**independent** 124:12 322:12
**independently** 124:10,15

169:24
**index** 30:24,25 31:11,13,23
63:24 134:5,9,23 135:4,23
156:22 282:20 283:11,16
284:8 285:6,11,18 287:7
287:12,20,21 288:3,9,18
289:1,12 291:19 296:12
297:9 298:4
**indicated** 16:6 379:10
**indicates** 116:17 234:3
298:20 299:18 323:3
**indicating** 265:7
**indices** 15:21 30:2
**indirectly** 381:15
**individual** 23:7,16 64:23
69:5 75:17
**individually** 33:6 149:16
329:24
**individuals** 242:1 330:3
**industry** 23:8 178:8,17
179:2 252:6,24 253:3,5
255:11 256:7,11,14,16
280:11 281:18 301:12
306:4 365:7
**inflate** 182:11
**information** 41:15 49:4,10
79:6 97:11 229:6,8 231:24
274:17 312:18 331:17
332:19,20 333:10 337:21
359:12,13
**informative** 196:20
**infrequent** 296:20
**inherent** 90:20
**initial** 186:5
**input** 20:17 21:9 23:7 42:21
42:21 56:2,2 98:15,20 99:6
99:21 111:18 169:5 195:16
195:23 251:19,21 278:10
278:14 279:25 281:11
290:2,22 291:7,10 305:13
**inputs** 20:10,11,13,23 21:4
21:15,22 22:2,9 37:4,8
42:5,12,17 43:2,7,10,20,22
43:22,24 44:24 45:3,6,20
45:22,25 46:12 47:7 51:20
52:6 53:5 55:15,16,19,23
55:24 64:23 65:2,7 97:9,19
98:7,8,10 99:10,13,21
119:22 126:4 129:3 130:10
133:7 139:3 141:19 168:3
177:16 196:6 241:21,25
243:11 281:4 302:9 331:15
**inquiry** 111:10
**inside** 46:24 47:3 122:13
174:14 228:2

insignificant 351:19
instance 162:21 238:19
instances 44:8 60:24 263:22
    264:5 287:23 288:1
instruction 359:20
instructions 117:1
instructs 8:4
instrument 29:18,21,23,24
    126:6 364:12,13
instruments 97:13 134:12
    136:14,16 362:19 363:8,17
    363:23,24 364:16
intangible 357:9
integral 223:23
integrity 193:16 259:3,25
    260:7 273:25 334:13
intellectual 357:14 358:1,3
    359:17
intend 254:4
intended 11:15 151:23
    152:21 241:5 243:20
    275:24 277:1 292:3
intending 254:13
intent 50:11 51:1,8 54:1
    238:12,24 239:12,12,16,19
    239:20 240:12,21 253:22
    275:24 276:3
intention 39:5 50:21 222:22
intentionally 238:17 338:1,2
interested 381:14
interim 56:25 74:10,16,18
    76:20 77:3,18 79:16,21
    80:3 214:14 222:15 223:21
    224:11 225:6,12
internal 193:5 360:25 361:7
interpretation 44:20 53:8
interrupt 97:25 208:10
    268:15
interrupting 63:12
introduces 90:3
intuit 115:2
intuition 148:24
inventories 189:21
inverse 32:2 179:10 181:10
    184:5
inverted 31:18
invest 75:18,25 78:15,22
    225:13 275:12,17 276:11
invested 267:9,13
investigative 143:20 231:1
    231:5 244:3
investing 74:4,25 75:1,8
    78:7 341:16
investment 12:1 69:10 74:5
    78:15,18 223:24 224:22

276:11 375:16
investments 18:4 329:13
investor 16:5 27:7,14 74:25
    75:1 76:9 78:11,18 79:17
    79:18 80:5 207:23 264:4
    267:5,13 275:21 329:8,22
investor's 216:6,23
investor-by-investor 78:1
investors 16:3,6,24 17:9,14
    23:17,18,19,20 25:4 26:3
    26:13,15 27:4 28:6,12 74:3
    75:8,17,25 76:23 78:7,14
    78:22 177:1 209:17 210:11
    212:24 215:16,20 218:19
    219:6,15 223:25 224:3,21
    230:9,12,14,17 262:19,20
    263:6,7,14,15 267:9,10
    270:3,5,13 271:9,10,11
    272:1,13,14 274:4,15,16
    274:19,22 275:9,12,17,24
    276:16 277:1 321:22
    322:25 323:5,12 324:2,9
    325:10,17 326:18 328:12
    328:20 329:19 330:5,9,16
    331:1,16 332:11,16,18,20
    332:23 333:14,21 334:4,11
    334:23 335:1,11,12 337:4
    341:14 374:16,16,21,21
    375:16 376:2,18 377:2,9
    377:16 378:4
investors' 329:13 345:12
invests 225:11
invoice 343:3,5,12,17
    350:18 351:13
invoices 4:16 341:22 342:4
    342:8 343:10
involve 136:15 202:4
involved 169:8
involving 66:4
iron 220:11,16 225:19 226:2
    226:24
IRS 361:2
issue 16:9 62:22 126:11,13
    272:17,25 278:8 337:16
    341:13
issued 9:4 11:7 14:21 28:11
    29:4 58:25 61:18 125:10
    125:20 126:16 129:20
    258:22 338:20,22,25
    339:22 340:5,21 343:8
issues 11:16 368:25 369:1
issuing 130:16 131:2 136:20
    138:14,16 140:18 344:13
    373:5,8,11
item 68:6,7,16,24 69:2,7,10

69:10,20 72:10 90:17
    104:18,20 189:20 208:23
    208:24 209:2,4,4,8 216:10
    216:11 226:7 267:7,8
    299:7,8,9,11 302:8 336:25
items 58:5 67:20 238:17
    272:4 353:8
iterations 261:5
iteratively 350:9
IV 23:20
IVOL 287:14

_____

**J**

J.P 129:25 130:12 131:21,22
    131:24
Jackson 2:16 3:5
January 1:16 2:18 5:7 379:8
    380:2
Jealous 347:9
Jersey 371:21
jesting 183:8
job 1:25 45:15
jog 341:19
join 370:6
joined 350:19 370:6,18
joins 342:18
joint 362:6
judge 339:13,13 341:7,8
judgment 173:22
judgments 173:15
July 9:8 343:8 350:10,18
    351:13 368:20 370:19
June 74:18,19 322:5 323:12
    342:4 350:17 351:10
    366:10
jury 281:3 341:9

_____

**K**

K 3:11 381:1
keep 10:24 48:16 49:12
    68:16 247:8 268:2 269:13
    278:2 326:5 338:9
Key 315:16
kind 31:18 49:24 135:16
    187:16,17 188:2 252:9,16
    278:7 346:8 347:3 349:12
    352:10 366:21
kinds 33:22 77:8 122:7,8
    336:14 338:7
knew 195:18 252:8 336:17
    337:25
know 7:7,17,21,23 8:11,15
    18:18 19:22 33:11 38:18
    47:25 48:2,21 54:15 60:17
    72:23 73:12 74:15 77:7,9

81:1 86:3 91:18 100:16
    105:7 111:19 113:14,15,21
    113:24 114:5,8,14 117:24
    124:18 133:14,20,23
    136:20,25 137:5,9,11,13
    138:12,16,19 153:13,18
    155:4,25 156:1,2,15
    172:10,25 191:1 195:25
    197:15 198:19 199:5,19
    200:1,3,20 203:20 233:8,8
    241:11 242:23 243:1,18
    246:16,16 251:5 252:24
    254:9,12,16 255:19,22
    256:1,15 261:5 264:19
    265:16 266:19 273:2,4
    276:15,25 277:7 282:3
    286:3 288:5 290:24 295:23
    296:2 297:10 301:20,24
    302:1 303:16 304:14,14,17
    307:23 311:8,10,11,23,25
    316:2,3,4,8,9,12,21,22,23
    318:2,13,15,18,18 319:10
    319:10,24,25 320:1,2,16
    321:15 322:12 325:11
    329:14 330:8 333:8 334:4
    334:8,8,11,15,18,22,25
    335:1,6,6,7 336:18 337:5
    337:11,13 338:4,10,13
    341:2 342:3 350:19 351:22
    359:23 361:12 370:22
    372:4
knowing 135:19 255:10
    336:13
knowledge 7:22 18:13 46:24
    47:4,13,20,20,24 48:19,24
    178:7 195:15 199:13
    262:25 275:23 276:2 313:4
KOPECKY 3:16

_____

**L**

L 220:17 226:4,6
label 227:7,17 268:24
labeled 10:8
lack 18:12
lacking 363:3
lacks 285:14
laid 228:23
language 35:15 141:18
    202:11 240:25 265:14
    276:8,9 277:6 345:22
    346:6 353:19
lapsed 355:10
large 241:20 365:13
largely 32:15
larger 196:21 366:19

**largest** 171:22 197:3,4
**LaSalle** 3:17
**latch** 251:9
**late** 42:10 361:21
**LATHAM** 3:10
**law** 367:4,8
**Lawrence** 6:12
**lawsuit** 6:14
**lawyer** 248:3
**lawyer's** 248:17
**lawyers** 245:22 351:24
**lay** 223:18 316:6 346:3
    376:10,18
**layer** 199:24
**lays** 333:1 334:18,19,19
    337:3
**lead** 96:6 367:18
**leads** 224:5 236:1
**learn** 48:24 49:16,24
**learning** 359:16
**leave** 332:11,16 370:1 371:7
**leaves** 234:7
**leaving** 370:25
**LECG** 368:17,17,18 370:4,6
    370:18
**LECG's** 368:20
**led** 84:16 121:11 234:10
**left** 150:25 209:18,20 348:13
    366:10,12 367:24 368:12
    370:6,18
**legal** 5:10 48:8 254:23 255:5
**legalese** 341:8
**Leiman** 3:4 4:4 5:16,16 6:7,9
    6:13 16:14 17:5,18 20:7,21
    21:20 23:4,24 24:19 25:10
    25:25 26:16 27:24 28:10
    29:2,12 32:22 34:13,19
    36:18 37:6 38:23 40:8,22
    41:19 42:1,3,4,24 44:7,22
    45:2 46:2 47:2,14,22 48:10
    48:17 49:11 50:5,19 51:6
    51:14 52:17,23 53:10,19
    54:7 55:9,18 56:8,12 59:7
    60:4 66:18 67:2 69:4 73:21
    74:12 75:5,14,23 76:11
    77:2,17 78:13,20 79:4,15
    80:24 81:3 82:20 84:24
    87:8,19 88:22 91:3,23
    92:12,18,21 93:8,15 94:21
    97:7 98:2 99:19 100:18
    101:2,8 103:3 104:22
    105:24 106:3,12,25 107:9
    109:3 111:22 113:1,7,12
    113:22 114:6,13,25 115:12
    115:25 116:11 117:6,15,21

118:2,10,19,22,23,25
119:5 122:1 123:1 124:11
125:2,9,19 126:1 127:5
128:18,23 131:7,12,15
132:11 133:8 134:10 136:1
136:8 139:11,22 140:2,11
141:12 146:6,16,22 147:8
147:16,20,22 148:1,8
149:5 150:3,12 151:7
152:1,22 153:12,22 154:22
155:3,24 157:4,23 158:5
162:17 164:5,17,23 165:2
165:7,13 166:11 169:20
170:18 171:9 172:9 173:12
175:1,5,10,12,22 176:18
177:5,12,22 178:14,22
179:7 180:1,11,24 181:1
183:1,11,16 184:1,24
185:24 186:15 189:1
192:24 193:10,22 194:12
194:25 195:8 197:8 201:23
203:15 204:20 206:17,24
207:8 214:6,12 215:4,15
215:24 216:7,19 217:1,6
218:1,10,15 219:2,10,17
222:20 223:2,10 225:2,10
228:8,12,14 233:5 234:15
236:21 237:11,18 238:1
239:18,25 240:7,10,16
241:1,16 242:9,15,21
243:9 244:1 246:18 247:2
250:22 254:2,11,18 255:3
255:20 256:3,19,23 257:10
258:1,10,17 259:12,18,24
260:6,12 261:1 263:8,21
265:18,24 266:14,23
267:19 268:1,13 269:1,6
269:12,17 270:1,11,21
272:22 273:7,12,17,23
274:3 276:14,21 277:16,22
280:14 281:15 282:11,12
285:23 288:25 290:25
291:8 293:6 295:13 297:3
299:6 300:12 302:4 304:3
306:17 307:14 309:20
311:6 312:22 313:7,15,22
314:19,25 315:2,13 316:15
317:5 318:1,24 319:3,16
320:21 321:8,17 323:22
324:6,7,17 328:24 329:18
330:14,21 331:10 332:6,17
333:4,19 334:10,21 335:9
335:17,24 336:19 337:15
338:8,18 340:10 341:21
342:2 353:14 372:14,21

373:3,13 376:4 377:6,17
    377:23 378:5,14,17
**length** 149:1 302:12
**lens** 121:9
**lessens** 120:24
**let's** 35:11 55:4 66:3,20
    70:16,18 78:21 85:10
    88:16 90:13 97:22 100:20
    103:10 107:20 142:3,4
    167:23 204:21 205:7
    219:20 228:9 232:10
    233:13 239:10 244:13
    249:1,15 271:4 275:2
    283:15 290:10,15 294:11
    294:18 297:24 298:2
    307:24 309:12 311:7
    321:18 322:14 326:5,19
    344:2,11 352:4 357:12
    359:3 372:14
**letter** 334:24 335:3,3
**letters** 14:15
**level** 20:25 21:1,4,13,14,18
    42:21 49:20 56:1,2 60:18
    69:8,9 97:14 104:20 120:2
    130:7 133:23,25 134:2,3
    135:16,19 136:14 141:3
    159:18 186:24 214:7 219:8
    241:21 264:11 278:14
    281:4,5,9,10,11 288:4
    297:14 302:9 305:12,13,24
    306:1 350:1 364:19
**levels** 130:2,4
**liability** 35:21 36:1 39:3,6,10
    42:8,14 43:17 44:6 50:22
    51:10 57:1,16 60:25
**License** 381:22
**licenses** 355:3,9
**lieu** 278:25
**life** 95:24 96:1,3 104:13,17
    104:23 120:9,15 121:5,7
    121:15,19 142:16,20 149:4
    149:25 151:9,12,17 152:8
    153:7,10
**limit** 44:23 111:10 303:1
    307:3 347:21
**limitations** 51:25 52:9,11
    54:8
**limited** 111:24 113:24 140:9
    185:15 279:17 292:4 306:8
    306:15 307:18 347:19
**line** 31:21 67:20 68:6,7,16
    68:23 69:2,7,9,10,20 72:10
    104:18,20 208:23,24 209:2
    209:3,4,8 216:10,11 247:9
    247:11,14,24,25 248:1

251:7,10,23 253:11 380:4
**lines** 44:21 348:8
**link** 61:24
**linked** 84:13
**linking** 310:11
**liquid** 285:12,15
**list** 8:23 27:9 57:5 58:5
    130:24 131:2,16 132:4
    142:23,25 222:14 238:23
    258:11 263:9 265:19
    266:10 270:14 275:1
    283:19 298:24 302:8,22
    314:2 326:1 327:14 330:10
    345:20 349:8 354:22
    355:12 369:4,5 374:6
**listed** 90:16,24 137:16
    242:20 243:3 267:2 270:22
    270:24 294:2 344:12
    347:13
**lists** 16:7 57:20 270:20
    344:7
**literally** 104:12 111:7,15
    112:1 114:19 117:11 118:5
    133:12 177:19 187:15
    198:6,8,17 206:12 272:12
    288:14 297:11,16 298:11
    330:7 334:19 346:10
    350:10 362:3
**literature** 91:22
**litigation** 338:22 339:1,7,24
    361:6 366:20 368:4
**little** 7:12 8:9 10:16 13:10
    17:4 25:12 32:18 36:9
    40:13 42:10 49:13 82:7
    186:20 254:8 271:14
    292:21,21 352:8 360:17
**live** 122:21 157:20,21
**lives** 121:23 151:4 173:3
**LLC** 1:8 2:8 5:4 11:22 380:3
**LLP** 3:10
**loaded** 355:6
**loan** 229:18,20
**located** 5:11
**lockup** 275:4,8,21 276:3,22
    277:6
**long** 20:14 34:4 44:8 93:1,9
    105:1 139:17 182:15 190:2
    206:18 207:1 275:24
    276:15 294:1 299:15
    301:13
**long-dated** 20:20 173:2
    279:23,24 280:18 281:9
    305:25
**long-term** 276:6,12,16
    277:10 278:13 329:19

**longer** 120:10 121:22
151:11 152:9 153:8 301:23
306:24
**look** 10:5,22 14:20,22 24:24
55:2,4 56:24 57:10 70:13
72:22 73:1 74:1 80:18
85:24 86:7 88:16,24 89:25
90:1,12,13 95:9,10 96:15
97:3 100:6,7,19,20,23
102:8 104:7,14 109:12
110:14 115:9,21 122:21
128:9 130:22 132:10 141:6
141:6 142:3,4 145:6
146:10 151:3,5 154:8
160:2 173:6 175:3,20
177:3 180:17 187:13,22
192:17,25 203:11 208:12
209:10 214:20,25 215:7
219:18 228:10 229:12
232:10 233:13 238:5
243:17,23 251:1,11 270:8
271:14 275:2 282:17,19
283:7,8,15 284:21 285:14
290:17 296:17,17 298:12
305:3,20 309:12 310:8,9
313:20 322:14 326:6,12
327:10,13 328:22 332:1
338:19 342:23 347:4
349:10 350:6 351:12 354:9
354:11,15,17 369:12 375:5
376:7
**looked** 100:4 107:12,14,15
127:21 130:15 132:17
149:6 171:2 177:25 220:1
272:16 291:21 313:19
325:14 328:1,7 343:19
345:10
**looking** 11:13 35:5,11 38:24
42:10,11 45:17 56:14 57:8
57:12,15 68:19 82:25 88:5
95:6 98:25 100:9 102:3
109:11,22,23 113:20,23
114:23 115:1 117:22
118:14 122:6 127:14,19
132:1,12 144:22 147:6
149:3 150:8,22,24 167:10
168:16 170:16 171:14
176:8 181:3 183:2 184:2
184:19 185:11,12,25
186:23 187:7 204:25
211:19 212:3,10 213:17
214:23 220:23 221:19
225:15 232:13 233:15
234:5,16 235:8 237:8
238:8 242:22,25 247:3

249:17,21 251:23 274:25
283:10,20 286:2 291:1
308:18 309:23,24 311:24
312:1 315:3 319:6 324:18
325:11 326:23 328:19
329:19 342:22 344:6
347:11 350:7,18 351:3,9
364:23
**looks** 85:12 88:25 142:5
211:22 221:11 222:6 312:8
329:24,24 351:13
**loot** 284:17
**lose** 197:2 277:9
**loss** 26:5 229:14
**lost** 332:4
**lot** 59:16,17 76:16 84:5
147:25 255:25 344:25
349:7 351:25 352:5 365:9
365:16
**lots** 49:6
**low** 170:22 171:4 172:4
232:21 234:11
**lower** 102:21 110:6,6 143:5
163:24 164:19 165:1,3
166:21 190:8 234:25 235:6
235:20 236:6
**lowest** 150:16
**lucky** 365:15
**luncheon** 195:4

