# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF ILLINOIS
 3                   EASTERN DIVISION
 4
 5  SECURITIES AND EXCHANGE    )
    COMMISSION,                )
 6                             )
              Plaintiff,       )
 7                             )
         v.                    ) Case No.
 8                             ) 1:19-cv-06473
    SBB RESEARCH GROUP, LLC,   )
 9  et al.,                    )
                               )
10            Defendants.      )
    _____)
11
12
13
14       VIDEOTAPED DEPOSITION OF GENE DEETZ
15                 Chicago, Illinois
16            Tuesday, January 30, 2024
17
18
19
20
21
22
23
    Reported By:
24  Maureen Woodman,
    CSR No. 084-002740
25  JOB No. 240130TCE
```

1

1  observed or unobserved implied volatility,
2  correct?
3      A.   Yes, or an approximation of what they
4  thought was some version of implied volatility
5  that wasn't exactly implied volatility.
6      Q.   I assume you would agree that implied
7  volatility is observable for that time period
8  where there is market data available, correct?
9      A.   Yes.
10     Q.   And is it your opinion that for periods
11 where there is not market data, that implied
12 volatility is always unobservable?
13     A.   Yes.  And, again, generally speaking,
14 there is a section in 820 that explains how 820
15 thinks if you are going to extend beyond a period
16 that has observable data, how you do that, but
17 it's limited.  Once you get past that period,
18 then it is unobservable.
19     Q.   All right.  And so you are not opining
20 as to whether that use of historical volatility
21 was consistent with ASC 820, correct?
22     A.   No.  I'm -- my opinion would be that
23 long-dated vols unobservable and that because --
24 that there's a significant amount of long-dated
25 options, that makes it a category three input,

279

```
 1  the section you'd be looking at is 55-21D.
 2       THE WITNESS:  Right.  Give me a second to
 3  read it.
 4                 I use that for the general
 5  proposition that if you have observable data for
 6  one year within the confines of what's in D here,
 7  you can get to a two-year observable input.
 8  BY MR. LEIMAN:
 9       Q.   And the examples they use here is that
10  implied volatility would be an observable input
11  for year three if there's market data for years
12  one and two, correct?
13       A.   Correct.
14       Q.   And so a certain amount of extrapolated
15  volatility is still observable, at least as
16  identified in this example in ASC 820, correct?
17       A.   I agree, yes.
18       Q.   So for a three-year option on an S & P
19  500 Index option, that's observable because
20  there's market data, right?
21       A.   Assuming that -- if I went and looked at
22  the data, I'd assume I'd see frequency and volume
23  that would support that, yeah.
24       Q.   Is it fair to say that under this
25  example, a four-year -- extrapolating an
```

291

```
 1  additional year of implied volatility would also
 2  be observable?
 3      A.   Yeah.  I don't think this is intended to
 4  just be limited to a one year be two years or two
 5  years being three years.  I think it's the
 6  concept that you would -- if these criteria are
 7  met, you can get to a year after the observed --
 8  after you have observed trading.
 9      Q.   Some amount of extrapolated implied
10  volatility would be observable?
11      A.   Right.
12      Q.   From a three year, would one year of
13  extrapolated volatility be observable in year
14  four?
15      A.   Yeah, I don't have an opinion on that,
16  because I've never experienced that.  But as I
17  sit here today, I think this is just an example.
18  So if you had robust data in '13 where you had an
19  active market, then -- and you could see the
20  observable, and you could corroborate as it puts
21  in little 1 and little 2 under D, if you can
22  comply with those, then I think it would be.  I
23  don't think there is a cap on the years.  I think
24  it's if you meet the circumstances.
25      Q.   Are you aware that various entities were
```

292