# EXHIBIT 3

|   | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |   |   |   |   |
| 2 |   |   |   |   | 2014 Waterfall Graph Underlying Data |   |   |   |   |   |
| 3 |   |   |   |   |   |   |   |   |   |   |
| 4 | Valuation Date | Note | Ankura Model | Remove Credit Risk | Use Treasury Rate | Use Historical Vol | Add Beta | Use 6M Correlation | Add Drift (Mu) | Add Linearization/SBB Value |
| 5 | 12/31/2014 | 13 | 2,455,281.59 | 2,454,717.63 | 2,459,495.23 | 2,479,973.75 | 2,479,973.75 | 2,479,973.75 | 2,479,973.75 | 2,461,345.51 |
| 6 | 12/31/2014 | 14 | 2,496,553.90 | 2,500,044.81 | 2,519,190.42 | 2,589,945.84 | 2,589,480.86 | 2,589,426.60 | 2,589,945.84 | 2,527,040.44 |
| 7 | 12/31/2014 | 15 | 4,742,590.66 | 4,747,245.47 | 4,782,831.45 | 4,967,895.70 | 4,958,998.39 | 4,958,729.40 | 4,967,444.45 | 4,854,072.39 |
| 8 | 12/31/2014 | 16 | 4,731,934.70 | 4,739,196.97 | 4,775,603.70 | 4,967,893.58 | 4,957,646.95 | 4,958,226.65 | 4,967,340.73 | 4,850,972.56 |
| 9 | 12/31/2014 | 17 | 2,364,705.30 | 2,366,993.16 | 2,383,993.01 | 2,479,947.93 | 2,474,735.15 | 2,474,690.09 | 2,479,674.89 | 2,423,474.57 |
| 10 | 12/31/2014 | 18 | 2,532,923.63 | 2,534,336.32 | 2,550,270.31 | 2,730,157.28 | 2,662,925.45 | 2,662,613.98 | 2,720,027.59 | 2,638,464.79 |
| 11 | 12/31/2014 | 19 | 2,354,481.65 | 2,358,541.42 | 2,375,932.54 | 2,490,101.66 | 2,443,633.25 | 2,443,264.26 | 2,483,189.20 | 2,426,985.29 |
| 12 | 12/31/2014 | 20 | 1,246,160.73 | 1,379,893.31 | 1,413,153.61 | 1,529,255.22 | 1,488,095.52 | 1,458,488.81 | 1,008,417.23 | 1,216,914.68 |
| 13 | 12/31/2014 | 26 | 1,233,046.99 | 1,257,081.57 | 1,296,336.60 | 1,546,640.93 | 1,213,963.78 | 1,181,568.94 | 1,472,612.06 | 1,281,376.71 |
| 14 | 12/31/2014 | 30 | 1,237,536.22 | 1,237,756.32 | 1,239,053.73 | 1,281,949.30 | 1,278,224.29 | 1,278,210.18 | 1,281,709.43 | 1,270,663.22 |
| 15 | 12/31/2014 | 31 | 2,503,415.87 | 2,509,737.49 | 2,535,872.33 | 2,845,934.90 | 2,612,962.75 | 2,593,827.63 | 2,825,770.39 | 2,664,532.27 |
| 16 | 12/31/2014 | 32 | 1,274,433.92 | 1,286,775.06 | 1,295,301.89 | 1,496,916.19 | 1,254,545.04 | 1,225,383.63 | 1,489,214.59 | 1,345,108.76 |
| 17 | 12/31/2014 | 33 | 1,273,531.38 | 1,298,052.25 | 1,321,587.00 | 1,540,874.75 | 1,210,828.61 | 1,166,927.72 | 1,562,255.14 | 1,355,829.35 |
