**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SBB RESEARCH GROUP, LLC,<br>SAMUEL B. BARNETT, and<br>MATTHEW LAWRENCE AVEN,<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-06473<br><br>The Honorable Sharon Johnson Coleman,<br>United States District Judge<br><br>The Honorable Keri L. Holleb Hotaling,<br>United States Magistrate Judge |

**OMNIBUS EXHIBIT INDEX TO**
**DEFENDANTS' REPLIES IN SUPPORT OF *DAUBERT* MOTIONS**

| Exhibit No. | Description | Motion(s) Cited In |
|---|---|---|
| **Testimony and Deposition Transcripts** | | |
| Exhibit 25. | May 2, 2023 Deposition Transcript of Samuel Barnett [Excerpt] | Mintzer |
| Exhibit 26. | January 30, 2024 Deposition Transcript of Gene Deetz | Hickey<br>McCann<br>Mintzer |
| **Relevant Accounting Standards** | | |
| Exhibit 27. | AR § 080 | Mintzer |
| Exhibit 28. | AU-C 200 | Mintzer |
| Exhibit 29. | AU-C 540A | Mintzer |
| Exhibit 30. | ASC 820-10-55 | Hickey |
| Exhibit 31. | SEC Staff Accounting Bulletin ("SAB"): No. 99 | Hickey |
| **Other Exhibits** | | |
| Exhibit 32. | July 28, 2016 Email from S. Droege to L. Weil cc: D. Mathe re: Discount Rate for Illiquidity (RSM-SBB-00133489) | Mintzer |
| Exhibit 33. | "Peer Analysis" worksheet in New model results_2016.05.16v1_poly return comparison-BATES STAMPED.xls, as cited in footnote 197 of the Hickey Report[1] | Hickey |

---

[1] For ease of review, the metrics that Hickey copies from the SBB document into Table 4 are highlighted in this exhibit.