# EXHIBIT 25

### Page 1

```
            UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                   EASTERN DIVISION

 U.S. SECURITIES AND EXCHANGE    )
 COMMISSION,                     )
                                 )
         Plaintiff,      ) Case No.
                         ) 1:19-cv-06473
    vs.                  )
                         )
 SBB RESEARCH GROUP LLC,         )
 et al.,                         )
                                 )
         Defendants.     )
 _____)
```

     The videotaped deposition of SAMUEL BARNETT,
Ph.D., called by the Plaintiff for examination
taken pursuant to the Federal Rules of Civil
Procedure of the United States District Courts
pertaining to the taking of depositions, taken
before Valerie Calabria, CSR, RPR, taken at 330
North Wabash Avenue, Suite 2800, Chicago, Illinois,
on May 2, 2023, at 9:35 a.m.

Reported by:
Valerie M. Calabria, CSR, RPR
License No. 084-003928
JOB No. 230502TCE

### Page 2

APPEARANCES:
Appeared on behalf of the Plaintiff:
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
  BY:  MR. KEVIN A. WISNIEWSKI
       MR. TIMOTHY S. LEIMAN
       175 West Jackson Boulevard, Suite 1450
       Chicago, Illinois 60604
       312.353.7390
       wisniewskik@sec.gov
       leimant@sec.gov

Appeared on behalf of the Defendants:

KOPECKY SCHUMACHER ROSENBURG LLC
  BY:  MR. HOWARD J. ROSENBURG
       120 North LaSalle Street, Suite 2000
       Chicago, Illinois 60602
       312.380.6631
       hrosenburg@ksrlaw.com
              -and-
LATHAM & WATKINS LLP
  BY:  MR. JOHN SIKORA
       MS. PRIYA PUROHIT
       330 North Wabash Avenue, Suite 2800
       Chicago, Illinois 60611
       312.876.7700
       john.sikora@lw.com
       priya.purohit@lw.com

ALSO PRESENT:

  Stephen Goethals, videographer

                * * * * *

### Page 3

                        INDEX
WITNESS                              EXAMINATION
SAMUEL BARNETT, Ph.D.
  BY MR. WISNIEWSKI                       6

        DEPOSITION EXHIBITS
BARNETT
EXHIBIT NO.    DESCRIPTION          IDENTIFIED

Exhibit 1   Item 13                      17
Exhibit 2   Regulatory Update            83
            October 2019
Exhibit 3   Monthly note totals          88
Exhibit 4   E-mails                      96
Exhibit 5   SBBRG Audit Engagement      102
Exhibit 6   Spreadsheet                 115
Exhibit 7   Structured Products         117
            Valuation memo
Exhibit 8   E-mails                     119
Exhibit 9   March 14, 2018, SEC         153
            transcript
Exhibit 10  Introduction to the         212
            Economics and Mathematics
            of Financial Markets
            textbook excerpts
Exhibit 11  April 29, 2014, management  247
            representation letter
Exhibit 12  SBB Research Funds II LLC   255
            Financial Statements,
            December 31st, 2012

### Page 4

            INDEX (Continued)
BARNETT
EXHIBIT NO.    DESCRIPTION          IDENTIFIED

Exhibit 13   January 1, 2016, engagement    262
             letter, Mareta &
             Associates, Inc.
Exhibit 14   SEC call transcript            272
Exhibit 15   E-mails                        286
Exhibit 16   April 20th, 2015, e-mail       299
Exhibit 17   March 16, 2016, SEC letter     313
Exhibit 18   November 21, 2014, Simon       324
             Compliance engagement
             letter
Exhibit 19   (not marked)
Exhibit 20   Investor presentation          325

