# EXHIBIT 32

| | |
|---|---|
| **From:** | Droege, Stacie </O=RSMMCGLADREY/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=E044164> |
| **To:** | Weil, Lynne |
| **CC:** | Mathe, Danielle |
| **Sent:** | 7/28/2016 11:11:11 AM |
| **Subject:** | SBB Change in Estimate Vs. Correction of Error Research 7-28-16 |
| **Attachments:** | SBB Change in Estimate Vs. Correction of Error Research 7-28-16.docx |

I summarized my thoughts at the top of the attached word document. Below it is support I pulled for each type of consideration.

**Exhibit D 0065**

CONFIDENTIAL TREATMENT REQUESTED BY RSM US LLP					RSM-SBB-00133489

SD thoughts _
1. If the missing liquidity discount in the old model means that the model is no longer in compliance with GAAP, then I believe it is a "correction of an error" per understanding below.
2. If the missing liquidity discount in the old model is just a change based on new information available as notes have settled with the banks, than I believe it is a "change in accounting estimate" per understanding below.

**Change in Accounting Estimate**

A change that has the effect of adjusting the carrying amount of an existing asset or liability or altering the subsequent accounting for existing or future assets or liabilities. A change in accounting estimate is a necessary consequence of the assessment, in conjunction with the periodic presentation of financial statements, of the present status and expected future benefits and obligations associated with assets and liabilities. Changes in accounting estimates result from new information. Examples of items for which estimates are necessary are uncollectible receivables, inventory obsolescence, service lives and salvage values of depreciable assets, and warranty obligations.

A change in accounting estimate shall be accounted for in the period of change if the change affects that period only or in the period of change and future periods if the change affects both. A **change in accounting estimate** shall not be accounted for by restating or retrospectively adjusting amounts reported in financial statements of prior periods or by reporting pro forma amounts for prior periods.

**Error in Previously Issued Financial Statements**

An error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of generally accepted accounting principles (GAAP), or oversight or misuse of facts that existed at the time the financial statements were prepared. A change from an accounting principle that is not generally accepted to one that is generally accepted is a correction of an error.

**> Correction of an Error in Previously Issued Financial Statements**

45-22

CONFIDENTIAL TREATMENT REQUESTED BY RSM US LLP
RSM-SBB-00133490

As indicated in paragraph 225-10-45-1, net income for the period shall include all items of profit and loss recognized during the period, including accruals of estimated losses from loss contingencies, but shall not include corrections of errors from prior periods. As used in this Subtopic, the term *period* refers to both annual and interim reporting periods.

**45-23**

Any error in the financial statements of a prior period discovered after the financial statements are issued or are available to be issued (as discussed in Section 855-10-25) shall be reported as an error correction, by restating the prior-period financial statements. **Restatement** requires all of the following:

a. The cumulative effect of the error on periods prior to those presented shall be reflected in the carrying amounts of assets and liabilities as of the beginning of the first period presented.
b. An offsetting adjustment, if any, shall be made to the opening balance of retained earnings (or other appropriate components of equity or net assets in the statement of financial position) for that period.
c. Financial statements for each individual prior period presented shall be adjusted to reflect correction of the period-specific effects of the error.

**45-24**

Those items that are reported as error corrections shall, in single period statements, be reflected as adjustments of the opening balance of retained earnings. When comparative statements are presented, corresponding adjustments should be made of the amounts of net income (and the components thereof) and retained earnings balances (as well as of other affected balances) for all of the periods reported therein, to reflect the retroactive application of the error corrections.

CONFIDENTIAL TREATMENT REQUESTED BY RSM US LLP
RSM-SBB-00133491