# EXHIBIT 33

CONFIDENTIAL – F.O.I.A. Treatment Requested by SBB Research Group LLC 007300

|  | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 |  |  | **Old** |  | New Raw | New Bank |  | HFRI |
| 2 |  | Key Stats | Poly |  | Poly | Poly |  | Quantitative Directional Index |
| 3 |  | Sharpe Ratio | 0.308 |  | 0.134 | 0.146 |  | 0.183 |
| 4 |  | Sharpe Annualized | 1.07 |  | 0.46 | 0.51 |  | 0.63 |
| 5 |  | Sortino Ratio (monthly) | 0.520 |  | 0.204 | 0.219 |  | 0.272 |
| 6 |  | Sortino Ratio Annualized | 1.80 |  | 0.71 | 0.76 |  | 0.94 |
| 7 |  | Annualized Return (CAGR) | 10.26% |  | 6.29% | 6.37% |  | 4.55% |
| 8 |  | Maximum Drawdown | -9.27% |  | -15.86% | -15.50% |  | -5.13% |
| 9 |  | Percentage of Positive Months | 76% |  | 56% | 56% |  | 60% |
| 10 |  | Worst Monthly Return | -7.48% |  | -9.75% | -11.31% |  | -5.13% |
| 11 |  | Best Monthly Return | 8.46% |  | 9.99% | 9.99% |  | 3.73% |
| 12 |  | Total Return Since Sept 2011 | 56.45% |  | 32.27% | 32.74% |  | 22.62% |
| 13 |  | Average monthly return | 0.85% |  | 0.58% | 0.58% |  | 0.39% |
| 14 |  | Geometric Mean | 0.82% |  | 0.51% | 0.52% |  | 0.37% |
| 15 |  | Average monthly gain | 1.80% |  | 3.10% | 2.81% |  | 1.48% |
| 16 |  | Average monthly loss | -2.22% |  | -2.67% | -2.31% |  | -1.25% |
| 17 |  | Monthy standard deviation | 2.54% |  | 3.86% | 3.49% |  | 1.75% |
| 18 |  | Annualized Standard Deviation | 8.79% |  | 13.37% | 12.09% |  | 6.06% |
| 19 |  | Downside Deviation | 1.50% |  | 2.53% | 2.33% |  | 1.18% |
| 20 |  | Gain Deviation | 1.83% |  | 2.53% | 2.25% |  | 0.99% |
| 21 |  | Loss Deviation | 2.02% |  | 2.66% | 2.57% |  | 1.31% |
| 22 |  | Skewness | -0.14 |  | -0.11 | -0.36 |  | -0.70 |
| 23 |  | Kurtosis | 2.82 |  | 0.86 | 2.21 |  | 1.17 |
| 24 |  | Annualized Alpha vs S&P 500 | 3.30% |  | -3.39% | -2.39% |  | -0.99% |
| 25 |  | Annualized Jensen Alpha vs S&P 500 | 2.94% |  | -3.50% | -2.57% |  | -1.42% |
| 26 |  | Beta vs S&P 500 | 0.568 |  | 0.855 | 0.764 |  | 0.461 |
| 27 |  | Correlation vs S&P 500 | 0.78 |  | 0.77 | 0.76 |  | 0.92 |
| 28 |  | R Squared Vs. S&P 500 | 0.61 |  | 0.60 | 0.58 |  | 0.85 |
| 29 |  | Annualized Alpha vs RUT | 6.34% |  | 0.55% | 1.19% |  | 1.36% |
| 30 |  | Annualized Jensen Alpha vs RUT | 5.81% |  | 0.24% | 0.81% |  | 0.80% |
| 31 |  | Beta vs RUT | 0.377 |  | 0.605 | 0.538 |  | 0.308 |
| 32 |  | Correlation vs RUT | 0.70 |  | 0.74 | 0.73 |  | 0.83 |
| 33 |  | R Squared Vs. RUT | 0.49 |  | 0.55 | 0.53 |  | 0.69 |
| 34 |  | Up Capture vs S&P | 0.61 |  | 0.78 | 0.72 |  | 0.44 |
| 35 |  | Down Capture vs S&P | 0.50 |  | 1.11 | 0.98 |  | 0.50 |
| 36 |  | Up Capture vs RUT | 0.47 |  | 0.63 | 0.56 |  | 0.33 |
| 37 |  | Down Capture vs RUT | 0.27 |  | 0.68 | 0.57 |  | 0.27 |
| 38 |  | Up Percentage Ratio vs S&P 500 | 0.26 |  | 0.40 | 0.31 |  | 0.06 |
| 39 |  | Down Percentage Ratio vs S&P 500 | 0.83 |  | 0.50 | 0.67 |  | 0.94 |
| 40 |  | Up Percentage Ratio vs RUT | 0.16 |  | 0.32 | 0.29 |  | 0.10 |
| 41 |  | Down Percentage Ratio vs RUT | 0.86 |  | 0.68 | 0.86 |  | 0.91 |