# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,<br><br>Defendants. | Case No. 1:19-cv-06473<br><br>The Honorable Sharon Johnson Coleman, United States District Judge<br><br>The Honorable Keri L. Holleb Hotaling, United States Magistrate Judge |

## OMNIBUS E-DATABASE CASE LAW INDEX TO DEFENDANTS' REPLIES IN SUPPORT OF *DAUBERT* MOTIONS

| Exhibit No. | Description | Motion(s) Cited In |
|---|---|---|
| Tab 1. | *Allen v. Benton*, 2022 WL 18147674 (N.D. Ill. Feb. 25, 2022) | Hickey |
| Tab 2. | *Antonick v. Electronic Arts Inc.*, 2014 WL 245018 (N.D. Cal. Jan. 22, 2014) | McCann |
| Tab 3. | *Bowman v. IBM Corp.*, 2013 WL 1857192 (S.D. Ind. May 2, 2013) | Mintzer |
| Tab 4. | *Burns v. Sherwin-Williams Co.*, 2022 WL 4329417 (N.D. Ill. Sept. 18, 2022) | Hickey Mintzer |
| Tab 5. | *Chi. Tchrs. Union, Loc. 1 v. Bd. of Educ. of Chi.*, 2020 WL 914882 (N.D. Ill. Feb. 25, 2020) | Mintzer |
| Tab 6. | *Connearney v. Main Line Hosps., Inc.*, 2016 WL 6569292 (E.D. Pa. Nov. 4, 2016) | McCann |
| Tab 7. | *Dixon v. Brown*, 2021 WL 2099166 (S.D. Ill. Mar. 30, 2021) | McCann |
| Tab 8. | *Holden Metal & Aluminum Works, Ltd. v. Wismarq*, 2003 WL 1797844 (N.D. Ill. Apr. 3, 2003) | Mintzer |
| Tab 9. | *Hudson v. City of Chicago*, 2021 WL 1020990 (N.D. Ill. Mar. 17, 2021) | Mintzer |
| Tab 10. | *Goldberg v. 401 N. Wabash Venture LLC*, 2013 WL 212912 (N.D. Ill. Jan. 18, 2013) | Hickey |
| Tab 11. | *Ill. Nat'l Ins. Co. v. Ace Stamping & Mach. Co. Inc.*, 2020 WL 5891395 (N.D. Ill. Oct. 5, 2020) | Mintzer |

| Exhibit No. | Description | Motion(s) Cited In |
|---|---|---|
| Tab 12. | *Kraft Foods Glob., Inc. v. United Egg Producers, Inc.*, 2023 WL 6248473 (N.D. Ill. Sept. 19, 2023) | Hickey |
| Tab 13. | *LQD Bus. Fin., Inc. v. Rose*, 2023 WL 2306854 (N.D. Ill. 2023) | Hickey |
| Tab 14. | *Maloney v. Microsoft Corp.*, 2012 WL 715856 (D.N.J. Mar. 5, 2012) | McCann |
| Tab 15. | *Noffsinger v. Valspar Corp.*, 2013 WL 12340338 (N.D. Ill. Jan. 4, 2013) | McCann |
| Tab 16. | *Obrycka v. City of Chicago*, 2012 WL 4092653 (N.D. Ill. Sept. 17, 2012) | Mintzer |
| Tab 17. | *Searcy v. United States*, 2020 WL 4187392 (S.D. Fla. July 21, 2020) | McCann |
| Tab 18. | *SEC v. Goldsworthy*, 2008 WL 8901272 (D. Mass. June 11, 2008) | Mintzer |
| Tab 19. | *Simpson v. Dart*, 2021 WL 1906469 (N.D. Ill. May 12, 2021) | McCann |
| Tab 20. | *Sullivan v. Alcatel-Lucent USA Inc.*, 2014 WL 3558690 (N.D. Ill. July 17, 2014) | Hickey |