# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Securities and Exchange Commission
                              Plaintiff,

v.                                         Case No.: 1:19−cv−06473
                                           Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 31, 2025:

MINUTE entry before the Honorable Sharon Johnson Coleman: Due to the lapse of congressional appropriations funding the federal government, the Court cannot set any future pre−trial dates in this matter. Therefore, the Court sua sponte strikes the Jury Trial set for 1/20/2026. The Court will set a status hearing date once the motions for summary judgment have been ruled on and the funding of the federal government is resolved. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.