UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,<br><br>Defendants. | Civil Action No. 1:19-cv-06473<br><br>The Honorable Sharon Johnson Coleman, United States District Judge<br><br>The Honorable Keri L. Holleb Hotaling, United States Magistrate Judge |

## NOTICE OF CONFLICT SCREENING

Emily Craven Reynolds is an attorney who has joined the Chicago office of Latham & Watkins LLP (hereinafter "Latham & Watkins") from the U.S. District Court for the Northern District of Illinois, where she was a Judicial Law Clerk in the Honorable Sharon Johnson Coleman's chambers. During her clerkship, Ms. Reynolds worked personally and substantially on the above-captioned matter. Ms. Reynolds is licensed to practice in Illinois.

As required by Rule 1.12 of the Illinois Rules of Professional Conduct, I am writing to notify to the Court and the parties in this case that all lawyers affiliated with Latham & Watkins have been informed that Ms. Reynolds has been screened from participating in or discussing this matter, and shall be apportioned no part of the fee earned therefrom, if any. Specifically, the following procedures have been taken to screen Ms. Reynolds:

The central file index to all files, documents, and records in this matter has been marked to indicate that Ms. Reynolds is to be denied access thereto, and her access to any such electronic files, documents, or records has been electronically restricted in the document management software system.

A memorandum has been circulated instructing all personnel that Ms. Reynolds is not to have access to any of the files, documents, or records in this matter, and that Ms. Reynolds is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter.

Ms. Reynolds will not share in any of the fees for this matter.

Dated: November 5, 2025

Respectfully submitted,

By /s/ *John J. Sikora, Jr.*
John J. Sikora, Jr. (6217330)
Heather A. Waller (6302537)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel. (312) 876-7700

Howard J. Rosenburg (6256596)
KOPECKY SCHUMACHER ROSENBURG LLC
120 N. LaSalle, Street, Suite 2000
Chicago, IL 60602
Tel. (312) 380-6631
hrosenburg@ksrlaw.com

H. Gregory Baker (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2871
hbaker@pbwt.com

*Counsel for Defendants*