# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Securities and Exchange Commission
                                   Plaintiff,

v.                                         Case No.: 1:19–cv–06473
                                              Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 21, 2025:

       MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 11/21/2025. The Court will tentatively reset the jury trial to 9/8/2026 at 9:00 AM. An in−person status hearing is set for 1/9/2026 at 10:15 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.