# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Securities and Exchange Commission

                    Plaintiff,

v.

                                  Case No.: 1:19–cv–06473
                                  Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 2/10/2026. Jury Trial set for 9/8/2026 is stricken and reset to 9/14/2026 at 9:00 AM. Pretrial Order and motions in limine shall be filed by 7/29/2026. Responses to the motions in limine shall be filed by 8/3/2026. An in–person pretrial conference is set for 8/11/2026 at 11:00 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.