IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES SECURITIES AND       )    No. 19 C 6473
EXCHANGE COMMISSION,               )
                                   )
                Plaintiff,         )
                                   )
        v.                         )
                                   )
SBB RESEARCH GROUP, LLC,           )
SAMUEL B. BARNETT, and MATTHEW     )
LAWRENCE AVEN,                     )    Chicago, Illinois
                                   )    February 10, 2026
                Defendants.        )    10:14 a.m.

TRANSCRIPT OF PROCEEDINGS - STATUS HEARING
BEFORE THE HONORABLE SHARON JOHNSON COLEMAN

APPEARANCES:

For the Plaintiff:        UNITED STATES SECURITIES AND EXCHANGE
                          COMMISSION
                          BY:  MR. TIMOTHY S. LEIMAN
                          175 W. Jackson Boulevard, Suite 1450
                          Chicago, Illinois   60604


For the Defendants:       KOPECKY SCHUMACHER ROSENBURG LLC
                          BY:  MR. HOWARD J. ROSENBURG
                          120 N. LaSalle Street, Suite 2000
                          Chicago, Illinois   60602


Court Reporter:           TRACEY D. McCULLOUGH, CSR, RPR
                          Official Court Reporter
                          219 S. Dearborn Street, Room 1232
                          Chicago, Illinois 60604
                          312.435.5570
                          tracey_mccullough@ilnd.uscourts.gov

                    *  *  *  *  *




PROCEEDINGS REPORTED BY STENOTYPE
TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION

(Proceedings heard in open court:)

THE CLERK: 19 CV 6473, Securities and Exchange Commission versus SBB Research Group.

THE COURT: All right. Plaintiff on this side. Defense on this side. Go ahead, Counsel.

MR. LEIMAN: Good morning, Your Honor. Tim Leiman for the SEC.

THE COURT: Thank you.

MR. ROSENBURG: Good morning, Judge. Howard Rosenburg on behalf of the defendants.

THE COURT: All right. I'm assuming we're all still set for trial on September 8th, is that correct?

MR. LEIMAN: Correct, Your Honor. We had had discussions about accommodating the holidays of Rosh Hashanah and Yom Kippur during trial. We're open to whatever accommodations.

THE COURT: And we can do that. What we could do, I guess, is because it's usually the first, what, 2 weeks or 12 days of September, whenever those days hit; correct?

MR. ROSENBURG: Right.

THE COURT: And so I guess one of the problems would be it's not really -- I mean, obviously you know if you all are taking the days, I also have to worry about jurors. So, Yvette, can we if we need to push it back a week or so, can we?

THE CLERK: Yes, we -- yes, we had blocked out the

whole month.

THE COURT: So I'm thinking of push it back a week. So even if we end up just picking on an off day where there's no holiday, but then we can also jump to the -- over the next holiday to make sure that everybody's accommodated.

MR. LEIMAN: Yes.

THE COURT: Does that fit?

MR. ROSENBURG: Judge, we're talking further into September?

THE COURT: Yes. Not early.

MR. ROSENBURG: Yes. I just wanted to make sure.

THE COURT: But a week into September. So, yes. But I obviously -- I usually know and I have my calendar, but I don't have it up, but you know. Do you know what the exact dates are?

MR. ROSENBURG: It would take me a second. In our perfect world we would do October 5th, but otherwise if it doesn't work for the Court --

THE COURT: Yes, the problem is we can't do that.

MR. ROSENBURG: Okay.

THE COURT: Perfect is not our name here.

MR. ROSENBURG: I know. I'm just trying.

THE COURT: So we'll do the best we can. Yes, I've got, I've got a case that's actually older and actually bigger than your case. So I've got an antitrust case in addition to

this. So I am getting my behind kicked basically for the next -- for the rest of the time I'm here.

MR. ROSENBURG: So it looks like we're clear the week of the -- September 14th.

THE COURT: How about we start there.

MR. ROSENBURG: Yes. And I think.

THE CLERK: That is a week later.

THE COURT: Yes. So we'll do that. We'll do September 14th. And then when we have to take a date, we might not even -- we might be able to pick and then not even start opening statements or something. It all depends on where we are.

MR. ROSENBURG: Sure. Yes. Yom Kippur is the 21st.

THE COURT: All right. What's the next date?

MR. ROSENBURG: Yom Kippur is the 21st.

THE COURT: So a week later?

MR. ROSENBURG: Yes.

THE COURT: All right.

MR. ROSENBURG: That would be the day we'd have to take off.

THE COURT: Yes. And we can easily do that. With a trial this long, we can easily do that.

MR. ROSENBURG: Okay.

THE COURT: All right. And so let's do some other dates that we have to do here. So I'm looking at, how's

July 29th for final pretrial order? What day of the week is that?

THE CLERK: That is a Wednesday, Judge.

THE COURT: All right. The 29th will be the final pretrial order. With seven days -- or go, go five days up, Yvette, for motions in limine to be responded to on that. So we go to July 29th, and then they have five days --

THE CLERK: After.

THE COURT: Yes.

THE CLERK: For the --

THE COURT: Motions in limine and whatnot. And then after that if we can go later that week in August. So we're still at the beginning of August for the final pretrial conference.

THE CLERK: Yes.

THE COURT: And everybody look at your vacation, your going to school, taking kids back, all those dates. Look at that for August, and let me know now. Yvette, what do we have available? No Fridays. It will be earlier.

MR. LEIMAN: We're --

THE COURT: You're good.

MR. LEIMAN: We're open.

THE COURT: Okay. What about you?

MR. ROSENBURG: Yes, that's fine.

THE CLERK: So how about since the responses are due

August 3rd, we could do the pretrial conference August 11th.

THE COURT: I'm looking at August 11th. All right. And we'll set -- what else do we have that date, Yvette?

THE CLERK: Right now it's pretty open, Judge.

THE COURT: If it's open, then let's start it at 11.

THE CLERK: 11.

THE COURT: And that will also give us time. If there's something I feel like I need to take under advisement after hearing arguments, I'll be able to have time that week I believe to -- if we come back again, we can do it again. Okay. Any other questions?

MR. LEIMAN: No. Very good, Your Honor. Thank you.

MR. ROSENBURG: Any guidance on summary judgment?

THE COURT: Of when it's going to be done? Hopefully sooner than later. Right now, yes, we are, we are definitely working very hard on it. So we got obviously waylaid by a lot of things that happened to us in this courthouse, but we are on it. So now -- especially now that we definitely know that you all are going forward on the trial, we definitely are on it.

Okay. All right. Anything else? No other questions? Thank you very much.

MR. LEIMAN: Thank you, Your Honor.

(Concluded at 10:30 a.m.)

* * * * *

I certify that the foregoing is a correct transcript of the record of proceedings in the above-entitled matter.

/s/ TRACEY D. McCULLOUGH                    February 20, 2026
TRACEY D. McCULLOUGH, CSR, RPR
Official Court Reporter