**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Case No.: 1:19-cv-06473** |
| **SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,** | ) ) ) ) | **Hon. Sharon Johnson Coleman** |
| **Defendants.** | ) ) ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO**
**SUBMIT PROPOSED JURY INSTRUCTIONS**

Plaintiff United States Securities and Exchange Commission (the "SEC"), and

Defendants SBB Research Group, LLC, Samuel Barnett, and Matthew Aven (the "Defendants,"

collectively with the SEC, the "Parties"), jointly request a brief extension to August 5, 2026 to

submit the proposed jury instruction segment of the Proposed Final Pretrial Order ("PTO"). In

support of this request, the Parties state as follows:

1.     On February 10, 2026, the Court set the pretrial schedule in this matter, by which:

(a) the proposed Final Pretrial Order is due by July 29, 2026, and (b) the Final Pretrial

Conference in this matter is set for August 11, 2026.

2.     The Parties have been working diligently on completing the pretrial order

submissions and have made substantial progress. While almost all categories of information

required in the PTO will be ready for filing on July 29, review of the disputed portion of the

proposed jury instructions has taken longer than anticipated, without sufficient time for the

Defendants to respond to the SEC's objections to certain disputed instructions. The Parties, therefore, respectfully request a brief extension to August 5 to finalize the jury instruction portion of the submission (one week before the Final Pretrial Conference).

3. This brief extension will allow the Parties adequate time to review objections, respond to and confer about those objections, and provide the Court with a full, clearer record of where there are agreements and disputes.

4. This brief extension for the submission of the Parties' proposed jury instructions will not affect other pretrial deadlines. The Parties will file the other PTO sections as scheduled on July 29, 2026.

Dated: July 28, 2026

Respectfully submitted,

By  /s/ *John J. Sikora, Jr.*____
John J. Sikora, Jr. (6217330)
Heather A. Waller (6302537)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel. (312) 876-7700
john.sikora@lw.com
heather.waller@lw.com

Howard J. Rosenburg (6256596)
KOPECKY SCHUMACHER
ROSENBURG LLC
120 N. LaSalle, Street, Suite 2000
Chicago, IL 60602
Tel. (312) 380-6631
hrosenburg@ksrlaw.com

H. Gregory Baker (*pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2871
hbaker@pbwt.com

2

*Attorneys for Defendants*
*SBB Research Group, LLC, Samuel Barnett*
*and Matthew Aven*


Dated: July 28, 2026               Respectfully submitted,

By /s/ *Timothy S. Leiman* (with consent)
Timothy S. Leiman (6270153)
Robert Moye (6225688)
Kevin A. Wisniewski (6294107)
Devlin Su (6310268)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Tel. (312) 353-7390
leimant@sec.gov
moyer@sec.gov
wisniewskik@sec.gov
sude@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*

3