**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | **Case No.: 1:19-cv-06473** |
| **SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,** | ) ) ) ) | **Hon. Sharon Johnson Coleman** |
| **Defendants.** | ) ) ) | |

### SEC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION IN LIMINE #10

Plaintiff United States Securities and Exchange Commission (the "SEC"), without opposition from Defendants SBB Research Group, LLC, Samuel Barnett, and Matthew Aven (the "Defendants"), respectfully requests a brief three-day extension – from August 3 to August 6 – to respond to the Defendants' Motion in Limine #10 related to summary exhibits created by one of its accountants, Craig McShane. In support of this request, the SEC states as follows:

1. On February 10, 2026, the Court set the pretrial schedule in this matter, by which: (a) responses to Motions in Limine are due on August 3, 2026, and (b) the Final Pretrial Conference in this matter is set for August 11, 2026.

2. The SEC has been working diligently on completing responses to the Defendants' twelve Motions in Limine and anticipates that it can file all but one of them by the August 3, 2026 deadline.

3.     One of the Defendants' Motions in Limine seeks to exclude Rule 1006 summaries created by SEC Staff Accountant Craig McShane. The exhibits reflect Mr. McShane's summary calculations of net asset value and cumulative returns for three of SBB's Funds.

4.     When the SEC received the motion on July 23, 2026, Mr. McShane was already out of town on personal leave and will not return until July 30, 2026 (and thus has been unavailable for the majority of the time allotted for drafting a response).

5.     The SEC requests a brief three-day extension to the response deadline for Motion in Limine #10 – from August 3, 2026 to August 6, 2026 – so that it may work with Mr. McShane to address the Defendants' arguments in their Motion related to his exhibits. This brief extension will allow the SEC to: (a) provide a full description of the work Mr. McShane performed, (b) address the Defendants' arguments related to that work, and (c) explain why his summary calculations meet the standard of FRE 1006.

4.     The SEC has met and conferred with counsel for the Defendants, who do not oppose the extension sought.

Dated: July 29, 2026

Respectfully submitted,

By  /s/ **_Timothy S. Leiman_**
Timothy S. Leiman (6270153)
Robert Moye (6225688)
Kevin A. Wisniewski (6294107)
Devlin Su (6310268)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Tel. (312) 353-7390
leimant@sec.gov
moyer@sec.gov
wisniewskik@sec.gov

2

sude@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*