## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Securities and Exchange Commission

        Plaintiff,

v.             Case No.: 1:19–cv–06473

             Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 30, 2026:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's unopposed motion for extension of time to respond to defendants' motion in limine #10 [325] is granted. Responses due by 8/6/2026. No appearance necessary on 8/3/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.