## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Securities and Exchange Commission

Plaintiff,

v.                                                          Case No.: 1:19–cv–06473

Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Defendants' joint motion for extension of time to submit proposed jury instructions [322] is granted. The proposed jury instructions shall be submitted by 8/5/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.