## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Securities and Exchange Commission

                                        Plaintiff,

v.                                                          Case No.: 1:19–cv–06473
                                                            Honorable Sharon Johnson Coleman

SBB Research Group, LLC, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, August 7, 2026:


     MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's second joint motion for extension of time to submit proposed jury instructions [357] is granted. The parties shall file the finalized disputed jury instructions by 8/10/2026. Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.