**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,**<br><br>**Defendants.** | **Case No.: 1:19-cv-06473**<br><br>**Hon. Sharon Johnson Coleman** |

**JOINT MOTION TO STRIKE TRIAL DATE AND STAY THE CASE PENDING COMMISSION APPROVAL OF PROPOSED SETTLEMENT**

Plaintiff United States Securities and Exchange Commission (the "SEC" or "Commission"), and Defendants SBB Research Group, LLC, Samuel Barnett, and Matthew Aven (the "Defendants," collectively with the SEC, the "Parties"), jointly request that this case be stayed – and the September 14, 2026 trial date be stricken – because the Parties have reached an agreement in principle that the SEC Staff plans to recommend to the SEC's Commissioners for approval. Upon approval by the Commission, the proposed settlement would resolve all claims and all forms of relief in this matter:

1. Trial in this matter is scheduled to begin on September 14, 2026.

2. After the Final Pretrial Conference in this matter concluded on August 14, 2026, the Parties have engaged in further settlement negotiations, and have reached an agreement in principle to resolve all claims and all forms of relief in this matter without trial.

3. Although the Staff of the SEC has vetted the proposed settlement with senior leadership of the Division of Enforcement in Washington, D.C., the Staff does not have independent authority to enter into binding settlements on behalf of the Commission. Rather, the SEC Staff must submit a recommendation to the Commission itself, and the Commission must consider and approve the settlement proposal at one of its periodic closed meetings. This process can take several weeks to complete. If the settlement proposal is approved by the Commission, the SEC Staff will file appropriate documents with the Court that would reflect the settlement.

4. Counsel for the SEC believes that within 60 days it will be able to file with the Court either: (a) documents reflecting a settlement of this matter, or (b) a status report updating the Court on the status of the approval process with proposed next steps.

5. Striking the trial date and entering a stay pending Commission consideration of the proposed settlement will conserve the resources of the Parties and promote judicial efficiency.

WHEREFORE: The Parties jointly and respectfully request that the Court: (a) strike the September 14, 2026 trial date in this matter; (b) stay the case so that the Commission can evaluate the proposed settlement in this matter; and (c) require the SEC to file either documents reflecting the settlement of this matter, or a status report, by October 30, 2026.

Dated: August 25, 2026

Respectfully submitted,

By /s/***Howard J. Rosenburg***
John J. Sikora, Jr. (6217330)
Heather A. Waller (6302537)
Renatta A. Gorski (6332737)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel. (312) 876-7700
john.sikora@lw.com
heather.waller@lw.com

renatta.gorski@lw.com

Howard J. Rosenburg (6256596)
KOPECKY SCHUMACHER
ROSENBURG LLC
120 N. LaSalle, Street, Suite 2000
Chicago, IL 60602
Tel. (312) 380-6631
hrosenburg@ksrlaw.com

H. Gregory Baker (*pro hac vice*)
Julia MacAllister (*pro hac vice*)
Natalie Noble (*pro hac vice*)
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel. (212) 336-2871
hbaker@pbwt.com
jmacallister@pbwt.com
nnoble@pbwt.com

*Attorneys for Defendants*
*SBB Research Group, LLC, Samuel Barnett*
*and Matthew Aven*

Dated: August 25, 2026

Respectfully submitted,

By /s/ ***Timothy S. Leiman***
Timothy S. Leiman (6270153)
Robert Moye (6225688)
Kevin A. Wisniewski (6294107)
Devlin Su (6310268)
Securities and Exchange Commission
Chicago Regional Office
175 West Jackson Boulevard, Suite 1450
Chicago, Illinois 60604
Tel. (312) 353-7390
leimant@sec.gov
moyer@sec.gov
wisniewskik@sec.gov
sude@sec.gov

*Attorneys for Plaintiff*
*U.S. Securities and Exchange Commission*