**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,** | |
| **Plaintiff,** | |
| **v.** | **Case No.: 1:19-cv-06473** |
| **SBB RESEARCH GROUP, LLC, SAMUEL B. BARNETT, and MATTHEW LAWRENCE AVEN,** | **Hon. Sharon Johnson Coleman** |
| **Defendants.** | |

**NOTICE OF JOINT MOTION**

Counsel:

PLEASE TAKE NOTICE THAT at 10:00 AM on Tuesday September 1, 2026, or at the earliest opportunity of the Court, the undersigned will appear before Judge Sharon Johnson Coleman of the United States District Court for the Northern District of Illinois at 219 South Dearborn Street, Chicago, Illinois, Room 1241 and present the Parties' **JOINT MOTION TO STRIKE TRIAL DATE AND STAY THE CASE PENDING COMMISSION APPROVAL OF PROPOSED SETTLEMENT** copies of which are herewith served upon you by filing with the Court's ECF system.

Respectfully Submitted,

*s/ Timothy S. Leiman*

Timothy S. Leiman, IL Bar No. 6270153
One of the Attorneys for Plaintiff
U.S. Securities and Exchange Commission
175 W. Jackson Blvd., Suite 1400
Chicago, IL 60604
(312) 353-5213
leimant@sec.gov

Dated: August 25, 2026