**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Securities and Exchange Commission
Plaintiff,
v.
SBB Research Group, LLC, et al.
Defendant.

Case No.: 1:19−cv−06473
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 9/1/2026. Counsel for plaintiff reported that the parties have settled, negotiated settlement of all claims; the next step is to get approval from the Commission which counsel believes will be completed within 60 days. Plaintiff's joint motion to strike trial date and stay case pending Commission approval of proposed settlement [371] is granted. Jury Trial set for 9/14/2026 is stricken. Case is stayed pending approval of settlement. An in−person status hearing is set for 11/4/2026 at 8:45 AM. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.