---

**M**

**m** 166:21
**M-A-R-K-I-T** 13:8 92:24
95:17 304:25
**machinery** 356:21 357:12
**magnitude** 198:22
**main** 16:16 242:7 306:14
**major** 363:4 367:3,5
**majority** 19:6 236:16
346:11 367:21
**making** 46:10 59:19 79:23
80:10 83:25 120:8 153:6
168:17 222:23 250:12
261:20 272:3,7 278:12
281:10 293:1 311:17
319:18 333:9 340:14
348:20
**manage** 238:18
**management** 193:16 208:3
208:13 210:14 214:18
218:7,11 238:12,16,24
239:11,12,16,19,20 258:13
259:2,3,25 260:7 273:25
334:13
**manager** 12:1 80:1

**managing** 344:12 347:13
349:6 367:17
**mandatory** 44:9
**mar** 280:24
**margin** 126:25 138:12
141:22 170:1
**margins** 165:21
**Marissa** 3:11 5:19
**Marissa.perry@lw.com**
3:14
**mark** 13:15 34:13 74:14
88:17 96:16 103:15 165:7
231:12 244:2 309:13
341:21
**marked** 10:7,10 34:16 88:19
165:10 227:4 231:15 244:6
309:17 341:24
**market** 13:13,13 22:4,8
28:13 35:4,22,23,25 37:9
37:18 38:21 39:2,9,14 40:3
40:12,17 41:4,21 42:6,13
43:2,3,7,11,23 44:11 45:4
45:7,18,23 46:4,11,19 47:6
47:16 48:5,21,25 49:4,7,14
49:16 50:1 53:16 57:3,18
67:25 78:5 82:9 96:11,18
98:12,14,20 99:4,5 101:19
101:20,22,24 102:2 103:18
107:19,22 108:2,4 130:3,6
152:10 157:3 167:25 190:8
203:19 205:16,18 233:22
234:11,12 235:18,23
243:12 245:12 249:22,24
250:3,11 252:17 279:8,11
280:21 281:13 285:5,9,16
285:19 288:8,16 291:11,20
292:19 296:13,14 297:1,4
297:8 303:20,23 304:21
305:15 331:23
**market-** 53:20
**market-based** 21:24 22:11
35:14 36:12 37:5 39:1
41:14 54:14 81:12 119:12
**marketed** 230:16 270:4,13
271:11 272:1
**marketing** 28:5,12,15,20
29:4 76:13,22 77:14
122:18 272:6,12 311:13
**marketplace** 49:21
**Markit** 13:7,12 25:16 92:24
95:16 102:8,20 103:8,14
103:23 108:9,15,20 109:5
109:17,19,19 110:4,8,16
112:12 114:12 115:11
119:25 121:13,14 123:24

141:21,24 144:4,14,23
145:16 146:1,23 153:16
154:10 156:6,8 158:10,16
158:25 159:6 160:9,11,22
161:4 168:22 176:12
178:24 188:18 194:3
195:10,16,23 197:10,14,23
199:1 201:9,17 202:1,1
207:18 211:5 213:6,7
234:3,8,23 235:1 236:4,7
236:11,13,18,24 237:5
262:4,11 293:20
**Markit's** 92:23 93:2,10,23
94:6 102:8,10,15 103:19
108:8 110:3,23 112:8
122:14 123:5 140:25
142:23 143:3,8 144:8
152:15 153:24 154:2,20
159:19 160:7 169:9 176:22
194:4,7 201:14 207:20
210:17 234:1 262:1,14
263:25 304:25
**marks** 25:15,19,22 144:1
161:24 199:12 264:14
305:6 331:7
**material** 26:15 82:2 87:11
89:23 184:22 185:6,7,19
186:7 192:18 194:8,20
213:25 214:4,8,22,24
215:3,17,18 219:13 221:17
224:3 238:13 331:2,9
332:4,12 336:11 354:7
374:20 376:1,17 377:13,15
377:16
**materiality** 16:10,17 19:7
22:15,20 23:1,3,11 26:11
65:10,16 66:13 68:5 73:3
82:25 83:10 86:15,22 87:2
87:7,22,25 88:11 89:13,22
90:10,25 93:18,19,21
139:19 173:15,22 174:6,11
174:16,21,22,23 175:16,18
179:9 182:6 183:19 185:22
186:3 187:4,10 190:23
191:15 192:2,20 193:1,6
193:13,17 195:11 208:22
216:15 220:7 222:25
223:16,17 228:9,17 232:1
232:4 233:2 238:14 260:2
263:17 267:16,22 268:7,19
269:20 275:6,20 282:14
283:5 319:7 335:19 338:23
339:1 369:23 377:25
**materially** 25:5,6,20 26:8
29:5 183:3 375:15

**Gene Deetz**
**1/30/2024**

17

**materials** 27:15 28:5,12,16
28:20 29:4 76:13,22 77:14
122:18 243:4
**math** 103:4,6 105:2 107:10
107:21 109:20 110:19
112:6 127:16 163:5 188:24
190:2 222:3,3 316:2,3
**mathematical** 122:3 156:9
161:9 170:7
**mathematically** 120:16
121:2,11,16
**Matt** 246:15 253:13,14
**matter** 5:2 8:15 76:8 124:15
203:3 204:13,14,25 205:12
206:5,20 223:6,14 225:12
231:2
**matters** 205:15 206:16
225:20
**mature** 148:17 224:15,18
**matured** 184:8
**matures** 148:14
**maturing** 249:19
**maturities** 122:8 290:1
**maturity** 58:8,13 95:19,21
96:9 104:10 120:19,24
121:25 142:14,17 148:21
149:1 150:6,9,10,25
151:13 153:8 222:19,22
223:7,22,23 224:2 249:20
**Maureen** 1:24 2:18 381:2,22
**maximize** 20:10
**maximized** 20:13,23
**maximizing** 55:14,23
**McCann** 9:7,10 14:6,8,12
96:14 101:5,11 106:21
108:22 109:16 110:2,4,19
112:24 115:10 124:16
153:15 154:1 156:7 158:9
158:16 160:11,21 161:4
168:23 176:12 197:10,12
197:16 200:4,8 203:20
**McCann's** 9:11 99:18
101:12 102:20 103:21,23
106:22 107:15,17,20,21
108:3,7 109:4,12,24
110:12 112:8 121:13
123:17 152:15 154:5,9,15
154:20 159:19 202:4
**McCann-Sen** 68:3
**McCann/Sen** 100:8
**McPherson** 3:21 5:9
**mean** 33:11 47:23 48:15
49:23 89:22 92:16 126:21
127:11 184:25 218:16
252:10 272:11 286:10

312:4 337:9 347:21 371:8
**meaning** 187:16,17 270:22
**means** 232:20
**measure** 36:7 39:22 55:13
58:18 98:6 103:17,20,22
232:16
**measured** 39:1,8 262:7,12
281:24 282:13 283:4
**measurement** 35:14,15,18
35:22,24 36:20 39:1 51:21
53:21 57:1,4,16,19 58:6
90:18 137:6,23 196:24
232:15
**measurements** 36:22 37:13
37:16,17 56:22 60:1
136:25
**measures** 232:19,20
**measuring** 22:19 23:3 39:7
39:12 50:23 220:7
**medical** 10:1
**meet** 9:13,16 292:24 296:15
**meeting** 346:23,24 352:25
353:3
**meetings** 9:20
**meets** 299:25
**member** 64:20 356:1,5,10
**members** 210:1 344:7
345:24 347:23
**memory** 341:19
**mention** 123:17,20 152:13
237:2 259:14 266:24 270:3
270:6 272:24 273:19,24
324:3,4
**mentioned** 32:1 81:10
153:23 157:5 158:25
261:25 275:4,15 283:4
290:5 321:5 328:14 330:4
357:22 362:10
**mentioning** 83:4 270:9
**mentions** 270:12
**merged** 370:10 371:8,10
**merits** 333:22
**met** 43:12 230:2 292:7
294:24 295:18,19 298:25
299:7,9,10 302:17
**method** 53:12 60:7,21 61:19
100:13 112:19 116:23
139:2 178:6 202:8,14,19
202:23 220:9,11,23 225:22
226:21,24
**methodology** 38:17
**methods** 38:13 44:24 51:25
52:11 53:5 54:24 220:7
**metric** 216:5 217:2,18,24,25
218:23,24,25 219:5 223:15

**metrics** 27:9 216:23 217:12
217:14 227:9 263:4 317:15
**mGARCH** 166:20
**mid** 7:2 366:17
**Mike** 347:11,24 349:17,21
**million** 102:6,9 109:13,24,25
215:12 326:7,8,9 343:20
348:7
**mind** 6:22 10:23 60:10 61:23
75:13 100:4 204:9 214:11
214:20 313:19
**mine** 357:3
**minimize** 20:11
**minimizing** 55:15
**miniscule** 297:17
**Minster** 9:3
**Minster's** 8:25
**minus** 81:20 83:23 84:8,17
85:1 86:6 87:20 88:8 91:4
92:5,18 93:2,10 94:5,14
95:8 96:6 97:1,9,20 98:6
98:16 99:7,14,21 102:1,11
102:16,19,23 103:7 104:1
105:14,17 106:7 107:5
111:9,23 113:2,14,25
114:9,16 115:2,16 116:12
117:8,17 118:16 119:2,9
120:17 121:3,11 128:14
129:8,14 132:20 140:20
147:11,17 148:5,9 149:8
149:18 150:19 151:1,19
152:16 154:14,24 155:11
155:18 156:13,22 157:16
158:7 163:22,25 164:10
166:4,14 167:3 170:5
171:19 174:8 176:13,21
178:9,18 195:20 196:3
197:18 201:6 202:24 221:2
**minute** 239:3
**minutes** 131:5 180:15,16
**mischaracterizes** 94:17
115:6 223:9
**misleading** 340:16,23
**misrecollecting** 173:25
**misspoke** 308:11
**misstated** 25:5,6,20 26:8
29:6 76:1 183:3,4 238:17
**misstatement** 90:17 183:8
216:9 229:14 238:13
271:15
**misstatements** 89:16
192:18
**mistake** 73:24
**misunderstood** 257:13
**mix** 67:13 121:23

**mixed** 67:15
**Mm-hmm** 25:11 57:24
119:17
**model** 12:14,15,16 13:7,23
13:24 14:1,6,7,9,12 15:17
15:19 18:22 19:1,3,15 20:8
20:23 21:9,13,14,22,23,24
21:25 22:3,18 23:7 24:6
32:24 33:2,2 42:17 43:9
51:19,20 52:5,5 59:4,9,15
59:20,24 62:1,23 64:4,9,13
64:14,17 65:1,6,11,14,17
65:23,25 66:4 69:25 73:2,5
73:8,10 75:7 77:19 92:23
94:6 102:2,8 111:15
122:15,21 123:3,6,8,24
124:2,20 125:12,14,18
127:1 136:2,6,10 137:22
138:2,7,10 139:8 141:22
142:1 155:7,10,19 156:11
157:11,20,21 160:7 166:21
167:19,21 168:10,11,14
169:6,13 176:22 178:25
179:22 180:7,10 182:10,14
182:24 195:10,17,24 199:1
200:12,13,14,14 202:4
207:16 210:19 211:23
213:11 234:1,10 236:1
242:12 243:11,19 246:9
251:20 252:3,5,14,17
253:23 257:15 260:21,24
261:2,9,12,13,15,19 262:7
262:10,13,19,21 263:25,25
264:6,19,19 265:4,7,9
267:14 268:5,9,17,19
278:20 280:18 304:11,25
316:8,24 331:25 334:5
336:16 337:8 344:18,24,25
345:3,4,6,8,9,11 351:2
364:19
**models** 62:8,12,22 63:5,15
64:2,22,24 65:20 106:14
110:10 137:21 138:6,9,13
140:4,14 158:19 161:1
162:11 200:1,3 260:17
264:15 272:24 305:8 306:3
306:20 359:9,14
**moment** 18:9 55:6 91:9
131:8 207:13 238:5 307:20
329:5 351:4
**monetary** 58:12
**money** 58:7,11,13 74:4,25
78:15 104:7,24 111:7,19
172:22 225:11 277:8
329:15,20,20 351:25

monitor 5:8
monitoring 362:6
Monroe 367:16
Monte 136:21
month 74:16 75:16 284:23
 284:24 285:1 298:12,13
 351:6
monthlies 197:12,14
monthly 17:10 24:13,16
 25:3,16,19,22 26:18 73:6
 73:10,13,18 74:1,5,14 75:7
 76:12 79:16 80:15 197:9
 197:17,25 198:11 199:9,11
 208:19,20 263:23 264:3,4
 264:6,13 320:4,8 322:10
months 24:5 95:19 198:25
 368:19
Morgan 130:1,12 131:21,22
 131:24
morning 5:16 6:8,9 84:20
 320:19 336:12
Morse 366:8,12 367:25
mortgage 61:17 192:13
 369:13,14,16,18
mortgage-backed 204:23
 205:2,9 206:2,6 369:6,21
mortgage-related 61:13
move 66:12 120:12 367:9,10
moved 368:21
moving 66:17,19 252:16
Mu 251:20 252:8 256:10
multi-year 358:14
multiplier 138:3 278:24

### N

N 4:1
name 5:9 6:10,11 13:20
 263:2 312:2 358:2
naming 147:17
Narayan 349:2
narrative 16:8,24 17:2,8
 29:3 129:6 130:23 335:12
narrow 148:18
narrower 164:24
narrows 150:10
national 105:22
nature 54:19 267:8,11 278:7
 316:11 331:24,25 333:15
NAV 28:18 68:24 69:3,6,12
 69:14 74:5,11,20 80:15
 208:12 211:12,17 216:1,4
 216:18,22,22 217:7,24
 218:8,12 225:7 312:10,12
Navalgund 4:14 242:11
 243:11 244:4 246:8 247:3

256:10
Navigant 370:2,8,10,20,25
 371:2,3,4,7
Navigant's 371:10
NAVs 73:18
necessarily 54:10 80:9
 114:5
necessary 161:2,6 162:22
need 7:23 12:6 18:18 114:22
 131:4 160:19 169:7 170:15
 170:17 357:23
negative 81:22 86:9 144:12
 181:17,23 182:21 183:5
 263:24 264:7,15
negatively 32:4
negotiated 33:6,15
net 69:14,18,20 71:5,11,19
 72:10,14,15 208:6,12
 217:15,15 218:8 222:5,8
 321:22 322:17 323:1,10
neutral 138:21,23,25 139:4
never 80:21 236:6 261:21
 262:7 278:20 292:16
 312:14 320:17 365:12
 367:25 368:1,1
nevertheless 29:15
new 66:17,19 97:25 262:20
 263:6 324:20 339:17
 354:22 368:18,21,23 370:7
 371:13,14,16,21 372:23
nine 91:13 95:19 239:16
 267:1 352:7,12
nobody's 286:17
Noell 366:8,11 367:12,24
non-Barnett 177:1 209:23
 210:7 211:21,22 212:12,22
 212:23 215:1 329:22
non-GAAP 68:13
non-market-based 331:24
 331:25
non-observable 300:7
non-trivial 141:17
nope 90:13
normally 359:20
North 3:11,17 5:11
NORTHERN 1:2 2:2
Notary 381:3
note 15:19,23 29:25 30:2,4
 30:13,17 31:16,17 32:1,2,4
 32:14,16,21,25 33:5,8,17
 34:6,7,9 65:17,20,23,25
 66:4 67:8,9 69:5,8 71:14
 73:9,11 85:3 91:24 93:22
 104:1,5 126:8 132:22
 140:7 142:12,12 148:11,14

149:15 151:8 153:14
 165:21,25 166:3 167:7
 170:21 171:3,15 172:3
 174:21 175:16 179:10,11
 179:16,17 180:4,8 181:7,8
 181:9,10,13,15,20,23,25
 182:11,12 183:4,7,8,17,17
 184:5,6 196:13 204:24
 205:3,11 206:7 214:15
 227:22 236:22 240:12
 249:19,23,25 250:3,7
 251:4,14 252:14 261:18
 287:12 324:14,16,24 325:8
 325:12 326:10,11,12,17
 338:23 358:23 364:14,22
note-by-note 69:8 71:16
 72:1 81:6 82:1 83:12
noted 183:12
notes 12:18 13:14,24 15:17
 16:20,21 18:4 22:5 25:16
 30:6 31:3,7,10,22 33:14,22
 61:24 62:21 69:3 72:17,21
 72:25 73:7 83:6 87:11
 92:11 95:18,25 96:2
 101:12 103:21 104:9,12
 109:15 116:6,9 119:25,25
 120:16 121:6,20,20,21
 122:13 125:22 129:20
 133:19,21,24 134:6,12,21
 136:3,22 137:7 138:18
 141:2 142:7 143:17 144:1
 144:7 148:17,20 150:5,5
 151:13,18 152:4,6,23
 153:4,7,11 155:8 156:21
 161:23 162:7 171:2,25
 172:3,11,13,22 173:10
 174:3 179:23 181:3 183:2
 183:21 186:17 187:5
 188:18,18 203:18 221:2
 224:15 233:17,21,25
 234:16,21 235:8,13,14,17
 235:21 236:10,17 237:3
 240:22 241:5,20 245:17
 247:18,20,21 248:6,19
 249:9,20 250:2,2,6 253:6,8
 260:18 267:8 272:25 273:3
 278:18 289:25 304:20
 305:14 325:7,13 326:1,22
 327:7 352:8 362:12,15
 364:2,5,9,10 369:11
 375:11,13,22 376:23
notice 10:14 122:9 130:9
noticed 105:22
notified 248:2,4,18 249:3
notional 142:12 326:8,9

nuances 80:11
number 5:4 6:21 31:3 41:25
 52:25 53:1 55:5 57:20 58:6
 60:9 68:6,13,14 76:5,10,10
 103:19 110:5,5 122:2
 125:17 141:11 185:25
 205:19,21 214:11,20
 217:11 220:21 224:5
 231:12 258:3 267:7 297:17
 299:7,8,10,11 302:8 371:5
 373:19
numbered 90:1
numbers 14:16 28:22 29:1
 35:6 52:24 68:14,16 73:20
 75:20 76:22 77:5,6,14
 103:9 158:15 176:11
 186:23 199:5 204:22 205:9
 205:10,11,13 257:16
 262:15 263:14 313:16
 322:7 324:16 325:3
numerical 16:10 75:17
 76:17 89:17 140:20 183:23
 185:17,21,23 186:1 187:10
 187:11 192:2 353:23
numerically 76:1
Numerics 265:12

### O

O 381:1,1
oath 379:12
obey 7:11
object 8:2 113:9 219:7 376:4
 378:5,14
objection 8:3 16:11 17:1,16
 20:6 22:22 23:14 24:14
 25:7,21 26:9 27:19 28:7,24
 29:7 32:17 36:8,24 38:15
 40:5,18,19 42:19 43:13
 44:12,14,19 46:21 47:18
 48:7 49:18 50:15 51:11
 52:13,20 53:3,17 54:3 56:6
 59:5 60:3 69:1 73:19 74:7
 75:3,10,19 76:2,25 77:16
 78:9,17,25 79:8 82:17
 84:19 87:3,12 91:2,17 92:7
 92:16 93:5,13 94:16 97:4
 97:23 99:16 100:15 102:25
 105:19 106:9,15 107:7
 109:1 111:12 112:20 113:5
 113:18,19 114:1,10,17
 115:5,17 116:7,24 117:10
 117:19 118:1 121:17
 122:16 124:7,21 125:5,13
 125:23 127:3 128:16,22
 133:5 134:7 135:21 139:10