| 18 | 12/31/2014 | 35 | 1,215,180.52 | 1,218,477.69 | 1,236,439.46 | 1,331,959.98 | 1,300,523.32 | 1,300,526.77 | 1,327,983.25 | 1,254,188.97 |
| 19 | 12/31/2014 | 36 | 1,267,541.22 | 1,281,337.91 | 1,294,838.31 | 1,481,600.33 | 1,295,168.42 | 1,279,995.64 | 1,436,376.66 | 1,285,516.23 |
| 20 | 12/31/2014 | 39 | 6,279,998.24 | 6,617,761.42 | 6,984,397.57 | 8,812,811.28 | 6,098,074.70 | 5,823,412.89 | 8,650,314.38 | 6,409,384.96 |
| 21 | 12/31/2014 | 45 | 3,488,142.51 | 3,546,301.67 | 3,599,523.80 | 4,127,151.01 | 3,369,000.30 | 3,281,865.61 | 4,154,167.01 | 3,685,980.20 |
| 22 | 12/31/2014 | 47 | 3,255,884.77 | 3,260,550.02 | 3,285,809.64 | 3,644,741.26 | 3,241,931.73 | 3,190,089.55 | 3,759,681.87 | 3,504,873.65 |
| 23 | 12/31/2014 | 48 | 4,203,717.73 | 4,223,023.13 | 4,230,118.48 | 4,492,770.42 | 4,070,100.52 | 3,962,592.29 | 4,989,551.87 | 4,601,665.50 |
| 24 | 12/31/2014 | 49 | 2,138,428.85 | 2,138,836.56 | 2,158,944.01 | 2,330,827.39 | 2,169,248.12 | 2,147,668.65 | 2,438,515.56 | 2,311,521.66 |
| 25 | 12/31/2014 | 52 | 2,628,071.11 | 2,634,656.60 | 2,616,823.53 | 2,570,372.04 | 2,609,050.23 | 2,540,875.84 | 3,278,593.64 | 2,694,014.76 |
| 26 | 12/31/2014 | 53 | 2,074,007.78 | 2,103,073.80 | 2,090,480.07 | 2,101,731.36 | 1,979,841.93 | 1,883,343.48 | 2,707,440.31 | 2,112,820.01 |
| 27 | 12/31/2014 | 54 | 2,000,646.00 | 2,036,545.84 | 2,058,484.77 | 2,226,913.98 | 1,888,450.30 | 1,798,085.99 | 2,584,384.23 | 2,144,847.39 |
| 28 | 12/31/2014 | 55 | 2,012,345.73 | 2,058,711.79 | 2,164,912.64 | 2,717,373.07 | 1,950,664.07 | 1,865,702.95 | 2,612,594.21 | 2,141,498.64 |
| 29 | 12/31/2014 | 56 | 1,966,203.09 | 2,072,360.59 | 2,191,342.79 | 2,780,335.97 | 1,937,661.59 | 1,843,223.38 | 2,702,556.72 | 2,150,811.45 |
| 30 | 12/31/2014 | 57 | 2,029,061.11 | 2,102,181.60 | 2,210,656.21 | 2,760,954.24 | 1,925,904.55 | 1,815,598.75 | 2,847,439.78 | 2,176,848.80 |
| 31 | 12/31/2014 | 58 | 3,180,509.66 | 3,279,506.55 | 3,306,579.77 | 3,528,588.12 | 3,005,157.24 | 2,847,187.34 | 4,261,283.55 | 3,442,916.92 |
| 32 | 12/31/2014 | 59 | 2,533,313.61 | 2,539,436.83 | 2,547,572.10 | 2,629,402.28 | 2,570,133.76 | 2,530,059.68 | 2,938,481.24 | 2,627,440.19 |
| 33 | 12/31/2014 | 60 | 2,478,172.55 | 2,503,560.56 | 2,496,326.96 | 2,533,479.34 | 2,457,083.75 | 2,377,113.83 | 3,145,223.75 | 2,630,535.57 |