         *** EXHIBITS BOUND SEPARATELY ***

**Page 149**

1 GAAP financials to our investors.
2 BY MR. WISNIEWSKI:
3    Q.  Did you as management have any
4 responsibilities for preparing the financials
5 consistent with GAAP?
6    MR. ROSENBURG:  Objection; foundation.
7    THE WITNESS:  I believe that we as management
8 have ultimate responsibility for all aspects of our
9 business activities, including the preparation of
10 financial statements, but that we were able to rely
11 on professional accountants and auditors and
12 employees, and basically, we were able to rely on
13 others with greater degrees of expertise and
14 experience in this area than ourselves to prepare
15 the financial statements in accordance with GAAP.
16 BY MR. WISNIEWSKI:
17    Q.  Okay.  So did you as management have any
18 responsibilities to ensure that the financials were
19 prepared in accordance with GAAP?
20    MR. ROSENBURG:  Objection; foundation and
21 form.
22    THE WITNESS:  Yes.
23 BY MR. WISNIEWSKI:
24    Q.  And what were those responsibilities?
25    A.  I believe that we ultimately are

**Page 150**

1 responsible for everything that happens at the
2 firm.  And so I believe that we had to select GAAP
3 as our accounting framework, I believe that we had
4 to hire internal staff and engage outside providers
5 to perform these activities, and ultimately, we had
6 to have -- my understanding is we had to have
7 reasonable understanding that we were providing
8 GAAP financials to our auditors -- I'm sorry, to
9 our investors.  That was my understanding.
10    Q.  Okay.  Did you have an obligation as
11 management to provide GAAP-compliant financial
12 statements to your auditor?
13    A.  My understanding is that we had an
14 obligation to the best of our knowledge to provide
15 GAAP financials but that they were then going to
16 opine of whether they were compliant with GAAP.
17 And if they weren't compliant with GAAP, then we
18 would have to modify the financials accordingly.
19    Q.  How did you carry out your
20 responsibility as management?
21    A.  I think that we performed everything in
22 good faith and we performed everything
23 appropriately.
24    Q.  How?  How did you do that?  What did you
25 do as management?

**Page 151**

1    A.  Can you clarify your question.
2    Q.  Yeah.  How did you as management of SBB
3 ensure that the funds' financial statements
4 complied with GAAP?
5    A.  I think that we acted in our best -- in
6 our good faith to do so.  I'm sorry.  I'm missing
7 the question.  Can --
8    Q.  Yeah.  What did you do, what steps did
9 you take as management to ensure that SBB's --
10    A.  Okay.
11    Q.  -- the funds' financial statements
12 complied with GAAP?
13    A.  I understand.  I thought you were
14 talking about the manner with which we did things
15 as opposed to steps.  So the steps that I believe
16 that we took were developing a model consistent
17 with our -- the valuation section of our operating
18 agreement, which was in good faith and appropriate
19 modifications to Black-Scholes, taking the
20 assumption of the model very seriously and
21 analyzing whether or not they applied or required
22 modifications.  Hiring a third-party accountant and
23 various different accountants at different stages
24 but with the assignment to prepare GAAP financials
25 for us.  And then having an auditor opine that the

**Page 152**

1 financials were compliant with GAAP in all material
2 respects and then delivering those to the investors
3 once the audited financials were completed.
4    Q.  Anything else?
5    A.  I'm not sure.  There may have been other
6 steps, but that's at least -- that's my summary of
7 the steps that I believe that we took.
8    Q.  Okay.  And did SBB have any accounting
9 policies and procedures?
10    A.  We do have sections of our operating
11 agreement and the operating agreements of the funds
12 governing accounting.  And also, there are other
13 risks and disclosures and written statements about
14 our accounting and valuation.
15    Q.  Okay.  But actual policies and
16 procedures that govern the accounting practices at
17 SBB, are there any written policies and procedure?
18    A.  Yes.
19    Q.  What are they?
20    A.  I mean, there's documents.  I don't
21 recall them off the top of my head, but we have a
22 compliance manual.  We have sections of our -- I
23 guess I just don't know, specifically, where those
24 policies are, but I believe that there are policies
25 and we've developed them over time.