139:15 140:1,8,22 146:2,9
146:21 147:4,13,16,20,21
148:6 149:2,21 150:7
151:2,20 152:17 153:1,17
154:16 155:1,20 156:24
157:18 162:14 164:2,11,21
164:25 166:5 169:16
170:13 171:6 172:6,14
174:25 175:19 176:15,23
177:9,18 178:11,19 179:4
179:25 180:5 182:13
183:10,15,20 184:23
185:20 186:8 188:22
192:21 193:8,18 194:10,22
196:25 201:20 203:12
204:16 206:9,23 207:3
214:2,9 215:6,22 216:2,12
216:21 217:4,19 218:5,13
218:20 219:14 222:12,24
223:8 224:24 225:8 228:7
233:3 234:14 236:20 237:6
237:14,23 239:14,22
240:13,23 241:10 242:3,13
242:18,24 243:14 246:12
246:25 250:20 253:24
254:6,15,22 255:15,24
256:13,22 257:6,23 258:8
258:15 259:8,15,21 260:3
260:9,19 262:23 263:18
265:10,23 266:12,17
267:17,23 268:8,20 269:3
269:9,16,22 270:15 272:19
273:1,11,15,20 274:1
276:1,17 280:13,22 282:8
285:20 288:21 293:4
295:10 296:24 299:3 300:8
301:18 303:25 306:6 307:9
311:4 312:19 313:5,11,18
314:13 315:9 316:1,19
317:19,22,24 318:22 319:2
319:8 320:14 321:6,13
323:20 324:10 328:16
329:17 330:12,18 331:3,19
332:14,22 333:16 334:7,14
335:5,14,21 336:7 337:1
337:19 338:14 340:6
372:13 373:2 377:17
**objections** 41:8 45:9 47:8
49:2 51:2
**objective** 35:17 36:7,14
161:12,12
**obligation** 340:19
**observability** 298:1 301:21
**observable** 20:10,13,17,20
20:23 21:2,3,4 55:14,15,23

56:1 135:9 278:10 279:7
279:16 281:1,4 289:2,5,21
289:23 290:2,7,9,22 291:5
291:7,10,15,19 292:2,10
292:13,20 294:4,9,14,25
295:5,9,15 296:7,7,10,12
296:14,19 297:7,8,13
298:9,21 299:1,5,12,13,14
299:21 300:2,7,11,14,21
300:22 301:15,16 302:6,13
302:15,20,23 303:3,24
304:6
**observation** 156:8 202:2
**observations** 9:8 141:1
176:9 199:24 227:25
**observe** 46:17 84:10 96:20
120:20,22 155:16 157:1
159:22,22 161:12 163:3
172:17,23 182:15 277:3
**observed** 94:10 95:2 106:20
120:3 135:6 138:10 155:15
158:20 160:11,12,16,23
161:17 166:24 170:6,8
178:12 179:6 198:7 279:1
292:7,8 303:6 306:11
**observing** 116:16 176:1
201:8
**obtain** 355:18 360:7,13
362:20
**obtained** 135:11 312:17
**obvious** 29:14 115:21
**obviously** 37:11 41:10
104:11 114:20 122:20
179:20 190:1 230:2 237:9
351:18
**occasionally** 13:12,22 87:1
**offer** 28:1 287:14,16 379:11
**offered** 374:9
**offering** 22:7,9 40:20 44:16
44:20 376:14
**offers** 288:5 299:24
**offhand** 276:15
**office** 368:20 370:7 371:13
371:14,15,16,17,18,25
372:2,3,4,22,23 381:17
**offices** 371:11
**official** 362:24
**okay** 8:16 10:13 13:3 17:21
20:1 23:18,23 29:13 35:8
35:10 53:14 58:1 59:13
66:12 70:10 72:16 73:16
80:18 84:25 85:5 87:24
88:16 90:15 100:22 101:9
103:25 106:5 107:24 108:6
112:18 116:3 119:13

150:13 154:4 189:2 190:5
195:15 199:4 202:3 206:4
207:9,25 209:6,10 213:23
214:7 221:11 224:4 231:9
233:13 240:9 244:19 250:1
252:4 258:2,11 278:2
281:5,23 288:7 297:23
300:5 301:11 304:11
307:20 310:2,7 312:16
315:23 317:9 318:2 324:2
325:5 326:22 341:5 342:7
362:17 370:1 372:6
**old** 200:13 260:23 262:10,19
263:6 264:18 310:5,7
315:18 321:19
**once** 186:25 279:17 305:22
323:4 346:4 363:11 367:24
**one's** 179:19
**one-year** 297:6
**ones** 30:8,9 134:15,17
138:20 168:25 173:24
186:12 268:10 269:5 305:9
327:22
**open** 224:9 230:13
**open-ended** 49:25
**opening** 368:19
**operates** 81:21,22
**operating** 12:22 258:13
357:7 365:21,22
**operational** 278:20
**operations** 72:11,14 222:5
365:13,15
**opine** 17:13 24:12,16 25:18
44:15 220:15 226:3
**opined** 44:22 60:6,20 62:1,3
62:4 65:22
**opines** 18:1
**opining** 16:23 17:23 18:16
20:12,14,18,22,25 21:8,13
21:23 22:2,17 23:6 25:3
26:7 28:4 43:1 59:3,24
60:2 73:17 75:16,21,24
76:21 77:4,13 139:12
156:19,20,25 220:13 258:5
278:16 279:19 280:1,3,7
280:10,17 281:11,14,16
294:7,12,13,18 295:3
333:13,17 335:10
**opinion** 15:24,25 18:7,8,20
18:24 19:8,8 20:3,8,18
22:7,9,12,25 23:11 26:11
29:5 41:11 42:22 44:17
62:13,24 63:2,3 65:8,9
76:3,8 77:9 78:10 79:11
119:14,18 125:10 139:20

164:13 171:7 182:24
202:14 213:20,24 214:1,3
216:3 225:25 257:9,11
277:23 278:8 279:10,22
280:2 281:20 292:15
295:11 296:16 304:1,5
315:23 321:2 335:16 338:7
338:22,25 339:7,22 340:21
341:14 374:9,19 375:25
376:10,15
**opinions** 11:10 14:21,24
15:1,16 28:19 31:9 40:20
60:20 61:19 77:6 243:5
258:22 277:12 289:17
329:6 338:19 339:14,15
340:4 341:1,6,18 344:14
347:15 366:3 373:21 374:3
377:11
**opportunity** 373:22
**opposed** 21:24 43:22 46:16
60:15 66:6,8 76:9 206:6
214:17 247:6,12,20 249:16
367:22
**opposite** 180:10 182:16
**option** 12:17,25 15:17,22
30:7,12,18,19,19 32:15,20
32:24 33:4,10 34:8 62:1,7
62:12,23 63:5,15,17,18
64:14,18 65:11,14 106:13
125:14,18 137:20,21 139:3
140:6,13 162:11 178:8,16
178:20 205:12 280:17
282:15 284:13 285:18
286:12,13,17,22 288:3
289:1,7 291:18,19 295:9
297:9,10 298:5 299:25
301:8 303:19,22 359:1,5,6
359:9,18 362:16
**options** 15:20,21 30:23
62:20,22 63:6,19 105:17
123:3 124:19 125:12 127:1
140:3,16,16 179:2 278:13
279:25 280:18 282:1,6
283:6,12,16 284:1,8,15,16
284:19 285:6,11 287:3,7
287:20,21 288:9,18,23
289:12 293:11,13 295:21
296:6,12 297:7,12,13,17
299:15 306:2,3,20,25
339:2 358:2 359:21,23
**oranges** 209:7,8
**order** 10:25 35:19 80:21
222:14 301:13
**ordinarily** 216:8
**organic** 127:17 346:9

organized 131:6 367:11
organizing 348:6
orient 354:13
original 261:19
outcome 337:7
outline 345:25
outlines 167:12
output 106:21,22,23 124:9
    124:10 154:20 155:14,15
    155:22 156:5,6,7,16,17
    160:9,9,18,22,23 163:8
    166:17,18,19,24,25 168:1
    168:5,6,14,17,18,22,23,24
    169:9,10,10,12 194:4
    203:6 205:1 206:10
output's 162:15
outputs 65:10 84:11,12
    161:17,19,21 167:2 168:20
    170:6,8,15 179:6 196:5,7
    203:5,11 204:13,15,24
    205:7 206:8,19
outside 61:23 96:23 174:13
    230:17 270:5,13 271:9,11
    272:1,6,12
over-invest 277:8
over-pronounce 67:12
over-valued 313:24
overall 62:22 151:16 152:14
    172:18 173:6 175:18 217:7
    281:21
overseeing 355:24
overvaluation 182:20
overvalue 179:22
overwhelming 236:16
owes 35:25
owners 370:21,23

**P**

P 30:24 31:23 32:5,11,13
    63:21 134:23 156:21
    179:15,17,22 220:17 226:4
    226:6 282:1,4,15,20,21
    289:7,12,21 291:18 293:11
    294:10,11,16 299:14,24
    300:20,24,25 348:11
P's 294:13
p.m 131:14 158:1,4 195:3,7
    240:5 277:18,21 372:17,20
    378:19,22
package 76:17 276:4
packages 27:13
page 4:2,7 14:23 35:5,6
    41:25 50:8 55:5,6 56:11,13
    56:14 69:16 80:23,24 81:2
    81:4 89:6,6 90:1,3 132:7,8

184:2 212:3 232:10 238:6
    238:9 244:13 245:13 247:3
    247:11,14 250:23 251:7,19
    251:23 252:21 253:9 271:6
    271:14,22 278:6 283:10
    290:19,25 308:5 311:22
    314:1 315:12,14,21,24
    316:7,17 321:4,19 324:18
    324:22 325:3 326:23 327:1
    342:23 354:14 364:24
    374:3 375:6 380:4
pages 88:24 320:12 324:20
    326:6 327:2
paper 94:9,19 96:22 97:2,6
    99:23 284:23 346:25
papers 115:23 200:23
    278:22 309:25
paragraph 42:10 51:16 55:3
    56:9 57:7 80:19,24 81:4,9
    89:6 94:7 95:3,6,12 96:4
    118:18 119:6,7,8 128:20
    128:24 129:5,6,12 131:18
    131:23 132:3 137:2 140:17
    151:8,24 152:6,12 153:13
    153:19 165:18 238:8
    266:21 271:5,6 272:10
    277:25 307:25 314:2 374:5
    375:4,6,7,19,20 376:8
paragraphs 118:14,24
    123:17 167:11 242:5
    272:11 375:3
Paribas 132:14
part 16:2 18:1 26:13 33:3
    39:8 41:17 50:6 51:20 63:1
    63:3 64:25 69:11 71:21
    77:23 96:12 101:25 122:19
    154:10 156:17 172:18
    186:9 191:23,24 223:23
    241:20 260:21 261:25
    270:13,17 271:8 302:5,16
    311:10 314:4 326:20 327:7
    330:24 336:22 364:3
    367:15 369:7 375:23
participant 35:25 249:22,25
    250:3 359:12
participants 22:4 23:9 35:4
    35:22 37:9 38:21 39:2,9,14
    40:3,12,17 41:4,21 42:7,13
    43:3,8,11,23 44:11 45:5,7
    45:18,23 46:4,11,20 47:7
    47:16 48:5,22,25 49:5,7,15
    49:16 50:1 53:16 57:4,19
    243:13 256:7 280:21
    281:14 301:13
participate 362:7

participated 344:17 348:6
    348:21
participation 37:18 142:11
    326:7,15 327:12,14,18
particular 15:23 38:17 39:23
    43:17,17,18 44:5,6 45:14
    51:19 52:5 60:25 72:24
    86:10 112:22 113:10 121:6
    136:10,11 146:4,4 179:16
    181:13 182:4 222:14
    223:16 226:22 228:18
    310:13 312:14 333:11
    348:20 357:1 359:15,16
    364:19
particularly 130:5 238:16
particulars 74:17
parties 59:13 381:13
partner 365:17 366:7 371:1
    371:2
Partners 215:11 370:5,5,7
    370:19,21
partnership 276:7,12,16
    277:10
pass 225:3 356:11
passed 225:4
path 50:4 252:9
patience 15:10 239:8
Patrick 3:21 5:9
pause 11:3 15:14 18:11 21:11
    50:16 57:25 97:22 166:7
    239:7 240:8
pay 74:5,10,19 75:8,18,25
    78:8,16,24 79:2 225:13
    249:22,25
payoff 13:2 95:21 214:15
    224:2
payoffs 34:3
payout 33:18 251:4,14
PCAOB 191:2 363:1
peer 308:20
penalty 379:4
pending 7:24
Pennsylvania 354:23
people 210:7 230:2,5 276:10
    280:25 301:20 318:15
    347:7 348:12 350:5,11
    352:6 359:14,14 361:1,3,6
    361:17,25 362:6 363:6
percent 26:4,5 81:11,21,25
    82:6 83:4,7,14,22,23 84:8
    84:17 85:1,4 86:2,7,14,25
    87:4,15,21,22 88:4,7,8,11
    88:12,13 91:4,10 92:5,14
    92:17,18,19 93:2,10,23
    94:5,15 95:8,23 96:7,17

97:1,9,20 98:6,16 99:7,14
    99:22 102:1,24 103:7
    104:1,7,12 105:14,17
    106:8 107:5 108:2,4,7,18
    108:23 109:8,25 110:15
    111:3,4,10,19,24 112:9,13
    113:3,14,25 114:9,16
    115:2,9,10,16 116:12
    117:8,12,17 118:8,16
    119:2,10,19 120:17 121:3
    121:12 122:8 127:11,12
    128:11,15 129:8,14 132:21
    135:13 140:21 141:18
    144:12,17 145:19 146:13
    146:18,19 147:7,11,17
    148:4,5,9,25 149:8,18
    150:15,17,20 151:1,19
    152:16 154:11,14,19,24
    155:11,18 156:14,23 157:2
    157:16 158:8 159:17 163:6
    163:22,25 164:10 165:4,4
    166:4,14 167:3 170:2,5
    171:19,21,22 172:21
    173:16,19,24 174:9,10
    176:13,21 178:9,18 184:16
    185:9 186:11 187:3,19
    188:6,9,15,19,20 189:3
    195:20 196:3 197:3,19
    199:23 201:6 202:24 208:6
    208:11,13,14,15 221:2,9
    221:12 222:5,8 227:22
    228:4,5 234:17 235:4,22
    237:3 326:15 327:11
    340:11 351:5,11,16
percentage 72:20 95:18
    133:20,23 134:1 144:8,11
    145:18 199:6 218:8 340:4
    366:19
percentages 26:4 214:20,22
perfectly 252:1
perform 16:17 94:13 123:5
    125:4 127:7 158:22 170:3
    176:5 177:16,19 344:13
performance 24:13,16 25:5
    26:2,3 76:12 135:3 208:14
    217:2,13 218:18 219:5
    263:14,23 264:4,14,23
    317:15
performed 162:5 252:18
    314:12 344:10
performing 89:14
performs 173:13
period 18:6 54:16 58:9
    76:20 80:1,11 103:22
    120:10 142:7 153:8 226:9

226:18 230:18 275:4,8,21
276:3,23 277:6 279:7,15
279:17 281:23 282:10,13
283:3,4 293:22 294:9
296:17 297:12 298:14
299:19 300:10 301:23
303:8 305:20 319:6,14
322:24 343:2,10,25,25
356:2 358:14,17 359:6
369:17
**periodic** 17:10 26:8
**periodically** 26:1
**periods** 145:14 173:10
226:15 279:10 286:6
306:25
**perjury** 379:4
**permanent** 214:18
**permissible** 54:24
**Perry** 3:11 5:19
**person** 7:11 263:2 331:9
346:1 353:4 355:24
**personal** 137:24 138:4
306:22 356:21 381:8
**personally** 64:19 123:13
162:19 177:14 202:21
333:2
**personnel** 263:1
**perspective** 35:24 57:3,18
173:7 251:1,2,11,12
314:15 333:2,5,7
**pertained** 18:3
**Pesce** 347:11,12,24
**Peter** 4:9 11:14 278:9
307:22 319:21 370:14,16
370:22
**phrasing** 226:20
**physical** 321:19
**physically** 371:11
**pick** 76:14
**picture** 33:24 283:21
**piece** 185:15,16 212:21
347:25 348:1 357:16
**pieces** 95:10 359:2,6
**place** 35:21 50:4 101:1
200:21 270:17 272:9
312:21 381:10
**places** 103:9
**placing** 286:21
**plain** 64:16 140:16 200:12
256:17
**plaintiff** 1:6 2:6,15 3:2 5:17
340:11
**plaintiff's** 340:2
**plan** 368:18
**planning** 276:6

**play** 192:19 193:16 195:19
196:2 203:16 225:7
**played** 168:25 176:1
**please** 5:14,22 7:17,23
16:13 17:4 24:8 38:6 40:25
48:16 80:20 116:1 119:15
129:5 166:6 185:2 239:3
240:15 314:16 346:18
347:21
**plows** 157:16
**plugging** 122:2
**plus** 7:4 81:20,21 83:22 84:8
84:17 85:1 86:6 87:20 88:8
91:4 92:5,18 93:2,9 94:5
94:14 95:7 96:6 97:1,9,20
98:6,15 99:6,14,21 102:1
102:11,15,19,23 103:7
104:1 105:13,17 106:7
107:4 111:9,23 113:2,14
113:25 114:9,15 115:2,16
116:12 117:7,17 118:16
119:2,9 120:17 121:3,11
128:14 129:7,14 132:20
140:20 147:11,17 148:5,9
149:8,18 150:19 151:1,18
152:16 154:13,24 155:11
155:18 156:13,22 158:7
163:22,25 164:9 166:3,13
167:3 170:4 171:19 174:8
176:13,20 178:9,17 195:20
196:2 197:18 201:6 202:24
221:2 299:15
**point** 12:10 19:10 31:13
68:11 78:4 80:4 81:15 82:5
82:10 83:20,25 87:5,6,13
87:17 90:4,13,14 95:14,22
99:8 102:19 120:9 151:4
152:8 153:6 189:5,7 191:5
197:1,5 214:24 215:11
224:10,23,25 240:14 249:8
249:14 260:16 261:20
262:17 271:13 272:3,8
275:3 278:12,24 281:2,10
284:21 288:11 289:6,16
298:18 300:5,6 305:22
311:17 316:4 318:12,19
328:18 336:13 337:11
342:18 344:4 348:20
360:24
**pointing** 327:6
**points** 31:9 33:21 34:2,4
183:7 255:18 288:8 303:9
**policy** 111:18 248:5,12,19
248:24
**poly** 10:15 23:22 70:17