| 34 | 12/31/2014 | 61 | 2,486,767.21 | 2,494,901.92 | 2,501,359.91 | 2,630,393.22 | 2,455,884.90 | 2,395,128.36 | 2,968,089.46 | 2,600,131.75 |
| 35 | 12/31/2014 | 63 | 1,296,372.57 | 1,342,967.85 | 1,410,866.06 | 1,748,994.80 | 1,223,578.09 | 1,153,104.56 | 1,824,693.47 | 1,407,895.77 |
| 36 | 12/31/2014 | 64 | 1,178,667.35 | 1,199,289.38 | 1,211,105.04 | 1,305,457.67 | 1,110,880.64 | 1,057,360.81 | 1,529,886.88 | 1,240,639.77 |
| 37 | 12/31/2014 | 65 | 2,069,053.45 | 2,067,638.68 | 2,070,462.16 | 2,168,912.55 | 2,143,335.14 | 2,141,675.60 | 2,175,860.65 | 2,141,216.96 |
| 38 | 12/31/2014 | 66 | 1,377,279.37 | 1,394,023.29 | 1,414,411.03 | 1,575,899.64 | 1,306,189.20 | 1,256,289.32 | 1,690,933.36 | 1,531,844.96 |
| 39 | 12/31/2014 | 67 | 1,803,475.05 | 1,821,960.85 | 1,848,917.14 | 2,059,618.62 | 1,708,721.89 | 1,643,564.81 | 2,208,898.88 | 2,000,745.62 |
| 40 | 12/31/2014 | 68 | 4,023,151.60 | 4,015,184.00 | 4,031,807.51 | 4,681,201.40 | 4,377,540.31 | 4,364,841.47 | 4,637,975.96 | 4,363,541.97 |
| 41 | 12/31/2014 | 69 | 2,022,727.54 | 2,024,227.17 | 2,032,842.98 | 2,204,326.77 | 2,101,965.44 | 2,091,023.98 | 2,215,269.72 | 2,132,666.32 |
| 42 | 12/31/2014 | 70 | 5,536,896.01 | 5,530,225.38 | 5,558,876.68 | 6,687,389.49 | 5,982,617.42 | 5,908,527.96 | 6,572,113.98 | 5,995,700.07 |
| 43 | 12/31/2014 | 71 | 6,055,977.66 | 6,069,035.36 | 6,062,838.16 | 7,518,477.31 | 5,422,566.47 | 5,097,895.42 | 7,690,054.42 | 6,696,465.34 |
| 44 | 12/31/2014 | 73 | 4,669,727.01 | 4,661,840.12 | 4,674,146.38 | 5,227,965.91 | 5,092,115.44 | 5,074,929.10 | 5,216,702.30 | 4,821,634.24 |
| 45 | 12/31/2014 | 74 | 5,079,774.09 | 5,176,718.88 | 5,197,170.59 | 6,793,745.23 | 4,296,128.00 | 3,924,427.23 | 6,991,654.58 | 5,272,563.84 |
| 46 | 12/31/2014 | 75 | 2,092,823.67 | 2,131,372.40 | 2,154,916.14 | 2,854,095.24 | 1,780,776.85 | 1,639,507.26 | 2,852,575.89 | 2,095,613.81 |
| 47 | 12/31/2014 | 76 | 1,931,134.03 | 1,934,105.44 | 1,956,065.25 | 2,248,607.08 | 1,976,526.59 | 1,944,701.15 | 2,212,173.39 | 2,031,067.52 |
| 48 | 12/31/2014 | 77 | 1,931,041.87 | 1,941,318.45 | 1,964,019.83 | 2,234,194.96 | 1,852,995.52 | 1,790,393.42 | 2,301,270.90 | 2,036,984.47 |
| 49 |   |   |   |   |   |   |   |   |   |   |
| 50 | Notes and Sources: See Appendix 2 for underlying data sources and calculations for waterfall valuations. |   |   |   |   |   |   |   |   |   |