76:16 85:10 100:7,9 101:2
101:12 102:3 103:15,20
104:7,7,23 108:5 109:15
109:22 122:11,12 128:12
142:4 149:10 154:18,18
198:18,19 219:20 228:11
228:12 233:13 235:10
239:5 275:3 308:21 310:5
310:7 311:11,12,20 312:2
312:8,9,11,13 315:18
316:5,23 322:10,10,15,16
322:16,21 323:9,9,10
325:10,13,18,25 326:11,15
326:17
**Poly's** 224:9
**Polysight** 28:13 70:23 111:5
111:6,11,25 112:9 113:24
127:20,23,25 128:14 142:7
146:24 153:15 158:12
163:8 168:20 169:1 171:16
172:3,11 176:10,25 196:8
198:4 219:23 225:16
228:17 230:9,13,16 236:15
237:3 238:24 239:21
242:17 259:7 263:10
265:20 270:4,12 271:25
281:25 309:22 311:2,3,15
317:16,16 318:4,6,9,21
320:5,7,9 321:11 322:8
323:4,15 324:3,9 326:2,24
327:8,21
**Polysight's** 176:2
**poor** 45:15 253:6
**portfolio** 104:18 133:21
149:4 173:6
**portfolios** 104:13 153:5
181:12
**portion** 18:17 20:19 22:11
34:6,7 50:3 55:20 93:16
130:23 169:17 174:5
209:13 220:2,3 225:23
244:25 290:14 294:23,25
300:20 326:22,24 339:6
**position** 180:8 182:16,17
**positive** 31:22 86:9 179:19
180:8 181:21,24 263:24
264:7,14
**possible** 36:7 37:2,8,10,20
38:13 53:16 172:20 256:7
301:7
**possibly** 19:6 335:23
**post** 347:10
**potential** 27:4 28:6,12
267:14 268:5,9
**powerful** 197:7

**practical** 30:5 359:12
**practice** 252:6 253:4 306:25
355:6,19,21 356:2,6,7
358:12,19 363:12 364:10
367:10,13,13,14,15,18,19
368:22 369:8
**practices** 22:4 23:8 40:3,16
41:3,7,21 43:3 46:4 47:6
178:7 255:12 256:6,12,15
256:16 280:12,20
**precise** 6:21 90:18 159:21
159:24 160:12,16 162:24
**preclude** 51:19 52:4
**predicate** 247:23 249:1
**predominant** 61:22
**predominantly** 61:13,15,16
72:17
**preferable** 225:23 306:5
**preliminary** 320:1
**premise** 118:7
**preparation** 9:13 165:15
**prepare** 8:18,21 361:6
**preparing** 9:20 89:13
**prescribe** 38:16
**prescribes** 54:9
**presence** 371:24
**present** 3:20 5:14 56:16,22
57:2,17 113:21
**present-value** 60:1
**presentation** 364:20
**presented** 166:9
**presents** 166:9 313:9
**preserve** 8:3
**presumably** 148:17 224:21
238:19 304:20 305:14
**pretty** 295:19 303:5
**prevent** 36:21
**preventative** 37:1
**previous** 74:13,21 90:3
166:12
**price** 35:4,19,23 36:12,15,15
61:6 75:8 78:16,23 79:2,6
79:12,12,17,21,22 80:6
92:2 96:11 98:11,22,23,24
99:1,4,5 224:12 225:13
255:1 265:25 266:3 324:20
324:25 326:10
**prices** 94:25 102:8,10
119:25 141:5 155:16
180:21 296:5,7,10 297:6
297:18
**pricing** 39:3,10 42:7,14
101:12 229:17 245:18,19
247:18 249:20 250:2
**primarily** 350:21 365:6,21

365:22
**primary** 68:23 111:18
367:22
**principle** 245:10
**principles** 274:8
**printout** 309:14 310:19
**prior** 62:10 65:8 151:13
153:8 159:15 164:3 189:9
227:1 244:21 320:23
**private** 12:1 375:16
**privately** 355:23
**probability** 249:19 250:6
251:4
**probable** 251:14
**probably** 6:20 7:2 31:20
36:10 146:13 150:17
157:23 194:25 250:11
265:13 313:25 340:7
341:11 343:18 344:21
348:16 351:19 369:13
**probe** 44:25
**problem** 15:12 57:13 239:10
**problems** 314:3
**procedures** 193:12 328:9
**proceedings** 378:21
**process** 33:3 73:14 127:17
140:24 166:23 167:1
172:18 174:8 183:23 185:8
186:9 191:11 203:8,24
205:5,23 206:1,7,25 207:7
241:14,23,24 264:2 328:3
331:4,8,11 336:21 346:9
347:8 348:21 349:10 350:2
356:1
**processes** 18:5 166:15
179:1 301:12
**proctored** 355:23
**produces** 202:12
**product** 126:5 137:4 189:13
251:2,13 364:11
**products** 61:11,12,14,17,18
62:16 105:21 106:19 120:2
120:5 125:17 133:18
136:19 139:3 157:1 189:18
190:14 192:8,14 204:10
369:5,11,19,21
**Professional** 358:11,18
**profit** 208:8 213:17
**program** 124:23 359:3
364:19
**prohibits** 91:20
**prolong** 205:14
**prominence** 176:25
**promptly** 335:2
**pronounced** 369:15

**pronouncing** 349:4
**proper** 79:25 94:5 115:15
116:5,8 223:15
**properly** 164:19
**property** 356:21 357:14
358:1,4 359:17
**proposition** 291:5
**prospective** 75:1 76:23
230:8,11,14 262:20 263:15
271:10 274:4,14,19
**provide** 10:2 26:2 36:5
56:21 122:23 130:7 132:23
133:7 137:3,8,17 193:20
238:14 293:10,12 346:22
352:16,19
**provided** 117:14 301:19
314:5 320:12 374:14
**provides** 34:25 56:3 89:10
89:11 303:1
**provision** 14:17 44:9 56:25
117:24 302:11,25
**provisions** 59:25 190:16,17
232:2 296:4
**public** 130:20 381:3
**publications** 361:1
**publicly** 132:6,15 349:15
365:12 371:3
**publish** 295:23
**published** 294:20 361:5
**publishes** 287:14
**pull** 282:3
**pulling** 281:4 349:14
**punchy** 360:17
**Purab** 350:13,20,20
**purchase** 99:1 307:7,12
**purpose** 32:24 33:1 37:7
**purposes** 22:13,24 23:1
139:19 173:6 194:14
206:20,22 217:22 311:14
318:10 374:7
**purview** 341:9
**push** 170:19
**put** 10:14 12:7 44:13 48:4
51:24 52:10,24 70:16 88:2
88:3 96:17 110:16 118:20
141:11 143:16 151:4
198:21 285:25 305:12
317:7 319:12,22 344:4,5
347:1 348:15,17 351:21
352:15 364:21
**puts** 99:24 226:7,8,17
254:25 292:20
**putting** 27:10 130:8 329:14
329:20 346:5 350:25
**PWC** 265:13,21,25 266:9,15

273:9
**pyramid** 349:21

---

### Q

**qual** 346:2
**qualification** 147:6
**qualified** 40:9 41:1 274:15
**qualifier** 27:10
**qualify** 286:1
**qualifying** 312:11
**qualitative** 18:13 19:7 24:22
26:13 67:7,13 76:8 86:23
89:23 90:9,16,24 91:7,16
94:25 97:12 129:9,13
186:2 223:18 224:4 228:9
228:16,24 229:1,24 230:10
231:23 233:6,12 237:1,13
237:21 238:23,25 239:13
239:21 240:20 241:8,12
242:17 244:18 246:24
250:16,19 251:17 252:18
253:19 258:12 259:6,20
260:1 263:9,16 265:20
266:10 267:15,21 268:7,19
269:19 270:2 275:1,5
332:2,2,7 335:19 336:4,22
336:25 345:5,8
**qualitatively** 29:11 73:24
75:21
**quality** 193:5 344:18,19,20
344:23
**quantifiably** 82:2
**quantified** 132:24 141:22
**quantifies** 94:12
**quantify** 130:12 141:14,20
187:24 276:18
**quantitative** 26:18 27:22
62:11 65:19 66:13 67:4,7
67:13,19 73:17 76:7 81:7
83:5,9 86:22 87:6,25 89:12
89:21 91:6,16 93:19,21
94:1 97:16,16 98:6 99:13
129:10 185:4,5,11 187:4
187:12 192:20 193:24
194:1,9,11,13,16 195:11
219:19 221:13 229:22,23
271:19 331:5 332:1 345:5
345:9 377:21
**quantitatively** 73:23 74:1
75:22 184:22 186:7
**question** 7:16,25 8:2,5,14
19:5 21:6 22:7 23:6 25:13
40:23 48:12,13 52:3,15
56:20 64:12 77:10,12,24
97:24 98:18 115:24 131:16

135:1 160:14 161:4,8
165:24 170:24 172:16
174:2 178:15 182:18
196:15 204:1 205:3 218:17
244:16,21,25 245:3,14
246:1 247:5 248:3,17
249:24 250:1,7,25 252:10
252:23 253:2,5,13 254:13
255:5,17 256:24,25 257:13
268:3,14,16 269:7 270:10
271:24 274:18 280:15
298:2,19 303:12 311:7
312:23 313:1 314:20,23,25
332:5,18 355:8 360:9,11
374:13,17 376:12
**questions** 7:7 29:14 44:21
195:12 347:22 373:13,16
373:20 374:6,10,24
**quick** 57:23 66:15,20 277:15
325:15 354:11 373:15
**quickly** 10:22 50:13 119:16
326:25 354:12
**quite** 310:2
**quotes** 241:3

---

### R

**Rachel** 348:22 349:20,23
**Rahul** 350:1
**Raipanchola** 350:13
**raised** 11:16
**raising** 365:10
**Rakoff** 339:13,13 341:8
**ran** 100:2 200:4
**range** 9:23,24 68:3,11,14
81:12 83:17,19,20,23
84:12 85:23 86:1 91:12,21
91:25 92:8 94:24 96:2,10
104:16,17 105:20 108:23
115:18,20 116:18,18,19,21
117:4,13 119:12,19 120:3
120:15 126:4 127:15
129:14,15,15,16 130:4,9
130:10 132:23,25 133:7
135:8,8,12,13,15 137:3,4,8
137:10,17 140:25 141:5,10
141:14,19 157:2 158:21,21
161:13,16,18,19,20 163:2
163:6 174:14 180:19 188:8
189:23 191:5,16,18,19,21
192:9,12 193:21 203:24
204:2 206:15 222:17
227:25 228:2
**ranges** 118:11 125:16 191:7
**ranging** 151:11
**rate** 58:8,12,16,19 59:9,15

138:17,17 139:5,5 252:12
252:13,25 253:9,17 352:3
**rates** 344:6
**ratio** 26:21,25 27:5,8,9
303:18 319:4,5 327:21
**ratios** 27:17,18 28:2 227:17
318:10,21 329:2
**RBS** 61:24
**reach** 99:21
**reaction** 26:12 133:4,6
**read** 50:13 51:21 57:22
59:16 74:9 89:18 90:21
105:11 163:18 230:22
231:8,9 243:2,15 244:15
251:7,15 253:25 254:25,25
257:14 259:4,9 261:22
263:1 265:13 278:19 291:3
302:14 325:19 332:24
336:8 346:21 379:4,6
**reader** 113:15 114:8,14
117:22 130:9 141:8 150:22
**reading** 70:20 113:13 114:7
153:13 209:16 211:21
251:6,10 337:20
**ready** 325:20
**real** 50:13 57:22 325:15
**real-world** 338:6
**realize** 252:15
**really** 81:20 251:24 267:11
289:16 344:3
**reason** 9:25 19:17 29:9
33:23 79:22 104:8,9
112:22 113:11 122:20
162:22 182:17,19,22
310:11 312:8 321:9 322:21
323:18,24,25 355:10 380:5
380:6,8,9,11,12,14,15,17
380:18,20,21,23
**reasonable** 16:5 41:16
47:12 53:8,11 81:12 83:17
85:23 86:1 105:20 116:18
116:19,21 117:4 119:12,14
119:19 120:3 121:18 122:9
127:15 140:25 141:9,10,14
156:4 171:23 173:5 190:7
190:7 191:16,18,19 192:9
227:25 289:15 331:9
374:14,15,21 375:16,24
376:16,17 378:4
**reasoning** 94:8
**reasons** 16:7 43:15,20 84:2
334:16
**rebuttal** 9:4,11 77:23
**recall** 27:12 38:5 134:19
136:23 137:14,18 146:12

147:7 162:2,3 173:23
195:18 196:19 197:15
198:22 202:5 237:16
264:24 265:14 266:20,20
270:8 271:12 282:2,21,22
282:25 287:25 289:9,10
290:11,14 303:13 304:13
305:4,9,10,10 317:8 325:8
328:2 329:4 333:25 341:1
341:4,5,12,13,17 359:19
362:11 364:6,11
**receive** 353:7
**received** 335:2 358:3
**receiving** 359:19
**Recess** 66:23 131:11 158:2
240:3 277:19 372:18
**recite** 232:8
**recognize** 88:23
**recollection** 25:1 65:4
136:12 146:14 173:18
175:6,13,21 199:22,25
264:10 266:6 282:18 353:5
359:22
**record** 6:11 8:3 14:15 19:11
24:21 27:8 59:12 66:21,24
69:13 74:9,10,23 91:24
94:11 122:19 131:7,9,12
131:13 157:24,25 158:3
190:4 195:1,2,6 210:22
229:10,11,18,21 231:11
239:25 240:1,4 241:5
243:3 277:17,20 313:2
335:20 336:9,10,22 348:25
372:15,16,19 373:14
378:17,20
**recorded** 67:24 78:5 191:20
381:7
**recording** 211:23
**recruited** 368:15
**redeem** 79:18,18 80:5,7
**redeemed** 80:14
**redeems** 224:11
**redemption** 79:24 80:14
224:12
**reduce** 182:12
**reduced** 88:7 188:15 381:7
**refer** 11:21 12:3,9,14 14:6
58:15 252:4 265:25 344:25
357:7
**reference** 9:10 12:15 13:23
36:21 40:11 102:6 136:9
140:18 189:6,7 216:16,16
216:17,18 239:5 242:5,7
243:6,7 253:14 272:7,13
276:22 281:19 308:24

**references** 318:5
**referred** 137:2 274:11 308:3
**referring** 9:3 13:11,13,22
14:11,14 21:19 69:14
155:4 168:19 181:8 309:1
309:3 315:15
**refers** 87:1 166:20 185:3
**refine** 64:6
**reflect** 26:3 42:6,12 43:7,10
44:3,10 45:4 85:15 209:13
220:6
**reflected** 22:3 23:7 94:22
253:16
**reflecting** 94:4
**reflection** 71:25
**reflective** 213:17
**reflects** 94:19 221:1
**refresh** 175:21 282:17
**refund** 334:23
**refuse** 190:4
**refuting** 297:24
**regard** 21:5 50:11,25 122:22
275:5
**regarding** 25:4 27:4 60:7
79:6 152:3 163:12 259:3
265:8 273:25 275:23
277:24 340:24 353:8
359:20 375:20
**regardless** 148:13 182:23
182:24
**registrant's** 238:21 271:15
**regression** 158:17 159:12
159:17 160:6,15,19 161:1
161:5 162:6,10
**regulatory** 271:16,20
**reinvested** 224:20
**relate** 153:4 227:13 254:3
363:21
**related** 18:7 26:25 27:20
28:19 29:5 32:20 47:7
56:21 59:25 62:7 65:13,17
69:18 70:5,22 86:21 93:11
95:7 116:4 126:5 136:19
148:4,5 149:18 153:14
158:23 160:6 167:8,25
169:5 177:7 190:13 194:3
194:4,8 200:24 218:2,3,12
228:17 229:2 230:20
241:25 253:8,22,22 258:22
294:15 301:6 309:22 311:1
314:25 330:16 331:5 336:1
338:22 339:1 340:15
357:18,23,25 359:8 362:12
364:2 368:4
**relates** 55:9 81:6 152:3,23

153:5 180:20 227:4 251:19
274:7 277:12 311:3,9,23
315:11 317:11 327:7
**relating** 194:21 241:4 270:3
**relation** 16:23 347:14 364:1
**relationship** 144:23 182:25
326:14 367:8
**relative** 381:11,13
**relatively** 130:3
**release** 368:15
**relevance** 37:3 39:19,23
44:4 45:13 255:18
**relevant** 39:7 50:22 55:14
56:1 222:23 254:12,20
255:12 267:4 298:14
**reliable** 172:8 196:18,19,23
280:4 315:8
**reliance** 89:12
**relied** 128:13 134:5 178:8
315:6
**rely** 259:1
**relying** 117:25
**remaining** 120:15 121:16
142:16,20 149:15 151:9,12
151:17 153:7,10
**remember** 145:4 175:2,9,23
175:24 189:24 190:1 191:2
195:12 196:14 197:16
208:11 218:7 263:2 271:5
272:5 293:16 304:14,15
314:18 328:8 333:23 353:9
353:9 377:22
**remove** 142:8
**removed** 46:8
**render** 238:13
**reopening** 373:23
**reorient** 195:12
**repeat** 30:15 55:7 61:2
143:8
**repeated** 287:23
**rephrase** 7:18
**replace** 109:18
**replaced** 224:18
**replicate** 59:20 316:12,13
318:4 319:14,15 327:22,24
328:4,5,8,10,11,22 329:1
**replication** 328:3,19
**report** 4:8,9,12 8:24,24,25
9:4,5,5,9,11 10:6,6,20 11:5
11:6,9,14,15,16,20 13:25
14:25 15:16,24 16:9,16
17:13 18:7 19:7 20:2,12,14
21:8,19 24:12,15,18,25
25:2,18 27:16 28:4,19
44:23 51:15 62:11 67:5,6

69:16 70:3,8 77:9,23 80:18
80:25 81:16 94:3 100:14
101:17 105:11 112:19
113:3,13 114:7 115:13
117:23 118:14 125:20
126:12,14,16 130:23
150:23 156:3 157:7,14
163:12,18 165:8,14,16
167:6,20,22 168:11,11
177:24 190:10 202:11
204:4,6 223:19 237:8,10
237:13,20 241:3 242:6,7
243:2 244:18 254:1 259:13
259:19 263:20 266:16
270:17 271:1 272:2,16,23
273:8,13,18,22,24 277:12
278:1 290:4 307:23,25
308:24 309:8,15 310:16
313:20 315:6 317:9,13
325:23 329:9 330:11
339:19 343:8 344:10,21
345:15,18,21 346:4 348:13
350:4,4,8,9 352:16 353:8
353:16,20 354:2 368:2
373:4,7,10,24 374:7,25
375:1,4,6,7 376:8 378:9,10
**reported** 1:23 72:6 190:9
222:16 238:18
**reporter** 2:19 5:21 7:9 92:24
381:3
**Reporters** 3:22 5:11
**reporting** 38:4 39:5 50:20
55:10 168:2,6 192:19
223:1 262:18 263:13
**reports** 20:16 356:8 357:22
361:6
**represent** 6:14 146:17 221:8
222:2 233:15 234:18
248:11 310:22 343:9
**representation** 16:3,8 17:24
264:4,7 320:17 340:24
**representations** 17:14
259:2 282:23 335:12 375:8
375:21 377:1
**represented** 17:21 58:11
264:21
**representing** 322:13,14
**represents** 216:23 222:4
232:17
**repriced** 192:7
**repricing** 192:8
**request** 79:24 80:9,13
310:24
**requested** 350:22
**requesting** 265:3

**requirement** 43:12 296:22
358:13,16,17
**requirements** 19:2,14 59:4
256:5 257:5,21 271:16,21
288:12 294:2,24 295:17
299:25 338:12 355:21
356:6,8 358:7,9 362:7
363:12 364:21
**requires** 85:16 250:14 257:3
**Research** 1:8 2:8 5:3 11:22
380:3
**reside** 361:3
**resident** 368:21
**resignation** 273:19
**resigned** 258:19 334:12
**resist** 307:2
**resolving** 335:19,22
**respect** 44:15 241:22
245:15 374:9 375:23
376:11,15,17 377:12,14,25
378:2,10
**respond** 11:15
**responded** 14:22 15:13
265:6
**responding** 10:7 24:23
378:1,10
**responds** 14:25 245:22
**response** 15:25 27:25 40:9
40:10 41:3 202:22 286:23
310:23 353:16,20,24
361:11 363:9
**responsibilities** 345:21
350:16 368:7
**responsibility** 40:1
**responsible** 347:14
**rest** 320:22
**result** 39:4 50:20 71:9
107:25 108:1 170:11
181:23,24 186:1 200:13
221:13 236:1 334:23
**resulting** 72:11 207:20
238:20
**results** 38:10 111:11,25
156:22 176:2 177:3 219:18
229:15 250:7 261:18 264:1
271:19 311:14
**retained** 266:4
**retention** 258:19
**retrospective** 123:10,12,14
**return** 30:3 180:8 253:15
308:21 312:3 318:5,5
320:3,4,8 368:1
**returns** 32:5 34:2 179:19
310:9 311:20 321:10
**reveal** 353:12

**Revenue** 360:25 361:7
**reverse** 120:23
**review** 8:9 19:11 27:7 28:15
119:20 122:14 129:1,17
135:14 177:23 200:23
231:1 245:6 328:15 344:18
344:19,20,21,24 349:16,17
356:9,10
**reviewed** 8:22,25 9:7 119:24
122:17,18,22 165:15 178:1
244:22 320:17,23,24,25
330:10 336:21
**Richard's** 342:17
**Richards** 342:18 372:22,25
373:5,8
**right** 6:15 11:14 12:9,13,24
13:5 20:5 24:11 26:17 31:5
35:7,8 48:19,20 52:7 56:16
57:14 68:5 76:9 77:15
78:24 79:7 81:21 82:12
83:10 84:13 85:13,14,20
85:21 86:18 87:23 88:25
89:1 90:5 92:23 93:21
97:16 99:12 101:1 105:4
107:11,11 108:12,16,19
109:5,6 111:2 112:10
119:8,11,18 120:23 121:10
121:13 122:10 128:3
130:25 131:25 132:18
139:25 142:17 143:12
145:7,8,10 146:20 149:6
149:12 151:14 152:12
155:9 157:7,12 159:3
160:1,14 164:6 165:3
168:9 171:10,17,24 174:18
178:23 180:22 184:9
186:19 187:6 188:12
196:18 200:19 201:16
203:22 205:8,22 206:2
207:19 208:17 209:18,23
210:9,14 211:1,4,6,9,12
212:9 217:7,11,13,23,24
218:2,14 220:7,8,10
221:21 225:20 227:17
228:3,19,21,21 232:12,22
233:19,23 234:5,6,6 235:6
235:15 238:10,11 247:9,11
248:24 249:6 253:3 254:3
255:1,4,7,8 256:5,8 261:10
261:11,20,24 262:5 268:2
269:15 273:2 279:19
281:20,23 283:15,24,25
284:3,5,10,13 286:12,15
289:24 291:2,20 292:11
294:19 296:14 297:20

300:24 301:2 302:10,18,21
303:19,20,21 307:15,18
309:7 310:4 311:17 314:9
315:5,17,20 317:23 321:7
321:20,23,25 322:4,20
323:21 324:25 326:3
327:13,16 329:16,21 332:8
332:9 336:23 338:11,13
340:13 342:11 343:7,14
350:12 351:15,17 354:13
354:16 356:19 357:20
360:24 366:1 367:24 370:4
374:4 376:9,12,19 377:3,4
377:9 378:13,15
**right-hand** 315:15
**rigorous** 355:22 356:9
363:10
**ring** 357:17
**risk** 27:1 39:4,11 42:8,15
101:15,16,17 102:18
103:17 105:6,7 107:13,14
108:13,14,22 109:17 110:8
110:14 123:21,23 124:1,19
138:21,23,25 139:4 164:8
192:18,23 193:1,23 194:9
194:21 199:25 250:13
277:7 317:15 341:15
373:23
**risk-free** 58:7,12,16,19 59:9
138:17,17 139:4,5,13
140:5 252:11,13,25 253:9
253:17
**Robinson** 344:11
**robust** 292:18
**ROC** 173:11
**role** 63:15 176:2 192:19
193:17 195:19 196:2
335:18 370:2
**rolled** 69:9 71:17 72:1 82:21
88:10,13
**rollover** 220:9,18,23 225:19
226:3,5,17,21 350:24
**room** 346:20 347:7,9 355:24
**Rosenburg** 3:16,16 5:20
**rough** 329:12 343:25 352:2
**roughly** 112:8 327:17
346:15 351:5,16
**RSM** 143:16 173:8,13
174:20,21 175:14,15,16
230:20 258:18,21,25
273:19 334:12
**RSM's** 105:22 273:24
**rule** 14:14 87:2,9 184:20,25
185:4
**rules** 7:6 38:9 185:4 366:25

run 99:25 145:21 158:17
159:9,12,17 160:15 162:10
176:11 186:12,13 325:6
runs 15:20 343:5
rush 371:8
Russell 30:24 31:23 32:6,12
32:13 63:23 135:4 156:21
179:15,17 282:20,24,24
283:5,11,16,22 284:7,25
285:6,10,17 287:7,12,21
288:3,9,17,23 289:1,10,18
289:20 294:10,15,17,21
295:4,8 296:8,12 297:2,9
298:4,8 299:2,13 300:22
301:1 348:10

S

S 4:6 30:24 31:23 32:5,11,13
63:21 134:23 156:21
179:15,17,22 282:1,4,15
282:20,21 289:7,12,21
291:18 293:11 294:10,11
294:13,16 299:14,24
300:20,24,25 348:11
S-A-B 86:19
SAB 4:11 86:17 87:1 88:4,10
88:16,17 89:2,8 90:8,23
91:14 185:3,9 223:20
238:4,6 239:11 267:2
Sacramento 365:14
sake 13:15
sales 95:15,20 102:14
119:24 120:6,10 152:10
153:11
Sam 253:13,14
San 361:18
sand 48:5
Sandeep 4:14 242:11
243:10 244:4 246:8,15
256:9
sanitized 356:4
sat 361:18 372:9
satisfactorily 117:4
sausage 316:22
save 379:8
saw 53:25 55:3 202:10
246:19 256:9 264:9 287:18
287:19,24 328:17 352:21
363:9
saying 31:21 40:10 41:2
45:5,12 46:14 49:12,12
96:6 97:8 117:11 122:6
123:11 149:7 163:2 218:21
223:5,14 243:2 282:9
285:10 286:5 318:17

337:22,22 338:6,9
says 15:16 16:2 20:8 35:13
36:19 37:1,2 43:6 45:3
71:2 85:25 91:19 96:1,8
116:17 117:1 121:18 135:7
165:24 185:9 187:15 191:5
229:13 232:15 238:12
240:25 248:12,16,24 249:6
271:2 276:5 277:6 296:5
297:6 303:13 310:16
315:16 321:21 375:7
SBB 1:8 2:8 5:3 11:21,22
12:14,16 13:6 15:18 16:3
16:25 17:8,21,22 18:2,20
18:24,25 19:1,3,13,15,19
20:8,13 21:23 23:7,12 24:5
25:15 26:2,19 27:3 28:11
33:6,15 59:9,14,24 74:14
77:18 79:19 82:9 83:19
91:24 98:14 107:15 124:2
139:8 144:1 151:9 161:23
188:18 193:24 194:2,7,9
194:21,24,24 207:25
215:21 222:16 229:25
230:2,5,16 233:22 234:1,3
234:10,23 235:18 236:1,17
241:4,18 242:1,11 245:16
246:8,22 250:4 251:2,12
253:22 254:3 260:17,23
261:9,19 262:1,13,18
263:1,23 264:21 265:2
266:4 278:17 310:20
311:14 312:18,21 313:3,9
314:11 318:8,16,20 319:5
319:18 322:25 331:6
332:20 333:21 334:5,22
335:1,2,10 336:13 337:4
337:25 350:23 352:17,20
353:1 374:16,22 375:11,11
375:17 376:23 377:9,15
380:3
SBB's 15:16 16:2,6,17 18:4
20:22 21:9 22:3,18 27:17
28:5 32:24 33:2 42:16 59:3
67:7,21,24 69:25 73:9,18
75:7 76:13,22 78:2,5 93:1
93:9 98:19,24,24 99:1
119:24 123:8 129:20 162:7
170:1 202:8 205:20 207:16
207:19 210:19 212:13
240:11,21 248:5,18 258:18
258:23 263:25 264:12
265:21 271:20 275:18
280:3 302:1 315:23 316:16
374:20 375:8,14,21,21

schedule 104:22
scheduled 100:23
schedules 88:5
SCHUMACHER 3:16
scope 40:19,20 44:13,14
46:21 47:18 48:7 49:18
50:15 51:11 53:17 54:3
346:3 373:20 374:2,10
screen 187:15 346:1
seal 381:17
searching 127:18
SEC 6:14 143:20 248:2,4,16
248:18 249:7 271:17
310:23 334:2,24 340:14
362:24,24 363:1 380:3
SEC's 14:7 333:5,7,22
334:20 335:2 336:2 337:3
second 10:8 11:2 15:2,9
19:17 21:10 25:8 28:9 50:6
57:22 67:22 71:2 80:20
87:21 95:11 97:23 100:11
103:8 104:8 109:18 113:19
118:20 165:17 166:6
191:24 208:8 227:3 233:10
235:9 238:9 239:2 240:6
251:9 253:10 271:21
285:16,25 290:23 291:2
300:4 309:23 312:5 331:22
342:23
section 15:15 35:11 38:6
46:18 55:7 58:3 66:17 71:6
71:9 72:9 90:8 109:19
132:6,16 165:20 202:11
279:14 290:12,16,20,24
291:1 313:24 314:1 324:19
342:19 346:2,3 348:1
364:4,7 374:1
sections 56:19,21 345:17
346:6 353:15
securities 1:5 2:5 3:3 5:3,6
5:17 52:1,12 54:25 126:9
126:10 161:21 204:18
205:8 206:19 254:10 255:2
256:17 267:12 305:12
369:7
security 38:14 39:15 40:4
40:17 45:14,22,24 46:5
48:25 50:10 58:10 59:21
99:3 203:3,4,10,10,14,21
204:14,19,21,25 205:2,12
205:19,19,20 206:11,13
207:1,2 256:18 258:4
see 22:17 35:6,15,16 55:20
56:18 57:9 71:3,4 83:12
85:2 86:8 89:6 95:22 101:5

101:11 110:10 111:16
114:20,20,23 115:7 118:8
121:20 128:9 129:4 130:8
142:8 150:9,14 151:5
154:19 160:15 162:6
165:22 166:10 179:18
182:25 186:10 187:19,25
208:12 211:25 225:15
240:24 251:6 287:2,15,17
287:23 288:1 290:15
291:22 292:19 295:21
297:17 308:22,23 311:24
312:6 315:21 321:18,21
322:17 324:13 325:7,8
326:13 327:2 328:22
335:20 336:24 344:9
349:11 351:2,9 361:9
372:7 374:17,22,25 375:2
375:17
seeing 286:8
seen 26:12 27:7,8,11,14
76:15,18 137:21 138:2,6,9
140:4 202:19 264:17,22
278:20,21 320:24
segments 253:21
selected 197:3 216:16 227:9
269:5 340:24
sell 35:20 224:22 251:2,12
285:17 286:13 287:12
293:21
selling 305:6
Sen 13:25 103:18 105:10,13
106:20 108:21,21 109:13
109:16 110:7 112:15,24
115:11 124:5,13 155:25
156:1,10 159:6 160:10,21
162:1,5 163:11,15 164:19
165:8 166:2,16 167:2,6,12
168:23 169:15,22,25
177:11 180:14 199:15
202:6,15 203:20 304:18
342:11 371:12 372:11
373:11
Sen's 4:12 96:14 99:18
101:13,14,15,16 102:23
103:16 105:3 106:23 107:1
107:11,18 108:9,11 112:11
121:14 123:20 153:16
155:7 156:7 159:1 160:7
164:7 177:23 197:22
199:10 201:9 202:3 304:11
342:15 372:3
senior 64:20 344:12 355:14
356:9,12,24 357:22 358:7
358:22 360:13 362:22,24

**Gene Deetz**
**1/30/2024**

367:16

**sense** 21:12 33:18 72:19
74:3 178:2 194:18 249:11
303:8 320:25 327:18
336:20 368:10

**sent** 11:13 310:23

**sentence** 19:18,18 42:12
50:18 90:3 152:2 238:9
249:6 294:17

**separate** 314:20 348:10,10
363:22

**separated** 136:18

**separately** 4:18 327:20
342:19

**September** 310:9 311:20
318:6,7

**series** 324:14 361:1

**Serious** 365:14

**seriously** 337:5

**service** 293:2,24 360:25
361:8

**serving** 7:1

**set** 43:22 67:21,22,23 68:6,8
141:11 208:23 263:13,15
297:24 333:11 359:17
362:1 381:16

**sets** 208:25 216:15

**setting** 20:23 80:13 161:10
180:6 281:7

**settle** 39:6 50:21 51:9

**seven** 223:19 267:3 277:2

**share** 327:15,18

**shared** 353:1

**shares** 296:6 297:7 371:4,6

**sharing** 11:18

**Sharpe** 27:8,17 28:2 308:13
319:4,5 329:1

**sheet** 68:20 69:11 70:22
71:3,17 72:22 82:22 88:13
101:18 174:11 183:12
184:19 185:13 186:12,24
187:8 188:10,16 190:11
207:10 212:6 219:22 220:2
220:15 225:23 226:2,13,15
227:3,20 310:13 327:6
379:10 380:1

**sheets** 264:23 325:2

**shifted** 253:1

**shooting** 53:7

**shore** 371:21

**short** 31:16 121:21 179:14
182:17

**shortcut** 234:2

**Shorthand** 2:19 381:2

**shot** 52:25

**show** 96:2 99:10,20 109:10
167:10 211:20 231:10
346:25

**showed** 315:12

**showing** 8:8 268:10 328:25

**shows** 96:22 104:23 157:15
264:18,21

**side** 66:13 67:19 81:22,22
183:5 194:9,11,13 219:19
232:16,18 234:11,12 235:5
235:6 236:3,6 237:5
268:11 281:16 340:9,12
352:8 369:13

**side's** 336:5

**signed** 274:16 363:9 368:1,2
379:16 380:24

**significance** 112:5 160:2
170:12,22 171:5,11 172:4
196:11

**significant** 20:19 21:14
62:15 65:13 106:17 115:8
119:23 125:17 128:10
129:3 158:19 160:17 161:7
161:11,15 162:8,13,16
172:12 189:20,22 196:14
238:14,21 275:9 277:7
279:24 344:22 365:11
369:9

**significantly** 162:13,16

**signing** 365:17

**similar** 19:5 46:13 70:4,8
101:22 102:7,9 111:14
120:3 153:24 154:1,5,12
160:10 169:22 174:19
186:22 187:9,22 190:5,11
192:10 201:14,18 209:12
306:10 360:20 361:13
362:14,14 370:2

**similarity** 33:25

**similarly** 9:6 169:4 174:22
189:13 192:1 221:20

**simple** 159:24

**simplify** 25:14

**simply** 46:19 89:16 157:22
169:14

**simulations** 15:20 136:21

**simultaneously** 260:17
350:7

**single** 104:1,5 148:10 171:3
171:3

**sit** 27:12 38:5 61:21 65:3
84:20 124:23 134:16
176:24 177:1 189:25 207:4
207:6 264:16,24 272:5
287:25 292:17 305:4 325:9

328:5 341:3 345:23 346:20
347:25

**sits** 371:18

**sitting** 175:15,23,24 257:21
284:18 288:7 314:10

**situation** 204:3 373:23

**six** 99:10 102:14 120:7
152:3,6,23 153:4 313:25
370:21

**six-year** 303:22

**size** 312:10,13

**skip** 247:14

**skipping** 261:24

**slanted** 369:13

**slightly** 15:8 39:17 46:13
47:9,11 312:23

**small** 31:2 371:5

**smaller** 217:11

**Sobelman** 215:9,9

**Society** 355:15 356:15
361:16

**sold** 95:22 99:2,3 151:13
152:4,6 153:7 370:20

**solvency** 369:3

**somebody** 74:17 224:10
264:9 286:21 347:3

**somewhat** 29:14

**sophisticated** 341:15

**sorely** 363:3

**sorry** 16:12 22:22 25:12
34:4 40:24 43:21 49:23
52:2 57:6,12 61:2 73:9,24
75:11 80:22 85:22 87:25
93:6 98:22 99:2 105:1,25
108:19 109:22 110:16
116:2 118:23 119:5 126:21
127:13 131:20 132:8
149:20 151:21 155:2 156:8
157:10 161:24 165:1
170:23 174:7 181:5 183:15
194:23 205:14,25 208:10
211:25 214:3 221:24
225:22 235:9,10 239:8,23
247:22 251:5,24 252:12
254:24 268:15 269:11
281:2 283:20 284:14 286:1
294:16 297:10 310:14
312:10 332:4 335:22 342:5
345:3 348:4 349:3 350:15
360:8,17 365:25 370:11

**sort** 19:5 56:20 71:2 73:3
75:15 82:13 83:5,9 86:11
89:8 90:3 148:24 149:7
159:15 163:14 176:5
178:16 186:5,22 189:5

191:23 217:11 228:22
232:13 301:6 335:11
346:15 367:20,21 372:2,10
372:11

**Sortino** 26:21,24 27:5,8,12
27:17 28:1 308:12 318:10
318:21 327:21 329:1

**sorts** 222:23

**sound** 146:19 351:7

**sounds** 343:14

**source** 49:20 312:16 313:3

**sources** 49:6 84:5 167:7,13

**Southern** 339:16

**space** 166:21 231:11 368:5

**speak** 7:9,14 215:19 229:25
230:3,11,20,24 246:17
345:3

**speaking** 41:10,12 203:7
279:13

**specialist** 5:10

**specific** 16:18 12:10,12 22:9
27:6 38:6 65:4 78:19 94:9
94:11 116:25 135:23
136:12 137:4 176:9 196:7
240:24 243:23 256:4
264:10 265:14 315:24
316:6 319:13,13 345:2,7
347:6 353:7,15,19,23
358:23,25 359:2,22 362:15
362:16

**specifically** 24:16,23 62:17
64:10,12 65:5 96:22
100:17 105:12 114:19
128:6 134:20 136:23 137:9
137:18 153:19 156:2 157:6
162:2 197:15 202:15 237:7
237:10,16 242:4,5 243:5,7
246:13 259:10 264:8,16
270:9 271:12 273:21
293:23 304:13 313:21
318:11,23,25 328:2 334:9
335:8 338:17 341:4 359:19
363:8

**specificity** 189:24 264:11
282:22 289:9

**specifics** 21:21

**specified** 381:10

**specify** 51:19 52:5 132:20

**speech** 362:25 363:2

**spell** 6:10

**spend** 9:20

**spent** 352:7 368:19 369:19

**split** 342:14

**spoken** 215:20 330:5

**spot** 344:5

spreadsheet 4:15 94:9,12
264:21 308:13,19,25 309:2
309:9,9,12,14,21,24
310:17,19 312:2,15 315:7
315:11 317:14 320:22
321:1,4,12 323:2,19,21
328:15,18
spreadsheets 264:17
350:23
spring 60:10
stack 131:5 309:25 320:19
staff 89:11 345:24 346:1
361:2,4
stage 94:1 183:18
stake 216:6,24 224:22
stale 61:6
standard 170:2,4 174:6
182:11 190:24 191:2 193:6
250:12 252:17,24 253:3,5
256:11,14 358:11,18
363:25
standards 190:18,21 193:19
252:6 361:10
standing 44:14,19
standpoint 337:3 351:18
start 14:23 35:5,11 50:4
66:3 70:18 78:21 101:6
103:10 185:8 197:2 211:22
239:10 244:12,13 294:11
294:19 326:5 344:11 346:5
350:8
started 13:16 252:12 253:1
358:4 369:18,18,19
starting 15:15 56:13 62:20
82:5 87:5,6,13,16 99:8
119:5 244:20 252:3
starts 314:1 321:19 324:24
364:24
state 6:10 51:18 237:7 317:9
355:1 381:4
stated 42:25 248:5,19 259:1
statement 68:21 69:25
70:13,22 71:18,23 72:2,5,6
72:9 86:21 184:20 186:24
187:8 189:3 192:17 219:23
220:3 221:19 231:22 243:2
249:24 264:3 312:6 317:7
statements 17:7,10,10
23:12 24:10 69:22 83:1
89:14,15 116:6,9 132:5
187:23 192:3 193:2,2
227:10 238:18,22 255:9
262:6 274:6,7,12,20,23
349:16 365:23 366:2,5
states 1:1 2:1 3:3 18:20 42:5

55:10 56:25 57:15 169:25
stating 89:20
statistical 26:25 27:22
158:22 159:9 160:2,5
170:3,11,22 171:4,11
172:4 176:5 196:11
statistically 158:19 160:16
161:7,11,15 162:8 169:25
172:12 196:14
statistics 308:14
Stats 315:16
status 356:5,13
steer 271:8
stenographically 381:7
step 83:12 84:25 87:20,21
93:17 101:24 174:17,24
182:6 355:6 365:20
stepped 367:12
steps 8:20
stipulate 218:11
stock 63:18 140:16,16
Stoker 339:12,20 340:14
stop 85:22 195:1 199:3
284:24 300:5
stops 284:25 305:22
Stoughton 364:24 366:11
straightforward 160:4
strange 13:11
strategic 367:17
Street 3:17
strictly 22:24
structural 192:18,23 364:20
structure 33:18 206:7 346:4
350:8 375:11
structured 12:18 13:14,24
15:17 18:4 22:5 29:25 30:1
30:4,5,13,17 32:14 61:10
61:12,14,18 62:15,21
65:17,20,23,25 66:4 72:17
72:20,25 73:9 91:24 92:11
105:21 106:18 116:5,9
120:2,4 125:22 126:4,8
129:20 132:22 133:18,18
133:21,24 134:6,12 136:3
136:22 137:7 138:18 140:6
156:21 179:10,23 180:7
189:13,17 190:13 192:8
204:9,24 205:2,11 240:22
241:20 245:17 248:5,19
260:18 338:23 349:7,8,10
358:23 362:12,15 364:2,5
364:9,10,22 369:5,10,11
369:20 375:13,22 376:23
studies 115:14
studying 360:21

stuff 129:9,10 147:25 231:7
347:3 356:22 357:16
style 348:17
Su 3:4 5:17
Sub 298:19
subject 8:15 30:10
subjective 36:21 37:13,15
53:21 54:1
submission 356:3,4
submit 355:25 356:1
submitted 10:20 65:9 179:8
339:7,19 357:23
submitting 11:10 356:8
subpart 359:24
subpoena 310:23
subscription 276:4,9
subsequent 192:2
substance 11:20 333:20
substantial 355:21 369:7
substantiated 289:18
substantive 52:10 230:4
subtotal 212:19 342:24
subtract 159:21
sufficient 55:13
suggest 271:19 272:11
303:17
suggesting 218:25 312:20
319:23 338:5
Suite 2:16 3:5,12,17 5:12
sum 86:11 109:24 110:12,13
110:20,23 143:11,22 187:5
summarize 237:24
summarizes 89:8
summarizing 237:21
summary 11:9 14:23 15:16
69:17 81:18 89:6,10
228:15,22,25 239:20
266:25 278:15 332:13
346:2 374:3
summation 186:16 187:20
summing 343:9
superior 220:17,18
supervision 344:17
support 55:3 56:9 115:14
116:14 118:15 291:23
340:22 366:21 376:16
supported 118:11 191:7
378:11
supports 347:1
suppose 370:22
supposed 37:3 83:23
sure 11:18,24 15:3 16:15
17:6 18:19 24:9,20 27:15
28:11 29:22 30:16,17 33:1
33:13 40:9 41:1 48:18

50:14 52:18 54:22 57:7
60:17 65:24 67:18 68:15
70:19 71:1 75:12 79:3 89:5
98:3 105:2 107:10 109:11
110:18 118:22 119:1,8
164:2 167:11 168:8 170:25
185:3 192:22,25 200:10
209:11,16 217:7 239:25
244:2 249:17 250:12
254:12 260:5 270:11
282:11 284:25 286:10
295:19 296:16 308:4 310:1
310:2 313:23 324:22
325:24 342:10 352:5
362:25 373:21
surprise 282:5 293:24
surprised 282:16
surrounding 165:25 166:3
survey 199:9
suspect 46:9 204:8 343:7
swaps 126:5
swear 5:22
switch 213:21
switched 264:15 311:15
sworn 6:1,4 381:5
symbol 371:5
synthetic 357:15
system 58:20

---

**T**

T 4:6
tab 10:15 70:16 142:8
143:21
table 21:1 24:18,24 27:21,25
70:8 76:18 77:6,12 94:23
95:10,12,15 96:1 97:11
98:8 120:7 121:19 137:16
151:5 152:3,5 153:5
202:12 246:14 264:17
308:3,7,8,10 310:12
313:13 314:6,18,21 315:1
317:10 320:20 321:1
327:23 328:8
tables 130:7 134:2
take 7:24 8:11 15:9 35:21
39:13,18,20 46:19 54:1
66:15,20 73:1 101:24
103:4,8,14,15,19 159:23
167:23 182:21 191:5 199:9
199:11 232:10 233:9,16
239:3,24 270:8 277:15
284:22 309:12 325:6 327:3
338:19 347:4 354:11
355:22 358:10 361:22
362:1 365:20 372:14 375:5

376:7
**takeaway** 135:14
**taken** 2:15 6:15,18 7:8 121:6
    183:18 184:13 193:12
    280:16 358:22,25 359:8
    364:1 380:2 381:10
**takes** 16:9 121:24 251:9
    345:12
**talk** 24:24 62:21 97:17
    105:10,12,13,16 112:15
    113:3 129:1,17 131:23
    215:16 228:9 230:8 243:21
    249:15 270:19 271:2,3
    272:20 273:21 277:11
    307:20,23,24 308:8 329:5
    362:18 366:21
**talked** 24:9 30:17 53:14
    55:25 75:21 120:7 121:12
    139:16 147:9,24,24 158:6
    163:5 204:3 208:22 239:11
    253:21 272:12 281:21
    307:21,22 330:7 336:12,12
    347:19 369:2
**talking** 12:11 30:22 86:3
    89:2 98:3,5 120:13 129:19
    129:22 131:18 132:3
    133:15 175:25 195:9
    196:11 203:22 205:4,5,23
    261:9 271:9 290:20 297:19
    297:20,21,23 308:4,7,12
    308:20 325:1 331:12 347:6
    363:18 377:6
**talks** 52:9 58:6 85:23,24
    191:4 242:6 247:3
**target** 36:16
**task** 348:24
**tasked** 125:6 349:14
**tax** 357:15 361:6 366:18
    367:1,4 368:1,5
**Taylor** 349:19,24 350:1
**team** 64:20 248:2,4,18,22
    249:3,7 342:15,15,25
    343:11 344:7 347:23
    350:11 352:19
**teams** 351:18 352:23
**technical** 341:11
**technique** 38:17 52:19 53:5
    53:7 54:11,18 57:2,17
**techniques** 37:4 53:15,20
    53:25 54:9,18 55:10,11
    56:4,17
**tedious** 33:12
**telephone** 352:9
**tell** 80:22 84:22 116:22
    134:17,24 150:23 189:25

223:11 287:24 321:14
    326:11,16 347:4 372:8
**telling** 223:13 260:13 337:4
    361:1,4
**tells** 108:1 115:22 116:20
    171:22 303:15 326:10
**temporary** 214:13,17
**ten** 234:18,21,24 277:2
    293:13 352:15
**tend** 7:10 104:9
**tendency** 121:1 179:22
    232:15,20
**term** 11:21 15:18 32:2 59:15
    69:14 133:1 138:22 233:12
    274:5,10 289:11 301:8
    344:25 356:15
**terminology** 7:19 11:19,22
    12:4 14:3 56:4 261:3
**terms** 8:14 21:1 26:4 27:21
    29:25 30:1 31:18 33:12
    34:6 38:4,7,20 62:4 65:5
    73:23 128:15 130:19
    135:20 145:25 146:3
    162:24 183:23 191:19
    225:12 232:14 247:18
    249:18,21 251:3,13 277:5
    316:11 329:12 359:11
    368:6,22
**test** 154:10 203:4
**tested** 170:11 203:6
**testified** 6:4 126:18,22,23
    148:2 173:8 188:7 201:13
    243:18 354:18
**testify** 173:8 381:5
**testifying** 26:14 103:2
    366:23
**testimonial** 339:3
**testimony** 10:3 59:17 94:17
    114:2 115:6 148:3 164:3
    196:18 222:7 223:9 230:23
    231:2,5 241:4,25 242:11
    242:14 243:5,10,16,23
    244:3 246:7,22 250:15
    251:16 252:18 253:18
    254:25 256:9,20 257:14,21
    259:17 261:21 263:1
    288:17,22 308:2 313:8,12
    354:17 377:22 379:5,8
**testing** 123:13,14
**text** 80:25 112:22 113:6
    245:7 266:21
**thank** 6:16 8:16 15:10 55:19
    58:1 69:15 101:4 159:1
    167:14 239:8 251:24 252:2
    253:12 324:11 357:3

**theoretical** 83:16 120:21
**theory** 318:23
**thesis** 223:24
**they'd** 79:2 334:3
**thin** 283:7,9 296:20
**thing** 12:24 39:16 145:7
    190:11 209:13 210:25
    260:14 305:24 308:4
    324:11,13 325:9 337:7
    348:11 349:12 352:10
    368:22
**things** 20:9 44:4 48:1 54:19
    67:10 77:8 78:7 94:23
    99:24 104:6 128:25 193:21
    207:24 214:11 222:13
    231:25 250:13 253:25
    266:7 297:25 303:9 316:10
    331:21 334:20 336:10,11
    336:14 337:8,13,24 338:7
    338:16 345:1 351:17
    357:10 359:13 362:16
    368:7
**think** 9:25 13:1 18:14 19:10
    19:20 20:15 24:23 25:9
    26:10,14 30:11 31:8,13,14
    31:16,17 32:3,7,8,18,19
    33:11 34:10,12 36:16,25
    37:1 39:16 40:19 41:9
    43:14,25 44:24 45:13,21
    46:14 47:10,13 48:9 49:19
    49:22 51:3,12 53:6 54:17
    54:17,18 56:7 60:13,14
    61:1 64:3 67:15 72:4 76:3
    76:7 77:9 79:1,10,20 81:10
    83:3 84:4,9,21 85:7,25
    87:4,15,17,17,22 91:11,19
    100:25 104:21 108:3 117:2
    120:21 123:10 124:22
    129:25 130:20 133:12
    135:23 140:12,23 141:9
    143:7 145:13 146:5 147:14
    147:14 149:22,25 151:21
    162:23 172:7,17 173:5,7
    174:1 177:2 179:10 181:11
    181:12 184:4 186:25 187:2
    187:9,14 188:23 189:8,23
    191:2,2,4,17 193:19
    194:14,17 197:1 201:13,21
    203:13 204:3 205:4,14
    207:6,12 208:22 209:11,12
    210:4,16 212:18 215:3
    216:17,22 217:20,21
    218:16,22,23,24 220:16,17
    223:15,17 224:2 226:10
    233:11 234:2,5 237:16

238:7 243:21 245:23 246:3
    248:8,14,15,16,21,22
    249:9,11 251:15 252:15
    254:7,7 255:16,17 256:25
    257:12,13 261:24 265:12
    266:7 268:21,22 269:2,4
    271:22,24 274:10,13,14
    275:19,20 278:22 287:14
    288:16 290:12,25 292:3,5
    292:17,22,23,23 294:16
    296:21,25 298:15 299:4,7
    299:8,9,9,11,17,23 300:16
    303:5,9,10 305:19 310:3
    310:12 313:13,24 314:14
    317:1,1,3 328:14 329:3,4
    330:4 332:10 336:10 337:2
    337:6 338:20 341:7,8
    344:1 345:6 347:5 348:18
    349:20 354:10 358:10,12
    358:14 359:10 360:8,10
    364:17
**thinking** 15:7 54:11 121:8
    187:4 251:3,13 263:4
    346:6 348:14
**thinks** 279:15
**third** 211:8 362:17
**third-party** 143:15 307:8,16
**thought** 41:16 84:10,22
    131:20,21 192:9,11 222:21
    240:18 247:19,19 250:5
    253:5,7,15 254:9 257:17
    258:3 279:4 361:12
**three** 96:2 104:14 226:13,15
    276:19 279:25 282:5,7
    283:1 288:10 289:22
    291:11 292:5,12 299:2
    303:19 322:15 324:19
    339:13 341:2,4 355:3,9
    358:15 369:20
**three-day** 359:3
**three-year** 96:16 282:1,14
    284:13,15 291:18 299:24
    303:19
**threshold** 83:5,7,10 86:15
    87:22 88:11 89:17,22
    156:11 173:14 174:4,5,21
    174:22,23 175:17,18
    185:17,21,23 186:11,13
    192:20 193:13,17 203:25
**threw** 196:12
**thumb** 87:2,9 184:20 185:1
    185:4
**tie** 137:3
**tied** 34:7,8 58:22,25 63:21
    63:23 134:12,22 135:3

312:6 320:20 321:1
**Tim** 5:16 6:13 44:12 80:22
282:8
**time** 5:8 8:11,14 9:19 12:17
13:17 15:6 18:6 31:20
44:14,18 58:7,11,13 66:22
66:25 72:24 75:2 103:22
120:10 130:5 131:10,14
139:17 142:16 149:15
150:1,25 152:9 153:8
157:23 158:1,4 167:23
179:8 184:5 190:8 195:1,3
195:7 220:5 224:16,23
228:4 230:18 233:16 240:2
240:5 260:16 261:10
262:14 271:21 272:25
273:3 277:14,18,21 279:7
281:23 282:10,13 283:3,4
286:6 289:13,14 293:22
294:9 299:16 301:24
302:12 308:11 319:13
322:24 324:12 325:6 327:4
343:8 345:8 351:21 356:2
359:6 371:22 372:7,8,17
372:20 378:19 381:10
**times** 6:17 8:1 9:16,18 60:6
60:9,11 138:3 215:2
307:22 308:2
**timing** 282:9
**TIMOTHY** 3:4
**tiny** 371:5
**title** 312:12 367:16
**Tleiman@sec.gov** 3:7
**today** 8:18 9:25 40:21
134:16 147:25 176:24
177:2 189:25 207:4,6
282:9 288:7 292:17 320:23
328:15 331:15 341:3 344:5
368:9 369:25 373:20
**today's** 5:5,7 9:14 148:3
378:19
**told** 248:22,22 249:7 330:17
333:14 334:4,9,11,22
335:1,7,8
**tomorrow** 355:7
**top** 100:24 188:8 232:13
241:13 247:23
**topic** 207:14
**topics** 270:18
**total** 13:1 109:14,15,24
110:12,13 122:11,12 211:8
212:14,15,16,16,24 310:9
318:5 321:10 351:9
**totality** 88:6 315:4 336:8,9
**totals** 343:10

**trade** 282:25 286:11 288:6
358:2
**traded** 282:5,24 297:12,14
365:12 371:3
**trademark** 358:1
**trades** 282:20,20,21 283:11
283:18,24 284:4,7 285:4
285:22 286:4,6,7,21
288:14,15 295:22 296:3,11
296:18 298:14,16,16,17
301:1
**trading** 282:6 286:12,17
287:1,1,4 289:12 292:8
295:1,20,21,25 299:5,12
300:11 301:10 302:15
303:6 305:21
**transact** 249:23
**transaction** 35:4,20 36:15
79:3 95:16 96:5,10 98:11
98:22,23 99:3,5 152:10
287:16
**transactions** 95:15,20 120:8
120:11 345:13
**transcript** 4:14 244:3,11
379:5,7
**transcripts** 231:2
**transfer** 35:21
**transferring** 201:25
**transfers** 330:2
**transition** 367:21
**translate** 206:25 363:17
**translating** 46:5
**treasury** 58:22
**treat** 302:2,3
**treatment** 116:5 188:3
**trends** 238:20
**trick** 218:17
**tried** 173:8 303:11 308:10
327:22 328:10
**true** 43:9 51:8 74:24 120:21
120:23 146:7 147:3 148:13
180:3 197:21 214:16
222:18 223:22 293:7
332:21 338:11 379:7
**truing** 223:23
**truth** 260:14 333:14 381:6
**truthful** 10:2 335:11
**try** 40:15 41:6 47:16 50:10
172:19 180:18 257:2 271:6
294:18 327:20,24 352:7,13
352:14,15
**trying** 41:13 45:14 53:6 61:1
76:14,15 84:7,14 85:6
135:10 153:20 161:14
162:25 168:7 170:25 175:2

254:21 255:13,22 257:4,20
286:13,17 287:12 314:23
336:20 341:19 351:23
**Tuesday** 1:16 2:17
**turf** 281:6
**turn** 41:24 67:3 85:10
165:24 207:13 232:10
277:23 321:18,18 326:18
374:1
**Turning** 165:18
**turnover** 277:4 329:8 330:22
330:24 332:8 334:17
344:19 345:4,11 350:22
351:1
**TV** 346:1
**two** 10:7 16:6 33:21 62:11
65:20 66:1 82:19 94:23
99:24 103:9 110:10 111:1
121:7,8 127:24 128:13
136:8 146:24 158:6,18
159:6 161:1 162:11 167:7
167:12 170:15 171:16
174:17 205:9,10,11,13
211:9 218:2 220:6,6
225:18 228:19 231:12
234:7 236:16 250:9 260:17
264:22 272:24 276:19
288:23 289:1,4,5,20,22
290:1 291:12 292:4,4
295:12 296:4,8 297:15
298:4,9,24 299:10,13
300:22 301:4 303:14,19,20
307:13 341:8 345:24 356:8
357:14 363:21 369:20
374:2
**two-sided** 35:8
**two-step** 140:24 191:11
**two-year** 284:12,16,19
285:17 291:7 296:6 297:7
297:8
**type** 33:17,24 105:23 173:9
204:23 256:16 347:8
359:15 375:15
**types** 104:19 262:20 305:12
357:11 359:13,14 364:16
369:10
**typewriting** 381:8
**typical** 350:3

---
**U**

**U.S** 5:5 38:8 168:4 331:13
331:14,18 367:14 368:5
369:2
**ultimately** 214:16 351:1
**unanswered** 287:20

**uncertainty** 81:17 82:16
83:14,15,21 84:4,6,14,16
85:1,8,19,25 86:3,7 87:21
88:9 90:23 91:5,7,10,15
92:5,10 93:4,12,25 94:6,15
95:8 96:7 97:2,10,14 98:21
99:7,15,22 102:2,12 104:4
105:14,18 106:8 107:5
110:1 111:24 115:15,20
116:13 117:18 118:17
119:3,10 125:12,16,22
127:9 129:8 130:13 132:21
132:24 133:2,10,16 140:21
141:25 147:12,18 148:10
148:18,21 149:9 154:14,24
155:12,19 156:23 157:17
158:8 164:10,20 165:25
166:3,14 167:4,7,24
168:12,15 169:5,8,11,12
170:5 171:1,20 174:9
176:21 177:7,10,15 178:10
178:18,24 184:17 188:9
189:14,22 190:22 191:13
191:14 193:25 194:2
195:10 196:3 201:7 202:25
203:3,9,25 204:2,12 205:6
207:11 221:3 227:22
**unclip** 239:4
**underlying** 15:21 27:14
29:22,23 30:2,14,20,23
31:11,13,18 64:8 66:5,6,7
66:9,10,11,11 98:8 126:9
134:5,9,18,19 135:20
136:16 203:4 204:13 309:9
311:1,2 314:5 315:5
319:24 333:15 344:22
364:15
**underlyings** 66:1
**underneath** 22:10 37:2 44:3
135:24 151:4 295:20
349:20,22,23 350:21
**underpinning** 92:9
**underpinnings** 38:8 83:16
**understand** 7:16,20 11:25
12:19 13:6 19:21 31:2 33:2
33:8 38:18 40:16 41:6,14
47:5,16 51:4 52:2,15 73:5
74:17 92:8 106:18 109:2
118:5,6,7 124:24 125:1,3
135:10 160:19 168:7,8
170:23 171:10,12 172:15
174:1 179:9 182:23 184:25
222:4 244:9 245:4,5
255:16 257:2 286:10,11,23
286:24 325:19 330:15

338:12,16
**understanding** 26:24 29:21
34:24 49:20 50:1 65:1,6,25
73:2,14 74:9,22 75:4 77:22
79:20 80:17 102:22 174:7
175:15 179:13 181:9
187:18 188:3 205:3 245:9
245:15 257:18,19 262:10
300:15 310:21,24 379:11
**understood** 8:7 10:18 69:15
252:16 256:15 322:23
**undervalue** 180:3
**Unfortunately** 103:9 348:8
**unhook** 10:23,24
**Uniform** 358:11,18
**unimportant** 217:21 218:22
219:1
**unique** 43:16 45:24 46:14
256:18 357:2
**uniquely** 45:19
**UNITED** 1:1 2:1 3:3
**unmatched** 286:5,9 287:2,6
**unobservable** 20:11 21:15
42:5,12,17 43:6,10 44:10
45:3,6 47:7 55:17,19,24
279:12,18,23 281:1,12
288:19,24 289:5,8 294:15
295:5,9,12 298:5 300:18
302:3 304:6 331:15
**unobserved** 279:1 281:9
**unpack** 24:7
**unrelated** 194:2,24,24
**unreliable** 164:13 280:8
309:10 313:17 314:12,15
**unresponded** 288:2
**unsure** 165:4,5
**up-to-date** 354:5
**update** 348:18
**updates** 260:22
**upper** 35:7 101:14,15
102:17 103:16 105:3 107:2
107:11,18 108:13,14,21
109:16 110:7,8,13 112:12
121:14 123:21 153:16
156:3 159:4,5,6 160:7,10
163:16,20,21,24 164:8
169:18 178:4,5 197:22
199:23 200:7,9,16,17
201:3,9,25 202:4 222:17
**use** 11:21 14:3 20:10,11
23:17 24:17 37:4,8,12,16
39:3,10,14 42:7,13 43:8,11
43:24 44:11 45:5,6,8,22,25
49:9 51:25 52:11,18 53:1
54:23 55:11,14,15 56:1,3,5

58:7 64:4 70:16 74:18,20
82:5,13 83:4,6 84:25 87:4
88:5,6 91:4 99:20 101:21
105:23 114:3 120:3 125:7
133:1 137:10,22 138:6,9
139:4,4 140:5 141:18,19
145:2 149:14,17 155:21
164:15,15 166:15,22 168:5
171:21 177:20 178:15
179:1 185:5,9,18 187:20
195:23 199:8 202:23 209:8
217:24 218:25 252:8,11,13
252:25 261:2 272:24 273:3
279:20 280:3,19,25 291:4
291:9 301:13 304:11 305:1
305:7 306:9 308:10 329:11
331:23 341:7 359:14,14
362:4
**user** 274:11
**users** 238:21 274:5,6,19,22
**uses** 38:9 139:3 177:11
**usually** 363:1
**utilized** 178:3

---

**V**

**v** 1:7 2:7 5:3 380:3
**val** 127:15
**validate** 124:10,12,16 265:7
**validation** 265:3
**valuating** 45:23
**valuation** 12:16 14:8 15:18
18:5 32:14 34:8 38:13
42:16 44:23 52:19 53:4,11
53:14,20,25 54:9 55:10,11
56:4 60:7,21 61:19 62:1,7
62:12,22,23 63:5,15 64:15
64:18 65:11,14 77:3 78:2,2
80:6,15 89:21 93:2 105:16
106:7,13,17,18 119:22
122:15 123:3 124:19
125:12,14,18 127:1 129:3
135:16 136:2,15 137:21,22
140:4,13,15 152:11 155:7
162:11 178:8,17,21 179:2
190:7 210:19 212:13 235:5
236:4,7 241:19 247:4,6,13
247:21 248:5,12,18 249:16
250:1,10 251:1,12 266:5
268:7,19 280:18 297:22
298:15 305:8 306:3,20
307:1 324:16 333:15
355:21 356:4,20 357:3,6
357:19,24 358:4,23 359:1
359:5,7,9 360:4,20,21
362:12,16,19 363:5,16

364:22 366:24 367:13,17
368:4,4,25 369:1,2,23
375:13
**valuations** 15:20 67:8,9,21
67:22 69:6 71:15 79:16
107:15,18 110:11 114:8
123:18 132:22 133:11,16
134:23 145:11 165:21
167:8 170:2 194:7 202:9
207:19,20 210:17 236:22
240:12 261:19 262:1,18
324:15 338:23 339:2 375:8
**value** 12:17,25 14:19 15:22
18:3,21 30:14 31:22 32:19
32:24 33:3,3,4 34:6 35:1,2
35:3,13,18 36:2,7,22 37:23
38:12,25 39:7,13 50:11,23
50:25 51:21 53:1,22 55:14
56:16,22,25 57:2,16,17
58:5,7,11,13 63:17 65:13
67:25 69:14,18,20 71:5,11
71:20 73:10 74:19 80:3
82:8,19 83:18,19 84:1,2,8
84:10,12,17 85:4,7 86:1
91:12 92:9,15 93:1,9,10,23
95:17,17 98:12 99:18,18
101:14,18 106:23,24 107:2
108:12 115:18,20 119:21
120:19 125:16 127:15
128:11 129:2,18,24 131:1
135:6,9 136:3 139:2
142:12 143:17 149:23
154:5 155:21 156:6,7
160:18,22,22 161:17,19,20
162:25 163:1,1,2,6 164:14
174:14,14 178:4 179:6
180:7 182:11,12 190:9,10
191:20,21,21 196:5 197:14
200:5,8,9 201:2,3,16
205:15,17,20 221:5 223:4
223:4 234:1,4 235:18
237:5 241:5 245:12 250:3
250:25 251:11 253:8
260:17 272:25 273:3
321:24 324:20 327:11
357:7,11 358:1 363:7,19
363:24 375:10,10
**valued** 16:4 17:22 119:20
172:11 197:12 203:19,19
234:7,22,25 235:23 236:10
236:13,17 247:16 248:6,10
248:20,23,25 249:4,5,8,10
377:2
**values** 15:22 38:13 67:24
73:6 74:11 75:17 77:18

81:13 83:13 85:24 91:21
91:25 96:14 101:11,20,22
101:23,24 102:3,15,20
103:14,15,21,23 107:22
108:3,7,8,9,11 109:5,5
110:12,20,23 112:8,8
116:18,21 117:5 119:12
120:4 121:13 122:7 123:20
130:11 140:25 141:10
142:23 143:1,4,8,13,19,22
144:8,9,15 146:1 152:15
152:15 153:6,15,23,24
154:1,2,6,9,10,15,18,20,21
154:23 155:2,5 157:3
158:9 159:1,19,19 162:7
166:1,3 171:3,14,15
196:13 197:4 199:8,8,9
201:14,15 207:16 224:11
225:7,12 228:1 234:11
235:3 236:17,24 325:13
331:2
**valuing** 13:24 15:17 22:4
32:15 39:12 40:3,14,17
48:25 50:9 52:1,12 54:24
63:6 120:1 136:21 138:18
140:6 206:18 207:1 240:21
245:16 250:2 253:6 278:18
359:21 375:22 376:23
**vanilla** 140:16 256:17
**vanillas** 64:16
**vapor** 285:4
**variable** 102:10
**variance** 88:9 93:3,16 95:23
99:4 114:21 115:8 120:24
150:13 156:11 187:16,17
221:1
**variances** 95:18 112:3,5
114:3 115:10 128:7,8,10
172:23,24 196:5 198:7,20
198:22,23
**variation** 167:8 202:8 237:4
**variations** 114:22
**variety** 80:11 368:16
**various** 16:7 58:18 67:20
70:12 227:16 265:16
292:25 316:5 336:1
**vary** 146:12
**vehicle** 267:9
**vehicles** 307:13
**vendor** 307:8
**vendors** 293:18
**verbatim** 7:8
**verify** 314:5 321:14
**versa** 229:15
**version** 264:20 279:4

316:24 336:5 337:17
**versus** 21:7 32:12 136:6
  137:12 197:6 208:24 223:4
  247:4 264:25 277:13,24
  295:5,9
**vice** 229:14
**vicinity** 343:20
**video** 5:8,10
**Videographer** 3:22 5:1,21
  66:21,24 131:9,13 157:25
  158:3 195:2,6 240:1,4
  277:17,20 372:16,19
  378:18
**videotaped** 1:14 2:14 5:1
**view** 45:17 49:7,9 185:8
  247:4,4,6,7,13,20,21
  249:16,18 250:1,4,5,11
  255:1 276:12 277:9 334:20
  336:9 337:4
**viewed** 201:17
**views** 44:15,20 89:11
  249:16
**Vijay** 348:24 349:1,1,17,20
  349:23
**violate** 338:4
**violated** 338:1,2
**violation** 139:24
**virtual** 353:3,6
**virtually** 284:20
**Vitol** 354:18
**voice** 5:15
**vol** 280:2 281:8,9 306:16
**volatilities** 293:11
**volatility** 20:17,19,20,24
  21:3,7,8,15 136:25 137:5
  137:12,12,15,16,17,22,23
  138:3,7,10 169:5 177:16
  195:23 199:16,17,20 200:6
  200:15,17 277:13,13,24
  278:10,13,17,23 279:1,4,5
  279:7,12,20 280:1,4,5,8,11
  280:19,25 281:6,12,17
  288:19,24 289:2,7,21,23
  290:2,7,22 291:10,15
  292:1,10,13 293:1,12,18
  293:21 294:4,8,14,20
  295:8 298:3,9,21 299:1,20
  300:1,13 301:7,14 302:13
  302:20 303:2,24 304:6,12
  304:16,17,19,22 305:1,2,7
  305:8,11,17,19 306:4,5,10
  306:12,14,19,21,24 307:7
  307:17
**vols** 279:23 306:1
**volume** 282:2 285:15 288:12

291:22 296:15,22 297:1
  299:25 300:25 305:21
**voluminous** 10:17
**voluntary** 130:5
**VRC** 265:3,6,12,21 266:15

## W

**W-2** 371:6
**Wabash** 3:11
**waiting** 80:10 100:12
**wall** 52:25
**Waller** 3:10 4:4 5:19,19
  16:11 17:1,16 20:6 22:22
  23:14 24:14 25:7,21 26:9
  27:19 28:7,24 29:7 32:17
  36:8,24 38:15 40:5,18 41:8
  41:25 42:2,19 43:13 44:12
  45:9 46:21 47:8,18 48:7,13
  49:2,18 50:15 51:2,11
  52:13,20 53:3,17 54:3 55:7
  55:17 56:6,11 59:5 60:3
  66:15,19 69:1 73:19 74:7
  75:3,10,19 76:2,25 77:16
  78:9,17,25 79:8 80:22
  82:17 84:19 87:3,12 91:2
  91:17 92:7,16 93:5,13
  94:16 97:4,22 99:16
  100:15,25 101:4 102:25
  105:19 106:1,9,15 107:7
  109:1 111:12 112:20 113:5
  113:9,18 114:1,10,17
  115:5,17 116:7,24 117:10
  117:19 118:1,18 121:17
  122:16 124:7,21 125:5,13
  125:23 127:3 128:16,22
  133:5 134:7 135:21 139:10
  139:15 140:1,8,22 146:2,9
  146:21 147:4,13,19,21,23
  148:6 149:2,21 150:7
  151:2,20 152:17 153:1,17
  154:16 155:1,20 156:24
  157:18 162:14 164:2,11,21
  164:25 166:5 169:16
  170:13 171:6 172:6,14
  174:25 175:7,19 176:15,23
  177:9,18 178:11,19 179:4
  179:25 180:5,23 182:13
  183:10,15,20 184:23
  185:20 186:8 188:22
  192:21 193:8,18 194:10,22
  196:25 201:20 203:12
  204:16 206:9,23 207:3
  214:2,9 215:6,22 216:2,12
  216:21 217:4,19 218:5,13
  218:20 219:7,14 222:12,24

223:8 224:24 225:8 228:7
  228:11 233:3 234:14
  236:20 237:6,14,23 239:14
  239:22 240:13,23 241:10
  242:3,13,18,24 243:14
  246:12,25 250:20 253:24
  254:6,15,22 255:15,24
  256:13,22 257:6,23 258:8
  258:15 259:8,15,21 260:3
  260:9,19 262:23 263:18
  265:10,23 266:12,17
  267:17,23 268:8,20 269:3
  269:9,16,22 270:10,15
  272:19 273:1,11,15,20
  274:1 276:1,17 277:14
  280:13,22 282:8 285:20
  288:21 290:24 293:4
  295:10 296:24 299:3 300:8
  301:18 303:25 306:6 307:9
  311:4 312:19 313:5,11,18
  314:13,22 315:9 316:1,19
  317:22 318:22 319:2,8
  320:14 321:6,13 323:20
  324:4,10 328:16 329:17
  330:12,18 331:3,19 332:14
  332:22 333:16 334:7,14
  335:5,14,21 336:7 337:1
  337:19 338:14 340:6
  353:11 372:13 373:2,15,18
  376:6 377:19 378:7,16
**want** 8:9 12:25 18:18 41:24
  44:13 52:19 55:2 61:6
  66:15 70:25 73:1 75:12
  78:19 98:3 100:6 103:13
  105:2 107:10 110:18 164:6
  175:14 187:19 191:24
  192:22 200:10 204:17
  209:16 214:10 221:9 222:3
  237:19 256:24 278:7
  307:23 308:3,17 325:15,17
  342:10 343:13 344:9 347:1
  347:17 348:18 354:9,11,16
  355:13 361:9 362:18
  373:21
**wanted** 15:9 18:14 19:24
  29:9 84:21 96:25 113:14
  127:10,13 146:15 249:13
  271:13 272:8 285:17
  310:14 337:23 354:19
**Washington** 362:25
**wasn't** 64:11 76:19 136:17
  136:18 262:24 279:5
  311:12 314:25 332:3
  364:18 370:24
**Waterhouse** 266:1,3

**WATKINS** 3:10
**way** 15:8 22:25 104:21
  116:14 159:16 162:3 187:4
  189:7 199:14 226:19
  245:25 253:6 255:1 264:25
  284:11 293:13 294:7
  297:25 301:1 305:19
  307:21 319:17 321:2,15
  326:19 328:17 333:13
  335:16,23 341:11 344:3
  368:8
**ways** 255:25
**we'll** 14:23 71:14 90:1
  231:12 244:2
**we're** 11:18 30:22 33:13
  49:22 55:4 89:5 98:3,5
  100:12 106:4 180:14 205:4
  205:23 213:16 225:18
  242:1 269:11 270:18
  297:21,23 306:10 308:4
  351:20,25 361:12 363:4
  371:13
**we've** 52:8 75:15 102:14,14
  120:13 147:9 181:7 195:9
  235:13 261:9 262:13
  324:25 327:25 344:24
  363:18 366:7
**weeds** 31:14
**weighted** 96:3 104:13,17,23
  121:4,7,15 122:3 142:20
  149:4,13,16,24 150:18,24
  151:9,17 152:7,13 173:2,2
**well-known** 178:16 179:1
**Wells'** 259:17
**went** 27:13 102:11 114:15
  127:16 128:25 158:7
  163:16 174:21 261:4 264:9
  282:4,22 287:19 291:21
  320:25 359:3 370:4
**weren't** 20:3 289:18 295:19
**West** 2:16 3:5 189:19 367:16
**whatsoever** 10:4
**whereof** 381:16
**wide** 114:21 130:3,9,10
  132:23 133:1,7,9
**wider** 66:3 146:13
**withdrawals** 322:16 323:9
  329:14 330:2
**withdrew** 258:22
**witness** 4:2 5:22 6:1,3 7:1
  16:12 17:2,17 21:12 22:23
  23:15 24:15 25:8,22 26:10
  27:20 28:8,25 29:8 32:18
  36:9,25 38:16 40:6 41:9
  42:20 43:14 45:10 46:22

47:9,19 48:9,15 49:3,19
50:17 51:3,12 52:14,21
53:4,18 54:4 56:7 59:6
69:2 73:20 74:8 75:4,11,20
76:3 77:1 78:10 79:1,9
81:1 82:18 84:20 87:4,13
91:18 92:8,20 93:6,14
94:18 97:5 99:17 100:16
101:3,5 103:1 105:20
106:10,16 107:8 109:2
111:13 112:21 113:6,10,20
114:2,11,18 115:7,18
116:8,25 117:11,20 118:20
118:23 121:18 122:17
124:8,22 125:6,14,24
127:4 128:17 133:6 134:8
135:22 139:16 140:9,23
146:3,10 147:5,14 148:7
149:3,22 150:8 151:3,21
152:19 153:3,18 154:17
155:2,21 156:25 157:19
162:15 164:12,22 165:1
166:6,8 169:17 170:14
171:7 172:7,15 175:2,20
176:16,24 177:10,19
178:12,20 179:5 180:6
182:14 183:21 185:21
186:9 188:23 192:22 193:9
193:19 194:11,23 197:1
201:21 203:13 204:17
206:10 207:4 214:3,10
215:7,23 216:3,13,22
217:5,20 218:6,14,21
219:8,15 222:13,25 224:25
225:9 228:13 233:4 237:7
237:15,24 239:15,23 240:6
240:9,14,24 241:11 242:4
242:14,19,25 243:15
245:22 246:13 247:1
250:21 253:25 254:7,16,24
255:16,25 256:14 257:8,24
258:9,16 259:9,16,22
260:4,10,20 262:24 263:19
265:11 266:13,18 267:18
267:24 268:9,21 269:4,10
269:24 270:16 272:20
273:2,16,21 274:2 276:2
276:18 280:23 285:21
288:22 291:2 293:5 295:11
296:25 299:4 300:9 301:19
304:1 306:7 307:10 312:20
313:6,12,19 314:14 315:10
316:2,20 317:23 318:23
319:9 320:15 321:7,14
323:21 324:11 328:17

330:13,19 331:4,20 332:15
332:23 333:17 334:8,15
335:6,15,22 336:8 337:2
337:20 338:15 340:7 376:5
377:18 378:6,15 379:1
381:16
**witnesses'** 337:17
**wonderful** 349:24
**wondering** 117:7
**Woodman** 1:24 2:18 381:2
381:22
**word** 127:18 325:22
**words** 51:18 54:13,23 67:12
133:12 159:21 214:13
334:2 337:5,24
**work** 22:13 64:11,23,25
65:13 94:9,19 96:22 97:2,5
99:23 101:10 124:24
126:22 189:17 200:23
278:22 284:23 340:2,3
342:15 343:16 344:10,12
351:13 352:14 356:5
364:17 366:20 367:22,23
368:17 369:1,12,23 370:24
371:20
**worked** 344:16 349:20
351:22
**working** 278:3 349:25 350:6
350:20 367:4
**works** 31:19 188:24 212:6
256:2 342:11 346:16
**worksheet** 157:6,9,14
**worksheets** 282:3 328:25
**world** 334:20
**worse** 179:15,17
**worst** 32:12
**worth** 250:6
**wouldn't** 6:21 33:19,20
42:21 43:14 74:20 78:10
79:10 113:21 114:5,19
117:23,24 118:4,4 134:24
138:19 141:17 153:18
154:3,4,11 160:18 162:19
169:7 170:14 171:7 195:25
205:1 257:8 282:4,16
285:8 293:23,24 299:10
304:1 306:7 311:25 319:10
319:10 325:10 347:2 350:3
359:4 372:4
**write** 263:20 271:17 278:4
290:3 345:14,17
**writing** 17:22 346:10
**writings** 278:19,22
**written** 17:9,14,24 59:11,22
62:6 118:6,7,9

**wrong** 76:10 156:20 187:3
212:3 226:19 316:14
332:11
**wrote** 151:23 153:21

─────────── **X** ───────────

**X** 4:1,6
**XI** 181:13

─────────── **Y** ───────────

**yeah** 16:12 22:21,23 24:15
34:12,25 37:25 38:2 40:6
46:22 51:3 54:4,20 55:1
56:7 57:22 64:16 70:15
73:12 74:15 76:24 77:1
79:1 89:10 95:5 109:11
129:9 135:12 147:5 152:19
164:22 181:11 187:2 188:5
197:4 205:1 209:9 213:14
218:21 231:7 243:15 249:2
249:2 253:3,4 254:24
256:14 257:8 259:22 260:4
260:15 267:18 273:21
284:14 287:18 289:4
291:23 292:3,15 293:15
294:5 295:1 297:13,16
299:8 300:16 301:3 305:18
310:25 320:6 325:16
326:25 332:15 341:20
356:22 360:16 374:12
**year** 69:18 72:14 142:7
144:20,25 145:22 146:4,14
170:21 171:4 208:16
220:19 221:14 225:18
226:22,25 228:18 234:6
235:3 262:1,12,14 283:6,9
283:12,19,23 284:2,8
285:2,7,11,16,21,24,24,25
286:3 287:8,21 288:9,10
288:13,15,18 291:6,11
292:1,4,7,12,12,13 296:8
296:10,11,19 297:15,20
298:9 299:1,18,19 300:1
300:10,14 301:8 302:14
303:7,7,8,15 304:8 329:25
**year-end** 24:2 28:18 68:24
70:21 74:21 75:16 76:5,19
79:22 80:2 181:4 262:6
285:3
**years** 7:1,3 96:2 104:14,15
105:22 119:20 121:8,8
127:24 128:13 129:1
142:20 145:3,4 146:8,24
147:3 149:11 151:12,12
163:9 171:16,25 226:13

227:1 228:19 236:16
276:19 277:2,2,2 282:5,7
283:1 288:10,23 289:2,4,5
289:20,22 290:1 291:11
292:4,5,5,23 293:13,15,17
295:12 296:8 298:4 299:14
300:21,22 301:3,4 303:14
303:20,23 340:2 345:23
358:12,15 359:25 362:21
366:21 369:20
**Yep** 308:1
**York** 339:17 354:22 368:18
368:21,23 370:7 371:13,14
371:16 372:23

─────────── **Z** ───────────

**zero** 182:3 235:2 285:22
286:4 288:14
**Zoom** 352:22

─────────── **0** ───────────

**01** 367:12
**0188** 144:12
**0568** 144:17
**06** 370:19
**084-002740** 1:24 2:19
381:22

─────────── **1** ───────────

**1** 4:8 10:8,11,14,15,19 23:21
23:22 51:16 60:19 70:17
70:17,23 76:16 85:10
101:7,9 102:3,4 103:15,20
108:5 109:23 142:4,4
146:18 149:10,10 150:17
180:17,19,23 181:3,13
184:3 197:6 219:20,23
228:12 233:13 235:10
239:5,21 242:17 259:7
263:10 265:20 270:4,12
275:3 292:21 321:11
322:16,21 323:10 325:25
**1's** 181:15
**1-B** 100:9 101:2 109:22
**1.5** 146:18
**1.61** 151:11 152:20 153:9
**1:19-cv-06473** 1:8 2:8 5:4
**1:33** 195:3
**10** 4:8,9 9:22,23 60:13,15,16
60:17 81:25 92:14,19
96:17 108:22 159:23
173:16,19,24 288:15
293:16 351:5,11,16
**10-K** 130:1
**10-Ks** 130:15,21

**Gene Deetz**
**1/30/2024**

33

**10(b)** 15:15
**10:29** 66:22
**10:46** 66:25
**100** 197:6 237:3
**108** 88:4,10 186:14
**11** 35:5,10 50:8 310:9
   311:12,20 318:6,7 328:20
   328:21 352:11
**11:59** 131:10
**113** 35:6 42:1 55:6 290:19
   290:25
**12** 9:22,23 247:11 285:1
   322:19 374:5
**12/31/14** 101:13 103:14
   312:5
**12/31/15** 199:3
**12:00** 131:14
**12:30** 158:1
**12:45** 158:4
**120** 3:17
**126** 251:19,23
**127** 252:21
**129** 80:19,24 81:4,9 118:19
   119:1,7,9
**12A** 374:12
**12B** 374:12
**12C** 374:12,13 376:12
**12D** 374:12
**13** 132:13,14 282:18 292:18
   298:12 322:19 362:23
**130** 80:19,24 81:4 123:15
**131** 118:15 119:1,9,13,18
   128:20 129:6 131:19 137:2
   140:17
**132** 120:6
**133** 94:7,23 95:3,4,6,13 98:9
   123:16 151:3,8 152:7
**134** 253:9
**135** 351:14
**1365** 351:14
**13th** 381:18
**14** 100:7 103:20 122:11
   128:12 132:13,13 154:18
   198:18 234:6 282:19 320:6
   326:12,14
**140** 271:7
**1400** 351:10
**143** 272:10
**1450** 2:16 3:5
**147** 307:25
**15** 105:21 122:12 128:12
   154:18 198:19 262:10
   282:19 284:22 288:15,15
   293:16 320:7 326:13 351:5
   351:11 376:8

**15-day** 285:3
**15,000** 215:1
**1500** 215:8
**15A** 376:19
**16** 262:11 316:9,24 317:3
**165** 4:12
**16th** 264:19,20
**17** 231:7 350:10 367:16
**175** 2:16 3:5
**18** 215:10 238:10 370:10
   371:9
**180-day** 80:10
**186** 351:10
**190** 118:15,18
**19203** 5:13
**197** 308:18 309:15
**1985** 360:14
**1986** 360:14
**1997** 360:8 361:19
**1998** 366:10
**1st** 370:9

—————————
**2**
—————————

**2** 4:9,13 8:25 9:3,10 10:8,12
   11:13 14:22 19:12 21:14
   56:2 83:4,6 86:14,25 87:15
   87:21 88:3,7,11,12 100:20
   100:21 101:2,10 109:24
   145:6,15 150:17 186:11
   187:3,19 188:6,9,15,20
   189:2 199:23 208:6,11,13
   208:14 215:12 221:12
   228:5 231:10,23 232:7
   281:4 292:21 302:9 305:13
   308:5
**2-6** 232:10
**2,300,700** 221:24
**2,377,791** 221:25
**2,379,000** 343:12
**2.2** 221:9
**2.3** 221:23
**2.8** 95:23
**2:26** 195:7
**20** 31:16 32:1 56:13 57:11
   60:16,18 115:10 150:15
   181:8,9,15,24 183:7,17
   208:14,14,15 213:12,15,24
   214:25 235:24,25 293:16
   298:16 366:21 379:18
**20-day** 297:12
**200** 285:21,24 286:3,25
   288:13 298:16
**2000** 3:17 30:24 31:23 32:6
   63:23 135:4 156:22 283:5
   283:11,16,22 284:7 285:6

**285:**10,18 287:7,12,21
   288:3,9,18 289:1,20
   294:15,21 295:4,8 296:8
   296:12 297:9 298:4,8
   299:2,13 300:22 368:11
**2001** 366:13
**2002** 368:20,23 369:24
**2003** 369:24
**2008** 370:9
**2011** 18:1 24:3 128:4 151:10
   198:15 245:23 246:9 252:3
   252:5,24 293:7 321:10,24
   322:19 335:12 375:14
**2012** 198:15 246:2 322:1
   337:25 338:3 362:23
**2013** 128:5 198:15 246:5,10
   281:24 283:12,15,18,22
   284:6 285:6,12 288:19
   322:3
**2014** 71:3 128:2 142:9,19
   158:12 168:20 169:1
   172:12 180:21 181:4,6
   196:8 201:21 219:23
   220:19 228:19 281:24
   283:12 284:1 311:16 322:5
   322:5 323:13,16
**2015** 24:3 101:6 128:2 145:7
   145:12,15 151:11 158:13
   168:20 169:1 172:12 184:2
   184:10 196:8 225:16 227:4
   228:20 235:8 236:3 244:21
   262:12 281:24,25 283:13
   284:4,6 285:6,12 288:20
   293:8 335:13
**2016** 18:2 24:5 198:25
   260:21 261:2,8,13 262:1,7
   262:14,18 335:3 375:14
**2018** 370:1
**2022** 248:15
**2023** 342:4,5,5,6 343:5,17
**2024** 1:16 2:18 5:7 379:8
   380:2 381:18
**21** 234:3
**22** 283:10
**225** 288:13 298:17
**23** 233:17,21 234:4 235:14
   278:6
**23.17** 209:12
**231** 4:13
**24** 252:23 298:13
**240130TCE** 1:25
**244** 4:14
**25** 150:15
**26,471** 211:24 213:7
**28** 314:1

**280,000** 342:24
**280,136.50** 342:24
**2800** 3:12
**281,136.50** 343:1
**2810** 191:3
**28th** 343:5

—————————
**3**
—————————

**3** 4:10 20:25 21:1,4,13,18
   34:14,17 42:21 55:5 56:2
   95:25 97:14 120:2 130:7
   133:23,25 134:2,3 135:16
   135:19 136:14 141:3
   233:13,18 241:13,13,21
   246:14 278:14 281:5,9,10
   281:11 305:12,24 306:1
   326:7 375:1,4
**3,000** 215:9
**3.05** 142:20 149:11
**3.17** 212:2,5
**3.18** 209:11,12
**3.7** 212:1
**3:23** 240:2
**3:26** 240:5
**30** 1:16 2:18 7:3,4 340:2,11
   379:8 380:2
**30,000** 283:11 284:7 296:11
   297:20
**3002.PS** 143:21
**309** 4:15
**30th** 5:7 74:18,19 343:2
**31** 181:6
**31,017** 284:1
**312** 3:6,13,18
**31st** 24:2 25:24 151:10,10
   181:5 199:8,8 297:22
**32** 235:19 236:10
**33** 235:8,13,17 236:10
   367:16 375:6
**33,000** 288:11,11 296:19
**33,582** 284:4
**33,900** 283:19
**330** 3:11
**34** 4:10 51:16 55:3 56:9 57:7
**34,000** 283:24
**341** 4:16
**35** 42:2 284:24
**35-24** 55:4,9
**35-53** 41:23 42:11
**353-7411** 3:6
**373-378** 4:4
**38** 222:4,7
**380-6631** 3:18
**39** 55:6

Gene Deetz
1/30/2024

34

**4**

**4** 4:11 24:18,24 27:21,25
76:18 77:6,12 85:10 88:17
90:2,2 146:13 202:12
235:10,11 238:6,7 251:7
264:17 307:22 308:3,3,8,8
308:10,11,16 310:12 314:6
314:18,21 315:1 317:10
320:20 321:1 325:25 326:1
326:7 327:23 328:8 375:1
375:4
**4.11** 151:12 152:20 153:9
**4.9** 93:22
**4:06** 277:18
**4:16** 277:21
**40** 340:11
**400** 5:11
**41,347,561** 221:6
**41,347,561.68** 312:7
**43** 42:1 80:24 81:4 109:12
109:24
**43,200** 212:23
**45** 69:16 278:23
**45-day** 137:22 138:3 278:17
281:17
**46** 102:6,9 310:10
**460** 212:19
**460,000** 212:21
**47** 271:6,14
**48** 109:24 271:23
**48.7** 109:13

**5**

**5** 4:12 14:23 70:18,20,25
81:11,20 82:6 83:13,22,23
84:8,17 85:1,4 86:2,6 87:4
87:20 88:8,12 91:4,10 92:5
92:16,18 93:2,10 94:5,14
95:8 96:6 97:1,9,20 98:6
98:16 99:7,14,21 102:1,11
102:19,19,23 103:7 104:1
104:12 105:14,17 106:8
107:5 108:2,4,6,18 109:8
109:25 110:15 111:3,4,10
111:23 112:8,12 113:3,14
113:25 114:9,16 115:2,9
115:16 116:12 117:8,11,17
118:8,16 119:2,9,19
120:17 121:3,11 122:8
127:11,12 128:14 129:8,14
132:20 135:13 140:20
146:13,20 147:7,11,17
148:4,5,9,25 149:8,18
150:19 151:1,19 152:16
154:11,14,19,24 155:11,18

156:14,22 157:2,16 158:7
163:6,22,25 164:10 165:3
165:4,7,11,14 166:4,14
167:3 170:5 171:19,21
172:23,23 174:8,10 176:13
176:21 178:9,18 180:20,23
184:16 185:9 188:19
195:20 196:3 197:18 201:6
202:24 219:20 221:2
227:22 228:4 234:17 235:4
235:22 253:11 326:19
**5-1B** 35:11
**5-1C** 38:24 50:6
**5,000** 215:10
**50** 6:21,23 104:7 111:19
128:11 171:22 172:21
197:3 326:15 327:10
**500** 30:24 31:23 32:5 63:21
134:23 156:21 282:1,15
289:7,12,21 291:19 293:11
299:14,24 300:20 351:8
**500,000** 201:22
**503,759** 213:1,9
**52** 327:2
**53** 42:3 327:2
**530,230** 211:24 212:13,25
213:4
**54** 327:3
**540** 85:24 116:16,22 117:14
117:16 118:11 191:6,6
**55-21** 290:16,18,25 294:24
295:17 298:20
**55-21-D-1** 296:23
**55-21D** 291:1
**55-4** 56:13
**55-5** 56:24 57:6,9,15,21 59:4
**56** 56:14,15 244:14
**56.45** 310:10,11
**57** 56:14 57:11
**58** 57:12 181:25
**58,000** 215:1
**59** 290:19,25

**6**

**6** 4:13 231:13,16 232:11
326:9 348:7 374:3
**6-373** 4:4
**6.2** 326:8
**6:14** 372:17
**6:21** 372:20
**6:29** 378:19,22
**60** 354:14
**60/40** 340:8
**600** 351:8
**60602** 3:18

**60604** 3:6
**60611** 3:12
**63** 375:5,6,7,19,20
**65** 308:5
**66** 244:13,15,20
**67** 245:13 327:1
**68** 277:25 278:5
**69** 247:3,11,23

**7**

**7** 4:14 70:21 109:25 225:15
244:2,7
**70/30** 340:8
**70s** 361:21
**71** 143:20 324:24 326:2,5,6
326:21,25 327:10
**71's** 325:7
**7161** 145:18
**74** 325:8 326:4 327:1

**8**

**8** 4:15 9:22,23 88:20 132:7,7
132:8,9 227:4 293:16
309:13,18 311:8 313:2,9
313:14,17 314:12 315:3,4
315:24 316:17 320:12
324:3 326:23 327:25
328:15
**8:00** 352:9
**8:45** 352:9
**80** 358:14
**80/20** 369:13
**80s** 7:2 361:20
**820** 4:10 14:15,16 18:2,13
18:21,25 19:14,20 20:2,3,9
22:11 34:14,21,24 36:4,23
38:6,16,24 40:15 41:5,13
41:13,23 44:16,20,23 47:5
49:1,17 50:6,24 51:18,24
52:4,9,10,18 53:2 54:9,23
55:4,20 59:25 116:10
139:14 168:4 222:21 223:1
241:14,19 242:2 244:23
245:8,20,25 246:9,16,22
247:16 248:7,11,13,20,23
248:25 249:5,8,10 250:14
254:21 255:10,10,13,19,22
256:1,5 257:3,18 279:14
279:14,21 290:5,10,14
291:16 294:2,5 301:9,20
302:25 334:6 336:14,17,18
337:12,25 338:1,2,17
347:25 348:1 364:21 375:9
375:13 376:22
**820's** 19:2 257:4

**820-10-55-4** 56:10 57:10
**8205-1C** 51:10
**876-7700** 3:13
**88** 4:11 314:2
**89** 250:23 251:5,7

**9**

**9** 4:16 228:10 239:6 246:24
250:19 251:23 266:10
275:3 341:21,25 343:4
**9:10** 2:17 5:8
**90** 159:22
**908,000** 222:15
**908,182** 220:24 221:20
**90s** 366:17
**94** 165:18 167:11
**95** 159:17 170:2
**950** 5:12
**97,000** 288:8
**99** 4:11 86:17,19 87:1 88:16
88:17 89:2,8 90:8,23 91:14
185:3,9 223:20 238:4,6
239:11 267:2